# EXHIBIT A

Nothing herein shall be construed as a concession or evidence that any of the non-residential real property leases identified herein has not expired, been terminated or otherwise currently is in full force and effect. Rather, the Debtors expressly reserve all rights with respect thereto, including their right to seek a later determination of these issues and their right to dispute the validity, status, characterization or enforceability of any leases set forth herein. Certain of these leases may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed herein, but are nonetheless incorporated herein by this reference.

## List of Leases to be Rejected as of the Petition Date

| LEASE | COUNTERPARTY | NOTICE ADDRESS | PROPERTY ADDRESS |
|---|---|---|---|
| *Lease Agreement* between V.A.E. Enterprises and Point Blank Body Armor Inc. as of January 1, 2001, as amended, assumed and/or modified from time to time. | V.A.E. Enterprises | 20 Red Ground Rd. Old Westbury, NY 11568 | 4031 N.E. Terrace Oakland Park, FL 33334 |
| *Lease Agreement* between OTR and DHB Industries Inc. as of February 21, 2003, as amended, assumed and/or modified from time to time. | OTR | OTR 275 East Broad Street Columbus, OH 43215 <br><br> Colliers International 6360 N.W. 5th Way Suite 300 Fort Lauderdale, FL 33309 Attn: Property Management Dept. | Suite 600 Building 5 Quadrant Business Center Deerfield Beach, FL Broward County, FL |
| *Sublease* between The Campaign Finance Institute and Point Blank Solutions, Inc. as of July 7, 2009, as amended, assumed and/or modified from time to time. | The Campaign Finance Institute | Andrew D. O'Brien Jones Lang LaSalle Americas 1801 K Street, N.W., Suite 1000 Washington, DC 20006 | 1667 K. Street, N.W. Suite 650 Washington, DC |

| LEASE | COUNTERPARTY | NOTICE ADDRESS | PROPERTY ADDRESS |
|---|---|---|---|
| *Lease Agreement* between James Campbell Company LLC and DHB Industries, Inc. as of March __, 2006, as amended, assumed and/or modified from time to time. | James Campbell Company LLC | 425 California Street<br>Suite 1000<br>San Francisco, CA 94104-2112<br>Attn: Mr. Doug Morris<br><br>James Campbell Company LLC<br>c/o CB Richard Ellis<br>555 Eleventh Street, N.W.<br>Suite 300<br>Washington DC, 20004<br>Attn: Director – 1667 K Street N.W.<br><br>Arnold & Porter LLP<br>555 12th Street, N.W.<br>Washington, DC 20004<br>Attn: Jennifer S. Perkins | 1667 K. Street, N.W.<br>Suite 650<br>Washington, DC |