IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**ORDER UNDER SECTIONS 365(a) AND 554(a) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO (1) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (2) ABANDON ANY PERSONAL PROPERTY LOCATED AT SUCH PREMISES *NUNC PRO TUNC* TO THE PETITION DATE**

Upon consideration of the motion of the captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order under sections 365(a) and 554(a) of the Bankruptcy Code authorizing the Debtors to reject certain leases of nonresidential real property, and abandoning personal property at such premises *nunc pro tunc* to the Petition Date (the "Motion")[2]; and it appearing that the relief requested is in the best interests of the Debtors' estates and creditors; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby:

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] All capitalized terms not defined herein are to retain the definition given to them in the Motion.

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that each of the Rejected Leases listed on <u>Exhibit A</u> to the Motion, shall be deemed rejected as of the Petition Date; and it is further

ORDERED, the Debtors are authorized to abandon any personal property located on the premises associated with the Rejected Leases, and such abandonment shall be *nunc pro tunc* to the Petition Date; and it is further

ORDERED, that the Debtors retain all rights to contest any rejection claims and/or the characterization of the Rejected Leases as unexpired leases, or otherwise; and it is further

ORDERED, that the Debtors do not waive any claims that it may have against any of the counterparties to the Rejected Leases, whether or not such claims are related to the Rejected Leases; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED, that notwithstanding the possible applicability of Rules 6004(h), 7062, 9014 of the Federal Rules of Bankruptcy Procedure, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: _____, 2010

_____
United States Bankruptcy Judge