# EXHIBIT C

Approved Budget

# Point Blank Solutions, Inc.
## 13-week Cash Flow - DIP Budget
($ in 000's)

| Week Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13-week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 4/17/10 | 4/24/10 | 5/1/10 | 5/8/10 | 5/15/10 | 5/22/10 | 5/29/10 | 6/5/10 | 6/12/10 | 6/19/10 | 6/26/10 | 7/3/10 | 7/10/10 | Total |
| **PRODUCTION & SALES** | | | | | | | | | | | | | | |
| Gross Revenue | 4,430 | 4,706 | 3,624 | 2,557 | 2,152 | 1,275 | 1,368 | 764 | 3,393 | 2,707 | 3,348 | 2,571 | 3,301 | 36,197 |
| **CASH FLOW** | | | | | | | | | | | | | | |
| Total Receipts | 329 | 991 | 2,929 | 3,420 | 4,434 | 4,941 | 4,121 | 2,561 | 2,156 | 1,279 | 1,372 | 1,112 | 3,942 | 33,589 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Materials | | 4,458 | 2,928 | 157 | 157 | 549 | 670 | 1,286 | 1,947 | 2,548 | 1,839 | 1,659 | 2,099 | 20,298 |
| Subcontractors | | 980 | 718 | 930 | 718 | 930 | 718 | 718 | 718 | 930 | 718 | 718 | 159 | 8,955 |
| Payroll | | 766 | 452 | 892 | 419 | 892 | 729 | 892 | 419 | 892 | 419 | 1,202 | 419 | 8,394 |
| Insurance | | 3 | 156 | | | | 42 | 77 | | | 2 | 76 | | 356 |
| Rent & Lease Payments | | | | 118 | | | | 118 | | | | | 118 | 355 |
| Supplies | | 32 | 21 | 15 | 9 | 4 | | | 17 | 13 | 17 | 13 | 17 | 158 |
| Utilities | | | 81 | | | | | 81 | | | | 81 | | 244 |
| Freight | | 64 | 43 | 29 | 18 | 9 | | | 34 | 26 | 34 | 26 | 34 | 317 |
| Repair & Maintenance | | 18 | 12 | 8 | 5 | 2 | | | 10 | 7 | 10 | 7 | 10 | 89 |
| Testing Fees | | 103 | 70 | 47 | 29 | 14 | | | 56 | 42 | 56 | 42 | 56 | 514 |
| Professional Fees - Ordinary Course & Other | | | | 160 | | | | 160 | | | | | 160 | 480 |
| Other | | 50 | 150 | 112 | 50 | 50 | 150 | 70 | 92 | 50 | 50 | 150 | 112 | 1,086 |
| Total Operating Disbursements | - | 6,474 | 4,631 | 2,468 | 1,404 | 2,450 | 2,309 | 3,403 | 3,293 | 4,508 | 3,145 | 3,974 | 3,185 | 41,246 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| DIP Interest & Fees | | | 102 | | | | | 97 | | | | 96 | | 295 |
| Board Fees | | | | | | | | | | | | | 81 | 81 |
| Capex | | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 31 | 471 |
| Total Non-Operating Disbursements | - | 40 | 142 | 40 | 40 | 40 | 40 | 137 | 40 | 40 | 40 | 136 | 112 | 847 |
| **Bankruptcy-Related Items** | | | | | | | | | | | | | | |
| CRG Partners | | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 780 |
| Pachulski Stang | | | | | | | | | | 200 | | | | 200 |
| Critical Vendor Payments | | 200 | 200 | 200 | | | | | | | | | | 600 |
| Claims Administration | | | | | 35 | | | | 35 | | | | | 70 |
| UCC Professional Fees | | | | | | | | | | 150 | | | | 150 |
| US Trustee | | | | | | | | | | 30 | | | | 30 |
| Utility Deposits | | | 42 | | | | | | | | | | | 42 |
| Bankruptcy-Related Disbursements | - | 265 | 307 | 265 | 100 | 65 | 65 | 65 | 100 | 445 | 65 | 65 | 65 | 1,872 |
| Total Disbursements | - | 6,779 | 5,081 | 2,773 | 1,544 | 2,555 | 2,414 | 3,604 | 3,433 | 4,993 | 3,250 | 4,175 | 3,363 | 43,965 |
| Net Cash Flow | 329 | (5,788) | (2,152) | 647 | 2,890 | 2,386 | 1,708 | (1,043) | (1,277) | (3,715) | (1,878) | (3,063) | 579 | (10,376) |
| Cumulative Net Cash Flow | 329 | (5,459) | (7,610) | (6,963) | (4,073) | (1,687) | 20 | (1,022) | (2,299) | (6,014) | (7,892) | (10,955) | (10,376) | |
| **LIQUIDITY SUMMARY** | | | | | | | | | | | | | | |
| Cash Balance | 5,929 | | | | | | | | | | | | | |
| Net Availability | 9,361 | 9,364 | 7,074 | 7,729 | 10,503 | 12,738 | 14,294 | 12,730 | 11,893 | 8,420 | 6,404 | 3,202 | 3,815 | 3,815 |
| Total Liquidity | 15,290 | 9,364 | 7,074 | 7,729 | 10,503 | 12,738 | 14,294 | 12,730 | 11,893 | 8,420 | 6,404 | 3,202 | 3,815 | 3,815 |

Note: The week ending 4/17/10 only includes cash receipt and disbursement activity for two days, from the petition date on 4/14/10 through 4/16/10.

| **PROFESSIONAL FEE CARVE-OUT** | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Professional Fee Carve-Out | 639 | 778 | 916 | 908 | 1,024 | 1,175 | 1,326 | 1,305 | 1,408 | 1,166 | 1,304 | 1,443 | 1,409 | 1,409 |

Note: If professional fees are not paid as projected above, the total amount of the carve-out accrual will not be reduced as shown.