IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  ) Chapter 11
 )
 ) Case No. 10-11255 (PJW)
POINT BLANK SOLUTIONS, INC., et al,[1]  )
 ) Joint Administration requested
Debtors.  )
 )

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Donald E. Rothman of Riemer & Braunstein LLP, Three Center Plaza, 6th Floor, Boston, MA 02108 to represent Steel Partners II, L.P. in this action.

Dated: April 15, 2010

POTTER ANDERSON & CORROON LLP

_____
Steven M. Yoder (DE Bar No. 3885)
Etta R. Wolfe (DE Bar No. 4164)
Hercules Plaza, Sixth Floor
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 984-6000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Massachusetts and the State of New York, and is admitted to practice law in all state courts of the Commonwealth of Massachusetts and the State of New York, the United States District Court for the District of Massachusetts and the First Circuit Court of Appeals and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax i.d. number and address are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC, 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                        _____
                                        Donald E. Rothman
                                        RIEMER & BRAUNSTEIN LLP
                                        Three Center Plaza, 6th Floor
                                        Boston, Massachusetts 02108
                                        Telephone: (617) 523-9000
                                        Facsimile: (617) 880-3456

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____             _____
                                                              The Honorable Peter J. Walsh