UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :
                                                               :      Chapter 11
                                                               :      Case No. 10-11255   (PJW)
POINT BLANK SOLUTIONS, INC.,                                   :
                                                               :      (Jointly Administered)
                         Debtor.                               :
                                                               :      NOTICE OF APPEARANCE
                                                               :
---------------------------------------------------------------x

     PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Rules of Bankruptcy Procedure, the undersigned hereby appears as counsel for D. David Cohen.

     PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

          Carter Ledyard & Milburn LLP
          2 Wall Street
          New York, New York  10005-2072
          Attention:  Aaron R. Cahn
                     Gary D. Sesser
          Telephone No.: (212) 238-8629
          Telecopier No.: (212) 732-3232
          e-mail: cahn@clm.com
                  sesser@clm.com

     PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance and Request for Service, nor any later appearance, pleading, claim or suit shall waive the: (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions,

1164156.1
6595673.1

defenses, setoffs, recoupments, or remedies under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies are expressly reserved.

Dated: New York, New York
      April 15, 2010

CARTER LEDYARD & MILBURN LLP

By:   /s/ Aaron R. Cahn
      AARON R. CAHN
      GARY D. SESSER

Attorneys for D. David Cohen
2 Wall Street
New York, New York 10005-2072
Tel: (212) 238-8629
Fax: (212) 732-3232

To:    Clerk, United States Bankruptcy Court
      District of Delaware
      824 North Market Street, 3rd Floor
      Wilmington, Delaware 19801