**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 10-11255 (PJW) |
| Point Blank Solutions, Inc., *et al.* | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |
| Debtors | : | |

-----------------------------------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Lincoln Fabrics Inc.**, Attn: Tim Arnold, 63 Lakeport Rd., St. Catherines, Ontario, Canada, Phone: 905-934-3391, Fax: 905-934-9325

2. **Bethel Industries, Inc.,** Attn: Sun Kim, 3423 Kennedy Blvd., Jersey City, NJ 07307, Phone: 201-656-8222, Fax: 201-656-9964

3. **SMX Services and Consulting, Inc.**, Attn: Richard Quevedo, 1000 Brickell Avenue, Suite 410, Miami, FL 33131, Phone: 305-463-7191, Fax: 305-377-2535

4. **Ascendo Resources, LLC**, Attn: Eugene Holzer, 3350 SW 148th Ave., Suite 110, Miramar, FL 33027, Phone: 954-378-0001, Fax: 888-758-5936

5. **Mr. Larry R. Ellis**

ROBERTA A. DeANGELIS
Acting United States Trustee, Region 3

/s/ Jane M. Leamy, for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: April 26, 2010

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Laura Davis Jones, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400