IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re : Chapter 11
:
POINT BLANK SOLUTIONS, INC., *et al.*, : Case No. 10-11255 (PJW)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") of Point Blank Solutions, Inc., *et al.* (the "Debtors"), by and through its proposed Delaware counsel, Messana, Rosner & Stern LLP, hereby appears in the above-captioned cases pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address, telephone and e-mail addresses:

> Frederick B. Rosner (No. 3995)
> Brian L. Arban (No. 4511)
> Messana Rosner & Stern LLP
> 1000 N. West Street, Suite 1200
> Wilmington, DE 19801
> (302) 295-4877
> frosner@mrs-law.com
> barban@mrs-law.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc., (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37557; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

{00003452. }

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Dated: April 27, 2010
       Wilmington, Delaware

**MESSANA ROSNER & STERN LLP**

*/s/ Brian L. Arban*
Frederick B. Rosner (No. 3995)
Brian L. Arban (No. 4511)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 295-4877
*Proposed Delaware Counsel
to the Official Committee of
Unsecured Creditors*