IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket Nos. 22 and 69** |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION FOR AUTHORITY TO (1) MAKE PAYMENTS PURSUANT TO EXISTING INSURANCE PREMIUM FINANCING AGREEMENTS, AND (2) ENTER INTO NEW PREMIUM FINANCING AGREEMENTS

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Debtors' Motion for Authority to (1) Make Payments Pursuant to Existing Insurance Premium Financing Agreements, and (2) Enter Into New Premium Financing Agreements* (the "Motion") [Docket No. 22] filed on April 14, 2010. Pursuant to the *Notice of Debtors' Motion for Authority to (1) Make Payments Pursuant to Existing Insurance Premium Financing Agreements, and (2) Enter Into New Premium Financing Agreements* [Docket No. 69] filed and served upon interested parties on April 20, 2010, objections to the Application were to be filed and served no later than May 5, 2010 at 4:00 p.m. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

70934-001\DOCS_DE:159805.1

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: May 10, 2010

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Timothy P. Cairns*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
 dbertenthal@pszjlaw.com
 jfried@pszjlaw.com
 tcairns@pszjlaw.com

[Proposed] Counsel to Debtors and
Debtors in Possession