IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 6** |

## ORDER APPROVING THE EMPLOYMENT OF CARR & PALMER, LLP AND BERGER SINGERMAN, P.A. AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE

Upon the *Debtors' Application for Approval of Carr & Palmer, LLP and Berger Singerman, P.A. as Special Litigation Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* (the "Application");[2] and upon (i) the *Affidavit of W. Pitts Carr on Behalf of Carr & Palmer, LLP, as Proposed Special Litigation Counsel to the Debtors-in-Possession* (the "Carr Affidavit") and (ii) the *Affidavit of Charles Lichtman on Behalf of Berger Singerman, as Proposed Special Litigation Counsel to the Debtors-in-Possession* (the "Lichtman Affidavit") submitted with the Application; and the Court being satisfied based on the representations made in the Application, the Carr Affidavit and the Lichtman Affidavit that neither of Carr & Palmer, LLP or Berger Singerman, P.A. holds an interest materially adverse to the Debtors or the Debtors' estates with respect to the matters upon which it is to be engaged, and is disinterested as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

1107(b) of the Bankruptcy Code, and that the employment of Carr & Palmer, LLP and Berger Singerman, P.A. as special counsel to the Debtors is necessary and in the best interests of the Debtors, their estates and all parties-in-interest; and it appearing that the Court has jurisdiction to consider the Application; and it appearing that due notice of the Application has been given and no further notice need be given; and upon the proceedings before the Court; and after due deliberation and good and sufficient cause appearing; it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. The employment by the Debtors, as debtors-in-possession, of Carr & Palmer, LLP and Berger Singerman, P.A., as special litigation counsel in these chapter 11 cases is **APPROVED** pursuant to 11 U.S.C. § 327(e).

3. Compensation for services rendered by Carr & Palmer, LLP and Berger Singerman, P.A. on the terms and conditions set forth in the Engagement Letter is APPROVED pursuant to 11 U.S.C. 11 U.S.C. § 328(a).

4. The employment of Carr & Palmer, LLP and Berger Singerman, P.A. by the Debtors shall be nunc pro tunc to the Petition Date.

5. Carr & Palmer, LLP and Berger Singerman, P.A. shall apply for compensation and reimbursement of costs, on the terms and conditions set forth in the Engagement Letter and the Application, for services rendered and reasonably necessary costs incurred on behalf of the Debtors.

6. Fees of Carr & Palmer, LLP and Berger Singerman, P.A. shall not be subject to challenge except under the standard of review set forth in section 328(a) of the Bankruptcy Code.

7. Costs and expenses incurred by Carr & Palmer, LLP and Berger Singerman, P.A. will be subject to review under the standard set forth in section 330 of the Bankruptcy Code.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: May /2, 2010

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge