IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**DECLARATION OF RONALD A. FLEMING IN SUPPORT OF DEBTORS' APPLICATION TO RETAIN PILLSBURY WINTHROP SHAW PITTMAN LLP AS SPECIAL COUNSEL TO THE DEBTORS' SPECIAL COMMITTEE *NUNC PRO TUNC* TO THE PETITION DATE PURSUANT TO SECTION 327(E) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014**

Ronald A. Fleming, Esquire, being duly sworn, deposes and says:

1. I am a partner of the firm of Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury" or the "Firm"), and maintain an office at 1540 Broadway, New York, NY 10036. I am submitting this Declaration in support of the *Debtors' Application to Retain Pillsbury Winthrop Shaw Pittman LLP as Special Counsel to the Debtors' Special Committee Nunc Pro Tunc to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014* (the "Application").[2] Unless otherwise stated in this declaration (the "Declaration"), I have personal knowledge of the facts set forth herein, or knowledge of such facts based upon the information contained in the books and records maintained by Pillsbury. To the extent any

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

information disclosed herein requires amendment or modification upon Pillsbury's completion of further review, or as additional party-in-interest information becomes available to the Firm, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

2. Neither I, the Firm, nor any partner, of counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or any other parties-in-interest, or their respective attorneys, except as set forth in the attached schedules.

3. Pillsbury has represented the Debtors since January 7, 2010. Pillsbury has received $69,310.25 in payments from the Debtors during the year prior to the Petition Date, which amount includes the payment of a $30,000 retainer for the Special Committee representation.

4. With respect to all matters, the Debtors have, subject to Court approval, agreed to compensate Pillsbury on an hourly basis at rates that do not (and will not) exceed the rates that Pillsbury customarily charges to its other clients for work of this type. As of the Petition Date, the applicable rates for timekeepers for the matters that Pillsbury is engaged to perform legal services were $535 to $990 per hour for partners and counsel, $430 to $725 per hour for associates and $40 to $365 per hour for paraprofessionals and staff.[3] The hourly rates for the two principal attorneys that will be staffed on this matter are as follows: for Mr. Ronald A. Fleming, $765, and for Nathaniel M. Cartmell III, $965.

---

[3] Pillsbury adjusts its rates periodically.

5. It is Pillsbury's policy to charge its clients for certain expenses incurred in connection with providing certain client services, including, without limitation, travel, lodging, photocopying, postage, vendor charges, delivery services and other expenses incurred in providing professional service, and for other services actually provided, including word processing, secretarial and overtime charges.

## Disclosures

6. The Debtors have provided Pillsbury with the identities of its secured creditors, top 35 unsecured creditors, non-Debtor affiliates, directors and officers and equity holders (collectively, the "Searched Parties"). Pillsbury maintains a database containing the name of each current and former client of the Firm, the name of the parties who are or were related or adverse to such client, and the names of the Pillsbury personnel who are or were responsible for the matters. Using such database, Pillsbury assessed the Searched Parties and other parties-in-interest to ascertain Pillsbury's current relationship with parties that may be adverse to the Debtors in these chapter 11 cases.

7. Except as disclosed herein and on the attached schedules, Pillsbury does not represent the Searched Parties or any other known creditor or party-in-interest of the Debtors with respect to the matters for which the Debtors seek to retain the Firm pursuant to the Application and, therefore Pillsbury holds no material adverse interest to the Debtors or the Debtors' estates. Accordingly, Pillsbury is eligible for retention.

8. The Firm may have performed services in the past, may currently perform services and may perform services in the future, in matters unrelated to these chapter 11 cases,

for persons that are parties-in-interest in the Debtors' chapter 11 cases. Except as set forth herein or in the attached schedules, I am not aware of the Firm performing any services for any such person or entity in connection with this case, or having any relationship with any such person or entity, their attorneys or accountants that we understand is adverse to the Debtors or their estates.

9. From time to time, the Firm may have provided, and/or may currently provide, services to certain other parties-in-interest, or affiliates thereof, in all instances on matters in which such party does not or did not hold or represent an interest adverse to the Debtors or their estates with respect to the services for which the Firm is being retained.

10. That said, the Debtors have and will retain various professionals during the pendency of these chapter 11 cases. Pillsbury has previously worked and will continue to work with these professionals on various representations. Further, Pillsbury and certain of its members, of counsel, and associates may have in the past represented, may currently represent, and likely in the future will represent stockholders and creditors of the Debtors and other parties of interest in connection with matters unrelated to the Debtors and these cases. At this time, Pillsbury is not aware of such representations except as noted above. If the Firm identifies any further such representations, the Firm shall make further disclosures as may be appropriate at that time.

11. To my knowledge, neither Pillsbury nor any of its members have any connections with the United States Trustee or any person employed in the Office of the United States Trustee and/or the U.S. Bankruptcy Court for the District Of Delaware.

12. The Firm intends to apply for compensation for professional services rendered and associated costs in connection with these chapter 11 cases, subject to approval of this Court and compliance with applicable provisions of the Bankruptcy Code, as set forth in the Application.

13. No promises have been received by the Firm or by any member, of counsel, or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with this chapter 11 case, except among the members, of counsel, and associates of the Firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May ___, 2010

_____
Ronald A. Fleming

5

# SEARCHED PARTIES

## Debtors

Point Blank Solutions Inc,
Point Blank Body Armor, Inc.
PBSS, LLC
Protective Apparel Corporation of America
DHB Industries, Inc.

## DebtorAffiliates

Life Wear Technologies, Inc.
NDL Products, Inc.
LIFE STONE MATERIALS, LLC

## Directors and Officers

James R. Henderson
Terry R. Gibson
Merrill A. McPeak
Robert Chefitz
Michelle Doery
Sam White
John Salerno
Frederick Jorgensen
Michael Foreman
Kenneth Edwards
Pat Stallings

## Secured Creditors/Lienholders

Bank of America
DuPont
CIT Communications Finance

## Equity/Warrant Holders

Hightower Capital Management
Steel Partners
David H. Brooks
Terry S. Brooks
Prescott Group Capital Management

## Top 35

LINCOLN FABRICS INC
JPS COMPOSITE MATERIALS
DUPONT ADVANCED FIBER
BARRDAY, CORP.
VENABLE LLP
DURO TEXTILES LLC 1
MINTZ LEVIN COHN FERRIS
BAKER BOTTS LLP
HONEYWELL
SERCARZ & RIOPELLE, LLP
MCDERMOTT, WILL & EMERY
CARTER ENTERPRISES LLC
COVINGTON & BURLING LLP
PRO SYSTEMS S.p.A.
SAVANNAH LUGGAGE WORKS
GSJ CONSULTING, LLC
BRYAN CAVE LLP
JL KAYA INC
OLSHAN GRUNDMAN FROME
RANDSTAD
RICHARD KIBBE & ORBE LLP
CARGO TRANSPORTATION
DSM DYNEEMA B.V.
CRG PARTNERS GROUP LLC
VELCRO U.S.A., INC.
CROWE HORWATH LLP
SMX SERVICES & CONSULTING
TEXCEL, INC.
TEIJIN ARAMID USA INC
DCT INDUSTRIAL VALUE FUND I,
WACHOVIA SECURITIES
ATLANTIC BUSINESS CENTER
ASCENDO RESOURCES LLC
BETHEL INDUSTRIES INC
LOOS AND CO INC
INTERNATIONAL TEXTILE GRP

## Professionals

Crowe, Rachlin
Brogan BPM

Deloitte
Mind the GAAP
SB-CFO Services
Trinity Business
GW Communications
American Stock Transfer
CRG Partners
RR Donnelly
Standard & Poors
Dunn & Bradstreet
Thompson Financial
Sergeant Major
GS Consulting
EPIQ
ERP
Ovation
ADT
Kgbherna, Inc.
Global Compliance
Venable
Bryan Cave
Olshan
Holland & Knight
Deloitte & Touche
Mintz Levin
Sercarz & Riopelle
Venable
MORRIS NICHOLS
COVINGTON & BURLING
RICHARDS, KIBBE & ORBE
KOBRE & KIM

City of Deerfield
ATECH
FPL
ISN Telecom
Accesspoint
Southern Waste Sys
City of Oakland Pk
LaFollette Utilities Board
Powell-Clinch Utilities Dist.
Birch Communications
Scott Solid Waste
Caryville-Jacksboro Utility
Comcast
Sprint
Premiere Global Svcs
MAR-TEC
Direct TV
AT & T
Paetec
Accesspoint
Waste Management
Southern Waste System
Time Warner
Verizon
Terremark
All Service Refuse
T-Mobile

## Landlords/Lessors

TGI Office Automation
Dell
SAN Data Storage
Avaya Financial Services
Phone System
Microsoft Financing
ORACLE
Hyperion

## Utilities

ADT Security

# FIRM CLIENTS AND CLIENT AFFILIATES[1]

## Debtors and Debtor Affiliates

Pont Blank Solutions Inc.
Point Blank Body Armor Inc.
Protective Apparel Corporation of America
NDL Products Inc.

## Directors and Officers

James R. Henderson
Sam White

## Secured Creditors/Lienholders

Bank of America
DuPont
CIT Communications Finance

## Equity/Warrant Holders

Prescott Group Capital Management

## Top 35

DuPont
Venable LLP
Mintz Levin Cohn Ferris
Baker Botts LLP
Honeywell
McDermott, Will & Emery
Covington & Burling
Bryan Cave LLP
Randstad
DSM Dyneema B.V.
CRG Partners Group LLC
Velcro U.S.A. Inc.
Wachovia Securities

---

[1] In certain instances, the precise identity of the potential party-in-interest was not readily ascertainable (*e.g.*, only a trade name or a portion thereof may have been known and, for real persons, definitive knowledge of the identity of similarly named individuals may not have been known). For the avoidance of doubt, in these circumstances, Pillsbury has assumed, for the purposes of this submission alone, that such parties include all affiliates bearing similar names unless such party was believed to be unrelated and, for real persons, that such real person was such party that was a current or former client of the Firm.

Bethel Industries Inc.

## Professionals

Deloitte
GW Communications
American Stock Transfer
CRG Partners
Standard & Poors
Thompson Financial
ERP
Ovation
ADT
Venable
Bryan Cave
Deloitte & Touche
Mintz Levin
Morris Nichols
Covington & Burling

## Landlords

TGI Office Automation
Dell
Avaya Financial Services
Microsoft Financing
Oracle
Hyperion

## Utilities

ADT Security
FPL
Comcast
Sprint
Martec
Direct TV
AT & T
Waste Management
Time Warner
Verizon
T-Mobile