IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

### ORDER GRANTING DEBTORS' APPLICATION TO RETAIN PILLSBURY WINTHROP SHAW PITTMAN LLP AS SPECIAL COUNSEL TO THE DEBTORS' SPECIAL COMMITTEE *NUNC PRO TUNC* TO THE PETITION DATE PURSUANT TO SECTION 327(E) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014

Upon the application (the "Application")[2] of the above-captioned debtors and debtors in possession (the "Debtors") seeking authorization to employ and retain Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury" or the "Firm") as special counsel to the Debtors' Special Committee; and upon the *Declaration of Ronald A. Fleming in Support of Debtors' Application to Retain Pillsbury Winthrop Shaw Pittman LLP as Special Counsel to the Debtors' Special Committee Nunc Pro Tunc to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014* (the "Fleming Declaration") and the *Statement Under Rule 2016 of the Federal Rules of Bankruptcy Procedure* (the "Statement") that were submitted concurrently with the Application; and the Court being satisfied based on the

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

representations made in the Application, the Fleming Declaration, and the Statement that Pillsbury holds no interest materially adverse to the Debtors or the Debtors' estates with respect to the matters upon which it is to be engaged, and that the employment of Pillsbury as special counsel to the Debtors' Special Committee is necessary and in the best interests of the Debtors and their estates; and it appearing that the Court has jurisdiction to consider the Application; and it appearing that due notice of the Application has been given and no further notice need be given; and upon the proceedings before the Court; and after due deliberation and good and sufficient cause appearing; it is

ORDERED that the Application is GRANTED; and it is further

ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the Debtors are authorized to retain and employ Pillsbury as special counsel to the Special Committee, *nunc pro tunc* to the Petition Date, pursuant to the terms set forth in the Application; and it is further

ORDERED that Pillsbury shall file applications and be compensated and reimbursed in accordance with sections 330 and 331 of the Bankruptcy Code with respect to its fees for hourly services and requests for reimbursement the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court; and it is further

ORDERED that the Court shall retain jurisdiction over any disputes, if any, that may arise in connection with the Application and this Order.

Dated: June __, 2010

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge