**In re:  Point Blank Body Armor, Inc.**                    **Case No. 10-11257 (PJW)**

**Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Statement and Schedules**

---

Point Blank Body Armor, Inc. (the "Debtor") submits its Statement of Financial Affairs (the "Statement") and Schedules of Assets and Liabilities (the "Schedules"), pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.  The following notes regarding the Statement and Schedules are fully incorporated into and made part of the Statement and Schedules.  These notes comprise an integral part of the Statement and Schedules and should be referred to and considered in connection with any review of the Statement and Schedules.  Unless otherwise noted, the financial and other information contained in the Statement and Schedules is derived from the Debtor in accordance with the Debtor's financial reporting and accounting policies and procedures.

The Debtor's bankruptcy petition was filed on April 14, 2010, along with the bankruptcy petitions of 3 of its affiliates (collectively, the "Debtors").  The Debtors' bankruptcy cases are jointly administered by order of the Bankruptcy Court under the caption In re Point Blank Solutions, Inc., Case No. 10-11255 (PJW).

The Debtor reserves all rights to amend the Statement and Schedules in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Statement and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Furthermore, nothing contained in the Statement and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of chapter 11 of title 11 of the United States Code or other applicable non-bankruptcy laws.

Given the differences between the information to be submitted in the Statement and Schedules and the financial information utilized under Generally Accepted Accounting Principles, the aggregate asset values and claim amounts set forth in the Statement and Schedules may not reflect the values and amounts that would be set forth in a balance sheet for the Debtor prepared in accordance with Generally Accepted Accounting Principles.

It would be prohibitively expensive, unduly burdensome and extremely time-consuming to obtain current market valuations of the Debtor's assets.  Accordingly, unless otherwise indicated, net book values rather than current market values are reflected on the Statement and Schedules.  Assets that have been fully depreciated or expensed for accounting purposes have no net book value.  The current book values may not reflect a comprehensive review of accounting adjustments, including asset impairments and write-downs, which may be required and conducted in relation to the Debtor's bankruptcy.  The reader therefore should not place undue reliance upon the book values associated with the assets listed.

The Debtor has not listed estimated values of its real estate leases.

**General Notes Regarding the Debtor's Statement and Schedules**

**1.  Financial Information.**
The information provided for herein, except as otherwise noted, represents the assets and liability data of the Debtor as of April 14, 2010, (the "Petition Date") unless otherwise noted.

**2.  Unaudited Financial Information.**
The Statement and Schedules prepared by the Debtor's management and professionals are unaudited.  While the Debtor has tried to ensure that the Statement and Schedules are accurate and complete based upon information that was available at the time of the preparation, the subsequent receipt of information or an audit may result in material changes in financial data contained in the Statement and Schedules.

**3.  Claim Description.**
Any failure to designate a claim on the Statement and Schedules as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim is not "contingent," "unliquidated," or "disputed."  The Debtor reserves the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules as to amount, liability, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

Moreover, the Debtor reserves all rights to amend the Statement and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Statement and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Furthermore, nothing contained in the Statement and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of Chapter 11 of title 11 of the United States Code or other relevant non-bankruptcy laws.

**4.  Accuracy.**
While the Debtor has sought to file complete and accurate Statement and Schedules, inadvertent errors and omissions may exist.  The Debtor reserves the right to amend its Statement and Schedules as necessary or appropriate.

**5.  Liabilities.**
The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Statement and Schedules.  As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

**6.  Insiders.**
For the purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) as (a) directors, (b) officers, (c) those in control of the Debtors, (d) relatives of directors, officers, or persons in control of the Debtors and (e) non-debtor affiliates.  Payments to

insiders listed in (a) through (d) above are set forth in response to Question 3.c of the Statements. The Debtors note that, although partnerships in which a debtor is a general partner may be considered insiders under section 101(31)(B) of the Bankruptcy Code, the Debtors do not admit that the joint ventures in which a non-debtor affiliate serves as a general partner should be considered insiders in these cases. These joint ventures are with unrelated third parties and are governed by detailed operating agreements. Consequently, the Debtors do not believe that these joint ventures are insiders.

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law.

The Debtors have included all payments and awards made over the twelve months preceding the filing to any individual deemed an insider. Included in the value reflected are cash payments to or for the benefit of the insider; restricted stock grants valued at the closing price of the stock at the grant date; and stock options valued at the Black-Scholes value on the date of the grant.

**7. Transfers Made Within 90 Days of Petition Date.**
The response to Question 3.b of the Statements lists all transfers made to any party within 90 days immediately preceding the Petition Date, whether or not the transferee is a creditor of any of the Debtors. Accordingly, the listing of any transfer in response to Question 3.b of the Statements does not constitute an admission that the transferee of such transfer is a creditor of any of the Debtors. Furthermore, the majority of payments made to creditors of Protective Apparel Corporation of America ("PACA") and PBSS, LLC ("PBSS") were made by Point Blank Solutions, Inc. and Point Blank Body Armor, Inc., while some payments were made by PACA and PBSS directly.

**8. Setoffs.**
The Debtors routinely incur setoffs from third parties during the ordinary course of business. Setoffs in the ordinary course can result from various routine transactions, including intercompany transactions, counterparty settlements (in particular, interline ticketing setoffs with other carriers), pricing discrepancies, and other disputes between the Debtors and third parties. Certain of these constitute normal setoffs consistent with the ordinary course of business in the Debtors' industry. In such instances, such ordinary course setoffs are excluded from the Debtors' responses to Question 13 of the Statements. The Debtors reserve all rights to enforce or challenge, as the case may be, any setoffs that have been or may be asserted.

**9. Specific Notes.**
These general notes are in addition to the specific notes set forth in the related Statement and Schedules hereinafter.

**Note to Schedule "B"**

**Schedule B Disclaimer**

Unless otherwise noted, all of the amounts listed on Schedule B represent the value of the Debtor's assets as reflected in the Debtor's books and records (net of depreciation or amortization where applicable). The Debtor has performed no independent review of the value

of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in the Debtor's books and records.

Certain items of equipment are or may be listed herein pursuant to a capital lease. Such designation is not an admission or recognition that such lease is a security agreement, and not a true lease. The Debtor expressly reserves all rights to challenge, on any basis, the nature of such equipment as owned or leased, as the case may be.

### Note to Schedule "D"

Schedule D lists a term debt to Bank of America that was paid by the Debtors in accordance with the Bankruptcy Court's *Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364, Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules 2002-1 and 4001-2: (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness with Priority Over All Over Secured Indebtedness and with Administrative Superpriority, (2) Authorizing Repayment in Full of Pre-Petition Secured Debt Upon Entry of Interim Order, (3) Granting Liens, (4) Authorizing Use of Cash Collateral and Providing Adequate Protection, (5) Modifying the Automatic Stay and (5) Scheduling A Final Hearing*, entered April 16, 2010.

### Note to Schedule "E"

### Taxes

Schedule "E" contains the Debtor's best estimate of all of the potential priority claims against the Debtor's estate held by governmental and quasi-governmental entities. The Debtor has not determined whether, and to what extent, any of the creditors identified on Schedule "E" in fact are entitled to priority under Section 507 of the Bankruptcy Code. The Debtor reserves the right to assert that claims identified on Schedule "E" are not claims of governmental entities and/or that such claims are not entitled to priority.

### Accrued Commissions, Vacation and PTO

On April 16, 2010, the Court entered its *Order (1) Authorizing the Debtors to (A) Pay Wages, Salaries, and Other Compensation, (B) Maintain Employee Medical and Similar Benefits, And (C) Reimbursable Employee Expense; and (II) Authorizing And Directing Banks and Other Financial Institutions to Pay All Checks and Electronic Payment Requests Made by the Debtors Relating to the Foregoing* (the "Wage Order"). The Wage Order authorizes, inter alia, the Debtors to honor their existing prepetition vacation and sick obligations to their employees accrued prior to the Petition Date and to pay commissions earned prior to the Petition Date.

Pursuant to the Wage Order, the Debtors have authority to pay commissions to their independent contractors for services rendered prior to the Petition Date pursuant to the Debtors' agreements with such independent contractors. In addition, the Wage Order authorizes payment of prepetition wages and commissions owed to Employees in accordance with the statutory limit provided under 11 U.S.C. § 507(a)(4). Payment of commissions pursuant to the Wage Order in the ordinary

course of the Debtors' business will reduce the aggregate total of prepetition commissions owed to the Debtors' employees. The Debtors' continued honoring of prepetition vacation and sick obligations to their employees in the ordinary course of business and in accordance with the terms of the Wage Order will reduce the aggregate amount of accrued vacation owed to such employees

## Note to Schedule "G"

### Executory Contracts and Unexpired Leases

The businesses of the Debtors are complex. While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed on Schedule G may not have taken effect or be binding on any party and may have expired or been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein.

Certain of the real property leases and contracts listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G.

Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of these agreements or any other agreements on Schedule G does not constitute an admission that any such agreement is an executory contract or unexpired lease.

The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedule, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Generally, executory agreements that are oral in nature have not been included in the Schedule. Schedule G generally does not include standalone equipment purchase orders. Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements. Such agreements, if any, are not set forth in Schedule G.

Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors. Such contracts, agreements and leases are listed on Schedule G of each such Debtor.

DOCS_SF:72054.2

**General Disclaimer**

The Debtor has prepared the Schedules and the Statements based on the information reflected in the Debtor's books and records. However, inasmuch as the Debtor's books and records have not been audited, the Debtor cannot warrant the absolute accuracy of these documents. The Debtor has made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtor will amend and supplement the Schedules and Statements.

DOCS_SF:72054.2

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Delaware

In re    **Point Blank Body Armor, Inc.**                  Case No.    **10-11257**

Debtor(s)          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$46,035,294.00** | **YTD March 2010: Net Sales** |
| **$140,201,275.00** | **2009: Net Sales** |
| **$125,311,454.00** | **2008: Net Sales** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,549.00** | **March 2010 YTD: Interest Income** |
| **$51,101.00** | **2009: Interest Income** |
| **$30,758.00** | **2008: Interest Income** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit SoFA3b** | | **$26,888,162.74** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit SoFA3c** | | **$1,649,744.31** | **$0.00** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None □   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Foreign Corrupt Practices Act Investigation** | **Subpoena issued January 22, 2010 seeks documents related to contact between PBBA and foreign governments or foreign officials.** | **United States District Court for the District of Columbia** | **Investigation is ongoing.** |
| **Haleva, et al v. Point Blank Solutions, Inc. et al No. 34-2010-00069498** | **Breach of Contract; Breach of implied covenant of good faith and fair dealing, fraud, and conversion** | **Superior Court of the State of California, County of Sacramento** | **Pending** |
| **Securities Class Action and Shareholder Derivative Action** | **Breach of fiduciary duty against officers and directors** | **U.S. District Court, Eastern District of New York** | **Pending** |
| **SEC Investigation in conjunction with U.S. Attorney's Office** | **Violations of federal securities laws** | **U.S. Attorney's Office for the Eastern District of New York** | **Pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **American Red Cross**<br>**2025 E Street, NW**<br>**Washington, DC 20006** | | **January 26, 2010** | **$5,000.00  Haiti Relief** |

#### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP**<br>**150 California Street**<br>**15th Floor**<br>**San Francisco, CA 94111-4500** | **See Exhibit SoFA9** | **$800,000.00** |
| **CRG Partners Group LLC**<br>**11835 W. Olympic Blvd**<br>**Ste 650E**<br>**Los Angeles, CA 90064** | **See Exhibit SoFA9** | **$898,108.75** |
| **Epiq Bankruptcy Solutions, LLC**<br>**757 Third Avenue, 3rd Floor**<br>**New York, NY 10017** | **See Exhibit SoFA9** | **$25,000.00** |
| **Pillsbury, Winthrop, Shaw, Pittman LLP**<br>**1540 Broadway**<br>**New York, NY 10036-4039** | **See Exhibit SoFA9** | **$59,357.75** |

#### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michelle Doery**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **February 2008 - present** |
| **Jayne Hildreth**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **August 2009 - present** |
| **James Anderson**<br>**1370 Dewitt Lane**<br>**Sebastian, FL 32958** | **June 2007 - January 2009** |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Crowe Horwath LLP** | **350 East Las Olas Boulevard, Suite 1420**<br>**Fort Lauderdale, FL 33301-4216** | **July 2009 - present** |
| **MarcumRachlin LLP** | **Las Olas Centre**<br>**450 E. Las Olas Blvd, 9th Floor**<br>**Fort Lauderdale, FL 33301** | **April 2005 - June 2009** |

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank of America**<br>**2001 Market Street, Suite 2610**<br>**Philadelphia, PA 19103** | **Monthly** |

---

**20. Inventories**

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **April 12, 2010** | **Inventory Manager** | **$24,861,364.00**<br>**(Cost basis)** |
| **December 31, 2009** | **Inventory Manager** | **$36,652,482.00**<br>**(Cost basis)** |

None
☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **April 12, 2010** | **Inventory Manager**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** |
| **December 31, 2009** | **Inventory Manager**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **James Henderson**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Chief Executive Officer** | |
| **Michelle Doery**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Chief Financial Officer** | |
| **Sam White**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Executive Vice President** | |
| **Robert Chefitz**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Board Member** | |
| **Merrill A. McPeak**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Board Member** | |
| **Terry Gibson**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Board Member** | |
| **Point Blank Solutions, Inc.**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Shareholder** | **99% Ownership** |
| **Hightower Capital Management, LLC**<br>**4001 Kennett Pike**<br>**Wilmington, DE 19807** | **Shareholder** | **1% Ownership** |

---

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Larry R. Ellis**<br>**520 Carondelett CV SW**<br>**Atlanta, GA 30331** | **Former Chief Executive Officer** | **Separated April 16, 2009** |
| **James Anderson**<br>**1370 Dewitt Lane**<br>**Sebastian, FL 32958** | **Former Chief Financial Officer** | **Resigned February 6, 2009** |
| **Jennifer Coberly**<br>**965 S. Atlantic Ave.**<br>**Cocoa Beach, FL 32931** | **Former General Counsel,**<br>**Secretary** | **Separated June 17, 2009** |
| **Martin R. Berndt**<br>**5054 Spectacular Bid Drive**<br>**Wesley Chapel, FL 33544** | **Former Director** | **Resigned June 12, 2009** |
| **Maurice Hannigan**<br>**4565 Greenview Drive**<br>**El Dorado Hills, CA 95762-7211** | **Former Director** | **Resigned June 3, 2009** |
| **Bernard Bailey**<br>**8122 Autumn Gate Lane**<br>**Bethesda, MD 20817** | **Former Director** | **Resigned June 3, 2009** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| **See Exhibit SoFA23** | | **346,472 Shares Issued**<br>**$1,649,744.31 Distributions in**<br>**Cash** |

**24. Tax Consolidation Group.**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Point Blank Solutions, Inc.** | **11-3129361** |

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                     TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **May 14, 2010**                                    Signature   **/s/ T. Scott Avila**

**T. Scott Avila**
**Chief Restructuring Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 13920 | 02/12/10 | A & B HOLDING INC | 10,010.40 |
| 14031 | 03/17/10 | A & B HOLDING INC | 10,010.40 |
| 14065 | 04/08/10 | A & B HOLDING INC | 10,715.00 |
| 13807 | 02/10/10 | A & M TAPE AND PACK | 1,320.72 |
| 13808 | 02/10/10 | A-ACTION LOCK & SAFE | 566.99 |
| 13771 | 02/03/10 | ACCESSPOINT INC | 116.44 |
| 7866 | 04/01/10 | ACCESSPOINT INC | 292.11 |
| 8109 | 04/13/10 | ACTION EXPRESS LLC | 2,925.00 |
| 13772 | 02/03/10 | ADT SECURITY SERVICES | 7,869.32 |
| 7896 | 04/01/10 | ADT SECURITY SERVICES | 275.75 |
| 13809 | 02/10/10 | AEARO CO/EAR SPECIA | 1,995.20 |
| 14034 | 03/18/10 | AIR SYSTEMS ENTERPRISES | 749.75 |
| 13810 | 02/10/10 | ALL SERVICE REFUSE | 412.47 |
| 7734 | 03/23/10 | ALLEGHENY LUDLUM CORPORATION | 9,041.78 |
| 13811 | 02/10/10 | ALLSTATE CONTAINERS | 744.00 |
| 7682 | 03/12/10 | ALLSTATE CONTAINERS | 107.00 |
| 13812 | 02/10/10 | ALPHAGRAPHICS | 2,561.89 |
| 7803 | 03/26/10 | AMERICAN BAG AND LINEN | 15,409.29 |
| 7859 | 03/31/10 | AMERICAN BAG AND LINEN | 2,100.00 |
| 7936 | 04/07/10 | AMERICAN BAG AND LINEN | 2,730.00 |
| 8007 | 04/08/10 | AMERICAN BAG AND LINEN | 2,445.00 |
| 8073 | 04/12/10 | AMERICAN BAG AND LINEN | 2,640.00 |
| 13926 | 02/16/10 | AMERICAN EXPRESS | 59,741.51 |
| 7801 | 03/26/10 | AMERICAN EXPRESS | 54,610.84 |
| 7890 | 04/01/10 | AMERICAN EXPRESS | 31,040.14 |
| 7911 | 04/05/10 | AMERICAN EXPRESS | 6,676.58 |
| 8055 | 04/09/10 | AMERICAN EXPRESS | 1,329.03 |
| 8142 | 04/14/10 | AMERICAN EXPRESS | 2,132.60 |
| 13813 | 02/10/10 | AMERICAN STAMP WORK | 481.33 |
| 13927 | 02/16/10 | AMERICAN STAMP WORK | 421.52 |
| 14053 | 03/24/10 | AMERICAN STAMP WORK | 199.77 |
| 13814 | 02/10/10 | ARMCHEM INTERNATION | 501.74 |
| 7821 | 03/29/10 | ARMCHEM INTERNATION | 588.17 |
| 14051 | 03/19/10 | ASCOM HASLER/GE CAP | 133.94 |
| 13773 | 02/03/10 | AT&T | 169.50 |
| 13993 | 03/04/10 | AT&T | 139.80 |
| 7868 | 04/01/10 | AT&T | 118.23 |
| 7869 | 04/01/10 | AT&T | 133.42 |
| 7870 | 04/01/10 | AT&T | 98.91 |
| 7871 | 04/01/10 | AT&T | 689.07 |
| 13774 | 02/03/10 | ATECH | 931.74 |
| 13921 | 02/12/10 | ATLANTIC BUSINESS | 87,341.24 |
| 7700 | 03/12/10 | ATLANTIC BUSINESS | 87,341.24 |
| 7999 | 04/08/10 | ATLANTIC BUSINESS | 1,725.16 |
| 8040 | 04/09/10 | ATLANTIC BUSINESS | 89,141.40 |
| 13815 | 02/10/10 | AVERITT EXPRESS | 25.00 |
| 7621 | 01/29/10 | BARRDAY, CORP. | 500,000.00 |
| 7631 | 02/09/10 | BARRDAY, CORP. | 875,763.76 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 7633 | 02/17/10 | BARRDAY, CORP. | 154,062.00 |
| 7670 | 03/10/10 | BARRDAY, CORP. | 951,000.00 |
| 7671 | 03/10/10 | BARRDAY, CORP. | 500,000.00 |
| 7705 | 03/15/10 | BARRDAY, CORP. | 1,127,660.00 |
| 7711 | 03/18/10 | BARRDAY, CORP. | 4,300.00 |
| 7712 | 03/18/10 | BARRDAY, CORP. | 500,000.00 |
| 7718 | 03/18/10 | BARRDAY, CORP. | 475,500.00 |
| 7848 | 03/30/10 | BARRDAY, CORP. | 1,198,260.00 |
| 7849 | 03/30/10 | BARRDAY, CORP. | 418,917.92 |
| 7861 | 03/31/10 | BARRDAY, CORP. | 118,216.81 |
| 7927 | 04/07/10 | BARRDAY, CORP. | 84.52 |
| 7950 | 04/08/10 | BARRDAY, CORP. | 817,860.00 |
| 8100 | 04/13/10 | BARRDAY, CORP. | 138.84 |
| 8123 | 04/14/10 | BARRDAY, CORP. | 1,900.00 |
| 8134 | 04/14/10 | BARRDAY, CORP. | 408,834.90 |
| 13751 | 01/28/10 | BAY BRIDGE ADMINISTRATORS | 1,174.60 |
| 7789 | 03/26/10 | BAY BRIDGE ADMINISTRATORS | 2,349.20 |
| 13798 | 02/05/10 | BEARSE MFG CO, INC | 57,196.50 |
| 7779 | 03/26/10 | BEAVER PAPER & PACKAGING | 12,380.05 |
| 7935 | 04/07/10 | BEAVER PAPER & PACKAGING | 1,386.25 |
| 13753 | 01/29/10 | BETHEL INDUSTRIES | 150,000.00 |
| 7635 | 02/18/10 | BETHEL INDUSTRIES | 120,000.00 |
| 13775 | 02/03/10 | BIRCH TELECOM | 289.69 |
| 7903 | 04/02/10 | BIRCH TELECOM | 583.40 |
| 13817 | 02/10/10 | BLACK HILLS SHOOTER | 3,954.85 |
| 7819 | 03/29/10 | BLACK HILLS SHOOTER | 1,566.20 |
| 13818 | 02/10/10 | BLUMENTHAL LANSING | 50.00 |
| 14013 | 03/12/10 | BLUMENTHAL LANSING | 25.00 |
| 7619 | 01/29/10 | BRAND & OPPENHEIMER | 130,000.00 |
| 7713 | 03/18/10 | BRAND & OPPENHEIMER | 15,196.50 |
| 13973 | 02/16/10 | BROOKWOOD COMPANYS | 9,999.99 |
| 13974 | 02/16/10 | BROOKWOOD COMPANYS | 9,999.99 |
| 13975 | 02/16/10 | BROOKWOOD COMPANYS | 9,999.99 |
| 14035 | 03/18/10 | BROOKWOOD COMPANYS | 11,058.45 |
| 14052 | 03/22/10 | BROOKWOOD COMPANYS | 10,772.25 |
| 7944 | 04/08/10 | BROOKWOOD COMPANYS | 10,036.24 |
| 8128 | 04/14/10 | BROOKWOOD COMPANYS | 13,785.30 |
| 8135 | 04/14/10 | BROOKWOOD COMPANYS | 39,750.00 |
| 13754 | 01/29/10 | BROTHER INTERNATION | 105,196.70 |
| 13819 | 02/10/10 | BROTHER INTERNATION | 141.16 |
| 13820 | 02/10/10 | BUDGET RENT A CAR | 3,002.46 |
| 13821 | 02/10/10 | BUSINESS TECHNOLOGY | 2,760.78 |
| 13801 | 02/05/10 | CARGO TRANSPORTATION | 19,992.59 |
| 7743 | 03/12/10 | CARGO TRANSPORTATION | 9,933.00 |
| 7873 | 04/02/10 | CARGO TRANSPORTATION | 23,000.00 |
| 7897 | 04/01/10 | CARGO TRANSPORTATION | 62,251.18 |
| 7900 | 04/02/10 | CARGO TRANSPORTATION | 89,558.09 |
| 7913 | 04/05/10 | CARGO TRANSPORTATION | 4,747.18 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 8117 | 04/14/10 | CARGO TRANSPORTATION | 5,325.84 |
| 13747 | 01/28/10 | CARITEN HEALTH PLAN | 84,729.46 |
| 7827 | 03/29/10 | CARITEN HEALTH PLAN | 34,489.74 |
| 8045 | 04/09/10 | CARITEN HEALTH PLAN | 40,517.90 |
| 13822 | 02/10/10 | CARLTON GROUP,INC. | 328.84 |
| 7729 | 03/22/10 | CARR TEXTILE CORP | 9,641.22 |
| 7739 | 03/24/10 | CARR TEXTILE CORP | 12,208.22 |
| 7943 | 04/08/10 | CARR TEXTILE CORP | 9,641.22 |
| 7955 | 04/08/10 | CARR TEXTILE CORP | 793.95 |
| 7956 | 04/08/10 | CARR TEXTILE CORP | 1,204.86 |
| 8108 | 04/13/10 | CARR TEXTILE CORP | 1,204.86 |
| 8127 | 04/14/10 | CARR TEXTILE CORP | 9,641.22 |
| 14036 | 03/18/10 | CARTER ENTERPRISES | 192,779.00 |
| 7654 | 03/04/10 | CARTER ENTERPRISES | 280,000.00 |
| 7863 | 03/31/10 | CARTER ENTERPRISES | 192,779.00 |
| 13776 | 02/03/10 | CARYVILLE-JACKSBORO | 2,232.42 |
| 7667 | 03/05/10 | CARYVILLE-JACKSBORO | 1,119.41 |
| 13752 | 01/28/10 | CASH | 986.53 |
| 14014 | 03/12/10 | CASH | 466.35 |
| 14058 | 03/29/10 | CASH | 978.93 |
| 13823 | 02/10/10 | CAZIO T-SHIRT DESIG | 1,063.70 |
| 7850 | 03/30/10 | CERADYNE INC | 2,000.00 |
| 7959 | 04/08/10 | CERADYNE INC | 1,680.00 |
| 7960 | 04/08/10 | CERADYNE INC | 1,960.00 |
| 7961 | 04/08/10 | CERADYNE INC | 1,400.00 |
| 7799 | 03/26/10 | CHESAPEAKE DEFENSE | 10,800.00 |
| 8062 | 04/12/10 | CHESAPEAKE DEFENSE | 2,030.00 |
| 13825 | 02/10/10 | CINTAS FIRST AID & | 275.24 |
| 13826 | 02/10/10 | CISCO WEBEX LLC | 240.00 |
| 13827 | 02/10/10 | CIT TECHNOLOGY FINANCIAL SERVICES | 3,526.73 |
| 8094 | 04/13/10 | CIT TECHNOLOGY FINANCIAL SERVICES | 10,580.19 |
| 13777 | 02/03/10 | CITY OF DEERFIELD B | 291.68 |
| 13778 | 02/03/10 | CITY OF OAKLAND PAR | 3,250.50 |
| 7867 | 04/02/10 | CITY OF OAKLAND PAR | 3,234.96 |
| 13779 | 02/03/10 | CLEANING GIRLS SERVICES | 9,788.00 |
| 13983 | 02/18/10 | CLEANING GIRLS SERVICES | 11,804.47 |
| 14015 | 03/12/10 | CLEANING GIRLS SERVICES | 6,514.00 |
| 7875 | 04/01/10 | CLEANING GIRLS SERVICES | 8,598.00 |
| 7997 | 04/08/10 | CLEANING GIRLS SERVICES | 3,014.00 |
| 14050 | 03/19/10 | CMRS-TMS | 500.00 |
| 7988 | 04/08/10 | CMRS-TMS | 500.00 |
| 7693 | 03/12/10 | COASTAL BUSINESS SUPPLIES | 10,293.00 |
| 7928 | 04/07/10 | COASTAL BUSINESS SUPPLIES | 574.12 |
| 13828 | 02/10/10 | COMP-AIR SERVICE CO | 445.60 |
| 7828 | 03/30/10 | COMPONENTSOFT, INC | 495.00 |
| 8035 | 04/09/10 | CONNEY SAFETY PRODUCTS | 91.20 |
| 8033 | 04/09/10 | CONTRA THREAT SCIENCES | 5,250.94 |
| 13829 | 02/10/10 | CONWAY FREIGHT | 109.97 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 13830 | 02/10/10 | COOK'S PEST CONTROL | 320.00 |
| 7783 | 03/26/10 | COOPER CONTAINER CO | 5,147.95 |
| 7823 | 03/29/10 | COOPER CONTAINER CO | 1,469.85 |
| 7858 | 03/31/10 | COOPER CONTAINER CO | 78.00 |
| 8027 | 04/09/10 | COOPER CONTAINER CO | 78.00 |
| 8126 | 04/14/10 | COOPER CONTAINER CO | 5,147.95 |
| 13935 | 02/16/10 | COSGROVE ENTERPRISE | 8,552.85 |
| 7692 | 03/12/10 | COSGROVE ENTERPRISE | 5,553.00 |
| 7777 | 03/26/10 | COSGROVE ENTERPRISE | 3,377.12 |
| 7857 | 03/31/10 | COSGROVE ENTERPRISE | 1,139.25 |
| 7917 | 04/06/10 | COSGROVE ENTERPRISE | 951.35 |
| 8006 | 04/08/10 | COSGROVE ENTERPRISE | 227.60 |
| 8028 | 04/09/10 | COSGROVE ENTERPRISE | 1,139.73 |
| 13831 | 02/10/10 | CROWN TROPHY OF LAU | 1,017.92 |
| 13755 | 01/29/10 | CUSTOM APPAREL | 15,473.00 |
| 13832 | 02/10/10 | CUSTOM APPAREL | 3,004.00 |
| 14016 | 03/12/10 | CUSTOM APPAREL | 3,003.00 |
| 7780 | 03/26/10 | CUSTOM APPAREL | 11,102.00 |
| 7781 | 03/26/10 | CUSTOM APPAREL | 2,360.00 |
| 7817 | 03/29/10 | CUSTOM APPAREL | 2,188.00 |
| 7840 | 03/30/10 | CUSTOM APPAREL | 1,752.00 |
| 7856 | 03/31/10 | CUSTOM APPAREL | 1,944.00 |
| 7892 | 04/01/10 | CUSTOM APPAREL | 2,036.00 |
| 7939 | 04/07/10 | CUSTOM APPAREL | 2,360.00 |
| 8056 | 04/09/10 | CUSTOM APPAREL | 17,050.00 |
| 8074 | 04/12/10 | CUSTOM APPAREL | 4,094.00 |
| 8106 | 04/13/10 | CUTTING EDGE TEX-ST | 772.93 |
| 7825 | 03/29/10 | CYGNUS BUSINESS MEDIA | 5,000.00 |
| 13756 | 01/29/10 | DALLCO INDUSTRIES | 104,100.00 |
| 13833 | 02/10/10 | DALLCO INDUSTRIES | 41,591.00 |
| 13834 | 02/10/10 | DAN-RAY MACHINE CO. | 3,786.00 |
| 13922 | 02/12/10 | DCT INDUSTRIAL VALUE FUND | 90,639.75 |
| 7701 | 03/12/10 | DCT INDUSTRIAL VALUE FUND | 90,639.75 |
| 13768 | 02/01/10 | DEFENSE ACCOUNTING | 40,000.00 |
| 14061 | 04/01/10 | DEFENSE ACCOUNTING | 126,000.00 |
| 13990 | 03/04/10 | DELAWARE DIVISION | 3,628.75 |
| 13991 | 03/04/10 | DELAWARE DIVISION | 225.00 |
| 13835 | 02/10/10 | DELL FINANCIAL SERVICES | 1,418.96 |
| 7876 | 04/01/10 | DELL FINANCIAL SERVICES | 2,795.98 |
| 14037 | 03/18/10 | DELTA DENTAL INSURANCE | 5,236.84 |
| 7800 | 03/26/10 | DELTA DENTAL INSURANCE | 30,807.49 |
| 8036 | 04/09/10 | DELTA DENTAL INSURANCE | 6,819.04 |
| 13748 | 01/28/10 | DELTA DENTAL PLAN | 3,404.59 |
| 7643 | 03/04/10 | DELTA DENTAL PLAN | 3,519.35 |
| 7787 | 03/26/10 | DELTA DENTAL PLAN | 1,719.32 |
| 8038 | 04/09/10 | DELTA DENTAL PLAN | 3,438.41 |
| 13749 | 01/28/10 | DELTACARE USA | 7,915.99 |
| 7651 | 03/04/10 | DELTACARE USA | 133.80 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 13836 | 02/10/10 | DENNIS CUSTOM PEST CONTROL | 238.50 |
| 13937 | 02/16/10 | DEPENDABLE PACKAGING | 5,778.25 |
| 14038 | 03/18/10 | DEPENDABLE PACKAGING | 6,147.00 |
| 7642 | 03/04/10 | DEPENDABLE PACKAGING | 8,738.25 |
| 7736 | 03/12/10 | DEPENDABLE PACKAGING | 8,839.00 |
| 7750 | 03/25/10 | DEPENDABLE PACKAGING | 2,414.70 |
| 7814 | 03/29/10 | DEPENDABLE PACKAGING | 73.90 |
| 7815 | 03/29/10 | DEPENDABLE PACKAGING | 228.00 |
| 7893 | 04/01/10 | DEPENDABLE PACKAGING | 9,422.64 |
| 8099 | 04/13/10 | DEPENDABLE PACKAGING | 74.59 |
| 8125 | 04/14/10 | DEPENDABLE PACKAGING | 12,295.62 |
| 13837 | 02/10/10 | DIAMOND NEEDLE CORP | 4,469.80 |
| 7691 | 03/12/10 | DIAMOND NEEDLE CORP | 3,761.00 |
| 7812 | 03/29/10 | DIAMOND NEEDLE CORP | 1,230.70 |
| 8026 | 04/09/10 | DIAMOND NEEDLE CORP | 1,218.09 |
| 13838 | 02/10/10 | DIGI-KEY CORP | 327.67 |
| 13781 | 02/03/10 | DIRECT TV | 53.18 |
| 13839 | 02/10/10 | DIRECTEX | 1,940.00 |
| 7762 | 03/26/10 | DIRECTEX | 1,157.00 |
| 13757 | 01/29/10 | DSM DYNEEMA B.V. | 44,640.00 |
| 13938 | 02/16/10 | DSM DYNEEMA B.V. | 111,600.00 |
| 13978 | 02/17/10 | DSM DYNEEMA B.V. | 44,640.00 |
| 7727 | 03/19/10 | DSM DYNEEMA B.V. | 151,776.00 |
| 7758 | 03/26/10 | DSM DYNEEMA B.V. | 3,839.00 |
| 7761 | 03/26/10 | DSM DYNEEMA B.V. | 40,801.00 |
| 7940 | 04/08/10 | DSM DYNEEMA B.V. | 44,640.00 |
| 8015 | 04/09/10 | DSM DYNEEMA B.V. | 44,640.00 |
| 8141 | 04/14/10 | DSM DYNEEMA B.V. | 44,640.00 |
| 7618 | 01/29/10 | DUPONT ADVANCED FIBER SYSTEMS | 279,472.00 |
| 7699 | 03/12/10 | DUPONT ADVANCED FIBER SYSTEMS | 710,500.00 |
| 7709 | 03/17/10 | DUPONT ADVANCED FIBER SYSTEMS | 710,500.00 |
| 7756 | 03/26/10 | DUPONT ADVANCED FIBER SYSTEMS | 682,080.00 |
| 7757 | 03/26/10 | DUPONT ADVANCED FIBER SYSTEMS | 114,158.34 |
| 7759 | 03/26/10 | DUPONT ADVANCED FIBER SYSTEMS | 23,420.00 |
| 7760 | 03/26/10 | DUPONT ADVANCED FIBER SYSTEMS | 23,420.00 |
| 7946 | 04/08/10 | DUPONT ADVANCED FIBER SYSTEMS | 58,536.52 |
| 7953 | 04/08/10 | DUPONT ADVANCED FIBER SYSTEMS | 74,112.50 |
| 7958 | 04/08/10 | DUPONT ADVANCED FIBER SYSTEMS | 23,420.00 |
| 8008 | 04/08/10 | DUPONT ADVANCED FIBER SYSTEMS | 6,792.84 |
| 8013 | 04/09/10 | DUPONT ADVANCED FIBER SYSTEMS | 23,420.00 |
| 8014 | 04/09/10 | DUPONT ADVANCED FIBER SYSTEMS | 302,820.00 |
| 8132 | 04/14/10 | DUPONT ADVANCED FIBER SYSTEMS | 282,240.00 |
| 13802 | 02/05/10 | DURO TEXTILES LLC 1 | 80,000.00 |
| 7706 | 03/15/10 | DURO TEXTILES LLC 1 | 111,066.00 |
| 7792 | 03/26/10 | DURO TEXTILES LLC 1 | 16,542.60 |
| 7855 | 03/31/10 | DURO TEXTILES LLC 1 | 336.96 |
| 7907 | 04/02/10 | DURO TEXTILES LLC 1 | 111,066.00 |
| 8049 | 04/09/10 | DURO TEXTILES LLC 1 | 111,066.00 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 8098 | 04/13/10 | DURO TEXTILES LLC 1 | 15,583.65 |
| 13840 | 02/10/10 | EDDINGTON THREAD CO | 1,982.50 |
| 7790 | 03/26/10 | EDDINGTON THREAD CO | 2,347.28 |
| 7813 | 03/29/10 | EDDINGTON THREAD CO | 835.00 |
| 8005 | 04/08/10 | EDDINGTON THREAD CO | 1,401.44 |
| 13841 | 02/10/10 | ELITEXPO CARGO SYST | 370.00 |
| 13842 | 03/02/10 | ESHIRTSDIRECT, INC | 1,582.79 |
| 8105 | 04/13/10 | EXECUTIVE LABEL, IN | 1,105.99 |
| 14017 | 03/12/10 | EXPORTS INTERNATIONAL | 250.00 |
| 14018 | 03/12/10 | EYE CATCHING SOLUTIONS | 201.40 |
| 7776 | 03/26/10 | FABRI-QUILT, INC. | 1,779.60 |
| 13918 | 02/12/10 | FEDEX 2 | 35,600.48 |
| 14012 | 03/15/10 | FEDEX 2 | 41,297.05 |
| 7639 | 03/01/10 | FEDEX 2 | 3,767.90 |
| 7640 | 03/01/10 | FEDEX 2 | 3,864.25 |
| 7996 | 04/08/10 | FEDEX 2 | 24,611.85 |
| 13919 | 02/12/10 | FEDEX FREIGHT | 24,684.13 |
| 14020 | 03/12/10 | FEDEX FREIGHT | 15,579.81 |
| 13843 | 02/10/10 | FEDEX NATIONAL LTL | 848.05 |
| 8029 | 04/09/10 | FIRST TRUCKING INC. | 15,750.00 |
| 14063 | 04/06/10 | FLORIDA DEPT OF STATE | 150.00 |
| 14064 | 04/06/10 | FLORIDA DEPT OF STATE | 150.00 |
| 7630 | 02/05/10 | FLORIDA DEPT.OF REVENUE | 3,246.54 |
| 7722 | 03/22/10 | FLORIDA DEPT.OF REVENUE | 904.92 |
| 7937 | 04/08/10 | FLORIDA DEPT.OF REVENUE | 841.53 |
| 13782 | 02/03/10 | FLORIDA POWER AND LIGHT | 2,886.22 |
| 7617 | 01/20/10 | FLORIDA POWER AND LIGHT | 8,868.50 |
| 7636 | 02/22/10 | FLORIDA POWER AND LIGHT | 19,232.89 |
| 7728 | 03/22/10 | FLORIDA POWER AND LIGHT | 14,893.55 |
| 13844 | 02/10/10 | FXI FOAMEX INNOVATION | 664.86 |
| 7844 | 03/30/10 | FXI FOAMEX INNOVATION | 636.64 |
| 7696 | 03/12/10 | G2 CONSULTING LLC | 41,050.00 |
| 7838 | 03/30/10 | G2 CONSULTING LLC | 20,400.00 |
| 7924 | 04/06/10 | G2 CONSULTING LLC | 52,400.00 |
| 13982 | 03/16/10 | G2 CONSULTING LLC | 30,000.00 |
| 13770 | 02/01/10 | GENERAL SERVICES AD | 36,606.73 |
| 13758 | 01/29/10 | GERBER TECHNOLOGY | 32,944.19 |
| 13846 | 02/10/10 | GERBER TECHNOLOGY | 543.00 |
| 14021 | 03/12/10 | GERBER TECHNOLOGY | 3,675.43 |
| 7764 | 03/26/10 | GERBER TECHNOLOGY | 11,474.61 |
| 7934 | 04/07/10 | GERBER TECHNOLOGY | 3,764.21 |
| 8004 | 04/08/10 | GERBER TECHNOLOGY | 4,208.98 |
| 8097 | 04/13/10 | GERBER TECHNOLOGY | 3,453.87 |
| 8138 | 04/14/10 | GLOBAL CONSTRUCTION | 1,362.00 |
| 13847 | 02/10/10 | GLOBAL TECHNICAL NE | 1,116.13 |
| 13848 | 02/10/10 | GOLDEN SALES INC | 3,271.00 |
| 8003 | 04/08/10 | GOLDEN SALES INC | 2,805.00 |
| 7687 | 03/12/10 | GRAINGER | 5,839.00 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 13849 | 02/10/10 | GREAT AMERICAN LEASING | 982.75 |
| 13759 | 01/29/10 | H.P. WHITE LABORATORY | 82,235.00 |
| 7679 | 03/11/10 | H.P. WHITE LABORATORY | 59,600.00 |
| 7778 | 03/26/10 | H.P. WHITE LABORATORY | 34,450.00 |
| 7995 | 04/08/10 | H.P. WHITE LABORATORY | 37,600.00 |
| 8039 | 04/09/10 | H.P. WHITE LABORATORY | 7,075.00 |
| 8058 | 04/12/10 | H.P. WHITE LABORATORY | 34,000.00 |
| 8067 | 04/12/10 | H.P. WHITE LABORATORY | 15,150.00 |
| 13850 | 02/10/10 | HARRISON TECHNOLOGIES | 2,196.50 |
| 8030 | 04/09/10 | HARRISON TECHNOLOGIES | 364.50 |
| 14032 | 03/18/10 | HAZARDOUS MATERIAL | 201.00 |
| 13851 | 02/10/10 | HERTZ CORPORATION | 741.71 |
| 7668 | 03/08/10 | HERTZ CORPORATION | 1,559.46 |
| 7877 | 04/01/10 | HERTZ CORPORATION | 1,740.61 |
| 14039 | 03/18/10 | HIGH COM SECURITY | 9,161.00 |
| 7735 | 03/23/10 | HIGH COM SECURITY | 5,380.00 |
| 7942 | 04/08/10 | HIGH COM SECURITY | 9,161.25 |
| 8124 | 04/14/10 | HIGH COM SECURITY | 9,161.25 |
| 14022 | 03/12/10 | HOLSTON GASES | 63.81 |
| 13760 | 01/29/10 | HONEYWELL | 214,220.53 |
| 13945 | 02/16/10 | HONEYWELL | 99,543.08 |
| 13981 | 02/17/10 | HONEYWELL | 15,415.98 |
| 7716 | 03/18/10 | HONEYWELL | 33,480.00 |
| 7717 | 03/18/10 | HONEYWELL | 74,290.00 |
| 7755 | 03/26/10 | HONEYWELL | 16,740.00 |
| 7806 | 03/26/10 | HONEYWELL | 74,290.00 |
| 7926 | 04/07/10 | HONEYWELL | 1,650.23 |
| 7951 | 04/08/10 | HONEYWELL | 137,166.40 |
| 7954 | 04/08/10 | HONEYWELL | 33,480.00 |
| 7957 | 04/08/10 | HONEYWELL | 52,780.00 |
| 8050 | 04/09/10 | HONEYWELL | 445,742.03 |
| 8116 | 04/14/10 | HONEYWELL | 33,480.00 |
| 13750 | 01/28/10 | HUMANA INC | 213,772.88 |
| 14040 | 03/18/10 | HUMANA INC | 242,225.65 |
| 7637 | 02/24/10 | HUMANA INC | 246,673.65 |
| 7638 | 02/26/10 | HUMANA INC | 14,949.58 |
| 7788 | 03/26/10 | HUMANA INC | 2,711.50 |
| 8043 | 04/09/10 | HUMANA INC | 246,111.49 |
| 8096 | 04/13/10 | I WITNESS & ASSOCIATES | 1,338.36 |
| 13854 | 02/10/10 | INSIGHT | 1,355.68 |
| 8024 | 04/09/10 | INTEGRASERV, INC | 1,972.38 |
| 13855 | 02/10/10 | INTEGRATED PROFESSIONAL | 160.00 |
| 7865 | 04/02/10 | ISN TELECOM | 2,620.41 |
| 13947 | 02/16/10 | ITW WATERBURY BUCKLE | 9,380.00 |
| 14041 | 03/18/10 | J. O. KING, INC | 2,510.00 |
| 14048 | 03/18/10 | J. O. KING, INC | 166.22 |
| 7695 | 03/12/10 | J.B. GURY MANUFACTURING | 9,662.00 |
| 7737 | 03/23/10 | J.B. GURY MANUFACTURING | 551.25 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 7738 | 03/24/10 | J.B. GURY MANUFACTURING | 2,765.23 |
| 13923 | 02/12/10 | JAMES CAMBELL COMPANY | 8,366.43 |
| 14070 | 04/09/10 | JAMES CAMBELL COMPANY | 8,366.43 |
| 7702 | 03/12/10 | JAMES CAMBELL COMPANY | 8,366.43 |
| 14057 | 03/26/10 | JEAN F. EXUME | 342.64 |
| 13803 | 02/05/10 | JL KAYA INC | 58,378.50 |
| 7626 | 01/29/10 | JL KAYA INC | 100,000.00 |
| 7672 | 03/10/10 | JL KAYA INC | 34,397.00 |
| 7673 | 03/10/10 | JL KAYA INC | 40,625.00 |
| 7785 | 03/26/10 | JL KAYA INC | 34,397.00 |
| 7786 | 03/26/10 | JL KAYA INC | 29,809.50 |
| 7822 | 03/29/10 | JL KAYA INC | 9,112.50 |
| 7837 | 03/30/10 | JL KAYA INC | 5,628.75 |
| 7854 | 03/31/10 | JL KAYA INC | 5,869.25 |
| 7918 | 04/06/10 | JL KAYA INC | 327.55 |
| 7991 | 04/08/10 | JL KAYA INC | 34,397.00 |
| 8002 | 04/08/10 | JL KAYA INC | 10,711.00 |
| 8075 | 04/12/10 | JL KAYA INC | 4,556.25 |
| 8095 | 04/13/10 | JL KAYA INC | 9,112.50 |
| 8111 | 04/13/10 | JL KAYA INC | 4,556.25 |
| 13857 | 02/10/10 | JOHN C TUCKER CO, I | 674.32 |
| 13858 | 02/10/10 | JOHN E FOX (THE FOX | 3,413.11 |
| 14068 | 04/08/10 | JOHN E SKLADAN | 600.67 |
| 14067 | 04/08/10 | JOHN WESLEY WHITE | 50.75 |
| 13859 | 02/10/10 | JOSEPH BARKER | 3,588.20 |
| 14023 | 03/12/10 | JOSEPH BARKER | 13,399.70 |
| 7768 | 03/26/10 | JOSEPH BARKER | 4,140.50 |
| 7990 | 04/08/10 | JOSEPH BARKER | 8,503.32 |
| 8059 | 04/12/10 | JOSEPH BARKER | 2,968.37 |
| 7622 | 01/29/10 | JPS COMPOSITE MATERIALS | 1,000,000.00 |
| 7862 | 03/31/10 | JPS COMPOSITE MATERIALS | 188,160.24 |
| 7915 | 04/06/10 | JPS COMPOSITE MATERIALS | 18,672.82 |
| 8107 | 04/13/10 | JPS COMPOSITE MATERIALS | 9,505.20 |
| 8069 | 04/12/10 | KATHLEEN SMITH | 485.75 |
| 13860 | 02/10/10 | KIKO SEWING MACHINE | 1,300.00 |
| 7653 | 03/04/10 | LAFOLLETTE UTILITES | 4,938.48 |
| 7878 | 04/01/10 | LAFOLLETTE UTILITES | 5,864.41 |
| 7989 | 04/08/10 | LAFOLLETTE UTILITES | 5,698.47 |
| 13861 | 02/10/10 | LAWRENCE SCHIFF SIL | 598.40 |
| 14042 | 03/18/10 | LEADING TECH. COMPOSITES | 17,316.00 |
| 7724 | 03/19/10 | LEADING TECH. COMPOSITES | 28,812.00 |
| 7725 | 03/19/10 | LEADING TECH. COMPOSITES | 10,824.00 |
| 7845 | 03/30/10 | LEADING TECH. COMPOSITES | 16,200.00 |
| 7846 | 03/30/10 | LEADING TECH. COMPOSITES | 15,750.00 |
| 7986 | 04/08/10 | LEADING TECH. COMPOSITES | 17,316.14 |
| 8018 | 04/09/10 | LEADING TECH. COMPOSITES | 18,363.00 |
| 8101 | 04/13/10 | LEADING TECH. COMPOSITES | 90,000.00 |
| 8122 | 04/14/10 | LEADING TECH. COMPOSITES | 17,316.14 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 13862 | 02/10/10 | LEAN SUPERMARKET LL | 760.30 |
| 7843 | 03/30/10 | LEILA DAVIS | 79.74 |
| 7697 | 03/12/10 | LIFE STONE MATERIAL | 185,200.00 |
| 7726 | 03/19/10 | LIFE STONE MATERIAL | 240,375.10 |
| 7914 | 04/06/10 | LIFE STONE MATERIAL | 128,583.32 |
| 7938 | 04/07/10 | LIFE STONE MATERIAL | 151,342.77 |
| 7947 | 04/08/10 | LIFE STONE MATERIAL | 106,285.24 |
| 7948 | 04/08/10 | LIFE STONE MATERIAL | 35,430.06 |
| 8110 | 04/13/10 | LIFE STONE MATERIAL | 88,623.35 |
| 8129 | 04/14/10 | LIFE STONE MATERIAL | 113,289.58 |
| 14030 | 03/17/10 | LIFE WEAR TECHNOLOGY | 7,867.24 |
| 14056 | 03/25/10 | LIFE WEAR TECHNOLOGY | 1,605.01 |
| 8143 | 04/14/10 | LIFE WEAR TECHNOLOGY | 3,108.60 |
| 13863 | 02/10/10 | LINCOLN FABRICS INC | 450,000.00 |
| 7624 | 01/29/10 | LINCOLN FABRICS INC | 365,000.00 |
| 7714 | 03/18/10 | LINCOLN FABRICS INC | 21,140.00 |
| 7715 | 03/18/10 | LINCOLN FABRICS INC | 23,850.00 |
| 7731 | 03/23/10 | LINCOLN FABRICS INC | 3,020.00 |
| 7795 | 03/26/10 | LINCOLN FABRICS INC | 3,020.00 |
| 7796 | 03/26/10 | LINCOLN FABRICS INC | 35,775.00 |
| 7797 | 03/26/10 | LINCOLN FABRICS INC | 72,700.00 |
| 8016 | 04/09/10 | LINCOLN FABRICS INC | 10,195.52 |
| 8072 | 04/12/10 | LINCOLN FABRICS INC | 39,199.36 |
| 8079 | 04/12/10 | LINCOLN FABRICS INC | 278,628.61 |
| 13953 | 02/16/10 | M.S.P. ELECTRIC INC | 2,080.00 |
| 8037 | 04/09/10 | M.S.P. ELECTRIC INC | 14,095.43 |
| 14060 | 03/30/10 | MARIE GENESCAR | 156.00 |
| 13783 | 02/03/10 | MAR-TEC | 318.00 |
| 13784 | 02/03/10 | MASTER GRASS, INC | 250.00 |
| 13864 | 02/10/10 | MAX PRO-POLICE & ARMOR | 2,660.00 |
| 14024 | 03/12/10 | MAX PRO-POLICE & ARMOR | 17,920.00 |
| 13865 | 02/10/10 | MCMASTER CARR SUPPLY | 1,489.33 |
| 7771 | 03/26/10 | MCMASTER CARR SUPPLY | 2,362.10 |
| 7816 | 03/29/10 | MCMASTER CARR SUPPLY | 305.00 |
| 7836 | 03/30/10 | MCMASTER CARR SUPPLY | 305.00 |
| 13866 | 02/10/10 | MECHANIZED SYSTEMS, | 2,287.09 |
| 8139 | 04/14/10 | MICHAEL ZIMMERMAN P | 400.00 |
| 8084 | 04/12/10 | MICROSOFT LICENSING | 42,197.36 |
| 13805 | 02/05/10 | MILCO INDUSTRIES | 4,144.00 |
| 7694 | 03/12/10 | MILCO INDUSTRIES | 4,997.00 |
| 7984 | 04/08/10 | MILCO INDUSTRIES | 12,091.48 |
| 8103 | 04/13/10 | MILCO INDUSTRIES | 5,723.96 |
| 13867 | 02/10/10 | MILLER BEARINGS | 517.16 |
| 7769 | 03/26/10 | MILLER BEARINGS | 316.67 |
| 8025 | 04/09/10 | MILLER BEARINGS | 151.18 |
| 7634 | 02/18/10 | MJM MANUFACTURING | 12,440.68 |
| 13868 | 02/10/10 | MSC INDUSTRIAL SUPPLY | 3,052.39 |
| 14043 | 03/18/10 | MSC INDUSTRIAL SUPPLY | 2,692.94 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 7809 | 03/29/10 | MSC INDUSTRIAL SUPPLY | 759.29 |
| 8000 | 04/08/10 | MSC INDUSTRIAL SUPPLY | 324.30 |
| 13869 | 02/10/10 | MUTUAL OF OMAHA | 2,707.10 |
| 14044 | 03/18/10 | MUTUAL OF OMAHA | 10,728.50 |
| 7652 | 03/04/10 | MUTUAL OF OMAHA | 9,604.39 |
| 7798 | 03/26/10 | MUTUAL OF OMAHA | 6,496.97 |
| 8051 | 04/09/10 | MUTUAL OF OMAHA | 22,214.44 |
| 13870 | 02/10/10 | MY FLORIDA MARKET P | 623.38 |
| 13956 | 02/16/10 | NATIONAL CUSTOM PRT | 1,360.95 |
| 7708 | 03/15/10 | NATIONAL CUSTOM PRT | 3,720.00 |
| 7774 | 03/26/10 | NATIONAL CUSTOM PRT | 3,720.00 |
| 7791 | 03/26/10 | NATIONAL CUSTOM PRT | 1,541.80 |
| 7811 | 03/29/10 | NATIONAL CUSTOM PRT | 1,021.70 |
| 7835 | 03/30/10 | NATIONAL CUSTOM PRT | 304.60 |
| 7933 | 04/07/10 | NATIONAL CUSTOM PRT | 224.50 |
| 8052 | 04/09/10 | NATIONAL CUSTOM PRT | 3,720.00 |
| 13762 | 01/29/10 | NATIONAL OUTERSHELL | 62,052.00 |
| 13958 | 02/16/10 | NATIONAL OUTERSHELL | 8,760.00 |
| 7677 | 03/10/10 | NATIONAL OUTERSHELL | 12,387.00 |
| 7678 | 03/10/10 | NATIONAL OUTERSHELL | 126,735.00 |
| 7782 | 03/26/10 | NATIONAL OUTERSHELL | 12,387.00 |
| 7793 | 03/26/10 | NATIONAL OUTERSHELL | 3,621.00 |
| 7820 | 03/29/10 | NATIONAL OUTERSHELL | 1,810.50 |
| 7834 | 03/30/10 | NATIONAL OUTERSHELL | 1,810.50 |
| 7860 | 03/31/10 | NATIONAL OUTERSHELL | 33,802.50 |
| 7965 | 04/08/10 | NATIONAL OUTERSHELL | 12,387.00 |
| 8017 | 04/09/10 | NATIONAL OUTERSHELL | 3,090.00 |
| 8093 | 04/13/10 | NATIONAL OUTERSHELL | 6,330.00 |
| 8102 | 04/13/10 | NATIONAL OUTERSHELL | 2,437.50 |
| 8112 | 04/13/10 | NATIONAL OUTERSHELL | 36,225.00 |
| 13871 | 02/10/10 | NATIONAL TACTICAL O | 2,900.00 |
| 7841 | 03/30/10 | NATIONAL TACTICAL O | 2,700.00 |
| 7983 | 04/08/10 | NATIONAL TACTICAL O | 13,955.00 |
| 13872 | 02/10/10 | NATIONWIDE LIFT TRUCK | 1,836.59 |
| 7982 | 04/08/10 | NEW YORK TACTICAL O | 4,000.00 |
| 13959 | 02/16/10 | NORTHEAST KNITTING | 10,580.60 |
| 13874 | 02/10/10 | OPUS SECTILE | 1,812.60 |
| 14045 | 03/18/10 | OPUS SECTILE | 985.80 |
| 7932 | 04/07/10 | OPUS SECTILE | 1,208.40 |
| 13875 | 02/10/10 | ORACLE FINANCING | 1,941.78 |
| 7880 | 04/01/10 | ORACLE FINANCING | 1,970.91 |
| 13924 | 02/12/10 | OTR, OHIO GENERAL P | 50,198.56 |
| 13994 | 03/11/10 | OTR, OHIO GENERAL P | 52,708.49 |
| 8023 | 04/09/10 | OUTLAST TECHNOLOGIE | 9,050.03 |
| 13785 | 02/03/10 | PAETEC COMMUNICATIONS | 6,996.79 |
| 7650 | 03/04/10 | PAETEC COMMUNICATIONS | 6,917.62 |
| 7681 | 03/12/10 | PAETEC COMMUNICATIONS | 6.00 |
| 7882 | 04/01/10 | PAETEC COMMUNICATIONS | 14,063.60 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 8086 | 04/12/10 | PAETEC COMMUNICATIONS | 7,890.39 |
| 13876 | 02/10/10 | PAIHO NORTH AMERICA | 3,053.65 |
| 14025 | 03/12/10 | PAIHO NORTH AMERICA | 820.00 |
| 7784 | 03/26/10 | PAIHO NORTH AMERICA | 3,055.00 |
| 7810 | 03/29/10 | PAIHO NORTH AMERICA | 51.00 |
| 7833 | 03/30/10 | PAIHO NORTH AMERICA | 1,398.00 |
| 7919 | 04/06/10 | PAIHO NORTH AMERICA | 132.00 |
| 7971 | 04/08/10 | PAIHO NORTH AMERICA | 3,243.00 |
| 13877 | 02/10/10 | PALLET CONSULTANTS | 4,279.75 |
| 14026 | 03/12/10 | PALLET CONSULTANTS | 1,351.50 |
| 13878 | 02/10/10 | PAUL GIONFRIDDO | 5,000.00 |
| 13879 | 02/10/10 | PC MALL SALES, INC. | 254.34 |
| 7721 | 03/18/10 | PDQ EMERGENCY | 6,725.00 |
| 14046 | 03/18/10 | POLYMER TECHNOLOGIES | 5,643.00 |
| 7981 | 04/08/10 | POLYMER TECHNOLOGIES | 5,643.33 |
| 8121 | 04/14/10 | POLYMER TECHNOLOGIES | 5,643.33 |
| 13786 | 02/03/10 | POWELL CLINCH UTILITIES | 6,944.33 |
| 7657 | 03/04/10 | POWELL CLINCH UTILITIES | 5,945.31 |
| 7883 | 04/01/10 | POWELL CLINCH UTILITIES | 5,750.39 |
| 8087 | 04/12/10 | POWELL CLINCH UTILITIES | 2,922.71 |
| 14055 | 03/25/10 | PPI, INC | 2,500.00 |
| 13916 | 02/11/10 | PRACTICAL COMPUTER | 8,731.79 |
| 14027 | 03/12/10 | PRAETORIAN GROUP | 2,000.00 |
| 13787 | 02/03/10 | PREMIERE GLOBAL SERVICES | 80.49 |
| 7884 | 04/01/10 | PREMIERE GLOBAL SERVICES | 140.49 |
| 7620 | 01/29/10 | PRO SYSTEMS S.p.A. | 55,000.00 |
| 7945 | 04/08/10 | PRO SYSTEMS S.p.A. | 87,400.80 |
| 7972 | 04/08/10 | PRO SYSTEMS S.p.A. | 47,585.70 |
| 8010 | 04/09/10 | PROGRESSIVE INSURANCE | 4,750.03 |
| 13881 | 02/10/10 | QUALITY PALLETS | 387.50 |
| 8137 | 04/14/10 | QUALITY SYSTEMS LABORATORY | 140.00 |
| 7690 | 03/12/10 | RANDSTAD | 100,004.00 |
| 7885 | 04/01/10 | RANDSTAD | 23,746.52 |
| 7980 | 04/08/10 | RANDSTAD | 26,524.53 |
| 8120 | 04/14/10 | RANDSTAD | 45,375.29 |
| 13882 | 02/10/10 | RAPID ROOTER PLUMBING | 365.70 |
| 13883 | 02/10/10 | RHODE ISLAND TEXTILE | 3,868.95 |
| 7952 | 04/08/10 | RHODE ISLAND TEXTILE | 523.10 |
| 7979 | 04/08/10 | RHODE ISLAND TEXTILE | 26,398.61 |
| 8113 | 04/13/10 | RHODE ISLAND TEXTILE | 1,807.60 |
| 13884 | 02/10/10 | ROBERTS TEXTILE CO. | 782.07 |
| 7688 | 03/12/10 | RTE MACHINE & FABRICATION | 14,655.00 |
| 7832 | 03/30/10 | RTE MACHINE & FABRICATION | 3,510.00 |
| 7847 | 03/30/10 | S J METALS, INC | 2,750.00 |
| 7851 | 03/30/10 | S J METALS, INC | 2,200.00 |
| 13885 | 02/10/10 | SAFE N' SOUND | 177.00 |
| 13986 | 02/18/10 | SAVANNAH LUGGAGE WO | 180,000.00 |
| 7625 | 01/29/10 | SAVANNAH LUGGAGE WO | 500,000.00 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 7632 | 02/09/10 | SAVANNAH LUGGAGE WO | 300,000.00 |
| 7676 | 03/10/10 | SAVANNAH LUGGAGE WO | 227,052.00 |
| 7680 | 03/16/10 | SAVANNAH LUGGAGE WO | 133,450.00 |
| 7723 | 03/16/10 | SAVANNAH LUGGAGE WO | 92,400.00 |
| 7864 | 03/31/10 | SAVANNAH LUGGAGE WO | 228,241.59 |
| 13886 | 02/10/10 | SCALEMEN OF FLORIDA | 583.00 |
| 7808 | 03/29/10 | SCOTT NOTIONS INC | 601.50 |
| 13963 | 03/02/10 | SCOTT NOTIONS INC | 227.50 |
| 13788 | 02/03/10 | SCOTT SOLID WASTE - | 1,842.23 |
| 7645 | 03/04/10 | SCOTT SOLID WASTE - | 999.06 |
| 7901 | 04/02/10 | SCOTT SOLID WASTE - | 440.70 |
| 13763 | 01/29/10 | SCOTTY'S FASHIONS | 44,250.00 |
| 13888 | 02/10/10 | SCOVILL FASTENERS | 2,377.36 |
| 7647 | 03/04/10 | SERVICE BY AIR | 17,695.00 |
| 8091 | 04/13/10 | SERVOTEK INC. | 3,798.00 |
| 7767 | 03/26/10 | SEWN PRODUCTS EQUIPMENT | 9,709.73 |
| 7894 | 04/01/10 | SEWN PRODUCTS EQUIPMENT | 1,373.60 |
| 8012 | 04/09/10 | SEWN PRODUCTS EQUIPMENT | 981.58 |
| 8076 | 04/12/10 | SEWN PRODUCTS EQUIPMENT | 658.11 |
| 13889 | 02/10/10 | SIGN-A-RAMA | 1,722.50 |
| 13890 | 02/10/10 | SONOBOND ULTRASONIC | 1,818.44 |
| 13789 | 02/03/10 | SOUTHERN WASTE SYSTEMS | 2,625.00 |
| 14028 | 03/12/10 | SOUTHERN WASTE SYSTEMS | 2,489.70 |
| 7905 | 04/02/10 | SOUTHERN WASTE SYSTEMS | 998.20 |
| 7906 | 04/02/10 | SOUTHERN WASTE SYSTEMS | 1,050.00 |
| 13764 | 01/29/10 | SPECIALTY CONVERTIN | 9,219.40 |
| 14047 | 03/18/10 | SPECIALTY CONVERTIN | 2,646.00 |
| 14054 | 03/24/10 | SPECIALTY CONVERTIN | 2,806.75 |
| 7763 | 03/26/10 | SPECIALTY CONVERTIN | 10,916.60 |
| 7824 | 03/29/10 | SPECIALTY CONVERTIN | 2,448.00 |
| 7920 | 04/06/10 | SPECIALTY CONVERTIN | 1,248.75 |
| 7930 | 04/07/10 | SPECIALTY CONVERTIN | 1,413.00 |
| 7967 | 04/08/10 | SPECIALTY CONVERTIN | 612.90 |
| 13790 | 02/03/10 | SPRINT 1 | 2,519.21 |
| 7904 | 04/02/10 | SPRINT 1 | 7,098.89 |
| 13987 | 02/18/10 | STAPLES ADVANTAGE | 10,205.77 |
| 7805 | 03/26/10 | STAPLES ADVANTAGE | 5,549.16 |
| 7831 | 03/30/10 | STAPLES ADVANTAGE | 74.27 |
| 7895 | 04/01/10 | STAPLES ADVANTAGE | 416.04 |
| 7931 | 04/07/10 | STAPLES ADVANTAGE | 158.29 |
| 8022 | 04/09/10 | STAPLES ADVANTAGE | 529.47 |
| 8077 | 04/12/10 | STAPLES ADVANTAGE | 84.32 |
| 8092 | 04/13/10 | STAPLES ADVANTAGE | 524.40 |
| 13917 | 02/11/10 | STATE OF NEW HAMPSHIRE | 2,489.53 |
| 13891 | 02/10/10 | STERLING INFO SYSTEMS | 1,711.00 |
| 13892 | 02/10/10 | STIMPSON CO., INC | 3,864.47 |
| 13966 | 02/16/10 | STIMPSON CO., INC | 461.50 |
| 7745 | 03/12/10 | SUNBELT RENTALS | 535.00 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 14049 | 03/18/10 | SUNNMAN | 1,200.00 |
| 7770 | 03/26/10 | SUNNMAN | 14,268.00 |
| 7929 | 04/07/10 | SUNNMAN | 4,732.00 |
| 8078 | 04/12/10 | SUNNMAN | 4,354.00 |
| 13894 | 02/10/10 | TAGS LABELS PRINTING | 1,795.64 |
| 13765 | 01/29/10 | TEIJIN ARAMID USA | 35,981.66 |
| 13895 | 02/10/10 | TENNESSEE WEBBING | 42.00 |
| 13967 | 02/16/10 | TEXCEL, INC. | 54,322.25 |
| 7623 | 01/29/10 | TEXCEL, INC. | 50,000.00 |
| 8119 | 04/14/10 | TEXCEL, INC. | 138,761.04 |
| 8136 | 04/14/10 | TEXCEL, INC. | 13,120.00 |
| 8140 | 04/14/10 | TEXCEL, INC. | 6,080.00 |
| 13896 | 02/10/10 | THE MERGIS GROUP | 3,994.00 |
| 13897 | 02/10/10 | THE TONER COMPANY | 4,069.07 |
| 7842 | 03/30/10 | THE TONER COMPANY | 821.37 |
| 7973 | 04/08/10 | THE TONER COMPANY | 4,382.10 |
| 8080 | 04/12/10 | THE TONER COMPANY | 614.73 |
| 13898 | 02/10/10 | THERMOPATCH | 567.40 |
| 13791 | 02/03/10 | TIME PAYMENT CORP | 784.94 |
| 13792 | 02/03/10 | TIME WARNER | 652.05 |
| 7888 | 04/01/10 | TIME WARNER | 1,295.20 |
| 8065 | 04/12/10 | TLC SPECIALTIES, LLC | 11,225.76 |
| 7707 | 03/15/10 | TOP VALUE FABRICS | 10,306.82 |
| 7732 | 03/23/10 | TOP VALUE FABRICS | 8,264.30 |
| 7773 | 03/26/10 | TOP VALUE FABRICS | 10,306.82 |
| 7818 | 03/29/10 | TOP VALUE FABRICS | 1,249.50 |
| 7830 | 03/30/10 | TOP VALUE FABRICS | 6,322.60 |
| 8001 | 04/08/10 | TOP VALUE FABRICS | 1,755.00 |
| 8021 | 04/09/10 | TOP VALUE FABRICS | 2,222.00 |
| 8053 | 04/09/10 | TOP VALUE FABRICS | 10,306.82 |
| 13900 | 02/10/10 | TOTAL COMPLIANCE NE | 2,000.00 |
| 8115 | 04/14/10 | TOTAL COMPLIANCE NE | 2,675.00 |
| 13767 | 01/29/10 | TRAVELERS INSURANCE | 4,725.00 |
| 13901 | 02/10/10 | TREASURER, COMMONWEALTH | 384.55 |
| 7666 | 03/05/10 | TREASURER, STATE OF | 866.80 |
| 13903 | 02/10/10 | TROPICAL TRAILER LE | 4,839.07 |
| 7740 | 03/24/10 | TROPICAL TRAILER LE | 6,470.67 |
| 13904 | 02/10/10 | ULINE | 2,498.99 |
| 7766 | 03/26/10 | ULINE | 931.53 |
| 7853 | 03/31/10 | ULINE | 851.58 |
| 13905 | 02/10/10 | UNITED PARCEL SERVICE | 2,626.41 |
| 7710 | 03/17/10 | UNITED PARCEL SERVICE | 6,059.16 |
| 7744 | 03/12/10 | UNITED PARCEL SERVICE | 0.21 |
| 7921 | 04/06/10 | UNITED PARCEL SERVICE | 31.80 |
| 7922 | 04/06/10 | UNITED PARCEL SERVICE | 993.60 |
| 7923 | 04/06/10 | UNITED PARCEL SERVICE | 5,404.05 |
| 7969 | 04/08/10 | UNITED PARCEL SERVICE | 6,987.27 |
| 13793 | 02/03/10 | UNITED WATER COMPANY | 810.90 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 13915 | 02/10/10 | UNIVERSAL SEWING SUPPLY | 75.40 |
| 14029 | 03/12/10 | UPS FREIGHT | 186.82 |
| 13969 | 02/16/10 | UPS-SUPPLY CHAIN SOLUTIONS | 24.75 |
| 7742 | 03/12/10 | UPS-UNITED PARCEL SERVICE | 937.79 |
| 14059 | 03/29/10 | VANESSA RICO CADENA | 520.75 |
| 13766 | 01/29/10 | VELCRO U.S.A., INC. | 64,072.08 |
| 7703 | 03/12/10 | VELCRO U.S.A., INC. | 62,267.50 |
| 7704 | 03/12/10 | VELCRO U.S.A., INC. | 4,200.00 |
| 7730 | 03/22/10 | VELCRO U.S.A., INC. | 15,566.88 |
| 7941 | 04/08/10 | VELCRO U.S.A., INC. | 8,026.20 |
| 7968 | 04/08/10 | VELCRO U.S.A., INC. | 15,566.88 |
| 8088 | 04/12/10 | VELCRO U.S.A., INC. | 7,308.00 |
| 8118 | 04/14/10 | VELCRO U.S.A., INC. | 1,071.00 |
| 13794 | 02/03/10 | VERIZON WIRELESS 3 | 8,254.49 |
| 7909 | 04/02/10 | VERIZON WIRELESS 3 | 6,731.20 |
| 7629 | 02/03/10 | WAGNER MARKETING,INC | 48,762.94 |
| 7733 | 03/23/10 | WAGNER MARKETING,INC | 76,070.58 |
| 13795 | 02/03/10 | WASTE MANAGEMENT | 351.68 |
| 7902 | 04/02/10 | WASTE MANAGEMENT | 177.34 |
| 7962 | 04/08/10 | WASTE MANAGEMENT | 179.58 |
| 13909 | 02/10/10 | WHITAKER OIL COMPANY | 617.65 |
| 13971 | 02/16/10 | WILLS AND ASSOCIATE | 3,544.66 |
| 7628 | 02/03/10 | WILLS AND ASSOCIATE | 51,851.75 |
| 7641 | 03/01/10 | WILLS AND ASSOCIATE | 35,497.04 |
| 7826 | 03/29/10 | WILLS AND ASSOCIATE | 36,662.10 |
| 13911 | 02/10/10 | WILSON GAS & ACCESS | 77.04 |
| 7683 | 03/12/10 | WURZBURG, INC | 701.00 |
| 7829 | 03/30/10 | WURZBURG, INC | 327.92 |
| 8020 | 04/09/10 | WURZBURG, INC | 368.72 |
| 13913 | 02/10/10 | YKK U.S.A.INC | 2,403.00 |
| 13914 | 02/10/10 | YRC | 540.76 |
| 13746 | 01/21/10 | ZIP-IT SALES INC | 14,082.50 |
| 13806 | 02/05/10 | ZIP-IT SALES INC | 35,228.06 |
| 7674 | 03/10/10 | ZIP-IT SALES INC | 8,600.00 |
| 7675 | 03/10/10 | ZIP-IT SALES INC | 11,260.00 |
| 7772 | 03/26/10 | ZIP-IT SALES INC | 8,600.00 |
| 7852 | 03/31/10 | ZIP-IT SALES INC | 716.68 |
| 7925 | 04/06/10 | ZIP-IT SALES INC | 2,327.50 |
| 7970 | 04/08/10 | ZIP-IT SALES INC | 8,600.00 |
| 8019 | 04/09/10 | ZIP-IT SALES INC | 2,324.38 |
| 8114 | 04/13/10 | ZIP-IT SALES INC | 3,525.00 |
| | | | 26,888,162.74 |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| Bernard Bailey | 3334 | 05/21/09 | $521.49 | PBBA |
| Bernard Bailey | 3363 | 06/04/09 | $28,750.00 | PBBA |
| Bernard Bailey | 3380 | 06/08/09 | $355.72 | PBBA |
| Ernest Abati | 170093 | 05/25/09 | $5,576.90 | PBSI |
| Ernest Abati | 190066 | 05/11/09 | $5,576.90 | PBSI |
| Ernest Abati | 210087 | 04/27/09 | $5,576.90 | PBSI |
| Ernest Abati | 230078 | 04/13/09 | $5,576.90 | PBSI |
| Ernest Abati | 250083 | 06/19/09 | $5,576.90 | PBSI |
| Ernest Abati | 270054 | 07/02/09 | $5,576.90 | PBSI |
| Ernest Abati | 290056 | 06/18/09 | $5,576.90 | PBSI |
| Ernest Abati | 310071 | 06/04/09 | $5,576.90 | PBSI |
| Ernest Abati | 330051 | 05/21/09 | $5,576.90 | PBSI |
| Ernest Abati | 350073 | 05/07/09 | $5,576.90 | PBSI |
| Ernest Abati | 370052 | 04/23/09 | $5,576.90 | PBSI |
| Ernest Abati | 390070 | 04/09/09 | $5,576.90 | PBSI |
| Ernest Abati | 410049 | 03/26/09 | $5,576.90 | PBSI |
| Ernest Abati | 430072 | 03/12/09 | $5,576.90 | PBSI |
| Ernest Abati | 450050 | 02/26/09 | $5,576.90 | PBSI |
| Ernest Abati | 470068 | 02/12/09 | $5,576.90 | PBSI |
| Ernest Abati | 490053 | 01/29/09 | $5,576.90 | PBSI |
| Ernest Abati | 510052 | 12/18/09 | $5,576.90 | PBSI |
| Ernest Abati | 530070 | 12/31/09 | $296.96 | PBSI |
| Ernest Abati | 20051 | 12/17/09 | $5,576.90 | PBSI |
| Ernest Abati | 40066 | 12/03/09 | $5,576.90 | PBSI |
| Ernest Abati | 60050 | 02/12/10 | $5,576.90 | PBSI |
| Ernest Abati | 80060 | 02/26/10 | $5,576.90 | PBSI |
| Ernest Abati | 100046 | 03/12/10 | $5,576.90 | PBSI |
| Ernest Abati | 120060 | 03/05/10 | $5,576.90 | PBSI |
| Ernest Abati | 35796967 | 03/26/10 | $2,788.45 | PBSI |
| Ernest Abati | 35810426 | 03/19/10 | $2,788.45 | PBSI |
| Ernest Abati | 35823115 | 04/09/10 | $2,788.45 | PBSI |
| James Anderson | 11698 | 05/15/09 | $258.38 | PBSI |
| James Henderson | 3305 | 05/07/09 | $2,326.03 | PBBA |
| James Henderson | 3321 | 05/14/09 | $1,988.78 | PBBA |
| James Henderson | 3338 | 05/21/09 | $666.38 | PBBA |
| James Henderson | 3353 | 06/01/09 | $3,412.54 | PBBA |
| James Henderson | 3368 | 06/04/09 | $19,375.00 | PBBA |
| James Henderson | 3409 | 06/18/09 | $2,372.02 | PBBA |
| James Henderson | 3438 | 07/02/09 | $2,064.16 | PBBA |
| James Henderson | 3474 | 07/16/09 | $4,527.40 | PBBA |
| James Henderson | 3500 | 07/28/09 | $23,067.00 | PBBA |
| James Henderson | 3511 | 07/30/09 | $4,354.40 | PBBA |
| James Henderson | 3549 | 08/20/09 | $1,988.32 | PBBA |
| James Henderson | 3576 | 09/03/09 | $1,502.39 | PBBA |
| James Henderson | 3611 | 09/17/09 | $4,998.29 | PBBA |
| James Henderson | 3634 | 09/24/09 | $7,158.00 | PBBA |
| James Henderson | 3656 | 10/01/09 | $1,495.75 | PBBA |
| James Henderson | 3667 | 10/01/09 | $10,702.00 | PBBA |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| James Henderson | 3693 | 10/15/09 | $4,006.68 | PBBA |
| James Henderson | 3708 | 10/26/09 | $1,480.54 | PBBA |
| James Henderson | 3724 | 11/02/09 | $1,333.94 | PBBA |
| James Henderson | 3739 | 11/05/09 | $1,859.20 | PBBA |
| James Henderson | 3797 | 12/09/09 | $3,112.41 | PBBA |
| James Henderson | 3843 | 12/30/09 | $711.35 | PBBA |
| James Henderson | 3869 | 01/06/10 | $49,715.35 | PBBA |
| James Henderson | 3913 | 03/12/10 | $3,532.01 | PBBA |
| James Henderson | 7993 | 04/08/10 | $28,499.75 | PBBA |
| James Henderson | 8034 | 04/09/10 | $8,000.00 | PBBA |
| Jennifer Coberly | 270039 | 07/02/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 250068 | 06/19/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 230062 | 06/05/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 210075 | 05/22/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 190054 | 05/08/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 170079 | 04/24/09 | $11,538.46 | PBSI |
| Larry Ellis | 170080 | 04/24/09 | $24,999.99 | PBSI |
| Larry Ellis | 170081 | 04/24/09 | $2,794.46 | PBSI |
| Martin Berndt | 3308 | 05/07/09 | $450.14 | PBBA |
| Martin Berndt | 3356 | 06/01/09 | $73.00 | PBBA |
| Martin Berndt | 3372 | 06/04/09 | $9,375.00 | PBBA |
| Martin Berndt | 3498 | 07/28/09 | $6,250.00 | PBBA |
| Maurice Hannigan | 3324 | 05/14/09 | $190.35 | PBBA |
| Maurice Hannigan | 3343 | 05/21/09 | $101.56 | PBBA |
| Maurice Hannigan | 3362 | 06/04/09 | $26,875.00 | PBBA |
| Maurice Hannigan | 3578 | 09/03/09 | $80.15 | PBBA |
| Merrill McPeak | 3309 | 05/07/09 | $2,196.00 | PBBA |
| Merrill McPeak | 3373 | 06/04/09 | $14,375.00 | PBBA |
| Merrill McPeak | 3457 | 07/09/09 | $1,709.40 | PBBA |
| Merrill McPeak | 3480 | 07/20/09 | $650.35 | PBBA |
| Merrill McPeak | 3499 | 07/28/09 | $16,848.00 | PBBA |
| Merrill McPeak | 3614 | 09/17/09 | $691.40 | PBBA |
| Merrill McPeak | 3638 | 09/24/09 | $6,007.00 | PBBA |
| Merrill McPeak | 3668 | 10/01/09 | $5,661.00 | PBBA |
| Merrill McPeak | 3872 | 01/06/10 | $16,815.00 | PBBA |
| Merrill McPeak | 7985 | 04/08/10 | $32,978.25 | PBBA |
| Michelle Doery | 170088 | 03/25/10 | $5,769.24 | PBSI |
| Michelle Doery | 190061 | 03/11/10 | $5,769.24 | PBSI |
| Michelle Doery | 210081 | 02/25/10 | $5,769.24 | PBSI |
| Michelle Doery | 230071 | 02/11/10 | $5,769.24 | PBSI |
| Michelle Doery | 250076 | 06/19/09 | $5,769.24 | PBSI |
| Michelle Doery | 250077 | 06/19/09 | $25,000.00 | PBSI |
| Michelle Doery | 270048 | 07/02/09 | $16,346.14 | PBSI |
| Michelle Doery | 290043 | 06/18/09 | $7,884.62 | PBSI |
| Michelle Doery | 310059 | 06/04/09 | $7,884.62 | PBSI |
| Michelle Doery | 330040 | 05/21/09 | $7,884.62 | PBSI |
| Michelle Doery | 350063 | 05/07/09 | $7,884.62 | PBSI |
| Michelle Doery | 370041 | 04/23/09 | $7,884.62 | PBSI |

er

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| Michelle Doery | 390061 | 04/09/09 | $7,884.62 | PBSI |
| Michelle Doery | 410040 | 03/26/09 | $7,884.62 | PBSI |
| Michelle Doery | 430061 | 03/12/09 | $7,884.62 | PBSI |
| Michelle Doery | 450039 | 02/26/09 | $7,884.62 | PBSI |
| Michelle Doery | 470057 | 02/12/09 | $7,884.62 | PBSI |
| Michelle Doery | 490041 | 01/29/09 | $7,884.62 | PBSI |
| Michelle Doery | 510041 | 12/18/09 | $7,884.62 | PBSI |
| Michelle Doery | 530060 | 12/31/09 | $7,884.62 | PBSI |
| Michelle Doery | 20041 | 12/17/09 | $7,884.62 | PBSI |
| Michelle Doery | 40057 | 12/03/09 | $7,884.62 | PBSI |
| Michelle Doery | 60041 | 02/12/10 | $7,884.62 | PBSI |
| Michelle Doery | 80052 | 02/26/10 | $7,884.62 | PBSI |
| Michelle Doery | 100038 | 03/12/10 | $7,884.62 | PBSI |
| Michelle Doery | 120053 | 03/05/10 | $7,884.62 | PBSI |
| Michelle Doery | 35796958 | 03/26/10 | $3,942.31 | PBSI |
| Michelle Doery | 35810419 | 03/19/10 | $3,942.31 | PBSI |
| Michelle Doery | 35823108 | 04/09/10 | $3,942.31 | PBSI |
| Robert Chefitz | 3344 | 05/21/09 | $2,501.73 | PBBA |
| Robert Chefitz | 3376 | 06/04/09 | $11,875.00 | PBBA |
| Robert Chefitz | 3501 | 07/28/09 | $18,910.00 | PBBA |
| Robert Chefitz | 3641 | 09/24/09 | $7,052.67 | PBBA |
| Robert Chefitz | 3669 | 10/01/09 | $5,661.00 | PBBA |
| Robert Chefitz | 3875 | 01/06/10 | $16,815.00 | PBBA |
| Robert Chefitz | 7978 | 04/08/10 | $33,813.29 | PBBA |
| Sam White | 170082 | 03/25/10 | $9,615.38 | PBSI |
| Sam White | 190055 | 03/11/10 | $9,615.38 | PBSI |
| Sam White | 210076 | 02/25/10 | $9,615.38 | PBSI |
| Sam White | 230063 | 02/11/10 | $9,615.38 | PBSI |
| Sam White | 250069 | 06/19/09 | $9,615.38 | PBSI |
| Sam White | 270040 | 07/02/09 | $9,615.38 | PBSI |
| Sam White | 290045 | 06/18/09 | $9,615.38 | PBSI |
| Sam White | 310061 | 06/04/09 | $9,615.38 | PBSI |
| Sam White | 330042 | 05/21/09 | $9,615.38 | PBSI |
| Sam White | 350065 | 05/07/09 | $9,615.38 | PBSI |
| Sam White | 370043 | 04/23/09 | $9,615.38 | PBSI |
| Sam White | 390062 | 04/09/09 | $9,615.38 | PBSI |
| Sam White | 410041 | 03/26/09 | $9,615.38 | PBSI |
| Sam White | 430063 | 03/12/09 | $9,615.38 | PBSI |
| Sam White | 450041 | 02/26/09 | $9,615.38 | PBSI |
| Sam White | 470059 | 02/12/09 | $9,615.38 | PBSI |
| Sam White | 490043 | 01/29/09 | $9,615.38 | PBSI |
| Sam White | 510039 | 12/18/09 | $9,615.38 | PBSI |
| Sam White | 530058 | 12/31/09 | $9,615.38 | PBSI |
| Sam White | 20039 | 12/17/09 | $9,615.38 | PBSI |
| Sam White | 40055 | 12/03/09 | $9,615.38 | PBSI |
| Sam White | 60039 | 02/12/10 | $9,615.38 | PBSI |
| Sam White | 80050 | 02/26/10 | $9,615.38 | PBSI |
| Sam White | 100036 | 03/12/10 | $9,615.38 | PBSI |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| Sam White | 120051 | 03/05/10 | $9,615.38 | PBSI |
| Sam White | 35796956 | 03/26/10 | $4,807.69 | PBSI |
| Sam White | 35810417 | 03/19/10 | $4,807.69 | PBSI |
| Sam White | 35823106 | 04/09/10 | $4,807.69 | PBSI |
| SP Corporate Services LLC | 3718 | 10/26/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 3744 | 11/05/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 3778 | 11/12/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 3833 | 12/21/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 7661 | 03/04/10 | $112,500.00 | PBBA |
| SP Corporate Services LLC | 8066 | 04/12/10 | $13,750.00 | PBBA |
| Steel Partners | 3884 | 01/27/10 | $289.70 | PBBA |
| Steel Partners | 3885 | 02/01/10 | $133.10 | PBBA |
| Steel Partners | 7794 | 03/26/10 | $100,000.00 | PBBA |
| Terry Gibson | 3329 | 05/14/09 | $1,058.80 | PBBA |
| Terry Gibson | 3348 | 05/21/09 | $344.40 | PBBA |
| Terry Gibson | 3378 | 06/04/09 | $16,875.00 | PBBA |
| Terry Gibson | 3502 | 07/28/09 | $14,938.00 | PBBA |
| Terry Gibson | 3621 | 09/17/09 | $409.85 | PBBA |
| Terry Gibson | 3645 | 09/24/09 | $6,151.00 | PBBA |
| Terry Gibson | 3670 | 10/01/09 | $6,291.00 | PBBA |
| Terry Gibson | 3837 | 12/21/09 | $311.40 | PBBA |
| Terry Gibson | 3880 | 01/06/10 | $17,432.00 | PBBA |
| Terry Gibson | 7975 | 04/08/10 | $22,924.80 | PBBA |
| **TOTAL PAYMENTS TO INSIDERS WITHIN ONE YEAR:** | | | **$1,649,744.31** | |

| Name of Payee | Date of Payment | Amount of Payment |
|---|---|---|
| CRG PARTNERS GROUP, LLC | 02/01/10 | $55,268.73 |
| | 03/04/10 | $229,912.13 |
| | 03/04/10 | $200,000.00 |
| | 03/18/10 | $68,461.54 |
| | 03/12/10 | $26,867.00 |
| | 04/02/10 | $216,495.11 |
| | 04/09/10 | $66,104.24 |
| | 04/14/10 | $35,000.00 |
| CRG PARTNERS GROUP, LLC Total | | $898,108.75 |
| | | |
| EPIQ SYSTEMS | 03/12/10 | $25,000.00 |
| EPIQ SYSTEMS Total | | $25,000.00 |
| | | |
| PACHULSKI STANG ZIEHL AND JONES | 03/04/10 | $500,000.00 |
| | 03/04/10 | $100,000.00 |
| | 04/02/10 | $200,000.00 |
| PACHULSKI STANG ZIEHL AND JONES Total | | $800,000.00 |
| | | |
| PILLSBURY WINTHORP SHAW PITTMAN LLP | 02/03/10 | $20,000.00 |
| | 04/12/10 | $19,310.25 |
| | 04/13/10 | $30,000.00 |
| | 04/21/10 | ($9,952.50) |
| PILLSBURY WINTHORP SHAW PITTMAN LLP Total | | $59,357.75 |

| Insider Name | Payor Entity | Issuance Date | Shares Issued |
|---|---|---|---|
| Larry Ellis | PBSI | 06/05/09 | 100,000 |
| Bernard Bailey | PBSI | 06/08/09 | 50,815 |
| Maurice Hannigan | PBSI | 06/08/09 | 48,178 |
| Martin Berndt | PBSI | 06/30/09 | 53,719 |
| James Henderson | PBSI | 08/18/09 | 43,950 |
| Robert Chefitz | PBSI | 08/18/09 | 14,650 |
| Terry Gibson | PBSI | 08/18/09 | 14,650 |
| Merrill McPeak | PBSI | 08/18/09 | 20,510 |
| **TOTAL SHARES ISSUED TO INSIDERS WITHIN ONE YEAR:** | | | **346,472** |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| Bernard Bailey | 3334 | 05/21/09 | $521.49 | PBBA |
| Bernard Bailey | 3363 | 06/04/09 | $28,750.00 | PBBA |
| Bernard Bailey | 3380 | 06/08/09 | $355.72 | PBBA |
| Ernest Abati | 170093 | 05/25/09 | $5,576.90 | PBSI |
| Ernest Abati | 190066 | 05/11/09 | $5,576.90 | PBSI |
| Ernest Abati | 210087 | 04/27/09 | $5,576.90 | PBSI |
| Ernest Abati | 230078 | 04/13/09 | $5,576.90 | PBSI |
| Ernest Abati | 250083 | 06/19/09 | $5,576.90 | PBSI |
| Ernest Abati | 270054 | 07/02/09 | $5,576.90 | PBSI |
| Ernest Abati | 290056 | 06/18/09 | $5,576.90 | PBSI |
| Ernest Abati | 310071 | 06/04/09 | $5,576.90 | PBSI |
| Ernest Abati | 330051 | 05/21/09 | $5,576.90 | PBSI |
| Ernest Abati | 350073 | 05/07/09 | $5,576.90 | PBSI |
| Ernest Abati | 370052 | 04/23/09 | $5,576.90 | PBSI |
| Ernest Abati | 390070 | 04/09/09 | $5,576.90 | PBSI |
| Ernest Abati | 410049 | 03/26/09 | $5,576.90 | PBSI |
| Ernest Abati | 430072 | 03/12/09 | $5,576.90 | PBSI |
| Ernest Abati | 450050 | 02/26/09 | $5,576.90 | PBSI |
| Ernest Abati | 470068 | 02/12/09 | $5,576.90 | PBSI |
| Ernest Abati | 490053 | 01/29/09 | $5,576.90 | PBSI |
| Ernest Abati | 510052 | 12/18/09 | $5,576.90 | PBSI |
| Ernest Abati | 530070 | 12/31/09 | $296.96 | PBSI |
| Ernest Abati | 20051 | 12/17/09 | $5,576.90 | PBSI |
| Ernest Abati | 40066 | 12/03/09 | $5,576.90 | PBSI |
| Ernest Abati | 60050 | 02/12/10 | $5,576.90 | PBSI |
| Ernest Abati | 80060 | 02/26/10 | $5,576.90 | PBSI |
| Ernest Abati | 100046 | 03/12/10 | $5,576.90 | PBSI |
| Ernest Abati | 120060 | 03/05/10 | $5,576.90 | PBSI |
| Ernest Abati | 35796967 | 03/26/10 | $2,788.45 | PBSI |
| Ernest Abati | 35810426 | 03/19/10 | $2,788.45 | PBSI |
| Ernest Abati | 35823115 | 04/09/10 | $2,788.45 | PBSI |
| James Anderson | 11698 | 05/15/09 | $258.38 | PBSI |
| James Henderson | 3305 | 05/07/09 | $2,326.03 | PBBA |
| James Henderson | 3321 | 05/14/09 | $1,988.78 | PBBA |
| James Henderson | 3338 | 05/21/09 | $666.38 | PBBA |
| James Henderson | 3353 | 06/01/09 | $3,412.54 | PBBA |
| James Henderson | 3368 | 06/04/09 | $19,375.00 | PBBA |
| James Henderson | 3409 | 06/18/09 | $2,372.02 | PBBA |
| James Henderson | 3438 | 07/02/09 | $2,064.16 | PBBA |
| James Henderson | 3474 | 07/16/09 | $4,527.40 | PBBA |
| James Henderson | 3500 | 07/28/09 | $23,067.00 | PBBA |
| James Henderson | 3511 | 07/30/09 | $4,354.40 | PBBA |
| James Henderson | 3549 | 08/20/09 | $1,988.32 | PBBA |
| James Henderson | 3576 | 09/03/09 | $1,502.39 | PBBA |
| James Henderson | 3611 | 09/17/09 | $4,998.29 | PBBA |
| James Henderson | 3634 | 09/24/09 | $7,158.00 | PBBA |
| James Henderson | 3656 | 10/01/09 | $1,495.75 | PBBA |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| James Henderson | 3667 | 10/01/09 | $10,702.00 | PBBA |
| James Henderson | 3693 | 10/15/09 | $4,006.68 | PBBA |
| James Henderson | 3708 | 10/26/09 | $1,480.54 | PBBA |
| James Henderson | 3724 | 11/02/09 | $1,333.94 | PBBA |
| James Henderson | 3739 | 11/05/09 | $1,859.20 | PBBA |
| James Henderson | 3797 | 12/09/09 | $3,112.41 | PBBA |
| James Henderson | 3843 | 12/30/09 | $711.35 | PBBA |
| James Henderson | 3869 | 01/06/10 | $49,715.35 | PBBA |
| James Henderson | 3913 | 03/12/10 | $3,532.01 | PBBA |
| James Henderson | 7993 | 04/08/10 | $28,499.75 | PBBA |
| James Henderson | 8034 | 04/09/10 | $8,000.00 | PBBA |
| Jennifer Coberly | 270039 | 07/02/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 250068 | 06/19/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 230062 | 06/05/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 210075 | 05/22/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 190054 | 05/08/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 170079 | 04/24/09 | $11,538.46 | PBSI |
| Larry Ellis | 170080 | 04/24/09 | $24,999.99 | PBSI |
| Larry Ellis | 170081 | 04/24/09 | $2,794.46 | PBSI |
| Martin Berndt | 3308 | 05/07/09 | $450.14 | PBBA |
| Martin Berndt | 3356 | 06/01/09 | $73.00 | PBBA |
| Martin Berndt | 3372 | 06/04/09 | $9,375.00 | PBBA |
| Martin Berndt | 3498 | 07/28/09 | $6,250.00 | PBBA |
| Maurice Hannigan | 3324 | 05/14/09 | $190.35 | PBBA |
| Maurice Hannigan | 3343 | 05/21/09 | $101.56 | PBBA |
| Maurice Hannigan | 3362 | 06/04/09 | $26,875.00 | PBBA |
| Maurice Hannigan | 3578 | 09/03/09 | $80.15 | PBBA |
| Merrill McPeak | 3309 | 05/07/09 | $2,196.00 | PBBA |
| Merrill McPeak | 3373 | 06/04/09 | $14,375.00 | PBBA |
| Merrill McPeak | 3457 | 07/09/09 | $1,709.40 | PBBA |
| Merrill McPeak | 3480 | 07/20/09 | $650.35 | PBBA |
| Merrill McPeak | 3499 | 07/28/09 | $16,848.00 | PBBA |
| Merrill McPeak | 3614 | 09/17/09 | $691.40 | PBBA |
| Merrill McPeak | 3638 | 09/24/09 | $6,007.00 | PBBA |
| Merrill McPeak | 3668 | 10/01/09 | $5,661.00 | PBBA |
| Merrill McPeak | 3872 | 01/06/10 | $16,815.00 | PBBA |
| Merrill McPeak | 7985 | 04/08/10 | $32,978.25 | PBBA |
| Michelle Doery | 170088 | 03/25/10 | $5,769.24 | PBSI |
| Michelle Doery | 190061 | 03/11/10 | $5,769.24 | PBSI |
| Michelle Doery | 210081 | 02/25/10 | $5,769.24 | PBSI |
| Michelle Doery | 230071 | 02/11/10 | $5,769.24 | PBSI |
| Michelle Doery | 250076 | 06/19/09 | $5,769.24 | PBSI |
| Michelle Doery | 250077 | 06/19/09 | $25,000.00 | PBSI |
| Michelle Doery | 270048 | 07/02/09 | $16,346.14 | PBSI |
| Michelle Doery | 290043 | 06/18/09 | $7,884.62 | PBSI |
| Michelle Doery | 310059 | 06/04/09 | $7,884.62 | PBSI |
| Michelle Doery | 330040 | 05/21/09 | $7,884.62 | PBSI |
| Michelle Doery | 350063 | 05/07/09 | $7,884.62 | PBSI |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| Michelle Doery | 370041 | 04/23/09 | $7,884.62 | PBSI |
| Michelle Doery | 390061 | 04/09/09 | $7,884.62 | PBSI |
| Michelle Doery | 410040 | 03/26/09 | $7,884.62 | PBSI |
| Michelle Doery | 430061 | 03/12/09 | $7,884.62 | PBSI |
| Michelle Doery | 450039 | 02/26/09 | $7,884.62 | PBSI |
| Michelle Doery | 470057 | 02/12/09 | $7,884.62 | PBSI |
| Michelle Doery | 490041 | 01/29/09 | $7,884.62 | PBSI |
| Michelle Doery | 510041 | 12/18/09 | $7,884.62 | PBSI |
| Michelle Doery | 530060 | 12/31/09 | $7,884.62 | PBSI |
| Michelle Doery | 20041 | 12/17/09 | $7,884.62 | PBSI |
| Michelle Doery | 40057 | 12/03/09 | $7,884.62 | PBSI |
| Michelle Doery | 60041 | 02/12/10 | $7,884.62 | PBSI |
| Michelle Doery | 80052 | 02/26/10 | $7,884.62 | PBSI |
| Michelle Doery | 100038 | 03/12/10 | $7,884.62 | PBSI |
| Michelle Doery | 120053 | 03/05/10 | $7,884.62 | PBSI |
| Michelle Doery | 35796958 | 03/26/10 | $3,942.31 | PBSI |
| Michelle Doery | 35810419 | 03/19/10 | $3,942.31 | PBSI |
| Michelle Doery | 35823108 | 04/09/10 | $3,942.31 | PBSI |
| Robert Chefitz | 3344 | 05/21/09 | $2,501.73 | PBBA |
| Robert Chefitz | 3376 | 06/04/09 | $11,875.00 | PBBA |
| Robert Chefitz | 3501 | 07/28/09 | $18,910.00 | PBBA |
| Robert Chefitz | 3641 | 09/24/09 | $7,052.67 | PBBA |
| Robert Chefitz | 3669 | 10/01/09 | $5,661.00 | PBBA |
| Robert Chefitz | 3875 | 01/06/10 | $16,815.00 | PBBA |
| Robert Chefitz | 7978 | 04/08/10 | $33,813.29 | PBBA |
| Sam White | 170082 | 03/25/10 | $9,615.38 | PBSI |
| Sam White | 190055 | 03/11/10 | $9,615.38 | PBSI |
| Sam White | 210076 | 02/25/10 | $9,615.38 | PBSI |
| Sam White | 230063 | 02/11/10 | $9,615.38 | PBSI |
| Sam White | 250069 | 06/19/09 | $9,615.38 | PBSI |
| Sam White | 270040 | 07/02/09 | $9,615.38 | PBSI |
| Sam White | 290045 | 06/18/09 | $9,615.38 | PBSI |
| Sam White | 310061 | 06/04/09 | $9,615.38 | PBSI |
| Sam White | 330042 | 05/21/09 | $9,615.38 | PBSI |
| Sam White | 350065 | 05/07/09 | $9,615.38 | PBSI |
| Sam White | 370043 | 04/23/09 | $9,615.38 | PBSI |
| Sam White | 390062 | 04/09/09 | $9,615.38 | PBSI |
| Sam White | 410041 | 03/26/09 | $9,615.38 | PBSI |
| Sam White | 430063 | 03/12/09 | $9,615.38 | PBSI |
| Sam White | 450041 | 02/26/09 | $9,615.38 | PBSI |
| Sam White | 470059 | 02/12/09 | $9,615.38 | PBSI |
| Sam White | 490043 | 01/29/09 | $9,615.38 | PBSI |
| Sam White | 510039 | 12/18/09 | $9,615.38 | PBSI |
| Sam White | 530058 | 12/31/09 | $9,615.38 | PBSI |
| Sam White | 20039 | 12/17/09 | $9,615.38 | PBSI |
| Sam White | 40055 | 12/03/09 | $9,615.38 | PBSI |
| Sam White | 60039 | 02/12/10 | $9,615.38 | PBSI |
| Sam White | 80050 | 02/26/10 | $9,615.38 | PBSI |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| Sam White | 100036 | 03/12/10 | $9,615.38 | PBSI |
| Sam White | 120051 | 03/05/10 | $9,615.38 | PBSI |
| Sam White | 35796956 | 03/26/10 | $4,807.69 | PBSI |
| Sam White | 35810417 | 03/19/10 | $4,807.69 | PBSI |
| Sam White | 35823106 | 04/09/10 | $4,807.69 | PBSI |
| SP Corporate Services LLC | 3718 | 10/26/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 3744 | 11/05/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 3778 | 11/12/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 3833 | 12/21/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 7661 | 03/04/10 | $112,500.00 | PBBA |
| SP Corporate Services LLC | 8066 | 04/12/10 | $13,750.00 | PBBA |
| Steel Partners | 3884 | 01/27/10 | $289.70 | PBBA |
| Steel Partners | 3885 | 02/01/10 | $133.10 | PBBA |
| Steel Partners | 7794 | 03/26/10 | $100,000.00 | PBBA |
| Terry Gibson | 3329 | 05/14/09 | $1,058.80 | PBBA |
| Terry Gibson | 3348 | 05/21/09 | $344.40 | PBBA |
| Terry Gibson | 3378 | 06/04/09 | $16,875.00 | PBBA |
| Terry Gibson | 3502 | 07/28/09 | $14,938.00 | PBBA |
| Terry Gibson | 3621 | 09/17/09 | $409.85 | PBBA |
| Terry Gibson | 3645 | 09/24/09 | $6,151.00 | PBBA |
| Terry Gibson | 3670 | 10/01/09 | $6,291.00 | PBBA |
| Terry Gibson | 3837 | 12/21/09 | $311.40 | PBBA |
| Terry Gibson | 3880 | 01/06/10 | $17,432.00 | PBBA |
| Terry Gibson | 7975 | 04/08/10 | $22,924.80 | PBBA |
| **TOTAL PAYMENTS TO INSIDERS WITHIN ONE YEAR:** | | | **$1,649,744.31** | |