# **EXHIBIT A**

NYC/483303.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :
                                                             :   Chapter 11
POINT BLANK SOLUTIONS, INC., *et al.*[1]                     :
                                                             :   Case No. 10-11255 (PJW)
                                              Debtors.       :
                                                             :   Jointly Administered
                                                             :
------------------------------------------------------------ x

## DECLARATION OF ANDREW I. SILFEN IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO APRIL 26, 2010

I, Andrew I. Silfen, hereby declare under penalty of perjury:

1. I am a partner and chair of the Bankruptcy and Financial Restructuring Group at Arent Fox LLP ("Arent Fox"), a law firm which employs approximately 360 attorneys and maintains an office for the practice of law at 1675 Broadway, New York, NY 10019 as well as offices in Washington, DC and Los Angeles, CA.

2. I am fully familiar with the facts hereinafter stated and am authorized to and hereby make this declaration (the "Declaration") in support of the Application of the Official Committee of Unsecured Creditors (the "Committee") of Point Blank Solutions, Inc. ("Point Blank"), and certain direct or indirect subsidiaries, as debtors and debtors-in possession (collectively, the "Debtors") for an order authorizing the employment and retention of Arent Fox as counsel to the Committee *nunc pro tunc* to April 26, 2010, and to provide certain disclosures under Sections 504 and 1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc., (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37557; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

"Bankruptcy Code") and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules").

3. The information contained in this Declaration is of my own personal knowledge, discussions with my partners, or is derived from my review of the file in these cases.

4. All attorneys who will work on this engagement have read and are fully familiar with the Bankruptcy Code and the Bankruptcy Rules, and the Local Bankruptcy Rules of this Court, and are sufficiently competent to handle whatever might foreseeably be expected of the Committee's counsel in this matter.

5. Insofar as I have been able to ascertain, except as described herein, the other partners, counsel, and associates of Arent Fox and I are disinterested parties within the meaning of Section 101(14) of the Bankruptcy Code, and have no interest adverse to and no connections with the Committee, the Debtors' estates, their creditors or any other party-in-interest herein or their respective attorneys and accountants with respect to matters for which Arent Fox is to be engaged (other than the representation of the Committee).[2] Although Arent Fox from time to time has represented and in the future may represent various entities that are creditors of the Debtors or otherwise had or have an interest in these proceedings in matters wholly unrelated to

---

[2] Arent Fox appears in many cases involving a substantial number of creditors, parties-in-interest and professionals. Arent Fox is reviewing the parties-in-interest in these proceedings and will make every effort to disclose all connections to these parties as they become known to Arent Fox. Although it is not possible to guarantee that each and every connection is disclosed at this early juncture, Arent Fox will file additional and supplemental disclosure statements in the event Arent Fox becomes aware of any additional connections. In addition, it is possible that some creditors or parties-in-interest herein are creditors, professionals or parties-in-interest with *de minimus* interest in other cases in which Arent Fox plays a role.

this proceeding, Arent Fox will not represent those creditors or parties in connection with these Chapter 11 cases.

**Arent Fox's Conflict Check System**

6. In connection with preparing this Declaration, Arent Fox submitted the names of parties-in-interest in these cases (the "Parties-in-Interest") for review in the computerized conflict database system maintained by Arent Fox. The list of the Parties-in-Interest was obtained by Arent Fox from the initial papers filed in these cases by the Debtors. Arent Fox maintains and systematically updates its conflict check system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records. The conflict check system maintained by Arent Fox is designed to include every matter on which the firm is now or has been engaged, the entity for which the firm is now or has been engaged, and in each instance, the identity of related parties and adverse parties and the attorney in the firm that is knowledgeable about the matter. It is the policy of Arent Fox that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the identity of the prospective client, as well as related and adverse parties. Accordingly, the database is regularly updated for every new matter undertaken by Arent Fox.

7. The Parties-in-Interest which Arent Fox submitted to its conflict database include:

    (a) The Debtors (including former names and aliases);

    (b) The Debtors' known officers and directors;

    (c) The Debtors' majority stockholders;

    (d) The Debtors' pre- and post-petition lenders;

    (e) The Debtors' professionals; and

(f) The thirty-five largest unsecured creditors of the Debtors on a consolidated basis.

8. A list of the Parties-in-Interest submitted to the conflict check system is attached hereto as Exhibit 1.

**Arent Fox's Relationship With Parties-In-Interest In Unrelated Matters**

9. Arent Fox appears in cases, proceedings and transactions involving a substantial number of different attorneys, accountants, financial consultants and investment bankers, some of whom now, or may in the future, represent creditors or Parties-In-Interest in these cases. The Office of United States Trustee appears in each bankruptcy matter that Arent Fox appears. Aside from this, there is no known connection with the Office of United States Trustee or any of its attorneys. Also, from time to time, Arent Fox attorneys appear before the Honorable Peter J. Walsh but there is no known connection to Judge Walsh or his Chambers staff.

10. Exhibit 2 contains a list of the Parties-in-Interest or their affiliates that Arent Fox has represented, currently represents, or is or was adverse to in matters wholly unrelated to the Debtors and their estates.[3] As disclosed in Exhibit 2, Arent Fox and its partners, counsel, and associates have in the past represented, currently represent, and may in the future represent entities that are creditors of the Debtors, or other parties-in-interest in the Debtors' Chapter 11 cases in matters unrelated to these cases. Arent Fox has not, and will not, represent any creditors of the Debtors or other parties-in-interest in connection with the Debtors or these cases or have any relationship with any such entity which would be adverse to the Debtors or their estates.

11. Steel Partners II, L.P. ("Steel") is a holder of equity of the Debtors and proposed postpetition lender to the Debtors. Prior to joining Arent Fox in January, 2003, various attorneys

---

[3] Arent Fox's investigation of its relationships with parties in interest is ongoing and further disclosures will be made to the extent necessary.

were members or associated with Olshan Grundman LLP ("Olshan"). Steel and its affiliates were clients of Olshan. Robert Grossman, Schuyler Carroll, Leah Eisenberg, Jeffrey Vanacore, Beth Kibble and I formerly practiced at Olshan and, in 2003, left Olshan to practice at Arent Fox. Ms. Kibble is no longer associated with Arent Fox. Mr. Grossman is currently a bankruptcy judge in the Eastern District of New York, and Mr. Carroll, Ms. Eisenberg, Mr. Vanacore and I continue to practice at Arent Fox. At Olshan, Mr. Carroll and I worked from time to time on matters for Steel or its affiliates. Since commencing practice at Arent Fox, I (and, to my knowledge the other attorneys from Olshan who moved their practice to Arent Fox with me) have not worked on any matters for Steel or its affiliates (other than assisting several attorneys at Olshan with the transition of certain Steel matters to other attorneys at Olshan) and have never worked (either at Olshan or at Arent Fox) on any matters related to the Debtors.

**Normal Hourly Rates and Disbursement Policy**

12. Arent Fox has not agreed to share (a) any compensation it may receive with another party or person, other than with the partners and associates of Arent Fox, or (b) any compensation another person or party has received or may receive.

13. Subject to this Court's approval in accordance with Section 330(a) of the Bankruptcy Code, Arent Fox will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates for services of this type and nature and for this type of matter in effect on the date such services are rendered and for its actual, reasonable and necessary out-of-pocket disbursements incurred in connection therewith. The following are Arent Fox's current hourly rates for work of this nature:

|     |              |                |
|-----|--------------|----------------|
| (a) | Partners:    | $465 - $840    |
| (b) | Of Counsel:  | $465 - $760    |
| (c) | Associates:  | $290 - $540    |

(d)    Paraprofessionals:    $150 - $270

14. The rates set forth above are subject to periodic review and adjustment and are set at a level designed to fairly compensate Arent Fox for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Generally, the rates are subject to an increase at the beginning of each calendar year. It is Arent Fox's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone, telecopier and other charges, mail and express and overnight mail charges, special or hand delivery charges, photocopying charges, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. Arent Fox will charge the Debtors' estates for these expenses in a manner and at rates consistent with charges made generally to Arent Fox's other clients. Arent Fox believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients. Arent Fox will seek reimbursement of its expenses as allowed pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and Orders of this Court.

15. Arent Fox did not receive a retainer with respect to its proposed representation of the Committee.

16. Arent Fox will not represent any entity other than the Committee in these Chapter 11 cases.

## CONCLUSION

17. Based upon the information available to me, and except as otherwise described herein, Arent Fox holds no interest adverse to the Committee, the Debtors, their estates, or their creditors as to the matters in which it is to be employed other than the representation of the Committee. I believe that Arent Fox is a "disinterested person" as defined in Section 101(14) of

the Bankruptcy Code. I know of no reason why Arent Fox cannot act as attorneys for the Committee. The foregoing constitutes the statement of Arent Fox pursuant to Section 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014–1. Executed this 17th day of May 2010, at New York, New York.

/s/ Andrew I. Silfen
Andrew I. Silfen

# EXHIBIT 1

**Debtors**
Point Blank Solutions, Inc. f/k/a DHB Industries, Inc.
Point Blank Body Armor Inc.
Protective Apparel Corporation of America
PBSS LLC

**Officers & Directors**
T. Scott Avila, Chief Restructuring Officer
James R. Henderson, Chief Executive Officer & Director
Terry R. Gibson, Director
Merrill A. McPeak, Director
Robert Chefitz, Director

**Stockholders**
David H. Brooks
Terry S. Brooks
Prescott Group Capital Management

**Secured Creditors**
E.I. duPont de Nemours and Company
BOFA
Steel Partners II, L.P.

**Debtors' Counsel**
Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP

**Debtors' Restructuring Advisors**
CRG Partners Group LLC

**35 Largest Unsecured Creditors**
LINCOLN FABRICS INC.
JPS COMPOSITE MATERIALS
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO PC
SERCARZ & RIOPELLE, LLP
BAKER BOTTS LLP
DUPONT ADVANCED FIBER
DURO TEXTILES LLC 1
MCDERMOTT, WILL & EMERY
COVINGTON & BURLING LLP
BRYAN CAVE LLP
CROWE HORWATH LLP
RICHARD KIBBE & ORBE LLP
CRAMER LLC
BETHEL INDUSTRIES INC.
KOBRE & KIM LLP

NYC/483304.3

DSM DYNEEMA B.V.
JL KAYA INC.
SMX SERVICES & CONSULTING
SCOVILL FASTENERS
LOOS AND CO. INC.
WACHOVIA SECURITIES
ASCENDO RESOURCES LLC
SERVICE BY AIR
INTERNATIONAL TEXTILE GROUP
DALLCO INDUSTRIES INC.
LEADING TECH. COMPOSITES, INC.
GOODWIN PROCTOR LLP
ARMOR DESIGNS, INC.
MARCUM RACHLIN
PTI MACHINE
MARGOLIN, WINER & EVENS LLP
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ITW WATERBURY BUCKLE CO.
SERGEANT MAJOR ASSOCIATES, INC.
HOLLAND & KNIGHT LLP

# EXHIBIT 2[4]

| Debtors' Party | Arent Fox Relationship |
|---|---|
| BAKER BOTTS LLP | Former Client; Former Client-Friendly; Former Adverse Party |
| BANK OF AMERICA | Current & Former Client; Current & Former Client Friendly; Current & Former Adverse Party; Current & Former Other Interested Party |
| BRYAN CAVE LLP | Former Client; Former Adverse Party |
| COVINGTON & BURLING LLP | Former Client; Current & Former Client-Friendly; Current & Former Adverse Party |
| DAVID H. BROOKS | DAVID BROOKS (officer of KV Sun Holdings) -- Former Other Interested Party<br><br>DAVID BROOKS -- Current Other Interested Party |
| DUPONT ADVANCED FIBER | See E.I duPont de Nemours and Company. |
| E.I. DUPONT DE NEMOURS AND COMPANY ("E.I. duPont") | Former Client; Current & Former Client-Friendly; Former Client; Current & Former Adverse Party; Current & Former Other Interested Party<br><br>E.I. duPont subsidiary Pioneer Hi-Bred International is a current client. |
| GOODWIN PROCTOR LLP | Former Client; Former Client-Friendly; Current & Former Adverse Party; Current & Former Other Interested Party |
| HOLLAND KNIGHT LLP | Former Client; Former Client-Friendly; Current & Former Adverse Party; Current Other Interested Party;<br><br>MARK BAKER (OF HOLLAND & KNIGHT) -- Current Adverse Party |

---

[4] Party relationships are classified as: (i) Client; (ii) Former Client (no active matters are attributed to the client because all amounts have been billed and the entity or individual is no longer considered a client); (iii) Adverse; (iv) Other Interested Party (a party that is not a Client, a Former Client, Client Friendly or Adverse); (v) Client Friendly (a party who refers a client to Arent Fox; an affiliate of the client; possibly an officer or party who is not adverse to the client; or a party who is generally aligned with the Arent Fox client); (vi) Current Creditor (a party who is involved in another bankruptcy case involving an appearance by Arent Fox); (vii) Consumer Connection (a party with whom Arent Fox attorneys have some *de minimus* or consumer level connection, e.g., phone service, credit card or other personal goods or services); or (viii) Arent Fox Vendor Payment (a party to whom Arent Fox has issued a check, settlement payment, or paid for goods and services in the course of business).

| **Debtors' Party** | **Arent Fox Relationship** |
|---|---|
| INTERNATIONAL TEXTILE GROUP | Current & Former Adverse Party |
| JAMES R. HENDERSON | JAMES HENDERSON -- Former Adverse Party |
| JL KAYA INC | Current Other Interested Party |
| JPS COMPOSITE MATERIALS | Current Other Interested Party |
| LAURA DAVIS JONES | Current Adverse Party |
| LEADING TECH COMPOSITES, INC. | Current Other Interested Party |
| LINCOLN FABRICS INC | Current Other Interested Party |
| MCDERMOTT WILL & EMERY | Former Client; Current & Former Adverse Party; Former Other Interested Party |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO PC | Former Adverse Party; Current Other Interested Party; Former Client-Friendly; Former Other Interested Party |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | Former Client ; Current & Former Adverse Party; Current Other Interested Party |
| PACHULSKI STANG ZIEHL & JONES LLP | Current Adverse Party; Current Other Interested Party |
| POINT BLANK BODY ARMOR, INC. | Former Client |
| PTI MACHINE | Current Other Interested Party |
| RICHARDS KIBBE & ORBE LLP | Current Adverse Party |
| SERVICE BY AIR | Current Adverse Party |
| STEEL PARTNERS II, LP | *See* paragraph 3 of Affidavit |
| WACHOVIA SECURITIES | Current & Former Adverse Party; Current Other Interested Party<br><br>Wachovia is now a part of Wells Fargo, a current client. |