# EXHIBIT B

1. **Committee Co-Chair**
   Lincoln Fabrics Inc.
   Attn: Tim Arnold
   63 Lakeport Rd.
   St. Catherines, Ontario
   Canada
   Phone: 905-934-3391
   Fax: 905-934-9325

2. **Committee Co-Chair**
   Mr. Larry R. Ellis
   3835 Presidential Parkway, Suite 118
   Atlanta, GA 30340
   Phone: 404-691-5095

3. Bethel Industries, Inc.
   Attn: Sun Kim
   3423 Kennedy Blvd.
   Jersey City, NJ 07307
   Phone: 201-656-8222
   Fax: 201-656-9964
   SMX Services and Consulting, Inc.
   Attn: Richard Quevedo
   1000 Brickell Avenue, Suite 410
   Miami, FL 33131
   Phone: 305-463-7191
   Fax: 305-377-2535

4. Ascendo Resources, LLC
   Attn: Eugene Holzer
   3350 SW 148th Ave., Suite 110
   Miramar, FL 33027
   Phone: 954-378-0001
   Fax: 888-758-5936