IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Related to Docket No. 160 |

## OMNIBUS HEARING ORDER

**IT IS ORDERED,** that the following hearing dates have been scheduled in the above referenced matter:

| DATE | TIME |
|---|---|
| June 10, 2010 | 11:00 a.m. |
| July 14, 2010 | 11:00 a.m. |
| August 18, 2010 | 11:00 a.m. |
| September 20, 2010 | 10:30 a.m. |

Dated: May 18, 2010

The Honorable Peter J. Walsh
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

DOCS_DE:160007.1