**EXHIBIT C**

# Cole, Warren & Long, Inc.
Suite 312, Two Penn Center Plaza  
Philadelphia, PA   19102

Telephone: 215-563-0701  
website: www.cwl-inc.com

**PERSONAL & CONFIDENTIAL**

April 22, 2010

Mr. James Henderson  
Chief Executive Officer  
Point Blank Solutions, Inc.  
2102 S.W. 2nd Street  
Pompano Beach, FL   33069

Dear Mr. Henderson:

Cole, Warren & Long, Inc. is an executive search firm with clients throughout the U.S.  We are currently celebrating our fortieth year in business.

We would very much like to help you regarding the hiring of 3 to 6 Senior Executives within Point Blank Solutions, Inc.  We would work on a contingency basis and would charge 25% of the executive's starting salary.

We would also work on recruiting 3 to 6 individuals who are one tier below the Senior Executive level.  This also would be on a contingency basis and the fee would be 15% of the individual's base salary.

***TERM OF ENGAGEMENT*** – Starting date would be Monday, April 26th, 2010 through December 31st, 2010, with an option to extend by the company (Point Blank Solutions).

***TERM OF PAYMENT*** – After candidate(s) is hired, Cole, Warren & Long, Inc. (CWL) would expect all fees to be paid within ten (10) days of the candidate(s)' starting date.

***TERMINATION*** – The search can be terminated for convenience at anytime by either party.

**Cole, Warren & Long, Inc.**  
*Management Consultants*

The search approach by Cole, Warren & Long, Inc. (CWL) offers several major advantages to aggressively recruit and rapidly "capture" experienced and qualified individuals. These include:

- A close personalized objective approach clearly identifying the "job", the job accountabilities, job requirements, the breadth and scope required, and the qualifications necessary to be considered qualified.

- A firm that has developed an identification process and sources for developing executives within the design, manufacture, and distribution of high performance, protective technologies.

- Forty years of executive search practice within the U.S. and international marketplace.

- A third-party approach allowing for identification of qualified candidates, giving the client the opportunity to "screen out" candidates versus candidates possibly "screening out" the client organization.

- In-depth interviewing of candidates selected utilizing a factored scale to quantify and rank the best candidates for consideration.

- A "hands-on" approach by a principal of the firm from start to finish to assure successful results and client satisfaction.

- Value added services include: competitive intelligence, coaching, organizational development, and consulting in executive compensation.


Allowing for modifications, the following steps will be undertaken in order to complete the search assignment.

### Step One

- Review the organizational and operational responsibilities of the position.

- Define the base compensation, eligible perquisites and geographical constraints.

- Develop the Position Specifications, both personal and job related.

### Step Two

- Initiate the search and identify candidates qualified for the position.

- Submit a progress report of candidates sourced to date and review the data in approximately 30 days. Additional candidates will be delivered as soon as they are developed.

### Step Three

- Conduct in-depth interviews with candidates selected by the Chief Executive Officer of Point Blank Solutions, Inc.

- Arrange for candidate interviews with the Chief Executive Officer at a convenient place and time.

### Step Four

- Thoroughly check the references of the candidates of interest and provide a written report.

### Step Five

- Assist in job offer negotiations between the client and the candidate.

- Assist in gaining acceptance of the employment offer to the candidate.

- Coordinate relocation of the family, if necessary.


These five steps comprise the methodology that would be undertaken during the search assignment.

We appreciate the opportunity to be of service to Point Blank Solutions, Inc. and you may be assured that this assignment will be conducted in a professional, expeditious, and efficient manner.

Best regards,

*Ronald J. Cole*

Ronald J. Cole
President/CEO
Cole, Warren & Long, Inc.
2 Penn Center - Suite 312
Philadelphia, PA  19102
Telephone: 215-563-0701 - EXT. 210
Fax: 215-563-2907
Email: rcole@cwl-inc.com
RJC/bl

_____
James Henderson, CEO
Point Blank Solutions

Date: _____