**EXHIBIT D**

April 22, 2010



Dear Deniese:

Thank you for the opportunity to partner with you in the identification and selection of candidates for Liberty Power. Based on our conversations, I am confident that we can deliver high quality recruitment services as rapidly as required to meet your needs. As a result, I am pleased to submit this confirmation letter.

As we have discussed, the demand for exceptional talent has never been higher. Top candidates have multiple opportunities from which they can choose. Our goal is not only to locate the best talent, but also to ensure you successfully hire the best candidates. To streamline this process and to meet your hiring needs, we require your co-operation in the following areas:

- Provide feedback on our submission of a candidate's resume to you within 24 hours or an agreed timescale if this is not possible;
- Prompt scheduling of interviews with your hiring/management team within 3 days of resume submission;
- Names, job titles and brief executive biographies of all hiring managers involved in the decision making process, maximizing our ability to adequately brief our candidates' prior to interview;
- Allow us to manage the entire offer process immediately after final interview to maximize acceptance of offers.

**Agreement of Contingency Recruiting Charges**

This letter is being sent to you to confirm our mutual understanding in the event that you employ a candidate who was referred by us whether in the form of a verbal presentation or written resume. If these terms do not reflect your understanding, please call us immediately; acceptance of a referral for a candidate from us confirms agreement to the following terms:

The fee agreed upon with Point Blank will be 15% of the candidate's first year salary.
Recruiting charges are billed when the offer is made and accepted and due within the first 10 days of employment for the guarantee to be valid.

The Mergis Group provides a 90 day guarantee. This guarantee covers replacing our candidate who leaves for any reason voluntarily, as well as involuntary terminations due to poor performance. It would not apply if the candidate were released for any reason not under their control, such as - lack of work, change of job description, etc.

Our agreement is on a contingency basis, in that there are no charges unless you hire a candidate we have identified for you. The charges apply to any candidate referred by us for a specific position, or any alternate position or contracted position offered and employed by your company or any subsidiary within a one year period from date of referral.

We appreciate the opportunity and look forward to developing an ongoing business partnership.

Please acknowledge your receipt and acceptance of this letter by signing and faxing the enclosed copy to **954-462-6885.**

**Company Name**……………………………………………………………………

**Representative**……………………………………………………………………

**Title**………………………………………………………………………………

Best regards,

Ivonne Simon
Practice Director
The Mergis Group
One Financial Plaza #1515
Fort Lauderdale, FL  33394