IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., et al.[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Deadline: June 15, 2010 at 4:00 p.m.
Hearing Date: July 14, 2010 at 11:00 a.m.

## NOTICE OF DEBTORS' APPLICATION TO RETAIN EXECUTIVE SEARCH FIRMS COLE, WARREN & LONG, INC., AND THE MERGIS GROUP PURSUANT TO 11 U.S.C. §§ 328(A) AND FED.R.BANKR.P. 2014(A) AND 2016

**PLEASE TAKE NOTICE** that on May 26, 2010, the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the *Debtors' Application to Retain Executive Search Firms Cole, Warren & Long, Inc., and the Mergis Group Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed.R.Bankr.P. 2014(a) and 2016* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Application, the Debtors seek to retain, *nunc pro tunc* to April 24, 2010, Cole, Warren & Long, Inc., to locate (i) three to six senior executives, and (ii) three to six midlevel executives, to be employed by the Debtors, and the Mergis Group to locate three to six lower level supervisors and/or managers to be employed by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

relief sought in the Application must be filed with the Bankruptcy Court on or before **June 15, 2010 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esquire, Fax: (302) 652-4400; (ii) counsel for DIP Lender: Riemer & Braunstein, LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: Donald E. Rothman, Esquire, Fax: (617) 880-3456; and Potter, Anderson & Corroon, LLP, 1313 North Market Street, Wilmington, Delaware 19899, Attn: Steven M. Yoder, Esquire, Fax: (302) 778-6107, (iii) [proposed] counsel to the official committee appointed in these cases: Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Robert M. Hirsh, Esquire, Fax: (212) 484-3990; and Messana Rosner & Stern LLP, 1000 N. West Street, Suite 1200, Wilmington, DE 19801, Attn: Frederick B. Rosner, Esquire, Email: frosner@mrs-law.com; (iv) counsel to the Pre-Petition Agent: Latham & Watkins LLP, 233 South Wacker Drive, Suite 5800, Chicago, Illinois 60606, Attn: Peter P. Knight, Esquire; (v) counsel for DuPont: Ballard Spahr LLP, 1735 Market St., 51st Floor, Philadelphia, PA, 19103, Attn: Vincent J. Marriott, III, Esquire, Fax: (215) 864-9762; and (vi) the U.S. Trustee: Jane Leamy, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of page intentionally left blank]*

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD BEFORE THE HONORABLE PETER J. WALSH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM 2, WILMINGTON, DELAWARE 19801, ON **JULY 14, 2010 AT 11:00 A.M. PREVAILING EASTERN TIME.**

Dated: May 26, 2010

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Curtis A. Hehn (Bar No. 4264)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
    dbertenthal@pszjlaw.com
    chehn@pszjlaw.com
    jfried@pszjlaw.com
    tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession