IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| POINT BLANK SOLUTIONS, INC., *et al.*, | § | Case No. 10-11255 (PJW) |
| | § | |
| Debtors. | § | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE,** that pursuant to 11 U.S.C. §§ 342(a) and 1109(b) and Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"), the undersigned counsel to Ryan Levenson request that all notices, papers, and pleadings including, without limitation, orders, applications, objections to proofs of claim, notices of cure amounts, petitions, demands, motions, or documents of any kind, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex, computer data medium or any electronic means, filed or served in this case, or any adversary proceeding herein (collectively, "Documents"), be served upon the following:

BAYARD, P.A.
Neil B. Glassman, Esquire
Justin R. Alberto, Esquire
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: nglassman@bayardlaw.com
          jalberto@bayardlaw.com

MORRISON COHEN LLP
Joseph T. Moldovan
909 Third Avenue
New York, New York 10022
Telephone: (212) 735-8600
Facsimile (212) 735-8708
Email: jmoldovan@MorrisonCohen.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Mr. Levenson's: (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court

Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Mr. Levenson is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Date: June 9, 2010
Wilmington, Delaware

BAYARD, P.A.

/s/ Neil B. Glassman
Neil B. Glassman (No. 2087)
Justin R. Alberto (No. 5126)
222 Delaware Avenue, 9th floor
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

and

MORRISON COHEN LLP
Joseph T. Moldovan
909 Third Avenue
New York, New York 10022
Telephone: (212) 735-8600
Facsimile (212) 735-8708
Facsimile: (302) 658-6395

*Counsel for Ryan Levenson*