IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
*In re* : Chapter 11
:
POINT BLANK SOLUTIONS INC., *et al.*, : Case No. 10-11255 (PJW)
: (Jointly Administered)
Debtors.[2] :
: **Obj. Deadline: July 19, 2010 at 4:00 p.m. (EDT)**
---------------------------------------------------------x **Hearing Date: Only If An Objection Is Filed**

## FIRST MONTHLY APPLICATION OF THE ROSNER LAW GROUP LLC, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD APRIL 26, 2010 THROUGH MAY 31, 2010

Name of Applicant: The Rosner Law Group LLC

Authorized to Provide Professional
Services to: The Committee of Unsecured Creditors

Date of Retention: *Nunc Pro Tunc* to April 26, 2010

Periods for which Compensation
and Reimbursement is sought: April 26, 2010 through
May 31, 2010

Amount of Compensation sought as
Actual, reasonable and necessary: $6,979.20 (80% of $8,724.00)

Amount of Expense Reimbursement
Sought as actual, reasonable and
Necessary: $584.26 (100% of allowed expenses)

This is a(n): __X__ monthly _____ interim _____ final application

---

[2] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: (i) Point Blank Solutions, Inc. (9361), (ii) Point Blank Body Armor, Inc. (4044); (iii) Protective Apparel Corporation of America (9051); and (iv) PBSS, LLC (8203).

{00003867. }

Prior Applications Filed: **None**

## COMPENSATION BY TIMEKEEPER

| Name and Initials of Professional Individual | Position, Years in Practice, Prior Relevant Experience, and Bar Admissions | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Frederick B. Rosner (Tmkr 1) | Partner; practicing 23 years, member of Delaware (2000) and New York (1987) bars | $450.00 | 5.7 | $2,565.00 |
| Scott J. Leonhardt (Tmkr 4) | Associate; practicing for 4 years; member of the Delaware bar (2006) | $350.00 | 1.5 | $525.00 |
| Brian L. Arban (Tmkr 5) | Associate practicing for 6 years; member of the Delaware bar (2004) | $300.00 | 13.7 | $4,110.00 |
| Brian L. Arban (Tmkr 5) | Associate practicing for 6 years; member of the Delaware bar (2004) | $210.00 (reduced rate) | 5.4 | $1,134.00 |
| Fred Sassler (Tmkr 2) | Paralegal | $150.00 | 2.6 | $390.00 |

**Total:** $8,724.00
**Total Hours:** 28.9
**Blended Rate:** $301.86

## COMPENSATION BY PROJECT CATEGORY

| Description | Task Code | Total Hours | Total Fees |
|---|---|---|---|
| Case Administration | BB100 | 1.5 | $390.00 |
| Meetings | BB102 | 0.3 | $135.00 |
| Use, Sale, Lease of Assets | BB106 | 0.1 | $30.00 |
| Cash Collateral/DIP Financing | BB107 | 3.3 | $1,545.00 |
| Claims Administration | BB108 | 0.7 | $90.00 |
| Court Hearings | BB109 | 11.7 | $2,949.00 |
| MRS Retention | BB116 | 6.5 | $1,860.00 |
| Retention of Others | BB117 | 2.9 | $870.00 |
| Fact Gathering | C100 | 1.9 | $855.00 |
| **TOTAL:** | | **28.9** | **$8,724.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Outside Printing & Duplicating ($.10/page) | | $219.10 |
| Federal Express | | $70.85 |
| Working meals | | $170.75 |
| Court Fees (Pro Hac Vice motions) | | $75.00 |
| Online research | PACER | $48.56 |
| **TOTAL:** | | **$584.26** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| POINT BLANK SOLUTIONS INC., *et al.*, | : | Case No. 10-11255 (PJW) |
| | : | (Jointly Administered) |
| Debtors.[3] | : | |
| | : | **Obj. Deadline: July 19, 2010 at 4:00 p.m. (EDT)** |
| | : | **Hearing Date: Only If An Objection Is Filed** |

**FIRST MONTHLY APPLICATION OF THE ROSNER LAW GROUP LLC, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD APRIL 26, 2010 THROUGH MAY 31, 2010**

The Rosner Law Group ("RLG" or "Applicant"), as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned cases, hereby submits its application (the "Application") to the Court, for the period April 26, 2010 through May 31, 2010, pursuant to 11 U.S.C. § 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and this Court's *Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code* [Dkt. No. 114] (the "Administrative Order").

By this Application, Applicant seeks a monthly interim allowance of compensation for legal services rendered in the amount of $6,979.20 (80% of $8,724.00) and reimbursement of RLG's actual and necessary expenses in the amount of $584.26 (100% of the allowed expenses) for a total allowance of $7,563.46 for the period April 26, 2010 through May 31, 2010 (the

---

[3] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: (i) Point Blank Solutions, Inc. (9361), (ii) Point Blank Body Armor, Inc. (4044); (iii) Protective Apparel Corporation of America (9051); and (iv) PBSS, LLC (8203).

"Interim Fee Period"). In support of this Application, the Applicant respectfully represents as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicate for relief is § 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

### Background

2. The Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases") on April 14, 2010 (the "Petition Date"). The Debtors remain in possession of their assets and continue to manage their affairs as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108. These Chapter 11 Cases are being jointly administered for procedural purposes only and no trustee or examiner has been appointed.

3. The Official Committee of Unsecured Creditors was appointed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") by notice dated April 26, 2010 [D.I. 71]. At the conclusion of the Committee formation meeting held April 26, 2010, the Committee selected Arent Fox LLP ("Arent Fox") and RLG as its co-counsel in these Chapter 11 Cases.

4. On May 17, 2010, RLG filed its *Application of the Official Committee of Unsecured Creditors to Authorize the Retention and Employment of The Rosner Law Group LLC as Co-Counsel to Creditor's Committee Nunc Pro Tunc* [Dkt. No. 165] (the "RLG Retention Application"). On June 10, 2010, the Court entered the *Order Authorizing The Retention And*

*Employment Of The Rosner Law Group LLC, As Co-Counsel To Committee, Nunc Pro Tunc To April 26, 2010* [Dkt. No. 238].

5. By Order dated May 12, 2010, [Dkt. No. 114] (the "Administrative Order") the Court authorized certain professionals (each a "Professional" and, collectively, the "Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty (20) days after service of the monthly fee application, the Debtors are authorized to pay the Professionals eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.

### RLG'S' Application for Compensation And for Reimbursement of Expenses

**A.  Compensation Paid and Its Source**

6. All services for which RLG requests compensation were performed for or on behalf of the Committee.

7. RLG has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RLG and any other person for the sharing of compensation to be received for services rendered in these cases.

8. RLG has not received a retainer in connection with the legal services to be rendered on behalf of the Committee.

B.  **Fee Statements**

9. The fee statement for the Interim Fee Period is attached hereto as **Exhibit A**. This statement contains daily time logs describing the time spent by each attorney and paraprofessional during the Interim Fee Period. To the best of RLG's knowledge, this Application complies with section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Administrative Order. RLG charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

C.  **Actual and Necessary Expenses**

10. A summary of actual and necessary expenses incurred by RLG for the Interim Fee Period associated with this Application is attached hereto as **Exhibit B**. RLG charges $0.10 per page for photocopying expenses. RLG records the number of copies made when a person makes copies for its clients.

11. RLG charges $1.00 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects the actual costs incurred by RLG for faxing.

12. With respect to providers of on-line legal research services (e.g., WESTLAW), RLG charges the standard usage rates these providers charge for computerized legal research. RLG bills its clients the actual amount charged by such services, with no premium. Any volume discount received by RLG is passed on to the client.

13. RLG believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.

### D. Summary of Services Rendered

14. The names of the partners and associates of RLG who have rendered professional services in these cases during the Interim Fee Period associated with this Application, and the paraprofessional of RLG who provided services to these attorneys during this period, are set forth in the attached **Exhibit A**.

15. RLG, by and through such persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail below.

### E. Summary of Services by Project

16. The services rendered by RLG during the Interim Fee Period associated with this Application can be grouped into the categories set forth below. RLG attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A**. **Exhibit A** identifies the attorneys and paraprofessional who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

    (a) **Case Administration (BB100)**

    Fees: $390.00; Total Hours: 1.5

This category includes: (1) communicating with co-counsel regarding the status of their motions for Pro Hac Vice admission to the Bankruptcy Court; (2) reviewing drafts of objections or other responsive pleadings prepared by the Committee; (3) reviewing various motions docketed in this case; and (4) corresponding and conferring with co-counsel regarding local rules and procedures.

    (b)    **Meetings (BB102)**

Fees: $135.00; Total Hours: 0.3

This category includes meeting or conferring with co-counsel to the Committee.

    (c)    **Use, Sale, or Lease of Assets (BB106)**

Fees: $135.00; Total Hours: 0.3

This category includes reviewing a memorandum from the Committee's financial advisor.

    (d)    **Cash Collateral/DIP Financing (BB107)**

Fees: $1,545.00; Total Hours: 3.7

This category includes reviewing motions related to debtor-in-possession ("DIP") financing and conferring with co-counsel regarding same.

    (e)    **Claims Administration (BB108)**

Fees: $90.00; Total Hours: 0.3

This category includes the review of a memorandum circulated by the Committee regarding the bar date for claims in this case.

    (f)    **Court Hearings (BB109)**

Fees: $2,949.00; Total Hours: 11.7

This category includes, among other items: (1) preparing binders for court hearings; (2) communicating with co-counsel regarding scheduling issues related to court hearings; and (3) preparation and attendance at court hearings.

(g) **RLG Retention (BB116)**

Fees: $1,860.00; Total Hours: 6.5

This category includes drafting the RLG Retention Application and communication with co-counsel regarding same.

(h) **Retention of Others (BB117)**

Fees: $870.00; Total Hours: 2.9

This category includes assisting co-counsel and other professionals on behalf of the Committee with drafting and filing their retention applications.

(i) **Fact Gathering (C100)**

Fees: $855.00; Total Hours: 1.9

This category includes review of the background for this case.

17. Attorneys and paraprofessionals of RLG expended a total of 28.9 hours in connection with their representation of the Debtors in connection with this Application, as follows:

| Name and Initials of Professional Individual | Position, Years in Practice, Prior Relevant Experience, and Bar Admissions | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Frederick B. Rosner (Tmkr 1) | Partner; practicing 23 years, member of Delaware (2000) and New York (1987) bars | $450.00 | 5.7 | $2,565.00 |
| Scott J. Leonhardt (Tmkr 4) | Associate; practicing for 4 years; member of the Delaware bar (2006) | $350.00 | 1.5 | $525.00 |
| Brian L. Arban (Tmkr 5) | Associate practicing for 6 years; member of the Delaware bar (2004) | $300.00 | 13.7 | $4,110.00 |
| Brian L. Arban (Tmkr 5) | Associate practicing for 6 years; member of the Delaware bar (2004) | $210.00 (reduced rate) | 5.4 | $1,134.00 |
| Fred Sassler (Tmkr 2) | Paralegal | $150.00 | 2.6 | $390.00 |

**Total:** $8,724.00
**Total Hours:** 28.9
**Blended Rate:** $301.86

18. The nature of the work performed by these persons is fully set forth in **Exhibit A** attached hereto. These are RLG's normal hourly rates for work of this character. The reasonable value of the services rendered by RLG for the Debtors associated with this Application for the Interim Fee Period is $8,724.00.

19. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by the Applicant is fair and reasonable given: (a) the time expended, (b) the nature and extent of the services rendered, (c) the value of such services, and (d) the costs of comparable services other than in a case under this title. Moreover, the Applicant has reviewed the requirements of Local Rule 2016-2 and the Administrative Order and believes that this Application complies with the Local Rule.

WHEREFORE, RLG respectfully requests that the Court authorize for the period April 26, 2010 through May 31, 2010, an interim allowance be made to RLG pursuant to the terms of the Administrative Order, in the amount of $6,979.20 (80% of $8,724.00) as compensation and reimbursement of RLG's actual and necessary expenses in the amount of $584.26 (100% of the allowed expenses) for a total allowance of $7,563.46, and that such sums be authorized for payment, and for such other and further relief as this Court may deem just and proper.

Dated: June 29, 2010
      Wilmington, Delaware          **MESSANA ROSNER & STERN LLP**

*/s/Brian L. Arban*
Frederick B. Rosner (No. 3995)
Scott J. Leonhardt (No. 4885)
Brian L. Arban (No. 4511)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: 302.295.5040
Email: barban@mrs-law.com

*Co-Counsel for the Official Committee of Unsecured Creditors*