IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re: :
 :  Chapter 11
POINT BLANK SOLUTIONS, INC., *et al.*[1] :
 :  Case No. 10-11255 (PJW)
 Debtors. :
 :  Jointly Administered
------------------------------------------------------------ X

## OBJECTION OF THE OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS TO DEBTORS' APPLICATION
## FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014(a), 2016 AND 5002 AUTHORIZING THE EMPLOYMENT AND RETENTION OF JOHNSON ASSOCIATES, INC. AS COMPENSATION ADVISOR TO THE DEBTORS NUNC PRO TUNC TO MAY 27, 2010

The Official Committee of Unsecured Creditors (the "Committee")[2] of Point Blank Solutions, Inc., *et al.* (the "Debtors"), by and through its co-counsel, Arent Fox LLP and The Rosner Law Group LLC, hereby file this objection (the "Objection") to the *Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Johnson Associates, Inc. ("Johnson Associates") as Compensation Advisor to the Debtors Nunc Pro Tunc to May 27, 2010* (the "Application") [Docket No. 271]. In support hereof, the Committee states as follows:

### OBJECTION

1. The Application provides yet another glaring example of the inability of the Debtors' board of directors (the "Board") and management to function effectively. The fact

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc., (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37557; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] All capitalized terms that are not expressly defined in this Objection shall have the meaning ascribed to them in the Application.

NYC/492879.2

that the Debtors anticipate having to provide expert testimony in depositions and/or hearings regarding compensation analyses is extremely troubling. The Debtors should be exploring ways to minimize any potential problems associated with the Board composition and the Debtors' management, rather than seeking to retain yet another set of professionals, thereby creating yet another unnecessary additional layer of expenses in these cases, to rectify a problem of their own creation. The relief requested in the Application strongly indicates that the appointment of an independent fiduciary may be necessary and appropriate in these cases.

2. The Debtors seek to retain Johnson Associates to provide advice on executive compensation because of Johnson's experience advising troubled companies. Yet, the Debtors formulated a KEIP program without consulting a compensation advisor. This further evidences the dysfunctional nature of the Debtors' board of directors.

3. The Debtors have failed to articulate a need to retain Johnson Associates in these cases or any corresponding benefit to the Debtors' estates, except for the self-serving purpose of analyzing compensation issues that may arise during the course of these chapter 11 cases.

4. Finally, the Committee believes the hourly rates described in the Application appear excessive and there is no justification provided for nunc pro tunc retention.

## **RESERVATION OF RIGHTS**

5. The Committee reserves the right to further address the Application and any other ancillary issues and to respond to any reply of the Debtors or any party, either by further submission to this Court, at oral argument or by testimony to be presented at any hearing. The Committee expressly reserves the right to supplement this Objection at any time prior to or during the hearings on the Application.

WHEREFORE, the Committee respectfully requests that the Court deny the relief requested in the Application, and grant and further relief as is just and proper.

Dated: Wilmington, Delaware
       July 7, 2010

                                Counsel for the Official Committee of
                                    Unsecured Creditors for Point Blank
                                Solutions, Inc., *et al.*

                        By: /s/ Brian L. Arban
                            Frederick B. Rosner (DE #3995)
                            Brian L. Arban (DE #4511)
                            THE ROSNER LAW GROUP LLC
                            1000 N. West Street, Suite 1200
                            Wilmington, DE 19801
                            Tel: (302) 777-1111
                            barban@mrs-law.com

                                    - and-

                            Robert M. Hirsh
                            George P. Angelich
                            ARENT FOX LLP
                            1675 Broadway
                            New York, NY 10019
                            (212) 484-3900 (Tel.)
                            (212) 484-3990 (Fax)