IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON JULY 14, 2010 AT 11:00 A.M. BEFORE THE HONORABLE PETER J. WALSH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801[2]

**UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:**

1. Debtors' Motion for Authority to Pay Prepetition Attorneys' Fees Claim Relating to Representation of James Henderson, Chief Executive Officer and Director of Point Blank Solutions, Inc. (Filed 6/10/10) [Docket No. 245].

   Related Document(s):

   A. Certification of No Objection (Filed 7/9/10) [Docket No. 310].

   Objection Deadline: July 7, 2010, at 4:00 p.m.

   Response(s): None.

   Status: The Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

2. Motion for Order Extending Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code (Filed 6/25/10) [Docket No. 280].

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

Related Document(s):

A.  Certification of No Objection (Filed 7/9/10) [Docket No. 311].

Objection Deadline: July 7, 2010, at 4:00 p.m.

Response(s): None.

Status: The Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

**CONTESTED MATTERS:**

3.  Debtors' Application to Retain Pillsbury Winthrop Shaw Pittman LLP as Special Counsel to the Debtors' Special Committee *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014 (Filed 5/14/10) [Docket No. 148].

    Related Document(s): None.

    Objection Deadline: June 3, 2010, at 4:00 p.m. Deadline extended to June 7, 2010 at 12:00 Noon with respect to the United States Trustee; and extended to June 29, 2010 at 5:00 p.m. with respect to the Official Committee of Unsecured Creditors.

    Response(s):

    A.  Objection of the Official Committee of Unsecured Creditors to Debtors' Application to Retain Pillsbury Winthrop Shaw Pittman LLP as Special Counsel to the Debtors' Special Committee *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014 (Filed 6/29/10) [Docket No. 284].

    Reply:

    A.  Reply to the Objection of the Official Committee of Unsecured Creditors to Debtors' Application to Retain Pillsbury Winthrop Shaw Pittman as Special Counsel to the Debtors' Committee *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014 (Filed 7/9/10) [Docket No. 312].

    Status: This matter will be going forward.

4.  Motion of D. David Cohen for Relief From the Automatic Stay (Filed 5/1710) [Docket No. 162].

    Related Document(s): None.

    Objection Deadline: June 3, 2010, at 4:00 p.m.

Response(s):

A.  Debtors' Response to the Motion of D. David Cohen for Relief From the Automatic Stay (Filed 6/3/10) [Docket No. 215].

B.  Statement of the Official Committee of Unsecured Creditors Regarding the Motion of D. David Cohen for Relief From the Automatic Stay (Filed 6/9/10) [Docket No. 226].

Replies:

A.  Reply of D. David Cohen to the Debtors' Response to the Motion for Relief From the Automatic Stay (Filed 6/8/10) [Docket No. 221].

B.  Supplemental Reply of D. David Cohen to the Debtor's Response to the Motion for Relief from the Automatic Stay (Filed 7/8/10) [Docket No. 301].

Status: This matter will be going forward.

5.  Debtors' Application to Retain Executive Search Firms Cole, Warren & Long, Inc., and the Mergis Group Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed.R.Bankr.P.2014(a) and 2016 (Filed 5/26/10) [Docket No. 199].

    Related Document(s): None.

    Objection Deadline: June 15, 2010, at 4:00 p.m. Extended to June 29, 2010 with respect to the Official Committee of Unsecured Creditors.

    Response(s):

    A.  Objection of the Official Committee of Unsecured Creditors to Debtors' Application to Retain Executive Search Firms (Filed 6/23/10) [Docket No. 274].

    Status: This matter will be going forward.

6.  Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Johnson Associates, Inc. as Compensation Advisor to the Debtors *Nunc Pro Tunc* to May 27, 2010 (Filed 6/22/10) [Docket No. 271].

    Related Document(s): None.

    Objection Deadline: July 7, 2010, at 4:00 p.m. Extended to July 9, 2010 at 5:00 p.m. with respect to United States Trustee.

3

Response(s):

A. Objection of the Official Committee of Unsecured Creditors to Debtors Application for Entry of an Order Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Johnson Associates, Inc. as Compensation Advisor to the Debtors *Nunc Pro Tunc* to May 27, 2010 (Filed 7/7/10) [Docket No. 297].

B. United States Trustees Objection to the Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. § 327(a) and Fed.R. Bankr. P. 2014(a), 2015 and 5002 Authorizing the Employment and Retention of Johnson Associates, Inc. as Compensation Advisor to the Debtors *Nunc Pro Tunc* to May 27, 2010 (Filed 7/9/10) [Docket No. 308].

Status: This matter will be going forward.

7. Debtors' Second Motion for the Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. Section 365 (Filed 6/25/10) [Docket No. 279].

Related Document(s): None.

Objection Deadline: July 7, 2010, at 4:00 p.m.

Response(s):

A. [Paul Gionfriddo's] Objection to Relief Being Sought (Filed 7/6/10) [Docket No. 296].

Status: This matter will be going forward.

Dated: July 12, 2010

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       jfried@pszjlaw.com
       tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession