IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket No. 199** |

**ORDER GRANTING DEBTORS' APPLICATION TO RETAIN EXECUTIVE SEARCH FIRMS COLE, WARREN & LONG, INC., AND THE MERGIS GROUP PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) AND FED.R.BANKR.P. 2014(a), AND 2016**

Upon consideration of the *Debtors' Application to Retain Executive Search Firms Cole, Warren & Long, Inc., and The Mergis Group Pursuant to 11 U.S.C. §§ 327(a) and 328 and Fed.R.Bankr.P. 2014(a), and 2016* (the "Application")[2] seeking authorization to employ and retain Cole, Warren & Long, Inc. ("Cole Warren") and The Mergis Group ("Mergis") as executive search firms to the Debtors *nunc pro tunc* to April 24, 2010, and the Declaration of Ronald J. Cole in support of the Debtors' retention of Cole Warren (the "Cole Declaration"), and the Declaration of Ivonne Simon in support of the Debtors' retention of Mergis (the "Simon Declaration"), that were submitted concurrently with the Application; and the Court being satisfied based on the representations made in the Application, the Cole Declaration, and the Simon Declaration that both firms are a "disinterested person" as that terms is defined in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

DOCS_DE:159445.1

Bankruptcy Code, and that the employment of each firm is necessary and in the best interests of the Debtors and their estates; and it appearing that the Court has jurisdiction to consider the Application; and it appearing that due notice of the Application has been given and no further notice need be given; and upon the proceedings before the Court; and after due deliberation and good and sufficient cause appearing; it is

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Debtors' retention of Cole Warren to provide the services set forth in the Application is hereby APPROVED *nunc pro tunc* to April 24, 2010; and it is further

ORDERED that the Debtors' retention of Mergis to provide the services set forth in the Applications is hereby APPROVED *nunc pro tunc* to April 24, 2010; and it is further

ORDERED that the proposed contingency fees as set forth in the Application for both firms are approved pursuant to section 328(a) of the Bankruptcy Code; and it is further

ORDERED that both firms shall file fee applications and be compensated in accordance with sections 328 and 331 of the Bankruptcy Code, and any administrative fee orders that may be approved in these cases; and it is further

ORDERED that the Court shall retain jurisdiction over any disputes, if any, that may arise in connection with the Application and this Order.

Dated: July 14, 2010

The Honorable Peter J. Walsh
United States Bankruptcy Judge