IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related to Docket No. 361** |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON JULY 21, 2010 AT 9:30 A.M. BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801[3]**

CONTESTED MATTERS:

1. Motion of the Official Committee of Unsecured Creditors for an Order Authorizing Examinations of Debtors' Lenders and Managing Entities Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 (Filed 7/8/10) [Docket No. 302].

   Related Document(s):

   A. Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice Relating to Motion of the Official Committee of Unsecured Creditors for an Order Authorizing Examinations of Debtors' Lenders and Managing Entities Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 (Filed 7/8/10) [Docket No. 303].

   B. Objection of Bank of America, N.A. to (i) Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice Relating to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Enlarging the Shortened Deadline for the Committee's Investigation Granted Under the Final DIP Financing Order Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9006(b)(1) and (ii) Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice Relating to Motion of the Official Committee of Unsecured Creditors for an Order Authorizing Examinations of Debtors' Lenders and Managing Entities Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 (Filed 7/9/10) [Docket No. 306].

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] **Amended information is reflected in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

C.  Joinder of E.I. du Pont de Nemours and Company to Objection of Bank of America, N.A. to (i) Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice Relating to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Enlarging the Shortened Deadline for the Committee's Investigation Granted Under the Final DIP Financing Order Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9006(b)(1) and (ii) Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice Relating to Motion of the Official Committee of Unsecured Creditors for an Order Authorizing Examinations of Debtors' Lenders and Managing Entities Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 (Filed 7/9/10) [Docket No. 309].

D.  Order Shortening Notice of the Motion of the Official Committee of Unsecured Creditors for an Order Authorizing Examinations of Debtors' Lenders and Managing Entities Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 (Entered 7/10/10) [Docket No. 314].

Objection Deadline:  July 19, 2010, at 12:00 p.m.

Response(s):

A.  Joinder of Ryan Levenson to the Motion of the Official Committee of Unsecured Creditors (I) Authorizing Examinations of the Debtors' Lenders and Managing Entities and (II) Extending the Investigatory Period Under the Final DIP Financing Order (Entered 7/13/10) [Docket No. 333].

B.  Bank of America's Objection to Motion of the Official Committee of Unsecured Creditors for an Order Authorizing Examinations of Debtors' Lenders and Managing Entities Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 (Filed 7/19/10) [Docket No. 356].

C.  Objection of E.I. DuPont De Nemours and Company to Motion of the Official Committee of Unsecured Creditors for an Order Authorizing Examinations of Debtors' Lenders and Managing Entities Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 (Filed 7/19/10) [Docket No. 358].

D.  **Steel Partners II, L.P.'s Omnibus Response and Objection to: (1) The Motion of the Official Committee of Unsecured Creditors for an Order Authorizing Examinations of Debtors' Lenders and Managing Entities Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1, and (2) The Motion of the Official Committee of Unsecured Creditors for Entry of an Order Enlarging the Shortened Deadline of the Committee's Investigation Granted Under the Final DIP Financing Order Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9006(B)(1) (Filed 7/19/10) [Docket No. 363].**

Status:  This matter will be going forward.

2

2.  Motion of the Official Committee of Unsecured Creditors for Entry of an Order Enlarging the Shortened Deadline of the Committee's Investigation Granted Under the Final DIP Financing Order Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9006(B)(1) (Filed 7/8/10) [Docket No. 304].

    Related Document(s):

    A.  Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice Relating to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Enlarging the Shortened Deadline of the Committee's Investigation Granted Under the Final DIP Financing Order Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9006(B)(1) (Filed 7/8/10) [Docket No. 305].

    B.  Objection of Bank of America, N.A. to (i) Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice Relating to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Enlarging the Shortened Deadline for the Committee's Investigation Granted Under the Final DIP Financing Order Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9006(b)(1) and (ii) Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice Relating to Motion of the Official Committee of Unsecured Creditors for an Order Authorizing Examinations of Debtors' Lenders and Managing Entities Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 (Filed 7/9/10) [Docket No. 306].

    C.  Joinder of E.I. du Pont de Nemours and Company to Objection of Bank of America, N.A. to (i) Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice Relating to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Enlarging the Shortened Deadline for the Committee's Investigation Granted Under the Final DIP Financing Order Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9006(b)(1) and (ii) Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice Relating to Motion of the Official Committee of Unsecured Creditors for an Order Authorizing Examinations of Debtors' Lenders and Managing Entities Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 (Filed 7/9/10) [Docket No. 309].

    D.  Order Shortening Notice of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Enlarging the Shortened Deadline of the Committee's Investigation Granted Under the Final DIP Financing Order Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9006(B)(1) (Entered 7/10/10) [Docket No. 313].

    Objection Deadline: July 19, 2010, at 12:00 p.m.

Response(s):

A. Response of Debtors to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Enlarging the Shortened Deadline of the Committee's Investigation Granted Under the Final DIP Financing Order Pursuant to Bankruptcy Code 105 and Bankruptcy Rule 9006(B)(1) (Filed 7/12/10) [Docket No. 325].

B. Joinder of Ryan Levenson to the Motion of the Official Committee of Unsecured Creditors (I) Authorizing Examinations of the Debtors' Lenders and Managing Entities and (II) Extending the Investigatory Period Under the Final DIP Financing Order (Entered 7/13/10) [Docket No. 333].

C. Bank of America's Objection to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Enlarging the Deadline of the Committee's Investigation Granted Under the Final DIP Financing Order the (Entered 7/13/10) [Docket No. 355].

D. **Steel Partners II, L.P.'s Omnibus Response and Objection to: (1) The Motion of the Official Committee of Unsecured Creditors for an Order Authorizing Examinations of Debtors' Lenders and Managing Entities Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1, and (2) The Motion of the Official Committee of Unsecured Creditors for Entry of an Order Enlarging the Shortened Deadline of the Committee's Investigation Granted Under the Final DIP Financing Order Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9006(B)(1) (Filed 7/19/10) [Docket No. 363].**

Status: This matter will be going forward.

Dated: July 20, 2010

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
jfried@pszjlaw.com
tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession

4