UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                          :
                                                :   Chapter 11
POINT BLANK SOLUTIONS, INC., et al.[1]          :
                                                :   Case No. 10-11255 (PJW)
                                   Debtors.     :
                                                :   Jointly Administered
---------------------------------------------------------------- x

## SECOND SUPPLEMENTAL DECLARATION OF ANDREW I. SILFEN IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO APRIL 26, 2010

Andrew I. Silfen, declares under penalty of perjury that:

1.  I am a partner and chair of the Bankruptcy and Financial Restructuring Group at Arent Fox LLP ("Arent Fox"), a law firm which employs approximately 330 attorneys and maintains an office for the practice of law at 1675 Broadway, New York, NY 10019 as well as offices in Washington, DC and Los Angeles, CA.

2.  This declaration (the "Second Supplemental Declaration") is submitted to supplement the Declaration of Andrew I. Silfen submitted on May 17, 2010 and the first Supplemental Declaration filed on June 16, 2010, in support of the Application (the "Retention Application") of the Official Committee of Unsecured Creditors (the "Committee") Point Blank Solutions, Inc. ("Point Blank"), and certain direct or indirect subsidiaries, as debtors and debtors-in-possession (collectively, the "Debtors") to employ and retain Arent Fox as counsel to the Committee *nunc pro tunc* to April 26, 2010.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc., (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37557; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

NYC/493877.2

3. On January 28, 2010, Arent Fox was retained to represent the Official Committee of Unsecured Creditors of PPOA Holding, Inc., *et al.*, which is pending in the Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division (Case No. 10-10711-JKO). PPOA Holding, Inc. ("PPOA"), like the above-captioned Debtors, produced bullet resistant apparel and related ballistic accessories. As a result, several of the unsecured creditors in the above-captioned cases are also unsecured creditors in PPOA, including, but not limited to Lincoln Fabrics, Inc. (a member of the Point Blank Committee) and JPS Composite Materials.

4. On February 22, 2010, PPOA sold substantially all of its assets to Protective Products Enterprises, Inc., an affiliate of Sun Capital Partners Group V, Inc. PPOA sold substantially all of its assets prior to the commencement of the current bankruptcy proceeding and the formation of the present Committee. Arent Fox does not believe that this connection constitutes a conflict.

5. In December 2007, Peter J. Fitzpatrick joined Arent Fox as a partner in Arent Fox's corporate business practice group. Prior to joining Arent Fox, Mr. Fitzpatrick was a partner in the corporate and securities practice group at Bryan Cave LLP ("Bryan Cave"). While Mr. Fitzpatrick was at Bryan Cave he was asked to review certain public filings of Point Blank and provide legal input with regard to these filings. Mr. Fitzpatrick's corporate and securities advice to Point Blank ended when he joined Arent Fox in 2007. Arent Fox does not believe that Mr. Fitzpatrick's review of Point Blank's public filings in 2007 constitutes a conflict.

6. Arent Fox will continue to research potential conflicts with respect to its representation of the Committee in these cases and reserves the right to supplement its disclosures as necessary in order to disclose any conflicts or connections as appropriate.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21 day of July 2010, at New York, New York.

_____
Andrew I. Silfen