IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., *et al.*,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | |
| Debtors. | ) | **Related Docket No. _____** |

## ORDER GRANTING EMERGENCY MOTION OF DEBTORS FOR APPROVAL OF AMENDMENT TO DIP CREDIT AGREEMENT

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), by and through their undersigned counsel, seeking approval on an emergency basis of a waiver and amendment to the DIP Credit Agreement in connection with the Debtors' request for a waiver by the DIP Lender of certain past events of default, arising from certain variances to the Debtors' approved budget, that have occurred under the DIP Credit Agreement; and the Court having jurisdiction to consider the Motion and the relief requested therein in pursuant to 28 U.S.C. § 1334; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtors, their creditors and all other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is hereby

ORDERED that the Motion is granted; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

70934-001\DOCS_DE:162000.1

ORDERED that the terms and conditions of the DIP Amendment, attached to the Motion as Exhibit A, are hereby approved on a final basis, and the Debtors are hereby authorized to enter into the DIP Amendment; and it is further

ORDER that the *Final Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364, Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules 2002-1 and 4001-2; (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness With Priority Over All Other Secured Indebtedness and With Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral and Providing Adequate Protection, and (4) Modifying the Automatic Stay* [Docket No. 120] (the "Final DIP Order"), including the findings of fact, stipulations and orders contained therein, is hereby incorporated into this Order by this reference, remains in full force and effect, and is unaltered except as otherwise set forth in the DIP Amendment; and it is further

ORDERED that the provisions of this Order shall be binding upon and inure to the benefit of the DIP Lender, the Debtors, and their respective successors and assigns, including any trustee or other fiduciary hereafter appointed in the above-captioned chapter 11 cases or any chapter 7 cases as a legal representative of the Debtors or the Debtors' estates; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August ___, 2010

                                                  The Honorable Peter J. Walsh
                                                  United States Bankruptcy Judge