IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| POINT BLANK SOLUTIONS INC., et al.[1] ) | Case No. 10-11255 (PJW) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Related to Docket No. 382** |

**MOTION FOR EXPEDITED HEARING AND SHORTENED NOTICE
REGARDING EMERGENCY MOTION OF DEBTORS FOR
APPROVAL OF AMENDMENT TO DIP CREDIT AGREEMENT**

The above-captioned debtors and debtors-in-possession (the "Debtors"), by and through their undersigned counsel, hereby move this Court (the "Motion to Shorten"), pursuant to Local Rule 9006-1(e), for an order shortening the notice period on the *Emergency Motion of Debtors for Approval of Amendment to DIP Credit Agreement* (the "DIP Amendment Motion") filed contemporaneously herewith[2] such that (i) an expedited hearing with respect to the DIP Amendment Motion may be held at the next omnibus hearing scheduled in these case on August 3, 2010 (the "Hearing"), and (ii) objections to the DIP Amendment Motion, if any, be filed on or before July 29, 2010 at 4:00 p.m. In support of this Motion to Shorten, the Debtors respectfully state as follows:

1. On April 14, 2010 (the "Petition Date"), the Debtors commenced these cases by filing a voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the DIP Amendment Motion.

2. On May 12, 2010, the Court entered its *Final Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364, Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules 2002-1 and 4001-2; (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness With Priority Over All Other Secured Indebtedness and With Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral and Providing Adequate Protection, and (4) Modifying the Automatic Stay* [Docket No. 120] ("Final DIP Order").

3. Pursuant to ¶ 19(h) of the Final DIP Order, the Debtors and the DIP Lender are authorized to implement, in accordance with the terms of the DIP Financing Agreements, any non-material modifications or amendments to such agreements without approval of the Court but upon notice to the Creditors' Committee and the Office of the United States Trustee. In addition, the Debtors and the DIP Lender may enter into material modifications or amendments to the DIP Financing Agreements with Court approval, provided that ten (10) days prior notice of the material change(s) has been given to the Creditors' Committee and the Office of the United States Trustee. The DIP Amendment was previously provided to counsel to the Creditors' Committee on July 20, 2010.

4. Sufficient need exists to shorten notice to consider the relief requested in the DIP Amendment Motion at the next scheduled omnibus hearing in these cases. As set forth in greater detail in the DIP Amendment Motion itself, the DIP Lender has agreed to waive certain events of the default under the DIP Credit Agreement. In addition, the parties have agreed to amend the DIP Credit Agreement to implement an orderly sale or reorganization

process on the timetable set forth in the DIP Amendment. Absent approval of the DIP Amendment, the Debtors will be in default under the DIP Credit Agreement and the DIP Lender would be permitted to exercise its remedies under the conditions specified therein.

5. The need for shortened notice and expedited hearing is expressly required by the terms of the Final DIP Order and DIP Amendment. As stated previously, the Final DIP Order contemplates only a ten-day notice period as to the United States Trustee and the Creditors' Committee for any material modifications. Paragraph 5(c) of the DIP Amendment requires entry of an order approving the DIP Amendment within fifteen (15) days of the filing of the DIP Amendment Motion.

6. Thus, the Debtors seek an order from this Court scheduling a hearing on the DIP Amendment Motion at the next omnibus hearing in these cases on August 3, 2010 at 1:30 p.m. prevailing Eastern Time – a date that provides at least ten (10) days' notice of the DIP Amendment and allows for entry of an order prior to the 15-day deadline provided by the DIP Amendment. The Debtors further seek that any objections or other responses to the DIP Amendment Motion be made on or before July 29, 2010 at 4:00 p.m. prevailing Eastern Time.

7. The Debtors do not believe an expedited hearing on the DIP Amendment Motion will prejudice any party in interest in this case.

8. Notice of the DIP Amendment Motion and this Motion to Shorten has been served by overnight delivery, hand delivery, email or facsimile on the following parties or, in lieu thereof, to their counsel, if known: (i) the Office of the United States Trustee, (ii) counsel for the DIP Lender, (iii) counsel for the Creditors' Committee, (iv) counsel for the Pre-Petition

Agent (*i.e.,* Bank of America), (v) counsel for DuPont and (vi) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (collectively, the "Notice Parties"). The Debtors will also serve any order entered on this Motion to Shorten on the Notice Parties by overnight delivery, hand delivery, email or facsimile within one (1) business day after the entry of such order.

WHEREFORE, the Debtors respectfully request the entry of an Order scheduling an expedited hearing on the DIP Amendment Motion as set forth herein.

Dated: July 22, 2010

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       tcairns@pszjlaw.com

Counsel for the Debtors and Debtors in Possession