IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | **Related Docket No. ____** |

## ORDER GRANTING EXPEDITED HEARING AND SHORTENED NOTICE ON EMERGENCY MOTION OF DEBTORS FOR APPROVAL OF AMENDMENT TO DIP CREDIT AGREEMENT

Upon the motion (the "Motion to Shorten") of the above-captioned debtors and debtors in possession (the "Debtors"), pursuant to Local Rule 9006-1(e), for an order shortening the notice period and scheduling an expedited hearing on the *Emergency Motion of Debtors for Approval of Amendment to DIP Credit Agreement* (the "DIP Amendment Motion") and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 158(a); and it appearing that the relief requested by the Motion to Shorten is in the best interests of the Debtors' estate, its creditors and other parties in interest; and after due deliberation and for good cause appearing for the Motion to Shorten, it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

ORDERED that the hearing on the DIP Amendment Motion is scheduled for August 3, 2010, at 1:30 p.m. prevailing Eastern Time and it is further

ORDERED the deadline to object or respond to the DIP Amendment Motion is set for July 29, 2010 at 4:00 p.m. prevailing Eastern time; and it is further

ORDERED that counsel for the Debtors shall, within one (1) business day after entry of this Order, serve a copy of this Order and notice of the hearing on parties originally served with the DIP Amendment Motion in the manner described in the Motion to Shorten.

Dated: July ____, 2010

> _____
> The Honorable Peter J. Walsh
> United States Bankruptcy Judge