IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., et al.[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 22nd day of July 2010, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

*Motion for Expedited Hearing and Shortened Notice Emergency Motion of Debtors for Approval of Amendment to DIP Credit Agreement*

/s/ Timothy P. Cairns
_____
Timothy P. Cairns (DE Bar No. 4228)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

**Point Blank Solutions UCC Lienholders Overnight Service List**
Case No. 10-11255 (PJW)
Document No. 159164
01 – Hand Delivery
01 – Express Mail
03 – Overnight Delivery


**Hand Delivery**
E.I. DuPont de Nemours and Company
c/o Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

**Express Mail Delivery**
Great American Leasing Corporation
P.O. Box 609
Cedar Rapids, IA 52406-0609

**Overnight Delivery**
La Salle Business Credit, LLC
565 Fifth Avenue, 27th Floor
New York, NY 10017

**Overnight Delivery**
La Salle Business Credit, LLC as Agent
135 S. LaSalle Street
Chicago, IL 60603

**Overnight Delivery**
CIT Communications Finance Corporation
1 Cit Drive
Livingston, NJ 07039

**Point Blank Solutions, Inc. 2002**
**Overnight Service**
Case No. 10-11255 (PJW)
Document No. 158981
01 – Inter office
08 – Hand Delivery
04 - Express Mail
21 – Overnight Delivery
01 – Electronic Mail Delivery

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Interoffice Delivery (SF Office)**
Pachulski Stang Ziehl & Jones LLP
David M. Bertenthal, Esquire
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Hand Delivery**
(United States Trustee)
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Steel Partners)
Steven M. Yoder, Esquire
Potter, Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19899

**Hand Delivery**
(Counsel for DuPont)
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Bank of America)
Kurt F. Gwynne, Esquire
Kimberly E.D. Lawson, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Committee)
Frederick B. Rosner, Esquire
Brian L. Arban, Esquire
Messana Rosner & Stern LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Ryan Levenson)
Neil B. Glassman, Esquire
Justin R. Alberto, Esquire
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**Hand Delivery**
(Counsel to CIVF-FL2W01)
Carl N. Kunz, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**Express Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**Express Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**Express Mail**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

**Express Mail**
Laura L. McCloud
Tennessee Dept of Revenue
c/o TN Atty General Office
Bankruptcy Division
P. O. Box 20207
Nashville, TN 37202-0207

**Overnight Delivery**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**Overnight Delivery**
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

**Overnight Delivery**
George S. Canellos
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**Overnight Delivery**
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**Overnight Delivery**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**Overnight Delivery**
(Counsel to Committee)
Robert M. Hirsh, Esquire
Heike M. Vogel, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019

**Overnight Delivery**
(Counsel to Steel Partners)
Donald E. Rothman
Riemer & Braunstein LLP
3 Center Plaza
Boston, Massachusetts 02108

**Overnight Delivery**
(Counsel to Dupont)
Vincent J. Marriott, III
Ballard Spahr LLP
1735 Market Street, 51st Flr.
Philadelphia, PA 19103

**Overnight Delivery**
(Counsel to Bank of America)
Peter P. Knight, Esquire
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606

**Overnight Delivery**
(Counsel for D. David Cohen)
Aaron R. Cahn, Esquire
Gary D. Sesser, Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005-2072

**Overnight Delivery**
(Counsel for US Dept of Justice)
Matthey J. Troy, Esquire
U.S. Dept of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

**Overnight Delivery**
(Counsel for Duro Textiles, LLC)
Jennifer V. Doran, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

**Overnight Delivery**
(Counsel to Aon Consulting)
Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

**Overnight Delivery**
(Counsel tw telecom inc.)
Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124

**Overnight Delivery**
(Counsel to Iron Mountain Information)
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**Overnight Delivery**
(Counsel to G Squared Consulting)
R. David Sobel, Esquire/
Altfeld & Battaile P.C.
250 North Meyer Avenue
Tucson, AZ 85701

**Overnight Delivery**
(Counsel to Ryan Levenson)
Joseph T. Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

**Overnight Delivery**
(Counsel to Lincoln Fabrics Inc.)
Richard L. Weisz, Esquire)
Hodgson Russ LLP
677 Broadway, Suite 301
Albany, NY 12207

**Overnight Delivery**
(Counsel to David Brooks)
Jerome Gotkin, Esquire
Mintz Levin Cohn Ferris
Glovsky and Popeo, PC
666 Third Avenue
New York, NY 10017

**Overnight Delivery**
(Counsel to Oracle)
Shawn M. Christianson, Esquire
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

**Overnight Delivery**
(Creditor)
Fernando Casamayor, Tax Collector
Miami Dade Bankruptcy Unit
140 West Flagler Street
Suite 1403
Miami, FL 33130-1575

**Via Electronic Delivery**
mdulka@goodwinprocter.com
(Counsel to Former Directors of DHB)
Mary K. Dulka, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018