IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
: 
*In re* : Chapter 11
 : 
POINT BLANK SOLUTIONS INC., *et al.*, : Case No. 10-11255 (PJW)
 : (Jointly Administered)
Debtors.[2] : 
 : Obj. Deadline: August 16, 2010 at 4:00 p.m. (EDT)
---------------------------------------------------x Hearing Date: Only If An Objection Is Filed

## SECOND MONTHLY APPLICATION OF THE ROSNER LAW GROUP LLC, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD JUNE 1, 2010 THROUGH JUNE 30, 2010

| | |
|---|---|
| Name of Applicant: | The Rosner Law Group LLC |
| Authorized to Provide Professional Services to: | The Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to April 26, 2010 |
| Periods for which Compensation and Reimbursement is sought: | June 1, 2010 through June 30, 2010 |
| Amount of Compensation sought as Actual, reasonable and necessary: | $9,482.40 (80% of $11,853.00) |
| Amount of Expense Reimbursement Sought as actual, reasonable and Necessary: | $304.80 (100% of allowed expenses) |

This is a(n): __X__ monthly _____ interim _____ final application

---

[2] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: (i) Point Blank Solutions, Inc. (9361), (ii) Point Blank Body Armor, Inc. (4044); (iii) Protective Apparel Corporation of America (9051); and (iv) PBSS, LLC (8203).

{00004291.}

Prior Applications Filed: First Monthly

| Date Filed | Period Covered | Fees | Expenses |
|---|---|---|---|
| 6/29/2010 | 4/26/10 – 5/31/10 | $8,724.00 | $584.26 |

## COMPENSATION BY TIMEKEEPER

| Name and Initials of Professional Individual | Position, Years in Practice, Prior Relevant Experience, and Bar Admissions | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Frederick B. Rosner (Tmkr 1) | Partner; practicing 23 years, member of Delaware (2000) and New York (1987) bars | $450.00 | 1.3 | $585.00 |
| Scott J. Leonhardt (Tmkr 4) | Associate; practicing for 4 years; member of the Delaware bar (2006) | $350.00 | 5.7 | $1,995.00 |
| Brian L. Arban (Tmkr 5) | Associate practicing for 6 years; member of the Delaware bar (2004) | $300.00 | 25.7 | $7,710.00 |
| Brian L. Arban (Tmkr 5) | Associate practicing for 6 years; member of the Delaware bar (2004) | $210.00 (reduced rate) | 4.3 | $903.00 |
| Fred Sassler (Tmkr 2) | Paralegal | $150.00 | 4.4 | $660.00 |

**Total:** $11,853.00
**Total Hours:** 41.4
**Blended Rate:** $286.30

## COMPENSATION BY PROJECT CATEGORY

| Description | Task Code | Total Hours | Total Fees |
|---|---|---|---|
| Case Administration | BB100 | 1.5 | $375.00 |
| Creditor Inquiries | BB101 | 0.2 | $60.00 |
| Meetings | BB102 | 0.1 | $30.00 |
| Automatic Stay/Adequate Protection | BB104 | 1.2 | $405.00 |
| Plan of Reorganization/Disclosure Statement | BB105 | 5.9 | $1,770.00 |
| Use, Sale, Lease of Assets | BB106 | 1.9 | $570.00 |
| Court Hearings | BB109 | 11.2 | $3,250.00 |
| Litigation/Adversary Proceedings | BB115 | 0.4 | $180.00 |
| MRS Retention | BB116 | 0.4 | $111.00 |
| Retention of Others | BB117 | 5.8 | $1,523.00 |
| MRS Fee Applications | BB118 | 7.2 | $2,205.00 |
| Fee Applications of Others | BB119 | 5.6 | $1,374.00 |
| **TOTAL:** | | **41.4** | **$11,853.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Outside Printing & Duplicating ($.10/page) | | $211.00 |
| Postage | | $17.52 |
| Messengers | | $5.00 |
| Online research | PACER | $71.28 |
| **TOTAL:** | | **$304.80** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------x
: 
*In re* : Chapter 11
:
POINT BLANK SOLUTIONS INC., *et al.*, : Case No. 10-11255 (PJW)
: (Jointly Administered)
Debtors.[3] :
: Obj. Deadline: August 16, 2010 at 4:00 p.m. (EDT)
-----------------------------------------------------x Hearing Date: Only If An Objection Is Filed

**SECOND MONTHLY APPLICATION OF THE ROSNER LAW GROUP LLC, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD JUNE 1, 2010 THROUGH JUNE 30, 2010**

The Rosner Law Group ("RLG" or "Applicant"), as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned cases, hereby submits its application (the "Application") to the Court, for the period June 1, 2010 through June 30, 2010, pursuant to 11 U.S.C. § 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and this Court's *Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code* [Dkt. No. 114] (the "Administrative Order").

By this Application, Applicant seeks a monthly interim allowance of compensation for legal services rendered in the amount of $9,482.40 (80% of $11,853.00) and reimbursement of RLG's actual and necessary expenses in the amount of $304.80 (100% of the allowed expenses) for a total allowance of $9,787.20 for the period June 1, 2010 through June 30, 2010 (the

---

[3] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: (i) Point Blank Solutions, Inc. (9361), (ii) Point Blank Body Armor, Inc. (4044); (iii) Protective Apparel Corporation of America (9051); and (iv) PBSS, LLC (8203).

"Interim Fee Period"). In support of this Application, the Applicant respectfully represents as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicate for relief is § 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

### Background

2. The Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases") on April 14, 2010 (the "Petition Date"). The Debtors remain in possession of their assets and continue to manage their affairs as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108. These Chapter 11 Cases are being jointly administered for procedural purposes only and no trustee or examiner has been appointed.

3. The Official Committee of Unsecured Creditors was appointed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") by notice dated April 26, 2010 [D.I. 71]. At the conclusion of the Committee formation meeting held April 26, 2010, the Committee selected Arent Fox LLP ("Arent Fox") and RLG as its co-counsel in these Chapter 11 Cases.

4. On May 17, 2010, RLG filed its *Application of the Official Committee of Unsecured Creditors to Authorize the Retention and Employment of The Rosner Law Group LLC as Co-Counsel to Creditor's Committee Nunc Pro Tunc* [Dkt. No. 165] (the "RLG Retention Application"). On June 10, 2010, the Court entered the *Order Authorizing The Retention And*

*Employment Of The Rosner Law Group LLC, As Co-Counsel To Committee, Nunc Pro Tunc To April 26, 2010* [Dkt. No. 238].

5.  By Order dated May 12, 2010, [Dkt. No. 114] (the "Administrative Order") the Court authorized certain professionals (each a "Professional" and, collectively, the "Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty (20) days after service of the monthly fee application, the Debtors are authorized to pay the Professionals eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.

### RLG'S' Application for Compensation And for Reimbursement of Expenses

**A.  Compensation Paid and Its Source**

6.  All services for which RLG requests compensation were performed for or on behalf of the Committee.

7.  RLG has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RLG and any other person for the sharing of compensation to be received for services rendered in these cases.

8.  RLG has not received a retainer in connection with the legal services to be rendered on behalf of the Committee.

### B. Fee Statements

9. The fee statement for the Interim Fee Period is attached hereto as **Exhibit A**. This statement contains daily time logs describing the time spent by each attorney and paraprofessional during the Interim Fee Period. To the best of RLG's knowledge, this Application complies with section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Administrative Order. RLG charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

### C. Actual and Necessary Expenses

10. A summary of actual and necessary expenses incurred by RLG for the Interim Fee Period associated with this Application is attached hereto as **Exhibit B**. RLG charges $0.10 per page for photocopying expenses. RLG records the number of copies made when a person makes copies for its clients.

11. RLG charges $1.00 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects the actual costs incurred by RLG for faxing.

12. With respect to providers of on-line legal research services (e.g., WESTLAW), RLG charges the standard usage rates these providers charge for computerized legal research. RLG bills its clients the actual amount charged by such services, with no premium. Any volume discount received by RLG is passed on to the client.

13. RLG believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.

D.  **Summary of Services Rendered**

14. The names of the partners and associates of RLG who have rendered professional services in these cases during the Interim Fee Period associated with this Application, and the paraprofessional of RLG who provided services to these attorneys during this period, are set forth in the attached **Exhibit A**.

15. RLG, by and through such persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail below.

E.  **Summary of Services by Project**

16. The services rendered by RLG during the Interim Fee Period associated with this Application can be grouped into the categories set forth below. RLG attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A**. **Exhibit A** identifies the attorneys and paraprofessional who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

    (a)    **Case Administration (BB100)**

    Fees: $300.00; Total Hours: 1.5

This category includes: (1) communicating with co-counsel regarding the status of depositions and other filings; (2) reviewing presentation materials prepared by the Debtors; and (3) effectuating service with objections filed by the Committee.

(b) **Creditor Inquiries (BB101)**

Fees: $60.00; Total Hours: 0.2

This category includes conferring with an unsecured creditor.

(c) **Meetings (BB102)**

Fees: $30.00; Total Hours: 0.1

This category includes reviewing correspondence in relation to an upcoming Committee meeting.

(d) **Automatic Stay/Adequate Protection**

Fees: $405.00; Total Hours: 1.2

This category includes reviewing, revising and filing the Committee's response to a stay relief motion.

(e) **Use, Sale, or Lease of Assets (BB106)**

Fees: $570.00; Total Hours: 1.9

This category includes reviewing memorandum from the Committee's financial advisor and other communications regarding appointment of an equity committee and the Debtor's KEIP motion.

(f) **Court Hearings (BB109)**

Fees: $3,250.00; Total Hours: 11.2

This category includes, among other items: (1) preparing binders for court hearings; (2) communicating with co-counsel regarding scheduling issues related to court hearings; and (3) preparation and attendance at court hearings.

(g) **Litigation/Adversary Proceedings**

Fees: $180.00; Total Hours: 0.4

This category includes reviewing correspondence from co-counsel regarding seeking emergency relief on a legal issue.

(h) **RLG Retention (BB116)**

Fees: $111.00; Total Hours: 0.4

This category includes tasks related to drafting and filing the Certificate of No Objection for RLG's retention in this case.

(i) **Retention of Others (BB117)**

Fees: $1,523.00; Total Hours: 5.8

This category includes tasks related to drafting Certificates of No Objection for the retention of co-counsel and other professionals on behalf of the Committee and matters related to the objection to the retention of other professionals.

(j) **MRS Fee Applications (BB118)**

Fees: $2,205.00; Total Hours: 7.2

This category includes drafting, filing and serving RLG's First Monthly Fee Application.

(k) **Fee Applications of Others (BB119)**

Fees: $1,374.00; Total Hours: 5.6

This category includes tasks related to the revising, docketing and serving of fee applications for Committee co-counsel and other Committee professionals.

17. Attorneys and paraprofessionals of RLG expended a total of 41.4 hours in connection with their representation of the Debtors in connection with this Application, as follows:

| Name and Initials of Professional Individual | Position, Years in Practice, Prior Relevant Experience, and Bar Admissions | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Frederick B. Rosner (Tmkr 1) | Partner; practicing 23 years, member of Delaware (2000) and New York (1987) bars | $450.00 | 1.3 | $585.00 |
| Scott J. Leonhardt (Tmkr 4) | Associate; practicing for 4 years; member of the Delaware bar (2006) | $350.00 | 5.7 | $1,995.00 |
| Brian L. Arban (Tmkr 5) | Associate practicing for 6 years; member of the Delaware bar (2004) | $300.00 | 25.7 | $7,710.00 |
| Brian L. Arban (Tmkr 5) | Associate practicing for 6 years; member of the Delaware bar (2004) | $210.00 (reduced rate) | 4.3 | $903.00 |
| Fred Sassler (Tmkr 2) | Paralegal | $150.00 | 4.4 | $660.00 |

**Total:** $11,853.00
**Total Hours:** 41.4
**Blended Rate:** $286.30

18. The nature of the work performed by these persons is fully set forth in **Exhibit A** attached hereto. These are RLG's normal hourly rates for work of this character. The reasonable value of the services rendered by RLG for the Debtors associated with this Application for the Interim Fee Period is $11,853.00.

19. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by the Applicant is fair and reasonable

given: (a) the time expended, (b) the nature and extent of the services rendered, (c) the value of such services, and (d) the costs of comparable services other than in a case under this title. Moreover, the Applicant has reviewed the requirements of Local Rule 2016-2 and the Administrative Order and believes that this Application complies with the Local Rule.

**WHEREFORE**, RLG respectfully requests that the Court authorize for the period June 1, 2010 through June 30, 2010, an interim allowance be made to RLG pursuant to the terms of the Administrative Order, in the amount of $9,482.40 (80% of $11,853.00) and reimbursement of RLG's actual and necessary expenses in the amount of $304.80 (100% of the allowed expenses) for a total allowance of $9,787.20 for the period June 1, 2010 through June 30, 2010, and that such sums be authorized for payment, and for such other and further relief as this Court may deem just and proper.

Dated: July 27, 2010
      Wilmington, Delaware

**MESSANA ROSNER & STERN LLP**

*/s/Brian L. Arban*
Frederick B. Rosner (No. 3995)
Scott J. Leonhardt (No. 4885)
Brian L. Arban (No. 4511)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: 302.295.5040
Email: barban@mrs-law.com

*Co-Counsel for the Official Committee of Unsecured Creditors*