UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 10-11255 (PJW) |
| Point Blank Solutions, Inc., *et al.* | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF EQUITY |
| Debtors | | SECURITY HOLDERS |

-----------------------------------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Equity Security Holders in connection with the above captioned case:

1. **Privet Fund Management LLC**, Attn: Ryan Levenson, 50 Old Ivy Road, Suite 230, Atlanta, GA 30324, Phone: 404-419-2677

2. **Prescott Group Capital Management**, Attn: Eric Green, 1924 S. Utica Avenue, Suite 1120, Tulsa, OK 74104, Phone: 918-747-3412, Fax: 918-742-7303

3. **Bharat Capital, LLC**, Attn: Sanjay Nayar, 307 E. 44th Street, Suite 212, New York, NY 10017, Phone: 917-596-8492

4. **Tiburon Capital Management LLC**, Attn: Peter Lupoff, 527 Madison Ave., 6th Floor, New York, NY 10022, Phone: 646-840-4925, Fax: 646-840-4924

5. **Brian Cohen**

6. **Daniel Khaykis**

7. **Chong H. Sin**

ROBERTA A. DeANGELIS
United States Trustee, Region 3

 /s/ Jane M. Leamy, for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: July 27, 2010

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Laura Davis Jones, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400