N THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., *et al.* | ) | |
| | ) | Case No. 10-11255 (PJW) |
| | ) | |
| Debtor. | ) | Jointly Administered |

**Objection Deadline: September 6, 2010 at 4:00 p.m.**
**Hearing Date: TBD**

### FIRST INTERIM FEE APPLICATION OF PILLSBURY WINTHROP SHAW PITTMAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF POINT BLANK SOLUTIONS, INC. FOR THE PERIOD FROM APRIL 14, 2010 THROUGH JUNE 30, 2010

| | |
|---|---|
| Name of Applicant: | Pillsbury Winthrop Shaw Pittman LLP |
| Authorized to Provide Professional Services to: | Special Committee of the Board of Directors |
| Date of Retention: | *Nunc Pro Tunc* to April 14, 2010 by Order dated July 21, 2010 |
| Period for which compensation and reimbursement is sought: | April 14, 2010 through June 30, 2010[1] |
| Total amount of compensation sought as actual, reasonable and necessary: | $23,317.00 |
| Total amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

---

[1] The Applicant reserves the right to include any time expended or expenses incurred in the time period indicated above in future application if it is not included herein.

| | |
|---|---|
| Total amount of compensation authorized for payment under the Administrative Order [Docket No. 123] as actual, reasonable and necessary: | $18,653.60 |
| Total amount of expenses authorized for reimbursement under the Administrative Order [Docket No. 123] as actual, reasonable and necessary: | $0.00 |
| Total amount of holdback fees for fee period: | $4,663.40 |
| | |

This is a: ___ monthly   _X_ interim   ___ final application

## SUMMARY OF PRIOR FEE APPLICATIONS FILED FOR COMPENSATION PERIOD

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Pending Fee Payments (80%) | Expense Payments Approved (100%) |
|---|---|---|---|---|---|
| August 4, 2010 (ECF # 438) | 4/14/2010-4/30/2010 | $8,948.00 | $0.00 | $7,158.40 | $0.00 |
| August 4, 2010 (ECF # 439) | 5/1/2010-5/31/2010 | $10,278.50 | $0.00 | $8,222.80 | $0.00 |
| August 4, 2010 (ECF # 440) | 6/1/2010-6/30/2010 | $4,090.50 | $0.00 | $3,272.40 | $0.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise[2] | Current Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nathaniel M. Cartmell III | Partner since 1987; Joined firm in 1981; Admitted in VA (1978), DC (1980), CA (1983) | $965.00 | 9.40 | $9,071.00 |
| Richard L. Epling | Partner since 1992; Joined firm in 1992; Admitted in IL (1977), AZ (1981), NY (1988) | $990.00 | 4.40 | $4,356.00 |
| Kent P. Woods | Associate since 2008; Joined Firm in 2008; Admitted in NY (2009) | $460.00 | 21.50 | $9,890.00 |

Grand Total: **$23,317.00**
Total Hours: 35.30

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Special Committee Processes | 18.60 | $11,464.50 |
| Retention of Professionals | 16.70 | $11,852.50 |
| Total | 35.30 | 23,317.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| NONE | | $0.00 |

---

[2] Dates provided herein include professional's employment at legacy firms. Further information concerning each professional's relevant experience is available upon request.

[3] Pillsbury may use one or more service providers. The service providers identified herein are the primary service provider(s) for the categories described.

3
500600692v1

N THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., *et al.* | ) | |
| | ) | Case No. 10-11255 (PJW) |
| | ) | |
| Debtor. | ) | Jointly Administered |

**Objection Deadline: September 6, 2010 at 4:00 p.m.**
**Hearing Date: TBD**

# FIRST INTERIM FEE APPLICATION OF PILLSBURY WINTHROP SHAW PITTMAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF POINT BLANK SOLUTIONS, INC. FOR THE PERIOD FROM APRIL 14, 2010 THROUGH JUNE 30, 2010

In accordance with the Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code dated May 12, 2010 (the "**Interim Compensation Order**"), Pillsbury Winthrop Shaw Winthrop LLP ("**Applicant**" or "**Pillsbury**"), hereby submits its First Interim Fee Application (the "**Application**") as counsel to the Special Committee (the "**Special Committee**") of the Board of Directors of Point blank Solutions, Inc. (together with its affiliated co-debtors, the "**Debtors**") in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**") for the time period from April 14, 2010 through June 30, 2010 (the "**Compensation Period**").

By this Application, Pillsbury seeks a quarterly interim allowance of compensation in the amount of $23,317.00 and actual and necessary expenses in the amount of $0.00 for a total allowance of $23,317.00 and payment of the portion of such allowed fees and costs held back in

the amount of $4,663.40, to the extent the Court deems proper. In support of this Application, Pillsbury respectfully states the following:

## Jurisdiction and Venue

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

2. The statutory predicates for the relief sought by this Application are Bankruptcy Code §§ 331 and 105(a).

## Background

3. On April 14, 2010 (the "**Petition Date**") the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors continue to operate their businesses as debtors-in-possession pursuant to Section 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

4. On July 21, 2010, the Court approved the retention of Pillsbury as special counsel to the Special Committee *nunc pro tunc* to the Petition Date (ECF No. 381).

5. On May 12, 2010, the Court entered the Interim Compensation Order, which established the procedures for interim compensation and reimbursement of expenses for professionals in the Chapter 11 Cases. Pursuant to the procedures set forth in the Interim Compensation Order, professionals may request monthly compensation and reimbursement, and interested parties may object to such request. If no interested party objects to a professional's request within twenty (20) days, the applicable professional may submit to the Court a certificate of no objection authorizing the interim compensation and reimbursement of eighty percent (80%)

of fees requested and one hundred percent (100%) of the expenses requested, subject to the filing and approval of interim and final fee applications of the professional.

6. Pillsbury makes this Application pursuant to the following: (a) sections 330(a) and 331 of the Bankruptcy Code, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) the Interim Compensation Order, (d) the applicable provisions of the Guidelines for Applications for Compensation and Reimbursement of Expenses of Professionals adopted by the Office of the United States Trustee, and (e) the local rules of this Court.

7. All the services for which compensation is requested hereunder were rendered at the request of, and solely on behalf of, the Debtor, and not on behalf of any other entity.

8. On August 4, 2010, Pillsbury filed its first monthly fee application (the "**First Monthly Fee Application**") (ECF # 438) for the time period of April 14, 2010 through April 30, 2010, in the amount of $7,158.40 in fees (representing 80% of total fees of $8,948.00) and expenses in the amount of $0.00 for a total amount of $7,158.40.

9. On August 4, 2010, Pillsbury filed its second monthly fee application (the "**Second Monthly Fee Application**") (ECF # 439) for the time period of May 1, 2010 through May 31, 2010, in the amount of $8,222.80 in fees (representing 80% of the total fees of $10,278.50), and expenses in the amount of $0.00 for a total amount of $8,222.80.

10. On August 5, 2010, Pillsbury filed its third monthly fee application (the "**Third Monthly Fee Application**") (ECF # 440) for the time period of June 1, 2010 through June 30, 2010, in the amount of $3,272.40 in fees (representing 80% of the total fees of $4,090.50), and expenses in the amount of $0.00 for a total amount of $3,272.40.

11. Pillsbury represents that in conjunction with this matter, between April 14, 2010 and June 30, 2010, it rendered legal services as described in each of its monthly fee applications

500600692v1

for April, May, and June 2010, which have been filed with the Court and are incorporated herein by reference.

12. Pillsbury further represents that according to its invoices itemizing all services performed by its members and associates for the period of April 14, 2010 through June 30, 2010, it devoted 35.30 hours to this matter, having a value of $23,317.00 at its normal billing rates. Invoices for each monthly period were attached to each monthly fee application previously filed and served in these cases. Although additional copies are not being annexed hereto, copies of fee invoices will be made available to any party upon request to Pillsbury.

13. Pillsbury further represents that during the time period of April 14, 2010 through June 30, 2010, it incurred out-of-pocket expenses in the aggregate amount of $0.00. Invoices for each monthly period set forth an itemization of the out-of-pocket expenses, and were attached as to each monthly fee application previously filed and served in these cases. Although additional copies are not being annexed hereto, copies of expense invoices will be made available to any party upon request to Pillsbury.

14. Pursuant to the terms of the Administrative Order in this case, all professional firms are permitted to file Applications for Allowance on a monthly basis. Pursuant to the Administrative Order, applicants are entitled to payment of 80% of the fees incurred during the monthly fee period and 100% of their disbursements and a 20% holdback is imposed until the applicant files a quarterly interim fee application. Accordingly, a holdback in the amount of $4,663.40 has been imposed with respect to fees requested by the Applicant between April 14, 2010 and June 30, 2010. Pillsbury respectfully requests payment of the 20% holdback in the amount of $4,663.40 to the extent this Court deems appropriate.

WHEREFORE, Pillsbury respectfully requests (a) approval of its compensation for professional services rendered for, and on behalf of, the Debtors during the Compensation Period in the amount of $23,317.00; (b) reimbursement of actual, reasonable and necessary out-of-pocket expenses incurred during the Compensation Period in the amount of $0.00; and (c) authorization for the Debtor to pay to Pillsbury the 20% holdback in the aggregate amount of $4,663.40.

Dated: Wilmington, Delaware
August 6, 2010

        PILLSBURY WINTHROP SHAW PITTMAN LLP

        BY: */s/ Richard L. Epling*

        Richard L. Epling (*admitted pro hac vice*)
        1540 Broadway
        New York, New York 10036
        Telephone: (212) 858-1000
        Facsimile: (212) 858-1500
        Email: Richard.Epling@pillsburylaw.com

        Counsel for the Special Committee of the Board of Directors of Point Blank Solutions, Inc.