IN THE UNITED STATED BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket Nos. 438, 439, and 440** |
| | ) | |

**Objection Deadline: September 6, 2010 at 4:00 p.m.**
**Hearing Date: To be determined**

## NOTICE OF FILING OF FIRST INTERIM FEE APPLICATION

Pillsbury Winthrop Shaw Pittman LLP (the "Applicant" or "Pillsbury"), counsel to the Special Committee (the "Special Committee") of the Board of Directors of Point Blank Solutions, Inc. (together with its affiliated co-debtors, the "Debtors") in the above-captioned chapter 11 cases, filed and served the *First Interim Fee Application of Pillsbury Winthrop Shaw Pittman LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Special Committee of the Board of Directors for the Period from April 14, 2010 through June 30, 2010* (the "Fee Application"), seeking compensation for the reasonable and necessary services rendered to the Special Committee in the amount of $23,317.00[2]

Objections or responses to the Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on or before **September 6, 2010, at 4:00 p.m. Prevailing Eastern Time.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Reimbursement of expenses is not requested for the period covered by this Fee Application.

70934-001\DOCS_DE:162449.4

The Fee Application is submitted pursuant to the *Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code* entered by this Court on May 12, 2010, [Docket No. 114] (the "Administrative Order").

At the same time, you must also serve a copy of the objections or responses, if any, upon the following: (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esquire, Fax: (302) 652-4400; (ii) counsel to the official committee appointed in these cases: Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Robert M. Hirsh, Esquire, Fax: (212) 484-3990; and Messana Rosner & Stern LLP, 1000 N. West Street, Suite 1200, Wilmington, DE 19801, Attn: Frederick B. Rosner, Esquire, Email: frosner@mrs-law.com; and (iii) the U.S. Trustee: Jane Leamy, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE FEE APPLICATION WILL BE HELD BEFORE THE HONORABLE PETER J. WALSH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM 2, WILMINGTON, DELAWARE 19801 AT A DATE AND TIME TO BE DETERMINED.

*[Remainder of page intentionally left blank]*

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN THE RELIEF REQUESTED IN THE FEE APPLICATION MAY BE APPROVED WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 6, 2010

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Curtis A. Hehn*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Curtis A. Hehn (Bar No. 4264)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
   dbertenthal@pszjlaw.com
   chehn@pszjlaw.com
   jfried@pszjlaw.com
   tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession