IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

POINT BLANK SOLUTIONS, INC., et al.[7]

        Debtors.

---

Chapter 11

Case No. 10-11255 (PJW)

Jointly Administered

**Hearing Date: To Be Determined**
**Objection Deadline: September 7, 2010 @ 4:00 p.m.**

## NOTICE OF FIRST INTERIM FEE APPLICATION

TO:  (I) COUNSEL TO THE DEBTORS; (II) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; AND (III) ALL PARTIES WHO HAVE FILED AND SERVED REQUESTS FOR NOTICE PURSUANT TO BANKRUPTY RULE 2002.

  PLEASE TAKE NOTICE that on August 16, 2010, Arent Fox LLP, co-counsel to the Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors (the "Debtors") filed the attached First Interim Fee Application of Arent Fox LLP, as Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period of April 26, 2010 Through June 30, 2010 (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court"), seeking an allowance of fees in the amount of $394,620.50 and reimbursement of expenses in the amount of $4,402.49.

  PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with this Court's administrative order establishing procedures for interim compensation pursuant to section 331 of the Bankruptcy Code, dated May 12, 2010

---

[7] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. ("PBSI") (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc., (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37557; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

{00004470. }
NYC/501157.1

[Docket No. 114] (the "Compensation Order"), and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705 (Courier 19801), Attn: Laura Davis Jones, counsel to the Debtors; (ii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Lockbox 35, Wilmington, DE 19801, Attn: Jane Leamy, Esq.; and (iii) (a) Arent Fox LLP, 1675 Broadway, New York, New York 10019, Attn: Robert M. Hirsh and Heike M. Vogel, and (b) The Rosner Law Group LLC, 1000 N. West Street, Suite 1200, Wilmington, DE 19801, Attn: Frederick B. Rosner Esq., counsel to the Committee, by no later than September 7, 2010 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Application are timely filed, served and received a hearing on the Application will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the procedures described herein will be considered by the Bankruptcy Court at such hearing.

Dated: August 16, 2010
       Wilmington, Delaware

Respectfully submitted,

   /s/ Brian L. Arban
Frederick B. Rosner (DE #3995)
Brian L. Arban (DE #4511)
THE ROSNER LAW GROUP LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 777-1111

- and -

Robert M. Hirsh
Heike M. Vogel
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(212) 484-3900 (Tel.)
(212) 484-3990 (Fax)

*Co-Counsel for the Official Committee of Unsecured Creditors of Point Blank Solutions, Inc., et al.*