IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                            : Chapter 11
                                                  :
POINT BLANK SOLUTIONS, INC., *et al.*[1]          : Case No. 10-11255 (PJW)
                                                  :
                                      Debtors.    : Jointly Administered
                                                  :
                                                  : Hearing Date: To Be Determined
                                                  : Objection Deadline: September 7, 2010 @ 4:00 p.m.
---------------------------------------------------------------x

## FIRST INTERIM FEE APPLICATION
## OF THE ROSNER LAW GROUP LLC FOR COMPENSATION FOR SERVICES
## RENDERED AND REIMBURSEMENT OF EXPENSES FOR
## THE PERIOD OF APRIL 26, 2010 THROUGH JUNE 30, 2010

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's administrative order establishing procedures for interim compensation pursuant to section 331 of the Bankruptcy Code, dated May 12, 2010 [Docket No. 114] (the "Administrative Order"), The Rosner Law Group ("RLG") hereby files this First Interim Fee Application of The Rosner Law Group LLC for Services Rendered and Reimbursement of Expenses for the Period of April 26, 2010 through June 30, 2010 (the "Interim Application"). In support of this Interim Application, RLG respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. ("PBSI") (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc., (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37557; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

{00004457. }

## INTRODUCTION

1. By this Application, RLG seeks quarterly allowance and approval of $21,466.06 (the "Interim Amount") for fees and expenses for the period of April 26, 2010 through June 30, 2010 (the "First Interim Period"). The Interim Amount consists of (i) 100% of the compensation that RLG earned during the First Interim Period in the amount of $20,577.00, and (ii) 100% of the expenses that RLG incurred in the course of its representation as counsel to the Committee during the First Interim Period in the amount of $889.06.

2. On June 29, 2010, RLG filed its First Monthly Application for the Period April 26, 2010 through May 31, 2010 (the "May Fee Application") for approval of reimbursement compensation in the amount of $8,724.00 for fees and $584.26 with respect to expenses incurred in the first monthly period. Steel Partners II, L.P. filed a limited objection to the May Fee Application.

3. On July 27, 2010, RLG filed its Second Monthly Application for the Period June 1, 2010 through June 30, 2010 (the "June Fee Application") for approval of reimbursement compensation in the amount of $11,853.00 for fees and $304.80 with respect to expenses incurred in the second monthly period. The deadline to object to the June Fee Application is August 16, 2010.

## FACTUAL BACKGROUND

4. On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

5. On June 10, 2010, the Court approved the retention of RLG as counsel to the Committee of Unsecured Creditors (the "Committee") *nunc pro tunc* to April 26, 2010 [Docket No. 238].

## MONTHLY APPLICATIONS COVERED HEREIN

6. RLG has filed and served monthly fee applications for the periods of (i) April 26, 2010 through May 31, 2010 and (ii) June 1, 2010 through June 30, 2010. The following table summarizes the monthly fee applications that RLG filed with respect to the First Interim Period.

| Fee Application Covered Dates, Doc. No., Date Filed | Total Fee Request | Total Expense Request | Certificate of No Objection/ Certification of Counsel Filing Date, Doc. No. | Total Amount of Fees Approved to Date via Certificate of No Objection (80%) | Total Amount of Expenses Approved to Date via Certificate of No Objection (100%) | Amount of Holdback Fees[2] |
|---|---|---|---|---|---|---|
| April 26, 2010 – May 31, 2010 Doc. No. 283 June 29, 2010 | $8,724.00 | $584.26 | Pending | Pending | Pending | $1,744.80 |
| June 1, 2010 – June 30, 2010 Doc. No. 397 July 27, 2010 | $11,853.00 | $304.80 | Pending | Pending | Pending | $2,370.60 |
| **Total:** | **$20,577.00** | **$889.06** | | | | **$4,115.40** |

7. Twenty percent (20%) of such fees are to be withheld on a quarterly basis (the "Holdback Fees"). Beginning with the period ending June 30, 2010, and at three month intervals, each professional must file and serve a quarterly application for such period. *See* Fee Procedures Order at p.3, sub-paragraph d. All fees and costs paid to a professional pursuant to monthly and quarterly fee applications are subject to this Court's approval of the final fee application of such professional.

---

[2] These values represent the anticipated holdback fees approved.

8. <u>The May Fee Application</u>. On June 29, 2010, RLG filed and served its First Monthly Fee Application for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of April 26, 2010 through May 31, 2010 (Docket No. 290) requesting, *inter alia*, allowance of $8,724.00 in fees and reimbursement of $584.26 in expenses. Steel Partners II, L.P. filed a limited objection to the May Fee Application. A true and correct copy of the May Fee Application is attached hereto as <u>Exhibit A</u>.

9. <u>The June Fee Application</u>. On July 27, 2010, RLG filed and served its Second Monthly Fee Application for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of June 1, 2010 through June 30, 2010 (Docket No. 468) requesting, *inter alia*, allowance of $11,853.00 in fees and reimbursement of $304.80 in expenses. The deadline to object to the June Fee Application is August 16, 2010. A true and correct copy of the June Fee Application is attached hereto as <u>Exhibit B</u>.

10. The Monthly Fee Applications covered by this First Interim Application contain detailed daily time logs describing the actual and necessary services provided by RLG during the First Interim Period as well as other detailed information required to be included in its fee applications.

11. By this First Interim Application, RLG requests that the Court approve the First Interim Amount of one-hundred percent (100%) of the fees earned and expenses incurred by RLG during the First Interim Period and evidenced in the Monthly Fee Applications.

12. At all relevant times, RLG has been a disinterested person, as that term is defined at § 101(14) of the Bankruptcy Code, as modified by § 1103(b) of the Bankruptcy Code, and has not represented or held any interest adverse to any interest of the Committee.

13. RLG has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RLG and any other person other than the partners of RLG for the sharing of compensation to be received for services rendered in these cases.

14. All services for which RLG requests compensation were performed at the direction or instruction of the Committee and for or on behalf of the Committee. The professional services and related expenses for which RLG requests quarterly allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of RLG's professional responsibilities as Co-Counsel to the Committee in the Debtors' Chapter 11 cases. RLG's services have been reasonable, necessary and beneficial to the Committee, the Debtors' estates, creditors and other parties in interest, and in furtherance of the administration of these proceedings.

15. In accordance with the factors enumerated at § 330 of the Bankruptcy Code, RLG respectfully submits that the amount requested by RLG as compensation for its services is fair and reasonable.

WHEREFORE, RLG respectfully requests that the Court (i) approve and allow the Interim Amount of $21,466.06 for the First Interim Period, consisting of fees in the sum of $20,577.00, as compensation for necessary professional services rendered and for reimbursement

of actual and necessary costs and expenses in the amount of $889.06 for the First Interim Period;

and (i) for such other and further relief as may be just and proper.

Dated:   Wilmington, Delaware
            August 16, 2010

Co-Counsel for the Official Committee of Unsecured Creditors for Point Blank Solutions, Inc., et al.

By:   /s/ Brian L. Arban
      Frederick B. Rosner (DE #3995)
      Brian L. Arban (DE #4511)
      THE ROSNER LAW GROUP LLC
      1000 N. West Street, Suite 1200
      Wilmington, DE 19801
      Tel: (302) 777-1111
      arban@teamrosner.com