IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: October 5, 2010 at 4:00 p.m.
Hearing Date: October 25, 2010 at 11:00 a.m.

### FIRST QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM APRIL 14, 2010 THROUGH JUNE 30, 2010

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | *Nunc Pro Tunc* to April 14, 2010 by order signed May 12, 2010 |
| Period for which Compensation and Reimbursement is Sought: | April 14, 2010 through June 30, 2010[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $789,198.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 26,845.42 |

This is a:   _ monthly   _x_ interim   _ final application.

The total time expended for fee application preparation is approximately 3.0 hours and the corresponding compensation requested is approximately $1,000.00.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] This Application may include time expended before the time period indicated above that has not been included in any prior application. The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 08/18/10 | 04/14/10 – 04/30/10 | $161,287.75 | $14,364.45 | $129,030.20 | $14,364.45 |
| 08/20/10 | 05/01/10 – 05/31/10 | $375,570.25 | $ 9,134.74 | $300,456.20 | $ 9,134.74 |
| 09/13/10 | 06/01/10 – 06/30/10 | $252,340.50 | $ 3,346.23 | Pending | Pending |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $855.00 | 216.60 | $185,193.00 |
| Alan J. Kornfeld | Partner 1996; Member of CA Bar since 1987 | $795.00<br>$397.50 | 71.30<br>9.00 | $ 56,683.50<br>$   3,577.50 |
| Henry C. Kevane | Partner 1997; Member of CA Bar since 1986 | $775.00<br>$387.50 | 120.60<br>28.00 | $ 63,278.75<br>$ 41,036.25 |
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $750.00 | 200.00 | $150,000.00 |
| David J. Barton | Partner 2000; Member of CA Bar since 1981 | $750.00 | 6.80 | $   5,100.00 |
| Richard J. Gruber | Of Counsel 2008; Member of CA Bar since 1982 | $750.00 | 8.50 | $   6,375.00 |
| Andrew W. Caine | Of Counsel 1989; Member of CA Bar since 1983 | $725.00 | 2.50 | $   1,812.50 |
| Maxim B. Litvak | Partner 2004; Member of TX Bar since 1997; Member of CA Bar since 2001 | $650.00 | 1.00 | $       650.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $625.00 | 2.60 | $   1,625.00 |
| Joshua M. Fried | Partner 2006; Member of CA Bar since 1994; Member of NY Bar since 1999 | $625.00 | 102.70 | $ 64,187.50 |
| Victoria A. Newmark | Of Counsel 2008; Member of CA Bar since 1996 | $625.00 | 28.70 | $ 17,937.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Curtis A. Hehn | Partner 2006; Member of PA and NJ Bars since 1997; Member of DE Bar since 2002 | $550.00 | 144.40 | $ 79,420.00 |
| Gail S. Greenwood | Of Counsel 2009; Member of CA Bar since 1994 | $550.00 | 0.20 | $ 110.00 |
| Timothy P. Cairns | Associate 2007; Member of DE Bar since 2002 | $450.00 | 164.20 | $ 73,890.00 |
| Leslie F. Forrester | Law Library Director 2003 | $260.00 | 4.40 | $ 1,144.00 |
| Patricia J. Jeffries | Paralegal 1999 | $235.00 | 23.00 | $ 5,405.00 |
| Monica Molitor | Paralegal 2009 | $235.00 | 118.20 | $ 27,777.00 |
| Margaret L. Oberholzer | Paralegal 2007 | $220.00 | 0.90 | $ 198.00 |
| Kati L. Suk | Paralegal 2009 | $185.00 | 4.40 | $ 814.00 |
| Dina K. Whaley | Case Management Assistant 2010 | $150.00 | 2.20 | $ 330.00 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $150.00 | 5.00 | $ 750.00 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $140.00 | 12.90 | $ 1,806.00 |
| Andrea R. Paul | Case Management Assistant 2001 | $140.00 | 0.20 | $ 28.00 |
| Karen S. Neil | Case Management Assistant 2003 | $140.00 | 0.50 | $ 70.00 |

        **Grand Total:** $ 789,198.50
        **Total Hours:** 1,278.80
        **Blended Rate:** $ 617.14

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Asset Disposition | 34.10 | $ 26,283.50 |
| Bankruptcy Litigation | 358.60 | $237,030.50 |
| Case Administration | 65.20 | $ 15,811.00 |
| Committee Formation | 38.30 | $ 24,124.00 |
| Claims Admin/Objections | 76.00 | $ 48,498.50 |
| Compensation of Prof./Others | 4.10 | $ 1,807.00 |
| Employee Benefit/Pension | 91.70 | $ 62,144.00 |
| Executory Contracts | 31.00 | $ 16,541.00 |
| Financial Filings | 84.70 | $ 40,928.00 |
| Financing | 121.70 | $ 83,872.00 |
| General Business Advice | 48.80 | $ 36,501.50 |
| General Creditors Committee | 2.80 | $ 1,650.50 |
| Litigation (Non-Bankruptcy) | 85.70 | $ 59,398.50 |
| Meeting of Creditors | 21.10 | $ 14,407.00 |
| Operations | 33.80 | $ 22,311.00 |
| Plan & Disclosure Statement | 3.90 | $ 3,187.50 |
| Retention of Professional | 2.70 | $ 1,395.50 |
| Retention of Prof./Others | 64.40 | $ 32,706.50 |
| Stay Litigation | 73.20 | $ 46,173.50 |
| Travel | 37.00 | $ 14,427.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Air Fare | American Airlines | $3,278.80 |
| Auto Travel Expense | AMS/Pacific Transportation; Eagle Limousine; Taxi; Roadrunner Express | $1,328.80 |
| Working Meals | Public House Restaurant; Chelsea Tavern; Mikimotos Restaurant; The Rodney Grill; Bean Bag Café; Grotto's Pizza | $ 591.33 |
| Conference Call | AT&T Conference Call | $ 308.47 |
| Express Mail | Federal Express | $ 26.04 |
| Filing Fee | USBC | $4,156.00 |
| Fax Transmittal | Outgoing only | $3,946.00 |
| Hotel Expense | Hotel DuPont | $1,600.60 |
| Outside Services | Digital Legal Services | $5,722.92 |
| Reproduction Expense | | $4,333.80 |
| Reproduction/Scan Copy | | $ 640.80 |
| Overtime | P. Broadwater; L. Ellis | $ 212.36 |
| Travel Expense | Petty Cash; Travel Fee; Travel Agency Fee | $ 343.00 |
| Transcript | Writer's Cramp | $ 356.50 |

---

[3] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: October 5, 2010 at 4:00 p.m.**
**Hearing Date: October 25, 2010 at 11:00 a.m.**

# FIRST QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM APRIL 14, 2010 THROUGH JUNE 30, 2010

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code," signed on or about May 12, 2010 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Counsel to the Debtors and Debtors in Possession ("Debtor"), hereby submits its First Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from April 14, 2010 through June 30, 2010 (the "Application").

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

70934-001\DOCS_DE:163358.1

By this Application PSZ&J seeks a quarterly interim allowance of compensation in the amount of $789,198.50 and actual and necessary expenses in the amount of $26,845.42 for a total allowance of $816,043.92 and payment of the unpaid portion of such fees and expenses for the period April 14, 2010 through June 30, 2010 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

## Background

1. On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue in possession of their properties and continue to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. An official committee of unsecured creditors ("Committee") was appointed on April 26, 2010. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about May 12, 2010, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty (20) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending June 30, 2010, at three-month intervals, each of the Professionals shall file and

serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4. The retention of PSZ&J, as Counsel to the Debtors, was approved effective as of the Petition Date by this Court's "Order Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date," signed on or about May 12, 2010 (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

#### Monthly Fee Applications Covered Herein

5. The Monthly Fee Applications for the periods April 14, 2010 through June 30, 2010 of PSZ&J have been filed and served pursuant to the Administrative Order.

6. On August 18, 2010, PSZ&J filed its First Monthly Application of Pachulski Stang Ziehl & Jones LLP for Compensation and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from April 14, 2010 through April 30, 2010 ("First Monthly Fee Application") requesting $161,287.75 in fees and $14,364.45 in expenses. Pursuant to the Administrative Order and the budget approved as part of the financing order, PSZ&J has been paid $105,635.55 of the fees and $14,364.45 of the expenses

requested in the First Monthly Fee Application. A true and correct copy of the First Monthly Fee Application is attached hereto as Exhibit A.

7. On August 20, 2010, PSZ&J filed its Second Monthly Application of Pachulski Stang Ziehl & Jones LLP for Compensation and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from May 1, 2010 through May 31, 2010 ("Second Monthly Fee Application") requesting $375,570.25 in fees and $9,134.74 in expenses. Pursuant to the Administrative Order and the budget approved as part of the financing order, PSZ&J has been paid $230,865.26 of the fees and $9,134.74 of the expenses requested in the Second Monthly Fee Application. A true and correct copy of the Second Monthly Fee Application is attached hereto as Exhibit B.

8. On September 13, 2010, PSZ&J filed its Third Monthly Application of Pachulski Stang Ziehl & Jones LLP for Compensation and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2010 through June 30, 2010 ("Third Monthly Fee Application") requesting $252,340.50 in fees and $3,346.23 in expenses. The Third Monthly Fee Application is pending. A true and correct copy of the Third Monthly Fee Application is attached hereto as Exhibit C.

9. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by PSZ&J during the Interim Period as well as other detailed information required to be included in fee applications.

## Requested Relief

10. By this Application, PSZ&J requests that the Court approve payment of one-hundred percent (100%) of the fees and expenses incurred by PSZ&J during the Interim Period of April 14, 2010 through June 30, 2010.

11. At all relevant times, PSZ&J has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

12. All services for which compensation is requested by PSZ&J were performed for or on behalf of the Debtors and not on behalf of any committee, creditor or other person.

13. PSZ&J has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in this case. PSZ&J has received payments from the Debtors during the year prior to the Petition Date in the amount of $800,000.00, including the Debtors' aggregate filing fees for these cases, in connection with the preparation of initial documents and the prepetition representation of the Debtors. PSZ&J was current as of the Petition Date. Upon final reconciliation of the amount actually expended prepetition, any balance remaining from the payments to PSZ&J was credited to the Debtors and utilized as PSZ&J's retainer to apply to postpetition fees and expenses pursuant to the compensation procedures approved by this Court and the Bankruptcy Code.

14. The professional services and related expenses for which PSZ&J requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of PSZ&J's professional responsibilities as attorneys for the Debtors in their chapter 11 cases. PSZ&J's services have been necessary and beneficial to the Debtors and their estate, creditors and other parties in interest.

15. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that for the period of April 14, 2010 through June 30, 2010, an allowance be made to PSZ&J in the sum of $789,198.50 as compensation for reasonable and necessary professional services rendered to the Debtors and in the sum of $26,845.42 for reimbursement of actual and necessary costs and expenses incurred, for a total of $816,043.92; that the Debtors be authorized and directed to pay to PSZ&J the outstanding

amount of such fees and expenses in full; and for such other and further relief as this Court deems proper.

Dated: September 14, 2010

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
 dbertenthal@pszjlaw.com
 tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession

# VERIFICATION

STATE OF DELAWARE       :
                        :
COUNTY OF NEW CASTLE    :

Laura Davis Jones, after being duly sworn according to law, deposes and says:

a) I am a partner of the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with the work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZ&J.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about May 12, 2010, and submit that the Application substantially complies with such Rule and Order.

_____
Laura Davis Jones

SWORN AND SUBSCRIBED
before me this 15th day of July, 2010.

_____
Notary Public
My Commission Expires: July 18, 2011

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 18, 2011