IN THE UNITED STATED BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related to Docket Nos. 496, 503, and 574** |

**Objection Deadline: October 5, 2010 at 4:00 p.m.**
**Hearing Date: October 25, 2010 at 11:00 a.m.**

## NOTICE OF FILING OF QUARTERLY FEE APPLICATION

Pachulski Stang Ziehl & Jones LLP, counsel to the above-captioned debtors and debtors in possession (the "Debtors") has filed and served the *First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtors and Debtors in Possession, for the Period from April 14, 2010 Through June 30, 2010* (the "Fee Application"), seeking compensation for the reasonable and necessary services rendered to the Debtors in the amount of $789,198.50, and reimbursement for actual and necessary expenses in the amount of $26,845.42.

Objections or responses to the Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on or before **October 5, 2010, at 4:00 p.m. Prevailing Eastern Time.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

The Fee Application is submitted pursuant to the *Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code* entered by this Court on May 12, 2010, [Docket No. 114] (the "Administrative Order").

At the same time, you must also serve a copy of the objections or responses, if any, upon the following: (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esquire, Fax: (302) 652-4400; (ii) counsel for DIP Lender: Riemer & Braunstein, LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: Donald E. Rothman, Esquire, Fax: (617) 880-3456; and Potter, Anderson & Corroon, LLP, 1313 North Market Street, Wilmington, Delaware 19899, Attn: Steven M. Yoder, Esquire, Fax: (302) 778-6107, (iii) counsel to the Official Committee of Unsecured Creditors in these cases: Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Robert M. Hirsh, Esquire, Fax: (212) 484-3990; and Messana Rosner & Stern LLP, 1000 N. West Street, Suite 1200, Wilmington, DE 19801, Attn: Frederick B. Rosner, Esquire, Email: frosner@mrs-law.com; (iv) counsel to the Official Committee of Equity Security Holders in these cases: The Bayard Firm, 222 Delaware Avenue, Suite 900, Wilmington, DE 19801, Attn: Neil Glassman, Esquire, Fax: (302) 658-6395; and Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022, Attn: Joseph T. Moldovan, Esquire, Fax: 212-735-8708; and (v) counsel to the U.S. Trustee: Jane Leamy, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE FEE APPLICATION WILL BE HELD BEFORE THE HONORABLE PETER J. WALSH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM 2, WILMINGTON, DELAWARE 19801 ON **OCTOBER 25, 2010 AT 11:00 A.M.**

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN THE RELIEF REQUESTED IN THE FEE APPLICATION MAY BE APPROVED WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 15, 2010

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
　　　　dbertenthal@pszjlaw.com
　　　　jfried@pszjlaw.com
　　　　tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession