# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------- x

In re:                                            :
                                                  :         Chapter 11
POINT BLANK SOLUTIONS, INC., *et al.*[1]          :
                                                  :         Case No. 10-11255 (PJW)
                                  Debtors.        :
                                                  :         Jointly Administered
                                                  :
-------------------------------------------------------- x

### THIRD SUPPLEMENTAL DECLARATION OF ROBERT M. HIRSH IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO APRIL 26, 2010

Robert M. Hirsh, declares under penalty of perjury that:

1.      I am a partner in the Bankruptcy and Financial Restructuring Group at Arent Fox LLP ("Arent Fox"), a law firm which employs approximately 330 attorneys and maintains an office for the practice of law at 1675 Broadway, New York, NY 10019 as well as offices in Washington, DC and Los Angeles, CA.

2.      This declaration (the "Third Supplemental Declaration") is submitted to supplement the Declaration of Andrew I. Silfen submitted on May 17, 2010, the First Supplemental Declaration filed on June 16, 2010 and the Second Supplemental Declaration filed on July 21, 2010, in support of the Application (the "Retention Application") of the Official Committee of Unsecured Creditors (the "Committee") Point Blank Solutions, Inc. ("Point Blank"), and certain direct or indirect subsidiaries, as debtors and debtors-in-possession

---

[1]    The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc., (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37557; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

(collectively, the "Debtors") to employ and retain Arent Fox as counsel to the Committee *nunc pro tunc* to April 26, 2010.

3.     Arent Fox files this Third Supplemental Declaration to identify connections to entities, which were provided by the Debtors in their Schedules, and are listed on <u>Exhibit A</u> hereto.

4.     Annexed hereto as <u>Exhibit B</u> is a list of all entities and individuals with whom Arent Fox has or had a connection.  As disclosed in <u>Exhibit B</u>, Arent Fox and its partners, counsel, and associates have in the past represented, currently represent, and may in the future represent entities that are creditors of the Debtors, or other parties-in-interest in the Debtors' Chapter 11 cases in matters unrelated to these cases.  Arent Fox has not, and will not, represent any creditors of the Debtors or other parties-in-interest in connection with the Debtors or these cases or have any relationship with any such entity which would be adverse to the Debtors or their estates.

5.     **CBIZ Mahoney Cohen (f/k/a Mahoney & Cohen, CPA, P.C.)**  - Arent Fox represents parties in several cases in which Charles M. Berk and other representatives of the certified public accounting provider and management consulting firm CBIZ Mahoney Cohen (f/k/a Mahoney & Cohen, CPA, P.C.) ("CBIZ"), and/or CBIZ, act as accountants and/or financial advisors.  For example, Arent Fox and CBIZ are both involved in the following matters:  Arent Fox represented the Official Committee (the "TKO Committee") of Unsecured Creditors of TKO Sports Group, USA, Limited, an unrelated Chapter 11 case in the Southern District of Texas, Case No. 05-48509, in which Mahoney & Cohen, CPA, P.C. ("Mahoney Cohen") served as accountants to the TKO Committee;  Arent Fox represented the Official Committee (the "Cross Media Committee") of Unsecured Creditors of Cross Media Marketing

Corp., *et al*., an unrelated Chapter 11 case in the Southern District of New York, Case No. 03-13901 (BRL) in which Mahoney Cohen served as accountants to the Cross Media Committee; Arent Fox represented the Official Committee (the "Sitnal Committee") of Unsecured Creditors of Sitnal, Inc., an unrelated Chapter 11 case in the Southern District of New York, Case No. 04-13589 (ALG) in which Mahoney Cohen served as accountants to the Sitnal Committee; Arent Fox represented the Official Committee (the "Fortunoff Committee") of Unsecured Creditors of Fortunoff Holdings LLC, *et al*., an unrelated Chapter 11 case in the Southern District of New York, Case No. 09-10497 (RDD) in which CBIZ served as financial advisors to the Fortunoff Committee; Arent Fox represented the Official Committee (the "EBW Committee") of Unsecured Creditors of Everything But Water, LLC, *et al*., an unrelated Chapter 11 case in the District of Delaware, Case No. 09-10649 (MFW) in which CBIZ served as financial advisors to the EBW Committee; Arent Fox currently represents the Official Committee (the "BH S&B Committee") of Unsecured Creditors of BH S&B Holdings LLC, *et al*., an unrelated Chapter 11 case in the Southern District of New York, Case No. 08-14604 (MG) in which CBIZ serves as financial advisors to the BH S&B Committee; Arent Fox currently represents the Official Committee (the "Norwood Committee") of Unsecured Creditors of Norwood Promotional Products Holdings, Inc., *et al*., an unrelated Chapter 11 case in the District of Delaware, Case No. 09-11547 (PJW) in which CBIZ serves as financial advisors to the Norwood Committee. Additionally, Arent Fox represented Mahoney Cohen as defendant in a preference action entitled All Donn, Inc. v. Mahoney Cohen & Company, CPA, P.C., an unrelated adversary proceeding in the Southern District of New York, Adv. Proc. No. 06-01075 (RDD). The above list is representative and may not be an exclusive list of all matters in which Arent Fox and CBIZ are both involved.

6.     **United Parcel Service ("UPS") and Steven D. Sass.**  UPS and certain of its affiliates are unsecured creditors in these cases.  Arent Fox represented the Official Committee (the "Right Start Committee") of Unsecured Creditors of Right Start Acquisition Company and Babystyle, Inc., unrelated Chapter 11 cases in the Central District of California, Case Nos. 09-11132 and 09-11141 (MT).  Steven D. Sass and The Receivable Management Services Corporation ("RMS"), acted as representatives to UPS, a member of the Right Start Committee.

7.     Arent Fox represents parties in several cases in which Mr. Sass acts in various capacities on behalf of UPS, on his own behalf and on behalf of others, including without limitation, the following: Arent Fox previously represented the Official Committee (the "AMS Committee") of Unsecured Creditors of AMS Health Sciences, Inc., an unrelated Chapter 11 case in the Western District of Oklahoma, Case No. 07-14678.  Steven Sass represented UPS, a member of the AMS Committee.  Steven D. Sass LLC was appointed as plan trustee in the AMS case.  Arent Fox represents him in that capacity.  Arent Fox also represented the Official Committee (the "Fieldstone Committee") of Unsecured Creditors of Fieldstone Mortgage Company, an unrelated Chapter 11 case in the District of Maryland, Case No. 07-21814-JFS.  Steven Sass was chair of the Fieldstone Committee and Steven D. Sass LLC currently serves as post-confirmation litigation trustee.  Arent Fox represents Steven D. Sass LLC in a limited capacity.  Arent Fox also represented the Official Committee (the "Luminent Committee") of Unsecured Creditors of Luminent Mortgage Capital, Inc., et al., an unrelated Chapter 11 case, in the District of Maryland, Case No. 08-21389-DK.  Steven Sass was the representative of Committee member, Bowne & Co., Inc. on the Luminent Committee.  Arent Fox represents the Official Committee (the "Asyst Committee") of Unsecured Creditors of Asyst Technologies, Inc., an unrelated Chapter 11 case in the Northern District of California, Case No. 09-43246.

Steven Sass represents Bowne & Co., Inc., a member and chair of the Asyst Committee. Steven D. Sass, Kelli Bohuslav-Kail and RMS act as representatives of Bowne & Co., Inc., an unsecured creditor in the Protective Products of America, Inc., *et al.*, unrelated Chapter 11 cases in the Southern District of Florida, Case No. Case No. 10-10711-JKO and chair of the Committee.

8.       In addition, Arent Fox represented debtors The Walking Company, Big Dog USA, Inc., and The Walking Co. Holdings, Inc. (collectively "TWC"), in unrelated Chapter 11 cases in the Central District of California, jointly administered under Case No. 09-15138-RR. Steven Sass and RMS represented UPS, a member of the TWC Committee.

9.       Lastly, Arent Fox currently represents the Official Committee (the "Designer Committee") of Unsecured Creditors of Designer License Holding Company, LLC and Designer Equity Holding Company, LLC, unrelated Chapter 11 cases in the Southern District of New York, Case No. 09-17661 (JMP). UPS and UPS Freight are unsecured creditors of Designer License Holding Company, LLC and Designer Equity Holding Company, LLC.

10.       **Wells Fargo.**  From time to time, Arent Fox has been engaged by Wells Fargo Bank, N.A., to handle discrete matters. Wells Fargo Bank, N.A. is a subsidiary of Wells Fargo & Company, a public holding company. Arent Fox has obtained waivers from Wells Fargo Bank, N.A. allowing Arent Fox to represent clients adverse to Wells Fargo Bank, N.A. (other than litigating against and being directly adverse to Wells Fargo Bank, N.A.). Arent Fox represented debtors The Walking Company, Big Dog USA, Inc., and The Walking Co. Holdings, Inc. (collectively "TWC"), in unrelated Chapter 11 cases in the Central District of California, jointly administered under Case No. 09-15138-RR. Arent Fox consulted with Wells Fargo Retail Finance, LLP, the pre-petition and post-petition lender in the TWC cases, and both parties

believed that Arent Fox's representation of TWC did not create a conflict, and therefore, no conflict waiver was required.

11.    Arent Fox represents Wells Fargo Bank, N.A., as indenture trustee in Pliant Corporation, *et al.* (Chapter 11 Case No. 09-10443 (MFW), District of Delaware); Fremont General Corporation, *et al.* (Chapter 11 Case No. 08-13421 (EAS), Central District of California); and Pac-West Telecomm, Inc., *et al.* (Chapter 11 Case No. 07-10562 (BLS), District of Delaware). Gary Tepper, a partner in Arent Fox's D.C. office, has from time to time represented Wells Fargo Bank, N.A., and with the exception of one matter that is pending and concerns an unrecorded mortgage — where Wells Fargo, N.A. is a nominal named party, all of the other matters are finally concluded.

12.    Arent Fox does not believe that the connections set forth on Exhibit B constitute a conflict. Arent Fox will continue to research potential conflicts with respect to its representation of the Committee in these cases and reserves the right to supplement its disclosures as necessary in order to disclose any conflicts or connections as appropriate.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of September 2010, at New York, New York.

_____
Robert M. Hirsh

# EXHIBIT A

## Schedule E – Creditors Holding Unsecured Priority Claims:

Broward County Tax Collector
Abreu, Michelle
Accilien, Marie T
Accius, Salimie
Acosta, Celina
Acosta, Francisco
Acosta, Yoisy
Aguirre, Ines
Alcantara, Rosangela
Alces, Altieri
Alcide, Cecilia
Alcius, Dieudonne
Alexandre, Marie G
Alexandre, Wideline
Alexis, Dumy
Alexis, Laurent
Alexis, Odette
Alfaro, Michael
Almetes, Rosette
Altidor, Esther
Altidort-Domini, Itha
Alvarado, Luis
Alvarado, Martha
Alvarez, Gilberto
Amador, Frank
Ambroise, Roseleine
Andreas, Iris
Antoine, Antoinette
Antoine, Paul
Aplice, Linda
Artiles, Edelsa
Asse, Joel
Augustamar, Fidelia
Augustin, Marie J
Aurel, Pauline
Avrilien, Cecile
Ayala, Jose
Ayala, Olga
Azanedo, Esther
Bacallao, Maritza
Baena, Alvaro
Baker, Nury

Baldovinos, Quintina
Barochin, Leonne
Basant, Farida
Batten, Katina
Beauvais, Merandieu
Beline, Anne
Beline, Jacques
Bello, Barbara
Belzinord, Matesse M
Benitez, Melli A
Benjamin, Marc A
Bermudez, Olivia
Bernard, Clement
Betancourt, Maria
Bien Aime, Marie V.
Bien Aime, Roselle
Bien-Aime, Anante
Bien-Aime, Arlyta
Bigord, Jeanne
Blanco, Erving
Blemur, Gladys
Bobo, Marie R
Bodano, Damari
Bode, Lidia
Borgella, Jerry
Boulin, Marie
Bover, Caridad
Boza, Mayelin
Bravo, Roberta
Bregio, Robert
Briley, Edward
Bruno, Alberto
Brutus, Beatrice
Bui, Tiem D.
Cabrera, Mary
Cadet, Dieusana
Cadet, Velanie
Calero, Mercedes
Canton, Edny
Canton, Yvonne
Capita, Eden Pierre
Carcamo, Katia

Cardenas, Luz M
Casseus, Belanise
Casseus, Nadine
Castellanos, Luis F.
Castillo, Nivia
Castro, Jorge W
Cedieu, Saintalia F
Ceneac, Rose
Ceron, Felicidad
Chan, Silk Sue
Chan-Yuen, Chau K
Chang, Rosa
Charite, Celine
Charles, Appolon
Charles, Dulaurienne
Charles, Jeanne
Charles, Magaline
Charles, Rogette
Charles, Solene
Charles, Trujilo
Chavez, Marjorie
Chaviano, Ana L
Cheng, Chin Hua
Cherelus Jean, Julienne
Cherelus, Elizabeth
Cherry, Marie
Chery, Jean L.
Chevelon, Christine M
Chevelon, Julie
Chi, Chung Oi
Chow Fung, Yim-Foon
Chui, Yee
Chui, Yung Chiu
Cineus, Marie Yolande
Cius, Marie
Clark, Delois
Clervil, Julie M
Clervoyant-Louima, Rose
Cochachi, Sonia
Coissy, Guerline
Coleman, Julia
Collantes, Norma P.
Colon, Melba
Constant, Gaby
Cooper, Lela Mae
Coralen, Cathia

Cortes, Olivia
Costilla, Nora
Cruz, Felix
Cruz, Lidia
Cruz, Mercedes E
Cyril, Marcdalene
Cyrille, Cecile
Dadaille, Patrick
Dagobert, Marie
Dalien, Baney
Damis, Fernande
Daniel, Cynthia
Daniel, Melina
Darbone, Anelise
Datus, Anne M
Dautin, Lina
Davila, Benito Laboy
Dawson, Trevor
De Leon, Carlos
De Pena, Fraile
Debreus, Cerette
Del Llano, Jose A.
Delgado, Isaura
Delgado, Kyu Suk
Delgado, Rufina
Demelien, Clermilia
Deng, Xiu-Xiang
Derilus, Altanise
Desamour, Eliente
Desir, Mimose
Desliens, Anelia
Desronvil, Huguette E.
Destin, Yolene
Diaz, Enrique
Diaz, Niurka
Dieujuste, Rosana
Dieurestil, Betonise
Difo, Aquile
Difo, Eladia
Difo, Ruth
Difo, Yolanda
Dipas, Maria
Dorcely, Ilioca
Dorelien, Marie
Dorelus, Heleine
Dorsainville, Wisly

Dort-Aime, Winifridd
Dorvil, Alain
Dorvil, Clorimene
Durand, Marie Y
Duron, Olga
Echeverri, Jhon
Echeverri, Maria Y.
Edouard, Marie
Egerton, Harry
Egland, Perina
Eliazar, Marie S
Elifils, Frasie
Elozier, Maxot
Escobar, Maribel
Espinosa, Julian
Estime, Elouse
Estimond, Esdras
Etienne, Frantz
Etienne, Jeanne
Etienne, Lunie
Etienne, Oricile
Etienne, Rosenique
Eugene, Laurette
Excellent, Marie
Exius, Angella
Exume, Jean F.
Fan, Chan Juan
Faustin, Liliane
Felisnor, Adeline
Felissaint, Phila
Felix, Marie
Ferdinand, Marie L
Fernand, Marianie
Fernandez, Marina
Fertil, Prochard
Figueras, Libania
Fils-Aime, Lucienne
Fleuridor, Blandine
Fleuridor, Cerilien
Fleuridor, Leodil
Fleuridor, Rolande
Fleuridor, Rosita
Fleurimond, Paulette
Florely-Louis, Gertha
Flores, Sandra
Florival, Marie L.

Florvilus, Marie Therese
Forbes, Godfrey
Forbes, Godfrey D.
Francois, Alexandra
Francois, Carole
Francois, Chostene
Francois, Julmique
Francois, Lovia
Frias, Blanca
Frometa, Martiana
Fugere, Marie Paulette
Fung Lau, Pui Lin
Fung, Yuk
Gabbidon-Dixon, Florence
Galiot, Philona
Garcia, Idalmis
Garcia, Marilyn C
Garcon, Therese
Garzon, Adolfo
Garzon, Deyar
Gebor, Freddy
Genescar, Marie
George, Jislene
Germaine, Jesutane
Gesualdo, Rosa
Gilbruna, Beaubrun
Gilles, Marise
Girard, Rollande
Goldestein, Steven
Goman, Charitable
Gomez, Blanca
Gomez, Cruz
Gomez, Domitila
Gomez, Karina
Gomez, Maria
Gonzalez, Luz
Gonzalez, Maria E.
Gonzalez, Orlando J
Gorski, Walenty
Gourdet, Solange
Gracia, Dianie
Gracia, Walta
Grande, Ana
Gross, Michael
Guan, Shi C
Guerrier, Jean V

Guerrier, Leonie
Guggiana, Claudio
Guillaume, Clara
Guillaume, Frasilia
Guillaume, Sebatien
Guo, Li Qing
Gutierrez, Ruth E
Guzman, Karen
Hamilton, Eugenie
Harvey, Derrick
He, Li
He, Minjian S
Henry, Wilson
Hernandez, Irma
Hernandez, Leandro
Hernandez, Nellyvette
Hernandez, Rosalba
Hernandez, Teresa
Herrera, Gloria
Herrera, Juana
Ho, Jinwei C
Ho, Mei Fueng
Homere, Jesula
Honore, Angelique
Honore, Ennee
Huang, Cai Y
Huang, Jin Ai
Hudson, Vernau
Ibarguen, Rosa
Ibarguen, Steve
Ieong, Lon Sang
Ieong, Sao In
Ingram, Wayne
Isidor, Pierre
Isma, Inadese
Jack, Hugo
Jaramillo, Maria O.
Jean Baptiste, Filteau A.
Jean Baptiste, Presline
Jean Gilles, Christine
Jean, Angele
Jean, Erla
Jean, Francois
Jean, Jeanne
Jean, Lesley
Jean, Marie

Jean, Marie E
Jean, Predois
Jean, Ramses
Jean-Baptiste, Kerby
Jean-Baptiste, Norcilia
Jean-Charles, Marie M
Jean-Gilles, Berlide
Jean-Louis, Jean Danis
Jean-Pierre, Saintlien
Jeanlys, Marie L
Jeantilus, Marie A.
Jeune, Garnier
Jian, Xuelian
Jimenez, Irma
Jimeranez, Marlene
John, Souvenir
Jonassaint, Madeleine
Joseph, Aline
Joseph, Amathia
Joseph, Andoclais
Joseph, Cedrole
Joseph, Ceraide
Joseph, Fenel
Joseph, Ifauda
Joseph, Leonne
Joseph, Saintano
Khaleel, Mohamed
Kong, Duodi
Lacombe, Jean Herard
Lacroix, Pierrisena
Lafuente, Marcia
Laguerre, Marie-Anne
Laguerre, Orianne
Lai, Kam Y
Lam, Cu Nhoc
Lam, Yim-Lan
Lara, Gisela
Latorre, Richard
Lavaux, Lunie
Lavaux, Serge
Lebrun, Fanette
Lee, Hui Ling
Lee, Yee
Lee, Yin Q
Leiderman, Sai K
Lemus, Amando

Leon, Marina
Leon, Rolando
Leonard, Anestilia
Leong, Shirley
Leung, Michelle K
Li, Yu Qing
Li, Yumei
Liang-Ho, Siu Chee
Lin, Yue X.
Linares, Horacio
Lirette, Jonathan P
Lopez, Cristina
Lopez, Hirma
Lopez, Jorge
Lopez, Martha
Lormeus, Marie J
Lormil, Mireille
Louidor, Odette
Louima, Rose Mida
Louis Jeune, Sarilia
Louis XVI, Jeannine
Louis, Adeline
Louis, Amelia
Louis, Aniclese
Louis, Augusta
Louis, Marine
Louis, Romilus
Louis-Charles, Marie L
Louissaint, Marie
Louissaint-Metayer, Guerda
Lu, Rui Huan
Lucien, Johnson
Luckie, Nelly
Luma, Philomene
Macdermott, Michael
Macias, Amparo
Mai, Suoi
Maine-Benitez, Sailyn
Maldonado, Bernarda
Mar, Isabel
Mar, Maria
Marc, Anna
Marc, Assephie
Marc, Delien
Marc, Jean Moise
Marc, Maguie

Marc, Meprisia
Marcelin, Vitanise
Maria, Donaira M
Marius, Jean Kesner
Marquez, Angelica
Marrero, Migdalla
Marrero, Norma
Martins, Etelvina
Mas, Linda
Massenat, Roselaine
McNeil, Rayan
Mederos, Mercedes
Meggie, Anthony
Meggie, Jeremiah
Meletz-Aguilar, Maria
Melidor, Rosette
Menard, Fesilia
Mendoza, Caesar A
Mendoza, Danilo
Mentor, Marie C
Mercidie, Marie
Merdelus-Severe, Selphise
Merisier, Jocelyne
Merizier, Oscame
Mesidor, Benita
Metayer, Avila
Metayer, Mirlene
Methesier, Anne
Meus, Beliard
Michel, Eddy
Michel, Marie
Michel, Neritee
Michel, Rose Marie
Midi, Claude
Milian, Elsa
Million, Guilene
Miranda, Nilbia
Miranda, Rolando
Miro-Quesada, Jose
Mondelus, Neremie
Morales, Eneida
Mordaunt, Olga A
Morejon, Caridad
Morinvil, Lisena
Mortimer, Exancia
Moya, Sol

Munck, Eduardo
Murat, Adele
Nemorin, Marie M.
Newton, Maria L
Ng, Shuk Yee
Ng, Yuk Shan
Nguyen, Tai
Noel, Betty
Noel, Sainte-Helene
Noelzius, Wisler
Norelia, Senaize
Norelus, Marie A
Normilus, Maricile
Nunez, Felix
Nunez, Francisco A.
Nunez, Luz
Nur-Ossa, Maria
Ortega, Amparo
Ortega, Candida
Ortiz, Jeffrey
Ortiz, Julio
Ospina, Claudia
Pantoja, Ines
Pantoja, Rosa
Pantoja, Salvador
Parsons, Randal D
Pascal, Dieudonne
Paul, Bertina
Paul, Emily
Paul, Marie R.
Paul, Martine
Paul, Roseline
Payoute Florveus, Bertha
Payoute, Berthony
Pean, Paulette
Peeler, Quincy
Pelicier, Marie M
Pereira, Marcelo
Perez, Martha D
Peters, Gislaine
Petit, Therese
Petit, Wilbert
Petit-Raymond, Maritha
Philippe, Rodrigue
Philippe, Roseline
Philistin C, Gertrude

Philius, Madeleine
Pierre Louis, Marie
Pierre Louis, St Armand
Pierre, Aline
Pierre, Immacula
Pierre, Joseph M
Pierre, Livona
Pierre, Lucilia D.
Pierre, Marie
Pierre, Marie K.
Pierre, Michelet
Pierre, Nervilia F.
Pierre-Louis, Elvire A
Pierre-Louis, Herode
Pierrot, Guilin
Pierrot, Jeannette
Pineda, Walfre
Pineda, Zoila
Pinzon, Maria Teresa
Placide, Wilna
Polo, Edelmira
Pradel, Marie
Printemps, Prenul
Progoulis, Nipa
Prophete, Marie
Prophete, Marie L.
Prosper, Emanie
Qiu, Wenyu
Quintero, Lucila
Rajak, Abdul
Ramjattan, George
Ramos, Yaquelin
Regis, Sthere
Remonvil, Duprevil
Remy, Guy Louis
Remy, Monique
Rene, Rodolphe
Renteria, Araceli
Reyes, Alberto
Reyes, Dora
Reyes, Gissette
Reyes, Isabel
Reyes, Maria
Reyes, Rosa
Rivas, Lety Y.
Rivera, Erik

Rivera, Marielly
Robaina, Ana
Robinson, James
Robinson, Richard
Robledo, Maria
Rodriguez, Alfonso
Rodriguez, Carmen
Rodriguez, Carmen M
Rodriguez, Emilia
Rodriguez, Layna
Romagosa, Juana
Rosabal, Mayra
Rosabal, Olivia
Roseme, Dieumene
Ruan, Xue
Ruan, Xuemei
Ruano, Alba
Rubio, Maria Teresa
Rubio, Sirenia
Rufin, Desilia Isma
Ruiz, Alvaro
Ruiz, Bertha
Ruiz, Consuelo
Ruiz, Domisila
Ruiz, Maria E.
Ruiz, Martir
Ruiz, Zonia
Saint Fleur, Marie
Saint Jean, Marie C.
Saintcyr, Viviane
Saintil, Claudine
Saintil, Luvenie
Saintvil, Marilene
Sainvil, Dulia
Sainvile, Vanita
Sainz, Aurora
Salazar, Carlos
Salazar, Jose J
Salazar, Maria
Samuels, Maurice W
Sanchez, Rosalba
Santana, Gitane
Santiago, Amalia
Santiago, Horalia
Saucedo, Rosa
Saucedo, Teresa

Schudamone, Clifton
Selmour, Noelzare
Semil, Julessaint
Semil-Dormevil, Mafrine
Serra, Norha
Severe, Enilia
Siceron, Jean
Siffort, Marie
Simon, Allan C.
Simon, Anne E
Sineus, Matilie
Skladan, John
Soares Pereira, Carmelita
Sosa, Ramon R.
St Leger, Marie Alicia
St. Fleur - Blaise, Anise
St. Hilaire, Roselaine
St. Leger, Marie Ernite
Sterlin-Sinvictor, Cedilia
Su, Sheng Jie
Suazo, Ana
Sully, Marie B
Sun, Liqiao
Sylvain, Nadia
Sylvain, Wilfrid
Tabares, Hugo
Tador, Ophanise
Tam, Hong Y.
Tamayo, Virgen
Taneleus, Tecilia
Tanelus, Celisianne
Tang, Shin-Chin
Tang, Thu
Tang, Wan
Tanis, Sylvia
Taveras, Arisleida
Taylor, Charles
Tejada, Rosmery
Telifort, Eulugene
Thelemaque, Elialie
Thelusma, Charite
Thomas, Daphnee
Thomas, Magda
Tibois, Lauranie
Tiennat, Faunise
Timogene, Monique

NYC/499957.2

Tirogene, Rosemene
Torres, Ana
Torres, Emelia
Torres, Gilberto
Toussaint Compere, Gislaine
Tran, Cuong
Trivino, Blanca
Turcios, Esperanza
Turcios, Gelin
Urbiztondo, Sara N
Valbrun, Deliana
Valcourt, Maguerite
Valdivieso, Oscar
Valdivieso, Pedro
Valdivieso, Stalin
Valdivieso, Yuri
Valerio, Maria
Valle, Leovigilda
Valle, Rosalba
Valmond, Wilda
Valtrin, Marie I
Vargas, Hortencia
Vargas, Julia Y
Vasquez, Sandra
Vasquez, Yessenia
Vazquez, Francisco
Vega, Rolando A.
Velasco, Xavier
Velasquez, Raul
Venable, James
Vigo, Nancy
Vilceant, Jeanne
Vilcent, Henriette
Vilfrard, Leonne
Villegas, Maria
Vincent, Imona
Vuong, Quan K
Wexler, Larry
Willen, Geoffrey L
Wong, Suk Yi
Wong, Wai
Xue Xia, Liang
Yang Ho, Siu Kin
Yang, Mei
Ye, Yan Fang
Ye, Yong Q.

Yip, Yam
Yu, Hung-Yen
Yundt, Justin
Zama, Robert
Zambrano, Nelly
Zapata, Juana E
Zapata, Lorenzo M
Zegarra, Elsa
Zephyrin, Dorilia
Zhao, Guozhu
Campbell County (Jacksboro, TN)
Abati, Ernest
Agostini, Claudette
Ali, Nafeza R
Anderson Jr., John M
Antorcha, Evy-Marie
Arrington, Charles R.
Augustin, Melinda
Borday, Manuel
Burns, William R.
Christopher, Dornis
Chung, Mi Kyung
Clark, Denise
Colon, Felix L
Corker, Melvina
Coronel, Victor
Doery, Michelle
Foreman, Michael
Gallagher, Maryan
Goff, Shirley F
Guido-Sanz, Jesus
Hernandez, Jesus A
Hidalgo-Gato, Charo
Hildreth, Jayne
Jonas, Deborah
Jorgensen, Frederick W.
King, Ronald R.
Landstrom, Lori
Levaraty, Agatha
Lipson, Stuart
Llopiz, Eden H
Lu-Lai, Chun H
MacLeod, Norman
Martinez, Brenda Lee
Martinez, Paula
Mays, James
Mendoza, Fabiola
Miranda-Rivera, Deniese
Mothe, Bruno
Mountz, Ryan

Nadler, Neal
Nagy Jr., Monte
Nolan, Pamela
Parks, Ardith
Parks-Martin, Wendy
Peetz, Darrell
Pinkerton, Peggy
Placucci, Filipe
Quiles, Edward
Ramirez, Julio
Restrepo, Liliana
Ricardo, Vivian
Rivera, Jovita
Rodriguez, Cesar
Salerno, John
Santo-Spondike, Donna
Schmidt, Hoyt
Silva, Ana Karla
Smith, Kathleen
St. Pierre, Gerald
Stallings, Patrick
Sumner, David
Sutyak, Jennifer
Turner, Clete
Turner, Sheila A.
Vacca Jr., Nicholas
Van Kannel, Daniel
Vargas, Tezla G
Wejnert, Richard
White, Samuel B
Wise, Dale
Xu, Xiaolin
Johnson, Bowen
Turner, Clete
Peetz, Darrell
Schmidt, Hoyt
Sutyak, Jennifer
St. Pierre, Jerry
MacLeod, Norm
Martinez, Paula
Arrington, Randy
Wejnert, Rich
King, Ron
Turner, Sheila
Wagner Marketing External Sales
Martin, Wendy
Burns, Burns
Wills & Associates External Sales

Accumed Innovative Technologies, Inc.
Action Express LLC
AIN Florida
Alliance Transport, LLC
Allstate Containers, Inc.
American & Efird Mills
American Stamp Works, Inc.
Armchem International
Avery Dennison RFID
Avis Rent A Car Systems, Inc.
Bearse Mfg Co, Inc
Bradley Specialties, Inc.
Brookwood Companys Inc
Brother International Corp.
Brothers Fire Protection Inc.
Broward Bolt
C.H. Robinson Worldwide IC
Cargo Transportation Services Inc.
Carr Textile Corp
Cazio T-Shirt Designers
City of Oakland Park
Coats American Inc.
Comp-Air Service Co
Cosgrove Enterprises Inc.
Creform Corporation
Crown Equipment Corp
Daymon Worldwide
Deltacare USA
Dennis Custom Pest Control
Dennis Wagner
Dependable Packaging Solutions
Diamond Needle Corp
Dunlap Industries, Inc.
E.I. Du Pont De Nemours & Company
Eagle Industries
Eddington Thread Co.
Fedex 2
Fedex Freight
Fedex National LTL
Florida Power and Light
G-Tech Machine & Tool
G2 Consulting LLC
Gerber Technology Inc.
Gexpro

Global Technical Network, Inc.
Grainger
Hertz Corporation
High Com Security Inc
Holston Gases
IC Industries Inc.
J.B. Gury Manufacturing
Jerry Haleva and SMA c/o Thomas Girardi,
Girardi Keese
JL Kaya Inc
Life Stone Materials, LLC
Mar-Tec
Master Grass, Inc
MSC Industrial Supply Co
Mustang Survival Corp Canada
National Custom Prtg Inc
National Molding LLC
National Outershell, Inc.
Nationwide Lift Trucks
Northeast Knitting Inc
Nova Tech International LLC
Office Depot, Inc.
Online Labels Inc.
Outlast Technologies, Inc.
Pallet Consultants
Pfaff Industrial of America Inc
Polymer Technologies Inc
Pratt Industries USA
Pride Enterprises
R L Carriers
Reliable Fire & Safety
Richard Neumeister
RTE Machine & Fabrication
Scott Notions Inc
Securities And Exchange Commission,
Miami Regional Office
Securities Class Action And Shareholder
Derivative Action, Carter Ledyard &
Millburn, c/o Gary Sesser
Sentry Insurance
Sheffield Cutting Equipment
Southeastern Freight Line
Southern Waste Systems
Specialty Converting, LLC

Staples Advantage
Sunbelt Rentals
Suncoast Marketing, Inc.
Top Value Fabrics, Inc
Toyota Financial Services Commercial
Finance
Tropical Trailer Leasing
Uline
United Parcel Service
United Water Company
Universal Sewing Machine Co., Inc.
UPS-Supply Chain Solution, Inc.
Velcro U.S.A., Inc.
Waste Management Southern Sanitation
Widby Fabric Labels
YKK U.S.A. Inc
YRC
Zip-It Sales Inc
A & M Tape And Packaging
Accumed Innovative Technologies, Inc.
Allstate Containers, Inc.
American Bag And Linen Company
Ascom Hasler/Ge Cap Prog
ATD-American Co.
Bay Bridge Administrators LLC
Blumenthal Lansing Company
Brookwood Companys Inc
Wells Fargo Century Inc
Brookwood Companys Inc
Carlton Group, Inc.
Carr Textile Corp
Caryville-Jacksboro Utilities
Coats American Inc.
Comcast Cable
Cook's Pest Control
Cooper Container Corp
Custom Apparel
Department of Justice
Dependable Packaging Solutions
DFAS
DIRECTEX
General Services Adminis. Industrial
Funding Fee (IFF/SIFT) for MAS Contracts
Great American Leasing Corp.
Henderson Machine Inc.
Holston Gases

Huber Textiles Inc
Integrity Furniture & Equipment
J. O. King, Inc.
Jerry Halerva
John C Tucker Co., Inc
John E Fox (The Fox Company)
Knox Fire Extinguisher Co
Div Desco Carbonic Inc.
Lawrence Schiff Silk Mills, Inc.
Lean Supermarket LLC
Life Stone Materials, LLC
Lift Truck Sales
Lincoln Fabrics Inc
McNeeley Family Phy.
MSC Industrial Supply Co
National Custom Prtg Inc
Northeast Knitting Inc
NYS Division of Parole
Old Dominion University
Online Labels Inc.
Outlast Technologies, Inc.
PC Mall Sales, Inc.
Piedmont Plastics
Practical Computer Solutions
Professional Compressed Air Service, Inc.
Quality Pallets
Quill Corporation
R.I. Knitting Company Inc.
RTE Machine & Fabrication
Safe N' Sound Security Services, Inc
Scott Solid Waste – TN
Securities And Exchange Commission
 Miami Regional Office
Securities Class Action And Shareholder
Derivative Action
Carter Ledyard & Millburn c/o  Gary Sesser
Sentry Insurance
Sewn Products Equipment
Sheffield Cutting Equipment
Sonobond Ultrasonics
Southeastern Freight Line
Spectra Environmental Group
Staples Advantage
Stimpson Co., Inc
The Gauge Shop
The Toner Company Inc.

Thermocopy of Tennessee
Time Payment Corp
Top Value Fabrics, Inc
U.S. Cavalry
Uline
United Parcel Service
Velcro U.S.A., INC.
Wilson Gas & Accessories
Wurzburg, Inc
YKK U.S.A., Inc.
YRC
A & M Tape and Packaging
Accesspoint Inc
ADP
ADT Security Services
Akerman Senterfitt
Allied Van Lines, Inc
American Police Beat
American Stock Transfer and Trust
Company
AT&T
ATECH
AUSA, Inc.
Avaya Financial Services
Avis Rent A Car Systems, Inc.
Benefit Outsource Inc
Bobit Business Media
Broadridge
Budget Rent A Car System Inc
Carr & Palmer, LLP
CCH Incorporated
CDW Direct LLC
CISCO WEBEX LLC
Coast To Coast Computer
Crystal Palms
Dell Financial Services, LLC
Deloitte Tax LLP
Deltacare USA
Department of Justice, Civil Division
Direct TV
DLA Piper US LLP
FEDEX 2
Flat Iron Capital
Frame Gallery
Gerber Technology Inc.
Gideon's Machinery Corp

Heller Ehrman LLP
Hodges Doughty & Carson
Hyperion Software
Insight
Integraserv, Inc
Integrated Professional Services, Inc.
Inveshare Inc
Iron Mountain Information
James Cambell Company
Jerry Haleva and SMA c/o Thomas V.
Girardi
Jesta I.S. INC.
JF Associates, Inc
Jose Lloreda Camacho & Co. S.A
Larry R. Ellis, c/o Mercer K. Clarke, Clarke
Silvergate & Campbell
Law Offices of Robert C Gottlieb
Loeb & Loeb LLP
Long Island Indicator Service
Marie Paul, c/o Donna M. Ballman, P.A.
Microsoft Financing--Microsoft Licensing
GP
MSI Consulting, APF fbo MSI Consulting
Oaklander Primary Med Associates
Ohio Tactical Officers Association
Paul Gionfriddo
PC Mall Sales, Inc.
Pitney Bowes Global Financial Services L
Praetorian Group
Premiere Global Services
Public Company Accounting Ovesight
Board
Ritchie, Dillard, Davies
Ritter's Printing
Sandra L. Hatfield, c/o Andy Bouchard,
Bouchard Margules & Friedlander
Scalemen of Florida, Inc.
Securities and Exchange Commission,
Miami Regional Office
Securities Class Action and Shareholder
Derivative Action, Carter Ledyard &
Millburn, c/o Gary Sesser
Shrm Society For Human Resource
Management
Simakat LLC
Southeastern Printing Company

Standard & Poor's
Staples Advantage
Sterling Info Systems Inc
STRATASERV
Sun-Sentinel
T-Mobile
Tactical Armor Products
Tags Labels Printing, Inc
Terremark North America, Inc
TGI Office Automation, LLC
The Mergis Group
Thomson Financial LLC
Time Warner
Tint World Inc.
Trademark Info Corp
Unishred FL LLC
United Parcel Service
Universal Sewing Machine Co., Inc.
Venable LLP
Verizon 2
Washington State Tactical Officers
Association
Wells Fargo Financial Capital Finance D
Zylon Warranty Reserve
Jerry Haleva and Sargeant Major Associates
c/o Girardi Keese
Lifestone Materials, LLC
Securities and Exchange Commission,
Miami Regional Office
Securities Class Action and Shareholder
Derivative Action, Carter Ledyard &
Millburn, c/o Gary Sesser

**Schedule G – Parties to Executory Contracts and Unexpired Leases**:

Atlantic Business Center, LLC
DTC Industrial Trust Inc.
General Building Maintenance, Inc.
Gerber Scientific International, Inc.
National City Vendor Finance
Nationwide Lift Trucks
Oracle
Paul Gionfriddo
Scovill Fastners Inc.
Toyota Motor Credit Corporation
Allstate Containers
Gerber Scientific International, Inc.
Innovative Water concepts, LLC
ADP
ADP 401(k) Plan
Advanced Air Systems
AFCO
Avaya Financial Services
Boyd Trantham
Burr Pilger & Mayer, LLP
Ceridan (Humana)
Crowe Horwath
D'AN Financial Services/ERM
Dell Financial Services LLC
Gerber Scientific International, Inc.
Greater Bay Capital
GW Communications
Humana
Humana - Group Vision Insurance
Indian Gap Investments, LLC
Iron Mountain
James Campbell Company, LLC
Jesta
JF Associates, Inc.
Joe Barker
Microsoft
Microsoft Licensing GP
Mutual of Omaha
National City Vendor Finance, Division of
National City Commercial Capital Co.
Oracle
OTR /STR (Ohio Partnership)
Sentry -Workers Compensation, Sentry
Insurance

The Campaign Finance Institute c/o
Newmark Knight Frank
FMS Enterprises Migun Ltd
Lifestone Materials, LLC
PAMAS U.S., Inc.

**Current Officers, Directors & Shareholders:**

Michelle Doery (Chief Financial Officer)
Sam White (Executive Vice President)
Hightower Capital Management, LLC (Shareholder)


**Retained Professionals & Notices of Appearance:**

CBIZ Accounting, Tax & Advisory of New York, LLC and CBIZ, Inc.
*Financial Advisors to the Official Committee of Unsecured Creditors*

Epiq Bankruptcy Solutions, LLC
*Noticing, Claims and Balloting Agent*

Carr & Palmer, LLP
*Special Litigation Counsel to Debtors*

Berger Singerman, P.A.
*Special Litigation Counsel to Debtors*

Venable LLP
*Special Government Contracting, Litigation and Government Investigation Counsel*

Olshan Grundman Frome Rosenweig & Wolosky LLP
*Special Corporate Counsel to the Debtors*

Cole, Warren & Long, Inc.
*Debtors' Executive Search Firm*

The Mergis Groups
*Debtors' Executive Search Firm*

Pillsbury Winthrop Shaw Pittman LLP
*Special Counsel to the Debtors' Special Committee*

Henry C. Kevane, Esq. (of Pachulski Stang Ziehl & Jones LLP)
*Counsel to the Debtors*

Vincent J. Marriott, III, Esq.
Steven M. Miller, Esq.
Leslie C. Heilman, Esq.
Ballard Spahr LLP
*Counsel to E.I. du Pont de Nemours and Company*

Donald E. Rothman, Esq.
Riemer & Braunstein LLP
*Counsel to Steel Partners II, L.P.*

Steven M. Yoder, Esq.
Etta R. Wolfe, Esq.
Potter Anderson & Corroon LLO
*Counsel to Steel Partners II, L.P.*

Kurt F. Gwynne, Esq.
Kimberly E. C. Lawson, Esq.
Reed Smith LLP
*Counsel to Bank of America, N.A.*

Peter R. Knight, Esq.
Latham & Watkins LLP
*Counsel to Bank of America, N.A.*

Aaron R. Cahn, Esq.
Gary D. Sessner, Esq.
Laura A. Reeds, Esq.
Carter Ledyard & Milburn LLP
*Counsel to D. David Cohen (Shareholder)*

Frederick B. Rosner, Esq.
Brian L. Arban, Esq.
Messana Rosner & Stern LLP
*Delaware Counsel to the Official Committee of Unsecured Creditors*

Matthew J. Troy, Esq.
United States Department of Justice, Civil Division
*Counsel to the United States of America*

Jennifer V. Doran, Esq.
Hinckley, Allen & Snyder LLP
*Counsel to Duro Textiles, LLC*

Brian W. Bisignani, Esq.
Post & Schell, P.C.
*Counsel to Aon Consulting*

Linda Boyle, Esq.
*Counsel to tw telecom inc. (formerly Time Warner Telecom Inc.)*

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
*Counsel to Iron Mountain Information Management, Inc.*

R. David Sobel, Esq.
Altfield & Battaile P.C.
*Counsel to G Squared Consulting*

Neil B. Glassman, Esq.
Justin R. Alberto, Esq.
Bayard, P.A.
*Counsel to Ryan Levenson*

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
*Counsel to Ryan Levenson*

Richard L. Weisz, Esq.
Hodgson Russ LLP
*Counsel to Lincoln Fabrics Inc.*

Carl N. Kunz, Esq.
Morris James LLP
*Counsel to CIVF I-FL2W01, LLC*

**Party to Litigation with the Debtors:**

Jerry Haleva

**Subpoenaed Parties:**

Milbank, Tweed, Hadley & McCloy LLP
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Lerach Coughlin Stola Geller Rudman & Robbins LLP, now known as Robbins Geller Rudman
& Dowd LLP

NYC/499957.2

# EXHIBIT B[2]

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Aaron R. Cahn, Esq. | Current Other Interested Party<br><br>Aaron R. Cahn, Esq. represents and/or represented a party-in-interest in an unrelated Chapter 11 case in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| ADP | "ADP" -- Current & Former Adverse Party; Current & Former Other Interested Party<br><br>"Automatic Data Processing" -- Current & Former Adverse Party; Former Other Interested Party |
| ADT Security Services | "ADT Security Services" -- Current & Former Other Interested Party; Current & Former Adverse Party<br><br>"ADT/Electro-Protective Corp." -- Former Adverse Party (bankruptcy)<br><br>"ADT Logistics" -- Current Adverse Party |
| AFCO | "AFCO Steel" -- Former Other Interested Party, Former Client-Friendly<br><br>"AFCO Credit" -- Former Adverse Party<br><br>"AFCO" -- Current Adverse Party |

---

[2] Party relationships are classified as: (i) Client; (ii) Former Client (no active matters are attributed to the client because all amounts have been billed and the entity or individual is no longer considered a client); (iii) Adverse; (iv) Other Interested Party (a party that is not a Client, a Former Client, Client Friendly or Adverse); (v) Client Friendly (a party who refers a client to Arent Fox; an affiliate of the client; possibly an officer or party who is not adverse to the client; or a party who is generally aligned with the Arent Fox client); (vi) Current Creditor (a party who is involved in another bankruptcy case involving an appearance by Arent Fox); (vii) Consumer Connection (a party with whom Arent Fox attorneys have some *de minimus* or consumer level connection, e.g., phone service, credit card or other personal goods or services); or (viii) Arent Fox Vendor Payment (a party to whom Arent Fox has issued a check, settlement payment, or paid for goods and services in the course of business).

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Akerman Senterfitt | Current Other Interested Party; Former Client-Friendly; Former Adverse Party<br><br>Akerman Senterfitt represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Allied Van Lines, Inc. | Current Other Interested Party; Former Adverse Party |
| American & Efird Mills | Current Other Interested Party |
| American Police Beat | Current Other Interested Party |
| Armchem International | Former Other Interested Party |
| Ascom Hasler/Ge Cap Prog | Former Other Interested Party |
| AT&T | "AT&T" in name --Current & Former Adverse Party; Current & Former Client-Friendly; Current & Former Other Interested Party; Former Co-Party |
| ATECH | "ATECH TOTALSOLUTION CO. LTD." -- Current Adverse Party |
| Avaya Financial Services | "Avaya" in name -- Current & Former Client; Former & Current Adverse Party; Current & Former Other Interested Party |
| Avery Dennison RFID | "Avery Dennison" in name -- Current Other Interested Party |
| Avis Rent A Car Systems, Inc. | "Avis Rent A Car" -- Former Other Interested Party |
| Baker Botts LLP | Former Client; Former Adverse Party; Former Client-Friendly<br><br>Baker Botts LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Ballard Spahr LLP | Current & Former Adverse Party; Current Other Interested Party; Former Client-Friendly<br><br>Ballard Spahr LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |

NYC/499957.2

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Bank of America, NA | Current & Former Client; Current & Former Client Friendly; Current & Former Adverse Party; Current & Former Other Interested Party |
| Bartlett Hackett Feinberg P.C. | Bartlett Hackett Feinberg P.C. represents and/or represented a party-in-interest in an unrelated Chapter 11 case in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Bayard, P.A. | Current Client-Friendly; Current & Former Adverse Party; Current Other Interested Party

Bayard, P.A. represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Berger Singerman, P.A. | Current Adverse Party

Berger Singerman, P.A. represents and/or represented a party-in-interest in an unrelated Chapter 11 case in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Brian W. Bisignani, Esq. | Current Adverse Party

Brian W. Bisignani, Esq. represents and/or represented a party-in-interest in an unrelated Chapter 11 case in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Broadridge | "Broadridge Investor" -- Current Other Interested Party |
| Bryan Cave LLP | Former Client |

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Budget Rent A Car System Inc. | "Budget Rent A Car Corporation" -- Current Client;  Former Adverse Party

"Budget Rent A Car of Las Vegas" -- Current Client-Friendly.

Arent Fox represents the Official Committee (the "Ethos Committee") of Unsecured Creditors of Ethos Design, LLC and Lounge 22, Inc., unrelated Chapter 11 cases in Central District of California. Budget Rent A Car of Las Vegas is a member of the Ethos Committee. |
| Burns, William R. | "William Burns" -- Former Other Interested Party; Former Client-Friendly |
| C.H. Robinson Worldwide IC | Current Other Interested Party; Current Adverse Party |
| Cabrera, Mary | "Mary Cabrera Barba" -- Current Adverse Party |
| Carlton Group, Inc. | "Carlton Capital Group" -- Current Other Interested Party

"Carlton Group" -- Former Adverse Party |
| Carter Ledyard & Milburn LLP | Current Other Interested Party

Carter Ledyard & Milburn LLP represents and/or represented a party-in-interest in an unrelated Chapter 11 case in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| CBIZ Accounting, Tax & Advisory of New York, LLC and CBIZ, Inc. | "CBIZ" in name -- Former Other Interested Party; Current Adverse Party; Former Client-Friendly; Current Other Interested Party

For more information, see paragraph 5 above. |
| CCH Incorporated | Former Client-Friendly; Former Adverse Party; Current & Former Other Interested Party |
| CDW Direct LLC | Current & Former Other Interested Party; Current Adverse Party |

| Debtors' Party | Arent Fox Relationship |
|---|---|
| CISCO WEBEX LLC | "Cisco Systems" -- Current & Former Client; Current & Former Adverse Party; Current & Former Client-Friendly; Current & Former Other Interested Party |
| Comcast Cable | "COMCAST" -- Former Client; Current & Former Client-Friendly; Current & Former Adverse Party; Current & Former Other Interested Party |
| Cook's Pest Control | Former Adverse Party |
| Covington & Burling LLP | Former Client; Former Client-Friendly; Former Adverse Party; Former Other Interested Party<br><br>Covington & Burling LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Cruz, Felix | "Felix de la Cruz" -- Former Other Interested Party |
| D. David Cohen | "David Cohen" -- Former Client; Former Client-Friendly |
| Daymon Worldwide | Current Other Interested Party |
| Dell Financial Services LLC | Current Adverse Party; Current & Former Other Interested Party<br><br>"Dell Computer"-- Current & Former Adverse Party, Current Other Interested Party; Former Client |
| Deloitte Tax LLP | Former Client-Friendly; Current Other Interested Party |
| Department of Justice | Current & Former Adverse Party; Current & Former Other Interested Party |
| Direct TV | Current Client; Former Adverse Party; Current & Former Other Interested Party |
| DLA Piper US LLP | Current Adverse Party; Current Other Interested Party<br><br>DLA Piper US LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |

NYC/499957.2

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Donald E. Rothman, Esq. | Current Other Interested Party<br><br>Donald E. Rothman, Esq. represents and/or represented a party-in-interest in an unrelated Chapter 11 case in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| DSM DYNEEMA B.V. | Current Other Interested Party |
| Dupont Advanced Fiber Systems | See E.I. Du Pont de Nemours. |
| E.I. Du Pont De Nemours & Company | Former Client; Current & Former Client-Friendly; Current & Former Adverse Party; Former Co-Party; Current & Former Other Interested Party<br><br>"DuPont" or "Du Pont" in name -- Current & Former Adverse Party, Other Interested Party |
| Epiq Bankruptcy Solutions, LLC | Current & Former Adverse Party; Current Other Interested Party<br><br>Epiq Bankruptcy Solutions, LLC acts and/or acted as claims and/or noticing agent for debtors in various unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| FedEx 2 | See Fedex National LTL. |
| Fedex Freight | See Fedex National LTL. |
| Fedex National LTL | "FedEx" or "Federal Express" -- Current Client; Current Client Friendly; Current & Former Adverse Party; Current & Former Other Interested Party |
| Florida Power and Light | Current & Former Other Interested Party; Former Client-Friendly; Former Adverse Party |
| Frank F. McGinn, Esq. | Former Other Interested Party<br><br>Frank F. McGinn, Esq. represents and/or represented a party-in-interest in an unrelated Chapter 11 case in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| General Building Maintenance, Inc. | Former Other Interested Party |

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Gerber Scientific International, Inc. | "Admin Committee of Gerber Scientific" -- Former Client; Current Other Interested Party |
| Gonzalez, Luz | Former Other Interested Party |
| Gonzalez, Maria E. | "Maria Gonzalez" -- Former Client-Friendly |
| Goodwin Procter LLP | Former Client; Current & Former Adverse Party; Former Co-Party<br><br>Goodwin Procter LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Grainger | "WW Grainger" -- Former Other Interested Party<br><br>"Grainger, Inc." -- Current & Former Other Interested Party; Current & Former Adverse Party; Current Client-Friendly |
| Gross, Michael | "Michael B. Gross" -- Former Adverse Party |
| Heller Ehrman LLP | Former Client |
| Henry, Wilson | "AR & Henry J Wilson INV" -- Former Adverse Party |
| Hernandez, Jesus A. | "Jesus Hernandez" -- Current Other Interested Party |
| Hinckley, Allen & Snyder LLP | Former Client |
| Hodgson Russ LLP | Current Adverse Party; Former Client-Friendly<br><br>Hodgson Russ LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Holland & Knight | Former Client; Current Adverse Party; Former Client-Friendly

"Mark Baker of Holland Knight" -- Current Adverse Party

Holland & Knight represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Humana | Former Client; Current & Former Adverse Party; Former Other Interested Party

"Human Health Plan of Florida" -- Former Client-Friendly

"Humana Insurance Company" -- Former Other Interested Party; Current Adverse Party

"Humana Hospital San Antonio TX" -- Former Adverse Party

"Humana Dental" -- Current Other Interested Party

"Humana Hospital" -- Former Adverse Party

"Humana Group Health Plan" -- Former Adverse Party |
| Humana - Group Vision Insurance | See Humana. |
| Insight | Former Adverse Party

"Insight Enterprises, Inc." -- Current Other Interested Party |
| International Textile Grp | Current & Former Adverse Party |
| Iron Mountain | Current & Former Other Interested Party; Former Client-Friendly; Current & Former Adverse Party |
| James Cambell Company | Former Adverse Party |
| James Henderson | Former Adverse Party |
| Jean, Francois | Current Adverse Party |

| Debtors' Party | Arent Fox Relationship |
| --- | --- |
| Jean, Lesley | "Lesley Jean Hibbs" -- Former Adverse Party |
| JL Kaya Inc | Current Other Interested Party |
| John C Tucker Co., Inc. | Current Other Interested Party |
| JPS Composite Materials | Current Other Interested Party |
| Kurt F. Gwynne, Esq. | Current Other Interested Party<br><br>Kurt F. Gwynne, Esq. represents and/or represented a party-in-interest in an unrelated Chapter 11 case in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Leading Tech. Composites, Inc. | Current Other Interested Party |
| Lee, Yee | "Yee Lee Corporation" -- Current Client |
| Leslie C. Heilman, Esq. | Current Adverse Party; Current Other Interested Party<br><br>Leslie C. Heilman, Esq. represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Linda Boyle, Esq. | Current Other Interested Party<br><br>Linda Boyle, Esq. represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Loeb & Loeb LLP | Current & Former Other Interested Party<br><br>Loeb & Loeb LLP represents and/or represented parties-in-interest in several unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors.<br><br>Leah M. Eisenberg, a partner of Arent Fox representing the Committee, is the wife of Kevin Eisenberg, a partner at Loeb & Loeb LLP, based in the firm's New York office. |

NYC/499957.2

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Lopez, Jorge | "Jorge L. Lopez-Balboa" -- Former Other Interested Party<br><br>"Jorge Lopez" -- Former Adverse Party; |
| Mar-Tec | "Martec Pharmaceutical" -- Former Adverse Party |
| McDermott, Will & Emery | Former Client; Current & Former Adverse Party; Former Other Interested Party<br><br>McDermott, Will & Emery represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Microsoft | Former Client; Former Client-Friendly, Current & Former Adverse Party; Current & Former Other Interested Party |
| Microsoft Financing--Microsoft Licensing GP | Current Other Interested Party; also see Microsoft. |
| Microsoft Licensing GP | Current & Former Other Interested Party; also see Microsoft. |
| Milbank Tweed Hadley & McCloy LLP | Current & Former Adverse Party<br><br>Milbank Tweed Hadley & McCloy LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Mintz Levin Cohn Ferris Glovsky & Popeo | Former Client-Friendly; Former Adverse Party; Current & Former Other Interested Party<br><br>Mintz Levin Cohn Ferris Glovsky & Popeo represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |

NYC/499957.2

| Debtors' Party | Arent Fox Relationship |
| --- | --- |
| Morris James LLP | Current & Former Other Interested Party<br><br>Morris James LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Morrison Cohen LLP | Former Client-Friendly; Current Adverse Party<br><br>Morrison Cohen LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| MSC Industrial Supply Co | Former Client-Friendly; Current & Former Other Interested Party |
| Mutual of Omaha | Current & Former Other Interested Party; Former Adverse Party |
| National City Vendor Finance, Division of National City Commercial Capital Co. | "National City Commercial Capital" -- Former Adverse Party |
| National Molding LLC | Current Other Interested Party |
| Office Depot, Inc. | Former Client; Current & Former Adverse Party; Current & Former Other Interested Party |
| Old Dominion University | Former Client |
| Oracle | Former Client, Former Client-Friendly, Current & Former Adverse Party; Current & Former Other Interested Party |
| Outlast Technologies, Inc. | Current Client-Friendly |
| Pachulski Stang Ziehl & Jones LLP | Current & Former Adverse Party; Former Other Interested Party<br><br>Pachulski Stang Ziehl & Jones LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Piedmont Plastics | "Regal Piedmont Plastics" -- Current Other Interested Party |

NYC/499957.2

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | "Shaw Pittman" -- Former Client; Current & Former Adverse Party; Current & Former Other Interested Party<br><br>Pillsbury Winthrop Shaw Pittman LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Pitney Bowes Global Financial Services L | "Pitney Bowes" -- Former Client; Current & Former Client-Friendly; Current & Former Adverse Party; Current & Former Other Interested Party |
| Potter Anderson & Corroon LLP | Former Other Interested Party; Former Client-Friendly<br><br>Potter Anderson & Corroon LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Praetorian Group | Current Other Interested Party |
| Premiere Global Services | "Premier Global Services" -- Former Other Interested Party; Current & Former Adverse Party |
| PTI Machine | Current Other Interested Party |
| Quill Corporation | Current Adverse Party; Current Other Interested Party |
| Reed Smith LLP | Former Client-Friendly; Current & Former Adverse Party; Current & Former Other Interested Party<br><br>Reed Smith LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Reyes, Maria | "Maria Ester Gaumuch Reyes" -- Former Adverse Party |

NYC/499957.2

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Richard Kibbe & Orbe LLP | Former Other Interested Party (bankruptcy)<br><br>Richard Kibbe & Orbe LLP represents and/or represented a party-in-interest in an unrelated Chapter 11 case in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Riemer & Braunstein LLP | Former Client-Friendly; Current Adverse Party; Current Other Interested Party<br><br>Riemer & Braunstein LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Robinson, James | Current & Former Adverse Party; Former Other Interested Party |
| Robinson, Richard | "Richard R. Robinson" -- Former Adverse Party |
| Salazar, Carlos | Current Client |
| Scott Notions Inc | Current Other Interested Party |
| Securities and Exchange Commission, Miami Regional Office | "US Securities & Exchange" -- Former Client-Friendly; Current & Former Adverse Party; Current & Former Other Interested Party; Former Co-Party |
| Service By Air | Current Adverse Party |
| Shrm Society For Human Resource Management | Former Other Interested Party |
| Smith, Kathleen | Former Other Interested Party |
| Sonobond Ultrasonics | Current Other Interested Party |
| Standard & Poor's | Former Client-Friendly; Former Adverse Party; Former Other Interested Party |
| Staples Advantage | "Staples" in name -- Former Client; Former Client-Friendly; Current & Former Adverse Party, Current & Former Other Interested Party |

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Steven M. Miller, Esq. | Former Other Interested Party<br><br>Steven M. Miller, Esq. represents and/or represented a party-in-interest in an unrelated Chapter 11 case in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Sunbelt Rentals | Current Client-Friendly; Current & Former Other Interested Party |
| Sun-Sentinel | Current Adverse Party |
| Taylor, Charles | "Charles Taylor" -- Former Other Interested Party |
| Terremark North America, Inc | "Terremark Worldwide" -- Former Adverse Party |
| The Campaign Finance Institute c/o Newmark Knight Frank | "Newmark Knight & Frank" -- Current Client-Friendly; Former Adverse Party |
| Thomson Financial LLC | Current & Former Other Interested Party; Current & Former Adverse Party |
| Time Warner | See tw Telecom. |
| T-Mobile | Current Client; Current Client-Friendly; Current & Former Other Interested Party; Current & Former Adverse Party |
| Torres, Gilberto | Former Adverse Party |
| Toyota Financial Services Commercial Finance | Current Adverse Party; Former Other Interested Party |
| Toyota Motor Credit Corporation | Former Client<br><br>"Toyota Motor Corporation" -- Current Client<br><br>"Toyota Boshoku" -- Current Client<br><br>"Toyota Auto Body" -- Current Client<br><br>"Toyota Motor Sales" -- Current Client<br><br>"TOYOTA"-named entities:  Current & Former Adverse Party; Former Co-Party; Current & Former Other Interested Party |

NYC/499957.2

| Debtors' Party | Arent Fox Relationship |
|---|---|
| tw telecom inc. (formerly Time Warner Telecom Inc.) | "TW Telecom" -- Current & Former Other Interested Party<br><br>"Time Warner" -- Current & Former Client; Current & Former Client-Friendly; Current & Former Other Interested Party; Current & Former Adverse Party |
| Uline | Current & Former Other Interested Party |
| United Parcel Service | "United Parcel Service" or "UPS" in name – Current & Former Client-Friendly; Current & Former Adverse Party; Current & Former Other Interested Party<br><br>Also see paragraphs 6, 7, 8 and 9 above. |
| United States Department of Justice, Civil Division | See Department of Justice. |
| UPS-Supply Chain Solution, Inc. | See United Parcel Service. |
| Venable LLP | Former Adverse Party; Current Other Interested Party<br><br>Venable LLP represents and/or represented parties-in-interest in unrelated Chapter 11 cases in which Arent Fox represents and/or represented the Official Committee of Unsecured Creditors. |
| Verizon 2 | "Verizon" -- Current & Former Client; Current & Former Adverse Party; Current & Former Client-Friendly; Current & Former Other Interested Party |
| Wachovia Securities | Current & Former Client; Current & Former Client Friendly; Current & Former Adverse Party; Current & Former Other Interested Party.<br><br>Also see Wells Fargo Century Inc. and Wells Fargo Financial Capital. |
| Waste Management Southern Sanitation | "Waste Management" -- Former Client, Adverse Party & Other Interested Party; Former Client-Friendly & Adverse Party (bankruptcies); Current Other Interested Party & Adverse Party (bankruptcies); Current Adverse Party |

NYC/499957.2

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Wells Fargo Century Inc. | "Wells Fargo": Current & Former Client; Current & Former Client Friendly; Current & Former Adverse Party; Current & Former Other Interested Party<br><br>See also paragraphs 10 and 11 above. |
| Wells Fargo Financial Capital | See Wells Fargo Century, Inc. & Wachovia Securities. |
| YKK U.S.A. Inc | YKK -- Former Client; Former Adverse Party; Current Other Interested Party |
| YRC | Current Other Interested Party |

NYC/499957.2