IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

Objection Deadline: October 7, 2010 at 4:00 p.m.
Hearing Date: October 25, 2010 at 11:00 a.m.

**FIRST QUARTERLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
VENABLE LLP, AS SPECIAL COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM APRIL 14, 2010 THROUGH JUNE 30, 2010**

| | |
|---|---|
| Name of Applicant: | VENABLE LLP |
| Authorized to Provide Professional Services to: | Debtors and debtors in possession |
| Date of Retention: | *Nunc Pro Tunc* to April 14, 2010, by order entered on May 12, 2010 |
| Period for which Compensation and Reimbursement is Sought: | April 14, 2010 through June 30, 2010[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $173,406.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $520.95 |

This is a: \_ monthly    x interim    \_ final application.

The total time expended for fee application preparation is approximately 27 hours and the corresponding compensation requested is approximately $13,439.50.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] This Application may include time expended before the time period indicated above that has not been included in any prior application. The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| | 4/14/10 – 4/30/10 | 30,892.50 | 151.42 | 24,714.00 | 151.42 |
| | 5/1/10 – 5/31/10 | 61,863.00 | 114.20 | 49,490.40 | 114.20 |
| | 6/01/10 – 6/30/10 | 80,651.00 | 255.51 | 64,520.80 | 255.51 |
| | | | | | |

## VENABLE PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul A. Debolt | Partner since 2001; Member of Venable's Government Contracts Practice Group; Member of DC Bar and OH Bar since 1995 and 1989, respectively | 500.00 | 1.70<br>1.40<br>.80 | 850.00<br>700.00<br>400.00 |
| Terry L. Elling | Partner 5 years (of counsel in 2002); Member of Venable's Government Contracts Practice Group; Member of DC and IL Bars since 2003 and 1982, respectively | 500.00 | 1.30<br>7.00<br>.20 | 650.00<br>3,500.00<br>100.00 |
| Nancy R. Grunberg | Partner since 2002; Co-Chair of Venable's SEC and White Collar Defense Practice Group; Member of DC and MD Bars since 1984 and 1985, respectively | 550.00 | 10.00<br>29.30<br>28.40 | 5,500.00<br>16,115.00<br>15,620.00 |
| Paul T. Kaplun | Partner for 10 years; Member of Venable's Government Contracts Practice Group; Member of DC, MD and VA Bars since 1978, 1985 and 1982, respectively | 605.00 | 3.20 | 1,936.00 |
| Lawrence A. Katz | Partner since 2000; Senior partner in Venable's Bankruptcy and Creditors' Rights Group; Member of VA, DC, and MD Bars since 1978, 1985 and 2002, respectively | 565.00 | .80<br>8.90<br>4.70 | 452.00<br>5,028.50<br>2,655.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| George Kostolampros | Partner since January 2010; Member of Venable's SEC and White Collar Defense Practice Group; Member of DC and NY Bars since 2008 and 2001, respectively | 420.00 | 4.50<br>28.20<br>58.20 | 1,890.00<br>11,844.00<br>24,444.00 |
| Thomas J. Madden | Partner since 1984; Chair of Venable's Government Contracts Practice Group; Member of DC and NJ Bars since 1968 | 685.00 | 26.20<br>16.00<br>4.50 | 17,947.00<br>10,960.00<br>3,082.50 |
| Thomas D. Washburne, Jr. | Partner since 1998; Member of DC, NY and MD Bars since 2004, 1981 and 1983, respectively | 550.00 | .60 | 330.00 |
| Matthew Beville | Associate since 2010; Member of Venable's SEC and White Collar Defense Practice Group; Member of FL Bar since 2009 | 280.00 | .80 | 224.00 |
| Kristen Burgers | Associate since 2005; member of the Virginia and DC Bar since 2004 and 2006, respectively | 350.00 | 1.50 | 525.00 |
| Jeffrey M. Chiow | Associate since 2008; Member of Venable's Government Contracts Practice Group; Member of DC and VA Bars since 2009 and 2008, respectively | 310.00 | .70<br>7.40<br>2.40 | 217.00<br>2,294.00<br>744.00 |
| Dismas Locaria | Associate since 2003; member of DC and MD Bar since 2004 and 2003, respectively | 415.00 | 2.80<br>1.50 | 1,162.00<br>622.50 |
| Todd Burdick | Paralegal since 2007 | 195.00 | 0 | 0 |
| Laurie L. Rexroad | Paralegal since 2007 | 190.00 | .90<br>6.00<br>49.40 | 171.00<br>1,140.00<br>9,386.00 |
| Mazen I. Saah | Paralegal since 2004 | 295.00 | 10.90<br>16.10<br>56.30 | 3,215.50<br>4,749.50<br>16,608.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tracey M. Scott | Electronic Discovery Technical Coordinator/Litigation Support Project Coordinator since 2001 | 205.00 | 5.00<br>30.60 | 1,025.00<br>6,273.00 |
| Daniel P. Sunderland | IT Project Coordinator 5 years | 190.00 | 4.50<br>1.00 | 855.00<br>190.00 |
| Total | | | 433.70 | $173,406.50 |

          **Grand Total:**   $ 173,406.50
          **Total Hours:**      433.70
          **Blended Rate:**  $    399.83

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Other Court Litigation | 358.00 | 133,260.50 |
| Miscellaneous | 9.50 | 3,865.00 |
| Employment of Professionals | 12.40 | 6,748.00 |
| Fee Applications | 27.00 | 13,439.50 |
| General Operations | 23.40 | 14,547.00 |
| Bankruptcy and Creditors Rights Advice | 3.40 | 1,546.50 |
| | 433.70 | $173,406.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Auto Travel Expense | | 0 |
| Working Meals | | 0 |
| Delivery/Courier Service | | 240.15 |
| Fax Transmittal | | 0 |
| Hotel Expense | | 0 |
| Long Distance | | 35.09 |
| Other | | 186.01 |
| Outside Services | | 0 |
| Court Research | PACER, Lexis, Westlaw | 0 |
| Postage | US Mail | 0 |
| Reproduction Expense | | 25.70 |
| Reproduction/ Scan Copy | | 0 |
| Overtime | | 34.00 |
| | | $ 520.95 |

---

[3] Venable LLP may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**FIRST QUARTERLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
VENABLE LLP, AS SPECIAL COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM APRIL 14, 2010 THROUGH JUNE 30, 2010**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Administrative Order Under 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Interim Compensation and Expense Reimbursement of Professionals and Committee Members," signed on or about May 12, 2010 (the "Administrative Order"), Venable LLP ("Venable" or the "Firm"), special counsel to the debtors and debtors in possession ("Debtors"), hereby submits its First Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from April 14, 2010 through June 30, 2010 (the "Application").

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

By this Application Venable seeks a quarterly interim allowance of compensation in the amount of $173,406.50 and actual and necessary expenses in the amount of 520.95 for a total allowance of $ 173,927.45 and payment of the unpaid portion of such compensation and expenses for the period April 14, 2010 through June 30, 2010 (the "Interim Period"). In support of this Application, Venable respectfully represents as follows:

### Background

1. On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue in possession of their properties and continue to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Committee of Unsecured Creditors ("Committee") was appointed on or about April 23, 2010. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about May 12, 2010, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty (20) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending April 30, 2010, at three-month intervals, each of the Professionals must file with

the Court and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4.  The retention of Venable, as special counsel to the Debtors, was approved by this Court's "Order Under Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 Authorizing the Employment and Retention of VENABLE LLP as Special Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date, signed on or about May 12, 2010 (the "Retention Order"). The Retention Order authorized Venable to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### VENABLE'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

#### Monthly Fee Applications Covered Herein

5.  The Monthly Fee Applications for the periods April 14, 2010 through June 30, 2010 of Venable have been filed and served pursuant to the Administrative Order.

6.  On July 27, 2010, Venable filed its First Monthly Application of Venable LLP for Compensation and for Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from April 14, 2010 through April 31, 2010 ("First Monthly Fee Application") requesting $30,892.50 in fees and $151.42 in expenses. Venable has not been paid the fees and expenses requested in the First Monthly Fee Application. A true and correct copy of the First Monthly Fee Application is attached hereto as Exhibit A.

7. On July 27, 2010, Venable filed its Second Monthly Application of Venable LLP for Compensation and for Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from May 1, 2010 through May 31, 2010 ("Second Monthly Fee Application") requesting $61,863.00 in fees and $114.02 in expenses. Venable has not been paid the fees and expenses requested in the Second Monthly Fee Application. A true and correct copy of the Second Monthly Fee Application is attached hereto as Exhibit B.

8. On August 18, 2010, Venable filed its Third Monthly Application of Venable LLP for Compensation and for Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2010 through June 30, 2009 ("Third Monthly Fee Application") requesting $80,651.00 in fees and $255.51 in expenses. Venable has not been paid the fees and expenses requested in the Third Monthly Fee Application. A true and correct copy of the Third Monthly Fee Application is attached hereto as Exhibit C.

9. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by Venable during the Interim Period as well as other detailed information required to be included in fee applications.

## Requested Relief

10. By this Application, Venable requests that the Court approve payment of one-hundred percent (100%) of the fees and expenses incurred by Venable during the Interim Period of April 14, 2010 through June 30, 2010.

11. At all relevant times, Venable has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

12. All services for which compensation is requested by Venable were performed for or on behalf of the Debtors and not on behalf of any committee, creditor or other person.

13. Venable has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Venable and any other person other than the partners of Venable for the sharing of compensation to be received for services rendered in these cases. Venable has received payments from the Debtors during the year prior to the Petition Date in the amount of $1,820,299.20 in connection with its pre-petition representation of the Debtors.

14. The professional services and related expenses for which Venable requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of Venable's professional responsibilities as special counsel to the Debtors. Venable's services have been necessary and beneficial to the Debtors and their estate, creditors and other parties in interest.

15. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Venable is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, Venable has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, Venable respectfully requests that the Court enter an order, in the form attached hereto, providing that an interim allowance be made to Venable for the period from April 14, 2010 through June 30, 2010 in the sum of $173,406.50, as compensation for necessary professional services rendered, and the sum of $520.95, for reimbursement of actual necessary costs and expenses, for a total of $173,927.45, that the Debtors be authorized and directed to pay to Venable the outstanding amount of such sums; and for such other and further relief as may be just and proper.

Dated: September 17, 2010     VENABLE LLP

*Nancy R. Grunberg*
Nancy R. Grünberg (Bar No. 380169)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 344-4730
Facsimile: (202) 344-8300
Email: nrgrunberg@venable.com
Special Counsel for the Debtors and Debtors in Possession

## VERIFICATION

Nancy R. Grunberg, after being duly sworn according to law, deposes and says:

    a)    I am a partner of the applicant law firm Venable LLP.

    b)    I am familiar with the work performed on behalf of the Debtors by the lawyers and paraprofessionals of Venable LLP.

    c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about May 12, 2010, and submit that the Application substantially complies with such Rule and Order.

*/s/ Nancy R. Grunberg*
Nancy R. Grunberg

SWORN AND SUBSCRIBED
before me this 17th day of September, 2010

*/s/ Suzanne M. Riggs*
Notary Public
My Commission Expires:

Suzanne M. Riggs
Notary Public, District of Columbia
My Commission Expires 11/14/2010

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: ) | | Chapter 11 |
| ) | | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] ) | | Case No. 10-11255 (PJW) |
| ) | | (Jointly Administered) |
| Debtors. ) | | |
| ) | | |

**ORDER APPROVING FIRST QUARTERLY
APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
VENABLE LLP, AS SPECIAL COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM APRIL 14, 2010 THROUGH JUNE 30, 2010**

Venable LLP ("Venable"), as special counsel for the Debtor in the above-captioned case, filed a First Quarterly application for allowance of compensation and reimbursement of expenses for April 14, 2010 through June 30, 2010 (the "First Quarterly Application"). The Court has reviewed the First Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Application, and any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Application. Accordingly, it is hereby

ORDERED that the First Quarterly Application is GRANTED, on an interim basis. Debtors in the above cases shall pay to Venable the sum of $173,406.50 as compensation

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

and $520.95 as reimbursement of expenses, for a total of $173,927.45 for services rendered and disbursements incurred by Venable for the period April 14, 2010 through June 30, 2010, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____

_____
United States Bankruptcy Judge