# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         : Chapter 11
                                                               :
POINT BLANK SOLUTIONS, INC., *et al.*[1]                       : Case No. 10-11255 (PJW)
                                                               :
           Debtors.                      : Jointly Administered
                                                               :
                                                               : **Hearing Date: Only If An Objection Is Filed.**
                                                               : **Objection Deadline: October 18, 2010 @ 4:00 p.m.**
---------------------------------------------------------------x

## FOURTH MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2010 THROUGH AUGUST 31, 2010

**NOTICE:** Certain time entries relating to the Committee's investigation of certain parties and possible litigation strategies were redacted to protect the attorney-client privilege and attorney work product doctrines. Un-redacted copies of the invoices were provided to the Court for its *in camera* inspection.

| | |
|---|---|
| Name of Applicant: | Arent Fox LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | June 9, 2010, *nunc pro tunc* to April 26, 2010 |
| Period for which compensation and reimbursement are sought: | August 1, 2010 through August 31, 2010 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $282,284.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $ 2,204.74 |

This is a(n):  __X__ monthly  _____ interim  _____ final application

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. ("PBSI") (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc., (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37557; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

{00004886.}

NYC/527518.1

# PRIOR FEE APPLICATIONS FILED

Monthly Applications:

| Date Filed | Period Covered | Requested | | Approved | | Amount of Holdback |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | |
| 07/01/10 [Doc. No. 290] | 04/26/10 – 05/31/10 | $196,123.00 | $1,996.90 | Pending | Pending | Pending |
| 08/13/10 [Doc. No. 468] | 06/01/10 – 06/30/10 | $198,497.50 | $2,405.59 | Pending | Pending | Pending |
| 09/07/10 [Doc. No. 553] | 07/01/10 – 07/31/10 | $283,795.00 | $3,782.11 | Pending | Pending | Pending |

Quarterly Applications:

| Date Filed | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| 08/16/10 [Dkt. 369] | 04/26/10 – 06/30/10 | $394,620.50 | $4,402.49 | Pending | Pending |

{00004886.}

NYC/527518.1

# ATTACHMENT B
# TO FEE APPLICATION

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew I. Silfen | Partner since 2003. Member of NJ bar since 1986. Member of NY bar since 1987. | $810 | 0.40 | $324.00 |
| Robert Hirsh | Partner since 2005. Member of NY and NJ bars since 1998. | $650 | 75.80 | $49,270.00 |
| Timothy F. Brown | Partner since 1998. Member of DC bar since 1982. | $640 | 92.10 | $58,944.00 |
| George P. Angelich | Partner since 2010. Member of PA bar since 2000. Member of DC bar since 2003. Member of NY bar since 2005. | $530 | 125.50 | $66,515.00 |
| Heike M. Vogel | Joined firm as an associate in 2005. Member of NJ bar since 2000. Member of NY bar since 2001. | $520 | 28.50 | $14,820.00 |
| Jackson D. Toof | Joined firm as an associate in 2007. Member of VA bar since 2002. Member of DC bar since 2003. | $445 | 25.00 | $11,125.00 |
| Ronni N. Arnold | Joined firm as an associate in 2009. Member of NY bar since 2007. | $425 | 77.70 | $33,022.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jordana Renert | Joined firm as an associate in 2009. Member of the NY bar since 2007. | $360 | 14.00 | $5,040.00 |
| George V. Utlik | Joined firm as an associate in 2009. Member of NJ bar since 2008. Member of NY bar since 2008. | $320 | 89.60 | $28,672.00 |
| Lisa Indelicato | Paralegal | $270 | 18.80 | $5,076.00 |
| Nova A. Constantino | Paralegal | $265 | 19.00 | $5,035.00 |
| Alayne O'Neill | Paralegal | $255 | 3.10 | $790.50 |
| Chavah S. Gully | Practice Technology Analyst | $250 | 14.60 | $3,650.00 |
| **TOTAL** | | | **584.10** | **$282,284.00** |

Blended Rate: $483.28

# COMPENSATION BY PROJECT CATEGORY
## AUGUST 1, 2010 THROUGH AUGUST 31, 2010

| Project Category | Total | Total Fees |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 0.00 | $0.00 |
| Case Management and Operating Expenses (02) | 3.80 | $1,234.00 |
| Corporate and Business Matters (03) | 2.90 | $1,200.50 |
| Sale and Disposition of Assets (04) | 1.10 | $467.50 |
| Asset Analysis and Recovery (05) | 1.30 | $552.50 |
| Claims Administration and Objections (06) | 0.60 | $293.00 |
| Miscellaneous Motions and Objections (07) | 386.80 | $188,831.50 |
| Committee and Debtor Communications (08) | 103.40 | $56,293.50 |
| Adversary Proceedings (09) | 0.00 | $0.00 |
| Professional Retention (10) | 22.60 | $7,980.50 |
| Plan and Disclosure Statement Matters (11) | 0.30 | $91.00 |
| Cash Collateral and DIP Financing (12) | 9.70 | $4,962.50 |
| Employee Benefits and Severance, Pensions (13) | 0.00 | $0.00 |
| Real Estate and Leasing and Executory Contracts (14) | 0.00 | $0.00 |
| Creditor Inquiries (15) | 0.20 | $64.00 |
| Automatic Stay and Section 362 and 363 Matters (16) | 0.00 | $0.00 |
| Investigation of Secured Creditor, Equipment Lessors (17) | 2.40 | $1,256.00 |
| Utilities and Regulatory Matters (18) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection and Investigation (19) | 0.00 | $0.00 |
| Contracts (20) | 0.00 | $0.00 |
| Tax (21) | 0.00 | $0.00 |
| Fee Applications (22) | 33.80 | $13,381.50 |
| Environmental Matters (23) | 0.00 | $0.00 |
| Creditor Information Sharing and 1102 Services (24) | 0.00 | $0.00 |
| SOX Settlement (25) | 15.20 | $5,676.00 |
| Bank of America (26) | 0.00 | $0.00 |
| Steel Partners (27) | 0.00 | $0.00 |
| Travel (28) | 0.00 | $0.00 |
| **Total** | **584.10** | **$282,284.00** |

{00004886.}
NYC/527518.1

# EXPENSE SUMMARY
## AUGUST 1, 2010 THROUGH AUGUST 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Database Search | PACER | $169.52 |
| Duplicating | | $165.50 |
| Local Travel | Parking, taxicabs | $81.00 |
| Meals | Committee meals, working meals | $324.12 |
| Out-of-Town Meals | | $56.69 |
| Out-of-Town Transportation | Amtrak | $259.00 |
| Overnight Delivery | Federal Express | $27.61 |
| Overtime Expense – Secretary | | $7.50 |
| Phone Charges | CourtCall | $829.95 |
| Professional Service Fees | Henderson Legal Services | $175.00 |
| Telecopier | | $75.00 |
| Document Imaging | | $3.15 |
| Westlaw | | $30.70 |
| **TOTAL** | | **$2,204.74** |

{00004886.}
NYC/527518.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
POINT BLANK SOLUTIONS, INC., *et al.*[1]            : Case No. 10-11255 (PJW)
                                                    :
                                    Debtors.        : Jointly Administered
                                                    :
                                                    : Hearing Date: Only If An Objection Is Filed.
                                                    : Objection Deadline: October 18, 2010 @ 4:00 p.m.
                                                    :
---------------------------------------------------------------x

# FOURTH MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2010 THROUGH AUGUST 31, 2010

Pursuant to Sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's administrative order establishing procedures for interim compensation pursuant to section 331 of the Bankruptcy Code, dated May 12, 2010 [Docket No. 114] (the "Compensation Order"), Arent Fox LLP ("Arent Fox") hereby files its Fourth Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee (the "Committee") of Unsecured Creditors of Point Blank Solutions Inc., *et al.* ("the Debtors") for the Period from August 1, 2010 through August 31, 2010, and for Reimbursement of Committee Member Expenses (the "Application"). By this Application, Arent Fox seeks a monthly allowance pursuant to the Compensation Order

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. ("PBSI") (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc., (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37557; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

{00004886. }NYC/527518.1

with respect to sums of $282,284.00 for compensation and $2,201.59 for reimbursement of actual and necessary expenses for a total of $284,485.59 for the period from August 1, 2010 through and including August 31, 2010 (the "Compensation Period"). In support of this Application, Arent Fox respectfully represents as follows:

## Background

1.  On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

2.  On June 9, 2010, the Court approved the retention of Arent Fox as counsel to the Committee *nunc pro tunc* to April 26, 2010 [Docket No. 234].

## Compensation Paid and Its Source

3.  All services for which compensation is requested by Arent Fox were performed for or on behalf of the Committee.

4.  Arent Fox has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application for the Compensation Period. There is no agreement or understanding between Arent Fox and any persons other than the partners of Arent Fox for the sharing of compensation to be received for services rendered in these cases.

## Time Records

5.  A copy of the time records for the Compensation Period is attached hereto as Exhibit A. The time records contain daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of Arent Fox's knowledge, this Application

complies with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

6. A summary of the actual and necessary expenses incurred by Arent Fox during the Compensation Period is attached hereto as Exhibit B. While representing the Committee in these cases, Arent Fox will limit its photocopying expenses to $.10 per page and its charges for out-going facsimile transmissions to $1.00 per page, in accordance with the local rules. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7. Regarding providers of on-line legal research (e.g., WESTLAW), Arent Fox charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal Arent Fox's actual cost. Arent Fox currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows Arent Fox to cover adequately the monthly flat fees it must pay to these types of providers.

8. Arent Fox believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, Arent Fox believes that such charges are in accordance with the guidelines of the American Bar Association ("ABA"), as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

9. The partners and associates of Arent Fox who have rendered professional services

in these cases are: Andrew I. Silfen, Robert Hirsh, Timothy F. Brown, George P. Angelich, Heike M. Vogel, Jackson D. Toof, Ronni N. Arnold, Jordana Renert, and George V. Utlik. Lisa Indelicato, Nova A. Constantino, Alayne O'Neill and Chavah S. Gully are paraprofessionals of Arent Fox who have also rendered services in these cases.

10. Arent Fox, by and through the above-named persons, has submitted substantive and procedural pleadings to the Court for consideration on behalf of the Committee, advised the Committee on a regular basis with respect to various matters in connection with these cases, and performed all necessary professional services which are described and narrated in detail below.

## Summary of Services By Project

11. The services rendered by Arent Fox during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on Exhibit A. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A.

A. Case Management and Operating Reports (02)

Fees: $1,234.00        Total Hours: 3.80

This category includes all matters related to preparation for upcoming hearings and general case management.

B. Corporate and Business Matters (03)

Fees: $1,200.50        Total Hours: 2.90

This category includes all matters related to the review of the historical and operational reports of the Debtors' business.

    C.   <u>Sale and Disposition of Assets (04)</u>

    Fees: $467.50    Total Hours: 1.10

This category includes all matters related to the review of the status of the possible sale of substantially all of the Debtors' assets.

    D.   <u>Asset Analysis & Recovery (05)</u>

    Fees: $552.50    Total Hours: 1.30

This category includes time spent reviewing the Waterfall Analysis.

    E.   <u>Claims Administration and Objections (06)</u>

    Fees: $293.00    Total Hours: 0.60

This category includes time spent on matters related to the bar date and on the review of the claims register for recently filed claims.

    F.   <u>Miscellaneous Motions and Objections (07)</u>

    Fees: $188,831.50    Total Hours: 386.80

This category includes all matters related to reviewing and responding to miscellaneous motions and pleadings filed throughout these cases. Specifically, on behalf of and at the direction of the Committee, Arent Fox prosecuted the Committee's motion requesting the appointment of either a chapter 11 trustee or an examiner (the "1104 Motion"). In connection with the 1104 Motion, Arent Fox conducted discovery of the Debtors management, Board of Directors, and Steel Partners and reviewed thousands of pages of documents and information in a compressed period of time. Further, the Committee and its professionals were served with, and required to respond to, written discovery propounded by the Debtors in response to the 1104

Motion, including reviewing and producing numerous documents and responding to interrogatories. On behalf of and at the direction of the Committee, Arent Fox prepared and served its own discovery requests on the Debtors and took multiple depositions of the Debtors' management, and other key witnesses, including the Debtors' Board of Directors and Steel Partners' management. After consultation with the Committee and at the Committee's direction, Arent Fox commenced an investigation of the Debtors and their businesses and complied with the Debtors' discovery demands in response to this investigation. Following extensive briefing and trial preparation, Arent Fox initiated and led multi-party settlement negotiations with the Office of United States Trustee, the Official Committee of Equity Security Holders, the Debtors, and Steel Partners. Settlement efforts by Arent Fox, on behalf of the Committee, resulted in a negotiated stipulation permitting the Debtors to remain in possession, while making other key and immediate enhancements to the sale and restructuring process. Arent Fox's negotiations, on behalf of the Committee, also sought and attained the improvement and extension of the terms of the DIP financing facility, including modification of the DIP financing milestones. Furthermore, Arent Fox, on behalf of the Committee, negotiated key improvements to the Debtors' operations and restructuring process, including the appointment of a Board Observer who is tasked with reporting Board activities to both official committees; execution of a Joint Prosecution Agreement whereby the Debtors and the Creditors Committee agree to work more closely together on certain key litigation; and improved communications between the parties in interest, allowing to maximize value of these estates for all constituents.

   G.  <u>Committee and Debtor Communications, Conference (08)</u>

    Fees: $56,293.50  Total Hours: 103.40

  This category includes all matters related to communications involving counsel to

the Committee and any of the Debtors, their professionals, members of the Committee and other Committee professionals. Specifically, weekly conference calls were held between the Committee and the Debtors and their counsel.

    H.   <u>Professional Retention (10)</u>

      Fees: $7,980.50   Total Hours: 22.60

This category includes time spent reviewing applications for the retention of various professionals. Further, Arent Fox spent time researching connections with various parties in these cases, and preparing and filing supplemental affidavits to disclose same.

    I.   <u>Plan and Disclosure Statement (11)</u>

      Fees: $91.00   Total Hours: 0.30

This category includes time spent on all matters related to a plan and disclosure statement.

    J.   <u>Cash Collateral and DIP Financing (12)</u>

      Fees: $4,962.50   Total Hours: 9.70

This category includes all matters related to the review, analysis and negotiation of debtor in possession financing and cash collateral issues, including issues related to certain financing terms, objections to proposed financing, and analysis of security interests.

    K.   <u>Creditor Inquiries (15)</u>

      Fees: $64.00   Total Hours: 0.20

This category includes time spent responding to creditor inquiries.

    L.   <u>Investigation of Secured Creditor, Equipment Leasing (17)</u>

      Fees: $1,256.00   Total Hours: 2.40

This category includes all matters related to the Committee's investigation of

secured creditors' interests.

   M.  <u>Fee Applications (22)</u>

   Fees: $13,381.50  Total Hours: 33.80

This category includes time spent reviewing and analyzing the fee applications filed by various professionals. Also, during the Compensation Period, Arent Fox prepared and filed its June and July fee applications.

   N.  <u>Sox Settlement (25)</u>

   Fees: $5,676.00  Total Hours: 15.20

This category includes all matters related to the Section 304 claims by Sox.

### Valuation of Services

12. Attorneys and paraprofessionals of Arent Fox have expended a total of 584.10 hours in connection with this matter during the Compensation Period, as follows:

| **PROFESSIONALS** | **HOURS** | **HOURLY RATE** |
|---|---:|---:|
| Andrew I. Silfen | 0.40 | $810 |
| Robert Hirsh | 75.80 | $650 |
| Timothy F. Brown | 92.10 | $640 |
| George P. Angelich | 125.50 | $530 |
| Heike M. Vogel | 28.50 | $520 |
| Jackson D. Toof | 25.00 | $445 |
| Ronni N. Arnold | 77.70 | $425 |
| Jordana Renert | 14.00 | $360 |
| George V. Utlik | 89.60 | $320 |
| Lisa Indelicato | 18.80 | $270 |
| Nova A. Constantino | 19.00 | $265 |
| Alayne O'Neill | 3.10 | $255 |
| Chavah S. Gully | 14.60 | $250 |

The nature of the work performed by these persons is fully set forth in Exhibit A. These are Arent Fox's normal hourly rates for work of this character. The reasonable value of the services rendered by Arent Fox to the Committee during the Compensation Period is $282,284.00.

{00004886. }
NYC/527518.1

13. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Arent Fox is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in other cases. Moreover, Arent Fox has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, Arent Fox respectfully requests that the Court authorize that for the period from August 1, 2010 through August 31, 2010, an allowance be made to Arent Fox pursuant to the terms of the Compensation Order, with respect to the sum of $282,284.00 as compensation for the necessary professional services rendered (80% of which equals $225,827.20), and the sum of $2,204.74 as 100% reimbursement of the actual and necessary expenses, for a total of $284,488.74, and that such sums be authorized for payment, and for such other and further relief as this Court may deem just and proper.

Dated: September 28, 2010
Wilmington, DE

Respectfully submitted,

  /s/ Brian L. Arban
Frederick B. Rosner (DE #3995)
Brian L. Arban (DE #4511)
THE ROSNER LAW GROUP LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 777-1111

- and -

Robert M. Hirsh
George P. Angelich
Heike M. Vogel
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(212) 484-3900 (Tel.)
(212) 484-3990 (Fax)

*Counsel for the Official Committee of Unsecured Creditors of Point Blank Solutions, Inc., et al.*