**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:  Point Blank Solutions, Inc.                                   Case No. 10-11255 (PJW)

**Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's**
**Amended Statement and Schedules**

Point Blank Solutions, Inc. (the "Debtor") submits its Amended Statement of Financial Affairs
(the "Statement") and Amended Schedules of Assets and Liabilities (the "Schedules"), pursuant
to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007, which amend the Schedules
and Statements filed on May 14, 2010.  The following notes regarding the Statement and
Schedules are fully incorporated into and made part of the Statement and Schedules.  These notes
comprise an integral part of the Statement and Schedules and should be referred to and
considered in connection with any review of the Statement and Schedules.  Unless otherwise
noted, the financial and other information contained in the Statement and Schedules is derived
from the Debtor in accordance with the Debtor's financial reporting and accounting policies and
procedures.

The Debtor's bankruptcy petition was filed on April 14, 2010, along with the bankruptcy
petitions of 3 of its affiliates (collectively, the "Debtors").  The Debtors' bankruptcy cases are
jointly administered by order of the Bankruptcy Court under the caption In re Point Blank
Solutions, Inc., Case No. 10-11255 (PJW).

The Debtor reserves all rights to further amend the Statement and Schedules in all respects, as
may be necessary or appropriate, including, but not limited to, the right to dispute or to assert
offsets or defenses to any claim reflected on the Statement and Schedules as to amount, liability
or classification of the claim, or to otherwise subsequently designate any claim as "disputed,"
"contingent" or "unliquidated."  Furthermore, nothing contained in the Statement and Schedules
shall constitute a waiver of rights by the Debtor involving any present or future causes of action,
contested matters or other issues under the provisions of chapter 11 of title 11 of the United
States Code or other applicable non-bankruptcy laws.

Given the differences between the information to be submitted in the Statement and Schedules
and the financial information utilized under Generally Accepted Accounting Principles, the
aggregate asset values and claim amounts set forth in the Statement and Schedules may not
reflect the values and amounts that would be set forth in a balance sheet for the Debtor prepared
in accordance with Generally Accepted Accounting Principles on a consolidated basis.

It would be prohibitively expensive, unduly burdensome and extremely time-consuming to
obtain current market valuations of the Debtor's assets.  Accordingly, unless otherwise indicated,
net book values rather than current market values are reflected on the Statement and Schedules.
Assets that have been fully depreciated or expensed for accounting purposes have no net book
value.  The current book values may not reflect a comprehensive review of accounting
adjustments, including asset impairments and write-downs, which may be required and
conducted in relation to the Debtor's bankruptcy.  The reader therefore should not place undue
reliance upon the book values associated with the assets listed.

1

DOCS_SF:72038.4

The Debtor has not listed estimated values of its real estate leases.


**General Notes Regarding the Debtor's Statement and Schedules**

**1.  Financial Information.**
The information provided for herein, except as otherwise noted, represents the assets and liability data of the Debtor as of April 14, 2010, (the "Petition Date") unless otherwise noted.

**2.  Unaudited Financial Information.**
The Statement and Schedules prepared by the Debtor's management and professionals are unaudited.  While the Debtor has tried to ensure that the Statement and Schedules are accurate and complete based upon information that was available at the time of the preparation, the subsequent receipt of information or an audit may result in material changes in financial data contained in the Statement and Schedules.

**3.  Claim Description.**
Any failure to designate a claim on the Statement and Schedules as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim is not "contingent," "unliquidated," or "disputed."  The Debtor reserves the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules as to amount, liability, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

Moreover, the Debtor reserves all rights to amend the Statement and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Statement and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Furthermore, nothing contained in the Statement and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of Chapter 11 of title 11 of the United States Code or other relevant non-bankruptcy laws.

**4.  Accuracy.**
While the Debtor has sought to file complete and accurate Statement and Schedules, inadvertent errors and omissions may exist.  The Debtor reserves the right to amend its Statement and Schedules as necessary or appropriate.

**5.  Liabilities.**
The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Statement and Schedules.  As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

DOCS_SF:72038.4

## 6. Insiders.

For the purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) as (a) directors, (b) officers, (c) those in control of the Debtors, (d) relatives of directors, officers, or persons in control of the Debtors and (e) non-debtor affiliates.  Payments to insiders listed in (a) through (d) above are set forth in response to Question 3.c of the Statements. The Debtors note that, although partnerships in which a debtor is a general partner may be considered insiders under section 101(31)(B) of the Bankruptcy Code, the Debtors do not admit that the joint ventures in which a non-debtor affiliate serves as a general partner should be considered insiders in these cases.  These joint ventures are with unrelated third parties and are governed by detailed operating agreements.  Consequently, the Debtors do not believe that these joint ventures are insiders., with the exception of Life Stone Materials, which is disclosed in the Statement.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law.

The Debtors have included all payments and awards made over the twelve months preceding the filing to any individual deemed an insider.  Included in the value reflected are cash payments to or for the benefit of the insider; restricted stock grants valued at the closing price of the stock at the grant date; and stock options valued at the Black-Scholes value on the date of the grant.

## 7. Transfers Made Within 90 Days of Petition Date.

These payments do not include payroll, payroll related expenses or commissions paid to employees due to the voluminous nature of such payments.  The response to Question 3.b of the Statements lists all transfers made to any party within 90 days immediately preceding the Petition Date, whether or not the transferee is a creditor of any of the Debtors.  Accordingly, the listing of any transfer in response to Question 3.b of the Statements does not constitute an admission that the transferee of such transfer is a creditor of any of the Debtors.  Point Blank Solutions, Inc. ("PBSI") also maintains a lockbox account for collections from their former affiliate, LifeWear/NDL Products, Inc. ("LifeWear")  LifeWear was sold in 2009, but PBSI still receives de minimis collections from receivables owed to them pursuant to the terms of the sale, and then in turn passes those payments onto LifeWear, acting soley as a pass-thru for payments. Furthermore, PBSI makes all payments to creditors of PBSS, LLC and makes other administrative payments to creditors of Point Blank Body Armor, Inc. ("PBBA") and Protective Apparel Corporation of America ("PACA"), while PBBA makes the majority of vendor payments to creditors of PACA and itself.

## 8. Setoffs.

The Debtors routinely incur setoffs from third parties during the ordinary course of business. Setoffs in the ordinary course can result from various routine transactions, including intercompany transactions, counterparty settlements (in particular, interline ticketing setoffs with other carriers), pricing discrepancies, rebates, and other disputes between the Debtors and third parties.  Certain of these constitute normal setoffs consistent with the ordinary course of business in the Debtors' industry.  In such instances, such ordinary course setoffs are excluded from the Debtors' responses to Question 13 of the Statements.  The Debtors reserve all rights to enforce or challenge, as the case may be, any setoffs that have been or may be asserted.

## 9.  Specific Notes.

These general notes are in addition to the specific notes set forth in the related Statement and Schedules hereinafter.

### Note to Schedule "A"

None of the Debtors own any real property.

### Note to Schedule "B"

### Schedule B Disclaimer

Unless otherwise noted, all of the amounts listed on Schedule B represent the value of the Debtor's assets as reflected in the Debtor's books and records (net of depreciation or amortization where applicable).  For the bank accounts, the values are as of the Petition Date. In some instances, the assets are also net of reserves.  The Debtor has performed no independent review of the value of these assets.  The actual value of the assets listed may differ significantly from the amounts reflected in the Debtor's books and records.

Certain items of equipment are or may be listed herein pursuant to a capital lease.  Such designation is not an admission or recognition that such lease is a security agreement, and not a true lease.  The Debtor expressly reserves all rights to challenge, on any basis, the nature of such equipment as owned or leased, as the case may be.

### Note to Schedule "D"

Schedule D lists a term debt to Bank of America that was paid by the Debtors in accordance with the Bankruptcy Court's *Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364, Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules 2002-1 and 4001-2: (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness with Priority Over All Over Secured Indebtedness and with Administrative Superpriority, (2) Authorizing Repayment in Full of Pre-Petition Secured Debt Upon Entry of Interim Order, (3) Granting Liens, (4) Authorizing Use of Cash Collateral and Providing Adequate Protection, (5) Modifying the Automatic Stay and (5) Scheduling A Final Hearing*, entered April 16, 2010.

E.I. duPont de Nemours and Company ("DuPont") is the payee under that certain Subordinated Note dated October 29, 2009 (as amended, restated, supplemented or otherwise modified from time to time, the "DuPont Note").  The DuPont Note was made by PACA, Point Blank and PBSI to DuPont in connection with that certain Amended and Restated Corporate Guarantee dated October 29, 2009 (as amended, restated, supplemented or otherwise modified from time to time, the "Prepetition Guaranty").  Under the Prepetition Guaranty, DuPont guaranteed certain of the Debtors' obligations to the Prepetition Agent under the Prepetition Loan Agreement.  The DuPont Note, and the liens and security interests granted by the Debtors to DuPont under such note (the "DuPont Prepetition Liens"), are contractually subordinated to the Debtors' obligations and liens under the Prepetition Loan Agreement.

DOCS_SF:72038.4

# Note to Schedule "E"

## Taxes

Schedule "E" contains the Debtor's best estimate of all of the potential priority claims against the Debtor's estate held by governmental and quasi-governmental entities. The Debtor has not determined whether, and to what extent, any of the creditors identified on Schedule "E" in fact are entitled to priority under Section 507 of the Bankruptcy Code. The Debtor reserves the right to assert that claims identified on Schedule "E" are not claims of governmental entities and/or that such claims are not entitled to priority.

## Accrued Commissions, Vacation and PTO

On April 16, 2010, the Court entered its *Order (1) Authorizing the Debtors to (A) Pay Wages, Salaries, and Other Compensation, (B) Maintain Employee Medical and Similar Benefits, And (C) Reimbursable Employee Expense; and (II) Authorizing And Directing Banks and Other Financial Institutions to Pay All Checks and Electronic Payment Requests Made by the Debtors Relating to the Foregoing* (the "Wage Order"). The Wage Order authorizes, inter alia, the Debtors to honor their existing prepetition vacation and sick obligations to their employees accrued prior to the Petition Date and to pay commissions earned prior to the Petition Date.

Pursuant to the Wage Order, the Debtors have authority to pay commissions to their independent contractors for services rendered prior to the Petition Date pursuant to the Debtors' agreements with such independent contractors. In addition, the Wage Order authorizes payment of prepetition wages and commissions owed to Employees in accordance with the statutory limit provided under 11 U.S.C. § 507(a)(4). Payment of commissions pursuant to the Wage Order in the ordinary course of the Debtors' business will reduce the aggregate total of prepetition commissions owed to the Debtors' employees. The Debtors' continued honoring of prepetition vacation and sick obligations to their employees in the ordinary course of business and in accordance with the terms of the Wage Order will reduce the aggregate amount of accrued vacation owed to such employees.

# Note to Schedule "G"

## Executory Contracts and Unexpired Leases

The businesses of the Debtors are complex. While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusions may have occurred, and the listing of an agreement on Schedule G does not constitute an admission that such agreement is either an executory contract or an unexpired lease. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed on Schedule G may not have taken effect or be binding on any party and may have expired or been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein.

Certain of the real property leases and contracts listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G.

Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of these agreements or any other agreements on Schedule G does not constitute an admission that any such agreement is an executory contract or unexpired lease.

The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedule, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument as either an executory contract or an unexpired lease, as the case may be. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Generally, executory agreements that are oral in nature have not been included in the Schedule. Schedule G generally does not include standalone equipment, materials and supply purchase orders. Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements. Such agreements, if any, are not set forth in Schedule G.

Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors. Such contracts, agreements and leases are listed on Schedule G of each such Debtor.

Nearly every employee in the company, and some third party non-employees, have some form of confidentiality, conflict of interest, non-disclosure agreement, non-solicitation agreement or a combination thereof., and therefore, have not been included on Schedule G. Due to the confidentiality restrictions surrounding customer contracts and distribution agreement, these agreements have also not been included on Schedule G.

## Note to Schedule "H"

Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors. Such contracts, agreements and leases are listed on Schedule G of each such Debtor, however not all co-debtor references have been captured on Schedule H.

## General Disclaimer

The Debtor has prepared the Schedules and the Statements based on the information reflected in the Debtor's books and records. However, inasmuch as the Debtor's books and records have not been audited, the Debtor cannot warrant the absolute accuracy of these documents. The Debtor has made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtor will amend and supplement the Schedules and Statements.

# United States Bankruptcy Court
## District of Delaware

In re   **Point Blank Solutions, Inc.**          Case No.   **10-11255**

                          Debtor(s)          Chapter   **11**

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,395,088.00** | **2008: Net Sales - Lifewear** |
| **$4,896,670.00** | **2009: Net Sales - Lifewear** |

---

**2. Income other than from employment or operation of business**

None   ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$44,250.00** | **March 2010 YTD: Interest Income** |

| AMOUNT | SOURCE |
|---|---|
| **$2,422,069.00** | **2009: Interest Income** |
| **$126,687.00** | **2008: Interest Income** |
| **$1,536.06** | **March 2010 YTD: Other Income** |
| **$216,706.00** | **2009: Other Income** |
| **$15,322.00** | **2008: Other Income** |
| **$311,427.00** | **2009: Scrap Recovery - Lifewear** |

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit SoFA3b** | | **$3,244,314.82** | **$0.00** |

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit SoFA3c** | | **$2,698,873.73** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Marie Paul v. Point Blank Solutions, Inc. EEOC Charge No. 510-2010-00578** | **Discrimination** | **United States Equal Employment Opportunity Commission Miami District Office** | **Pending** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Marie Paul v. Point Blank Solutions, Inc. EEOC Charge No. 510-2010-01301** | **Discrimination** | **United States Equal Employment Opportunity Commission Miami Office** | **Pending** |
| **Marie Paul v. Point Blank Solutions, Inc. EEOC Charge No. 510-2010-01504** | **Discrimination** | **United States Equal Employment Opportunity Commission Miami Office** | **Pending** |
| **Larry R. Ellis v. DHB Industries, Inc. n/k/a Point Blank Solutions, Inc. Case No. 08:10 CV 60038** | **Breach of contract; Failure to pay wages** | **U.S. District Court for the Southern District of Florida** | **Pending** |
| **Haleva, et al v Point Blank Solutions, Inc. et al Case No. 34-2010-00069648** | **Breach of contract; Breach of the implied covenant of good faith and fair dealing, fraud and conversion** | **Superior Court of the State of California, County of Sacramento** | **Pending** |
| **Sandra L. Hatfield v. Point Blank Solutions, Inc. f/k/a DHB Industries, Inc. Case No. CA No 2584-VCP** | **Motion for Contempt** | **Court of Chancery, State of Delaware** | **Pending** |
| **Ascendo Resources, LLC v. Point Blank Solutions, Inc. Case No. 10-11753** | **Claims for open account and quantum meruit/unjust enrichment** | **Civil Division of Circuit Court of Florida, County of Broward** | **Pending** |
| **SEC Investigation** | **Possible violations of Sections 10(b), 13(a), 13(b)(2)(A), 13(b)(2)(B) and 14(a) of the Exchange Act and Rules 10b-5, 12b-20, 13a-1, 13a-11, 13a-13 and 14a-9 thereunder** | **U.S. Attorney's Office, Eastern District of New York** | **Pending** |
| **Department of Justice investigation** | **Industry-wide investigation into sale and manufacture of body armor products containing Zylon** | **Civil Division of U.S. Department of Justice** | **Pending** |
| **Securities Class Action and Shareholder Derivative Action** | **Breach of fiduciary duties by directors and officers** | **U.S. District Court, Eastern District of New York** | **Pending** |
| **Moore & Snoep Consulting, Inc. d/b/a MSI Consulting v. Point Blank Solutions, Inc. Case No. 10-03247** | **Damages** | **County Court in the 17th Judicial Circuit, Broward County, FL** | **Pending** |
| **Allan Simon v. Point Blank Body Armor, Inc. and Point Blank Solutions, Inc. Case No. 10-60529-CIV-DIMITROULEAS/SNOW** | **Fair Labor Standards Act** | **United States District Court, Southern District of Florida** | **Administratively closed as of April 22, 2010** |
| **Point Blank Solutions, Inc. v TOYOBO America, Inc. and TOYOBO Co., Ltd. Case No. 09-61166** | **Torts - Property - Other Fraud** | **Florida Southern District Court, Fort Lauderdale Office** | **Pending** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP**<br>**150 California Street**<br>**15th Floor**<br>**San Francisco, CA 94111-4500** | **See Exhibit SoFA9** | **$800,000.00** |
| **CRG Partners Group LLC**<br>**11835 W. Olympic Blvd**<br>**Ste 650E**<br>**Los Angeles, CA 90064** | **See Exhibit SoFA9** | **$898,108.75** |
| **Epiq Bankruptcy Solutions, LLC**<br>**757 Third Avenue, 3rd Floor**<br>**New York, NY 10017** | **See Exhibit SoFA9** | **$25,000.00** |
| **Pillsbury, Winthrop, Shaw, Pittman LLP**<br>**1540 Broadway**<br>**New York, NY 10036-4039** | **See Exhibit SoFA9** | **$59,357.75** |

**10. Other transfers**

None
☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Healthtech Strategies, Inc.**<br>**4130 NE 24th Avenue**<br>**Lighthouse Point, FL 33064**<br>   **Stock Purchaser** | **December 31, 2009** | **Sale of all shares of Life Wear Technologies, Inc.**<br>**for the amount of $530,865.43.** |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America Business Capital**<br>**Treasury Risk Support Group**<br>**200 Glastonbury Blvd**<br>**Glastonbury, CT 06033** | **Direct Deposit Account # *2283** | **Closing Date: March 28, 2010** |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America Business Capital Treasury Risk Support Group 200 Glastonbury Blvd Glastonbury, CT 06033** | **Lifewear Technologies Payroll Acct# *2317** | **Closing Date: March 28, 2010** |

---

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None □

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Bank of America, NA 4 Penn Center 1600 John F. Kennedy Blvd Suite 1200 Philadelphia, PA 19103** | **February 23, 2010 and February 25, 2010** | **$1,059,276.30 - Reserve Funds for Escrow** |

---

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Point Blank Body Armor, Inc.** | 74-2764044 | **2102 SW 2nd Street Pompano Beach, FL 33069** | **Manufacturer of body armor, shields, holsters, bulletproof vests, and accessories** | **1973 to present** |
| **PBSS, LLC** | 26-2228203 | **2102 SW 2nd Street Pompano Beach, FL 33069** | **Holding company for Lifestone Materials, LLC joint venture** | **2008 to present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Protective Apparel Corp of America** | 22-2059051 | **2102 SW 2nd Street Pompano Beach, FL 33069** | **Manufacturer of body armor, shields, holsters, bulletproof vests, and accessories** | **1975 to present** |
| **Life Wear Technologies, Inc.** | 74-2764044 | **2102 SW 2nd Street Pompano Beach, FL 33069** | **Distributor of sports protective apparel** | **1995 to December 2009** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                      ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Michelle Doery 2102 SW 2nd Street Pompano Beach, FL 33069** | **February 2008 - present** |
| **Jayne Hildreth 2102 SW 2nd Street Pompano Beach, FL 33069** | **August 2009 - present** |
| **James Anderson 1370 Dewitt Lane Sebastian, FL 32958** | **June 2007 - January 2009** |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Crowe Horwath LLP** | **350 East Las Olas Boulevard, Suite 1420 Fort Lauderdale, FL 33301-4216** | **July 2009 - present** |
| **MarcumRachlin LLP** | **Las Olas Centre 450 E. Las Olas Blvd, 9th Floor Fort Lauderdale, FL 33301** | **April 2005 - June 2009** |

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                      ADDRESS

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank of America** | **Monthly** |
| **2001 Market Street, Suite 2610** | |
| **Philadelphia, PA 19103** | |

---

**20. Inventories**

None ☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **April 12, 2010** | **Inventory Manager** | **$ 0.00 (Zylon inventory recognized at $9,610,153.00, but fully reserved against; Cost basis)** |
| **December 31, 2009** | **Inventory Manager** | **$ 0.00 (Zylon inventory recognized at $9,610,153.00, but fully reserved against; Cost basis)** |

None ☐

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **April 12, 2010** | **Inventory Manager 2102 SW 2nd Street Pompano Beach, FL 33069** |
| **December 31, 2009** | **Inventory Manager 2102 SW 2nd Street Pompano Beach, FL 33069** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **James Henderson 2102 SW 2nd Street Pompano Beach, FL 33069** | **Chief Executive Officer** | **<1% of common stock ownership** |
| **Michelle Doery 2102 SW 2nd Street Pompano Beach, FL 33069** | **Chief Financial Officer** | **<1% of common stock ownership** |
| **Sam White 2102 SW 2nd Street Pompano Beach, FL 33069** | **Executive Vice President** | **<1% of common stock ownership** |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **T. Scott Avila**<br>**CRG Partners Group LLC**<br>**11835 W. Olympic Blvd**<br>**Ste. 650E**<br>**Los Angeles, CA 90064** | **Chief Restructuring Officer** | |
| **David H. Brooks**<br>**800 South Ocean Drive**<br>**Boca Raton, FL 33432** | **Shareholder** | **22.6%  of common stock ownership** |
| **Terry S. Brooks**<br>**P.O. Box 369**<br>**Old Westbury, NY 11568** | **Shareholder** | **16.0% beneficial ownership of common stock;**<br>**5.9% of common stock ownership** |
| **Prescott Group Capital Management**<br>**1924 South Utica, Suite 1120**<br>**Tulsa, OK 74104** | **Shareholder** | **9.5% of common stock ownership** |
| **Robert Chefitz**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Board Member** | **<1% of common stock ownership** |
| **Merrill A. McPeak**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Board Member** | **<1% of common stock ownership** |
| **Terry Gibson**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Board Member** | **<1% of common stock ownership** |

---

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Larry R. Ellis**<br>**520 Carondelett CV SW**<br>**Atlanta, GA 30331** | **Former Chief Executive Officer** | **Separated April 16, 2009** |
| **James Anderson**<br>**1370 Dewitt Lane**<br>**Sebastian, FL 32958** | **Former Chief Financial Officer** | **Resigned February 6, 2009** |
| **Jennifer Coberly**<br>**965 S. Atlantic Ave.**<br>**Cocoa Beach, FL 32931** | **Former General Counsel,**<br>**Secretary** | **Separated June 17, 2009** |
| **Martin R. Berndt**<br>**5054 Spectacular Bid Drive**<br>**Wesley Chapel, FL 33544** | **Former Director** | **Resigned June 12, 2009** |
| **Maurice Hannigan**<br>**4565 Greenview Drive**<br>**El Dorado Hills, CA 95762-7111** | **Former Director** | **Resigned June 3, 2009** |
| **Bernard Bailey**<br>**8122 Autumn Gate Lane**<br>**Bethesda, MD 20817-4101** | **Former Director** | **Resigned June 3, 2009** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR
**See Exhibit SoFA23**

DATE AND PURPOSE
OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY
**346,472 Shares Issued**
**$2,698,873.73 Distributions in**
**Cash**

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION
**Point Blank Solutions, Inc.**

TAXPAYER IDENTIFICATION NUMBER (EIN)
**11-3129361**

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    __September 17, 2010__           Signature    _____

                                                     **T. Scott Avila**
                                                     **Chief Restructuring Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| **PBSI Payments** | | | |
| 8064 | 04/12/10 | ADT SOLUTIONS, LLC | 68,000.00 |
| 3892 | 02/10/10 | AFCO | 37,815.37 |
| 7804 | 03/26/10 | AFCO | 37,815.37 |
| 3894 | 02/16/10 | AMERICAN EXPRESS | 1,843.96 |
| 7802 | 03/26/10 | AMERICAN EXPRESS | 399.94 |
| 7891 | 04/01/10 | AMERICAN EXPRESS | 454.21 |
| 7910 | 04/05/10 | AMERICAN EXPRESS | 53.95 |
| 3883 | 01/14/10 | AMERICAN RED CROSS | 5,000.00 |
| 3888 | 02/03/10 | AVAYA FINANCIAL SERVICES | 2,296.73 |
| 7872 | 04/01/10 | AVAYA FINANCIAL SERVICES | 2,296.73 |
| 7998 | 04/08/10 | AVAYA FINANCIAL SERVICES | 2,296.73 |
| 7646 | 03/04/10 | BEASLEY HAUSER KRAMER LEONARD AND GALARDI | 2,500.00 |
| 8071 | 04/12/10 | BEASLEY HAUSER KRAMER LEONARD AND GALARDI | 5,883.89 |
| 3916 | 03/18/10 | BURR PILGER MAYER | 21,513.00 |
| 8044 | 04/09/10 | BURR PILGER MAYER | 22,337.00 |
| 7658 | 03/04/10 | CITY OF OAKLAND PAR | 3,444.80 |
| 8041 | 04/09/10 | D'AN FINANCIAL SERVICES | 7,707.00 |
| 8042 | 04/09/10 | ENTERPRISE RISK MANAGEMENT | 5,320.00 |
| 3904 | 02/17/10 | EPIC CONSULTANTS, INC | 20,900.00 |
| 3918 | 03/18/10 | EPIC CONSULTANTS, INC | 3,600.00 |
| 3919 | 03/19/10 | EPIC CONSULTANTS, INC | 3,250.00 |
| 8063 | 04/12/10 | EPIC CONSULTANTS, INC | 21,678.50 |
| 8090 | 04/12/10 | EPIC CONSULTANTS, INC | 9.00 |
| 7662 | 03/04/10 | FLAT IRON CAPITAL | 34,996.39 |
| 3907 | 03/10/10 | FRANCHISE TAX BOARD | 2,400.00 |
| 3909 | 03/10/10 | FRANCHISE TAX BOARD | 3,155.00 |
| 8089 | 04/12/10 | GSJ CONSULTING, LLC | 210,643.59 |
| 7655 | 03/04/10 | GW COMMUNICATIONS | 27,226.37 |
| 7807 | 03/29/10 | GW COMMUNICATIONS | 14,715.57 |
| 8068 | 04/12/10 | GW COMMUNICATIONS | 795.37 |
| 8081 | 04/12/10 | GW COMMUNICATIONS | 847.40 |
| 8131 | 04/14/10 | GW COMMUNICATIONS | 3,472.00 |
| 7916 | 04/06/10 | IRON MOUNTAIN INFORMATION MANAGEMENT | 651.64 |
| 7994 | 04/08/10 | IRON MOUNTAIN INFORMATION MANAGEMENT | 762.93 |
| 3889 | 02/03/10 | ISN TELECOM | 2,660.62 |
| 3897 | 02/16/10 | ISN TELECOM | 2,655.59 |
| 8082 | 04/12/10 | ISN TELECOM | 2,633.28 |
| 3913 | 03/12/10 | JAMES R HENDERSON | 3,532.01 |
| 7993 | 04/08/10 | JAMES R HENDERSON | 28,499.75 |
| 8034 | 04/09/10 | JAMES R HENDERSON | 8,000.00 |
| 7887 | 04/01/10 | JESTA I.S. INC. | 19,874.99 |
| 8083 | 04/12/10 | JESTA I.S. INC. | 5,918.33 |
| 3891 | 02/08/10 | JF ASSOCIATES, INC | 1,500.00 |
| 7665 | 03/05/10 | JOHN M. GLOVER AGENCY | 2,419.08 |
| 8031 | 04/09/10 | JOHNSON ASSOCIATES | 5,000.00 |
| 8060 | 04/12/10 | KGBHERNA, INC. | 3,610.00 |
| 7649 | 03/04/10 | LAW OFFICES OF RICH | 5,000.00 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 7987 | 04/08/10 | LAW OFFICES OF RICH | 14,485.00 |
| 7879 | 04/01/10 | MARKETWIRE INC | 425.00 |
| 7985 | 04/08/10 | MERRILL A. MCPEAK | 32,978.25 |
| 3900 | 02/16/10 | MIND THE GAAP | 500.00 |
| 7689 | 03/12/10 | MIND THE GAAP | 500.00 |
| 3910 | 03/10/10 | NEW YORK STATE CORP | 300.00 |
| 3911 | 03/10/10 | NEW YORK STATE CORP | 300.00 |
| 7644 | 03/04/10 | OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY | 370,284.19 |
| 7912 | 04/05/10 | OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY | 23,121.58 |
| 7881 | 04/01/10 | ORACLE FINANCING | 1,941.78 |
| 8085 | 04/12/10 | ORACLE FINANCING | 1,970.91 |
| 8047 | 04/09/10 | OVATION INVESTMENTS | 8,500.00 |
| 8048 | 04/09/10 | RIEMER & BRAUNSTEIN | 400,000.00 |
| 7978 | 04/08/10 | ROBERT CHEFITZ | 33,813.29 |
| 7886 | 04/01/10 | SOUTHEAST COMPUTER | 1,706.25 |
| 7661 | 03/04/10 | SP CORPORATE SERVIC | 112,500.00 |
| 8066 | 04/12/10 | SP CORPORATE SERVIC | 13,750.00 |
| 3912 | 03/10/10 | STATE COMPTROLLER | 1,450.00 |
| 3908 | 03/10/10 | STATE OF NEW HAMPSHIRE | 3,250.00 |
| 3884 | 01/27/10 | STEEL PARTNERS LTD | 289.70 |
| 3885 | 02/01/10 | STEEL PARTNERS LTD | 133.10 |
| 7794 | 03/26/10 | STEEL PARTNERS LTD | 100,000.00 |
| 7684 | 03/12/10 | SUZANNE K WAKAMOTO | 4,500.00 |
| 7977 | 04/08/10 | SUZANNE K WAKAMOTO | 4,390.00 |
| 8061 | 04/12/10 | SUZANNE K WAKAMOTO | 7,482.50 |
| 7663 | 03/04/10 | TERREMARK NORTH AMERICA | 8,624.58 |
| 7976 | 04/08/10 | TERREMARK NORTH AMERICA | 2,874.86 |
| 7975 | 04/08/10 | TERRY GIBSON | 22,924.80 |
| 3902 | 02/16/10 | THE PERFECT PLACE | 1,845.00 |
| 7889 | 04/01/10 | THE PERFECT PLACE | 738.00 |
| 7669 | 03/09/10 | TICK & CO, INC | 109,531.75 |
| 7751 | 03/26/10 | TICK & CO, INC | 500,000.00 |
| 7752 | 03/26/10 | TICK & CO, INC | 50,000.00 |
| 7753 | 03/26/10 | TICK & CO, INC | 27,600.00 |
| 7754 | 03/26/10 | TICK & CO, INC | 108,664.00 |
| 7765 | 03/26/10 | TICK & CO, INC | 32,859.53 |
| 3890 | 02/03/10 | T-MOBILE | 857.19 |
| 3893 | 02/12/10 | TRINITY BUSINESS SOLUTIONS | 7,770.00 |
| 7686 | 03/12/10 | TRINITY BUSINESS SOLUTIONS | 20,264.00 |
| 7719 | 03/18/10 | TRINITY BUSINESS SOLUTIONS | 7,508.50 |
| 7839 | 03/30/10 | TRINITY BUSINESS SOLUTIONS | 4,515.00 |
| 7874 | 04/01/10 | TRINITY BUSINESS SOLUTIONS | 2,940.00 |
| 7974 | 04/08/10 | TRINITY BUSINESS SOLUTIONS | 3,150.00 |
| 8130 | 04/14/10 | TRINITY BUSINESS SOLUTIONS | 2,520.00 |
| 3914 | 03/12/10 | UNISHRED FL LLC | 220.00 |
| 3920 | 04/09/10 | UNISHRED FL LLC | 320.00 |
| 7746 | 03/04/10 | VENABLE LLP | 349,041.00 |
| 7966 | 04/08/10 | VENABLE LLP | 76,214.13 |

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 8054 | 04/09/10 | VENABLE LLP | 20,000.00 |
| 3906 | 02/26/10 | WASHINGTON DEPT. OF | 2,598.30 |
| 8009 | 04/08/10 | WELLS FARGO FINANCIAL | 3,048.57 |
| 8046 | 04/09/10 | YOUNG, CONAWAY STARGATT & TAYLOR | 839.56 |
| | | **TOTAL 90 DAY PAYMENTS - PBSI:** | **3,173,426.41** |

**Life Wear Payments**

| Document Number | Check or Wire Date | Vendor Name | Payment Amount |
|---|---|---|---|
| 22240 | 3/19/2010 | BILT-RITE ORTHOPEDICS & SAFETY | 7,713.00 |
| 22241 | 3/19/2010 | DAYMON WORLDWIDE | 2,112.98 |
| 22242 | 3/19/2010 | DENNIS WAGNER | 228.88 |
| 22243 | 3/19/2010 | FEDERAL EXPRESS | 1,563.76 |
| 22244 | 3/19/2010 | JET MICRO CORPORATION | 6,153.58 |
| 22245 | 3/19/2010 | RICK NEUMEISTER | 1,196.28 |
| 22246 | 3/19/2010 | RIVERSIDE PAPER CO. | 1,365.80 |
| 22247 | 3/19/2010 | WEB-TEX INC | 50,554.13 |
| | | **TOTAL 90 DAY PAYMENTS - LIFE WEAR:** | **70,888.41** |
| | | **TOTAL 90-DAY PAYMENTS (PBSI AND LIFE WEAR):** | **3,244,314.82** |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| Bernard Bailey | 3334 | 05/21/09 | $521.49 | PBBA |
| Bernard Bailey | 3363 | 06/04/09 | $28,750.00 | PBBA |
| Bernard Bailey | 3380 | 06/08/09 | $355.72 | PBBA |
| Ernest Abati | 170093 | 05/25/09 | $5,576.90 | PBSI |
| Ernest Abati | 190066 | 05/11/09 | $5,576.90 | PBSI |
| Ernest Abati | 210087 | 04/27/09 | $5,576.90 | PBSI |
| Ernest Abati | 230078 | 04/13/09 | $5,576.90 | PBSI |
| Ernest Abati | 250083 | 06/19/09 | $5,576.90 | PBSI |
| Ernest Abati | 270054 | 07/02/09 | $5,576.90 | PBSI |
| Ernest Abati | 290056 | 06/18/09 | $5,576.90 | PBSI |
| Ernest Abati | 310071 | 06/04/09 | $5,576.90 | PBSI |
| Ernest Abati | 330051 | 05/21/09 | $5,576.90 | PBSI |
| Ernest Abati | 350073 | 05/07/09 | $5,576.90 | PBSI |
| Ernest Abati | 370052 | 04/23/09 | $5,576.90 | PBSI |
| Ernest Abati | 390070 | 04/09/09 | $5,576.90 | PBSI |
| Ernest Abati | 410049 | 03/26/09 | $5,576.90 | PBSI |
| Ernest Abati | 430072 | 03/12/09 | $5,576.90 | PBSI |
| Ernest Abati | 450050 | 02/26/09 | $5,576.90 | PBSI |
| Ernest Abati | 470068 | 02/12/09 | $5,576.90 | PBSI |
| Ernest Abati | 490053 | 01/29/09 | $5,576.90 | PBSI |
| Ernest Abati | 510052 | 12/18/09 | $5,576.90 | PBSI |
| Ernest Abati | 530070 | 12/31/09 | $296.96 | PBSI |
| Ernest Abati | 20051 | 12/17/09 | $5,576.90 | PBSI |
| Ernest Abati | 40066 | 12/03/09 | $5,576.90 | PBSI |
| Ernest Abati | 60050 | 02/12/10 | $5,576.90 | PBSI |
| Ernest Abati | 80060 | 02/26/10 | $5,576.90 | PBSI |
| Ernest Abati | 100046 | 03/12/10 | $5,576.90 | PBSI |
| Ernest Abati | 120060 | 03/05/10 | $5,576.90 | PBSI |
| Ernest Abati | 35796967 | 03/26/10 | $2,788.45 | PBSI |
| Ernest Abati | 35810426 | 03/19/10 | $2,788.45 | PBSI |
| Ernest Abati | 35823115 | 04/09/10 | $2,788.45 | PBSI |
| James Anderson | 11698 | 05/15/09 | $258.38 | PBSI |
| James Henderson | 3305 | 05/07/09 | $2,326.03 | PBBA |
| James Henderson | 3321 | 05/14/09 | $1,988.78 | PBBA |
| James Henderson | 3338 | 05/21/09 | $666.38 | PBBA |
| James Henderson | 3353 | 06/01/09 | $3,412.54 | PBBA |
| James Henderson | 3368 | 06/04/09 | $19,375.00 | PBBA |
| James Henderson | 3409 | 06/18/09 | $2,372.02 | PBBA |
| James Henderson | 3438 | 07/02/09 | $2,064.16 | PBBA |
| James Henderson | 3474 | 07/16/09 | $4,527.40 | PBBA |
| James Henderson | 3500 | 07/28/09 | $23,067.00 | PBBA |
| James Henderson | 3511 | 07/30/09 | $4,354.40 | PBBA |
| James Henderson | 3549 | 08/20/09 | $1,988.32 | PBBA |
| James Henderson | 3576 | 09/03/09 | $1,502.39 | PBBA |
| James Henderson | 3611 | 09/17/09 | $4,998.29 | PBBA |
| James Henderson | 3634 | 09/24/09 | $7,158.00 | PBBA |
| James Henderson | 3656 | 10/01/09 | $1,495.75 | PBBA |
| James Henderson | 3667 | 10/01/09 | $10,702.00 | PBBA |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| James Henderson | 3693 | 10/15/09 | $4,006.68 | PBBA |
| James Henderson | 3708 | 10/26/09 | $1,480.54 | PBBA |
| James Henderson | 3724 | 11/02/09 | $1,333.94 | PBBA |
| James Henderson | 3739 | 11/05/09 | $1,859.20 | PBBA |
| James Henderson | 3797 | 12/09/09 | $3,112.41 | PBBA |
| James Henderson | 3843 | 12/30/09 | $711.35 | PBBA |
| James Henderson | 3869 | 01/06/10 | $49,715.35 | PBBA |
| James Henderson | 3913 | 03/12/10 | $3,532.01 | PBBA |
| James Henderson | 7993 | 04/08/10 | $28,499.75 | PBBA |
| James Henderson | 8034 | 04/09/10 | $8,000.00 | PBBA |
| Jennifer Coberly | 270039 | 07/02/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 250068 | 06/19/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 230062 | 06/05/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 210075 | 05/22/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 190054 | 05/08/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 170079 | 04/24/09 | $11,538.46 | PBSI |
| Larry Ellis | 170080 | 04/24/09 | $24,999.99 | PBSI |
| Larry Ellis | 170081 | 04/24/09 | $2,794.46 | PBSI |
| Life Stone Material | 7697 | 03/12/10 | $185,200.00 | PBBA |
| Life Stone Material | 7726 | 03/19/10 | $240,375.10 | PBBA |
| Life Stone Material | 7914 | 04/06/10 | $128,583.32 | PBBA |
| Life Stone Material | 7938 | 04/07/10 | $151,342.77 | PBBA |
| Life Stone Material | 7947 | 04/08/10 | $106,285.24 | PBBA |
| Life Stone Material | 7948 | 04/08/10 | $35,430.06 | PBBA |
| Life Stone Material | 8110 | 04/13/10 | $88,623.35 | PBBA |
| Life Stone Material | 8129 | 04/14/10 | $113,289.58 | PBBA |
| Martin Berndt | 3308 | 05/07/09 | $450.14 | PBBA |
| Martin Berndt | 3356 | 06/01/09 | $73.00 | PBBA |
| Martin Berndt | 3372 | 06/04/09 | $9,375.00 | PBBA |
| Martin Berndt | 3498 | 07/28/09 | $6,250.00 | PBBA |
| Maurice Hannigan | 3324 | 05/14/09 | $190.35 | PBBA |
| Maurice Hannigan | 3343 | 05/21/09 | $101.56 | PBBA |
| Maurice Hannigan | 3362 | 06/04/09 | $26,875.00 | PBBA |
| Maurice Hannigan | 3578 | 09/03/09 | $80.15 | PBBA |
| Merrill McPeak | 3309 | 05/07/09 | $2,196.00 | PBBA |
| Merrill McPeak | 3373 | 06/04/09 | $14,375.00 | PBBA |
| Merrill McPeak | 3457 | 07/09/09 | $1,709.40 | PBBA |
| Merrill McPeak | 3480 | 07/20/09 | $650.35 | PBBA |
| Merrill McPeak | 3499 | 07/28/09 | $16,848.00 | PBBA |
| Merrill McPeak | 3614 | 09/17/09 | $691.40 | PBBA |
| Merrill McPeak | 3638 | 09/24/09 | $6,007.00 | PBBA |
| Merrill McPeak | 3668 | 10/01/09 | $5,661.00 | PBBA |
| Merrill McPeak | 3872 | 01/06/10 | $16,815.00 | PBBA |
| Merrill McPeak | 7985 | 04/08/10 | $32,978.25 | PBBA |
| Michelle Doery | 170088 | 03/25/10 | $5,769.24 | PBSI |
| Michelle Doery | 190061 | 03/11/10 | $5,769.24 | PBSI |
| Michelle Doery | 210081 | 02/25/10 | $5,769.24 | PBSI |
| Michelle Doery | 230071 | 02/11/10 | $5,769.24 | PBSI |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| Michelle Doery | 250076 | 06/19/09 | $5,769.24 | PBSI |
| Michelle Doery | 250077 | 06/19/09 | $25,000.00 | PBSI |
| Michelle Doery | 270048 | 07/02/09 | $16,346.14 | PBSI |
| Michelle Doery | 290043 | 06/18/09 | $7,884.62 | PBSI |
| Michelle Doery | 310059 | 06/04/09 | $7,884.62 | PBSI |
| Michelle Doery | 330040 | 05/21/09 | $7,884.62 | PBSI |
| Michelle Doery | 350063 | 05/07/09 | $7,884.62 | PBSI |
| Michelle Doery | 370041 | 04/23/09 | $7,884.62 | PBSI |
| Michelle Doery | 390061 | 04/09/09 | $7,884.62 | PBSI |
| Michelle Doery | 410040 | 03/26/09 | $7,884.62 | PBSI |
| Michelle Doery | 430061 | 03/12/09 | $7,884.62 | PBSI |
| Michelle Doery | 450039 | 02/26/09 | $7,884.62 | PBSI |
| Michelle Doery | 470057 | 02/12/09 | $7,884.62 | PBSI |
| Michelle Doery | 490041 | 01/29/09 | $7,884.62 | PBSI |
| Michelle Doery | 510041 | 12/18/09 | $7,884.62 | PBSI |
| Michelle Doery | 530060 | 12/31/09 | $7,884.62 | PBSI |
| Michelle Doery | 20041 | 12/17/09 | $7,884.62 | PBSI |
| Michelle Doery | 40057 | 12/03/09 | $7,884.62 | PBSI |
| Michelle Doery | 60041 | 02/12/10 | $7,884.62 | PBSI |
| Michelle Doery | 80052 | 02/26/10 | $7,884.62 | PBSI |
| Michelle Doery | 100038 | 03/12/10 | $7,884.62 | PBSI |
| Michelle Doery | 120053 | 03/05/10 | $7,884.62 | PBSI |
| Michelle Doery | 35796958 | 03/26/10 | $3,942.31 | PBSI |
| Michelle Doery | 35810419 | 03/19/10 | $3,942.31 | PBSI |
| Michelle Doery | 35823108 | 04/09/10 | $3,942.31 | PBSI |
| Robert Chefitz | 3344 | 05/21/09 | $2,501.73 | PBBA |
| Robert Chefitz | 3376 | 06/04/09 | $11,875.00 | PBBA |
| Robert Chefitz | 3501 | 07/28/09 | $18,910.00 | PBBA |
| Robert Chefitz | 3641 | 09/24/09 | $7,052.67 | PBBA |
| Robert Chefitz | 3669 | 10/01/09 | $5,661.00 | PBBA |
| Robert Chefitz | 3875 | 01/06/10 | $16,815.00 | PBBA |
| Robert Chefitz | 7978 | 04/08/10 | $33,813.29 | PBBA |
| Sam White | 170082 | 03/25/10 | $9,615.38 | PBSI |
| Sam White | 190055 | 03/11/10 | $9,615.38 | PBSI |
| Sam White | 210076 | 02/25/10 | $9,615.38 | PBSI |
| Sam White | 230063 | 02/11/10 | $9,615.38 | PBSI |
| Sam White | 250069 | 06/19/09 | $9,615.38 | PBSI |
| Sam White | 270040 | 07/02/09 | $9,615.38 | PBSI |
| Sam White | 290045 | 06/18/09 | $9,615.38 | PBSI |
| Sam White | 310061 | 06/04/09 | $9,615.38 | PBSI |
| Sam White | 330042 | 05/21/09 | $9,615.38 | PBSI |
| Sam White | 350065 | 05/07/09 | $9,615.38 | PBSI |
| Sam White | 370043 | 04/23/09 | $9,615.38 | PBSI |
| Sam White | 390062 | 04/09/09 | $9,615.38 | PBSI |
| Sam White | 410041 | 03/26/09 | $9,615.38 | PBSI |
| Sam White | 430063 | 03/12/09 | $9,615.38 | PBSI |
| Sam White | 450041 | 02/26/09 | $9,615.38 | PBSI |
| Sam White | 470059 | 02/12/09 | $9,615.38 | PBSI |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| Sam White | 490043 | 01/29/09 | $9,615.38 | PBSI |
| Sam White | 510039 | 12/18/09 | $9,615.38 | PBSI |
| Sam White | 530058 | 12/31/09 | $9,615.38 | PBSI |
| Sam White | 20039 | 12/17/09 | $9,615.38 | PBSI |
| Sam White | 40055 | 12/03/09 | $9,615.38 | PBSI |
| Sam White | 60039 | 02/12/10 | $9,615.38 | PBSI |
| Sam White | 80050 | 02/26/10 | $9,615.38 | PBSI |
| Sam White | 100036 | 03/12/10 | $9,615.38 | PBSI |
| Sam White | 120051 | 03/05/10 | $9,615.38 | PBSI |
| Sam White | 35796956 | 03/26/10 | $4,807.69 | PBSI |
| Sam White | 35810417 | 03/19/10 | $4,807.69 | PBSI |
| Sam White | 35823106 | 04/09/10 | $4,807.69 | PBSI |
| SP Corporate Services LLC | 3718 | 10/26/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 3744 | 11/05/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 3778 | 11/12/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 3833 | 12/21/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 7661 | 03/04/10 | $112,500.00 | PBBA |
| SP Corporate Services LLC | 8066 | 04/12/10 | $13,750.00 | PBBA |
| Steel Partners | 3884 | 01/27/10 | $289.70 | PBBA |
| Steel Partners | 3885 | 02/01/10 | $133.10 | PBBA |
| Steel Partners | 7794 | 03/26/10 | $100,000.00 | PBBA |
| Terry Gibson | 3329 | 05/14/09 | $1,058.80 | PBBA |
| Terry Gibson | 3348 | 05/21/09 | $344.40 | PBBA |
| Terry Gibson | 3378 | 06/04/09 | $16,875.00 | PBBA |
| Terry Gibson | 3502 | 07/28/09 | $14,938.00 | PBBA |
| Terry Gibson | 3621 | 09/17/09 | $409.85 | PBBA |
| Terry Gibson | 3645 | 09/24/09 | $6,151.00 | PBBA |
| Terry Gibson | 3670 | 10/01/09 | $6,291.00 | PBBA |
| Terry Gibson | 3837 | 12/21/09 | $311.40 | PBBA |
| Terry Gibson | 3880 | 01/06/10 | $17,432.00 | PBBA |
| Terry Gibson | 7975 | 04/08/10 | $22,924.80 | PBBA |
| **TOTAL PAYMENTS TO INSIDERS WITHIN ONE YEAR:** | | | **$2,698,873.73** | |

| Name of Payee | Date of Payment | Amount of Payment |
|---|---|---|
| CRG PARTNERS GROUP, LLC | 02/01/10 | $55,268.73 |
| | 03/04/10 | $229,912.13 |
| | 03/04/10 | $200,000.00 |
| | 03/18/10 | $68,461.54 |
| | 03/12/10 | $26,867.00 |
| | 04/02/10 | $216,495.11 |
| | 04/09/10 | $66,104.24 |
| | 04/14/10 | $35,000.00 |
| CRG PARTNERS GROUP, LLC Total | | $898,108.75 |
| | | |
| EPIQ SYSTEMS | 03/12/10 | $25,000.00 |
| EPIQ SYSTEMS Total | | $25,000.00 |
| | | |
| PACHULSKI STANG ZIEHL AND JONES | 03/04/10 | $500,000.00 |
| | 03/04/10 | $100,000.00 |
| | 04/02/10 | $200,000.00 |
| PACHULSKI STANG ZIEHL AND JONES Total | | $800,000.00 |
| | | |
| PILLSBURY WINTHORP SHAW PITTMAN LLP | 02/03/10 | $20,000.00 |
| | 04/12/10 | $19,310.25 |
| | 04/13/10 | $30,000.00 |
| | 04/21/10 | ($9,952.50) |
| PILLSBURY WINTHORP SHAW PITTMAN LLP Total | | $59,357.75 |

Exhibit SoFA23: Distributions by a corporation to any insiders

| Insider Name | Payor Entity | Issuance Date | Shares Issued |
|---|---|---|---|
| Larry Ellis | PBSI | 06/05/09 | 100,000 |
| Bernard Bailey | PBSI | 06/08/09 | 50,815 |
| Maurice Hannigan | PBSI | 06/08/09 | 48,178 |
| Martin Berndt | PBSI | 06/30/09 | 53,719 |
| James Henderson | PBSI | 08/18/09 | 43,950 |
| Robert Chefitz | PBSI | 08/18/09 | 14,650 |
| Terry Gibson | PBSI | 08/18/09 | 14,650 |
| Merrill McPeak | PBSI | 08/18/09 | 20,510 |
| **TOTAL SHARES ISSUED TO INSIDERS WITHIN ONE YEAR:** | | | **346,472** |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| Bernard Bailey | 3334 | 05/21/09 | $521.49 | PBBA |
| Bernard Bailey | 3363 | 06/04/09 | $28,750.00 | PBBA |
| Bernard Bailey | 3380 | 06/08/09 | $355.72 | PBBA |
| Ernest Abati | 170093 | 05/25/09 | $5,576.90 | PBSI |
| Ernest Abati | 190066 | 05/11/09 | $5,576.90 | PBSI |
| Ernest Abati | 210087 | 04/27/09 | $5,576.90 | PBSI |
| Ernest Abati | 230078 | 04/13/09 | $5,576.90 | PBSI |
| Ernest Abati | 250083 | 06/19/09 | $5,576.90 | PBSI |
| Ernest Abati | 270054 | 07/02/09 | $5,576.90 | PBSI |
| Ernest Abati | 290056 | 06/18/09 | $5,576.90 | PBSI |
| Ernest Abati | 310071 | 06/04/09 | $5,576.90 | PBSI |
| Ernest Abati | 330051 | 05/21/09 | $5,576.90 | PBSI |
| Ernest Abati | 350073 | 05/07/09 | $5,576.90 | PBSI |
| Ernest Abati | 370052 | 04/23/09 | $5,576.90 | PBSI |
| Ernest Abati | 390070 | 04/09/09 | $5,576.90 | PBSI |
| Ernest Abati | 410049 | 03/26/09 | $5,576.90 | PBSI |
| Ernest Abati | 430072 | 03/12/09 | $5,576.90 | PBSI |
| Ernest Abati | 450050 | 02/26/09 | $5,576.90 | PBSI |
| Ernest Abati | 470068 | 02/12/09 | $5,576.90 | PBSI |
| Ernest Abati | 490053 | 01/29/09 | $5,576.90 | PBSI |
| Ernest Abati | 510052 | 12/18/09 | $5,576.90 | PBSI |
| Ernest Abati | 530070 | 12/31/09 | $296.96 | PBSI |
| Ernest Abati | 20051 | 12/17/09 | $5,576.90 | PBSI |
| Ernest Abati | 40066 | 12/03/09 | $5,576.90 | PBSI |
| Ernest Abati | 60050 | 02/12/10 | $5,576.90 | PBSI |
| Ernest Abati | 80060 | 02/26/10 | $5,576.90 | PBSI |
| Ernest Abati | 100046 | 03/12/10 | $5,576.90 | PBSI |
| Ernest Abati | 120060 | 03/05/10 | $5,576.90 | PBSI |
| Ernest Abati | 35796967 | 03/26/10 | $2,788.45 | PBSI |
| Ernest Abati | 35810426 | 03/19/10 | $2,788.45 | PBSI |
| Ernest Abati | 35823115 | 04/09/10 | $2,788.45 | PBSI |
| James Anderson | 11698 | 05/15/09 | $258.38 | PBSI |
| James Henderson | 3305 | 05/07/09 | $2,326.03 | PBBA |
| James Henderson | 3321 | 05/14/09 | $1,988.78 | PBBA |
| James Henderson | 3338 | 05/21/09 | $666.38 | PBBA |
| James Henderson | 3353 | 06/01/09 | $3,412.54 | PBBA |
| James Henderson | 3368 | 06/04/09 | $19,375.00 | PBBA |
| James Henderson | 3409 | 06/18/09 | $2,372.02 | PBBA |
| James Henderson | 3438 | 07/02/09 | $2,064.16 | PBBA |
| James Henderson | 3474 | 07/16/09 | $4,527.40 | PBBA |
| James Henderson | 3500 | 07/28/09 | $23,067.00 | PBBA |
| James Henderson | 3511 | 07/30/09 | $4,354.40 | PBBA |
| James Henderson | 3549 | 08/20/09 | $1,988.32 | PBBA |
| James Henderson | 3576 | 09/03/09 | $1,502.39 | PBBA |
| James Henderson | 3611 | 09/17/09 | $4,998.29 | PBBA |
| James Henderson | 3634 | 09/24/09 | $7,158.00 | PBBA |
| James Henderson | 3656 | 10/01/09 | $1,495.75 | PBBA |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| James Henderson | 3667 | 10/01/09 | $10,702.00 | PBBA |
| James Henderson | 3693 | 10/15/09 | $4,006.68 | PBBA |
| James Henderson | 3708 | 10/26/09 | $1,480.54 | PBBA |
| James Henderson | 3724 | 11/02/09 | $1,333.94 | PBBA |
| James Henderson | 3739 | 11/05/09 | $1,859.20 | PBBA |
| James Henderson | 3797 | 12/09/09 | $3,112.41 | PBBA |
| James Henderson | 3843 | 12/30/09 | $711.35 | PBBA |
| James Henderson | 3869 | 01/06/10 | $49,715.35 | PBBA |
| James Henderson | 3913 | 03/12/10 | $3,532.01 | PBBA |
| James Henderson | 7993 | 04/08/10 | $28,499.75 | PBBA |
| James Henderson | 8034 | 04/09/10 | $8,000.00 | PBBA |
| Jennifer Coberly | 270039 | 07/02/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 250068 | 06/19/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 230062 | 06/05/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 210075 | 05/22/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 190054 | 05/08/09 | $11,153.85 | PBSI |
| Jennifer Coberly | 170079 | 04/24/09 | $11,538.46 | PBSI |
| Larry Ellis | 170080 | 04/24/09 | $24,999.99 | PBSI |
| Larry Ellis | 170081 | 04/24/09 | $2,794.46 | PBSI |
| Life Stone Material | 7697 | 03/12/10 | $185,200.00 | PBBA |
| Life Stone Material | 7726 | 03/19/10 | $240,375.10 | PBBA |
| Life Stone Material | 7914 | 04/06/10 | $128,583.32 | PBBA |
| Life Stone Material | 7938 | 04/07/10 | $151,342.77 | PBBA |
| Life Stone Material | 7947 | 04/08/10 | $106,285.24 | PBBA |
| Life Stone Material | 7948 | 04/08/10 | $35,430.06 | PBBA |
| Life Stone Material | 8110 | 04/13/10 | $88,623.35 | PBBA |
| Life Stone Material | 8129 | 04/14/10 | $113,289.58 | PBBA |
| Martin Berndt | 3308 | 05/07/09 | $450.14 | PBBA |
| Martin Berndt | 3356 | 06/01/09 | $73.00 | PBBA |
| Martin Berndt | 3372 | 06/04/09 | $9,375.00 | PBBA |
| Martin Berndt | 3498 | 07/28/09 | $6,250.00 | PBBA |
| Maurice Hannigan | 3324 | 05/14/09 | $190.35 | PBBA |
| Maurice Hannigan | 3343 | 05/21/09 | $101.56 | PBBA |
| Maurice Hannigan | 3362 | 06/04/09 | $26,875.00 | PBBA |
| Maurice Hannigan | 3578 | 09/03/09 | $80.15 | PBBA |
| Merrill McPeak | 3309 | 05/07/09 | $2,196.00 | PBBA |
| Merrill McPeak | 3373 | 06/04/09 | $14,375.00 | PBBA |
| Merrill McPeak | 3457 | 07/09/09 | $1,709.40 | PBBA |
| Merrill McPeak | 3480 | 07/20/09 | $650.35 | PBBA |
| Merrill McPeak | 3499 | 07/28/09 | $16,848.00 | PBBA |
| Merrill McPeak | 3614 | 09/17/09 | $691.40 | PBBA |
| Merrill McPeak | 3638 | 09/24/09 | $6,007.00 | PBBA |
| Merrill McPeak | 3668 | 10/01/09 | $5,661.00 | PBBA |
| Merrill McPeak | 3872 | 01/06/10 | $16,815.00 | PBBA |
| Merrill McPeak | 7985 | 04/08/10 | $32,978.25 | PBBA |
| Michelle Doery | 170088 | 03/25/10 | $5,769.24 | PBSI |
| Michelle Doery | 190061 | 03/11/10 | $5,769.24 | PBSI |
| Michelle Doery | 210081 | 02/25/10 | $5,769.24 | PBSI |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| Michelle Doery | 230071 | 02/11/10 | $5,769.24 | PBSI |
| Michelle Doery | 250076 | 06/19/09 | $5,769.24 | PBSI |
| Michelle Doery | 250077 | 06/19/09 | $25,000.00 | PBSI |
| Michelle Doery | 270048 | 07/02/09 | $16,346.14 | PBSI |
| Michelle Doery | 290043 | 06/18/09 | $7,884.62 | PBSI |
| Michelle Doery | 310059 | 06/04/09 | $7,884.62 | PBSI |
| Michelle Doery | 330040 | 05/21/09 | $7,884.62 | PBSI |
| Michelle Doery | 350063 | 05/07/09 | $7,884.62 | PBSI |
| Michelle Doery | 370041 | 04/23/09 | $7,884.62 | PBSI |
| Michelle Doery | 390061 | 04/09/09 | $7,884.62 | PBSI |
| Michelle Doery | 410040 | 03/26/09 | $7,884.62 | PBSI |
| Michelle Doery | 430061 | 03/12/09 | $7,884.62 | PBSI |
| Michelle Doery | 450039 | 02/26/09 | $7,884.62 | PBSI |
| Michelle Doery | 470057 | 02/12/09 | $7,884.62 | PBSI |
| Michelle Doery | 490041 | 01/29/09 | $7,884.62 | PBSI |
| Michelle Doery | 510041 | 12/18/09 | $7,884.62 | PBSI |
| Michelle Doery | 530060 | 12/31/09 | $7,884.62 | PBSI |
| Michelle Doery | 20041 | 12/17/09 | $7,884.62 | PBSI |
| Michelle Doery | 40057 | 12/03/09 | $7,884.62 | PBSI |
| Michelle Doery | 60041 | 02/12/10 | $7,884.62 | PBSI |
| Michelle Doery | 80052 | 02/26/10 | $7,884.62 | PBSI |
| Michelle Doery | 100038 | 03/12/10 | $7,884.62 | PBSI |
| Michelle Doery | 120053 | 03/05/10 | $7,884.62 | PBSI |
| Michelle Doery | 35796958 | 03/26/10 | $3,942.31 | PBSI |
| Michelle Doery | 35810419 | 03/19/10 | $3,942.31 | PBSI |
| Michelle Doery | 35823108 | 04/09/10 | $3,942.31 | PBSI |
| Robert Chefitz | 3344 | 05/21/09 | $2,501.73 | PBBA |
| Robert Chefitz | 3376 | 06/04/09 | $11,875.00 | PBBA |
| Robert Chefitz | 3501 | 07/28/09 | $18,910.00 | PBBA |
| Robert Chefitz | 3641 | 09/24/09 | $7,052.67 | PBBA |
| Robert Chefitz | 3669 | 10/01/09 | $5,661.00 | PBBA |
| Robert Chefitz | 3875 | 01/06/10 | $16,815.00 | PBBA |
| Robert Chefitz | 7978 | 04/08/10 | $33,813.29 | PBBA |
| Sam White | 170082 | 03/25/10 | $9,615.38 | PBSI |
| Sam White | 190055 | 03/11/10 | $9,615.38 | PBSI |
| Sam White | 210076 | 02/25/10 | $9,615.38 | PBSI |
| Sam White | 230063 | 02/11/10 | $9,615.38 | PBSI |
| Sam White | 250069 | 06/19/09 | $9,615.38 | PBSI |
| Sam White | 270040 | 07/02/09 | $9,615.38 | PBSI |
| Sam White | 290045 | 06/18/09 | $9,615.38 | PBSI |
| Sam White | 310061 | 06/04/09 | $9,615.38 | PBSI |
| Sam White | 330042 | 05/21/09 | $9,615.38 | PBSI |
| Sam White | 350065 | 05/07/09 | $9,615.38 | PBSI |
| Sam White | 370043 | 04/23/09 | $9,615.38 | PBSI |
| Sam White | 390062 | 04/09/09 | $9,615.38 | PBSI |
| Sam White | 410041 | 03/26/09 | $9,615.38 | PBSI |
| Sam White | 430063 | 03/12/09 | $9,615.38 | PBSI |
| Sam White | 450041 | 02/26/09 | $9,615.38 | PBSI |

| Insider Name | Document Number | Check or Wire Date | Payment Amount | Payor Entity |
|---|---|---|---|---|
| Sam White | 470059 | 02/12/09 | $9,615.38 | PBSI |
| Sam White | 490043 | 01/29/09 | $9,615.38 | PBSI |
| Sam White | 510039 | 12/18/09 | $9,615.38 | PBSI |
| Sam White | 530058 | 12/31/09 | $9,615.38 | PBSI |
| Sam White | 20039 | 12/17/09 | $9,615.38 | PBSI |
| Sam White | 40055 | 12/03/09 | $9,615.38 | PBSI |
| Sam White | 60039 | 02/12/10 | $9,615.38 | PBSI |
| Sam White | 80050 | 02/26/10 | $9,615.38 | PBSI |
| Sam White | 100036 | 03/12/10 | $9,615.38 | PBSI |
| Sam White | 120051 | 03/05/10 | $9,615.38 | PBSI |
| Sam White | 35796956 | 03/26/10 | $4,807.69 | PBSI |
| Sam White | 35810417 | 03/19/10 | $4,807.69 | PBSI |
| Sam White | 35823106 | 04/09/10 | $4,807.69 | PBSI |
| SP Corporate Services LLC | 3718 | 10/26/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 3744 | 11/05/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 3778 | 11/12/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 3833 | 12/21/09 | $37,500.00 | PBBA |
| SP Corporate Services LLC | 7661 | 03/04/10 | $112,500.00 | PBBA |
| SP Corporate Services LLC | 8066 | 04/12/10 | $13,750.00 | PBBA |
| Steel Partners | 3884 | 01/27/10 | $289.70 | PBBA |
| Steel Partners | 3885 | 02/01/10 | $133.10 | PBBA |
| Steel Partners | 7794 | 03/26/10 | $100,000.00 | PBBA |
| Terry Gibson | 3329 | 05/14/09 | $1,058.80 | PBBA |
| Terry Gibson | 3348 | 05/21/09 | $344.40 | PBBA |
| Terry Gibson | 3378 | 06/04/09 | $16,875.00 | PBBA |
| Terry Gibson | 3502 | 07/28/09 | $14,938.00 | PBBA |
| Terry Gibson | 3621 | 09/17/09 | $409.85 | PBBA |
| Terry Gibson | 3645 | 09/24/09 | $6,151.00 | PBBA |
| Terry Gibson | 3670 | 10/01/09 | $6,291.00 | PBBA |
| Terry Gibson | 3837 | 12/21/09 | $311.40 | PBBA |
| Terry Gibson | 3880 | 01/06/10 | $17,432.00 | PBBA |
| Terry Gibson | 7975 | 04/08/10 | $22,924.80 | PBBA |
| **TOTAL PAYMENTS TO INSIDERS WITHIN ONE YEAR:** | | | **$2,698,873.73** | |

In re    **Point Blank Solutions, Inc.**               Case No.    **10-11255**

Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

  **0**   continuation sheets attached to the Schedule of Real Property

In re   **Point Blank Solutions, Inc.**           Case No.   __10-11255__

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Point Blank 2** **Controlled Disbursement Acct# *6979** **Bank of America** **540 W. Madison Street, 16th Floor** **Chicago, IL 60661** | - | 78,067.51 |
| | | | **NDL Products Inc (Lifewear) Blocked Acct# *2275** **Bank of America** **540 W. Madison Street, 16th Floor** **Chicago, IL 60661** | - | 3,108.60 |
| | | | **NDL Products Inc (Lifewear) Controlled Disbursements Acct# *6110** **Bank of America** **540 W. Madison Street, 16th Floor** **Chicago, IL 60661** | - | 106.18 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >       **81,282.29**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

In re  **Point Blank Solutions, Inc.**                                    , Case No. __10-11255__
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prepaid Insurance** | - | 1,068,511.00 |
| | | **Prepaid Insurance: Humana** | - | 69,018.20 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Protective Apparel Corporation of America - 100% Stock Ownership** | - | 1,367,202.00 |
| | | **Point Blank Body Armor, Inc. - 99.35% Stock Ownership** | - | 6,568,500.00 |
| | | **PBSS, LLC - 100% Stock Ownership** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Intercompany Receivable - PBSS, LLC** | - | 3,200,000.00 |
| | | **Accounts Receivable, Lifewear Technologies** | - | 205,663.27 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >        12,478,894.47
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **Point Blank Solutions, Inc.**             ,     Case No.    **10-11255**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Litigation Claim - Toyobo America, Inc. and Toyobo Co., Ltd.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Licensor: Rapid Deployment Systems, Inc.** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Furniture & Fixtures, Net of Depreciation** | - | **78,050.66** |
| | | **Computer Equipment, Net of Depreciation** | - | **252,366.38** |
| | | **Computer Software under Development, Net of Depreciation** | - | **3,405,678.66** |
| | | **Leasehold Improvements, Net of Depreciation** | - | **51,159.31** |

Sub-Total >    **3,787,255.01**<br>(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **Point Blank Solutions, Inc.**            ,    Case No.   **10-11255**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Prepaid Licensing Fees: JESTA** | - | 19,643.30 |
| | | **Prepaid Licensing Fees: Microsoft** | - | 31,648.02 |
| | | **Prepaid Licensing Fees: Oracle** | - | 2,367.98 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Gross Inventory: Zylon (Fully Reserved)** | - | 0.00 |
| | | **Gross Inventory: Finished Goods - Lifewear (As of March 31, 2010)** | - | 302,195.93 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepaid Trade Show** | - | 16,385.00 |

| | |
|---|---|
| Sub-Total > (Total of this page) | 372,240.23 |
| Total > | 16,719,672.00 |

Sheet  **3**  of  **3**  continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re  **Point Blank Solutions, Inc.**  Case No. __10-11255__
                                           ,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Term Debt** | | | | | |
| **Bank of America, NA** **4 Penn Center** **1600 John F. Kennedy Blvd, Suite 1200** **Philadelphia, PA 19103** | X | - | **The above-referenced term debt was paid by the Debtors to BofA in accordance with the Bankruptcy Court's Order entered April 16, 2010** | | | X | | |
| | | | Value $ **Unknown** | | | | 9,684,969.43 | **Unknown** |
| Account No. | | | **DuPont guaranteed certain of the Debtors' obligations to the Prepetition Agent under the Prepetition Loan Agreement** | | | | | |
| **E.I. du Pont de Nemours** **c/o Ballard Spahr** **1735 Market Street, 51st Floor** **Philadelphia, PA 19103-7599** | | - | | X | | | | |
| | | | Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 9,684,969.43 | 0.00 |
| | | | Total (Report on Summary of Schedules) | | | | 9,684,969.43 | 0.00 |

.

In re    **Point Blank Solutions, Inc.**                          Case No.    **10-11255**

                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**    continuation sheets attached

In re    **Point Blank Solutions, Inc.**                            ,     Case No.    **10-11255**

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Accrued Vacation Liability** | - | | **See Exhibit E1 Calculated as of April 19, 2010 Pursuant to the Wage Order, employees are authorized to use vacation in the ordinary course of business.** | X | | | 224,343.08 | Unknown / Unknown |
| Account No. **Commissions Payable** | - | | **See Exhibit E1 Calculated as of April 14, 2010** | | | X | 98,433.75 | Unknown / Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 322,776.83 / 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Point Blank Solutions, Inc.**, Case No. **10-11255**
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employment Withholding Taxes Payable | | | | | | |
| **Internal Revenue Service** PO Box 80110 Cincinnati, OH 45280 | - | | | | | X | 5,579,838.24 | Unknown | Unknown |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
| | (Total of this page) | 5,579,838.24 | 0.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 5,902,615.07 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

**Point Blank Solutions, Inc.** *et al*
Exhibit E1: Accrued Vacation Liability

| Employee Last Name | Employee First Name | Company | Accrued Vacation Liability (as of 4/19/10) |
|---|---|---|---|
| Abati | Ernest | PBSI | $16,723.73 |
| Abraham | Blanca | PBSI | $803.32 |
| Agostini | Claudette | PBSI | $1,682.87 |
| Ali | Nafeza R | PBSI | $426.46 |
| Anderson Jr. | John M | PBSI | $2,075.77 |
| Arrington | Charles R. | PBSI | $1,427.35 |
| Augustin | Melinda | PBSI | $1,039.40 |
| Borday | Manuel | PBSI | $1,143.72 |
| Burns | William R. | PBSI | $2,848.36 |
| Christopher | Dornis | PBSI | $1,762.18 |
| Chung | Mi Kyung | PBSI | $2,526.72 |
| Clark | Denise | PBSI | $491.23 |
| Colon | Felix L | PBSI | $1,327.84 |
| Corker | Melvina | PBSI | $985.00 |
| Coronel | Victor | PBSI | $706.87 |
| Doery | Michelle | PBSI | $14,103.61 |
| Foreman | Michael | PBSI | $15,667.31 |
| Gallagher | Maryan | PBSI | $952.62 |
| Goff | Shirley F | PBSI | $1,184.61 |
| Guido-Sanz | Jesus | PBSI | $3,146.64 |
| Henderson | James | PBSI | $0.00 |
| Hernandez | Jesus A | PBSI | $1,061.54 |
| Hidalgo-Gato | Charo | PBSI | $1,546.48 |
| Hildreth | Jayne | PBSI | $3,946.16 |
| John-Baptiste | Alvin | PBSI | $487.18 |
| Jonas | Deborah | PBSI | $682.26 |
| Jorgensen | Frederick W. | PBSI | $2,887.50 |
| King | Ronald R. | PBSI | $895.86 |
| Landstrom | Lori | PBSI | $518.27 |
| Levaraty | Agatha | PBSI | $615.86 |
| Lipson | Stuart | PBSI | $2,742.92 |
| Llopiz | Eden H | PBSI | $6,685.11 |
| Lu-Lai | Chun H | PBSI | $2,603.66 |
| MacLeod | Norman | PBSI | $1,066.15 |
| Martinez | Paula | PBSI | $918.76 |
| Martinez | Brenda Lee | PBSI | $399.21 |
| Mendoza | Fabiola | PBSI | $1,248.28 |
| Miranda-Rivera | Deniese | PBSI | $673.75 |
| Mothe | Bruno | PBSI | $226.38 |
| Mountz | Ryan | PBSI | $642.33 |
| Nadler | Neal | PBSI | $2,850.89 |
| Nagy Jr. | Monte | PBSI | $11,153.86 |
| Nelson | Christian | PBSI | $254.65 |
| Nolan | Pamela | PBSI | $255.97 |

**Point Blank Solutions, Inc.** *et al*
<u>Exhibit E1: Accrued Vacation Liability</u>

| Employee Last Name | Employee First Name | Company | Accrued Vacation Liability (as of 4/19/10) |
|---|---|---|---|
| Parks | Ardith | PBSI | $9,911.53 |
| Parks-Martin | Wendy | PBSI | $1,730.77 |
| Peetz | Darrell | PBSI | $2,348.66 |
| Pinkerton | Peggy | PBSI | $1,806.54 |
| Placucci | Filipe | PBSI | $121.42 |
| Quiles | Edward | PBSI | $333.17 |
| Ramirez | Julio | PBSI | $1,730.77 |
| Restrepo | Liliana | PBSI | $958.35 |
| Ricardo | Vivian | PBSI | $226.38 |
| Rivera | Jovita | PBSI | $169.40 |
| Rodriguez | Cesar | PBSI | $1,510.38 |
| Rubio | Leticia | PBSI | $687.08 |
| Salerno | John | PBSI | $3,062.98 |
| Santo-Spondike | Donna | PBSI | $201.60 |
| Schmidt | Hoyt | PBSI | $2,555.39 |
| Silva | Ana Karla | PBSI | $407.67 |
| Smith | David | PBSI | $0.00 |
| St. Pierre | Gerald | PBSI | $2,588.17 |
| Stallings | Patrick | PBSI | $17,703.93 |
| Sumner | David | PBSI | $6,119.28 |
| Turner | Clete | PBSI | $2,798.65 |
| Turner | Sheila A. | PBSI | $2,158.22 |
| Vacca Jr. | Nicholas | PBSI | $1,906.25 |
| Van Kannel | Daniel | PBSI | $5,076.33 |
| Vargas | Tezla G | PBSI | $1,915.36 |
| White | Samuel B | PBSI | $32,361.76 |
| Wise | Dale | PBSI | $7,509.32 |
| Xu | Xiaolin | PBSI | $1,055.05 |
| **TOTAL POINT BLANK SOLUTIONS, INC ACCRUED VACATION:** | | | **$224,343.08** |

| Salesperson Name | March 2010 [1] | | April 1 - April 14 [2] | | Commissions Payable as of Petition Date |
|---|---|---|---|---|---|
| | PBBA | PACA | PBBA | PACA | |
| Clete Turner | $8,233.86 | $1,637.73 | $11,563.14 | $2,753.47 | $24,188.20 |
| Darrell Peetz | $629.95 | $0.00 | $380.82 | $0.00 | $1,010.77 |
| Hoyt Schmidt | $2,841.86 | $639.70 | $5,259.34 | $164.13 | $8,905.03 |
| Jerry St. Pierre | $1,989.62 | $1,402.16 | $2,225.67 | $4,792.63 | $10,410.08 |
| Norm MacLeod | $2,355.74 | $2,075.86 | $2,760.41 | $5,060.51 | $12,252.52 |
| Paula Martinez | $131.63 | $256.87 | $0.00 | $4.59 | $393.09 |
| Randy Arrington | $80.34 | $1,537.01 | $423.43 | $1,043.53 | $3,084.31 |
| Ron King | $1,890.88 | $489.16 | $4,668.35 | $145.05 | $7,193.44 |
| Sheila Turner | $5,558.15 | $1,179.24 | $7,712.74 | $1,835.80 | $16,285.93 |
| Wendy Martin | $703.27 | $1,047.77 | $1,543.13 | $786.87 | $4,081.04 |
| William Burns | $3,019.61 | $3,211.28 | $3,278.62 | $1,119.83 | $10,629.34 |
| **TOTAL COMMISSIONS PAYABLE:** | **$27,434.91** | **$13,476.78** | **$39,815.65** | **$17,706.41** | **$98,433.75** |

[1] Pursuant to the Wage Order authorizing payment of prepetition commissions in the ordinary course of business, March 2010 commissions were paid on April 23, 2010.

[2] Pursuant to the Wage Order authorizing payment of prepetition commissions in the ordinary course of business, April 2010 commissions were paid on May 28, 2010.

In re   **Point Blank Solutions, Inc.**                  ,    Case No.    **10-11255**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Payable | | | | |
| **A & M TAPE AND PACKAGING 5201 NOB HILL ROAD SUNRISE, FL 33351** | | - | | | | | | | 304.69 |
| Account No. | | | | | Trade Payable | | | | |
| **ACCESSPOINT INC P.O. BOX 751030 CHARLOTTE, NC 28275-1030** | | | | | | | | | 151.49 |
| Account No. | | | | | Trade Payable | | | | |
| **ADP P.O. BOX 9001006 LOUISVILLE, KY 40290-1006** | | - | | | | | | X | 103.55 |
| Account No. | | | | | Trade Payable | | | | |
| **ADP P. O. BOX 7247-0372 PHILADELPHIA, PA 19170-0372** | | - | | | | | | X | 1,545.60 |

<u> 29 </u> continuation sheets attached

Subtotal<br>(Total of this page)     **2,105.33**

In re __Point Blank Solutions, Inc.__ _____, Case No. __10-11255__
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ADT SECURITY SERVICES**<br>**P.O. BOX 371967**<br>**PITTSBURGH, PA 15250-7967** | | - | Trade Payable | | | | 505.12 |
| Account No.<br><br>**AKERMAN SENTERFITT**<br>**350 EAST LOS CENTER II #1600**<br>**350 EAST LOS OLAS BLVD**<br>**FT. LAUDERDALE, FL 33301** | | - | Trade Payable | | | X | 480.00 |
| Account No.<br><br>**Allan Simon**<br>**c/o Keith M. Stern, Esq**<br>**Shavitz Law Group, P.A.**<br>**1515 S. Federal Highway, Suite 404**<br>**Boca Raton, FL 33432** | | - | Pending Litigation | X | X | X | Unknown |
| Account No.<br><br>**Allied Aerofoam Products, LLC**<br>**General Trade Division Headquarters**<br>**216 Kelsey Lane**<br>**Tampa, FL 33619** | | - | Trade Payable - Lifewear | | | | 21,555.86 |
| Account No.<br><br>**Allied General Engravement & Plastic**<br>**3485 NW 167 Street**<br>**Opa Locka, FL 33056** | | - | Trade Payable - Lifewear | | | | 16,669.00 |

Sheet no. __1__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,209.98

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re  **Point Blank Solutions, Inc.** ,  Case No.  __10-11255__

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Trade Payable | | | | |
| ALLIED VAN LINES, INC 24272 NETWORK PLACE CHICAGO, IL 60673-1272 | | | | | | | | 7,770.96 |
| Account No. | | - | | Trade Payable | | | | |
| AMERICAN POLICE BEAT 43 THORNDIKE STREET 2ND FLOOR CAMBRIDGE, MA 02414 | | | | | | | | 12,206.00 |
| Account No. | | - | | Trade Payable | | | | |
| AMERICAN STOCK TRANSFER AND TRUST COMPANY 59 MAIDEN LANE NEW YORK, NY 10038 | | | | | | | | 4,000.00 |
| Account No. | | - | | Trade Payable | | | | |
| ASCENDO RESOURCES LLC 3350 SW 148th AVE Suite 110 Miramar, FL 33027 | | | | | | | | 87,678.13 |
| Account No. | | - | | March 12, 2010 Pending Litigation | X | X | X | |
| Ascendo Resources, LLC c/o Markowitz, Davis, Ringel & Trusty Two Datran Center, Suite 1225 9130 South Dadeland Blvd Miami, FL 33156 | | | | | | | | Unknown |

Sheet no. __2__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

111,655.09

In re __Point Blank Solutions, Inc._____,  Case No. __10-11255_____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| AT&T P.O. BOX 105262 ATLANTA, GA 30348-5262 | | - | | | | | 125.75 |
| Account No. | | | Trade Payable | | | | |
| ATECH 1945 W. COPANS ROAD POMPANO BCH, FL 33064 | | - | | | | | 95.40 |
| Account No. | | | Trade Payable | | | | |
| AUSA,INC ATTN: AMY FRANKENSTEIN 2425 WILSON BLVD ARLINGTON, VA 22201 | | - | | | | | 5,000.00 |
| Account No. | | | Capital Lease Obligation | | | | |
| Avaya Financial Services 1 CIT Drive Livingston, NJ 07039 | | - | | | | | 60,305.00 |
| Account No. | | | Trade Payable | | | | |
| AVIS RENT A CAR SYSTEMS, INC. 7876 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | | - | | | | | 2,773.99 |

Sheet no. __3___ of __29___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   68,300.14

In re  **Point Blank Solutions, Inc.**                                    ,          Case No.  __10-11255__
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable - Lifewear | | | | |
| **Avis Rent a Car Systems, Inc.** **7876 Collections Center Drive** **Chicago, IL 60693** | - | | | | | | 144.60 |
| Account No. | | | Trade Payable | | | | |
| **BAKER BOTTS LLP** **P.O. BOX 201626** **HOUSTON, TX 77216** | - | | | | | X | 692,586.87 |
| Account No. | | | Trade Payable | | | | |
| **BENEFIT OUTSOURCE INC** **800 E. HALLENDALE BCH BLV** **SUITE #15** **HALLENDALE BCH, FL 33009** | - | | | | | X | 459.00 |
| Account No. | | | Trade Payable | | | | |
| **BOBIT BUISNESS MEDIA** **3520 CHALLENGER ST** **P.O. BOX 2703** **TORRANCE, CA 90503** | - | | | | | | 5,257.25 |
| Account No. | | | Trade Payable | | | | |
| **BROADRIDGE** **P O BOX 23487** **NEWARK, NJ 07189** | - | | | | | | 20,277.55 |

Sheet no. __4__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

718,725.27

In re __Point Blank Solutions, Inc.__ ,  Case No. ___10-11255___

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>BRYAN CAVE LLP<br>GENERAL POST OFFICE<br>P O BOX 30491<br>NEW YORK, NY 10087-0491 | - | | | Trade Payable | | | | 236,242.74 |
| Account No.<br><br>BUDGET RENT A CAR SYSTEM INC<br>14297 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | - | | | Trade Payable | | | | 1,659.79 |
| Account No.<br><br>CARR & PALMER, LLP<br>4200 NORTHSIDE PARKWAY<br>NW BLDG 10<br>ATLANTA, GA 30327 | - | | | Trade Payable | | | | 6,526.60 |
| Account No.<br><br>CCH INCORPORATED<br>P O BOX 4307<br>CAROL STREAM, IL 60197-4307 | - | | | Trade Payable | | | | 285.30 |
| Account No.<br><br>CDW DIRECT LLC<br>P.O. BOX 75723<br>CHICAGO, IL 60675-5723 | - | | | Trade Payable | | | | 1,852.96 |

Sheet no. __5__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

246,567.39

In re  **Point Blank Solutions, Inc.**                                    ,          Case No.   **10-11255**
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable - Lifewear | | | | |
| Century USA, Inc. 14-111 Office Park Circle Birmingham, AL 35223 | - | | | | | | 1,935.60 |
| Account No. | | | Trade Payable | | | | |
| CISCO WEBEX LLC P.O. BOX 49216 SAN JOSE, CA 95161-9216 | - | | | | | | 480.00 |
| Account No. | | | Trade Payable | | | | |
| COAST TO COAST COMPUTER PRODUCTS PO Box 2418 North Hills, CA 91393 | - | | | | | X | 217.74 |
| Account No. | | | Trade Payable | | | | |
| COVINGTON & BURLING LLP 1201 PENNSYLVANIA AVE, N.W. WASHINGTON, DC 20004-2401 | - | | | | | X | 286,443.62 |
| Account No. | | | Trade Payable | | | | |
| CRAMER LLC 1222 Quebec St. Kansas City, MO 64116 | - | | | | | | 178,702.00 |
| Sheet no. __6__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 467,778.96 |

In re   **Point Blank Solutions, Inc.**                                    ,   Case No.   __10-11255__
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CROWE HORWATH LLP** <br> **P.O. BOX 145415** <br> **CINCINNATI, OH 45250-9791** | - | | | Trade Payable | | | | 200,765.00 |
| Account No. <br><br> **CRYSTAL PALMS** <br> **6874 PALMETTO CIRCLE S.** <br> **BOCA RATON, FL 33433** | - | | | Trade Payable | | | | 1,214.00 |
| Account No. <br><br> **Daymon Worldwide** <br> **PO Box 9661** <br> **Uniondale, NY 11555-9661** | - | | | Commission Payable - Lifewear | | | | 604.76 |
| Account No. <br><br> **Dell Financial Services, LLC** <br> **99355 Collections Drive** <br> **Chicago, IL 60693** | - | | | Capital Lease Obligation | | | | 29,298.00 |
| Account No. <br><br> **DELOITTE TAX LLP** <br> **P.O. BOX 2079** <br> **CAROL STREAM, IL 60132-2079** | - | | | Trade Payable | | | | 40,032.00 |

Sheet no. __7__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                271,913.76

In re  **Point Blank Solutions, Inc.**                                              ,  Case No.  __10-11255__
_____
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DELTACARE USA**<br>**P.O. BOX 0170**<br>**LOS ANGELES, CA 90084-0170** | | - | Trade Payable | | | X | 862.83 |
| Account No.<br><br>**Deltacare Usa**<br>**P.O. Box 0170**<br>**Los Angeles, CA 90084-0170** | | - | Trade Payable - Lifewear | | | X | 215.70 |
| Account No.<br><br>**Dennis Wagner**<br>**1002 SW West Park Drive**<br>**Suite 4**<br>**Bentonville, AR 72712** | | - | Commission Payable - Lifewear | X | | | 795.33 |
| Account No.<br><br>**Department of Justice**<br>**Civil Division**<br>**Callie R. Owen**<br>**950 Pennsylvania Ave, NW**<br>**Washington, DC 20530-0001** | | - | Pending Litigation | X | X | X | Unknown |
| Account No.<br><br>**DIRECT TV**<br>**P.O. BOX 60036**<br>**LOS ANGELES, CA 90060-0036** | | - | Trade Payable | | | | 106.28 |

Sheet no. __8__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,980.14**

In re   **Point Blank Solutions, Inc.**                                    ,     Case No.    **10-11255**
_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Payable | | | | |
| DLA PIPER US LLP P.O. BOX 75190 BALTIMORE, MD 21275 | - | | | | | | | X | 1,504.00 |
| Account No. | | | | | Trade Payable | | | | |
| FEDEX 2 P. O. BOX 660481 DALLAS, TX 75266-0481 | - | | | | | | | X | 1,588.21 |
| Account No. | | | | | Trade Payable | | | | |
| FLAT IRON CAPITAL P O BOX 17600 DENVER, CO 80217-0600 | - | | | | | | | | 15.00 |
| Account No. | | | | | Trade Payable | | | | |
| FRAME GALLERY 2707 E COMMERCIAL BLVD FT LAUDERDALE, FL 33308 | - | | | | | | | | 302.00 |
| Account No. | | | | | Trade Payable | | | | |
| GERBER TECHNOLOGY INC. DEPT. CH17522 PALATINE, IL 60055-7522 | - | | | | | | | X | 5,806.00 |

Sheet no. _**9**_ of _**29**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,215.21

In re   **Point Blank Solutions, Inc.**                                        ,        Case No.   **10-11255**
                                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| GIDEON'S MACHINERY CORP 1940 NE194th Drive North Miami Beach, FL 33179 | - | | | | | X | 741.78 |
| Account No. | | | Trade Payable - Lifewear | | | | |
| Glomex Inc. 1511 S. Carlos Ave Ontario, CA 91761 | - | | | | | | 57,061.57 |
| Account No. | | | Trade Payable | | | | |
| GOODWIN PROCTER LLP EXCHANGE PLACE 53 STATE STREET BOSTON, MA 02109 | - | | | | | X | 62,764.64 |
| Account No. | | | Commissions Payable | | | | |
| Greg McCain 816 E. Arroyo Ave Pueblo, CO 81006 | - | | | X | | | 90.20 |
| Account No. | | | Trade Payable | | | | |
| HELLER EHRMAN LLP FILE # 73536 P O BOX 60000 SAN FRANCISCO,, CA 94160-3536 | - | | | | | X | 37,116.65 |

Sheet no. __10__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**157,774.84**

In re  **Point Blank Solutions, Inc.**                                      ,          Case No. ___**10-11255**___
                                           Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| HODGES DOUGHTY & CARSON P O BOX 869 KNOXVILLE, TN 37901 | - | | | | | | 667.00 |
| Account No. | | | Trade Payable | | | | |
| HOLLAND & KNIGHT P O BOX 864084 ORLANDO, FL 32886-4084 | - | | | | | | 47,840.97 |
| Account No. | | | Capital Lease Obligation | | | | |
| Hyperion Software National City Vendor Finance PO Box 738443 Cleveland, OH 44193 | - | | | | | | 15,534.00 |
| Account No. | | | Trade Payable - Lifewear | | | | |
| Innovative Creative Packaging Multipackaging Solutions 75 Remittance Drive, Suite 3111 Chicago, IL 60675-3111 | - | | | | | | 6,272.50 |
| Account No. | | | Trade Payable - Lifewear | | | | |
| Inovis, Inc. P.O. Box 198415 Atlanta, GA 30384-8145 | - | | | | | | 3,714.72 |

Sheet no. __11__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **74,029.19**

In re  **Point Blank Solutions, Inc.**                    Case No. __10-11255__
                                              ,
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Payable | | | | |
| **INSIGHT** **6820 S HAR AVE** **TEMPE, AZ 85283** | | - | | | | | | 766.95 |
| Account No. | | | | Trade Payable | | | | |
| **INTEGRASERV, INC** **PO BOX 701477** **ST. CLOUD, FL 34770-1477** | | - | | | | | | 215.71 |
| Account No. | | | | Trade Payable | | | | |
| **INTEGRATED PROFESSIONAL SERVICES, INC.** **PO BOX 56346** **ATLANTA, GA 30343** | | - | | | | | | 1,272.50 |
| Account No. | | | | Trade Payable | | | | |
| **INVESHARE INC** **PO BOX 191308** **ATLANTA, GA 31119-1308** | | - | | | | | | 63.10 |
| Account No. | | | | Trade Payable | | | | |
| **IRON MOUNTAIN INFORMATION** **13700 NW 2ND STREET** **SUNRISE, FL 33325** | | - | | | | | | 479.55 |

Sheet no. __12__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,797.81

In re __Point Blank Solutions, Inc._____,    Case No. ___10-11255_____

                                       Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable - Lifewear | | | | |
| ITW Waterbury Buckle Co P.O. Box 92596 Chicago, IL 60675-2596 | - | | | | | | 46.36 |
| Account No. | | | Trade Payable | | | | |
| JAMES CAMBELL COMPANY K STREET DEPOSIT 23327 NETWORK PLACE CHICAGO, IL 60673-3322 | - | | | | | X | 410.62 |
| Account No. | | | Commissions Payable | | | | |
| Jennifer Sutyak 12245 Fairfield House Drive #407 Fairfax, VA 22033 | - | | | X | | | 7,553.15 |
| Account No. | | | February 17, 2010 Pending Litigation | | | | |
| Jerry Haleva and SMA c/o Thomas V. Girardi 1126 Wilshire Boulevard Los Angeles, CA 90017 | - | | | X | X | X | Unknown |
| Account No. | | | Trade Payable | | | | |
| JESTA I.S. INC. 8 PLACE DU COMMERCE, SUITE 300 VERDUN  H3E 1N3 CANADA | - | | | | | | 45,758.92 |

Sheet no. __13__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,769.05

In re **Point Blank Solutions, Inc.** _____ ,    Case No. __10-11255__
                                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trade Payable | | | | |
| JF ASSOCIATES, INC 8937 GARDEN GATE DR. FAIRFAX, VA 22031 | | | | | | | | 8,433.40 |
| Account No. | | - | | Trade Payable | | | X | |
| JOSE LLOREDA CAMACHO & CO. S.A CALLE 72 NO. 5-83 PISO 5 BOGOTA COLOMBIA | | | | | | | | 4,463.87 |
| Account No. | | - | | Trade Payable | | | X | |
| KOBRE & KIM LLP 800 THIRD AVENUE NEW YORK, NY 10022 | | | | | | | | 158,259.08 |
| Account No. | | - | | January 12, 2010 Pending Litigation | X | X | X | |
| Larry R. Ellis c/o Mercer K. Clarke Clarke Silvergate & Campbell 799 Brickell Plaza, Suite 900 Miami, FL 33131 | | | | | | | | Unknown |
| Account No. | | - | | Asserted Severance | | | X | |
| Larry R. Ellis 520 Carondelett CV SW Atlanta, GA 30331 | | | | | | | | 2,600,000.00 |

Sheet no. __14__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
             (Total of this page)        2,771,156.35

In re **Point Blank Solutions, Inc.** , Case No. **10-11255**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trade Payable | | | | |
| LAW OFFICES OF ROBERT C GOTTLIEB THE TRINITY BUILDING 111 BROADWAY STE 701 NEW YORK, NY 10006 | | | | | | | | 765.00 |
| Account No. | | - | | Accrued Severance | | | | |
| Lisa Taylor 2000 South Ocean Blvd #2A Pompano Beach, FL 33062-8025 | | | | | | | | 49,848.07 |
| Account No. | | - | | Trade Payable | | | | |
| LOEB & LOEB LLP 345 PARK AVENUE NEW YORK, NY 10154 | | | | | | | X | 2,809.71 |
| Account No. | | - | | Trade Payable | | | | |
| LONG ISLAND INDICATOR SERVICE 14 SARAH DRIVE HAUPPAUGE, NY 11788 | | | | | | | | 1,168.00 |
| Account No. | | - | | Trade Payable | | | | |
| MarcumRachlin, a division of MARCUM LLP 1 SOUTHEAST 3RD AVE 10TH FLOOR MIAMI, FL 33131 | | | | | | | | 61,780.24 |

Sheet no. __15__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

116,371.02

In re  **Point Blank Solutions, Inc.**                                      ,     Case No. __10-11255__
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| MARGOLIN, WINER & EVENS LLP 370 LEXINGTON AVE NEW YORK, NY 10017-5001 | | - | | | | X | 59,123.00 |
| Account No. | | | December 7, 2009 Pending Litigation | | | | |
| Marie Paul c/o Donna M. Ballman, P.A. 5001 South University Drive Suite G Fort Lauderdale, FL 33328 | | - | | X | X | X | Unknown |
| Account No. | | | February 8, 2010 Pending Litigation | | | | |
| Marie Paul c/o Donna M. Ballman, P.A. 5001 South University Drive Suite G Fort Lauderdale, FL 33328 | | - | | X | X | X | Unknown |
| Account No. | | | February 11, 2010 Pending Litigation | | | | |
| Marie Paul c/o Donna M. Ballman, P.A. 5001 South University Drive Suite G Fort Lauderdale, FL 33328 | | - | | X | X | X | Unknown |
| Account No. | | | Accrued Severance | | | | |
| Marie Paul 7750 Lago Del Mar, Bldg 7 #705 Boca Raton, FL 33433 | | - | | | | X | 20,883.78 |

Sheet no. __16__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             **80,006.78**

In re **Point Blank Solutions, Inc.** , Case No. **10-11255**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Commissions Payable | | | | |
| Mathew Johnson 127 County Road 151 Corinth, MS 38834 | - | | | X | | | 1,000.17 |
| Account No. | | | Trade Payable | | | | |
| MCDERMOTT, WILL & EMERY 340 MADISON AVENUE NEW YORK, NY 10173-1922 | - | | | | | X | 300,761.59 |
| Account No. | | | Capital Lease Obligation | | | | |
| Microsoft Financing Microsoft Licensing GP 6100 Neil Road Reno, NV 89511-1137 | - | | | | | X | 66,727.00 |
| Account No. | | | Trade Payable | | | | |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO 1 FINANCIAL CENTER BOSTON, MA 02111 | - | | | | | X | 798,744.90 |
| Account No. | | | Pending Litigation | | | | |
| Moore & Snoep Consulting, Inc. d/b/a MSI Consulting c/o The Chapman Law Firm, PA 7251 West Palmetto Park Road, Suite 203 Boca Raton, FL 33433 | - | | | X | X | X | Unknown |

Sheet no. __17__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,167,233.66**

In re  **Point Blank Solutions, Inc.**                                            ,  Case No.  **10-11255**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| MORRIS, NICKELS, ARSHT, & TUNNELLL LLP 1201 N MARKET STREET WILMINGTON, DE 19899-1347 | - | | | | | X | 54,232.54 |
| Account No. | | | Trade Payable | | | | |
| MSI CONSULTING APF fbo MSI CONSULTING P.O. BOX 823473 PHILADELPHIA, PA 19182-3473 | - | | | | | X | 12,750.00 |
| Account No. | | | Trade Payable | | | | |
| OAKLANDER PRIMARY MED ASSOCIATES 311 S. CYPRESS ROAD POMPANO BEACH, FL 33060 | - | | | | | | 35.00 |
| Account No. | | | Trade Payable | | | | |
| OHIO TACTICAL OFFICERS ASSOCIATION PO BOX 411 KENT, OH 44240 | - | | | | | | 800.00 |
| Account No. | | | Trade Payable | | | | |
| PAUL GIONFRIDDO 1190 PROSPECT AVE HARTFORD, CT 06105 | - | | | | | | 5,000.00 |

Sheet no. __18__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,817.54

In re  **Point Blank Solutions, Inc.**                                      ,     Case No. __10-11255__
_____
                            Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| PC MALL SALES, INC. FILE 55327 LOS ANGELES, CA 90074-5327 | | - | | | | | | 6,326.21 |
| Account No. | | | | Trade Payable | | | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES L P.O. 856460 LOUISVILLE, KY 40285-6460 | | - | | | | | | 328.70 |
| Account No. | | | | Trade Payable | | | | |
| PRAETORIAN GROUP 200 GREEN STREET SUITE 200 SAN FRANCISCO, CA 94111 | | - | | | | | | 8,000.00 |
| Account No. | | | | Trade Payable | | | | |
| PREMIERE GLOBAL SERVICES P. O. BOX 404351 ATLANTA, GA 30384-4351 | | - | | | | | | 499.51 |
| Account No. | | | | Trade Payable | | | | |
| PTI MACHINE 23 MCCALL ROAD DELTA, PA 17314 | | - | | | | | | 61,000.00 |

Sheet no. __19__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    76,154.42

In re __Point Blank Solutions, Inc._____,    Case No. ___10-11255_____
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**PUBLIC COMPANY ACCOUNTING OVESIGHT BOARD<br>P O BOX 631116<br>BALTIMORE, MD 21263-1116** | - | | Trade Payable | | | | 1,254.00 |
| Account No.<br><br>**RICHARD KIBBE & ORBE LLP<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281-1003** | - | | Trade Payable | | | X | 186,110.45 |
| Account No.<br><br>**Richard Wejnert<br>1358 Hooper Ave<br>Unit 135<br>Toms River, NJ 08753** | - | | Commissions Payable | X | | | 16,645.32 |
| Account No.<br><br>**Rick Neumeister<br>8111 Floss Lane<br>East Amherst, NY 14051** | - | | Commission Payable - Lifewear | X | | | 1,109.51 |
| Account No.<br><br>**RITCHIE, DILLARD, DAVIES<br>606 W. MAIN ST.<br>SUITE 300<br>KNOXVILLE, TN 37901** | - | | Trade Payable | | | X | 15,038.67 |

Sheet no. __20__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **220,157.95**

In re **Point Blank Solutions, Inc.** , Case No. **10-11255**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| RITTER'S PRINTING 1660 W. MCNAB ROAD FT.LAUDERDALE, FL 33309 | - | | | | | | 770.75 |
| Account No. | | | February 18, 2010 Pending Litigation | | | | |
| Sandra L. Hatfield c/o Andy Bouchard Bouchard Margules & Friedlander 222 Delaware Ave, Suite 1400 Wilmington, DE 19801 | - | | | X | X | X | Unknown |
| Account No. | | | Trade Payable | | | | |
| SCALEMEN OF FLORIDA, INC. 3600 HACIENDA BLVD. SUITE A DAVIE, FL 33314 | - | | | | | | 1,548.40 |
| Account No. | | | Pending Litigation | | | | |
| Securities and Exchange Commission Miami Regional Office Chedley C. Dumornay 801 Brick Avenue, Suite 1800 Miami, FL 33131 | - | | | X | X | X | Unknown |
| Account No. | | | Reserve for Class Action Lawsuits | | | | |
| Securities Class Action and Shareholder Derivative Action Carter Ledyard & Millburn c/o Gary Sesser, 2 Wall Street New York, NY 10005 | - | | | X | | | 4,171,974.00 |

Sheet no. __21__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,174,293.15**

In re **Point Blank Solutions, Inc.**             Case No. **10-11255**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>SERCARZ & RIOPELLE, LLP<br>152 WEST 57TH STREET<br>24TH FLOOR<br>NEW YORK, NY 10019 | | - | Trade Payable | | | X | 743,523.04 |
| Account No.<br><br>SERGEANT MAJOR ASSOCIATES, INC.<br>915 L. STREET SUITE 1140<br>SACRAMENTO, CA 95814 | | - | Trade Payable | | | X | 48,574.97 |
| Account No.<br><br>SERVICE BY AIR<br>P.O. BOX 777<br>OLD BETHPAGE, NY 11804-0060 | | - | Trade Payable | | | X | 7,880.00 |
| Account No.<br><br>Service by Air<br>P.O. Box 777<br>Old Bethpage, NY 11804-0060 | | - | Trade Payable - Lifewear | | | X | 195.00 |
| Account No.<br><br>SHRM SOCIETY FOR HUMAN RESOURCE MANAGEME<br>P. O. BOX 79482<br>BALTIMORE, MN 21298-8614 | | - | Trade Payable | | | | 160.00 |

Sheet no. __22__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

800,333.01

In re   **Point Blank Solutions, Inc.**          ,     Case No.   **10-11255**

                           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SIMAKAT LLC**<br>**711 NORWAY PLACE**<br>**OSWEGO, IL 60543** | | - | Trade Payable | | | | 5,681.00 |
| Account No.<br><br>**SMX SERVICES & CONSULTING INC.**<br>**1000 BRICKELL AV. SUITE 410**<br>**MIAMI, FL 33131** | | - | Trade Payable | | | | 99,106.00 |
| Account No.<br><br>**SOUTHEASTERN PRINTING COMPANY**<br>**3601 SE DIXIE HIGHWAY**<br>**STUART, FL 34997** | | - | Trade Payable | | | | 17,287.77 |
| Account No.<br><br>**STANDARD & POOR'S**<br>**2542 COLLECTION CENTER DR**<br>**CHICAGO, IL 60693** | | - | Trade Payable | | | | 1,465.00 |
| Account No.<br><br>**STAPLES ADVANTAGE**<br>**PO BOX 95708**<br>**CHICAGO, IL 60694-5708** | | - | Trade Payable - Lifewear | | | | 951.48 |

Sheet no. __23__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **124,491.25**

In re  **Point Blank Solutions, Inc.**

Debtor

Case No.  **10-11255**

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**STERLING INFO SYSTEMS INC**<br>**NEWARK POST OFFICE**<br>**P.O. BOX 35626**<br>**NEWARK, NJ 07193-5626** | - | | Trade Payable | | | | 2,256.00 |
| Account No.<br><br>**STRATASERV**<br>**2055 JUNCTION AVE,**<br>**SUITE 208**<br>**SAN JOSE,, CA 95131** | - | | Trade Payable | | | | 4,672.00 |
| Account No.<br><br>**SUN-SENTINEL**<br>**P. O. BOX 100606**<br>**ATLANTA, GA 30384-0606** | - | | Trade Payable | | | | 1,200.00 |
| Account No.<br><br>**T-MOBILE**<br>**P.O. BOX 790047**<br>**ST. LOUIS, MO 63179-0047** | - | | Trade Payable | | | | 2,139.08 |
| Account No.<br><br>**TACTICAL ARMOR PRODUCTS**<br>**179 Mine Lane**<br>**Jacksboro, TN 37757** | - | | Trade Payable | | | X | 52,136.64 |

Sheet no. __24__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,403.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **Point Blank Solutions, Inc.**                                        ,      Case No.   __10-11255__
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| TAGS LABELS PRINTING,INC 520 NE 1ST AVENUE HALLANDALE, FL 33009 | | - | | | | | 198.75 |
| Account No. | | | Trade Payable | | | | |
| TERREMARK NORTH AMERICA, INC ATTN: ACCOUNTS RECEIVABLE P O BOX 864416 ORLANDO, FL 32886-4260 | | - | | | | | 2,874.86 |
| Account No. | | | Trade Payable | | | | |
| TGI OFFICE AUTOMATION, LLC 2077 NORTH POWERLINE RD SUITE 2 POMPANO BEACH, FL 33069 | | - | | | | | 4,263.62 |
| Account No. | | | Trade Payable | | | | |
| THE MERGIS GROUP PO BOX 100153 ATLANTA, GA 30384-0153 | | - | | | | | 1,488.00 |
| Account No. | | | Trade Payable | | | | |
| THOMSON FINANCIAL LLC 195 BROADWAY, 7TH FLOOR NEW YORK, NY 10007 | | - | | | | | 5,091.22 |

Sheet no. __25__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  13,916.45

In re **Point Blank Solutions, Inc.** ,                    Case No. __10-11255__

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| TIME WARNER P.O. BOX 172567 DENVER, CO 80217-2567 | | - | | | | | 663.82 |
| Account No. | | | Trade Payable | | | | |
| TINT WORLD INC. 7407 N. PINE ISLAND ROAD TAMARAC, FL 33321 | | - | | | | | 1,550.00 |
| Account No. | | | Trade Payable - Lifewear | | | | |
| TPI Industries, Inc. 265 Ballard Road Middletown, NY 10940 | | - | | | | | 10,106.18 |
| Account No. | | | Trade Payable | | | | |
| TRADEMARK INFO CORP 511 Ave. of the Americas, #54 New York, NY 10011-8436 | | - | | | | X | 1,192.00 |
| Account No. | | | Trade Payable | | | | |
| UNISHRED FL LLC 3493 NE 12th Terrace Oakland Park, FL 33334 | | - | | | | | 100.00 |

Sheet no. __26__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        13,612.00

In re  **Point Blank Solutions, Inc.**                                    ,          Case No.   **10-11255**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| **UNITED PARCEL SERVICE** P. O. BOX 7247-0244 PHILADELPHIA, PA 19170-0001 | - | | | | | X | 75.97 |
| Account No. | | | Trade Payable | | | | |
| **UNIVERSAL SEWING MACHINE CO., INC.** 2300 NW 2ND AVENUE MIAMI, FL 33127 | - | | | | | | 133.92 |
| Account No. | | | Trade Payable | | | | |
| **VENABLE LLP** P.O. BOX  630798 BALTIMORE, MD 21263-0798 | - | | | | | X | 998,354.49 |
| Account No. | | | Trade Payable | | | | |
| **VERIZON 2** P.O. BOX 660720 DALLAS, TX 75266-0720 | - | | | | | | 114.42 |
| Account No. | | | Trade Payable | | | | |
| **WACHOVIA SECURITIES** P O BOX 601601 CHARLOTTE, NC 28260 | - | | | | | X | 89,147.91 |

Sheet no. __27__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,087,826.71**

B6F (Official Form 6F) (12/07) - Cont.

In re **Point Blank Solutions, Inc.** , Case No. **10-11255**

Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Wagner Marketing, Inc.<br>c/o Dick Wagner<br>1163 Abbott Road<br>Batavia, OH 45103 | - | | Commissions Payable | X | | | 61,951.60 |
| Account No.<br><br>WASHINGTON STATE TACTICAL OFFICERS ASSOCIATION<br>871 GEORGE WASHINGTON WAY<br>RICHLAND, WA 99352 | - | | Trade Payable | | | | 350.00 |
| Account No.<br><br>WELLS FARGO FINANCIAL CAPITAL FINANACE D<br>300 TRI-STATE INTERNATIONAL SUITE 400<br>LINCOLNSHIRE, IL 60069 | - | | Trade Payable | | | | 1,625.25 |
| Account No.<br><br>Wills and Associates<br>122 Linden Avenue<br>Pueblo, CO 81007 | - | | Commissions Payable | X | | | 193,052.64 |
| Account No.<br><br>YRC<br>PO Box 905587<br>Charlotte, NC 28290-5587 | - | | Trade Payable - Lifewear | | | | 1,830.26 |

Sheet no. **28** of **29** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **258,809.75**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re  **Point Blank Solutions, Inc.**                                    ,     Case No.  __10-11255__
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vest Replacement Obligation | | | | |
| **Zylon Warranty Reserve** | - | | | X | | | |
| | | | | | | | 400,983.31 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __29__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 400,983.31 |
| Total (Report on Summary of Schedules) | | 13,666,389.23 |

.

In re    **Point Blank Solutions, Inc.**            ,    Case No.    **10-11255**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| ADP<br>PO Box 7247-0351<br>Philadelphia, PA 19170-0351 | Employee Benefit Agreements |
| ADP 401(k) Plan<br>PO Box 7247-0351<br>Philadelphia, PA 19170-0351 | Employee Benefit Agreements |
| ADS Tactical, Inc.<br>Attn: John Stone<br>Pinehurst Centre, Suite 350<br>477 Viking Drive<br>Virginia Beach, VA 23452 | Finder's Fee Agreement |
| ADT Solutions, LLC<br>3327 Montreal Station<br>Tucker, GA 30084 | Consulting Agreement |
| Advanced Air Systems<br>1950 NW 22nd ST<br>Fort Lauderdale, FL 33311 | Maintenance Service Agreement |
| Advanced Technology Systems Company<br>1560 Wilson Boulevard<br>Suite 1100<br>Arlington, VA 22209 | Consulting Agreement |
| AFCO<br>260 Franklin St., Ste 310<br>Boston, MA 02110 | Premium Finance Agreement |
| Affiliated FM Insurance Company<br>P.O. Box 7500<br>Johnston, RI 02919 | Multiple Insurance Policies |
| Affiliated FM Insurance Company<br>P.O. Box 7500<br>Johnston, RI 02919 | Multiple Insurance Policies |
| Allied World National Assurance Co.<br>225 Franklin Street<br>Boston, MA 02110 | Excess Directors and Officers Liability Insurance |
| Allied World National Assurance Co.<br>225 Franklin Street<br>Boston, MA 02110 | Excess Directors and Officer Liability Insurance |

**10**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re <u>**Point Blank Solutions, Inc.**</u>,  Case No.  <u>**10-11255**</u>

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Allstate Insurance Company**<br>**2775 Sanders Road**<br>**Northbrook, IL 60062-6127** | **Auto Insurance Policy** |
| **Allstate Insurance Company**<br>**2775 Sanders Road**<br>**Northbrook, IL 60062** | **Auto Insurance Policy** |
| **Avaya Financial Services**<br>**1 CIT Drive**<br>**Livingston, NJ 07039** | **Personal Property Lease** |
| **Bay Bridge Administrators LLC**<br>**PO Box 161690**<br>**Austin, TX 78716** | **Employee Benefit Agreement** |
| **Bearse USA**<br>**3815 W. Cortland Street**<br>**Chicago, IL 60647** | **Subcontractor Compliance Agreement** |
| **Boca Renaissance**<br>**2000 NW 19th Street**<br>**Boca Raton, FL 33431** | **Hotel Agreement** |
| **Boyd Trantham**<br>**90  W. Branch Circle**<br>**Northeast, MD 21901** | **Consulting Agreement** |
| **Burr Pilger & Mayer, LLP**<br>**2 Palto Atlo Square, Suite 250**<br>**3000 El Camino Real**<br>**Palo Alto, CA 94306** | **Tax Services Agreement** |
| **Carr and Palmer**<br>**10 North Parkway Square**<br>**4200 Northside Parkway**<br>**Atlanta, GA 30327** | **Legal Service Agreement** |
| **Carter Industries, Inc.**<br>**1154 47th Street**<br>**Brooklyn, NY 11219** | **Supply Agreement** |
| **Ceridan (Humana)**<br>**3201 34th Street**<br>**South St Petersburg, FL 33711** | **Employee Benefit Agreements** |
| **Charles Lowery** | **Temporary Contractor Agreement** |
| **Charles Taylor**<br>**2000 South Ocean Blvd, #2A**<br>**Pompano Beach, FL 33062** | **Employment Agreement** |

Sheet <u>**1**</u> of <u>**10**</u> continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Cheri Sundae Productions**<br>**3727 W. Magnolia Blvd, #804**<br>**Burbank, CA 91505** | **License Agreement for use of Point Blank images and products** |
| **Chubb Custom Insurance Co.**<br>**Chubb Group of Insurance Co.**<br>**15 Mountain View Road**<br>**Warren, NJ 07059** | **Various Insurance Policies** |
| **Chubb de Mexico**<br>**Ave Santa Fe Num 505 Piso 17**<br>**Colonia Cruz Manca Delegacion**<br>**Cuajimalpa de Morelos CP 05349**<br>**MEXICO** | **Mexico Liability Insurance** |
| **Clarence Hutton**<br>**168 Hugh Hayes Lane**<br>**Bean Station, TN 37708-6019** | **Employment Agreement** |
| **Cleaning Girls Services, Inc.**<br>**10792 La Placida Drive #4-4**<br>**Pompano Beach, FL 33065** | **Maintenance Service Agreement** |
| **Comp-Air**<br>**13195 NW 38th Ave**<br>**Miami, FL 33054** | **Maintenance Agreement** |
| **CONFIDENTIAL** | **Distributor Agreements** |
| **CONFIDENTIAL** | **Customer Contracts** |
| **Corporate Connection**<br>**99 NW 183rd St.**<br>**Suite 201**<br>**Miami, FL 33169** | **Shuttle Service Agreement** |
| **Cowen and Company, LLC**<br>**1231 Avenue of the Americas**<br>**New York, NY 10020** | **Services Agreement** |
| **CRG Partners Group LLC**<br>**11835 West Olympic Blvd**<br>**Suite 650E**<br>**Los Angeles, CA 90064** | **Consulting Agreement** |
| **Crowe Horwath**<br>**350 East Las Olas Boulevard**<br>**Suite 1420**<br>**Fort Lauderdale, FL 33301** | **Accounting Services Agreement** |
| **D'AN Finacial Services/ERM**<br>**1301 N.E. 103rd St**<br>**Miami Shores, FL 33138** | **Accounting Services Agreement** |

Sheet __2__ of __10__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Dale Wise**<br>**2161 Surf Road**<br>**Panacea, FL 32346** | **Employment Agreement** |
| **Dallco Industries, Inc.**<br>**PO Box 2727**<br>**York, PA 17405** | **Supply Agreement** |
| **Dave Palmer**<br>**104 Liddell Rd**<br>**Colora, MD 21907** | **Outside Test Witness** |
| **Dell Financial Services LLC**<br>**99355 Collections Center Dr**<br>**Chicago, IL 60693** | **Personal Property Lease** |
| **Deloitte LLP**<br>**201 E Kennedy Blvd**<br>**Suite 1200**<br>**Tampa, FL 33602** | **Tax Services Agreement** |
| **DJ Manufacturing Corporation**<br>**Route 183, Int. 916, Lot #7 & 8**<br>**Industrial Zone Cerro Gordo**<br>**San Lorenzo, PR 00754** | **Contractor Agreement** |
| **Doerr's Trailer Rental**<br>**829 Benoist Farms Rd**<br>**West Palm Beach, FL** | **Rental Agreement** |
| **Douglas A. Westly**<br>**3118 Partridge Point Trail**<br>**Valrico, FL 33594** | **Consulting Agreement** |
| **DSM Dyneema B.V.**<br>**Mauritslaan 49**<br>**6129 El Urmond**<br>**The Netherlands** | **Supply Agreement** |
| **Durkin Agreement**<br>**1120 Bloomfield Avenue**<br>**Suite 204**<br>**Caldwell, NJ 07007** | **Contracting Agreement** |
| **E.I. du Pont de Nemours**<br>**c/o Ballard Spahr**<br>**1735 Market Street, 51st Floor**<br>**Philadelphia, PA 19103-7599** | **Supply Agreement** |
| **Eden Llopiz**<br>**16410 NW 14th St**<br>**Pembroke Pines, FL 33028-1314** | **Employment Agreement** |

Sheet     **3**     of     **10**     continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **Point Blank Solutions, Inc.**                                        ,     Case No.     **10-11255**
                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Epic Consultants, Inc.**<br>**9181 SW 140 St**<br>**Miami, FL 33176** | **Consulting Agreement** |
| **EPIQ Bankruptcy Solutions**<br>**757 Third Avenue**<br>**3rd Floor**<br>**New York, NY 10016** | **Professional Service Agreement** |
| **Ernest Abati**<br>**6254 NW 23rd Road**<br>**Boca Raton, FL 33434** | **Employment Agreement** |
| **Ernest Abati**<br>**6254 23rd Road**<br>**Boca Raton, FL 33434** | **Indemnification Agreement** |
| **FMS Enterprises Migun Ltd**<br>**27 Imber Street**<br>**Kiryat Arye, Petach Tikva**<br>**ISRAEL** | **Guaranty Agreement** |
| **FMS Enterprises Migun Ltd**<br>**27 Imber Street**<br>**Kiryat Arye, Petach Tikva**<br>**ISRAEL** | **Indemnification Agreement** |
| **Gaeton J Dragone**<br>**12632 Shoal Creek Lane North**<br>**Jacksonville, FL** | **Consulting Agreement** |
| **Gerber Technology,**<br>**a Division of GSI, Inc.**<br>**24 Industrial Park Road West**<br>**Tolland, CT 06084** | **Maintenance Service Agreement** |
| **Global Compliance Services**<br>**13950 Ballantyne Corporate Place**<br>**Suite 300**<br>**Charlotte, NC 28277-2712** | **Service Contract** |
| **Greater Bay Capital**<br>**300 Tri-Suite International**<br>**Lincolnshire, IL 60069** | **Equipment Lease** |
| **GW Communications**<br>**1325 Avenue of the America**<br>**28th Floor**<br>**New York, NY 10019** | **Consulting Agreement** |

Sheet   **4**   of   **10**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Healthtech Strategies, Inc.**<br>**c/o Joseph Giaquinto**<br>**4130 NE 24th Avenue**<br>**Lighthouse Point, FL 33064** | **Stock Purchase Agreement** |
| **Hexcel Reinforcements**<br>**2200 South Murray Avenue**<br>**Anderson, SC 29624** | **Supply Agreement** |
| **Hilco Appraisal Services, LLC**<br>**490 Chapman Street**<br>**Canton, MA 02021** | **Services Agreement** |
| **Holland and Knight LLP**<br>**P.O. Box 864084**<br>**Orlando, FL 32886-4084** | **Legal Services Agreement** |
| **Humana**<br>**3501 SW 160th Avenue**<br>**Miramar, FL 33027** | **Employee Benefit Agreements** |
| **Humana - Group Vision Insurance**<br>**3501 SW 160th Avenue**<br>**Miramar, FL 33027** | **Employee Benefit Agreements** |
| **Huron Consulting Group**<br>**4795 Payspher Circle**<br>**Chicago, IL 60674** | **Services Agreement** |
| **Ibiley, Inc and Ibiley Manufacturing, In**<br>**1927 West Flagler Street**<br>**Miami, FL 33135** | **Supply Agreement** |
| **Ikon Office Solutions**<br>**6700 Sugarloaf Pkwy**<br>**Duluth, GA 30097** | **Master Maintenance Agreement** |
| **Indian Gap Investments, LLC**<br>**254 South Village Lane**<br>**LaFollete, TN 37766** | **Real Estate Lease** |
| **Iron Mountain**<br>**13700 NW 2nd ST**<br>**Sunrise, FL 33325** | **Vendor Agreement** |
| **Isle Casino**<br>**777 Isle of Capri Circle**<br>**Pompano Beach, FL 33069** | **Parking Service Agreement** |
| **James Campbell Company, LLC**<br>**750 9th Street, NW**<br>**Suite 900**<br>**Washington, DC 20001** | **Real Estate Lease** |

Sheet   **5**   of   **10**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jennifer Sutyak**<br>**12245 Fairfield House Drive, #403**<br>**Fairfax, VA 22033** | **Employment Agreement** |
| **Jesta**<br>**8 Place du Commerce, Suite 300**<br>**Nuns Island**<br>**Montreal  H3E1N3**<br>**CANADA** | **Software License Agreement** |
| **JF Associates, Inc.**<br>**8937 Gardens Gate Dr**<br>**Fairfax, VA 22031** | **Consulting Agreement** |
| **Joe Barker**<br>**1221 Ridge  Road**<br>**Rising Sun, MD 21911** | **Consulting Agreement** |
| **Kbherna**<br>**19665 NE 10 Ave**<br>**Miami, Fl 33179** | **Services Agreement** |
| **Larry R. Ellis**<br>**520 Carondelett CV SW**<br>**Atlanta, GA 30331** | **Employment Agreement** |
| **LifeStone Materials LLC**<br>**Temple Building**<br>**99 Roush Road**<br>**Anderson, SC 29625** | **Supply Agreement** |
| **Lisa Taylor**<br>**2000 S. Ocean Blvd, #2A**<br>**Pompano Beach, FL 33062** | **Agreement and Release** |
| **Lisa Taylor**<br>**2000 S. Ocean Blvd, #2A**<br>**Pompano Beach, FL 33062** | **Employment Agreement** |
| **Mergis Company**<br>**One Financial Plaza # 1515**<br>**Fort Lauderdale, FL 33394** | **Recruitment Agreement** |
| **Michelle Doery**<br>**18204 Clearbrook Circle**<br>**Boca Raton, FL 33498-1945** | **Employment Agreement** |
| **Michelle Doery**<br>**18204 Clearbrook Circle**<br>**Boca Raton, FL 33498-1945** | **Indemnification Agreement** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Microsoft**<br>**Microsoft Licensing GP**<br>**6100 Neil Road**<br>**Reno, NV 89511-1137** | **Software License Agreement** |
| **Microsoft Licensing GP**<br>**6100 Neil road**<br>**Reno, NV 89511-1137** | **Personal Property Lease** |
| **Midwest Automation Agency**<br>**11725 45th Avenue**<br>**Pleasant Prarie, WI 53158** | **Services Agreement** |
| **Mutual of Omaha**<br>**Mutual of Omaha Plaza**<br>**Omaha, NE 68175** | **Employee Benefit Agreements** |
| **National City Vendor Finance**<br>**Div of National City**<br>**Commercial Capital Co**<br>**PO Box 73843**<br>**Cleveland, OH 44193** | **Assignment of Oracle Financing Payments** |
| **National City Vendor Finance**<br>**PO Box 738443**<br>**Cleveland, OH 44193** | **Personal Property Lease** |
| **National Union Fire Insurance Co.**<br>**of Pittsburgh, PA**<br>**175 Water Street**<br>**New York, NY 10038** | **Employment Practices Liability Insurance** |
| **Oakridge National Labs**<br>**1 Bethel Valley Rd**<br>**Bldg 4500N, MS-6196**<br>**Oak Ridge, TN 37831** | **Testing Lab Agreement** |
| **Oracle**<br>**500 Oracle Parkway**<br>**MS OPL-B1**<br>**Redwood Shores, CA 94065** | **License and Services Agreement** |
| **OTR /STR (Ohio Partnership)**<br>**4740 S.W. 15th Avenue**<br>**Suite D**<br>**Fort Lauderdale, FL 33309** | **Real Estate Lease** |
| **Outlast Technologies, Inc.**<br>**5480 Valmont Road**<br>**Suite 200**<br>**Boulder, CO 80301** | **Trademark License Agreement** |

Sheet  **7**  of  **10**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **Point Blank Solutions, Inc.**                                          ,     Case No.     **10-11255**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ovation Investments LLC**<br>**5922 South Flamingo Road**<br>**Suite 373**<br>**Cooper City, FL 33330** | **Service Agreement** |
| **Pachulski Stang Ziehl and Jones**<br>**Park Avenue Tower**<br>**65 East 55th Street**<br>**New York, NY 10022** | **Legal Service Agreement** |
| **Patrick Stallings**<br>**750 N. Ocean Blvd**<br>**Apt 1604**<br>**Pompano Beach, FL 33062-4648** | **Employment Agreement** |
| **Progressive Direct**<br>**P.O. Box 31260**<br>**Tampa, FL 33631** | **Auto Insurance Policy** |
| **Rachlin Cohen and Holtz**<br>**450 East Las Olas Boulevard**<br>**Ninth Floor**<br>**Ft Lauderdale, FL 33031** | **Professional Service Agreement** |
| **Randstad Work Solutions**<br>**Staffing Headquarters**<br>**2015 South Park Place**<br>**Atlanta, GA 30339** | **Temporary Labor Contract** |
| **Rapid Deployment Protection Systems**<br>**4008 Yarmouth Lane**<br>**Bowie, MD 20715** | **License Agreement** |
| **Resolution Group, Inc.**<br>**Robert Goodner**<br>**112 Oakbrooke Lane**<br>**Alabaster, AL 35007** | **License Agreement** |
| **Richard Patcher**<br>**980 9th Street**<br>**Suite 1600**<br>**Sacramenmto, CA 95814** | **Legal Service Agreement** |
| **Secarz and Riopelle**<br>**Carnege Hall Tower**<br>**152 West 57th St, 24th Floor**<br>**New York, NY 10019** | **Legal Service Agreement** |
| **Sentry Insurance**<br>**National Accounts**<br>**1800 North Point Drive**<br>**Stevens Point, WI 54481** | **Employee Benefit Agreements** |

Sheet     **8**     of     **10**     continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Sergeant Major Associates**<br>**915 L Street, Suite 1140**<br>**Sacramento, CA 95814** | **Consulting Agreement** |
| **Southern Waste Systems**<br>**790 Hillbrath Drive**<br>**Lantana, FL 33462** | **Service Agreement** |
| **Sterling Info Systems Inc**<br>**Newark Post Office**<br>**PO Box 35626**<br>**Newark, NJ 07193-5626** | **Service Agreement** |
| **Tex Tech Industries, Inc.**<br>**105 North Main Street**<br>**North Monmouth, ME 04265** | **Purchase and Sale of Patent** |
| **Texcel, Inc.**<br>**P.O. Box 201**<br>**Cumberland, RI 02864** | **Service Agreement** |
| **TGI Office Automation Greater Bay**<br>**Greater Bay Capital**<br>**300 Tri-Suite International**<br>**Lincolnshire, IL 60069** | **Equipment Lease Agreements** |
| **The Campaign Finance Institute**<br>**c/o Newmark Knight Frank**<br>**1152 15th Street, NW**<br>**Washington, DC 20005** | **Real Estate Sub Lease** |
| **Travelers**<br>**The Standard Dire Insurance Company**<br>**Flood Service Center**<br>**P.O. Box 29103**<br>**Shawnee Mission, KS 66201-1403** | **Flood Insurance Policies** |
| **Triam Associates**<br>**8545 Old Dominion Drive**<br>**McLean, VA 22102** | **Services Agreement** |
| **Tumar Company**<br>**Dostyk 87A, Apt 19  050010**<br>**Almaty**<br>**Kazakhstan** | **Representative Agreement** |
| **U.S. Specialty Insurance Co.**<br>**HCC Global Financial Products**<br>**8 Forest Park Drive**<br>**P.O. Box 4018**<br>**Farmington, CT 06034** | **Directors and Officers Liability Insurance Policy** |

Sheet  **9**  of  **10**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Venable LLP**<br>**575 7th Street, N.W.**<br>**Washington, DC 20004** | **Legal Service Agreement** |
| **Verizon Wireless**<br>**One Verizon Way**<br>**Basking Ridge, NJ 07920-1097** | **Vendor Agreement** |
| **Westin Fort Lauderdale**<br>**400 Corporate Drive**<br>**Fort Lauderdale, FL 33334** | **Hotel Agreement** |
| **Westman Ball Ederer**<br>**170 Old Country Rd.**<br>**Mineola, NY 11501** | **Legal Services** |
| **Wills and Associates**<br>**1517 Bragdon Ave**<br>**Pueblo, CO 81004** | **Sales Representative Agreement** |
| **Xiaolin Xu**<br>**2831 North Course Drive**<br>**Apt 206**<br>**Pompano Beach, FL 33069** | **Employment Agreement** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re **Point Blank Solutions, Inc.**                                    Case No.   **10-11255**
                                                                          Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **E.I. du Pont de Nemours**<br>**c/o Ballard Spahr**<br>**1735 Market Street, 51st Floor**<br>**Philadelphia, PA 19103-7599** | **Bank of America, NA**<br>**4 Penn Center**<br>**1600 John F. Kennedy Blvd, Suite 1200**<br>**Philadelphia, PA 19103** |
| **PBSS, LLC**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Bank of America, NA**<br>**4 Penn Center**<br>**1600 John F. Kennedy Blvd, Suite 1200**<br>**Philadelphia, PA 19103** |
| **Point Blank Body Armor, Inc.**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Bank of America, NA**<br>**4 Penn Center**<br>**1600 John F. Kennedy Blvd, Suite 1200**<br>**Philadelphia, PA 19103** |
| **Protective Apparel Corp of America**<br>**2102 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Bank of America, NA**<br>**4 Penn Center**<br>**1600 John F. Kennedy Blvd, Suite 1200**<br>**Philadelphia, PA 19103** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re    **Point Blank Solutions, Inc.**
_____,    Case No. ___**10-11255**___

                                        Debtor

                                                        Chapter _____**11**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 16,719,672.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 9,684,969.43 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 5,902,615.07 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 13,666,389.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 11 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 51 | | | |
| Total Assets | | | 16,719,672.00 | | |
| Total Liabilities | | | | 29,253,973.73 | |

# United States Bankruptcy Court
## District of Delaware

In re __Point Blank Solutions, Inc.__      Case No. __10-11255__
<br>Debtor(s)     Chapter __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __80__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __September 17, 2010__     Signature _____

                                        **T. Scott Avila**
<br>                                        **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.