IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
*In re*                                                  :     Chapter 11
                                                         :
POINT BLANK SOLUTIONS INC., *et al.*,                    :     Case No. 10-11255 (PJW)
                                                         :     (Jointly Administered)
                     Debtors.[1]                         :
                                                         :
---------------------------------------------------------x

# CERTIFICATE OF NO
# OBJECTION REGARDING DOCKET NO. 628

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Monthly Application for Compensation of Arent Fox LLP, as Co-Counsel to the Official Committee of Unsecured Creditors, for the Period August 1, 2010 to August 31, 2010* (the "Application") filed on September 28, 2010.  Pursuant to the Application, objections were to be filed and served no later than October 18, 2010 at 4:00 p.m.  The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are:  (i) Point Blank Solutions, Inc. (9361), (ii) Point Blank Body Armor, Inc. (4044); (iii) Protective Apparel Corporation of America (9051); and (iv) PBSS, LLC (8203).

{00005356. }

| | | |
|---|---|---|
| Dated: | November 16, 2010<br>Wilmington, Delaware | Respectfully submitted,<br><br>THE ROSNER LAW GROUP LLC<br><br>/s/ Brian L. Arban<br>Frederick B. Rosner (DE #3995)<br>Brian L. Arban (DE #4511)<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE 19801<br>(302) 295-5040<br>*Co-Counsel to the Official Committee of Unsecured Creditors* |