IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket Nos. 672 and 730** |

### ORDER AUTHORIZING THE APPOINTMENT OF ERIC J. ROSENBLOOM TO SERVE AS OBSERVER OF BOARD OF DIRECTORS NUNC PRO TUNC TO SEPTEMBER 15, 2010

Upon consideration of the Debtors' *Motion of the Debtors Pursuant to 11 U.S.C. § 363 for Entry of an Order Authorizing the Appointment of Eric J. Rosenbloom to Serve as Observer of Board of Directors Nunc Pro Tunc to September 15, 2010* (the "Motion")[2]; and the Court having reviewed the Motion, the Declaration of Eric J. Rosenbloom filed in support thereof; and the Court being satisfied based on the representations made in the Motion and in the Rosenbloom Declaration that Mr. Rosenbloom represents no interest adverse to the Debtors' estates with respect to the matters upon which he is to be engaged, that he is a disinterested person as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and that his appointment is necessary and would be in the best interests of the Debtors' estates, and after due deliberation and sufficient cause appearing therefor, it is

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

ORDERED that the Motion is granted to the extent provided herein; and it is further

ORDERED that, in accordance with section 363 of the Bankruptcy Code, the Debtors are authorized to employ and retain Mr. Rosenbloom as the Board Observer, on the terms set forth in the Motion and the Rosenbloom Declaration attached thereto, including, without limitation, payment of $8,500 per month, for a minimum four (4) month period, plus reimbursement of reasonable expenses; and it is further

ORDERED, that the compensation of fees and reimbursement of expenses contemplated in the Motion are hereby approved and may be made by the Debtors in the ordinary course of business without any further order from this Court without the need for Mr. Rosenbloom to file any applications for payment of compensation provided, however, that Mr. Rosenbloom shall file quarterly and final applications for reimbursement of expenses pursuant to 11 U.S.C. §§ 330 or 331; and it is further

ORDERED that to the extent this Order is inconsistent with the Motion, the terms of this Order shall govern; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: November 19, 2010

The Honorable Peter J. Walsh
United States Bankruptcy Judge