## Exhibit C

## Schedule of Assumed Contracts and Cure Costs

(Cure Costs to be supplemented after entry of Bid Procedures Order)

# SCHEDULE OF ASSUMED CONTRACTS AND CURE COSTS

## REAL PROPERTY LEASES

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Real Property Lease or Premise Address | Cure Amount |
|---|---|---|---|---|
| A & B Holdings, Inc. | PO Box 1379<br>LaFollette, TN 37766 | DHB Industries, Inc. | 179 Mine Lane<br>Caryville, TN 37757 | |
| Atlantic Business Center, L.C. | Premier Commercial Realty, Inc.<br>2100 Park Central Blvd North<br>Suite 900<br>Pompano Beach, FL 33064 | Point Blank Body Armor, Inc. | 1822 SW 2nd St.<br>Pompano Beach, FL, 33069 | |
| Atlantic Business Center, L.C. | Premier Commercial Realty, Inc.<br>2100 Park Central Blvd North<br>Suite 900<br>Pompano Beach, FL 33064 | Point Blank Body Armor, Inc. | 2102 SW 2nd St.<br>Pompano Beach, FL, 33069 | |

## OTHER LEASES

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Doerr's Trailers, LLC | 829 Benoist Farms Rd<br>West Palm Beach, FL 33411 | Point Blank Solutions, Inc. | Equipment Lease | |
| TimePayment Corporation | 10-M Commerce Way<br>Woburn, MA 01801 | Protective Apparel Corporation of America | Equipment Lease | |
| TimePayment Corporation | 10-M Commerce Way<br>Woburn, MA 01801 | Protective Apparel Corporation of America | Equipment Lease | |
| Scovill Fasteners Inc. | PO Box 44<br>Clarkesville, GA 30523-0001 | Point Blank Body Armor, Inc. | Equipment Lease | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Toyota Financial Services / Nationwide Lift Trucks | PO Box 3457 Torrance, CA 90510-3457 / 3900 North 28th Terrace Hollywood, FL 33020 | Point Blank Body Armor, Inc. | Equipment Lease | |
| Allstate Containers, Inc. (8/31/06) | 10304 Cogdill Rd PO Box 23316 Knoxville, TN 37933 | PACA Body Armor | Equipment Lease | |
| Allstate Containers, Inc. (2/4/10) | 10304 Cogdill Rd PO Box 23316 Knoxville, TN 37933 | PACA Body Armor | Equipment Lease | |
| Allstate Containers, Inc. (12/1/09) | 10304 Cogdill Rd PO Box 23316 Knoxville, TN 37933 | PACA Body Armor | Equipment Lease | |
| Allstate Containers, Inc. (12/4/09) | 10304 Cogdill Rd PO Box 23316 Knoxville, TN 37933 | PACA Body Armor | Equipment Lease | |
| CIT Technology Financing Services, Inc. (Microsoft Financing) | 10201 Centurian Parkway Jacksonville, FL 32256 | Point Blank Solutions, Inc. | Financing Agreement | |
| National City Vendor Finance (Oracle Financing) | PO Box 73843 Cleveland, OH 44193 | Point Blank Solutions, Inc. | Hyperion Financing Agreement | |
| Dell Financial Services | 99355 Collections Center Drive Chicago, IL 60693 | Point Blank Solutions, Inc. | Equipment Lease | |
| CIT Office & Technolocy Finance (Avaya) | 10201 Centurian Parkway Jacksonville, FL 32256 | Point Blank Solutions, Inc. | Financing Agreement | |
| CIT Office & Technolocy Finance (Avaya) | 10201 Centurian Parkway Jacksonville, FL 32256 | Point Blank Solutions, Inc. | Financing Agreement | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| CIT Office & Technology Finance (Avaya) | 10201 Centurion Parkway Jacksonville, FL 32256 | Point Blank Solutions, Inc. | Financing Agreement | |
| CIT Office & Technology Finance (Avaya) | 10201 Centurion Parkway Jacksonville, FL 32256 | Point Blank Solutions, Inc. | Financing Agreement | |
| Greater Bay Capital | 300 Tri-State International Suite 400 Lincolnshire, IL 60069 | Point Blank Solutions, Inc. | Equipment Lease | |
| GreatAmerica Leasing Corporation | 625 First Street, SE Cedar Rapids, IA 52401 | Protective Apparel Corp of America | Equipment Lease | |
| Hasler Leasing | 3000 Lakeside Drive, Suite 200N Bannockburn, IL 60015 | Protective Apparel Corp of America | Equipment Lease | |

## OTHER CONTRACTS

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Dave Palmer | 104 Liddell Rd. Colora, MD 21907 | Point Blank Solutions, Inc. | Consulting Agreement | |
| Joe Barker | 1221 Ridge Road Rising Sun, MD 21911 | Point Blank Solutions, Inc. | Consulting Agreement | |
| Boyd Trantham | 90 W. Branch Circle North East, MD 21901 | Point Blank Solutions, Inc. | Consulting Agreement | |
| Renaissance Boca Rotan Hotel | 2000 NW 19th Street Boca Raton, FL 33431 | Point Blank Solutions, Inc. / Point Blank Body Armor, Inc. | | |
| The Westin Fort Lauderdale | 400 Corporate Drive Fort Lauderdale, FL 33334 | Point Blank Solutions, Inc. / Point Blank Body Armor, Inc. | | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Hampton Inn - Caryville | 4459 Veterans Memorial Highway Caryville, TN 37714 | PACA Body Armor | | |
| Marriott Fort Lauderdale North | 6650 North Andrews Fort Lauderdale, FL 33309 | Point Blank Solutions, Inc. / Point Blank Body Armor, Inc. | | |
| US Army RESCOM Contract Center W31CRB (W91CRB-09-C-0124) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | W91CRB-09-C-0124 | |
| US Army RESCOM Contract Center - W31CRB (W91CRB-09-C-0124 Modification P001) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | W91CRB-09-C-0124 (Modification P001) | |
| US Army RESCOM Contract Center - W31CRB (W91CRB-09-C-0124 Modification P0002) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | W91CRB-09-C-0124 (Modification P0002) | |
| US Army RESCOM Contract Center - W31CRB (W91CRB-09-C-0124 Modification P0003) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | W91CRB-09-C-0124 (Modification P0003) | |
| US Army RESCOM Contract Center - W31CRB (W91CRB-09-C-0124 Modification P0004) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | W91CRB-09-C-0124 (Modification P0004) | |
| US Army RESCOM Contract Center - W31CRB (W91CRB-09-C-0124 Modification P0005) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | W91CRB-09-C-0124 (Modification P0005) | |
| US Army RESCOM Contract Center - W31CRB (W91CRB-09-C-0124 Modification P0006) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | W91CRB-09-C-0124 (Modification P0006) | |
| US Army RESCOM Contract Center - W31CRB (W91CRB-09-C-0124 Modification P0007) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | W91CRB-09-C-0124 (Modification P0007) | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| US Army RESCOM Contract Center - W31CRB  (W91CRB-09-C-0050) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | W91CRB-09-C-0050 | |
| US Army RESCOM Contract Center - W31CRB  (W91CRB-09-C-0050 Amendment 1) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | W91CRB-09-C-0050 (Amendment 1) | |
| US Army RESCOM Contract Center - W31CRB  (W91CRB-09-C-0050 Amendment 2) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | W91CRB-09-C-0050 (Amendment 2) | |
| US Army RESCOM Contract Center - W31CRB  (W91CRB-09-C-0050 Amendment 3) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | W91CRB-09-C-0050 (Amendment 3) | |
| UNICOR, FPI Central Office Contract No (DJU4600002435) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Contract No - DJU4600002435 (10/23/10) | |
| UNICOR, FPI Central Office (DJU4600002435 Amendment M0014) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M0014 (1/7/10) | |
| UNICOR, FPI Central Office (DJU4600002435 Amendment M0013) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M0013 (1/8/10) | |
| UNICOR, FPI Central Office (DJU4600002435 Amendment M0012) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M0012 (10/9/09) | |
| UNICOR, FPI Central Office (DJU4600002435 Amendment M0010) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M0010 (9/24/09) | |
| UNICOR, FPI Central Office (DJU4600002435 Amendment M0009) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M0009 (8/5/09) | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| UNICOR, FPI Central Office (DJU4600002435 Amendment M0008) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M0008 (4/28/09) | |
| UNICOR, FPI Central Office (DJU4600002435 Amendment M0006) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M0006 (3/24/09) | |
| UNICOR, FPI Central Office (DJU4600002435 Amendment M0005) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M005 (12/9/08) | |
| UNICOR, FPI Central Office (DJU4600002435 Amendment M0004) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M0004 (11/12/08) | |
| UNICOR, FPI Central Office (DJU4600002435 Amendment M0003) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M0003 (10/16/08) | |
| Defense Supply Center Philadelphia (GS-07F-8942D) | 700 Robbins Avenue Philadelphia, PA 19111 | Point Blank Body Armor, Inc. | GS-07F-8942D | |
| Defense Supply Center Philadelphia (GS-07F-8942D Amendment P00001) | 700 Robbins Avenue Philadelphia, PA 19111 | Point Blank Body Armor, Inc. | Amendment P00001 (10/1/09) | |
| Defense Supply Center Philadelphia (GS-07F-8942D Amendment P00002) | 700 Robbins Avenue Philadelphia, PA 19111 | Point Blank Body Armor, Inc. | Amendment P00002 (10/9/09) | |
| Defense Supply Center Philadelphia (GS-07F-8942D Amendment P00003) | 700 Robbins Avenue Philadelphia, PA 19111 | Point Blank Body Armor, Inc. | Amendment P00003 (11/10/09) | |
| Defense Supply Center Philadelphia (GS-07F-8942D Amendment P00004) | 700 Robbins Avenue Philadelphia, PA 19111 | Point Blank Body Armor, Inc. | Amendment P00004 (12/7/09) | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Defense Supply Center Philadelphia (GS-07F-8942D Amendment P00005) | 700 Robbins Avenue Philadelphia, PA 19111 | Point Blank Body Armor, Inc. | Amendment P00005 (1/25/10) | |
| Rapid Deployment Protection Systems, Inc. | 4008 Yarmouth Lane Bowie, MD 20715 | DHB Armor Group | | |
| UNICOR, Federal Prison Industries, Inc. Amendment M0018 (6/8/10) | 400 1st Street, NW 6th Floor Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M0018 (6/8/10) | |
| UNICOR, Federal Prison Industries, Inc. Amendment M0017 (6/19/10) | 400 1st Street, NW 6th Floor Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M0017 (6/19/10) | |
| Galls Incorporated | 2680 Palumbo Drive Lexington, KY 40509 | Point Blank Body Armor, Inc. | Vendor Agreement | |
| Wagner Marketing | 3720 Hutton Street Cincinnati, OH 45226 | Point Blank Body Armor, Inc. | Sales Agreement | |
| Wills & Associates | 1517 Bragdon Ave. Pueblo, CO 81004 | Point Blank Solutions, Inc. | Sales Agreement | |
| UNICOR, FPI Central Office (Contract No DJU4600002435 dated 8/5/10) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Contract No - DJU4600002435 - 8/5/10 | |
| UNICOR, FPI Central Office (Contract No DJU4600002435 dated 8/5/10) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Contract No - DJU4600002435 - 8/5/10 | |
| UNICOR, FPI Central Office (Contract No DJU4600002435 dated 7/23/10) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Contract No - DJU4600002435 - 7/23/10 | |
| UNICOR FPI Yazoo City (Order No DJU4500394629 dated 7/14/10) | 2225 Haley Barbour Dr Yazoo City, MS 39194 | Point Blank Body Armor, Inc. | Order No - DJU4500394629 - 7/14/10 | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| UNICOR FPI Yazoo City (Order No DJU4500395553 dated 7/23/10) | 2225 Haley Barbour Dr Yazoo City, MS 39194 | Point Blank Body Armor, Inc. | Order No - DJU4500395553 - 7/23/10 | |
| UNICOR FPI Yazoo City (Order No DJU4500396535 dated 8/5/10) | 2225 Haley Barbour Dr Yazoo City, MS 39194 | Point Blank Body Armor, Inc. | Order No - DJU4500396535 - 8/5/10 | |
| UNICOR, FPI Central Office (Contract No DJU4600002435 dated 8/18/10) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Contract No - DJU4600002435 - 8/18/10 | |
| Procurement Management Division Administrative Office of the US (Amendment 0002) | One Columbus Circle, N.E. Suite 3-250 Washington, DC 20544-001 | Point Blank Body Armor, Inc. | Amendment 0002 (8/17/09) | |
| United States Postal Service Office of Inspector General (Amendment 006) | 1735 N. Lynn St, 10th floor Arlington, VA 22209-2020 | Point Blank Body Armor, Inc. | Amendment 006 (5/14/10) | |
| United States Postal Service Office of Inspector General (Amendment 005) | 1735 N. Lynn St, 10th floor Arlington, VA 22209-2020 | Point Blank Body Armor, Inc. | Amendment 005 (3/1/10) | |
| United States Postal Service Office of Inspector General (Amendment 004) | 1735 N. Lynn St, 10th floor Arlington, VA 22209-2020 | Point Blank Body Armor, Inc. | Amendment 004 (11/3/09) | |
| UNICOR FPI Yazoo City (Order No DJU4500394629 dated 7/14/10) | 2225 Haley Barbour Dr Yazoo City, MS 39194 | Point Blank Body Armor, Inc. | Order No - DJU4500394629 - 7/14/10 | |
| UNICOR FPI Yazoo City (Order No DJU4500395553 dated 7/23/10) | 2225 Haley Barbour Dr Yazoo City, MS 39194 | Point Blank Body Armor, Inc. | Order No - DJU4500395553 - 7/23/10 | |
| UNICOR FPI Yazoo City (Order No DJU4500396535 dated 8/5/10) | 2225 Haley Barbour Dr Yazoo City, MS 39194 | Point Blank Body Armor, Inc. | Order No - DJU4500396535 - 8/5/10 | |
| UNICOR, FPI Central Office (Contract No DJU4600002435 dated 8/18/10) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Contract No - DJU4600002435 - 8/18/10 | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Procurement Management Division Administrative Office of the US (Amendment 0002) | One Columbus Circle, N.E. Suite 3-250 Washington, DC 20544-001 | Point Blank Body Armor, Inc. | Amendment 0002 (8/17/09) | |
| United States Postal Service Office of Inspector General (Amendment 006) | 1735 N. Lynn St, 10th floor Arlington, VA 22209-2020 | Point Blank Body Armor, Inc. | Amendment 006 (5/14/10) | |
| US Army RESCOM Contract Center - W31CRB (Contract W91-CRB-09-C-0124) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | W91-CRB-09-C-0124 (9/21/09) | |
| US Army RESCOM Contract Center - W31CRB Amendment P00001 (10/23/09) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | Amendment P00001 (10/23/09) | |
| US Army RESCOM Contract Center - W31CRB (Contract W91-CRB-09-C-0124 Amendment P00002 dated 10/29/09) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | Amendment P00002 (10/29/09) | |
| US Army RESCOM Contract Center - W31CRB (Contract W91-CRB-09-C-0124 Amendment P00003 dated 12/3/09) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | Amendment P00003 (12/3/09) | |
| US Army RESCOM Contract Center - W31CRB (Contract W91-CRB-09-C-0124 Amendment P00004 dated 12/23/09) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | Amendment P00004 (12/23/09) | |
| US Army RESCOM Contract Center - W31CRB (Contract W91-CRB-09-C-0124 Amendment P00005 dated 12/28/09) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | Amendment P00005 (12/28/09) | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| US Army RESCOM Contract Center - W31CRB (Contract W91-CRB-09-C-0124 Amendment P00006 dated 1/22/10) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | Amendment P00006 (1/22/10) | |
| US Army RESCOM Contract Center - W31CRB (Amendment to Contract W91CRB-09-D-0050) | 1118 Susquehanna Avenue Aberdeen Proving Ground, MD 21005-3013 | Point Blank Body Armor, Inc. | Amendment to Contract W91CRB-09-D-0050 | |
| Defense Supply Center Philadelphia (GS-07F-8942D dated 9/23/09) | 700 Robbins Avenue Philadelphia, PA 19111 | Point Blank Body Armor, Inc. | GS-07F-8942D (9/23/09) | |
| Defense Supply Center Philadelphia (GS-07F-8942D Amendment P00001 dated 10/1/09) | 700 Robbins Avenue Philadelphia, PA 19111 | Point Blank Body Armor, Inc. | Amendment P00001 (10/1/09) | |
| Defense Supply Center Philadelphia (GS-07F-8942D Amendment P00002 dated 10/9/09) | 700 Robbins Avenue Philadelphia, PA 19111 | Point Blank Body Armor, Inc. | Amendment P00002 (10/9/09) | |
| Defense Supply Center Philadelphia (GS-07F-8942D Amendment P00003 dated 11/10/09) | 700 Robbins Avenue Philadelphia, PA 19111 | Point Blank Body Armor, Inc. | Amendment P00003 (11/10/09) | |
| Defense Supply Center Philadelphia (GS-07F-8942D Amendment P00004 dated 12/7/09) | 700 Robbins Avenue Philadelphia, PA 19111 | Point Blank Body Armor, Inc. | Amendment P00004 (12/7/09) | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Defense Supply Center Philadelphia  (GS-07F-8942D Amendment P00005 dated 1/25/10) | 700 Robbins Avenue Philadelphia, PA 19111 | Point Blank Body Armor, Inc. | Amendment P00005 (1/25/10) | |
| UNICOR FPI Yazoo City (Contract No DJU4600002435 dated 7/30/10) | 2225 Haley Barbour Dr Yazoo City, MS 39194 | Point Blank Body Armor, Inc. | Contract No - DJU4600002435 - 7/30/10 | |
| UNICOR, FPI Central Office (Contract No DJU4600002435 dated 8/5/10) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Contract No - DJU4600002435 - 8/5/10 | |
| UNICOR, FPI Central Office (Contract No DJU4600002435 dated 8/5/10) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Contract No - DJU4600002435 - 8/5/10 | |
| UNICOR, FPI Central Office (Contract No DJU4600002435 dated 7/23/10) | 320 First Street NW Washington, DC 20534 | Point Blank Body Armor, Inc. | Contract No - DJU4600002435 - 7/23/10 | |
| UNICOR, Federal Prison Industries, Inc.  Amendment M0020 (7/22/10) | 400 1st Street, NW 6th Floor Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M0020 (7/22/10) | |
| UNICOR, Federal Prison Industries, Inc.  Amendment M0022 (9/10/10) | 400 1st Street, NW 6th Floor Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M0022 (9/10/10) | |
| UNICOR, Federal Prison Industries, Inc.  Amendment M0019 (7/12/10) | 400 1st Street, NW 6th Floor Washington, DC 20534 | Point Blank Body Armor, Inc. | Amendment M0019 (7/12/10) | |
| UNICOR, FPI Central Office Teaming Agreement | 400 1st Street, NW 6th Floor Washington, DC 20534 | Point Blank Body Armor, Inc. | Teaming Agreement (not signed) | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| General Services Administration (Amendment A009 dated 4/22/99) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment A009 (4/22/99) | |
| General Services Administration (Amendment A008 dated 12/9/98) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment A008 (12/9/98) | |
| General Services Administration (Amendment A007 dated 11/2/98) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment A007 (11/2/98) | |
| General Services Administration (Amendment A006 dated 10/13/98) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment A006 (10/13/98) | |
| General Services Administration (Amendment A005 dated 9/15/98) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment A005 (9/15/98) | |
| General Services Administration (Amendment FQ-03 dated 7/6/98) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment FQ-03 (7/6/98) | |
| General Services Administration (Amendment AS04 dated 6/15/98) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AS04 (6/15/98) | |
| General Services Administration (Amendment AS03 dated 10/23/97) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AS03 (10/23/97) | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| General Services Administration (Amendment AS02 dated 9/8/97) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AS02 (9/8/97) | |
| General Services Administration (Amendment A002 dated 7/22/97) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment A002 (7/22/97) | |
| General Services Administration (Amendment AS01 dated 9/25/96) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AS01 (9/25/96) | |
| General Services Administration (Amendment AO-32 dated 4/28/98) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AO-32 (4/28/98) | |
| General Services Administration (Amendment AO23 dated 1/18/06) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AO23 (1/18/06) | |
| General Services Administration Contract (GS-07F-8942D dated 4/18/96) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Contract GS-07F-8942D (4/18/96) | |
| General Services Administration (Amendment AO20 dated 6/2/05) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AO20 (6/2/05) | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| General Services Administration (Amendment MO10 dated 7/30/04) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment MO10 (7/30/04) | |
| General Services Administration (Amendment MO11 dated 5/20/05) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment MO11 (5/20/05) | |
| General Services Administration (Amendment AO19 dated 5/5/09) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AO19 (5/5/09) | |
| General Services Administration (Amendment MO09 dated 5/7/04) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment MO09 (5/7/04) | |
| General Services Administration (Amendment AO18 dated 4/16/04) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AO18 (4/16/04) | |
| General Services Administration (Amendment MO08 dated 2/10/04) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment MO08 (2/10/04) | |
| General Services Administration (Amendment MO07) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment MO07 | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| General Services Administration (Amendment MS04 dated 3/14/03) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment MS04 (3/14/03) | |
| General Services Administration (Amendment AO16 dated 3/15/02) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AO16 (3/15/02) | |
| General Services Administration (Amendment MO02 dated 12/27/01) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment MO02 (12/27/01) | |
| General Services Administration (Amendment FQ-A01-01 dated 11/13/01) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment FQ-A01-01 (11/13/01) | |
| General Services Administration (Amendment MO02 dated 11/8/01) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment MO02 (11/8/01) | |
| General Services Administration (Amendment AS15 dated 7/27/01) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AS15 (7/27/01) | |
| General Services Administration (Amendment MO01 dated 11/28/00) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment MO01 (11/28/00) | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| General Services Administration (Amendment AO15 dated 11/9/00) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AO15 (11/9/00) | |
| General Services Administration (Amendment AO14 dated 9/25/00) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AO14 (9/25/00) | |
| General Services Administration (Amendment AS13 dated 6/23/00) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AS13 (6/23/00) | |
| General Services Administration (Amendment AO12 dated 5/19/00) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AO12 (5/19/00) | |
| General Services Administration (Amendment AO11 dated 10/25/99) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AO11 (10/25/99) | |
| General Services Administration (Amendment AO10 dated 5/21/99) | 819 Taylor Street Fort Worth, TX 76102 | Point Blank Body Armor, Inc. | Amendment AO10 (5/21/99) | |
| General Building Maintenance, Inc. (Maintenance Agreement) | 3835 Presidential Parkway Suite 200 Atlanta, GA 30340 | Point Blank Body Armor, Inc. | Maintenance Agreement | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Gerber Service Service Agreement (Contract 40159302) | 24 Industrial Road West Tolland, CT 06084 | PACA Body Armor | Service Agreement (Contract 40159302) | |
| Gerber Service Service Agreement (Contract 40161359) | 24 Industrial Road West Tolland, CT 06084 | Point Blank Body Armor, Inc. | Service Agreement (Contract 40161359) | |
| Gerber Service Service Agreement (Contract 40161921) | 24 Industrial Road West Tolland, CT 06084 | Point Blank Body Armor, Inc. | Service Agreement (Contract 40161921) | |
| Gerber Service Service Agreement (Contract 40162582) | 24 Industrial Road West Tolland, CT 06084 | Point Blank Body Armor, Inc. | Service Agreement (Contract 40162582) | |
| Gerber Service Service Agreement (Contract 40162668) | 24 Industrial Road West Tolland, CT 06084 | Point Blank Body Armor, Inc. | Service Agreement (Contract 40162668) | |
| Iron Mountain Information Management, Inc. | 13700 NW 2nd Street Sunrise, FL 33325 | Point Blank Solutions, Inc. | | |
| Southern Waste Systems (Service Agreement) | 790 Hildrath Drive Lantana, FL 33462 | Point Blank Solutions, Inc. | Service Agreement | |
| Tex-Tech Industries, Inc. (Supply Agreement) | One City Center Portland, ME 04101 | Point Blank Solutions, Inc. | Supply Agreement | |
| Comp-Air Services Company (Maintenance Agreement) | 13195 NW 38th Avenue Miami, FL 33054 | Point Blank Solutions, Inc. | Maintenance Agreement | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Verizon Wireless (Service Agreement) | 777 Yamato Road Boca Raton, FL 33431 | Point Blank Solutions, Inc. | Service Agreement | |
| Jesta I.S. (Maintenance Service Agreement) | 8 Place du Commerce Suite 300 Nuns Island Montreal (Verdun), Quebec Canada H3E 1N3 | Point Blank Solutions, Inc. | Service Agreement | |
| E.I. DuPont De Nemours and Company (Marketing & Trademark Agreement) | 1007 Market Street Wilmington, DE 19898 | Point Blank Solutions, Inc. | Marketing & Trademark Agreement | |
| Carter Enterprises, LLC (Teaming Agreement) | 1154 47th Street Brooklyn, NY 11219 | Point Blank Solutions, Inc and Subsidiaries | Teaming Agreement | |
| E.I. DuPont De Nemours and Company (Relationship Term Sheet) | 1007 Market Street Wilmington, DE 19898 | Point Blank Solutions, Inc and Subsidiaries | Relationship Term Sheet | |
| Allstate Insurance Company (Auto Insurance) | 2775 Sanders Road Northbrook, IL 60062-6127 | NDL Products, Inc. | Auto Insurance | |
| Progressive Insurance (2007 Isuzu Policy) | PO Box 30108 Tampa, FL 33630-3108 | Point Blank Body Armor, Inc. | 2007 Isuzu policy | |
| Travelers / The Standard Fire Insurance Company (Flood Insurance) | Flood Service Center PO Box 29103 Shawnee Mission, KS 66201-1403 | Point Blank Body Armor, Inc. | Flood Insurance | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Hartford Insurance Company (Workers' Comp Insurance) | 301 Woods Park Drive Clinton, NY 13323 | Point Blank Solutions, Inc. | Workers' Comp Insurance | |
| Flat Iron Capital (Property Insurance Financing Agreement) | 950 17th Street, Suite 1300 Denver, CO 80202 | Point Blank Solutions, Inc. | Property Insurance Financing Agreement | |
| Affiliated FM Insurance Company (Property Insurance) | PO Box 7500 Johnston, RI 02919 | Point Blank Solutions, Inc. | Property Insurance | |
| National Union Fire Insurance Company of Pittsburgh, PA (Employment Practices Liability) | 175 Water Street New York, NY 10038-4969 | Point Blank Solutions, Inc. | Employment Practices Liability | |
| Flat Iron Capital (GL Financing Agreement) | 950 17th Street, Suite 1300 Denver, CO 80202 | Point Blank Solutions, Inc. | GL Financing Agreement | |
| Chubb Custom Insurance Company / Tick & Co. (General Liability Insurance) | 1 Hollow Lane Lake Success, NY 11042 | Point Blank Solutions, Inc. | General liability insurance | |
| Resolution Group, Inc. | 112 Oakbrooke Lane Alabaster, AL 35007 | Point Blank Solutions, Inc. | | |
| Randstad Work Solutions | Staffing Headquarters 2015 South Park Place Atlanta, GA 30339 | Point Blank Solutions, Inc. | Temporary Workforce | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Global Compliance Services, Inc. | PO Box 60941<br>Charlotte, NC 28260-0941 | Point Blank Solutions, Inc. | | |
| Microsoft Licensing, GP Licensing Agreement | 6100 Neil Road<br>Reno, NV 89511-1137 | Point Blank Solutions, Inc. | Licensing Agreement | |
| Jesta I.S. (License Agreement) | 8 Place du Commerce<br>Suite 300<br>Nuns Island<br>Montreal (Verdun), Quebec<br>Canada H3E 1N3 | Point Blank Solutions, Inc. | License Agreement | |
| Nafeza Ali | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Nick Vacca | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Pat Stallings | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Peggy Pinkerton | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Richard Housley | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Rodd Noe | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Roxanne Dione | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Sam White | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Sherry Loy | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Susan Kerslake | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Terrance Hutton | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Abdul Rajak | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Bill Jorgensen | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Blanca Abraham | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Charo Hidalgo | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Chris Chandler | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Clarence Hutton | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Clif Brazeal | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Dale Wise | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Dan VanKannel | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Darrell Peetz | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Dave Smith | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Deniese Miranda | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Denise Clark | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Don Parks | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Eden Llopiz | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Erving Blanco | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| James Compton | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| James Mays | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Jesus Guido | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Jonathan Lirette | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Julio Ramirez | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Kevin Lucas | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Michael Foreman | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Mike Anderson | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Mike Gross | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Mike Sumner | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Kenneth Edwards | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Yun Seok Lee | N/A | Point Blank Solutions, Inc. | Incentive Agreements | |
| Eden | N/A | Point Blank Solutions, Inc. | Employment Agreement | |
| Mutual of Omaha Insurance Company   PACA Life & AD&D | Mutual of Omaha Plaza Omaha, NE 68175 | Point Blank Solutions, Inc. | PACA Life & AD&D | |
| Bay Bridge Administrators, LLC | PO Box 161690 Austin, TX 78716 | Protective Apparel Corporation of America | | |
| Cariten Health Plan Inc. (PACA Health Insurance) | 1420 Centerpoint Blvd Knoxville, TN 37932 | Protective Apparel Corporation of America | PACA health insurance | |
| Delta Dental of Tennessee (PACA Dental Insurance) | 240 Venture Circle Nashville, TN 37228 | Protective Apparel Corporation of America | PACA dental insurance | |
| Total Compliance Network (PBBA Drug Testing) | 5336 N. University Drive Lauderhill, FL | Point Blank Body Armor, Inc. | PBBA drug testing | |
| Delta Dental Insurance Company (PBSI Dental Insurance) | 1000 Mansell Exchange West Building 100, Suite 100 Alpharetta, GA 30022 | Point Blank Solutions, Inc. | PBSI dental insurance | |
| Humana Medical Plan, Inc. (PBSI Health Insurance) | 3501 SW 160th Avenue Miramar, FL 33027 | Point Blank Solutions, Inc. | PBSI health insurance | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| Humana Insurance Company (PBSI Vision Insurance) | PO Box 30349 Tampa, FL 33630 | Point Blank Solutions, Inc. | PBSI vision insurance | |
| Sterling Testing Systems, Inc. (PBBA Background Checks) | 249 W. 17th Street, 6th Floor New York, NY 10011 | Point Blank Body Armor, Inc. | PBBA background checks | |
| The Isle Casino and Racing Pompano Park (Parking Space Lease) | 1800 SW 3rd St Pompano Beach, FL 33069 | Point Blank Solutions, Inc. | Parking space lease | |
| ADP, Inc. (401(k) Plan) | PO Box 7247-0351 Philadelphia, PA 19170-0351 | Point Blank Solutions, Inc. | 401(k) | |
| ADP, Inc. (Time and Labor Management Services) | PO Box 7247-0351 Philadelphia, PA 19170-0351 | Point Blank Solutions, Inc. | Time and Labor Management services | |
| ADP, Inc. (Transfer of payroll processing and upgrade services) | PO Box 7247-0351 Philadelphia, PA 19170-0351 | Point Blank Solutions, Inc. | Transfer of payroll processing and upgrade services | |
| Corporate Connection Lines, Inc. (Shuttle Service) | 4160 Ravenswood Rd Dania Beach, FL 33312 | Point Blank Solutions, Inc. | Shuttle service | |
| Sentry Insurance (Self-Insured Workers Comp) | 1800 North Point Dr Stevens Point, WI 54481 | DHB Industries Inc. | self-insured workers comp | |
| LaSalle Bank NA (Sentry Self-Insurance LC) | 540 W. Madison Ave, 26th Floor Chicago, IL 60661 | DHB Industries Inc. | Sentry self-insurance LC | |
| Humana Specialty Benefits (Voluntary Products) | 210 South White Street PO Box 640 Lancaster, SC 29721-0610 | Point Blank Solutions, Inc. | Voluntary products enrollment | |

| Name of Counterparties to Lease or Contract | Address | Debtor Party | Type of Lease | Cure Amount |
|---|---|---|---|---|
| ADP, Inc. (Master Services Agreement) | 5800 Windward Parkway Alpharetta, GA 30005 | Point Blank Solutions, Inc. | ADP payroll services | |
| ADP, Inc. (Screening & Selection Services) | 301 Remington Street Fort Collins, CO 80524 | Point Blank Solutions, Inc. | ADP background checks | |
| LifeStone Materials, LLC | 99 Roush Road Anderson, SC 29625 | Point Blank Solutions, Inc. | Supply Agreement | |