------------------------------------------------------ x

In re                         :             Chapter 11

POINT BLANK SOLUTIONS, INC., *et al.*[1]   :      Case No. 10-11255 (PJW)

                          :        Jointly Administered

             Debtors.  :       **Re: Docket Nos. 800 and 838**

------------------------------------------------------ x

## JOINDER OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING BID PROCEDURES FOR THE SALE OF THE DEBTORS' ASSETS, (B) SCHEDULING AN AUCTION AND A HEARING TO CONSIDER THE SALE AND APPROVING THE FORM AND MANNER OF NOTICE RELATED THERETO; (C) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; (D) APPROVING CERTAIN EXPENSE REIMBURSEMENT PROVISIONS AND BREAKUP FEE; AND (E) GRANTING OTHER RELATED RELIEF

The Official Committee of Equity Security Holders (the "Equity Committee") of the above-captioned debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby submits this joinder (the "Joinder") in support of the Official Committee of Unsecured Creditors' Committee's (the "Creditors' Committee") Objection (the "Objection") to the Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors' Assets; (B) Scheduling an Auction and a Hearing to Consider the Sale and Approving the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. ("PBSI") (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc., (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37557; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief [Docket No. 800] (the "<u>Motion</u>")[2], filed by the Debtors. In support of the Joinder, the Equity Committee respectfully states as follows:

<u>**Joinder**</u>

1. On November 23, 2010, the Debtors filed the Motion seeking approval of Bid Procedures for the sale of their Assets.

2. The Equity Committee joins in the Creditors' Committee Objection, which it incorporates herein, and in addition objects to the Bid Procedures to the extent they: (1) do not require consultation with the Equity Committee at each stage of the process; (2) permit the Debtors unfettered discretion to withhold information that they or a Qualified Bidder deem "confidential" in disclosing the terms of a Qualified Bid to other Qualified Bidders; (3) set the deadline for objections to the Sale Motion prior to the Auction; and (4) permit the Debtors to determine whether a plan of reorganization is a Qualified Bid. Any plan of reorganization submitted shall be deemed a Qualified Bid.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**Conclusion**

For the reasons discussed in the Joinder and the Objection, the Equity Committee respectfully requests that the Court (i) deny the relief requested in the Motion and (ii) grant such other relief as the Court deems just, equitable and proper.

Dated:  November 30, 2010
          Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Neil B. Glassman (No. 2087)
Charlene D. Davis (No. 2336)
Colin R. Robinson (admitted *pro hac vice*)
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile:  (302) 658-6395
Email: nglassman@bayardlaw.com
      cdavis@bayardlaw.com
      crobinson@bayardlaw.com
      jalberto@bayardlaw.com

-and-

MORRISON COHEN LLP
Joseph T. Moldovan
Michael Dal Lago
909 Third Avenue
New York, New York 10022
Telephone: (212) 735-8600
Facsimile (212) 735-8708
Email: jmoldovan@morrisoncohen.com
      mdallago@morrisoncohen.com

*Counsel for the Official Committee of*
*Equity Security Holders*