IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| POINT BLANK SOLUTIONS, INC., | : Case No. 10-11255 (PJW) |
| et al.,[1] | : (Jointly Administered) |
| | : |
| Debtors. | : Re: Docket No. 855 |

**ORDER GRANTING JOINT MOTION OF THE OFFICIAL COMMITTEES OF UNSECURED CREDITORS AND EQUITY SECURITY HOLDERS TO SHORTEN THE NOTICE PERIOD WITH RESPECT TO THE EMERGENCY MOTION TO APPROVE REPLACEMENT INTERIM AND FINAL DEBTOR IN POSSESSION FINANCING**

Upon consideration of the Joint Motion of the Official Committees of Unsecured Creditors and Equity Security Holders to Shorten the Notice Period With Respect to the Emergency Motion to Approve Replacement Interim and Final Debtor in Possession Financing (the "Motion to Shorten")[2], pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") to shorten the notice period with respect to the forthcoming Emergency Motion to Approve Replacement Interim and Final Debtor in Possession Financing (the "Replacement DIP Motion"), all as more fully set forth in the Motion to Shorten; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion to Shorten.

BAY:01689302v1

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the Replacement DIP Motion shall be filed not later than Monday, December 6, 2010; and it is further

ORDERED that Court will consider the Replacement DIP Motion at a hearing scheduled for December 9, 2010 at 10:00 a.m. Prevailing Eastern Time; and it is further

ORDERED that all objections, if any, to the relief sought in the Replacement DIP Motion must be in writing, filed with the Court and served on the Bankruptcy Rule 2002 service list maintained in these cases so as to be actually received no later than December 8, 2010 at 4:00 p.m. Prevailing Eastern Time; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
\_\_\_Dec 2\_\_\_, 2010

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge