IN THE UNITED STATED BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: December 27, 2010 at 4:00 p.m.**
**Hearing Date: Only if objection(s) filed**

## NOTICE OF FILING OF FEE APPLICATION

Pachulski Stang Ziehl & Jones LLP, counsel to the above-captioned debtors and debtors in possession (the "Debtors") has filed and served the *Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtors and Debtors in Possession, for the Period from September 1, 2010 Through September 30, 2010* (the "Fee Application"), seeking compensation for the reasonable and necessary services rendered to the Debtors in the amount of $364,397.50, and reimbursement for actual and necessary expenses in the amount of $26,496.91.

Objections or responses to the Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on or before **December 27, 2010, at 4:00 p.m. Prevailing Eastern Time.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

The Fee Application is submitted pursuant to the *Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code* entered by this Court on May 12, 2010, [Docket No. 114] (the "Administrative Order").

At the same time, you must also serve a copy of the objections or responses, if any, upon the following: (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esquire, Fax: (302) 652-4400; (ii) counsel to the Official Committee of Unsecured Creditors appointed in these cases: Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Robert M. Hirsh, Esquire, Fax: (212) 484-3990; and The Rosner Law Group LLC, 1000 N. West Street, Suite 1200, Wilmington, DE 19801, Attn: Frederick B. Rosner, Esquire, Email: rosner@teamrosner.com; (iii) counsel to the Official Committee of Equity Security Holders in these cases: The Bayard Firm, 222 Delaware Avenue, Suite 900, Wilmington, DE 19801, Attn: Neil Glassman, Esquire, Fax: (302) 658-6395; and Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022, Attn: Joseph T. Moldovan, Esquire, Fax: 212-735-8708; and (iv) the U.S. Trustee: Jane Leamy, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801.

IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF THE EXPENSES REQUESTED IN THE FEE APPLICATION MAY BE PAID PURSUANT TO THE ADMINISTRATIVE ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.

IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT WILL BE MADE ACCORDING TO THE PROCEDURES SET FORTH IN THE ADMINISTRATIVE ORDER.

A HEARING ON THE FEE APPLICATION WILL BE HELD ONLY IF OBJECTIONS OR RESPONSES ARE TIMELY FILED.

Dated: December 6, 2010

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:ljones@pszjlaw.com
dbertenthal@pszjlaw.com
jfried@pszjlaw.com
tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession