IN THE UNITED STATED BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 6th day of December, 2010, I caused a copy of the following documents to be served on the individuals on the attached service list in the manner indicated:

**Notice of Filing of Fee Application;**

**Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtors and Debtors in Possession, for the Period from September 1, 2010 through September 30, 2010; Exhibit A.**

_____
Timothy P. Cairns (Bar No. 4228)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

70934-001\DOCS_DE:162827.7

Point Blank Solutions, Inc. **Fee Application Service List**
Case No. 10-11255 (PJW)
Document No. 162107
04 – Hand Delivery
03 – First Class Mail

**Hand Delivery**
(United States Trustee)
Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Steel Partners)
Steven M. Yoder, Esquire
Potter, Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19899

**Hand Delivery**
(Counsel to the Unsecured
Creditors' Committee)
Frederick B. Rosner, Esquire
The Rosner Law Group
1000 N. West Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Equity Committee)
Neil B. Glassman, Esquire
Justin R. Alberto, Esquire
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**First Class Mail**
(Counsel to the Unsecured
Creditors' Committee)
Robert M. Hirsh, Esquire
Heike M. Vogel, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019

**First Class Mail**
(Counsel to Equity Committee)
Michael R. Dal Lago, Esquire
Joseph T. Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

**First Class Mail**
(Counsel to Steel Partners)
Donald E. Rothman
Riemer & Braunstein LLP
3 Center Plaza
Boston, Massachusetts 02108

70934-001\DOCS_DE:162107.1