IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
*In re*                                                  :  Chapter 11
                                                         :
POINT BLANK SOLUTIONS INC., *et al.*,                    :  Case No. 10-11255 (PJW)
                                                         :  (Jointly Administered)
     Debtors.[1]                                         :
                                                         :
                                                         :  **Obj. Deadline: December 8, 2010 at 4:00 p.m. (EDT)**
                                                         :  **Hearing Date: December 9, 2010 at 10:00 a.m. (EDT)**
---------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Creditors' Committee") and the Official Committee of Equity Security Holders (the "Equity Committee" and together the "Official Committees") filed the *Motion for Interim and Final Orders (A) Authorizing (i) Replacement Post-Petition Secured Financing, (ii) Use of Cash Collateral and (iii) Repayment of Existing Post-Petition Secured Financing; (B) Authorizing Entry Into Plan Support Agreement; and (C) Scheduling a Final Hearing* (the "Motion") with the United States Bankruptcy Court for the District of Delaware [Docket No. 874].

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE ORDER GRANTING JOINT MOTION OF THE OFFICIAL COMMITTEES OF UNSECURED CREDITORS AND EQUITY SECURITY HOLDERS TO SHORTEN THE NOTICE PERIOD WITH RESPECT TO THE EMERGENCY MOTION TO APPROVE REPLACEMENT INTERIM AND FINAL DEBTOR IN POSSESSION FINANCING [DOCKET NO. 857], ENTERED ON DECEMBER 2, 2010, A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 9, 2010 AT 10:00 A.M.** BEFORE THE HONORABLE PETER J. WALSH AT

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: (i) Point Blank Solutions, Inc. (9361), (ii) Point Blank Body Armor, Inc. (4044); (iii) Protective Apparel Corporation of America (9051); and (iv) PBSS, LLC (8203).

{00005544. }

THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM 2, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, are required to be filed on or before **December 8, 2010 at 4:00 p.m.** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve copies of the response upon counsel to the Official Committees so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
December 7, 2010

    Counsel for the Official Committee of
      Unsecured Creditors for Point Blank
      Solutions, Inc., *et al*.

By: /s/ Brian L. Arban
    Frederick B. Rosner (DE #3995)
    Brian L. Arban (DE #4511)
    THE ROSNER LAW GROUP LLC
    1000 N. West Street, Suite 1200
    Wilmington, DE 19801
    Tel: (302) 777-1111
    arban@teamrosner.com

    - and-

    Robert M. Hirsh
    ARENT FOX LLP
    1675 Broadway
    New York, NY 10019
    (212) 484-3900 (Tel.)
    (212) 484-3990 (Fax)