# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| POINT BLANK SOLUTIONS, INC., et al., | ) Case No. 10-11255 (PJW) |
| | ) Jointly Administered |
| Debtors.[1] | ) |
| | ) **Related Docket No. 874** |
| | ) |
| | ) **Hearing Date: December 9, 2010 at 3:00 p.m. ET** |

## LEAD PLAINTIFFS' LIMITED OBJECTION TO
## THE UNITED STATES TRUSTEE'S MOTION FOR
## AN ORDER DIRECTING THE APPOINTMENT OF AN EXAMINER

Lead Plaintiffs, Robino Stortini Holdings, LLC, NECA-IBEW Pension Fund and George Baciu (collectively, "Lead Plaintiffs"), in the settled securities class action litigation entitled *In Re DHB Industries, Inc. Class Action Litigation*, No. 05-cv-4296 (JS)(ETB) (the "Class Action Litigation"), filed in the United States District Court for the Eastern District of New York (the "District Court"), on behalf of all persons or entities (the "Class") who purchased or otherwise acquired certain of the publicly traded shares of DHB Industries, Inc. ("DHB"), predecessor in interest of the above-captioned debtors and debtors in possession (the "Debtors"), on or after November 18, 2003 until and including November 30, 2006 (the "Class Period"), and who were damaged thereby, hereby submit this limited objection (the "Limited Objection") to the *Motion for Interim and Final Orders (A) Authorizing (i) Replacement Post-Petition Secured Financing, (ii) Use of Cash Collateral and (iii) Repayment of Existing Post-Petition Secured Financing; (B) Authorizing Entry into Plan Support Agreement; and (C) Scheduling a Final Hearing* [Docket No. 874] (the "Motion") filed by the Official Committee of Unsecured Creditors (the "Creditors' Committee") and the Office Committee of Equity Security Holders

---

[1] The Debtors in these chapter 11 cases are: (i) Point Blank Solutions, Inc., (ii) Point Blank Body Armor, Inc., (iii) Protective Apparel Corporation of America, and (iv) PBSS, LLC.

24580/2
12/08/2010 16301514.1

(the "Equity Committee" and together with the Creditors Committee, the "Committees") and respectfully state as follows:

## BACKGROUND

1. By virtue of other pleadings previously filed with this Court, the Court is already familiar with the background of the Class Action Litigation. Therefore, it will not be repeated here.

## LIMITED OBJECTION

2. Lead Plaintiffs submit this Limited Objection because the Motion does not provide adequate information for parties to determine whether their rights are impacted. The relief requested in the Motion is based upon numerous documents which have not yet been filed with the Court. Specifically, the Committees have not yet filed the Proposed Interim Order, the Plan Support Agreement and the DIP Credit Agreement or the Budget. Parties in interest must be afforded an opportunity to review these documents before any hearing on the Motion is conducted. Accordingly, to the extent these documents are not provided before the hearing currently scheduled for December 9, 2010 at 3:00 p.m., Lead Plaintiffs hereby object to the relief requested in the Motion.

3. Furthermore, to the extent any of the relief requested in the Motion impacts Lead Plaintiffs' rights with respect to the Class Action Litigation, including but not limited to Lead Plaintiffs' rights with respect to the Stipulation, the Class Action Judgment and/or the Escrow (as defined in Lead Plaintiffs' Objection to Debtor Point Blank Solutions Inc's Motion for Order Under 11 U.S.C. § 365(a) Authorizing Rejection of Class and Derivative Action Settlement Agreement [Docket No. 721]), Lead Plaintiffs hereby object to the relief requested in the Motion.

## RESERVATION OF RIGHTS

4. Lead Plaintiffs reserve the right to amend or supplement this Limited Objection upon the filing of all missing documents and any additional documents and pleadings.

Dated: December 8, 2010

CROSS & SIMON, LLC

By: _____
Christopher P. Simon (No. 3697)
Michael J. Joyce (No. 4563)
P.O. Box 1380
913 North Market Street, 11th Floor
Wilmington, Delaware 19899-1380
(302) 777-4200 (Telephone)
(302) 777-4224 (Facsimile)
csimon@crosslaw.com
mjoyce@crosslaw.com

- and –

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
Jeffrey Kramer, Esq.
Nicole Stefanelli, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs and the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Samuel H. Rudman, Esq.
58 South River Road, Suite 200
Melville, New York 11747
(631) 367-7100 (Telephone)
(631) 367-1173 (Facsimile)

- and –

**LABATON SUCHAROW, LLP**
Ira A. Schochet, Esq.
Nicole Zeiss, Esq.
140 Broadway
New York, New York 10005
(212) 907-0700 (Telephone)
(212) 818-0477 (Facsimile)

*Lead Counsel to Lead Plaintiffs and the Class*