IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
In re:                                                          :   Chapter 11
                                                                :
POINT BLANK SOLUTIONS, INC., *et al.*[1]                        :   Case No. 10-11255 (PJW)
                                                                :
                                         Debtors.               :   Jointly Administered
                                                                :
                                                                :   Hearing Date: Only If An Objection Is Filed
                                                                :   Objection Deadline: December 29, 2010 @ 4:00 p.m.
----------------------------------------------------------------x

## SEVENTH MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| | |
|---|---|
| Name of Applicant: | Arent Fox LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | June 9, 2010, *nunc pro tunc* to April 26, 2010 |
| Period for which compensation and reimbursement are sought: | November 1, 2010 through November 30, 2010 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $166,351.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $1,654.79 |

This is a(n):  __X__ monthly   _____ interim   _____ final application

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. ("PBSI") (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc., (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37557; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

{00005570.}NYC/557389.1

# PRIOR FEE APPLICATIONS FILED

Monthly Applications:

| Date Filed | Period Covered | Requested | | Approved | | Amount of Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 07/01/10 [Doc. No. 290] | 04/26/10 – 05/31/10 | $196,123.00 | $1,996.90 | $196,123.00 | $1,996.90 | N/A |
| 08/13/10 [Doc. No. 468] | 06/01/10 – 06/30/10 | $198,497.50 | $2,405.59 | $198,497.50 | $2,405.59 | N/A |
| 09/07/10 [Doc. No. 553] | 07/01/10 – 07/31/10 | $283,795.00 | $3,782.11 | $227,036.00 | $3,782.11 | $56,759.00 |
| 09/28/10 [Doc. No. 628] | 08/01/10 – 08/31/10 | $282,284.00 | $2,204.74 | $225,827.20 | $2,204.74 | $56,456.80 |
| 12/03/10 [Doc. No. 863] | 09/01/10 – 09/30/10 | $125,999.90 | $11,861.72 | Pending | Pending | Pending |
| 12/08/10 [Doc. No. 892] | 10/01/10 – 10/31/10 | $120,129.50 | $2,066.26 | Pending | Pending | Pending |

Quarterly Applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 08/16/10 [Doc. No. 475] | 04/26/10 – 06/30/10 | $394,620.50 | $4,402.49 | $394,620.50 | $4,402.49 |

# ATTACHMENT B
# TO FEE APPLICATION

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew I. Silfen | Partner since 2003. Member of NJ bar since 1986. Member of NY bar since 1987. | $810 | 0.60 | $486.00 |
| Robert Hirsh | Partner since 2005. Member of NY and NJ bars since 1998. | $650 | 68.10 | $44,265.00 |
| Timothy F. Brown | Partner since 1998. Member of DC bar since 1982. | $640 | 1.20 | $768.00 |
| Alan R. Lyons | Of Counsel since 2010. Member of NY bar since 1998. | $585 | 3.00 | $1,755.00 |
| George P. Angelich | Partner since 2010. Member of PA bar since 2000. Member of DC bar since 2003. Member of NY bar since 2005. | $530 | 86.80 | $46,004.00 |
| Heike M. Vogel | Joined firm as an associate in 2005. Member of NJ bar since 2000. Member of NY bar since 2001. | $520 | 14.70 | $7,644.00 |
| David J. Kozlowski | Joined firm as an associate in 2008. Member of NY bar since 2007. | $425 | 0.10 | $42.50 |
| Ronni N. Arnold | Joined firm as an associate in 2009. Member of NY bar since 2007. | $425 | 89.10 | $37,867.50 |

{00005570. }NYC/557389.1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jordana Renert | Joined firm as an associate in 2009. Member of the NY bar since 2007. | $360 | 16.90 | $6,084.00 |
| George V. Utlik | Joined firm as an associate in 2009. Member of NJ bar since 2008. Member of NY bar since 2008. | $320 | 12.10 | $3,872.00 |
| Beth M. Brownstein | Joined firm as an associate in 2010. Member of NY bar since 2009. | $290 | 38.80 | $11,252.00 |
| Lisa Indelicato | Paralegal | $270 | 6.20 | $1,674.00 |
| Nova A. Constantino | Paralegal | $265 | 17.50 | $4,637.50 |
| | | | | |
| TOTAL | | | 355.10 | $166,351.50 |

Blended Rate: $468.46

# COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 0.50 | $172.00 |
| Case Management and Operating Expenses (02) | 5.50 | $1,730.00 |
| Corporate and Business Matters (03) | 5.30 | $2,615.00 |
| Sale and Disposition of Assets (04) | 51.40 | $23,073.50 |
| Asset Analysis and Recovery (05) | 0.00 | $0.00 |
| Claims Administration and Objections (06) | 0.20 | $72.00 |
| Miscellaneous Motions and Objections (07) | 1.40 | $550.00 |
| Committee and Debtor Communications (08) | 64.90 | $33,888.50 |
| Adversary Proceedings (09) | 0.00 | $0.00 |
| Professional Retention (10) | 42.40 | $16,818.50 |
| Plan and Disclosure Statement Matters (11) | 88.00 | $43,178.00 |
| Cash Collateral and DIP Financing (12) | 16.20 | $8,383.00 |
| Employee Benefits and Severance, Pensions (13) | 0.00 | $0.00 |
| Real Estate and Leasing and Executory Contracts (14) | 0.00 | $0.00 |
| Creditor Inquiries (15) | 0.40 | $170.00 |
| Automatic Stay and Section 362 and 363 Matters (16) | 1.50 | $669.00 |
| Investigation of Secured Creditor, Equipment Lessors (17) | 0.00 | $0.00 |
| Utilities and Regulatory Matters (18) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection and Investigation (19) | 7.30 | $2,144.00 |
| Contracts (20) | 0.00 | $0.00 |
| Tax (21) | 0.00 | $0.00 |
| Fee Applications (22) | 15.20 | $6,937.50 |
| Environmental Matters (23) | 0.00 | $0.00 |
| Creditor Information Sharing and 1102 Services (24) | 0.00 | $0.00 |
| SOX Settlement (25) | 45.80 | $21,526.50 |
| Bank of America (26) | 0.00 | $0.00 |
| Steel Partners (27) | 0.00 | $0.00 |
| Travel (28) | 9.10 | $4,424.00 |
| **Total** | **355.10** | **$166,351.50** |

{00005570. }NYC/557389.1

# EXPENSE SUMMARY
## NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Database Search | PACER | $138.74 |
| Duplicating | | $142.30 |
| Local Travel | Parking, taxicabs | $87.23 |
| Out-of-Town Meals | | $10.08 |
| Out-of-Town Transportation | Amtrak | $343.00 |
| Overnight Delivery | FedEx | $0.00 |
| Overtime – HVAC | | $649.09 |
| Overtime – Secretary | | $15.00 |
| Overtime Meals & Cabs | Seamless Web Professional, Taxi | $61.13 |
| Westlaw | | $208.22 |
| **TOTAL** | | **$1,654.79** |

{00005570. }NYC/557389.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
POINT BLANK SOLUTIONS, INC., et al.[1]          :    Case No. 10-11255 (PJW)
                                                :
                              Debtors.          :    Jointly Administered
                                                :
                                                :    **Hearing Date**:
                                                :    **Objection Deadline**:
------------------------------------------------------------x

**SEVENTH MONTHLY APPLICATION
OF ARENT FOX LLP FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

Pursuant to Sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's administrative order establishing procedures for interim compensation pursuant to section 331 of the Bankruptcy Code, dated May 12, 2010 [Docket No. 114] (the "Compensation Order"), Arent Fox LLP ("Arent Fox") hereby files its Seventh Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee (the "Committee") of Unsecured Creditors of Point Blank Solutions Inc., et al. ("the Debtors") for the Period from November 1, 2010 through November 30, 2010 (the "Application"). By this Application, Arent Fox seeks a monthly allowance pursuant to the Compensation Order with respect to sums of

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. ("PBSI") (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc., (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37557; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

$166,351.50 for compensation and $1,654.79 for reimbursement of actual and necessary expenses for a total of $168,006.29 for the period from November 1, 2010 through and including November 30, 2010 (the "Compensation Period"). In support of this Application, Arent Fox respectfully represents as follows:

## Background

1. On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

2. On June 9, 2010, the Court approved the retention of Arent Fox as counsel to the Committee *nunc pro tunc* to April 26, 2010 [Docket No. 234].

## Compensation Paid and Its Source

3. All services for which compensation is requested by Arent Fox were performed for or on behalf of the Committee.

4. Arent Fox has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application for the Compensation Period. There is no agreement or understanding between Arent Fox and any persons other than the partners of Arent Fox for the sharing of compensation to be received for services rendered in these cases.

## Time Records

5. A copy of the time records for the Compensation Period is attached hereto as Exhibit A. The time records contain daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of Arent Fox's knowledge, this Application

complies with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Compensation Order.

## Actual and Necessary Expenses

6. A summary of the actual and necessary expenses incurred by Arent Fox during the Compensation Period is attached hereto as Exhibit B. While representing the Committee in these cases, Arent Fox will limit its photocopying expenses to $.10 per page and its charges for out-going facsimile transmissions to $1.00 per page, in accordance with the local rules. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7. Regarding providers of on-line legal research (e.g., WESTLAW), Arent Fox charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal Arent Fox's actual cost. Arent Fox currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows Arent Fox to cover adequately the monthly flat fees it must pay to these types of providers.

8. Arent Fox believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, Arent Fox believes that such charges are in accordance with the guidelines of the American Bar Association ("ABA"), as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

9. The partners, counsel and associates of Arent Fox who have rendered professional

services in these cases are: Andrew I. Silfen, Robert Hirsh, Timothy F. Brown, George P. Angelich, Alan R. Lyons, Heike M. Vogel, David J. Kozlowski, Ronni N. Arnold, Jordana Renert, George V. Utlik, and Beth M. Brownstein. Lisa Indelicato and Nova A. Constantino are paraprofessionals of Arent Fox who have also rendered services in these cases.

10. Arent Fox, by and through the above-named persons, has submitted substantive and procedural pleadings to the Court for consideration on behalf of the Committee, advised the Committee on a regular basis with respect to various matters in connection with these cases, and performed all necessary professional services which are described and narrated in detail below.

## Summary of Services By Project

11. The services rendered by Arent Fox during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on Exhibit A. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A.

    A.    Petition, Schedules, First Day Orders (01)

        Fees: $172.00    Total Hours: 0.50

This category includes all matters related to the amended schedules filed by Debtors.

    B.    Case Management and Operating Reports (02)

        Fees: $1,730.00    Total Hours: 5.50

This category includes all matters related to preparation for upcoming hearings and general case management.

C. <u>Corporate and Business Matters (03)</u>

Fees: $2,615.00  Total Hours: 5.30

This category includes time spent discussing the status of the case with the Board Observer, reviewing and analyzing the Memorandum Report from Board Observer, and all matters relating to the D&O Policy Endorsements.

D. <u>Sale and Disposition of Assets (04)</u>

Fees: $23,073.50  Total Hours: 51.40

This category includes all matters related to the potential sale of substantially all of the Debtors' assets. Specifically, this category includes time spent reviewing and analyzing letters of intent from prospective purchasers of the Debtors' assets and issues related to the selection of a stalking horse bidder. This category also includes time spent preparing for and attending a meeting with the Debtors' and Official Committee of Equity Security Holders' ("Equity Committee") professionals regarding the negotiation of sale issues, a plan of reorganization and overall case strategy. In addition, this category includes time spent reviewing and analyzing the Debtors' motion to approve bidding procedures and the proposed sale of the Debtors' assets, along with related pleadings and objections, and providing summaries of the same to the Committee. Finally, this category includes time spent drafting an objection to the Debtors' motion to approve bidding procedures.

E. <u>Claims Administration and Objections (06)</u>

Fees: $72.00  Total Hours: 0.20

This category includes time spent reviewing and analyzing recent claims transfer filings.

F.  Miscellaneous Motions and Objections (07)

Fees: $550.00    Total Hours: 1.40

This category includes all matters related to reviewing and responding to miscellaneous motions and pleadings filed throughout these cases. Specifically, this category includes time spent by Arent Fox reviewing the complaint filed by the Department of Justice related to the False Claims Act and time spent researching issues related thereto.

G.  Committee and Debtor Communications, Conference (08)

Fees: $33,888.50    Total Hours: 64.90

This category includes all matters related to communications involving counsel to the Committee and any of the Debtors, their professionals, members of the Committee and other Committee professionals. Specifically, weekly conference calls were held between the Committee's and the Debtors' counsel, which calls required detailed preparation by counsel to the Committee. In addition, during weekly Committee conference calls, counsel to the Committee updated the Committee as to the filing of various pleadings and the status of the cases, among other things.

H.  Professional Retention (10)

Fees: $16,818.50    Total Hours: 42.40

This category includes time spent reviewing applications for the retention of various professionals. Further, Arent Fox spent time researching connections with various parties in these cases, and preparing and filing supplemental affidavits to disclose same.

I.  Plan and Disclosure Statement (11)

Fees: $43,178.00    Total Hours: 88.00

This category includes time spent on all matters related to a plan and disclosure

statement. Specifically, Arent Fox spent time on behalf of the Committee discussing and analyzing the Equity Committee's proposal of a possible plan of reorganization and negotiating various issues related to the same. This category also includes time spent preparing for and attending a meeting between CBIZ and the Equity Committee regarding the filing of a plan of reorganization and related strategy. Finally, this category includes time spent reviewing the Debtors' second motion to extend their exclusive time within which to file a plan and solicit acceptances thereof (including related pleadings), drafting an objection to the same, and preparing for the hearing related to the same.

J.  Cash Collateral and DIP Financing (12)

Fees: $8,383.00    Total Hours: 16.20

This category includes all matters related to the review, analysis and negotiation of debtor in possession financing and cash collateral issues, including issues related to certain financing terms, proposed amendments to DIP financing and a replacement DIP facility.

K.  Creditor Inquiries (15)

Fees: $170.00    Total Hours: 0.40

This category includes time spent responding to creditor inquiries regarding recovery for general unsecured creditors.

L.  Automatic Stay and Section 362 Matters (16)

Fees: $669.00    Total Hours: 1.50

This category includes all matters related to the motion for relief from stay filed by Toyota.

M.  Chapter 5 Litigation, Collection and Investigation (19)

Fees: $2,144.00    Total Hours: 7.30

This category includes all matters related to the review and analysis of the status of the Debtors' ongoing litigation.

N.      Fee Applications (22)

Fees:   $6,937.50           Total Hours:   15.20

This category includes time spent reviewing and analyzing the fee applications filed by various professionals. Also, during the Compensation Period, Arent Fox prepared its September fee application.

O.      Sox Settlement (25)

Fees:   $21,526.50          Total Hours:   45.80

This category includes all matters related to the Section 304 Sarbanes Oxley claims. Specifically, Arent Fox, on behalf of the Committee, reviewed and analyzed the various objections filed with respect to the Debtors motion to reject the settlement initially reached by David Brooks and later disputed and appealed to the Second Circuit Court of Appeals (the "SOX Settlement").

This category also includes time spent analyzing all issues regarding the forfeiture proceedings in criminal court against David Brooks and the settlement funds relating thereto, including reviewing, analyzing, and providing comments with respect to the Debtors' complaint seeking turnover of certain funds in connection with the SOX settlement and related discovery requests, and legal research related to the same. This category also includes time spent attending the forfeiture trial of David Brooks. In addition, this category includes time spent working with the Debtors to approach the Department of Justice with respect to the same and considering a global settlement proposal with respect to issue surrounding forfeiture and the SOX Settlement.

P. <u>Travel (28)</u>

Fees: $4,424.00   Total Hours: 9.10

This category includes all non-working travel time. Time is billed at 50%.

**Valuation of Services**

12. Attorneys and paraprofessionals of Arent Fox have expended a total of 355.10 hours in connection with this matter during the Compensation Period, as follows:

| **PROFESSIONALS** | **HOURS** | **HOURLY RATE** |
|---|---|---|
| Andrew I. Silfen | 0.60 | $810 |
| Robert Hirsh | 68.10 | $650 |
| Timothy F. Brown | 1.20 | $640 |
| Alan R. Lyons | 3.00 | $585 |
| George P. Angelich | 86.80 | $530 |
| Heike M. Vogel | 14.70 | $520 |
| David J. Kozlowski | 0.10 | $425 |
| Ronni N. Arnold | 89.10 | $425 |
| Jordana Renert | 16.90 | $360 |
| George V. Utlik | 12.10 | $320 |
| Beth M. Brownstein | 38.80 | $290 |
| Lisa Indelicato | 6.20 | $270 |
| Nova A. Constantino | 17.50 | $265 |

The nature of the work performed by these persons is fully set forth in <u>Exhibit A</u>. These are Arent Fox's normal hourly rates for work of this character. The reasonable value of the services rendered by Arent Fox to the Committee during the Compensation Period is $166,351.50.

13. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Arent Fox is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in other cases. Moreover, Arent Fox has reviewed the requirements of Del. Bankr. L.R. 2016-2 and

believes that this Application complies with that Rule.

WHEREFORE, Arent Fox respectfully requests that the Court authorize that for the period from November 1, 2010 through November 30, 2010, an allowance be made to Arent Fox pursuant to the terms of the Compensation Order, with respect to the sum of $166,351.50 as compensation for the necessary professional services rendered (80% of which equals $133,081.20, and the sum of $1,654.79 as 100% reimbursement of the actual and necessary expenses, for a total of $168,006.29, and that such sums be authorized for payment, and for such other and further relief as this Court may deem just and proper.

Dated: December 9, 2010
       New York, NY

Respectfully submitted,

ARENT FOX LLP

    */s/ Robert M. Hirsh*
Robert M. Hirsh
George P. Angelich
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(212) 484-3900 (Tel.)
(212) 484-3990 (Fax)

- and -

Frederick B. Rosner
MESSANA ROSNER & STERN, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 777-1111

*Counsel for the Official Committee of Unsecured Creditors of Point Blank Solutions, Inc., et al.*