IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: Docket Nos. 876,  879, and 895** |

**THIRD AMENDED**[2] NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD
ON DECEMBER 9, 2010 AT **4:15 P.M.**\* BEFORE THE HONORABLE
PETER J. WALSH  AT THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET,
<u>6th FLOOR,  COURTROOM NO. 2, WILMINGTON, DELAWARE 19801</u>

**\*Please note that the hearing start time has
been changed from 3:00 p.m. to <u>4:15</u> p.m.**

<u>UNCONTESTED MATTER</u>:

1. Motion for Interim and Final Orders (A) Authorizing (i) Replacement Post-Petition Secured Financing, (ii) Use of Cash Collateral and (iii) Repayment of Existing Post-Petition Secured Financing; (B) Authorizing Entry Into Plan Support Agreement; and (C) Scheduling a Final Hearing (Filed 12/7/10) [Docket No. 874].

   <u>Related Document(s)</u>:

   A.   Joint Motion of the Official Committees of Unsecured Creditors and Equity Security Holders to Shorten the Notice Period with Respect to the Emergency Motion to Approve Replacement Interim and Final Debtor in Possession Financing (Filed 12/2/10) [Docket No. 855].

   B.   Order Granting Joint Motion of the Official Committees of Unsecured Creditors and Equity Security Holders to Shorten the Notice Period with Respect to the Emergency Motion to Approve Replacement Interim and Final Debtor in Possession Financing (Entered 12/3/10) [Docket No. 857].

   C.   Notice of Motion (Filed 12/7/10) [Docket No. 875].

   D.   Exhibit A – Proposed Interim Order (To be filed) [Docket No. TBD].

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] **Amended information is reflected in bold.**

E.    Exhibit B – Plan Support Agreement (To be filed) [Docket No. TBD].

F.    Exhibit C – DIP Credit Agreement (To be filed) [Docket No. TBD].

G.    Exhibit D – Budget (To be filed) [Docket No. TBD].

Objection Deadline:   December 8, 2010, at 4:00 p.m.  Extended to December 9, 2010, at 11:00 a.m. with respect to the Debtors.

Response(s):

A.    Lead Plaintiff's Limited Objection to the Motion for Interim and Final Orders (A) Authorizing (I) Replacement Post-Petition Secured Financing, (II) Use of Cash Collateral and (III) Repayment of Existing Post-Petition Secured financing; (B) Authorizing Entry into Plan Support Agreement; and (C) Scheduling a Final Hearing (Filed 12/8/10) [Docket No. 889].

Status:  This matter will be going forward.

CONTESTED MATTERS:

2.    Debtors' Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief (Filed 11/23/10) [Docket No. 800].

Related Document(s):

A.    Debtors' Motion for an Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Assets Outside the Ordinary Course of Business, (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (Filed 11/23/10) [Docket No. 802].

B.    Notice of Hearing with Respect to Debtors' Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief (Filed 11/24/10) [Docket No. 804].

Objection Deadline:   November 30, 2010, at 12:00 Noon.

Response(s):

A.    [D. David Cohen's] Objection to Debtors' Motion for Entry of an Order
(A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Scheduling
an Auction and Hearing to Consider the Sale and Approve the Form and Manner
of Notice Related Thereto; (C) Establishing Procedures Relating to the
Assumption and Assignment of Certain Contracts, Including Notice of Proposed
Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and
Breakup Fee; and (E) Granting Other Related Relief [Requested Deadline for
Objections to Bid Procedures (Filed 11/29/10) [Docket No. 836].

B.    Objection of The United States of America to Debtors' Motion for Entry of
an Order (A) Approving Bid Procedures for the Sale of the Debtors' Assets,
(B) Scheduling an Auction and Hearing to Consider the Sale and Approve the
Form and Manner of Notice Related Thereto; (C) Establishing Procedures
Relating to the Assumption and Assignment of Certain Contracts, Including
Notice of Proposed Cure Amounts; (D) Approving Certain Expense
Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related
Relief [Requested Deadline for Objections to Bid Procedures (Filed 11/29/10)
[Docket No. 837].

C.    Objection of the Official Committee of Unsecured Creditors to Debtors' Motion
for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors
Assets, (B) Scheduling an Auction and a Hearing to Consider the Sale and
Approve the Form and Manner of Notice Related Thereto; (C) Establishing
Procedures Relating to the Assumption and Assignment of Certain Contracts,
Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense
Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related
Relief (Filed 11/30/10) [Docket No. 838].

D.    United States Trustee's Objection to the Motion of the Debtors for Entry of an
Order Approving Bid Procedures for the Sale of the Debtors' Assets (Filed
11/30/10) [Docket No. 839].

E.    Limited Objection of JPS Composite Materials Corp. to Debtors' Motion
for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors
Assets, (B) Scheduling an Auction and a Hearing to Consider the Sale and
Approve the Form and Manner of Notice Related Thereto; (C) Establishing
Procedures Relating to the Assumption and Assignment of Certain Contracts,
Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense
Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related
Relief (Filed 11/30/10) [Docket No. 840].

70934-001\DOCS_DE:165840.4

F.      Joinder of the Official Committee of Equity Security Holders to the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors Assets, (B) Scheduling an Auction and a Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief (Filed 11/30/10) [Docket No. 842].

G.      Supplement to Joinder of the Official Committee of Equity Security Holders to the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors Assets, (B) Scheduling an Auction and a Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief (Filed 11/30/10) [Docket No. 844].

Replies:

A.      Steel Partners II, L.P.'s Response to and Motion to Strike the Objection of D. David Cohen to Debtors' Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief (Filed 12/1/10) [Docket No. 850].

Status:  This matter will be going forward.

3.      Debtors' Second Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending the Time Periods During Which the Debtors Have the Exclusive Right to File a Plan and Solicit Acceptances Thereof (Filed 10/8/10) [Docket No. 662].

Related Document(s): None.

Objection Deadline:  November 16, 2010, at 4:00 p.m. Extended for the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders until November 24, 2010 at 4:00 p.m.

Response(s):

A.  The Official Committee of Equity Security Holders' Objection to the Debtors' Second Motion for an Order Pursuant to 11 U.S.C. 1121(d) Further Extending the Time Periods During Which the Debtors Have the Exclusive Right to File a Plan and Solicit Acceptances Thereof (Filed 11/24/10) [Docket No. 806].

4

B.      Objection of the Official Committee of Unsecured Creditors to Debtors' Second Motion for an Order Pursuant to 11 U.S.C. Section 1121(d) Further Extending the Time Periods During Which the Debtors Have the Exclusive Right to File a Plan and Solicit Acceptances Thereof (Filed 11/29/10) [Docket No. 834].

C.      Joinder of JPS Composite Materials Corp. to the Objection of the Official Committee of Unsecured Creditors to Debtors' Second Motion for an Order Pursuant to 11 U.S.C. Section 1121(d) Further Extending the Time Periods During Which the Debtors Have the Exclusive Right to File a Plan and Solicit Acceptances Thereof (Filed 11/30/10) [Docket No. 847].

Status:  This matter will be going forward.

Dated:  December 9, 2010                        PACHULSKI STANG ZIEHL & JONES LLP

_____

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
E-mail:ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        jfried@pszjlaw.com
        tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession

70934-001\DOCS_DE:165840.4