## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re: :
: Chapter 11
POINT BLANK SOLUTIONS, INC., *et al.*[1] :
: Case No. 10-11255 (PJW)
Debtors. :
: Jointly Administered
------------------------------------------------------- x

**NOTICE OF FILING OF EXHIBITS TO MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING (i) REPLACEMENT POST-PETITION SECURED FINANCING, (ii) USE OF CASH COLLATERAL AND (iii) REPAYMENT OF EXISTING POST-PETITION SECURED FINANCING; (B) AUTHORIZING ENTRY INTO PLAN SUPPORT AGREEMENT; AND (C) SCHEDULING A FINAL HEARING.**

PLEASE TAKE NOTICE, that on December 6, 2010 the Official Committees of Unsecured Creditors (the "Creditors' Committee") and Equity Security Holders (the "Equity Committee" and together with the Creditors' Committee, the "Movants"), in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors") filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the Motion for Interim and Final Orders (A) Authorizing (i) Replacement Post-Petition Secured Financing, (ii) Use of Cash Collateral, and (iii) Repayment of Existing Post-Petition Secured Financing; (B) Authorizing Entry Into Plan Support Agreement; and (C) Scheduling a Final Hearing [D.I. 874] (the "Motion"). You were previously served with a copy of the Motion.

PLEASE TAKE FURTHER NOTICE that the Motion specified certain exhibits (the "Exhibits") to be filed in connection with the relief sought therein: (1) the proposed interim debtor in possession financing order (the "Proposed Interim Order") as Exhibit A; (2) the Plan

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc., (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37557; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

{00005587. }

Support Agreement (the "PSA") as Exhibit B; (3) the DIP Credit Agreement (the "Credit Agreement") as Exhibit C; and (4) the Budget as Exhibit D.

PLEASE TAKE FURTHER NOTICE that after a hearing on December 9, 2010 (the "Hearing"), the Bankruptcy Court approved the Motion on an interim basis and instructed counsel to submit a form of order reflecting the same.

PLEASE TAKE FURTHER NOTICE that in connection with the Motion and Hearing, the Movants have filed the following Exhibits: (1) the Proposed Interim Order as Exhibit A; (2) the PSA as Exhibit B; (3) the Credit Agreement as Exhibit C; and (4) the Budget as Exhibit D.

PLEASE TAKE FURTHER NOTICE that the Movants shall docket separately executed pages of the PSA and the Credit Agreement in connection with this Notice.

PLEASE TAKE FURTHER NOTICE that the Exhibits attached hereto are filed upon consent of the Movants, the Debtors and each of the DIP Lenders (as that term is defined in the Motion or in the Exhibits).

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: December 10, 2010
Wilmington, Delaware

| | |
|---|---|
| BAYARD, P.A. | THE ROSNER LAW GROUP, LLC |
| /s/ *Justin R. Alberto* | /s/ *Brian L. Arban* |
| Neil B. Glassman (No. 2087) | Frederick B. Rosner (No. 3995) |
| Charlene D. Davis (No. 2336) | Brian L. Arban (No. 4511) |
| Colin R. Robinson (admitted *pro hac vice*) | 1000 N. West Street, Suite 1200 |
| Justin R. Alberto (No. 5126) | Wilmington, Delaware 19801 |
| 222 Delaware Avenue, Suite 900 | Telephone: (302) 777-1111 |
| Wilmington, Delaware 19899 | Email: frosner@mrs-law.com |
| Telephone: (302) 655-5000 | barban@mrs-law.com |
| Facsimile: (302) 658-6395 | |
| Email: nglassman@bayardlaw.com | |
| cdavis@bayardlaw.com | -and- |
| crobinson@bayardlaw.com | |
| jalberto@bayardlaw.com | ARENT FOX LLP |
| | Robert M. Hirsh |
| -and- | George P. Angelich |
| | 1675 Broadway |
| MORRISON COHEN LLP | New York, New York 10019 |
| Joseph T. Moldovan | Telephone: (212) 484-3900 |
| Michael Dal Lago | Facsimile: (212) 484-3990 |
| 909 Third Avenue | Email: hirsh.robert@arentfox.com |
| New York, New York 10022 | angelich@arentfox.com |
| Telephone: (212) 735-8600 | |
| Facsimile (212) 735-8708 | *Co-Counsel to the Official* |
| Email: jmoldovan@morrisoncohen.com | *Committee of Unsecured Creditors* |
| mdallago@morrisoncohen.com | |
| | |
| *Co-Counsel for the Official Committee of* | |
| *Equity Security Holders* | |