# **EXHIBIT D**

# Point Blank Solutions, Inc.
## 13-week Cash Flow - Forecast
*($ in 000's)*

| Actual / Forecast | Forecast 1 | Forecast 2 | Forecast 3 | Forecast 4 | Forecast 5 | Forecast 6 | Forecast 7 | Forecast 8 | Forecast 9 | Forecast 10 | Forecast 11 | Forecast 12 | Forecast 13 | 13-week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| Week Ending | 12/11/10 | 12/18/10 | 12/25/10 | 1/1/11 | 1/8/11 | 1/15/11 | 1/22/11 | 1/29/11 | 2/5/11 | 2/12/11 | 2/19/11 | 2/26/11 | 3/5/11 | Total |
| **PRODUCTION & SALES** | | | | | | | | | | | | | | |
| Units Shipped (excluding commercial) | 21,657 | 989 | 15,913 | 4,759 | 3,379 | 2,390 | 1,195 | 8,385 | 3,585 | 5,975 | 2,380 | 8,385 | 78,992 | |
| Gross Revenue (including commercial) | 3,127 | 1,097 | 725 | 906 | 2,445 | 2,219 | 1,451 | 1,909 | 4,210 | 2,640 | 3,776 | 2,057 | 3,945 | 30,507 |
| **CASH FLOW** | | | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | | | |
| A/R Collections | 2,264 | 1,724 | 778 | 827 | 3,074 | 835 | 725 | 816 | 2,345 | 1,970 | 1,293 | 1,861 | 3,862 | 22,373 |
| Other Receipts | 14 | 4 | 52 | 4 | 57 | 267 | 4 | 94 | 103 | 253 | 162 | 52 | 352 | 1,418 |
| Total Receipts | 2,277 | 1,728 | 830 | 831 | 3,131 | 1,101 | 729 | 910 | 2,449 | 2,223 | 1,455 | 1,913 | 4,214 | 23,791 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Materials | 2,152 | 456 | 1,535 | 986 | 2,042 | 1,404 | 624 | 3,402 | 1,794 | 1,794 | 1,694 | 1,437 | 285 | 19,605 |
| Subcontractors | 46 | 41 | 46 | 41 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 576 |
| Payroll | 489 | 624 | 617 | 699 | 264 | 624 | 617 | 699 | 264 | 624 | 264 | 1,053 | 264 | 7,100 |
| Insurance | 5 | - | - | 73 | - | - | - | 73 | 106 | - | - | 73 | - | 328 |
| Rent & Lease Payments | - | - | - | 118 | - | - | - | 118 | - | - | - | - | 118 | 355 |
| Supplies | 16 | 4 | - | - | 17 | 12 | 4 | 9 | 21 | 13 | 21 | 9 | 21 | 147 |
| Utilities | - | - | - | - | 61 | - | - | - | 61 | - | - | - | - | 121 |
| Freight | 32 | 7 | - | - | 34 | 24 | 9 | 17 | 43 | 26 | 43 | 17 | 43 | 295 |
| Repair & Maintenance | 9 | 2 | - | - | 10 | 7 | 2 | 5 | 12 | 7 | 12 | 5 | 12 | 82 |
| Testing Fees | 52 | 12 | - | - | 55 | 39 | 14 | 28 | 70 | 42 | 69 | 28 | 70 | 478 |
| Professional Fees - Ordinary Course & Other | 21 | 56 | - | 61 | 35 | 141 | 104 | 21 | 77 | 21 | 132 | - | 21 | 690 |
| Other | 50 | 692 | 50 | 213 | 50 | 50 | 92 | 173 | 50 | 50 | 92 | 173 | 50 | 1,785 |
| Total Operating Disbursements | 2,871 | 1,893 | 2,248 | 2,191 | 2,612 | 2,346 | 1,512 | 4,589 | 2,542 | 2,621 | 2,372 | 2,838 | 929 | 31,563 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| DIP Interest & Fees | - | 1,592 | - | - | 351 | - | - | - | 452 | - | - | - | 452 | 2,848 |
| Board Fees | - | - | 81 | - | - | - | - | - | - | - | - | - | - | 81 |
| Capex | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 197 |
| Total Non-Operating Disbursements | 15 | 1,607 | 15 | 97 | 367 | 15 | 15 | 15 | 467 | 15 | 15 | 15 | 467 | 3,126 |
| Bankruptcy-Related Disbursements | 168 | 300 | 339 | 143 | 370 | 70 | 238 | 448 | 596 | 70 | 342 | 90 | 379 | 3,551 |
| Total Disbursements | 3,054 | 3,800 | 2,602 | 2,430 | 3,348 | 2,431 | 1,765 | 5,052 | 3,605 | 2,706 | 2,729 | 2,943 | 1,775 | 38,241 |
| Net Cash Flow | (777) | (2,072) | (1,772) | (1,599) | (217) | (1,330) | (1,036) | (4,142) | (1,156) | (483) | (1,274) | (1,031) | 2,440 | (14,450) |
| Cumulative Net Cash Flow | (777) | (2,849) | (4,622) | (6,220) | (6,437) | (7,767) | (8,803) | (12,945) | (14,101) | (14,584) | (15,858) | (16,889) | (14,450) | |
| Cash Balance | - | 17,211 | 15,438 | 13,840 | 13,623 | 12,293 | 11,257 | 7,115 | 5,959 | 5,476 | 4,202 | 3,171 | 5,610 | 5,610 |

# Point Blank Solutions, Inc.
## 13-week Cash Flow - Forecast
*($ in 000's)*

| Actual / Forecast | Forecast 1 | Forecast 2 | Forecast 3 | Forecast 4 | Forecast 5 | Forecast 6 | Forecast 7 | Forecast 8 | Forecast 9 | Forecast 10 | Forecast 11 | Forecast 12 | Forecast 13 | 13-week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| Week Ending | 12/11/10 | 12/18/10 | 12/25/10 | 1/1/11 | 1/8/11 | 1/15/11 | 1/22/11 | 1/29/11 | 2/5/11 | 2/12/11 | 2/19/11 | 2/26/11 | 3/5/11 | Total |
| **WORKING CAPITAL** | | | | | | | | | | | | | | |
| **Accounts Receivable ($ in 000's)** | | | | | | | | | | | | | | |
| Beginning Balance | 8,904 | 9,758 | 9,132 | 9,031 | 9,110 | 8,427 | 9,548 | 10,275 | 11,278 | 13,043 | 13,464 | 15,789 | 15,937 | 8,904 |
| (+) Sales | 3,127 | 1,097 | 725 | 906 | 2,445 | 2,219 | 1,451 | 1,909 | 4,210 | 2,640 | 3,776 | 2,057 | 3,945 | 30,507 |
| (-) Cash Collections | (2,273) | (1,724) | (826) | (827) | (3,127) | (1,097) | (725) | (906) | (2,445) | (2,219) | (1,451) | (1,909) | (4,210) | (23,739) |
| (-) Adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Balance | 9,758 | 9,132 | 9,031 | 9,110 | 8,427 | 9,548 | 10,275 | 11,278 | 13,043 | 13,464 | 15,789 | 15,937 | 15,671 | 15,671 |
| **Inventory ($ in 000's)** | | | | | | | | | | | | | | |
| Beginning Balance | 25,223 | 26,300 | 24,900 | 25,177 | 26,082 | 27,485 | 28,340 | 27,810 | 31,136 | 31,776 | 30,147 | 30,011 | 30,986 | 25,223 |
| (+) Finished Goods | 1,670 | 668 | 1,474 | 1,027 | 2,773 | 2,009 | 1,922 | 2,816 | 2,560 | 1,922 | 2,816 | 2,816 | 3,341 | 27,814 |
| (-) Transferred to A/R | (2,460) | (668) | (580) | (653) | (1,876) | (1,576) | (1,034) | (1,489) | (3,089) | (1,943) | (2,851) | (1,485) | (3,089) | (22,793) |
| (+) Raw Material Purchases | 2,198 | 497 | 1,581 | 1,027 | 2,086 | 1,449 | 669 | 3,447 | 1,839 | 1,839 | 1,739 | 1,482 | 330 | 20,181 |
| (-) Raw Material Use | (331) | (1,897) | (2,198) | (497) | (1,581) | (1,027) | (2,086) | (1,449) | (669) | (3,447) | (1,839) | (1,839) | (1,739) | (20,597) |
| Ending Balance | 26,300 | 24,900 | 25,177 | 26,082 | 27,485 | 28,340 | 27,810 | 31,136 | 31,776 | 30,147 | 30,011 | 30,986 | 29,828 | 29,828 |
| Professional Fee Carve-Out[A] | 4,184 | 4,294 | 4,421 | 4,635 | 4,719 | 5,103 | 5,215 | 5,222 | 4,932 | 5,210 | 5,084 | 5,342 | 5,312 | 5,312 |
| **Cash Balance** | | | | | | | | | | | | | | |
| Beginning Balance | 1,580 | - | 1,728 | 15,438 | 13,840 | 13,623 | 12,293 | 11,257 | 7,115 | 5,959 | 5,476 | 4,202 | 3,171 | 1,580 |
| (+) Cash Collections | 2,277 | 1,728 | 830 | 831 | 3,131 | 1,101 | 729 | 910 | 2,449 | 2,223 | 1,455 | 1,913 | 4,214 | 23,791 |
| (-) Cash Disbursements | (3,054) | (3,800) | (2,602) | (2,430) | (3,348) | (2,431) | (1,765) | (5,052) | (3,605) | (2,706) | (2,729) | (2,943) | (1,775) | (38,241) |
| (+) DIP Funding | - | 19,283 | - | - | - | - | - | - | - | - | - | - | - | 19,283 |
| (-) Revolver Paydown | (803) | - | - | - | - | - | - | - | - | - | - | - | - | (803) |
| Ending Balance | - | 17,211 | 15,438 | 13,840 | 13,623 | 12,293 | 11,257 | 7,115 | 5,959 | 5,476 | 4,202 | 3,171 | 5,610 | 5,610 |
| **DIP Facility** | | | | | | | | | | | | | | |
| Beginning Balance | 6,520 | 5,717 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 6,520 |
| (-) Paydown | (803) | - | - | - | - | - | - | - | - | - | - | - | - | (803) |
| (-) Steel DIP Payoff | - | (5,717) | - | - | - | - | - | - | - | - | - | - | - | (5,717) |
| (+) Replacement DIP Loan Funding | - | 25,000 | - | - | - | - | - | - | - | - | - | - | - | 25,000 |
| (+) Draw | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Balance | 5,717 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |

**Notes:**
(A) Starting amount for Professional Fee Carve-Out reflects accrued and unpaid amounts of Carve-Out under the Existing DIP Facility. The Professional Fee Carve-Out includes any unused amounts that are rolled forward under the budget. If professional fees are not paid as projected above, the total amount of the carve-out accrual will not be reduced as shown.