IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON DECEMBER 15, 2010 AT 11:00 A.M. BEFORE THE HONORABLE PETER J. WALSH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801[2]**

**UNCONTESTED MATTER**
**CERTIFICATION OF NO OBJECTION:**

1. Debtors' Motion for Authority to File Under Seal One Exhibit to Motion for Order Under 11 U.S.C. §365(A) Authorizing Rejection of Class and Derivative Action Settlement Agreement (Filed 9/23/10) [Docket No. 617].

    Related Document(s):

    A. Appendix of Exhibits to Debtor Point Blank Solutions Inc.'s Motion for Order Under 11 U.S.C. § 365(a) Authorizing Rejection of Class and Derivative Action Settlement Agreement (Filed 9/17/10) [Docket Nos. 592 and 593].

    B. Debtor Point Blank Solutions Inc.'s Motion for Order Under 11 U.S.C. §365(a) Authorizing Rejection of Class and Derivative Action Settlement Agreement (Filed 9/17/10) [Docket No. 589].

    C. Certification of No Objection (Filed 12/13/10) [Docket No. 914].

    Objection Deadline: October 20, 2010, at 4:00 p.m. Extended to November 1, 2010, at 5:00 p.m., with respect to the Office of the United States Trustee.

    Response(s): None.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

Status: The Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

**CONTESTED MATTERS GOING FORWARD:**

2.  Debtor Point Blank Solutions Inc.'s Motion for Order Under 11 U.S.C. §365(a) Authorizing Rejection of Class and Derivative Action Settlement Agreement (Filed 9/17/10) [Docket No. 589].

    Related Document(s):

    A.  Appendix of Exhibits to Debtor Point Blank Solutions Inc.'s Motion for Order Under 11 U.S.C. § 365(a) Authorizing Rejection of Class and Derivative Action Settlement Agreement (Filed 9/17/10) [Docket Nos. 592 and 593].

    B.  Supplement to Debtor Point Blank Solutions Inc.'s Motion for Order Under 11 U.S.C. § 365(a) Authorizing Rejection of Class And Derivative Action Settlement Agreement (Filed 10/6/10) [Docket No. 655].

    C.  Debtors' Motion for Authority to File Under Seal One Exhibit to Motion for Order Under 11 U.S.C. §365(A) Authorizing Rejection of Class and Derivative Action Settlement Agreement (Filed 9/23/10) [Docket No. 617].

    Objection Deadline: October 20, 2010, at 4:00 p.m. Extended to October 28, 2010, at 5:00 p.m. with respect to the Official Committee of Unsecured Creditors, the Official Committee of Equity Security Holders, Class Plaintiffs, David Brooks, David Cohen, and Dawn Schlegel.

    Joinder Deadline: November 1, 2010, with respect to Dawn Schlegel.

    Response(s):

    A.  Objection of David H. Brooks to Debtor Point Blank Solution Inc.'s Motion for Order Under 11 U.S.C. § 365(a) Authorizing Rejection of Class and Derivative Action Settlement Agreement (Filed 10/28/10) [Docket No. 711].

    B.  Objection of D. David Cohen to Debtor Point Blank Solutions Inc.'s Motion for Order Under 11 U.S.C. Section 365(a) Authorizing Rejection of Class and Derivative Action Settlement Agreement (Filed 10/28/10) [Docket o. 713].

    C.  Lead Plaintiffs'[3] Objection to Debtors' Motion for Order Under 11 U.S.C. 365(a) Authorizing Rejection of Class and Derivative Action Settlement Agreement (Filed 10/28/10) [Docket No. 721].

---

[3] Lead Plaintiffs are identified as Robino Stortini Holdings, LLC, NECA-IBEW Pension Fund, and George Baciu.

D. Statement of Official Committee of Unsecured Creditors in Support of the Motion of Point Blank Solutions Inc. Pursuant to 11 U.S.C. 365(a) for Authority to Reject Pre-Petition Agreement (Filed 10/28/10) [Docket No. 722].

E. Response and Request for Adjournment of the Official Committee of Equity Security Holders to Debtor Point Blank Solution Inc.'s Motion for Order Under 11 U.S.C. 365(a) Authorizing Rejection of Class and Derivative Action Settlement Agreement (Filed 10/29/10) [Docket No. 724].

F. Dawn Schlegel's Objection to Debtor Point Blank Solution Inc.'s Motion for Order Under 11 U.S.C. § 365(a) Authorizing Rejection of Class and Derivative Action Settlement Agreement (Filed 11/1/10) [Docket No. 725].

Reply:

A. Debtor Point Blank Solutions Inc.'s Reply in Support of Motion for Order Under 11 U.S.C. § 365(A) Authorizing Rejection of Class and Derivative Action Settlement Agreement (Filed 11/17/10) [Docket No. 776].

Status: This matter will be going forward.

3. Lead Plaintiffs' Motion for Relief from the Automatic Stay (Filed 11/18/10) [Docket No. 779].

Related Document(s): None.

Objection Deadline: December 8, 2010, at 4:00 p.m.

Response(s):

A. Dawn Schlegel's Limited Joinder in Lead Plaintiffs' Motion for Relief from the Automatic Stay (Filed 12/8/10) [Docket No. 880].

B. Debtor Point Blank Solutions Inc.'s Objection to Lead Plaintiffs' Motion for Relief from the Automatic Stay (Filed 12/8/10) [Docket No. 884].

C. Objection and Joinder of Official Committee of Unsecured Creditors to Debtor Point Blank Solutions Inc.'s Objection to Lead Plaintiffs' Motion for Relief from the Automatic Stay (Filed 12/8/10) [Docket No. 886].

D. Objection of the Official Committee of Equity Security Holders to Lead Plaintiffs' Motion for Relief from the Automatic Stay and Joinder in the Debtor Point Blank Solutions Inc.'s Objection (Filed 12/8/10) [Docket No. 887].

E. Joinder of David H. Brooks to Lead Plaintiff's Motion for Relief from the Automatic Stay (Filed 12/10/10) [Docket No. 908].

Status: This matter will be going forward.

3

4. Debtors' Second Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending the Time Periods During Which the Debtors Have the Exclusive Right to File a Plan and Solicit Acceptances Thereof (Filed 10/8/10) [Docket No. 662].

   Response(s): None.

   Objection Deadline: November 16, 2010, at 4:00 p.m. Extended for the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders until November 24, 2010 at 4:00 p.m.

   Response(s):

   A. The Official Committee of Equity Security Holders' Objection to the Debtors' Second Motion for an Order Pursuant to 11 U.S.C. 1121(d) Further Extending the Time Periods During Which the Debtors Have the Exclusive Right to File a Plan and Solicit Acceptances Thereof (Filed 11/24/10) [Docket No. 806].

   B. Objection of the Official Committee of Unsecured Creditors to Debtors' Second Motion for an Order Pursuant to 11 U.S.C. Section 1121(d) Further Extending the Time Periods During Which the Debtors Have the Exclusive Right to File a Plan and Solicit Acceptances Thereof (Filed 11/29/10) [Docket No. 834].

   C. Joinder of JPS Composite Materials Corp. to the Objection of the Official Committee of Unsecured Creditors to Debtors' Second Motion for an Order Pursuant to 11 U.S.C. Section 1121(d) Further Extending the Time Periods During Which the Debtors Have the Exclusive Right to File a Plan and Solicit Acceptances Thereof (Filed 11/30/10) [Docket No. 847].

   Status: This matter will be going forward.

5. Debtors' Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts, (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief (Filed 11/23/10) [Docket No. 800].

   Related Document(s):

   A. Debtors' Motion for an Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Assets Outside the Ordinary Course of Business, (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (Filed 11/23/10) [Docket No. 802].

4

B.  Notice of Hearing with Respect to Debtors' Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief (Filed 11/24/10) [Docket No. 804].

Objection Deadline: November 30, 2010, at 12:00 Noon.

Response(s):

A.  [D. David Cohen's] Objection to Debtors' Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief [Requested Deadline for Objections to Bid Procedures (Filed 11/29/10) [Docket No. 836].

B.  Objection of The United States of America to Debtors' Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief [Requested Deadline for Objections to Bid Procedures (Filed 11/29/10) [Docket No. 837].

C.  Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors Assets, (B) Scheduling an Auction and a Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief (Filed 11/30/10) [Docket No. 838].

D.  United States Trustee's Objection to the Motion of the Debtors for Entry of an Order Approving Bid Procedures for the Sale of the Debtors' Assets (Filed 11/30/10) [Docket No. 839].

5

E.  Limited Objection of JPS Composite Materials Corp. to Debtors' Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors Assets, (B) Scheduling an Auction and a Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief (Filed 11/30/10) [Docket No. 840].

F.  Joinder of the Official Committee of Equity Security Holders to the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors Assets, (B) Scheduling an Auction and a Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief (Filed 11/30/10) [Docket No. 842].

G.  Supplement to Joinder of the Official Committee of Equity Security Holders to the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors Assets, (B) Scheduling an Auction and a Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief (Filed 11/30/10) [Docket No. 844].

Replies:

A.  Steel Partners II, L.P.'s Response to and Motion to Strike the Objection of D. David Cohen to Debtors' Motion for Entry of an Order (A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and Breakup Fee; and (E) Granting Other Related Relief (Filed 12/1/10) [Docket No. 850].

*[Remainder of page intentionally left blank]*

Status: This matter will be going forward.

Dated: December 13, 2010

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
  dbertenthal@pszjlaw.com
  jfried@pszjlaw.com
  tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession

70934-001\DOCS_DE:165842.1