# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Point Blank Solutions, Inc., et al. |
| **Case Number:** | 10-11255-PJW   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 09, 2010 04:15 PM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | PETER J. WALSH |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

## Matter:

Emergency DIP Financing motion

**R / M #:**   901 / 0

## Appearances:

See attached Court sign-in sheet

## Proceedings:

Hearing Held.
Agenda Items:
#1 - Revised order due under Certification of Counsel. Final hearing scheduled for 12/28/10 @ 9:30 a.m.
#2 - Continued to 12/15/10 @ 11:00 a.m.
#3 - Continued to 12/15/10 @ 11:00 a.m.