# EXHIBIT A



October 15, 2010

Invoice No. 1196318  SEC INVESTIGATION
Invoice No. 1196317  GOVERNMENT CONTRACT MATTERS
Invoice No. 1196320  ITAR COMPLIANCE

POINT BLANK SOLUTIONS, INC.
ATTN:  ACCOUNTS PAYABLE DEPARTMENT
2102 S.W. 2ND STREET
POMPANO BEACH, FLORIDA  33069

PROFESSIONAL SERVICES

SERVICES RENDERED FOR THE PERIOD THROUGH 9/30/2010 IN
CONNECTION WITH SEC INVESTIGATION; GOVERNMENT CONTRACT
MATTERS; AND ITAR COMPLIANCE

| | |
|---|---|
| FEES | $39,285.00 |
| DISBURSEMENTS | 4,410.27 |
| **TOTAL FEES & DISBURSEMENTS** | **$43,695.27** |





| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196318

90001093
GRUNBERG, NANCY R.

OCTOBER 15, 2010

POINT BLANK SOLUTIONS, INC.
ATTN:  ACCOUNTS PAYABLE DEPARTMENT
2102 S.W.  2ND STREET
POMPANO BEACH, FL 33069

PROFESSIONAL SERVICES

SERVICES RENDERED FOR THE PERIOD THROUGH 9/30/2010 IN CONNECTION WITH
SEC INVESTIGATION

| | |
|---|---:|
| FEES | $  30,988.50 |
| DISBURSEMENTS | 4,404.88 |
| TOTAL FEES & DISBURSEMENTS – THIS INVOICE | 35,393.38 |

 LLP



www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196318

OCTOBER 15, 2010

45941.206907                                                                         GRUNBERG, NANCY R.


## PROFESSIONAL SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | WORK CODE | HOURS |
|---|---|---|---|---|
| 09/01/10 | GRUNBERG, NANCY R. | COMMUNICATE WITH BANKRUPTCY COUNSEL RE: FEE APPLICATIONS. | B710 | .30 |
| 09/01/10 | KOSTOLAMPROS, GEORGE | REVIEW FILINGS IN US V. BROOKS | B721 | .30 |
| 09/01/10 | SAAH, MAZEN I. | BRIEF CONFERENCE AND E-MAIL EXCHANGES WITH N. GRUNBERG REGARDING QUARTERLY FEE APPLICATION RELATED ISSUES (.3); BRIEF CONFERENCE WITH M. BELAYNEH REGARDING JULY FEE APPLICATION (.2); BEGIN REVIEW OF JULY FEE APPLICATION AND EXHIBITS (.3) | B710 | .80 |
| 09/02/10 | KOSTOLAMPROS, GEORGE | REVIEW US V. BROOKS FILINGS RELATING TO JURORS | B721 | .40 |
| 09/02/10 | SAAH, MAZEN I. | BEGIN REVIEW OF AUGUST FEE STATEMENTS IN PREPARATION FOR AUGUST FEE APPLICATION (.3) | B710 | .30 |
| 09/03/10 | SAAH, MAZEN I. | CONTINUE REVIEW/EDIT OF AUGUST FEE STATEMENTS IN PREPARATION FOR AUGUST FEE APPLICATION (.4) | B710 | .40 |
| 09/07/10 | GRUNBERG, NANCY R. | DEAL WITH ISSUES CONCERNING JUNE FEE APPLICATION AND RELATED MATTERS. | B710 | .60 |
| 09/07/10 | KOSTOLAMPROS, GEORGE | REVIEW FILINGS IN U.S. V. BROOKS AND CONFER WITH N. GRUNBERG | B721 | .40 |
| 09/07/10 | REXROAD, LAURIE | REVIEW AND DRAFT INDEX OF RELEVANT FILES/DOCUMENTS PER N. GRUNBERG (.7) | B722 | .70 |



www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196318

OCTOBER 15, 2010

| 09/07/10 | SAAH, MAZEN I. | COMPLETE REVIEW/EDIT OF AUGUST FEE STATEMENTS IN PREPARATION FOR AUGUST FEE APPLICATION (.9); REVIEW FINAL DRAFT OF FOURTH MONTHLY FEE APPLICATION (JULY) (1.0); E-MAIL EXCHANGE WITH N. GRUNBERG REGARDING CNOS (.1) | B710 | 2.00 |
|---|---|---|---|---|
| 09/08/10 | GRUNBERG, NANCY R. | FURTHER FOLLOW-UP ON APRIL AND MAY FEE APPLICATIONS. | B710 | .20 |
| 09/08/10 | GRUNBERG, NANCY R. | FOLLOW UP ON FIRST THREE FEE APPLICATIONS. | B710 | .30 |
| 09/08/10 | KOSTOLAMPROS, GEORGE | REVIEW FILINGS IN US V. BROOKS | B721 | .30 |
| 09/10/10 | KOSTOLAMPROS, GEORGE | REVIEW FILINGS IN US V. BROOKS | B721 | .30 |
| 09/10/10 | SAAH, MAZEN I. | REVIEW/EDIT DRAFT QUARTERLY FEE APPLICATION (1.2); BRIEF CONFERENCE AND E-MAIL EXCHANGES WITH M. BELAYNEH REGARDING SAME (.3) | B710 | 1.50 |
| 09/13/10 | GRUNBERG, NANCY R. | SUBMIT FEE APPLICATION (AND CNO) FOR PAYMENT. | B710 | .20 |
| 09/13/10 | GRUNBERG, NANCY R. | TELEPHONE CONFERENCES WITH GOVERNMENT AND DEFENSE COUNSEL RE:  STATUS. | B721 | .40 |
| 09/13/10 | KOSTOLAMPROS, GEORGE | CONFER WITH COUNSEL IN US V. BROOKS RE STATUS | B721 | .30 |
| 09/14/10 | GRUNBERG, NANCY R. | WORK ON QUARTERLY FEE APPLICATION. | B710 | 1.00 |
| 09/14/10 | GRUNBERG, NANCY R. | REVIEW OF FILED DOCUMENT IN BROOKS CASE (.2); TELEPHONE CONFERENCE WITH FBI AGENT RE:  BROOKS VERDICT AND FORFEITURE PROCEEDINGS (.6); EMAIL TO J. HENDERSON RE: ASSET ISSUES AND VERDICT (.2) | B721 | 1.00 |
| 09/14/10 | KOSTOLAMPROS, GEORGE | CONFERS REGARDING GUILTY VERDICT | B721 | .30 |
| 09/14/10 | REXROAD, LAURIE | REVIEW AND DRAFT INDEX OF RELEVANT FILES/DOCUMENTS PER N. GRUNBERG (.8) | B722 | .80 |
| 09/14/10 | SAAH, MAZEN I. | BRIEF CONFERENCE WITH N. GRUNBERG REGARDING QUARTERLY FEE APPLICATION (.2) | B710 | .20 |



| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196318

OCTOBER 15, 2010

| Date | Name | Description | Code | Hours |
|---|---|---|---|---|
| 09/14/10 | SAAH, MAZEN I. | REVIEW OF BROOKS TRIAL COURT FILING (.2); DRAFT E-MAIL INQUIRY TO D. COHEN REGARDING UPDATE OF TOYOBO LITIGATION PER N. GRUNBERG (.1) | B721 | .30 |
| 09/15/10 | GRUNBERG, NANCY R. | REVIEW AND EDIT QUARTERLY FEE APPLICATION. | B710 | 1.00 |
| 09/16/10 | GRUNBERG, NANCY R. | FINALIZE AND PREPARE TO SUBMIT FIRST QUARTERLY FEE APPLICATION. | B710 | 1.00 |
| 09/16/10 | GRUNBERG, NANCY R. | COMMUNICATE WITH J. HENDERSON RE: STATUS OF SEC MATTER (.2); TELEPHONE CONFERENCES WITH SEC AND J. HENDERSON RE: STATUS OF SEC MATTER. | B721 | .50 |
| 09/16/10 | SAAH, MAZEN I. | E-MAIL EXCHANGES AND BRIEF CONFERENCE WITH M. BELAYNEH REGARDING QUARTERLY APPLICATION AND EXHIBITS (.3); BRIEF REVIEW OF SAME (.2) | B710 | .50 |
| 09/17/10 | GRUNBERG, NANCY R. | FINALIZE QUARTERLY APPLICATION (.3); SIGN AND SEND FINAL VERSION OF QUARTERLY APPLICATION (AFTER FINAL EDITS) (1.0). | B710 | 1.30 |
| 09/17/10 | KOSTOLAMPROS, GEORGE | CONFER WITH D. COHEN REGARDING SPOLIATION MOTION (.3); REVIEW EMAILS AND DOCUMENTS (.8); REVIEW AND ANALYZE CASES CITED BY D. COHEN (1.3) | B721 | 2.40 |
| 09/17/10 | SAAH, MAZEN I. | E-MAIL EXCHANGE WITH G. KOSTOLAMPROS AND N. GRUNBERG REGARDING D. COHEN EMAIL AND TOYOBO LITIGATION UPDATE (.1) | B721 | .10 |
| 09/20/10 | KOSTOLAMPROS, GEORGE | REVIEW MATERIALS AND DOCUMENTS ON DRAGONE AND WHITE INTERVIEWS | B721 | .50 |
| 09/20/10 | KOSTOLAMPROS, GEORGE | REVIEW DRAFT MOTION; REVIEW AND ANALYZE CASE LAW AND AFFIDAVIT FROM TOYOBO | B721 | 2.50 |
| 09/21/10 | KOSTOLAMPROS, GEORGE | DRAFT MOTION FOR SANCTIONS | B721 | 1.20 |



www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196318

OCTOBER 15, 2010

| Date | Name | Description | Code | Hours |
|---|---|---|---|---|
| 09/21/10 | KOSTOLAMPROS, GEORGE | RESEARCH AND ANALYZE CASE LAW AND OTHER DOCUMENTS IN CONNECTION WITH MOTION FOR SANCTIONS RELATED TO SPOLIATION | B721 | 2.50 |
| 09/22/10 | KOSTOLAMPROS, GEORGE | ANALYZE CASE LAW AND RESEARCH RELATED TO SPOLIATION CLAIMS AND REVIEW DOCKET AND PLEADINGS IN DRAFTING MOTION FOR SPOLIATION | B721 | 2.30 |
| 09/22/10 | KOSTOLAMPROS, GEORGE | DRAFT MOTION FOR SPOLIATION AND CONTINUE RESEARCH AND ANALYZE CASES RELATED TO SPOLIATION | B721 | 3.20 |
| 09/23/10 | GRUNBERG, NANCY R. | DEAL WITH FEE APPLICATION FOLLOW-UP ISSUES. | B710 | .30 |
| 09/23/10 | KOSTOLAMPROS, GEORGE | DRAFT MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE IN PB V. TOYOBO ACTION | B721 | 2.00 |
| 09/23/10 | KOSTOLAMPROS, GEORGE | ANALYZE CASE LAW IN PREPARATION FOR MOTION FOR SANCTIONS IN ACTION AGAINST TOYOBO AND REVIEW DOCUMENTS IN SUPPORT OF MOTION | B721 | 2.50 |
| 09/23/10 | SAAH, MAZEN I. | CONDUCT SEARCHES OF EMAIL ARCHIVES FOR E-MAIL CORRESPONDENCE AND EXCEL CHART REGARDING ESTIMATES FOR G. KOSTOLAMPROS (.4) | B722 | .40 |
| 09/24/10 | GRUNBERG, NANCY R. | REVIEW OF ISSUES RE: FEE APPLICATION. | B710 | .30 |
| 09/24/10 | KOSTOLAMPROS, GEORGE | CONTINUE DRAFTING AND REVISIONS TO MEMO ON SPOLIATION AND ADDITIONAL RESEARCH RELATED TO DUTY TO PRESERVE | B721 | 2.80 |
| 09/24/10 | KOSTOLAMPROS, GEORGE | DRAFT MOTION FOR SPOLIATION IN TOYOBO ACTION | B721 | 2.80 |
| 09/27/10 | GRUNBERG, NANCY R. | TELEPHONE CONFERENCE WITH G. KOSTOLAMPROS RE: POINT BLANK V. TOYOBO ISSUES. | B721 | .30 |



# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196318

OCTOBER 15, 2010

| | | | | |
|---|---|---|---|---|
| 09/27/10 | KOSTOLAMPROS, GEORGE | CONFER WITH D. COHEN AND REVIEW DOCUMENTS FROM D. COHEN RELATING TO MOTION | B721 | 1.00 |
| 09/27/10 | KOSTOLAMPROS, GEORGE | RESEARCH AND ANALYZE CASE LAW AS WELL AS RESEARCH PACER FOR OTHER ACTIONS INVOLVING DEFENDANTS AND THEIR PRIOR STATEMENTS IN DRAFTING MOTION FOR SPOLIATION | B721 | 3.10 |
| 09/27/10 | KOSTOLAMPROS, GEORGE | DRAFT AND REVISE MOTION FOR SPOLIATION, REVIEW KEY DOCUMENTS IN PREPARING MOTION AND ANALYZE CASE LAW | B721 | 4.20 |
| 09/27/10 | SAAH, MAZEN I. | REVIEW FINAL DRAFT OF FEE APPLICATION AND EXHIBITS (AUGUST TIME) (1.0) | B710 | 1.00 |
| 09/28/10 | GRUNBERG, NANCY R. | REVIEW MEMO ON SPOLIATION FOR TOYOBO CASE (.2); PREPARE FOR UPDATE CALL RE: STATUS OF SEC AND EXCHANGES OF EMAILS RE: SAME (.3); CONFER WITH G. KOSTOLAMPROS RE: SPOLIATION (.3); TELEPHONE CONFERENCE WITH PACHULSKI FIRM (.3); TELEPHONE CONFERENCE WITH BANKRUPTCY COUNSEL AND COUNSEL FOR POTENTIAL BUYER (.5); TELEPHONE CONFERENCE WITH COUNSEL FOR POINT BLANK DIRECTOR, RE: STATUS OF SEC MATTER (.3). | B721 | 1.90 |
| 09/28/10 | KOSTOLAMPROS, GEORGE | REVIEW TRANSCRIPTS AND DOCUMENTS PROVIDED BY D. COHEN AND REVISE BACKGROUND SECTION OF MEMO OF LAW ON SPOLIATION | B721 | 2.80 |
| 09/28/10 | KOSTOLAMPROS, GEORGE | DRAFT AND REVISE MOTION FOR SPOLIATION AS WELL AS REVIEW AND ANALYZE DOCUMENTS AND CASE LAW | B721 | 3.30 |
| 09/29/10 | GRUNBERG, NANCY R. | FOLLOW-UP FROM STATUS CALL RE: SEC AND OTHER ISSUES. | B721 | .20 |



www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196318

OCTOBER 15, 2010

| 09/29/10 | KOSTOLAMPROS, GEORGE | CONFER WITH D. COHEN RE SPOLIATION MEMO AND REVIEW ADDITIONAL FACTUAL DOCUMENTS, INCLUDING TRANSCRIPTS OF PROCEEDINGS | B721 | 2.00 |
|---|---|---|---|---|
| 09/29/10 | KOSTOLAMPROS, GEORGE | DRAFT MEMO OF LAW ON SPOLIATION AND SANCTIONS AND CONTINUED RESEARCH AND ANALYSIS OF CASE LAW IN SUPPORT OF SAME | B721 | 3.20 |
| 09/30/10 | GRUNBERG, NANCY R. | REVIEW DECISION ON CLASS ACTION IN SECOND CIRCUIT. | B721 | .30 |
| 09/30/10 | KOSTOLAMPROS, GEORGE | DRAFT AND REVISE MOTION FOR SPOLIATION AND CONTINUE TO RESEARCH AND ANALYZE RELEVANT CASE LAW | B721 | 3.20 |
| 09/30/10 | KOSTOLAMPROS, GEORGE | CONTINUE DRAFTING MOTION FOR SPOLIATION, INCLUDING RESEARCHING AND ANALYZING CASE LAW RE BAD FAITH AND RESEARCH RELATED TO ATTORNEY BEHAVIOR AND SANCTIONS FOR MISREPRESENTATIONS IN CERTIFICATION | B721 | 3.50 |

**PROFESSIONAL SERVICES TOTAL HOURS** 73.40

 

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196318

OCTOBER 15, 2010

## SUMMARY OF SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| GRUNBERG, NANCY R. | 11.10 | 550.00 | 6,105.00 |
| KOSTOLAMPROS, GEORGE | 53.30 | 420.00 | 22,386.00 |
| REXROAD, LAURIE | 1.50 | 190.00 | 285.00 |
| SAAH, MAZEN I. | 7.50 | 295.00 | 2,212.50 |
| **TOTAL** | **73.40** | | **$30,988.50** |

## WORK CODE SUMMARY

| WORK CODE | DESCRIPTION | HOURS | FEE AMOUNT |
|---|---|---|---|
| B710 | FEE APPLICATIONS | 13.20 | 5,551.50 |
| B721 | OTHER COURT LITIGATION | 58.30 | 25,034.00 |
| B722 | MISCELLANEOUS | 1.90 | 403.00 |
| **TOTAL** | | **73.40** | **$30,988.50** |

 **LLP** 

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196318

OCTOBER 15, 2010

## DISBURSEMENTS

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 09/15/10 | COMMERCIAL MESSENGER / DELIVERY SERVICES : COMMERCIAL MESSENGER / DELIVERY SERVICES | 7.61 |
| 09/23/10 | INTERNAL REPRODUCTION COSTS | 18.80 |
| 09/23/10 | LEGAL RESEARCH/WESTLAW : GEORGE KOSTOLAMPROS | 537.94 |
| 09/24/10 | LEGAL RESEARCH/WESTLAW : GEORGE KOSTOLAMPROS | 367.21 |
| 09/27/10 | LEGAL RESEARCH/WESTLAW : GEORGE KOSTOLAMPROS | 565.84 |
| 09/27/10 | LEGAL RESEARCH/WESTLAW : GEORGE KOSTOLAMPROS | 1,207.86 |
| 09/29/10 | LONG DISTANCE TELEPHONE | 3.96 |
| 09/29/10 | LEGAL RESEARCH/WESTLAW : GEORGE KOSTOLAMPROS | 229.85 |
| 09/30/10 | LEGAL RESEARCH/WESTLAW : GEORGE KOSTOLAMPROS | 1,465.81 |

**TOTAL DISBURSEMENTS**      **$4,404.88**

# VENABLE® LLP

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196318

90001093
GRUNBERG, NANCY R.

OCTOBER 15, 2010

POINT BLANK SOLUTIONS, INC.
ATTN: ACCOUNTS PAYABLE DEPARTMENT
2102 S.W. 2ND STREET
POMPANO BEACH, FL 33069

PROFESSIONAL SERVICES

SERVICES RENDERED FOR THE PERIOD THROUGH 9/30/2010 IN CONNECTION WITH
SEC INVESTIGATION

| | |
|---|---:|
| FEES | $ 30,988.50 |
| DISBURSEMENTS | 4,404.88 |
| TOTAL FEES & DISBURSEMENTS – THIS INVOICE | 35,393.38 |

**INVOICES ARE PAYABLE UPON RECEIPT**
**PLEASE RETURN WITH REMITTANCE**

  www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196317

90036943
GRUNBERG, NANCY R.

OCTOBER 15, 2010

POINT BLANK SOLUTIONS, INC.
ATTN: ACCOUNTS PAYABLE DEPARTMENT
2102 S.W. 2ND STREET
POMPANO BEACH, FL 33069

PROFESSIONAL SERVICES

SERVICES RENDERED FOR THE PERIOD THROUGH 9/30/2010 IN CONNECTION WITH
GOVERNMENT CONTRACT MATTERS

| | |
|---|---|
| FEES | $ 6,433.50 |
| DISBURSEMENTS | 5.17 |
| TOTAL FEES & DISBURSEMENTS – THIS INVOICE | 6,438.67 |

VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196317

OCTOBER 15, 2010

45941.244648

MADDEN, THOMAS J.

## PROFESSIONAL SERVICES

| **DATE** | **TIMEKEEPER** | **DESCRIPTION** | **WORK CODE** | **HOURS** |
|---|---|---|---|---|
| 09/09/10 | KATZ, LAWRENCE A | REVIEW LATEST CORRESPONDENCE REGARDING FEE APPLICATION STATUS | B710 | .10 |
| 09/16/10 | BOLAND, JAMES Y. | REVIEWED IOTV DEBRIEFING SLIDES PER T. MADDEN; CALL WITH T. MADDEN REGARDING THE BASIS FOR SELECTING ANOTHER BIDDER AND DISCUSSED INITIAL ASSESSMENT OF POSSIBLE GROUNDS OF PROTEST | B721 | .30 |
| 09/17/10 | KATZ, LAWRENCE A | REVIEW DRAFT OF QUARTERLY FEE APPLICATION AND CORRESPONDENCE FROM N. GRUNBERG TO C. HELM | B710 | .30 |
| 09/17/10 | MADDEN, THOMAS J. | DISCUSS DEBRIEF ISSUE WITH PBBA | B721 | .40 |
| 09/19/10 | MADDEN, THOMAS J. | DISCUSS RDECOM DEBRIEF WITH PAT STALLINGS | B721 | .30 |
| 09/20/10 | MADDEN, THOMAS J. | DISCUSS GSA ISSUE WITH JOHN WILL; FOLLOW UP ON CALL | B721 | .80 |
| 09/27/10 | MADDEN, THOMAS J. | REVIEW CPARS RESPONSE; CONFERENCE CALL WITH POINT BLANK TO DISCUSS RESPONSE | B721 | 1.60 |
| 09/28/10 | MADDEN, THOMAS J. | WORK WITH PAT STALLINGS ON CPARS RESPONSE; FOLLOW UP ON DISCUSSION | B721 | 1.80 |
| 09/29/10 | MADDEN, THOMAS J. | EDIT CPARS RESPONSE | B721 | .50 |
| 09/29/10 | MADDEN, THOMAS J. | EDIT CPARS RESPONSE; CONFERENCE CALL WITH PAT STALLINGS AND PBA TO WORK ON CPARS RESPONSE; FOLLOW UP ON ISSUES DEALING WITH CPARS RESPONSE | B721 | 1.90 |

 ® LLP

 www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196317

OCTOBER 15, 2010

| 09/30/10 | MADDEN, THOMAS J. | WORK ON CPARS SUBMISSION; CONFERENCE CALL TO DISCUSS SUBMISSION; FOLLOW UP ON CALL | B721 | 1.60 |
|---|---|---|---|---|

**PROFESSIONAL SERVICES TOTAL HOURS** 9.60



| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196317

OCTOBER 15, 2010

## SUMMARY OF SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| BOLAND, JAMES Y. | 0.30 | 370.00 | 111.00 |
| KATZ, LAWRENCE A | 0.40 | 565.00 | 226.00 |
| MADDEN, THOMAS J. | 8.90 | 685.00 | 6,096.50 |
| **TOTAL** | **9.60** | | **$6,433.50** |

## WORK CODE SUMMARY

| WORK CODE | DESCRIPTION | HOURS | FEE AMOUNT |
|---|---|---|---|
| B710 | FEE APPLICATIONS | 0.40 | 226.00 |
| B721 | OTHER COURT LITIGATION | 9.20 | 6,207.50 |
| **TOTAL** | | **9.60** | **$6,433.50** |

 

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196317

OCTOBER 15, 2010

## DISBURSEMENTS

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 08/27/10 | LONG DISTANCE TELEPHONE | 5.17 |

**TOTAL DISBURSEMENTS**       **$ 5.17**

# VENABLE® LLP

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196317

90036943
GRUNBERG, NANCY R.

OCTOBER 15, 2010

POINT BLANK SOLUTIONS, INC.
ATTN: ACCOUNTS PAYABLE DEPARTMENT
2102 S.W. 2ND STREET
POMPANO BEACH, FL 33069

PROFESSIONAL SERVICES

SERVICES RENDERED FOR THE PERIOD THROUGH 9/30/2010 IN CONNECTION WITH
GOVERNMENT CONTRACT MATTERS

| | |
|---|---|
| FEES | $ 6,433.50 |
| DISBURSEMENTS | 5.17 |
| TOTAL FEES & DISBURSEMENTS – THIS INVOICE | 6,438.67 |

**INVOICES ARE PAYABLE UPON RECEIPT
PLEASE RETURN WITH REMITTANCE**

 

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196320

OCTOBER 15, 2010

90075498
GRUNBERG, NANCY R.

POINT BLANK SOLUTIONS, INC.
ATTN: ACCOUNTS PAYABLE DEPARTMENT
2102 S.W. 2ND STREET
POMPANO BEACH, FL 33069

PROFESSIONAL SERVICES

SERVICES RENDERED FOR THE PERIOD THROUGH 9/30/2010 IN CONNECTION WITH
ITAR COMPLIANCE

| | | |
|---|---|---|
| FEES | $ | 1,863.00 |
| DISBURSEMENTS | | 0.22 |
| TOTAL FEES & DISBURSEMENTS -- THIS INVOICE | | 1,863.22 |

 **VENABLE**®LLP

www.Venable.com

| **Payment By Check** | **US Wire Transfers/ACH** | **Bank Address** | **International Wires** | **Federal ID: 52-0517250** |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196320

OCTOBER 15, 2010

45941.287449                                                         ELLING, TERRY L.

## PROFESSIONAL SERVICES

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>WORK CODE</u> | <u>HOURS</u> |
|---|---|---|---|---|
| 09/01/10 | CHIOW, JEFFERY M. | RESPONDING TO QUESTIONS FROM D MIRANDA CONCERNING ITAR COMPLIANCE AND EXPORT CONTROL POLICY; DRAFTING SUMMARY EMAIL TO T ELLING | B722 | .50 |
| 09/12/10 | CHIOW, JEFFERY M. | RESEARCHING ITAR REGS IN REFERENCE TO CLIENT QUESTION CONCERNING INTERNAL POLICIES | B722 | .40 |
| 09/13/10 | CHIOW, JEFFERY M. | TELECON WITH D MIRANDA REGARDING PERSONNEL AND VISITOR POLICIES ITAR COMPLIANCE | B722 | .20 |
| 09/14/10 | CHIOW, JEFFERY M. | TELECON WITH D MIRANDA REGARDING PERSONNEL AND VISITOR POLICIES; REGULATORY RESEARCH; DRAFTING E-MAIL EXPLAINING RESPONSE TO D MIRANDA INQUIRY; DISCUSSIONS WITH T ELLING | B722 | 1.20 |
| 09/14/10 | ELLING, TERRY L. | DISCUSS AND ANALYZE POTENTIAL ITAR ISSUES RELATING TO PB EMPLOYEES WITH J. CHIOW; REVIEW AND EDIT DRAFT E-MAIL TO CLIENT SUMMARIZING CONCERNS AND OFFERING RECOMMENDATIONS. | B722 | .50 |
| 09/20/10 | ELLING, TERRY L. | BRIEF RESEARCH, COMPOSE AND SEND DETAILED RESPONSE TO D. MIRIANDA E-MAIL CONCERNING ITAR LICENSING ISSUES RELATING TO FOREIGN EMPLOYEES. | B722 | 1.80 |

**PROFESSIONAL SERVICES TOTAL HOURS**                                    **4.60**

 

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196320

OCTOBER 15, 2010



www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196320

OCTOBER 15, 2010

## SUMMARY OF SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| CHIOW, JEFFERY M. | 2.30 | 310.00 | 713.00 |
| ELLING, TERRY L. | 2.30 | 500.00 | 1,150.00 |
| **TOTAL** | **4.60** | | **$1,863.00** |

## WORK CODE SUMMARY

| WORK CODE | DESCRIPTION | HOURS | FEE AMOUNT |
|---|---|---|---|
| B722 | MISCELLANEOUS | 4.60 | 1,863.00 |
| **TOTAL** | | **4.60** | **$1,863.00** |

 **VENABLE**®LLP



| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196320

OCTOBER 15, 2010

## DISBURSEMENTS

| <u>DATE</u> | <u>ACTIVITY</u> | <u>AMOUNT</u> |
|---|---|---|
| 09/13/10 | LONG DISTANCE TELEPHONE | 0.22 |

**TOTAL DISBURSEMENTS**                                  **$  0.22**

 

www.Venable.com

| | | | | |
|---|---|---|---|---|
| **Payment By Check** | **US Wire Transfers/ACH** | **Bank Address** | **International Wires** | **Federal ID:** 52-0517250 |
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1196320

90075498
GRUNBERG, NANCY R.

OCTOBER 15, 2010

POINT BLANK SOLUTIONS, INC.
ATTN: ACCOUNTS PAYABLE DEPARTMENT
2102 S.W. 2ND STREET
POMPANO BEACH, FL 33069

PROFESSIONAL SERVICES

SERVICES RENDERED FOR THE PERIOD THROUGH 9/30/2010 IN CONNECTION WITH
ITAR COMPLIANCE

| | | |
|---|---|---|
| FEES | $ | 1,863.00 |
| DISBURSEMENTS | | 0.22 |
| TOTAL FEES & DISBURSEMENTS – THIS INVOICE | | 1,863.22 |

**INVOICES ARE PAYABLE UPON RECEIPT**
**PLEASE RETURN WITH REMITTANCE**