IN THE UNITED STATED BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Curtis A. Hehn, hereby certify that on the 13th day of December, 2010, I caused a copy of the following documents to be served on the individuals on the attached service list in the manner indicated:

**Notice of Filing of Fee Application;**

**Sixth Monthly Application for Compensation and Reimbursement of Expenses of Venable LLP, as Special Counsel to the Debtors and Debtors in Possession, for the Period from September 1, 2010 through September 30, 2010; Exhibit A.**

Curtis A. Hehn (Bar No. 4264)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

70934-001\DOCS_DE:162108.6

Point Blank Solutions, Inc. **Fee Application**
Service List
Case No. 10-11255 (PJW)
Document No. 162107
04 – Hand Delivery
03 – First Class Mail

**Hand Delivery**
(United States Trustee)
Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Steel Partners)
Steven M. Yoder, Esquire
Potter, Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19899

**Hand Delivery**
(Counsel to the Unsecured
Creditors' Committee)
Frederick B. Rosner, Esquire
The Rosner Law Group
1000 N. West Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Equity Committee)
Neil B. Glassman, Esquire
Justin R. Alberto, Esquire
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**First Class Mail**
(Counsel to the Unsecured
Creditors' Committee)
Robert M. Hirsh, Esquire
Heike M. Vogel, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019

**First Class Mail**
(Counsel to Equity Committee)
Michael R. Dal Lago, Esquire
Joseph T. Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

**First Class Mail**
(Counsel to Steel Partners)
Donald E. Rothman
Riemer & Braunstein LLP
3 Center Plaza
Boston, Massachusetts 02108