# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Point Blank Solutions, Inc., et al. | | |
| **Case Number:** | 10-11255-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 15, 2010 11:00 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

Omnibus
**R / M #:**   915 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - CNO filed and order signed
#2 - Motion granted, revised order due
#3 - Motion denied, order due
#4 - Stipulated order signed
#5 - Withdrawn, notice of withdrawal to be filed