IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket Nos. 662, 806, 834** |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS REGARDING EXCLUSIVITY EXTENSION MOTION OF THE DEBTORS

Upon consideration of the Stipulation attached hereto as <u>Exhibit A</u> (the "Stipulation")[2] between the Debtors the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Creditors Committee") and the Official Committee of Equity Security Holders appointed in the above-captioned cases (the "Equity Committee" and, with the Creditors Committee, the "Committees"); and the Court having reviewed the Stipulation, the *Debtors' Second Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending the Time Periods During Which the Debtors Have the Exclusive Right to File a Plan and Solicit Acceptances Thereof* (the "Second Exclusivity Extension Motion") [Docket No. 662] (the "Motion") and the objections filed by the Creditors Committee and Equity Committee to the relief requested by the Motion; and having determined that approving the Stipulation is appropriate; it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.
[2] Capitalized terms not defined herein shall have the meaning as in the Stipulation.

ORDERED that the Exclusive Filing Period is extended through and including February 9, 2011, and the Exclusive Solicitation Period is extended through and including April 11, 2011; and it is further

ORDERED that, during the foregoing extended Exclusive Periods, the Debtors' exclusive right to file a plan and solicit votes thereon is modified only to provide that such exclusivity shall be held co-extensively solely with the Committees; and it is further

ORDERED that this Order is without prejudice to the Debtors' right to seek further extensions of the Exclusive Periods.

Dated: December 15, 2010

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge