IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., *et al.* [1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Hearing Date: February 14, 2011 at 2:00 p.m. (prevailing Eastern time)
Objection Deadline: February 8, 2011 at 4:00 p.m. (prevailing Eastern time)

## NOTICE OF HEARING ON DISCLOSURE STATEMENT AND OBJECTION DEADLINE

**PLEASE TAKE NOTICE** that on January 11, 2011, Point Blank Solutions, Inc., together with its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), together with Official Committee of Unsecured Creditors (the "Creditors' Committee"), the Official Committee of Equity Security Holders (the "Equity Committee"), Privet Opportunity Fund I, LLC, Prescott Group Capital Management, LLC and Lonestar Capital Management, LLC, as investment advisor to Lonestar Partners, LP and manager to PB Funding, LLC (collectively, with the Debtors, the Creditors' Committee and the Equity Committee, the "Plan Proponents"), filed the *Joint Chapter 11 Plan of Reorganization* (Docket No. 1006) (including all exhibits thereto and as it may be amended, modified or supplemented from time to time, the "Plan") and the *Disclosure Statement in Support of Joint Chapter 11 Plan of Reorganization* (Docket No. 1007) (including all exhibits thereto and as it may be amended, modified or supplemented from time to time, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement describes in detail the Plan Proponents' intention for the Debtors to, among other things, (i) fund their reorganization, including all amounts due under the Plan and (ii) issue and sell shares of New Common Stock.[2] The New Common Stock will be sold (i) through a Rights Offering to certain eligible holders of Allowed General Unsecured Claims and Allowed Old Equity Interests, backstopped by the Debtors' existing DIP Lenders (or certain of their respective affiliates), subject to and in accordance with the terms and conditions of the Subscription and Backstop Agreement (which will be filed separately), and (ii) through a direct subscription of shares by two of the existing DIP Lenders, Privet and Prescott (or their respective affiliates). The Rights Offering and direct subscription are described more fully in Section 6.3 of the Plan and summarized in the Disclosure Statement.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms not defined herein shall have the same meaning as ascribed in the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that a hearing will commence on **February 14, 2011 at 2:00 p.m. (prevailing Eastern time)** before the Honorable Peter J. Walsh, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, DE 19801 to consider the entry of an order approving, among other things, (i) the Disclosure Statement as containing "adequate information under section 1125 of the Bankruptcy Code, (ii) the terms and conditions, and procedures governing, the Rights Offering, including the determination of the Rights Participation Amounts for Eligible Creditors and Eligible Equity Holders (iii) the Subscription and Backstop Agreement, including the incurrence and payment of the Backstop Fee in accordance with the terms thereof, (iv) procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections and other pleadings with respect to confirmation of the Plan, and (v) the voting record date for determining Holders of Claims and Interests that are eligible to vote on the Plan.[3] The hearing may be continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest. The Debtors will provide further notice of the date and time scheduled for the hearing to consider confirmation of the Plan pursuant to section 1128 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that any objection or response of a party regarding the approval of the Disclosure Statement must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 8, 2011 at 4:00 p.m. (prevailing Eastern time)** (the "Objection Deadline") and simultaneously served upon (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esquire; (ii) counsel to the Official Committee of Unsecured Creditors in these cases: Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Robert M. Hirsh, Esquire; and The Rosner Law Group LLC, 1000 N. West Street, Suite 1200, Wilmington, DE 19801, Attn: Frederick B. Rosner, Esquire; (iii) counsel to the Official Committee of Equity Security Holders in these cases: The Bayard Firm, 222 Delaware Avenue, Suite 900, Wilmington, DE 19801, Attn: Neil Glassman, Esquire; and Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022, Attn: Joseph T. Moldovan, Esquire; (iv) Counsel to Privet Opportunity Fund I, LLC and Privet Fund Management LLC, Edward J. Estrada, Esquire, Reed Smith LLP, 599 Lexington Avenue, 22nd Floor, New York, NY 10022 and Kurt F. Gwynne, Esquire, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (v) Counsel to Prescott Group Capital Management, Ricardo Palacio, Esquire, Ashby & Geddes, 500 Delaware Avenue, P.O. Box 1150, Wilmington, DE 19899; (vi) Counsel to Lonestar Capital Management, LLC, David B. Stratton, Esquire, Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE 19899-1709, David P. Simonds, Esquire, Akin Gump Strauss Hauer & Feld LLP, 2029 Century Park East, Suite 2400, Los Angeles, CA 90067, and Michael P. Cooley, Esquire, Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201-4675; and (vii) counsel to the U.S. Trustee: Jane Leamy, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801. so as to be **received** on or before the Objection Deadline.

---

[3] The Plan Proponents expect to file additional motions prior to the hearing to consider the Disclosure Statement seeking approval of the voting procedures, Rights Offering procedures and the Subscription and Backstop Agreement for consideration at that hearing, which motions can be obtained by contacting counsel for the Debtors identified below.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to obtain copies of the Disclosure Statement and/or the Plan may do so by (i) calling the Notice and Balloting Agent, at (646) 282-2400 or (ii) viewing such documents by accessing the Notice and Balloting Agent's website: http://chapter11.epiqsystems.com/PBS or the Court's website: www.deb.uscourts.gov. Please note that a PACER password and login are needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond on or before the Objection Deadline, the Court may approve the Disclosure Statement as adequate, and approve certain other relief requested, without further notice or hearing.

Dated: January 11, 2011

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
    dbertenthal@pszjlaw.com
    jfried@pszjlaw.com
    tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession