IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., *et al.*,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: **March 3, 2011 at 4:00 p.m. prevailing Eastern Time**
Hearing Date: **March 10, 2011 at 3:00 p.m. prevailing Eastern Time**

## NOTICE OF DEBTORS' FIRST (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO 11 U.S.C. § 502(b) FEDERAL RULES OF BANKRUPTCY PROCEDURE 3007 AND 9014, AND LOCAL RULE OF BANKRUPTCY PROCEDURE 3007-1

TO: (i) the Office of the United States Trustee; (ii) the Debtors' prepetition and postpetition secured lenders; (iii) counsel for the Official Committee of Unsecured Creditors; (iv) counsel for the Official Committee of Equity Holders; (v) parties requesting notice under Bankruptcy Rule 2002; and (vi) all parties listed on Exhibits A, B, C, and D to the proposed form of order attached hereto.

On January 25, 2011, the above-captioned debtors and debtors in possession (the "Debtors") filed the First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b), Federal Rules of Bankruptcy Procedure 3007 and 9014, and Local Rule of Bankruptcy Procedure 3007-1 (the "First Omnibus Claims Objection") which seeks to alter the rights of the parties listed on Exhibits "A" through "D" to the proposed order attached hereto by disallowing one or more of such parties' claims against the Debtors.

You are required to file a response to the First Omnibus Claims Objection on or before **March 3, 2011 at 4:00 p.m. prevailing Eastern Time**. At the same time, you must also serve a copy of the response or objection upon the Debtors' attorneys at the addresses listed below so that it is *received* by **4:00 p.m. on March 3, 2011.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor,
P.O. Box 8705
Wilmington, DE  19899-8705
(Courier 19801)
Attn:  Laura Davis Jones, Esq.
       Timothy P. Cairns, Esq.
       Peter J. Keane, Esq.

Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111-4500
Attn:  Joshua M. Fried, Esq.

IN THE EVENT THAT OBJECTIONS OR RESPONSES TO THE FIRST OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED, A HEARING SHALL BE HELD BEFORE THE HONORABLE PETER J. WALSH, AT THE UNITED STATES BANKRUPTCY COURT, LOCATED AT 824 MARKET STREET, SIXTH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801 ON **MARCH 10, 2011 AT 3:00 P.M. PREVAILING EASTERN TIME.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE FIRST OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 25, 2011

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
 dbertenthal@pszjlaw.com
 jfried@pszjlaw.com
 tcairns@pszjlaw.com
 pkeane@pszjlaw.com

Counsel for the Debtors and Debtors in Possession