# Exhibit 1

Point Blank Solutions, Inc., et al.
Case No. 10-11255 (PJW)

# Exhibit A
## Late Filed Claims

First Omnibus Objection to Claims

| Claimant Name and Address | Date Claim Filed | Claim Number | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| BRENNER, WILLIAM I MD IRA FBO WILLIAM I BRENNER MD 526 N REXFORD DR BEVERLY HILLS, CA 90210-3310 | 8/19/10 | 491 | | | | $56,000.00 | $56,000.00 | Claim was filed after claims bar date of 8/13/10 |
| BURK, WALTER E IRA ROLLOVER TD AMERITRADE CLEARING CUSTODIAN 2358 JAYMA LANE LA CRESCENTA, CA 91214-1527 | 8/27/10 | 496 | | | | $9,312.00 | $9,312.00 | Claim was filed after claims bar date of 8/13/10 |
| CAMPAIGN FINANCE INSTITUTE 1667 K STREET NW, # 650 WASHINGTON, DC 20006 | 12/10/10 | 538 | | | | $6,240.00 | $6,240.00 | Claim was filed after claims bar date of 8/13/10 |
| DAVIS, SCOTT LIGGETT AND LEA C 8912 MONEYMAKER DR KNOXVILLE, TN 37923-1119 | 10/15/10 | 518 | | | | $0.00 | $0.00 | Claim was filed after claims bar date of 8/13/10 |
| DIPANKAR MUKHERJEE MD AND PUNAM MUKHERJEE JTWROS 2921 TELESTAR CT # 140 FALLS CHURCH, VA 22042-1205 | 9/27/10 | 507 | | | | $13,607.02 | $13,607.02 | Claim was filed after claims bar date of 8/13/10 |
| DIPANKAR MUKHERJEE MD 2921 TELESTAR COURT 140 FALLS CHURCH, VA 22042-1205 | 9/27/10 | 508 | | | | $6,931.49 | $6,931.49 | Claim was filed after claims bar date of 8/13/10 |
| DOERRIES, KAREN ELIZABETH ANN L CAMPBELL JT TEN 713 CARMENERE DR KENNER, LA 70065 | 8/16/10 | 466 | | | | $1,520.00 | $1,520.00 | Claim was filed after claims bar date of 8/13/10 |
| EDWARD SVOBODA 33705 PARK TRAIL CENTER CITY, MN 55012-9619 | 9/7/10 | 503 | | | | $713.00 | $713.00 | Claim was filed after claims bar date of 8/13/10 |
| FUENTES, MAXIMINO & DONNA M KUPILIK JT TEN 9 MAY CT ROCKVILLE CTR, NY 11570-2700 | 8/16/10 | 465 | | | | $2,000.00 | $2,000.00 | Claim was filed after claims bar date of 8/13/10 |

Point Blank Solutions, Inc., et al.
Case No. 10-11255 (PJW)

Exhibit A
Late Filed Claims

First Omnibus Objection to Claims

| Claimant Name and Address | Date Claim Filed | Claim Number | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| FUNG, YUK<br>4657 NW 89 AVE<br>SUNRISE, FL 33351 | 8/16/10 | 463 | | $304.92 | | $304.92 | $304.92 | Claim was filed after claims bar date of 8/13/10 |
| GEE, DONALD M & SALLY<br>3115 SUNRISE RIDGE LN<br>HACIENDA HTS, CA 91745-6251 | 8/16/10 | 470 | | | | $1,494.95 | $1,494.95 | Claim was filed after claims bar date of 8/13/10 |
| GLENNON, ALLAN<br>858 COLLEGE PARKWAY APT. 101<br>ROCKVILLE, MD 20850 | 8/16/10 | 468 | | | | $939.00 | $939.00 | Claim was filed after claims bar date of 8/13/10 |
| GOULD, BARBARA J.<br>PTC CUST ROLLOVER IRA FBO<br>6635 SAND LAKE RD<br>SAND LAKE, MI 49343 | 8/16/10 | 477 | | | | $5,405.00 | $5,405.00 | Claim was filed after claims bar date of 8/13/10 |
| GRAHAM, JAMES<br>QUALITECH CONSULTANTS<br>363 SW 161 AVE.<br>HOLLYWOOD, FL 33027 | 10/22/10 | 522 | | | | $5,000.00 | $5,000.00 | Claim was filed after claims bar date of 8/13/10 |
| GRAWOIG, FBO DAISY<br>FMT CO CUST IRA ROLLOVER<br>2123 STRATFORD LN<br>GLENVIEW, IL 60026-5745 | 8/23/10 | 493 | | | | $3,864.95 | $3,864.95 | Claim was filed after claims bar date of 8/13/10 |
| GRAWOIG, JACK & DAISY GRAWOIG<br>2123 STRATFORD LN<br>GLENVIEW, IL 60026-5745 | 8/23/10 | 495 | | | | $4,841.50 | $4,841.50 | Claim was filed after claims bar date of 8/13/10 |
| HALL, ROBERT JOHN<br>80 FIFTH AVE<br>WESTBURY, NY 11590 | 8/31/10 | 497 | | | | $1,095.00 | $1,095.00 | Claim was filed after claims bar date of 8/13/10 |
| HERTNER, HERBERT H<br>R/O IRA E*TRADE CUSTODIAN<br>2755 PINEHURST<br>WESTON, FL 33332-1807 | 8/17/10 | 481 | | | | $92,553.00 | $92,553.00 | Claim was filed after claims bar date of 8/13/10 |
| HESLIN, ELEANOR J & ROBERT K<br>JT TEN/WROS<br>140 BRAVADO LANE<br>PALM BEACH SHO, FL 33404-6203 | 8/16/10 | 467 | | | | $21,200.00 | $21,200.00 | Claim was filed after claims bar date of 8/13/10 |

Point Blank Solutions, Inc., et al.  
Case No. 10-11255 (PJW)

Exhibit A  
Late Filed Claims

First Omnibus Objection to Claims

| Claimant Name and Address | Date Claim Filed | Claim Number | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| JOSEPH, HENRITUDE<br>1400 NW 2ND AVE<br>APT # 1<br>WILTON MANORS, FL 33331 | 9/13/10 | 504 | | | | $0.00 | $0.00 | Claim was filed after claims bar date of 8/13/10 |
| KLABEN, JASON<br>IRA ROLLOVER<br>TD AMERITRADE CLEARING CUSTODIAN<br>121 BESEMER HILL RD<br>ITHACA, NY 14850-8709 | 9/23/10 | 505 | | $3,997.65 | | | $3,997.65 | Claim was filed after claims bar date of 8/13/10 |
| LEOPARDI, JOSEPH & JANICE LEOPARDI<br>41 HALSTEAD DR<br>MANCHESTER, NJ 08759 | 8/23/10 | 494 | | | | $9,084.80 | $9,084.80 | Claim was filed after claims bar date of 8/13/10 |
| LUTZE, DALE R IRA<br>TD AMERITRADE INC CUSTODIAN<br>N55 W 21404 LOGAN DR<br>MENOMONEE FALLS, WI 53051 | 8/16/10 | 472 | | | | $1,412.50 | $1,412.50 | Claim was filed after claims bar date of 8/13/10 |
| NELSON, MARK S ROTH IRA<br>FCC AS CUSTODIAN<br>410 LOMOND LOOP<br>BAGLEY, MN 56621 | 8/16/10 | 464 | | | | $5,577.16 | $5,577.16 | Claim was filed after claims bar date of 8/13/10 |
| PERRY, PATRICIA J.<br>PTC CUST IRA ROLLOVER FBO<br>22330 LAKE DR. N.W.<br>PIERSON, MI 49339 | 8/16/10 | 476 | | | | $4,059.00 | $4,059.00 | Claim was filed after claims bar date of 8/13/10 |
| PETA-GAY A MATTIS<br>15007 YORKTOWN COLONY DR<br>HOUSTON, TX 77084-1499 | 8/16/10 | 473 | | | | $190.50 | $190.50 | Claim was filed after claims bar date of 8/13/10 |
| PREM P JAIN<br>KUMKUM JAIN<br>10806 CRIPPEN VALE CT<br>RESTON, VA 20194-1419 | 11/15/10 | 526 | | | | $1,960.00 | $1,960.00 | Claim was filed after claims bar date of 8/13/10 |
| R FOWLE & A FOWLE TTEE<br>THE FOWLE FAMILY TRUST<br>U/A DTD 01/27/2004<br>PO BOX 27<br>BROWNS VALLEY, CA 95918 | 8/16/10 | 478 | | | | $1,525.00 | $1,525.00 | Claim was filed after claims bar date of 8/13/10 |

Point Blank Solutions, Inc., et al.
Case No. 10-11255 (PJW)

Exhibit A
Late Filed Claims

First Omnibus Objection to Claims

| Claimant Name and Address | Date Claim Filed | Claim Number | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| SIDHU, SAMARPREET<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>669 FISHER CIR<br>FOLSOM, CA 95630 | 8/16/10 | 471 | | | | $2,500.00 | $2,500.00 | Claim was filed after claims bar date of 8/13/10 |
| SIMMONS, RUSSELL L SEP IRA<br>TD AMERITRADE INC CUSTODIAN<br>9817 SHADOW WOOD DR<br>HOUSTON, TX 77080-7107 | 8/19/10 | 490 | | | $13,660.01 | $13,660.01 | $13,660.01 | Claim was filed after claims bar date of 8/13/10 |
| WALLACE, ROBERT J<br>6123 SUMMER CREEK CIR<br>DALLAS, TX 75231 | 8/16/10 | 469 | | $2,600.00 | | $402.00 | $3,002.00 | Claim was filed after claims bar date of 8/13/10 |
| WICH-LAYMAN, LISA A<br>815 WORTHINGTON WAY<br>WILMINGTON, NC 28411-6139 | 10/15/10 | 517 | | | | $307.49 | $307.49 | Claim was filed after claims bar date of 8/13/10 |
| ZALINSKI, FBO DEBORAH L IRA<br>OPPENHEIMER & CO INC CUSTODIAN<br>35692 SIMON<br>CLINTON TWP, MI 48035 | 8/16/10 | 475 | | | | $5,170.00 | $5,170.00 | Claim was filed after claims bar date of 8/13/10 |
| ZALINSKI, MICHAEL T & DEBORAH L JT TEN<br>35692 SIMON<br>CLINTON TWP, MI 48035 | 8/16/10 | 474 | | | | $14,644.00 | $14,644.00 | Claim was filed after claims bar date of 8/13/10 |

Point Blank Solutions, Inc., et al.  
Case. No. 10-11255 (PJW)

Exhibit B  
Duplicate Claims

First Omnibus Objection to Claims

| Claimant Name and Address | Remaining Claim Number | Duplicate Claim To Be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| AVERY DENNISON RETAIL INFO. SER. LLC<br>PARENT COMPANY OF AVERY DENNISON RETAIL<br>8080 NORTON PARKWAY<br>MENTOR, OH 44060 | 487 | 500 | $820.05 | Claim is duplicative of another claim filed in these cases |
| GARTZ, CATHERINE ANN<br>2057 AVALON RIDGE CIR<br>FENTON, MO 63026-7808 | 255 | 328 | $24,052.00 | Claim is duplicative of another claim filed in these cases |
| JOSE LLOREDA CAMACHO & CO S.A.<br>CALLE 72 NO. 5-83 FLOOR 5TH<br>BOGOTA, COLOMBIA | 38 | 277 | $4,668.95 | Claim is duplicative of another claim filed in these cases |
| OTR /STR (OHIO PARTNERSHIP)<br>4740 S.W. 15TH AVENUE<br>SUITE D<br>FORT LAUDERDALE, FL 33309-0000 | 403 | 486 | $696,452.92 | Claim is duplicative of another claim filed in these cases |
| PERLUKE, DONNA L<br>64 INMAN AVENUE<br>COLONIA, NJ 07067 | 432 | 438 | $15,679.54 | Claim is duplicative of another claim filed in these cases |
| SERGEANT MAJOR ASSOCIATES, INC.<br>C/O JERRY M. HALEVA, PRESIDENT<br>915 L STREET, SUITE 1140<br>SACRAMENTO, CA 95814 | 10 | 18 | $144,609.90 | Claim is duplicative of another claim filed in these cases |
| TOP VALUE FABRICS, INC<br>PO BOX 2050<br>CARMEL, IN 46082 | 391 | 423 | $37,066.96 | Claim is duplicative of another claim filed in these cases |

Point Blank Solutions, Inc., et al.  
Case No. 10-11255 (PJW)

Exhibit C  
Amended Claims

First Omnibus Objection to Claims

| Claimant Name and Address | Remaining Claim Number | Amended Claim To Be Disallowed | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Administrative Amount | Remaining Priority Amount | Remaining Secured Amount | Remaining Unsecured Amount | Remaining Total Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEBT ACQUISITION GROUP, LLC TRANSFEROR: SOUTHEASTERN PRINTING 10 ROCKEFELLER PLAZA, SUITE 601 NEW YORK, NY 10020 | 108 | 33 | | | | $17,287.77 | $17,287.77 | | | | $17,287.77 | $17,287.77 | Amends previously filed claim |
| DEBT ACQUISITION GROUP, LLC TRANSFEROR: SOUTHERN WASTE SYSTEMS LLC 10 ROCKEFELLER PLAZA, SUITE 601 NEW YORK, NY 10020 | 42 | 34 | | | | $9,788.25 | $9,788.25 | | | | $10,838.25 | $10,838.25 | Amends previously filed claim |

Point Blank Solutions, Inc., et al.  
Case No. 10-11255 (PJW)

Exhibit D  
Claims Without Supporting Documentation

First Omnibus Objection to Claims

| Claimant Name and Address | Claim Number | Claim Amount | Reason For Disallowance |
|---|---|---|---|
| ALTER, FBO MATHILDE P<br>FMT CO CUST IRA<br>S67W12826 LARKSPUR RD<br>MUSKEGO, WI 53150-3433 | 147 | $1,562.00 | No supporting documentation. |
| AOL CONSULTING<br>ATTN: KIMBERLY JONES<br>1100 REYNOLDS BLVD.<br>WINSTON SALEM, NC 27105 | 7 | $0.00 | No supporting documentation. |
| BANKS, WALTER L<br>102 MCCULLEY<br>NEW FRANKLIN, MO 65274-9453 | 225 | $45.00 | No supporting documentation. |
| BATTIAS, SALLY J ROLLOVER IRA<br>SCOTTRADE INC CUST FBO<br>1016 WYNDHAM WAY<br>SAFETY HARBOR, FL 34695 | 107 | $3,089.99 | No supporting documentation. |
| BEVERLY E JOHNSON ROLLOVER IRA<br>TD AMERITRADE INC CUSTODIAN<br>6814 COLLINSDALE RD<br>BALTIMORE, MD 21234-5936 | 224 | $1,366.00 | No supporting documentation. |
| BLANKENSHIP, NELL P<br>1400 CANYON<br>PLAINVIEW, TX 79072-4742 | 499 | $81.00 | No supporting documentation. |
| BRAZIER, CRESSEY W TR FBO<br>CRESSEY W BRAZIER MD PA PENSION PLN<br>22 SAINT CROIX DR<br>CALAIS, ME 04619-4230 | 63 | $190,262.00 | No supporting documentation. |
| BRUCKBAUER, BOB P<br>7267 LAKESIDE PARK DR NE<br>REMER, MN 56672 | 353 | $0.00 | No supporting documentation. |
| BURK, WALTER E<br>IRA ROLLOVER<br>TD AMERITRADE CLEARING CUSTODIAN<br>2358 JAYMA LANE<br>LA CRESCENTA, CA 91214-1527 | 496 | $9,312.00 | No supporting documentation. |
| CLEMENTS, STEVEN B<br>2066 W 161ST ST<br>TORRANCE, CA 90504-1606 | 171 | $3,300.00 | No supporting documentation. |
| COX, IVAN RAY<br>226 RUBY LAKE LANE<br>WINTER HAVEN, FL 33884-3266 | 194 | $6,640.79 | No supporting documentation. |
| DAVIS, SCOTT LIGGETT AND LEA C<br>8912 MONEYMAKER DR<br>KNOXVILLE, TN 37923-1119 | 518 | $0.00 | No supporting documentation. |
| DELLIBOVI, ANGELO G<br>219 MALCOLM AVE<br>GARFIELD, NJ 07026 | 97 | $1,666.00 | No supporting documentation. |

Point Blank Solutions, Inc., et al.  
Case No. 10-11255 (PJW)

Exhibit D  
**Claims Without Supporting Documentation**

First Omnibus Objection to Claims

| Claimant Name and Address | Claim Number | Claim Amount | Reason For Disallowance |
|---|---|---|---|
| DOR, MERCIRA<br>1024 NW 5TH AVE<br>FORT LAUDERDALE, FL 33311 | 178 | $0.00 | No supporting documentation. |
| FUNG, YUK<br>4657 NW 89 AVE<br>SUNRISE, FL 33351 | 463 | $304.92 | No supporting documentation. |
| GEISTWEIT, SALLY E.<br>PTC CUST IRA FBO<br>15617 S W SHILO WAY<br>MCMINNVILLE, OR 97128 | 382 | $0.00 | No supporting documentation. |
| GERSTEN, ROSLYN<br>BUBBIE<br>5 CHERRY LANE<br>SCARSDALE, NY 10583-3117 | 141 | $0.00 | No supporting documentation. |
| GOULD, BARBARA J.<br>PTC CUST ROLLOVER IRA FBO<br>6635 SAND LAKE RD<br>SAND LAKE, MI 49343 | 477 | $5,405.00 | No supporting documentation. |
| HALL, ROBERT JOHN<br>80 FIFTH AVE<br>WESTBURY, NY 11590 | 497 | $1,095.00 | No supporting documentation. |
| HARTFORD FIRE INSURANCE COMPANY<br>BANKRUPTCY UNIT, T-1-55<br>HARTFORD PLAZA<br>HARTFORD, CT 06115 | 41 | $0.00 | No supporting documentation. |
| HEINEMAN, JAMES D<br>309 KINGSDOWN DR<br>CROSSVILLE, TN 38558-9019 | 315 | $500.00 | No supporting documentation. |
| HOME INSURANCE COMPANY IN LIQUIDATION<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH 03101 | 111 | $0.00 | No supporting documentation. |
| HOOTEN, SHEILA<br>2417 CONNIE DRIVE<br>CANYON LAKE, TX 78133 | 321 | $341.00 | No supporting documentation. |
| HUMBLES, JAMES & SHARON HUMBLES JT TEN<br>96 GRAND VIEW RD<br>WASHINGTON, VA 22747-2008 | 196 | $1,013.10 | No supporting documentation. |
| HUOTT, RICHARD<br>1056 NW 7TH ST<br>BOCA RATON, FL 33485-3481 | 299 | $2,000.00 | No supporting documentation. |
| IBEY, MIKE W<br>1500 ADAMS AVE 104-A<br>COSTA MESA, CA 92626 | 268 | $2,600.00 | No supporting documentation. |
| JOHNSON, ANTHONY<br>810 NE 51ST STREET<br>POMPANO BEACH, FL 33068 | 89 | $0.00 | No supporting documentation. |

Point Blank Solutions, Inc., et al.
Case No. 10-11255 (PJW)

Exhibit D
Claims Without Supporting Documentation

First Omnibus Objection to Claims

| Claimant Name and Address | Claim Number | Claim Amount | Reason For Disallowance |
|---|---|---|---|
| JOSE LLOREDA CAMACHO & CO S.A.<br>CALLE 72 NO. 5-83 FLOOR 5TH<br>BOGOTA<br>COLOMBIA | 277 | $4,668.95 | No supporting documentation. |
| JOSEPH, HENRITUDE<br>1400 NW 2ND AVE<br>APT # 1<br>WILTON MANORS, FL 33331 | 504 | $0.00 | No supporting documentation. |
| KANNER, JOSEPH<br>397 DAUB AVE<br>HEWLETT, NY 11557-1133 | 54 | $15,000.00 | No supporting documentation. |
| KIM, YONG H & YONG CHUL<br>JT TEN<br>588 COLONY CIRCLE<br>FORT OGLETHORPE, GA 30742 | 112 | $3,705.00 | No supporting documentation. |
| KOLESINSKY, PAUL J<br>94 GREENSBORO RD<br>DEDHAM, MA 02026-5220 | 292 | $0.00 | No supporting documentation. |
| KORBETT, VICKIE LEE ROTH IRA<br>TD AMERITRADE INC CUSTODIAN<br>42355 CHAPARRAL DR<br>TEMECULA, CA 92592 | 281 | $1,000.00 | No supporting documentation. |
| KOSIK, ILSE L & AUSTIN<br>JT TEN<br>403 OLD STAGE RD<br>SPOTSWOOD, NJ 08884-1117 | 379 | $1,903.13 | No supporting documentation. |
| LEE, YEE<br>6549 SOMERSET DRIVE<br>APT J-105<br>BOCA RATON, FL 33433 | 169 | $0.00 | No supporting documentation. |
| LEUNG, MICHELLE K<br>5916 WOODLAND POINT PL<br>FORT LAUDERDALE, FL 33319 | 158 | $152.64 | No supporting documentation. |
| LIBERTY MUTUAL GROUP<br>CUSTOMER ACCOUNTING SERVICES<br>100 LIBERTY WAY - P.O. BOX 1525<br>DOVER, NH 03820-1525 | 162 | $0.00 | No supporting documentation. |
| MANDEL, GARY & JANINE MANDEL JTWROS<br>281 OCEAN AVENUE<br>LAWRENCE, NY 11559-2010 | 239 | $5,000.00 | No supporting documentation. |
| MCGUIRE, PETER J JR<br>JACQUELINE L MCGUIRE<br>PO BOX 144<br>SKULL VALLEY, AZ 86338-0144 | 383 | $41,779.00 | No supporting documentation. |
| MCKINNEY, EDWARD<br>15 CR 459<br>CORINTH, MS 38834 | 102 | $1,930.50 | No supporting documentation. |

Point Blank Solutions, Inc., et al.
Case No. 10-11255 (PJW)

Exhibit D
Claims Without Supporting Documentation

First Omnibus Objection to Claims

| Claimant Name and Address | Claim Number | Claim Amount | Reason For Disallowance |
|---|---|---|---|
| MEYER, CHERYL K<br>WELLS FARGO BANK ROTH C/F<br>2815 EDDY LN<br>EAU CLAIRE, WI 54703-1207 | 376 | $9,213.00 | No supporting documentation. |
| MEYER, PAUL G<br>WELLS FARGO BANK ROTH C/F<br>2815 EDDY LN<br>EAU CLAIRE, WI 54703-1207 | 377 | $7,691.00 | No supporting documentation. |
| MORAN, ELIZABETH<br>1201 FURNACE RD<br>PITTSFORD, VT 05763-9342 | 166 | $0.00 | No supporting documentation. |
| MOYE, TIMOTHY W<br>2530 W MARKET ST<br>AKRON, OH 44313 | 453 | $9,740.80 | No supporting documentation. |
| MUNIZ, CARLOS M. - TTEE<br>CARLOS M MUNIZ LIVING TRUST<br>U/A 6/7/07<br>45 HANCOCK COMMONS<br>YAPHANK, NY 11980 | 358 | $0.00 | No supporting documentation. |
| NELSON, MARK S ROTH IRA<br>FCC AS CUSTODIAN<br>410 LOMOND LOOP<br>BAGLEY, MN 56621 | 464 | $5,577.16 | No supporting documentation. |
| NEUMEISTER, RICHARD<br>8111 FLOSS LANE<br>EAST AMHERST, NY 14051 | 349 | $0.00 | No supporting documentation. |
| NEUMEISTER, RICHARD<br>8111 FLOSS LANE<br>EAST AMHERST, NY 14051-0000 | 348 | $0.00 | No supporting documentation. |
| NORMAN, GARY G & MARIANNE<br>JT TEN<br>502 HERRERA CT<br>THE VILLAGES, FL 32159-9251 | 91 | $1,000.00 | No supporting documentation. |
| PATE IRRA, MR CHARLES J.<br>CUST FPO<br>FBO MR CHARLES J. PATE<br>10520 BARAGA ST<br>TAYLOR, MI 48180-3758 | 177 | $1,200.00 | No supporting documentation. |
| PATEL, JAYESH<br>451 LONDON BRIDGE RD<br>LAKE HAVASU CITY, AZ 86403-4642 | 195 | $1,629.19 | No supporting documentation. |
| PELMAR ENGINEERING LTD.<br>445 MIDWEST RD.<br>SUITE 8<br>TORONTO, ON M1P 4Y9<br>CANADA | 498 | $0.00 | No supporting documentation. |

Point Blank Solutions, Inc., et al.
Case No. 10-11255 (PJW)

**Exhibit D**
**Claims Without Supporting Documentation**

First Omnibus Objection to Claims

| Claimant Name and Address | Claim Number | Claim Amount | Reason For Disallowance |
|---|---|---|---|
| PERRY, PATRICIA J.<br>PTC CUST IRA ROLLOVER FBO<br>22330 LAKE DR. N.W.<br>PIERSON, MI 49339 | 476 | $4,059.00 | No supporting documentation. |
| PERRY, RUBY S<br>1920 ERREL DOWLEN ROAD<br>PLEASANT VIEW, TN 37146 | 115 | $4,500.00 | No supporting documentation. |
| R FOWLE & A FOWLE TTEE<br>THE FOWLE FAMILY TRUST<br>U/A DTD 01/27/2004<br>PO BOX 27<br>BROWNS VALLEY, CA 95918 | 478 | $1,525.00 | No supporting documentation. |
| RAND, JAY J<br>1068 BROOK AVE<br>BRONX, NY 10456-5204 | 103 | $6,000.00 | No supporting documentation. |
| REGES, AMY<br>4729 STATE ROUTE 414<br>BURDETT, NY 14818 | 145 | $2,619.99 | No supporting documentation. |
| RODGERS, PAUL LARRY<br>JANET DEDMAN ROGERS<br>5004 KNIGHTS CT<br>COLUMBIA, TN 38401-1204 | 117 | $7,000.00 | No supporting documentation. |
| RUSSELL, JAMES JR & CAROL EDITH RUSSELL<br>JT TEN WROS<br>358 N HICKORY ST<br>MASSAPEQUA, NY 11758-2733 | 356 | $2,650.00 | No supporting documentation. |
| SCHAER-LANGE, LINDA<br>20232 MURRAY HILL RD<br>BLOOMINGTON, IL 61705 | 88 | $1,447.00 | No supporting documentation. |
| SIDHU, SAMARPREET<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>669 FISHER CIR<br>FOLSOM, CA 95630 | 471 | $2,500.00 | No supporting documentation. |
| SIEVERSON, MARTIN PETER ROLLOVER IRA<br>TD AMERITRADE INC CUSTODIAN<br>12915 54TH AVE SE<br>EVERETT, WA 98208-9530 | 167 | $6,870.00 | No supporting documentation. |
| SIMMONS, HERBERT G & ELIZABETH H TEN COM<br>TD AMERITRADE INC CUSTODIAN<br>9817 SHADOW WOOD DR<br>HOUSTON, TX 77080-7107 | 490 | $13,660.01 | No supporting documentation. |
| SINGH, LACHMAN<br>1777 SUNSET AVE<br>SANTA MONICA, CA 90405 | 235 | $110,458.25 | No supporting documentation. |

Point Blank Solutions, Inc., et al.  
Case No. 10-11255 (PJW)

Exhibit D  
**Claims Without Supporting Documentation**

First Omnibus Objection to Claims

| Claimant Name and Address | Claim Number | Claim Amount | Reason For Disallowance |
|---|---|---|---|
| TAYLOR, KEVIN DUANE<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>57 MEADOW BROOK FARM RD<br>BEAUFORT, SC 29907 | 129 | $2,828.95 | No supporting documentation. |
| TESCH, NORMAN RAY & SHERYL MARIE TESCH<br>JTWROS<br>14902 E BELLE TERRE AVE<br>VERADALE, WA 99037-8204 | 140 | $0.00 | No supporting documentation. |
| TRAYLOR, EDDIE K<br>DARLENE J TRAYLOR TTEE<br>E K & D J TRAYLOR JOINT REV TR<br>U/A 7/1/97, 3113 CASTELLANO WAY<br>CEDAR PARK, TX 78613-4353 | 380 | $0.00 | No supporting documentation. |
| TRUITT, JAMES F - TTEE<br>UNDER THE WILL OF CHARLOTTE C<br>FBO DOROTHY BURTON TRUITT<br>23 OLD BOXWOOD LANE<br>LUTHERVILLE, MD 21093-4751 | 308 | $5,373.90 | No supporting documentation. |
| TRUITT, JAMES F. JR<br>DOROTHY B TRUITT<br>TENANT BY ENTIRETY<br>23 OLD BOXWOOD LANE<br>LUTHERVILLE, MD 21093-4751 | 309 | $14,780.85 | No supporting documentation. |
| TRUITT, JAMES F. JR<br>NON-PURPOSE LOAN ACCOUNT<br>23 OLD BOXWOOD LANE<br>LUTHERVILLE, MD 21093-4751 | 307 | $44,442.02 | No supporting documentation. |
| VON BERNTHAL, HANS E TRUSTEE<br>HANS E VON BERNTHAL LIVING TRUST<br>U/A DTD 8/23/2000<br>6890 COMMERCE ROAD<br>ORCHARD LAKE, MI 48324 | 219 | $0.00 | No supporting documentation. |
| VON BERNTHAL, HANS IRA<br>OPPENHEIMER & CO INC CUSTODIAN<br>6890 COMMERCE RD<br>ORCHARD LAKE, MI 48324 | 220 | $0.00 | No supporting documentation. |
| WATTIER, JERRY L<br>SIMPLE IRA-PERSHING LLC CUST<br>321 W 4TH ST<br>PIERRE, SD 57501-1625 | 90 | $50.00 | No supporting documentation. |
| WEBB, VIRGIL R., JR & PATSY J. WEBB<br>1742 CR 1002<br>GREENVILLE, TX 75401 | 133 | $9,869.58 | No supporting documentation. |