IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Related Docket No.** |

## ORDER GRANTING AND SUSTAINING DEBTORS' FIRST (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO 11 U.S.C. § 502(b) FEDERAL RULES OF BANKRUPTCY PROCEDURE 3007 AND 9014, AND LOCAL RULE OF BANKRUPTCY PROCEDURE 3007-1

This matter came before the Court on the Debtors First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b), Bankruptcy Rules 3007 and 9014, and Local Rule of Bankruptcy Procedure 3007-1 (the "Objection").[2] The Court having reviewed the Objection; the Court finding good and sufficient cause for granting the relief requested in the Objection; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court otherwise being fully advised in the premises, it is hereby

**FOUND AND DETERMINED THAT**:

A.  Each holder of a claim listed on Exhibits "A" through "D" attached hereto (the "Claimants") was properly and timely served with a copy of the Objection, the proposed order and the accompanying exhibit.

B.  The Objection is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the First Omnibus Claims Objection.

C. The claims listed on Exhibit "A" were not timely filed pursuant to the Bar Date Order.

D. The claims listed on Exhibit "B" are duplicative of other claims filed in these cases.

E. The claims listed on Exhibit "C" were amended by subsequently filed claims.

F. The claims listed on Exhibit "D" were claims for which insufficient information or no supporting documentation was filed.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT**:

1. Pursuant to 11 U.S.C. § 502(d), Fed. R. Bankr. P. 3007, and Del. Bankr. L. R. 3007-1 the claims listed on Exhibits "A" through "D" hereto are hereby and shall be **EXPUNGED** and **DISALLOWED** in their entirety.

2. Epiq Bankruptcy Solutions LLC, the official claims agent appointed in these cases, is hereby authorized and directed to make such revisions to the official Claims Registry as are necessary to reflect the relief granted pursuant to this Order.

3. The Debtors' objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Disputed Claim. Any stay of the Order pending appeal by any of the Claimants whose Disputed Claim is subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

4. This order is without prejudice to the Debtors' right to object to any claims or interests filed in these chapter 11 cases.

5. This Court shall retain jurisdiction over the Debtors and the Claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: _____, 2011

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

# Exhibit A

Point Blank Solutions, Inc., et al.
Case No. 10-11255 (PJW)

Exhibit A
Late Filed Claims

First Omnibus Objection to Claims

| Claimant Name and Address | Date Claim Filed | Claim Number | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| BRENNER, WILLIAM I MD IRA FBO WILLIAM I BRENNER MD 526 N REXFORD DR BEVERLY HILLS, CA 90210-3310 | 8/19/10 | 491 | | | | $56,000.00 | $56,000.00 | Claim was filed after claims bar date of 8/13/10 |
| BURK, WALTER E IRA ROLLOVER TD AMERITRADE CLEARING CUSTODIAN 2358 JAYMA LANE LA CRESCENTA, CA 91214-1527 | 8/27/10 | 496 | | | | $9,312.00 | $9,312.00 | Claim was filed after claims bar date of 8/13/10 |
| CAMPAIGN FINANCE INSTITUTE 1667 K STREET NW, # 650 WASHINGTON, DC 20006 | 12/10/10 | 538 | | | | $6,240.00 | $6,240.00 | Claim was filed after claims bar date of 8/13/10 |
| DAVIS, SCOTT LIGGETT AND LEA C 8912 MONEYMAKER DR KNOXVILLE, TN 37923-1119 | 10/15/10 | 518 | | | | $0.00 | $0.00 | Claim was filed after claims bar date of 8/13/10 |
| DIPANKAR MUKHERJEE MD AND PUNAM MUKHERJEE JTWROS 2921 TELESTAR CT # 140 FALLS CHURCH, VA 22042-1205 | 9/27/10 | 507 | | | | $13,607.02 | $13,607.02 | Claim was filed after claims bar date of 8/13/10 |
| DIPANKAR MUKHERJEE MD 2921 TELESTAR COURT 140 FALLS CHURCH, VA 22042-1205 | 9/27/10 | 508 | | | | $6,931.49 | $6,931.49 | Claim was filed after claims bar date of 8/13/10 |
| DOERRIES, KAREN ELIZABETH ANN L CAMPBELL JT TEN 713 CARMENERE DR KENNER, LA 70065 | 8/16/10 | 466 | | | | $1,520.00 | $1,520.00 | Claim was filed after claims bar date of 8/13/10 |
| EDWARD SVOBODA 33705 PARK TRAIL CENTER CITY, MN 55012-9619 | 9/7/10 | 503 | | | | $713.00 | $713.00 | Claim was filed after claims bar date of 8/13/10 |
| FUENTES, MAXIMINO & DONNA M KUPILIK JT TEN 9 MAY CT ROCKVILLE CTR, NY 11570-2700 | 8/16/10 | 465 | | | | $2,000.00 | $2,000.00 | Claim was filed after claims bar date of 8/13/10 |

Point Blank Solutions, Inc., et al.
Case No. 10-11255 (PJW)

Exhibit A
Late Filed Claims

First Omnibus Objection to Claims

| Claimant Name and Address | Date Claim Filed | Claim Number | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| FUNG, YUK<br>4657 NW 89 AVE<br>SUNRISE, FL 33351 | 8/16/10 | 463 | | $304.92 | | $304.92 | $304.92 | Claim was filed after claims bar date of 8/13/10 |
| GEE, DONALD M & SALLY<br>3115 SUNRISE RIDGE LN<br>HACIENDA HTS, CA 91745-6251 | 8/16/10 | 470 | | | | $1,494.95 | $1,494.95 | Claim was filed after claims bar date of 8/13/10 |
| GLENNON, ALLAN<br>858 COLLEGE PARKWAY APT. 101<br>ROCKVILLE, MD 20850 | 8/16/10 | 468 | | | | $939.00 | $939.00 | Claim was filed after claims bar date of 8/13/10 |
| GOULD, BARBARA J.<br>PTC CUST ROLLOVER IRA FBO<br>6635 SAND LAKE RD<br>SAND LAKE, MI 49343 | 8/16/10 | 477 | | | | $5,405.00 | $5,405.00 | Claim was filed after claims bar date of 8/13/10 |
| GRAHAM, JAMES<br>QUALITECH CONSULTANTS<br>363 SW 161 AVE.<br>HOLLYWOOD, FL 33027 | 10/22/10 | 522 | | | | $5,000.00 | $5,000.00 | Claim was filed after claims bar date of 8/13/10 |
| GRAWOIG, FBO DAISY<br>FMT CO CUST IRA ROLLOVER<br>2123 STRATFORD LN<br>GLENVIEW, IL 60026-5745 | 8/23/10 | 493 | | | | $3,864.95 | $3,864.95 | Claim was filed after claims bar date of 8/13/10 |
| GRAWOIG, JACK & DAISY GRAWOIG<br>2123 STRATFORD LN<br>GLENVIEW, IL 60026-5745 | 8/23/10 | 495 | | | | $4,841.50 | $4,841.50 | Claim was filed after claims bar date of 8/13/10 |
| HALL, ROBERT JOHN<br>80 FIFTH AVE<br>WESTBURY, NY 11590 | 8/31/10 | 497 | | | | $1,095.00 | $1,095.00 | Claim was filed after claims bar date of 8/13/10 |
| HERTNER, HERBERT H<br>R/O IRA E*TRADE CUSTODIAN<br>2755 PINEHURST<br>WESTON, FL 33332-1807 | 8/17/10 | 481 | | | | $92,553.00 | $92,553.00 | Claim was filed after claims bar date of 8/13/10 |
| HESLIN, ELEANOR J & ROBERT K<br>JT TEN/WROS<br>140 BRAVADO LANE<br>PALM BEACH SHO, FL 33404-6203 | 8/16/10 | 467 | | | | $21,200.00 | $21,200.00 | Claim was filed after claims bar date of 8/13/10 |

Point Blank Solutions, Inc., et al.
Case No. 10-11255 (PJW)

Exhibit A
Late Filed Claims

First Omnibus Objection to Claims

| Claimant Name and Address | Date Claim Filed | Claim Number | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| JOSEPH, HENRITUDE<br>1400 NW 2ND AVE<br>APT # 1<br>WILTON MANORS, FL 33331 | 9/13/10 | 504 | | | | $0.00 | $0.00 | Claim was filed after claims bar date of 8/13/10 |
| KLABEN, JASON<br>IRA ROLLOVER<br>TD AMERITRADE CLEARING CUSTODIAN<br>121 BESEMER HILL RD<br>ITHACA, NY 14850-8709 | 9/23/10 | 505 | | $3,997.65 | | | $3,997.65 | Claim was filed after claims bar date of 8/13/10 |
| LEOPARDI, JOSEPH & JANICE LEOPARDI<br>41 HALSTEAD DR<br>MANCHESTER, NJ 08759 | 8/23/10 | 494 | | | | $9,084.80 | $9,084.80 | Claim was filed after claims bar date of 8/13/10 |
| LUTZE, DALE R IRA<br>TD AMERITRADE INC CUSTODIAN<br>N55 W 21404 LOGAN DR<br>MENOMONEE FALLS, WI 53051 | 8/16/10 | 472 | | | | $1,412.50 | $1,412.50 | Claim was filed after claims bar date of 8/13/10 |
| NELSON, MARK S ROTH IRA<br>FCC AS CUSTODIAN<br>410 LOMOND LOOP<br>BAGLEY, MN 56621 | 8/16/10 | 464 | | | | $5,577.16 | $5,577.16 | Claim was filed after claims bar date of 8/13/10 |
| PERRY, PATRICIA J.<br>PTC CUST IRA ROLLOVER FBO<br>22330 LAKE DR. N.W.<br>PIERSON, MI 49339 | 8/16/10 | 476 | | | | $4,059.00 | $4,059.00 | Claim was filed after claims bar date of 8/13/10 |
| PETA-GAY A MATTIS<br>15007 YORKTOWN COLONY DR<br>HOUSTON, TX 77084-1499 | 8/16/10 | 473 | | | | $190.50 | $190.50 | Claim was filed after claims bar date of 8/13/10 |
| PREM P JAIN<br>KUMKUM JAIN<br>10806 CRIPPEN VALE CT<br>RESTON, VA 20194-1419 | 11/15/10 | 526 | | | | $1,960.00 | $1,960.00 | Claim was filed after claims bar date of 8/13/10 |
| R FOWLE & A FOWLE TTEE<br>THE FOWLE FAMILY TRUST<br>U/A DTD 01/27/2004<br>PO BOX 27<br>BROWNS VALLEY, CA 95918 | 8/16/10 | 478 | | | | $1,525.00 | $1,525.00 | Claim was filed after claims bar date of 8/13/10 |
70934-001\DOCS_DE:165464v6

3

Point Blank Solutions, Inc., et al.
Case No. 10-11255 (PJW)

Exhibit A
Late Filed Claims

First Omnibus Objection to Claims

| Claimant Name and Address | Date Claim Filed | Claim Number | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|
| SIDHU, SAMARPREET<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>669 FISHER CIR<br>FOLSOM, CA 95630 | 8/16/10 | 471 | | | | $2,500.00 | $2,500.00 | Claim was filed after claims bar date of 8/13/10 |
| SIMMONS, RUSSELL L SEP IRA<br>TD AMERITRADE INC CUSTODIAN<br>9817 SHADOW WOOD DR<br>HOUSTON, TX 77080-7107 | 8/19/10 | 490 | | | $13,660.01 | $13,660.01 | $13,660.01 | Claim was filed after claims bar date of 8/13/10 |
| WALLACE, ROBERT J<br>6123 SUMMER CREEK CIR<br>DALLAS, TX 75231 | 8/16/10 | 469 | | $2,600.00 | | $402.00 | $3,002.00 | Claim was filed after claims bar date of 8/13/10 |
| WICH-LAYMAN, LISA A<br>815 WORTHINGTON WAY<br>WILMINGTON, NC 28411-6139 | 10/15/10 | 517 | | | | $307.49 | $307.49 | Claim was filed after claims bar date of 8/13/10 |
| ZALINSKI, FBO DEBORAH L IRA<br>OPPENHEIMER & CO INC CUSTODIAN<br>35692 SIMON<br>CLINTON TWP, MI 48035 | 8/16/10 | 475 | | | | $5,170.00 | $5,170.00 | Claim was filed after claims bar date of 8/13/10 |
| ZALINSKI, MICHAEL T & DEBORAH L JT TEN<br>35692 SIMON<br>CLINTON TWP, MI 48035 | 8/16/10 | 474 | | | | $14,644.00 | $14,644.00 | Claim was filed after claims bar date of 8/13/10 |

# Exhibit B

Point Blank Solutions, Inc., et al.  
Case. No. 10-11255 (PJW)

**Exhibit B**  
**Duplicate Claims**

First Omnibus Objection to Claims

| Claimant Name and Address | Remaining Claim Number | Duplicate Claim To Be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| AVERY DENNISON RETAIL INFO. SER. LLC<br>PARENT COMPANY OF AVERY DENNISON RETAIL<br>8080 NORTON PARKWAY<br>MENTOR, OH 44060 | 487 | 500 | $820.05 | Claim is duplicative of another claim filed in these cases |
| GARTZ, CATHERINE ANN<br>2057 AVALON RIDGE CIR<br>FENTON, MO 63026-7808 | 255 | 328 | $24,052.00 | Claim is duplicative of another claim filed in these cases |
| JOSE LLOREDA CAMACHO & CO S.A.<br>CALLE 72 NO. 5-83 FLOOR 5TH<br>BOGOTA, COLOMBIA | 38 | 277 | $4,668.95 | Claim is duplicative of another claim filed in these cases |
| OTR /STR (OHIO PARTNERSHIP)<br>4740 S.W. 15TH AVENUE<br>SUITE D<br>FORT LAUDERDALE, FL 33309-0000 | 403 | 486 | $696,452.92 | Claim is duplicative of another claim filed in these cases |
| PERLUKE, DONNA L<br>64 INMAN AVENUE<br>COLONIA, NJ 07067 | 432 | 438 | $15,679.54 | Claim is duplicative of another claim filed in these cases |
| SERGEANT MAJOR ASSOCIATES, INC.<br>C/O JERRY M. HALEVA, PRESIDENT<br>915 L STREET, SUITE 1140<br>SACRAMENTO, CA 95814 | 10 | 18 | $144,609.90 | Claim is duplicative of another claim filed in these cases |
| TOP VALUE FABRICS, INC<br>PO BOX 2050<br>CARMEL, IN 46082 | 391 | 423 | $37,066.96 | Claim is duplicative of another claim filed in these cases |

# Exhibit C

Point Blank Solutions, Inc., et al.  
Case No. 10-11255 (PJW)

Exhibit C  
Amended Claims

First Omnibus Objection to Claims

| Claimant Name and Address | Remaining Claim Number | Amended Claim To Be Disallowed | Claimed Administrative Amount | Claimed Priority Amount | Claimed Secured Amount | Claimed Unsecured Amount | Total Claimed Amount | Remaining Administrative Amount | Remaining Priority Amount | Remaining Secured Amount | Remaining Unsecured Amount | Remaining Total Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEBT ACQUISITION GROUP, LLC TRANSFEROR: SOUTHEASTERN PRINTING 10 ROCKEFELLER PLAZA, SUITE 601 NEW YORK, NY 10020 | 108 | 33 | | | | $17,287.77 | $17,287.77 | | | | $17,287.77 | $17,287.77 | Amends previously filed claim |
| DEBT ACQUISITION GROUP, LLC TRANSFEROR: SOUTHERN WASTE SYSTEMS LLC 10 ROCKEFELLER PLAZA, SUITE 601 NEW YORK, NY 10020 | 42 | 34 | | | | $9,788.25 | $9,788.25 | | | | $10,838.25 | $10,838.25 | Amends previously filed claim |

# Exhibit D

Point Blank Solutions, Inc., et al.  
Case No. 10-11255 (PJW)

Exhibit D  
**Claims Without Supporting Documentation**

First Omnibus Objection to Claims

| Claimant Name and Address | Claim Number | Claim Amount | Reason For Disallowance |
|---|---|---|---|
| ALTER, FBO MATHILDE P<br>FMT CO CUST IRA<br>S67W12826 LARKSPUR RD<br>MUSKEGO, WI 53150-3433 | 147 | $1,562.00 | No supporting documentation. |
| AOL CONSULTING<br>ATTN: KIMBERLY JONES<br>1100 REYNOLDS BLVD.<br>WINSTON SALEM, NC 27105 | 7 | $0.00 | No supporting documentation. |
| BANKS, WALTER L<br>102 MCCULLEY<br>NEW FRANKLIN, MO 65274-9453 | 225 | $45.00 | No supporting documentation. |
| BATTIAS, SALLY J ROLLOVER IRA<br>SCOTTRADE INC CUST FBO<br>1016 WYNDHAM WAY<br>SAFETY HARBOR, FL 34695 | 107 | $3,089.99 | No supporting documentation. |
| BEVERLY E JOHNSON ROLLOVER IRA<br>TD AMERITRADE INC CUSTODIAN<br>6814 COLLINSDALE RD<br>BALTIMORE, MD 21234-5936 | 224 | $1,366.00 | No supporting documentation. |
| BLANKENSHIP, NELL P<br>1400 CANYON<br>PLAINVIEW, TX 79072-4742 | 499 | $81.00 | No supporting documentation. |
| BRAZIER, CRESSEY W TR FBO<br>CRESSEY W BRAZIER MD PA PENSION PLN<br>22 SAINT CROIX DR<br>CALAIS, ME 04619-4230 | 63 | $190,262.00 | No supporting documentation. |
| BRUCKBAUER, BOB P<br>7267 LAKESIDE PARK DR NE<br>REMER, MN 56672 | 353 | $0.00 | No supporting documentation. |
| BURK, WALTER E<br>IRA ROLLOVER<br>TD AMERITRADE CLEARING CUSTODIAN<br>2358 JAYMA LANE<br>LA CRESCENTA, CA 91214-1527 | 496 | $9,312.00 | No supporting documentation. |
| CLEMENTS, STEVEN B<br>2066 W 161ST ST<br>TORRANCE, CA 90504-1606 | 171 | $3,300.00 | No supporting documentation. |
| COX, IVAN RAY<br>226 RUBY LAKE LANE<br>WINTER HAVEN, FL 33884-3266 | 194 | $6,640.79 | No supporting documentation. |
| DAVIS, SCOTT LIGGETT AND LEA C<br>8912 MONEYMAKER DR<br>KNOXVILLE, TN 37923-1119 | 518 | $0.00 | No supporting documentation. |
| DELLIBOVI, ANGELO G<br>219 MALCOLM AVE<br>GARFIELD, NJ 07026 | 97 | $1,666.00 | No supporting documentation. |

Point Blank Solutions, Inc., et al.  
Case No. 10-11255 (PJW)

Exhibit D  
Claims Without Supporting Documentation

First Omnibus Objection to Claims

| Claimant Name and Address | Claim Number | Claim Amount | Reason For Disallowance |
|---|---|---|---|
| DOR, MERCIRA<br>1024 NW 5TH AVE<br>FORT LAUDERDALE, FL 33311 | 178 | $0.00 | No supporting documentation. |
| FUNG, YUK<br>4657 NW 89 AVE<br>SUNRISE, FL 33351 | 463 | $304.92 | No supporting documentation. |
| GEISTWEIT, SALLY E.<br>PTC CUST IRA FBO<br>15617 S W SHILO WAY<br>MCMINNVILLE, OR 97128 | 382 | $0.00 | No supporting documentation. |
| GERSTEN, ROSLYN<br>BUBBIE<br>5 CHERRY LANE<br>SCARSDALE, NY 10583-3117 | 141 | $0.00 | No supporting documentation. |
| GOULD, BARBARA J.<br>PTC CUST ROLLOVER IRA FBO<br>6635 SAND LAKE RD<br>SAND LAKE, MI 49343 | 477 | $5,405.00 | No supporting documentation. |
| HALL, ROBERT JOHN<br>80 FIFTH AVE<br>WESTBURY, NY 11590 | 497 | $1,095.00 | No supporting documentation. |
| HARTFORD FIRE INSURANCE COMPANY<br>BANKRUPTCY UNIT, T-1-55<br>HARTFORD PLAZA<br>HARTFORD, CT 06115 | 41 | $0.00 | No supporting documentation. |
| HEINEMAN, JAMES D<br>309 KINGSDOWN DR<br>CROSSVILLE, TN 38558-9019 | 315 | $500.00 | No supporting documentation. |
| HOME INSURANCE COMPANY IN LIQUIDATION<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH 03101 | 111 | $0.00 | No supporting documentation. |
| HOOTEN, SHEILA<br>2417 CONNIE DRIVE<br>CANYON LAKE, TX 78133 | 321 | $341.00 | No supporting documentation. |
| HUMBLES, JAMES & SHARON HUMBLES JT TEN<br>96 GRAND VIEW RD<br>WASHINGTON, VA 22747-2008 | 196 | $1,013.10 | No supporting documentation. |
| HUOTT, RICHARD<br>1056 NW 7TH ST<br>BOCA RATON, FL 33485-3481 | 299 | $2,000.00 | No supporting documentation. |
| IBEY, MIKE W<br>1500 ADAMS AVE 104-A<br>COSTA MESA, CA 92626 | 268 | $2,600.00 | No supporting documentation. |
| JOHNSON, ANTHONY<br>810 NE 51ST STREET<br>POMPANO BEACH, FL 33068 | 89 | $0.00 | No supporting documentation. |

Point Blank Solutions, Inc., et al.  
Case No. 10-11255 (PJW)

Exhibit D  
Claims Without Supporting Documentation

First Omnibus Objection to Claims

| Claimant Name and Address | Claim Number | Claim Amount | Reason For Disallowance |
|---|---|---|---|
| JOSE LLOREDA CAMACHO & CO S.A.<br>CALLE 72 NO. 5-83 FLOOR 5TH<br>BOGOTA<br>COLOMBIA | 277 | $4,668.95 | No supporting documentation. |
| JOSEPH, HENRITUDE<br>1400 NW 2ND AVE<br>APT # 1<br>WILTON MANORS, FL 33331 | 504 | $0.00 | No supporting documentation. |
| KANNER, JOSEPH<br>397 DAUB AVE<br>HEWLETT, NY 11557-1133 | 54 | $15,000.00 | No supporting documentation. |
| KIM, YONG H & YONG CHUL<br>JT TEN<br>588 COLONY CIRCLE<br>FORT OGLETHORPE, GA 30742 | 112 | $3,705.00 | No supporting documentation. |
| KOLESINSKY, PAUL J<br>94 GREENSBORO RD<br>DEDHAM, MA 02026-5220 | 292 | $0.00 | No supporting documentation. |
| KORBETT, VICKIE LEE ROTH IRA<br>TD AMERITRADE INC CUSTODIAN<br>42355 CHAPARRAL DR<br>TEMECULA, CA 92592 | 281 | $1,000.00 | No supporting documentation. |
| KOSIK, ILSE L & AUSTIN<br>JT TEN<br>403 OLD STAGE RD<br>SPOTSWOOD, NJ 08884-1117 | 379 | $1,903.13 | No supporting documentation. |
| LEE, YEE<br>6549 SOMERSET DRIVE<br>APT J-105<br>BOCA RATON, FL 33433 | 169 | $0.00 | No supporting documentation. |
| LEUNG, MICHELLE K<br>5916 WOODLAND POINT PL<br>FORT LAUDERDALE, FL 33319 | 158 | $152.64 | No supporting documentation. |
| LIBERTY MUTUAL GROUP<br>CUSTOMER ACCOUNTING SERVICES<br>100 LIBERTY WAY - P.O. BOX 1525<br>DOVER, NH 03820-1525 | 162 | $0.00 | No supporting documentation. |
| MANDEL, GARY & JANINE MANDEL JTWROS<br>281 OCEAN AVENUE<br>LAWRENCE, NY 11559-2010 | 239 | $5,000.00 | No supporting documentation. |
| MCGUIRE, PETER J JR<br>JACQUELINE L MCGUIRE<br>PO BOX 144<br>SKULL VALLEY, AZ 86338-0144 | 383 | $41,779.00 | No supporting documentation. |
| MCKINNEY, EDWARD<br>15 CR 459<br>CORINTH, MS 38834 | 102 | $1,930.50 | No supporting documentation. |

Point Blank Solutions, Inc., et al.  
Case No. 10-11255 (PJW)

Exhibit D  
Claims Without Supporting Documentation

First Omnibus Objection to Claims

| Claimant Name and Address | Claim Number | Claim Amount | Reason For Disallowance |
|---|---|---|---|
| MEYER, CHERYL K<br>WELLS FARGO BANK ROTH C/F<br>2815 EDDY LN<br>EAU CLAIRE, WI 54703-1207 | 376 | $9,213.00 | No supporting documentation. |
| MEYER, PAUL G<br>WELLS FARGO BANK ROTH C/F<br>2815 EDDY LN<br>EAU CLAIRE, WI 54703-1207 | 377 | $7,691.00 | No supporting documentation. |
| MORAN, ELIZABETH<br>1201 FURNACE RD<br>PITTSFORD, VT 05763-9342 | 166 | $0.00 | No supporting documentation. |
| MOYE, TIMOTHY W<br>2530 W MARKET ST<br>AKRON, OH 44313 | 453 | $9,740.80 | No supporting documentation. |
| MUNIZ, CARLOS M. - TTEE<br>CARLOS M MUNIZ LIVING TRUST<br>U/A 6/7/07<br>45 HANCOCK COMMONS<br>YAPHANK, NY 11980 | 358 | $0.00 | No supporting documentation. |
| NELSON, MARK S ROTH IRA<br>FCC AS CUSTODIAN<br>410 LOMOND LOOP<br>BAGLEY, MN 56621 | 464 | $5,577.16 | No supporting documentation. |
| NEUMEISTER, RICHARD<br>8111 FLOSS LANE<br>EAST AMHERST, NY 14051 | 349 | $0.00 | No supporting documentation. |
| NEUMEISTER, RICHARD<br>8111 FLOSS LANE<br>EAST AMHERST, NY 14051-0000 | 348 | $0.00 | No supporting documentation. |
| NORMAN, GARY G & MARIANNE<br>JT TEN<br>502 HERRERA CT<br>THE VILLAGES, FL 32159-9251 | 91 | $1,000.00 | No supporting documentation. |
| PATE IRRA, MR CHARLES J.<br>CUST FPO<br>FBO MR CHARLES J. PATE<br>10520 BARAGA ST<br>TAYLOR, MI 48180-3758 | 177 | $1,200.00 | No supporting documentation. |
| PATEL, JAYESH<br>451 LONDON BRIDGE RD<br>LAKE HAVASU CITY, AZ 86403-4642 | 195 | $1,629.19 | No supporting documentation. |
| PELMAR ENGINEERING LTD.<br>445 MIDWEST RD.<br>SUITE 8<br>TORONTO, ON M1P 4Y9<br>CANADA | 498 | $0.00 | No supporting documentation. |

Point Blank Solutions, Inc., et al.
Case No. 10-11255 (PJW)

Exhibit D
Claims Without Supporting Documentation

First Omnibus Objection to Claims

| Claimant Name and Address | Claim Number | Claim Amount | Reason For Disallowance |
|---|---|---|---|
| PERRY, PATRICIA J.<br>PTC CUST IRA ROLLOVER FBO<br>22330 LAKE DR. N.W.<br>PIERSON, MI 49339 | 476 | $4,059.00 | No supporting documentation. |
| PERRY, RUBY S<br>1920 ERREL DOWLEN ROAD<br>PLEASANT VIEW, TN 37146 | 115 | $4,500.00 | No supporting documentation. |
| R FOWLE & A FOWLE TTEE<br>THE FOWLE FAMILY TRUST<br>U/A DTD 01/27/2004<br>PO BOX 27<br>BROWNS VALLEY, CA 95918 | 478 | $1,525.00 | No supporting documentation. |
| RAND, JAY J<br>1068 BROOK AVE<br>BRONX, NY 10456-5204 | 103 | $6,000.00 | No supporting documentation. |
| REGES, AMY<br>4729 STATE ROUTE 414<br>BURDETT, NY 14818 | 145 | $2,619.99 | No supporting documentation. |
| RODGERS, PAUL LARRY<br>JANET DEDMAN ROGERS<br>5004 KNIGHTS CT<br>COLUMBIA, TN 38401-1204 | 117 | $7,000.00 | No supporting documentation. |
| RUSSELL, JAMES JR & CAROL EDITH RUSSELL<br>JT TEN WROS<br>358 N HICKORY ST<br>MASSAPEQUA, NY 11758-2733 | 356 | $2,650.00 | No supporting documentation. |
| SCHAER-LANGE, LINDA<br>20232 MURRAY HILL RD<br>BLOOMINGTON, IL 61705 | 88 | $1,447.00 | No supporting documentation. |
| SIDHU, SAMARPREET<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>669 FISHER CIR<br>FOLSOM, CA 95630 | 471 | $2,500.00 | No supporting documentation. |
| SIEVERSON, MARTIN PETER ROLLOVER IRA<br>TD AMERITRADE INC CUSTODIAN<br>12915 54TH AVE SE<br>EVERETT, WA 98208-9530 | 167 | $6,870.00 | No supporting documentation. |
| SIMMONS, HERBERT G & Elizabeth H TEN COM<br>TD AMERITRADE INC CUSTODIAN<br>9817 SHADOW WOOD DR<br>HOUSTON, TX 77080-7107 | 490 | $13,660.01 | No supporting documentation. |
| SINGH, LACHMAN<br>1777 SUNSET AVE<br>SANTA MONICA, CA 90405 | 235 | $110,458.25 | No supporting documentation. |

Point Blank Solutions, Inc., et al.  
Case No. 10-11255 (PJW)

Exhibit D  
Claims Without Supporting Documentation

First Omnibus Objection to Claims

| Claimant Name and Address | Claim Number | Claim Amount | Reason For Disallowance |
|---|---|---|---|
| TAYLOR, KEVIN DUANE<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>57 MEADOW BROOK FARM RD<br>BEAUFORT, SC 29907 | 129 | $2,828.95 | No supporting documentation. |
| TESCH, NORMAN RAY & SHERYL MARIE TESCH<br>JTWROS<br>14902 E BELLE TERRE AVE<br>VERADALE, WA 99037-8204 | 140 | $0.00 | No supporting documentation. |
| TRAYLOR, EDDIE K<br>DARLENE J TRAYLOR TTEE<br>E K & D J TRAYLOR JOINT REV TR<br>U/A 7/1/97, 3113 CASTELLANO WAY<br>CEDAR PARK, TX 78613-4353 | 380 | $0.00 | No supporting documentation. |
| TRUITT, JAMES F - TTEE<br>UNDER THE WILL OF CHARLOTTE C<br>FBO DOROTHY BURTON TRUITT<br>23 OLD BOXWOOD LANE<br>LUTHERVILLE, MD 21093-4751 | 308 | $5,373.90 | No supporting documentation. |
| TRUITT, JAMES F. JR<br>DOROTHY B TRUITT<br>TENANT BY ENTIRETY<br>23 OLD BOXWOOD LANE<br>LUTHERVILLE, MD 21093-4751 | 309 | $14,780.85 | No supporting documentation. |
| TRUITT, JAMES F. JR<br>NON-PURPOSE LOAN ACCOUNT<br>23 OLD BOXWOOD LANE<br>LUTHERVILLE, MD 21093-4751 | 307 | $44,442.02 | No supporting documentation. |
| VON BERNTHAL, HANS E TRUSTEE<br>HANS E VON BERNTHAL LIVING TRUST<br>U/A DTD 8/23/2000<br>6890 COMMERCE ROAD<br>ORCHARD LAKE, MI 48324 | 219 | $0.00 | No supporting documentation. |
| VON BERNTHAL, HANS IRA<br>OPPENHEIMER & CO INC CUSTODIAN<br>6890 COMMERCE RD<br>ORCHARD LAKE, MI 48324 | 220 | $0.00 | No supporting documentation. |
| WATTIER, JERRY L<br>SIMPLE IRA-PERSHING LLC CUST<br>321 W 4TH ST<br>PIERRE, SD 57501-1625 | 90 | $50.00 | No supporting documentation. |
| WEBB, VIRGIL R., JR & PATSY J. WEBB<br>1742 CR 1002<br>GREENVILLE, TX 75401 | 133 | $9,869.58 | No supporting documentation. |