IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: March 3, 2011 at 4:00 p.m. prevailing Eastern Time**
**Hearing Date: March 10, 2011 at 3:00 p.m. prevailing Eastern Time**

## NOTICE OF DEBTORS' SECOND (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO THE CLASSIFICATION OF FILED PROOFS OF CLAIM PURSUANT TO 11 U.S.C. § 502(b), FEDERAL RULES OF BANKRUPTCY PROCEDURE 3007 AND 9014, AND LOCAL RULE OF BANKRUPTCY PROCEDURE 3007-1

TO:    (i) the Office of the United States Trustee; (ii) the Debtors' prepetition and postpetition secured lenders; (iii) counsel for the Official Committee of Unsecured Creditors; (iv) counsel for the Official Committee of Equity Holders; (v) parties requesting notice under Bankruptcy Rule 2002; and (vi) all parties listed on Exhibit A to the proposed form of order attached hereto.

On January 25, 2011, the above-captioned debtors and debtors in possession

(collectively, the "Debtors") filed the attached Second (Non-Substantive) Omnibus Objection to

the Classification of Filed Proofs of Claim Pursuant to 11 U.S.C. § 502(b), Federal Rules of

Bankruptcy Procedure 3007 and 9014, and Local Rule of Bankruptcy Procedure 3007-1 (the

"Second Omnibus Objection") with the United States Bankruptcy Court for the District of

Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"),

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

which seeks an order reducing and/or disallowing certain claims, as more fully described in the Second Omnibus Objection and the exhibit thereto.

You are required to file a response to the Second Omnibus Claims Objection on or before **March 3, 2011 at 4:00 p.m. prevailing Eastern Time**. At the same time, you must also serve a copy of the response or objection upon the Debtors' attorneys at the addresses listed below so that it is **received** by **4:00 p.m. on March 3, 2011.**

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor,
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Attn: Laura Davis Jones, Esq.
        Timothy P. Cairns, Esq.
        Peter J. Keane, Esq.

Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Attn: Joshua M. Fried, Esq.

IN THE EVENT THAT OBJECTIONS OR RESPONSES TO THE SECOND OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED, A HEARING SHALL BE HELD BEFORE THE HONORABLE PETER J. WALSH, AT THE UNITED STATES BANKRUPTCY COURT, LOCATED AT 824 MARKET STREET, SIXTH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801 ON **MARCH 10, 2011 AT 3:00 P.M. PREVAILING EASTERN TIME**.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE SECOND OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 25, 2011

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         jfried@pszjlaw.com
         tcairns@pszjlaw.com
         pkeane@pszjlaw.com

Counsel for the Debtors and Debtors in Possession