IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**DECLARATION OF T. SCOTT AVILA IN SUPPORT OF DEBTORS' SECOND (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO THE CLASSIFICATION OF FILED PROOFS OF CLAIM PURSUANT TO 11 U.S.C. § 502(b) FEDERAL RULES OF BANKRUPTCY PROCEDURE 3007 AND 9014, AND LOCAL RULE OF BANKRUPTCY PROCEDURE 3007-1**

I, T. Scott Avila, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am the Chief Restructuring Officer of each of the Debtors. I am also currently a managing partner of CRG Partners Group, LLC, the restructuring advisors to the Debtors.

2. I submit this declaration (the "Declaration") in support of the Second Omnibus Objection to Claims (the "Second Omnibus Claims Objection").

3. I am responsible for overseeing the claims review and objection process in these cases. In that capacity, I have reviewed the Second Omnibus Claims Objection and am, directly or through the Debtors' personnel, attorneys, and Claims Agent, familiar with the information contained therein and in the exhibits annexed thereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

4. Upon information and belief, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and respective amounts owed to their creditors.

5. To date, approximately 540 proofs of claim have been filed against the Debtors in these cases.

6. Under my supervision, considerable resources and time have been expended to ensure a high level of diligence in reviewing and reconciling the proofs of claim filed in these cases. These claims were carefully reviewed and analyzed by appropriate personnel, and, in some cases, the Debtors' professional advisors, resulting in the identification of the Equity Interest Claims, which are the subject of the Second Omnibus Claims Objection.

7. Based upon that review, the "Reason for Modification" set forth in Exhibit A are true and correct to the best of my knowledge and are incorporated herein by this reference.

8. The Debtors object to the Equity Interest Claims set forth in Exhibit A to the Second Omnibus Claims Objection because each of these claims is based upon the ownership of stock in the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2011

By: T. Scott Avila
Title: Chief Restructuring Officer