IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., et al.[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Response Deadline: March 3, 2011 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: March 10, 2011 at 3:00 p.m. (prevailing Eastern time)

**NOTICE OF DEBTORS' (I) OBJECTION TO THE CLAIMS FILED BY WAYNE KOLBECK FOR (A) $3 BILLION ON ACCOUNT OF THE DEBTORS' ALLEGED VIOLATIONS OF THE FALSE CLAIMS ACT, COMMON LAW FRAUD, MISTAKE, UNJUST ENRICHMENT AND BREACH OF CONTRACT [CLAIM NO. 462]; AND (B) $743,785.30 ON ACCOUNT OF THE DEBTORS' WRONGFUL TERMINATION OF KOLBECK IN PURSUING POSSIBLE FALSE CLAIMS ACT VIOLATIONS, AND (II) REQUEST FOR ATTORNEYS FEES AND EXPENSES TO BE AWARDED AGAINST KOLBECK PURSUANT TO SECTION 3730(D)(4) OF THE FALSE CLAIMS ACT**

PLEASE TAKE NOTICE that on January 25, 2011, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Debtors' (I) Objection to the Claims Filed by Wayne Kolbeck for (A) $3 Billion on Account of the Debtors' Alleged Violations of the False Claims Act, Common Law Fraud, Mistake, Unjust Enrichment and Breach of Contract [Claim No. 462]; And (B) $743,785.30 on Account of the Debtors' Wrongful Termination of Kolbeck in Pursuing Possible False Claims Act Violations, And (II) Request for Attorneys Fees and Expenses to be Awarded Against Kolbeck Pursuant to Section 3730(D)(4) of the False Claims Act* (the "Objection") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Objection must be filed with the Bankruptcy Court on or before **March 3, 2011 at 4:00 p.m. (prevailing Eastern Time.)**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esquire, Fax: (302) 652-4400; (ii) counsel to the DIP Lenders (a) for Lonestar Capital – Akin Gump Strauss Hauer & Feld LLP, 2029 Century Park East, Suite 2400, Los Angeles, CA 90067, Attn: David P. Simonds, Esquire, Fax: 310-229-1001; and Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, P.O. Box 1709, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esquire, Fax: 302-656-8865; (b) for Privet Opportunity – Reed Smith LLP, 599 Lexington Avenue, 22nd Floor New York, NY 10022, Attn: Edward J. Estrada, Esquire, Fax: 212-521-5450, and Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801, Attn: Kurt F. Gwynne, Esquire, Fax: 302-778-7575; and (c) Prescott Group Capital Management, – Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19899, Attn: Ricardo Palacio, Esquire Fax: 302-654-2067; (iii) counsel to the Official Committee of Unsecured Creditors appointed in these cases: Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Robert M. Hirsh, Esquire, Fax: (212) 484-3990; and The Rosner Law Group LLC, 1000 N. West Street, Suite 1200, Wilmington, Delaware 19801, Attn: Frederick B. Rosner, Esquire, Email: rosner@teamrosner.com; (iv) counsel to the Official Committee of Equity Security Holders in these cases: The Bayard Firm, 222 Delaware Avenue, Suite 900, Wilmington, Delaware 19801, Attn: Neil Glassman,

Esquire, Fax: (302) 658-6395; and Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022, Attn: Joseph T. Moldovan, Esquire, Fax: 212-735-8708; and (v) the U.S. Trustee: Jane Leamy, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801.

THE HEARING ON THE OBJECTION WILL BE HELD BEFORE THE HONORABLE PETER J. WALSH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM 2, WILMINGTON, DELAWARE 19801, ON **MARCH 10, 2011, AT 3:00 P.M. PREVAILING EASTERN TIME.** IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE.

Dated: January 25, 2011

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
David Bertenthal (CA Bar No. 167624)
Curtis A. Hehn (Bar No. 4264)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
akornfeld@pszjlaw.com
dbertenthal@pszjlaw.com
chehn@pszjlaw.com
tcairns@pszjlaw.com

Counsel to the Debtors