# EXHIBIT B



Mr. Wayne Kolbeck                                          April 3, 2009
Quality Manager
Deerfield Facility
Point Blank Body Armor, Inc

Mr. Kolbeck,

   This memorandum informs you that your employment with Point Blank Solutions, Inc. is terminated effective April 3, 2009.

   Point Blank Solutions, Inc. and its subsidiaries are professionally run enterprises serving valued customers courteously and professionally. We view the company's business future positively and feel that your views are divergent from ours. During a meeting with the Prison Industry, you had an emotional outburst which caused the company considerable concern. In fact, management felt so strongly about the incident, it invited the Prison visitors back to offer an official apology. In August 2008, while members of the new board of directors were touring the Deerfield Facility, you again had an uncontrollable outburst. This event caused one of the members on the tour to comment on your unprofessionalism. On March 27, 2009, in the presence of visiting customers from PM Soldier Survivability and the Defense Contracting Management Agency you displayed personal traits that were simultaneously discourteous, disruptive and irresponsible. This conduct occurred after I spoke with you on March 25, 2009 and instructed you not to become agitated or irate. At that time, you agreed to temper your responses and to be constructive and non-confrontational. Your unprofessional behavior reflects negatively on this company and will not be tolerated. .

   Human Resources and I stand ready to assist you in this transition, (954) 630-0900.

E. Pearson
Vice President, Standards and Compliance
Point Blank Solutions, Inc.

Nationwide  800-413-5155
Phone       954-630-0900
Fax         954-630-9225

2102 SW 2ⁿᵈ Street • Pompano Beach, FL  33069 • www.pointblanksolutionsinc.com