# EXHIBIT C

FILED 

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

2009 DEC 18  A 11: 25

ALEXANDRIA DIVISION

CLERK US. ................ .
ALEXANDRIA, VIRGINIA

UNITED STATES ex rel. Kolbeck,    )
                                  )
             Plaintiff,           )  Civil No. 1:08cv1187-TSE/IDD
                                  )
        v.                        )
                                  )  UNSEALED 1/9/10
POINT BLACK SOLUTIONS, INC.,      )  ~~FILED EX PARTE AND UNDER~~
et al.,                           )  ~~SEAL PURSUANT TO 31 U.S.C.~~
                                  )  ~~SECTION 3729(b)~~
             Defendants.          )

NOTICE OF THE UNITED STATES THAT IT IS
NOT INTERVENING AT THIS TIME

In its Order of September 24, 2009, the Court directed that the government was to make its intervention decision by December 18, 2009, and that no further extension of time would be granted.

As of December 18, 2009, the government has not been able to make its decision whether or not to intervene and proceed with the action. Accordingly, the government notifies the Court that it is not intervening at this time. The government will continue its investigation.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States upon notice that the United States is not intervening, providing however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting. Id. Therefore, the United States requests that should either the relator or any defendant propose that this action be dismissed,

-3-

settled, or otherwise discontinued, this Court solicit the
written consent of the United States before ruling or granting
its approval.

Pursuant to 31 U.S.C. § 3730(c)(3), the United States
requests that all pleadings filed in this action be served upon
it, and further requests that orders issued in this matter be
sent by the Court to counsel for the government.  The United
States reserves its right to order any deposition transcripts and
to intervene in this action, for good cause, at a later date.
The United States also requests that it be served with all
notices of appeal pursuant to 31 U.S.C. § 3730(c)(3).

Finally, the government requests that the relator's
Complaint, Amended Complaint, this Notice and the attached
proposed Order be unsealed.  The United States requests that all
other papers on file in this action remain under seal because in
such papers information is provided to the Court for the sole
purpose of evaluating whether the time for making an election
should be extended.

A proposed Order accompanies this Notice

-4-

Dated: December 18, 2009

                    Respectfully submitted,

                    TONY WEST
                    Assistant Attorney General
                    Civil Division

                    Neil H. MacBride
                    United States Attorney


                    _____
                    Joyce R. Branda
                    Michael Granston
                    Art Coulter
                    U.S. Department of Justice
                    Civil Division
                    Counsel for the United States
                    Post Office Box 261
                    Ben Franklin Station
                    Washington, DC  20044
                    Tel:  (202) 307-0264
                    Fax:  (202) 514-0280
                    Art.Coulter@usdoj.gov


          By:       _____
                    Gerard Mene
                    Assistant U.S. Attorney
                    Counsel for the United States
                    2100 Jamieson Ave
                    Alexandria, VA 22314
                    Tel:  (703) 299-3777
                    Fax:  (703) 299-3983
                    Gerard.Mene@usdoj.gov