**EXHIBIT D**



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES *ex rel.* Kolbeck, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POINT BLANK SOLUTION, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:08-cv-01187 (TSE/IDD) |

### ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion Seeking Ninety Extra Days Within Which to Serve Summons Due to Substitution of Counsel [16] is **GRANTED IN PART and DENIED IN PART**. Inasmuch as Plaintiff requests an extension, the Motion is **GRANTED**, and inasmuch as Plaintiff requests a ninety day extension, the Motion is **DENIED**; it is further

**ORDERED** that Plaintiff shall have an additional sixty days from May 7, 2010 to serve a copy of the Complaint and Summons on Defendants; and it is further

**ORDERED** that service of process must be completed by Tuesday, July 6, 2010.

The Clerk is directed to forward copies of this Order to counsel of record.

ENTERED this 2nd day of April, 2010.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia