# EXHIBIT G

September 23, 2010



Judge T. S. Ellis, III
Senior Judge
Federal Court for the Eastern District of Virginia
Albert V. Bryan U. S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Ellis:   **Civil Action No. 1:08cv1187**

    Sir, in the above-referenced case, you have indicated that if I do not present new counsel by 5:00 P. M. on Monday, September 27, 2010, you will summarily dismiss the case. I ask that you do not take this action as we are moving forward with this case. We have filed a claim against Point Blank Solutions, Inc. in the bankruptcy court (see accompanying document), and my bankruptcy attorneys are attempting to combine this proceeding with the overall qui tam case.

    As the bankruptcy case unfolds, new evidence of the fraud is coming to light and this, combined with my efforts to bring a new counsel on board, argue for a stronger case against the defendant. The DOJ has declined to intervene due to representations by the DOD Acquisition personnel that the issues in the case are "not material." However, documents being presented to the bankruptcy court show that the DOD relied on the very traceability to recall vests that they are claiming were not important. As a whistleblower, I am frustrated that the Government would choose to cover up this fraud rather than honestly and thoroughly investigate my claims, however, I ask that you intervene to continue this case because of the safety issue and the fact that our troops were exposed to deadly consequences of this fraud. I will secure proper new counsel but I need to show potential counsel the new evidence that significantly strengthens my case.

Respectfully,

*Wayne B. Kolbeck*

Wayne B. Kolbeck
8882 Georgetown Lane
Boynton Beach, FL 33472-2531



P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

\*\*\*\* PBS CLMLTR (MERGE2,TXNUM2) 4000001672 \*\*\*\*
KOLBECK, WAYNE
8882 GERGETOWN LANE
BOYTON BEACH, FL 33437

August 24, 2010

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the POINT BLANK SOLUTIONS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/PBS. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | POINT BLANK SOLUTIONS, INC. |
| Case Number: | 10-11255 |
| Creditor: | KOLBECK, WAYNE |
| Date Received: | 08/13/2010 |
| Claim Number: | 462 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, access codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.**

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**



P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**** PBS CLMLTR (MERGE2,TXNUM2) 4000001662 ****
KOLBECK, WAYNE
8882 GEORGETOWN LANE
BOYNTON BEACH, FL 33472

August 24, 2010

# ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the POINT BLANK SOLUTIONS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/PBS. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | POINT BLANK SOLUTIONS, INC. |
| Case Number: | 10-11255 |
| Creditor: | KOLBECK, WAYNE |
| Date Received: | 08/13/2010 |
| Claim Number: | 452 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, access codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.**

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

EPIQ BANKRUPTCY SOLUTIONS, LLC