IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Curtis A. Hehn, hereby certify that on the 25th day of January 2011, I caused a copy of the following document to be served on the individuals on the attached service list(s) in the manner indicated:

- Notice of Debtors' (I) Objection to the Claims Filed by Wayne Kolbeck for (A) $3 Billion on Account of the Debtors' Alleged Violations of the False Claims Act, Common Law Fraud, Mistake, Unjust Enrichment and Breach of Contract [Claim No. 462]; And (B) $743,785.30 on Account of the Debtors' Wrongful Termination of Kolbeck in Pursuing Possible False Claims Act Violations, And (II) Request for Attorneys Fees and Expenses to be Awarded Against Kolbeck Pursuant to Section 3730(D)(4) of the False Claims Act; and

- Debtors' (I) Objection to the Claims Filed by Wayne Kolbeck for (A) $3 Billion on Account of the Debtors' Alleged Violations of the False Claims Act, Common Law Fraud, Mistake, Unjust Enrichment and Breach of Contract [Claim No. 462]; And (B) $743,785.30 on Account of the Debtors' Wrongful Termination of Kolbeck in Pursuing Possible False Claims Act Violations, And (II) Request for Attorneys Fees and Expenses to be Awarded Against Kolbeck Pursuant to Section 3730(D)(4) of the False Claims Act.

/s/ Curtis A. Hehn
Curtis A. Hehn (Bar No. 4264)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

Point Blank Solutions, Inc. **Special
Service List re Objection to Kolbeck Claim**
Case No. 10-11255 (PJW)
Document No. 167247
03 – First Class Mail

**First Class Mail**
Wayne B. Kolbeck
8882 Georgetown Lane
Boynton Beach, FL 33472-2531

**First Class Mail**
Bruce J. Klores Esquire
Bruce J. Klores & Associates, P.C.
1735 20th Street, N.W.
Washington, D.C. 20009

**First Class Mail**
Peter S. Hyun, Esquire
Assistant United States Attorney
Justin W. Williams U.S. Attorney Building
2100 Jamieson Avenue
Alexandria, VA 22314

**Point Blank Solutions, Inc. 2002**
**First Class Mail Service**
Case No. 10-11255 (PJW)
Document No. 158960
01 – Inter office
13 – Hand Delivery
33 – First Class Mail


Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Interoffice Delivery (SF Office)**
Pachulski Stang Ziehl & Jones LLP
David M. Bertenthal, Esquire
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Hand Delivery**
(United States Trustee)
Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Steel Partners)
Steven M. Yoder, Esquire
Potter, Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19899

**Hand Delivery**
(Counsel for DuPont)
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Unsecured Creditors Committee)
Frederick B. Rosner, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, Delaware 19801

**Hand Delivery**
(Counsel to Equity Committee)
Neil B. Glassman, Esquire
Justin R. Alberto, Esquire
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**Hand Delivery**
(Counsel to CIVF-FL2W01)
Carl N. Kunz, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to David H. Brooks)
L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

**Hand Delivery**
(Counsel to D. David Cohen)
Johnna M. Darby, Esquire
The Darby Law Firm LLC
515 N. Market Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Lead Plaintiffs and the Class)
Christopher P. Simon, Esquire
Kevin S. Mann, Esquire
Cross & Simon LLC
P.O. Box 1380
913 North Market Street, 11th Floor
Wilmington, DE 19899-1380

**Hand Delivery**
(Counsel to Privet Opportunity)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Lonestar Capital)
David B. Stratton, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709

**Hand Delivery**
(Counsel to Prescott Group)
Ricardo Palacio, Esquire
Karen B. Skomorucha, Esquire
Asby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
George S. Canellos
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
(Counsel to Unsecured Creditors Committee)
Robert M. Hirsh, Esquire
Heike M. Vogel, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019

**First Class Mail**
(Counsel to Steel Partners)
Donald E. Rothman
Riemer & Braunstein LLP
3 Center Plaza
Boston, Massachusetts 02108

**First Class Mail**
(Counsel to Dupont)
Vincent J. Marriott, III
Ballard Spahr LLP
1735 Market Street, 51st Flr.
Philadelphia, PA 19103

**First Class Mail**
(Counsel for D. David Cohen)
Aaron R. Cahn, Esquire
Gary D. Sesser, Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005-2072

**First Class Mail**
(Counsel for US Dept of Justice)
Matthey J. Troy, Esquire
U.S. Dept of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

**First Class Mail**
(Counsel for Duro Textiles, LLC)
Jennifer V. Doran, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

**First Class Mail**
(Counsel to Aon Consulting)
Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

**First Class Mail**
(Counsel tw telecom inc.)
Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124

**First Class Mail**
(Counsel to Iron Mountain Information)
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**First Class Mail**
(Counsel to G Squared Consulting)
R. David Sobel, Esquire/
Altfeld & Battaile P.C.
250 North Meyer Avenue
Tucson, AZ 85701

**First Class Mail**
(Counsel to Equity Committee)
Michael R. Dal Lago, Esquire
Joseph T. Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

**First Class Mail**
(Counsel to Lincoln Fabrics Inc.)
Richard L. Weisz, Esquire)
Hodgson Russ LLP
677 Broadway, Suite 301
Albany, NY 12207

**First Class Mail**
(Counsel to David H. Brooks)
Jerome Gotkin, Esquire
Mintz Levin Cohn Ferris Glovsky and
Popeo, P.C.
666 Third Avenue
New York, NY 10017

**First Class Mail**
(Counsel to Oracle)
Shawn M. Christianson, Esquire
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

**First Class Mail**
(Creditor)
Fernando Casamayor, Tax Collector
Miami Dade Bankruptcy Unit
140 West Flagler Street
Suite 1403
Miami, FL  33130-1575

**First Class Mail**
Laura L. McCloud
Tennessee Dept of Revenue
c/o TN Atty General Office
Bankruptcy Division
P. O. Box 20207
Nashville, TN  37202-0207

**First Class Mail**
(Counsel to Lead Plaintiffs RS Holdings)
Michael S. Etkin, Esquire
Jeffrey Kramer, Esquire
Nicole Stefanelli, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

**First Class Mail**
(Counsel to Lead Plaintiffs RS Holdings)
Samuel H. Rudman, Esquire
Robbins Geller Rudman & Dowd LLP
58 south River Road, Suite 200
Melville, NY  11747

**First Class Mail**
(Counsel to Lead Plaintiffs RS Holdings)
Ira A. Schochet, Esquire
Nicole Zeiss, Esquire
Labaton Sucharow, LLP
140 Broadway
New York, NY  10005

**First Class Mail**
(Counsel to Privet Opportunity)
Edward J. Estrada, Esquire
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY  10022

**First Class Mail**
(Counsel to Microsoft Corporation)
Joseph E. Shickich, Jr.
Hillary Bramwell Mohr
Ridddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA  98154

**First Class Mail**
(Counsel to Lonestar Capital)
David P. Simonds, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Centruy Park East, Suite 2400
Los Angeles, CA  90067

**First Class Mail**
(Counsel to Lonestar Capital)
Michael P. Cooley, Esquire
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Stuie 4100
Dallas, TX  75201-4675

**First Class Mail**
(Counsel to Broward County)
Government Building
Jeffrey J. Newton, County Attorney
115 South Andrews Avenue
Fort Lauderdale, FL  33301

**First Class Mail**
(Counsel to Former Directors of DHB)
Mary K. Dulka, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

(Holder of Equity Interest)
Rodney D. McFadden
7833 Fairway Road
Woodway, TX  76712