# EXHIBIT C

# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) Case No. 10-11255 (PJW) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF VOTING STATUS WITH RESPECT TO
## IMPAIRED CLASSES ENTITLED TO VOTE ON THE PLAN[2]

TO:   ALL HOLDERS OF CLAIMS AND INTERESTS IN CLASSES 1, 3, 4, 5, 6 AND 7

1.   On _____, 2011, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its *Order Granting Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Joint Chapter 11 Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; (E) Approving Subscription Form for Purposes of the Rights Offering and Related Procedures In Connection Therewith; and (F) Approving Form and Manner of Notice* (the "Solicitation Order"). The Solicitation Order approved the *Disclosure Statement Regarding Joint Chapter 11 Plan Of Reorganization* (the "Disclosure Statement"), as containing adequate information required under section 1125(a) of the Bankruptcy Code, and authorized the Debtors to solicit acceptances of the *Joint Chapter 11 Plan of Reorganization* dated _____, 2011 (the "Plan").

2.   In accordance with the terms of the Plan and the Bankruptcy Code, holders of Claims or Interests in Classes 1, 3, 4, 5, 6 and 7 are Impaired and entitled to vote on the Plan. You have been sent this notice because you have been identified as a holder of a Claim or Interest in Classes 1, 3, 4, 5, 6 and/or 7. This notice is being provided to you as part of the Solicitation Package, which also includes the Plan, the Disclosure Statement, a Ballot and instructions for voting on the Plan. If you have any questions regarding the status of your Claim or Interest or wish to obtain additional information, you may contact Epiq Bankruptcy Solutions, LLC, at Point Blank Solutions Ballot Processing, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or by telephone at (646) 282-2400.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms not defined herein shall have the same meaning as ascribed in the Plan.

Dated: _____ __, 2011  PACHULSKI STANG ZIEHL & JONES LLP

/s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)
David Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
jfried@pszjlaw.com
tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession