# EXHIBIT E

The Official Committee of Unsecured Creditors
of Point Blank Solutions, Inc., *et al.*
c/o Arent Fox LLP
1675 Broadway, New York, NY 10019

January __, 2011

# RECOMMENDATION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR CREDITORS TO VOTE IN FAVOR OF JOINT PLAN OF REORGANIZATION

To the unsecured creditors of Point Blank Solutions, Inc., *et al.*[1]:

The Official Committee of Unsecured Creditors (the "Creditors' Committee") of Point Blank Solutions, Inc., *et al.* (the "Debtors") writes this letter to unsecured creditors in connection with their consideration of whether to vote in favor of the *Joint Chapter 11 Plan of Reorganization* filed on January 10, 2011 (the "Plan").[2] The Plan is proposed by each of the Debtors, the Creditors' Committee, the Equity Committee[3] and the Debtors' existing DIP Lenders (collectively, the "Plan Proponents"), and represents the culmination of extensive negotiations among all the Plan Proponents. **As a Plan Proponent, the Creditors' Committee supports the Plan and urges all unsecured creditors to vote in favor of the Plan.**[4]

On April 14, 2010, the Debtors filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). On April 26, 2010, the United States Trustee appointed the Creditors' Committee to protect and advocate for the rights of unsecured creditors in these cases. The members of the Creditors' Committee have devoted countless hours of their own time to protect the rights of all unsecured creditors. The Creditors' Committee has retained the law firm of Arent Fox LLP as lead bankruptcy counsel, The Rosner Law Group LLC as co-counsel, and CBIZ MHM LLC as financial advisors. On January 10, 2011, the Plan Proponents filed the Disclosure Statement (the "Disclosure Statement") and the proposed Plan.

The Plan is a plan of reorganization for each of the Debtors. The Plan is structured around three key components: (i) the Inter-Debtor Compromise, which constitutes a global settlement of all claims, causes of action and other disputes between the Debtors; (ii) the Recovery Trust established to liquidate certain assets and distribute proceeds for the benefit of unsecured

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan.

[3] The Official Committee of Equity Holders (the "Equity Committee") was appointed by the United States Trustee on July 27, 2010.

[4] Although the Creditors' Committee supports the Plan, this letter does not necessarily reflect the views of any individual Creditors' Committee member, each of whom reserves any and all of its rights.

NYC/563080.3

creditors and certain other beneficiaries named in the Plan; and (iii) the Rights Offering /direct subscription (the "Rights Offering") intended to fund the Plan through the issuance and sale of shares of New Common Stock in the Reorganized Parent to eligible holders of Allowed Unsecured Claims and Allowed Old Equity Interests. The Rights Offering is backstopped by the Debtors' existing DIP Lenders.

The Inter-Debtor Compromise resolves certain existing and potential disputes regarding the value and disposition of intercompany claims, the valuation of the individual Debtor's Estates, the individual Debtor's respective ownership interest in potentially valuable lawsuits, the susceptibility of two or more Debtors' Estates to substantive consolidation and the consideration if any, that should be paid by the Parent to retain its existing interests in the Debtor subsidiaries.

The Plan contains a description of the assets of the Debtors (including but not limited to valuable Causes of Action) that will be transferred to the Recovery Trust to be liquidated by the appointed Recovery Trustee and distributed to holders of Allowed General Unsecured Claims and other Creditors and Interest holders. On the Effective Date, the Reorganized Debtors will fund the Recovery Trust with a cash payment of $1,000,000 for expenses in connection with the liquidation of the assets in the Recovery Trust. Proceeds from the assets will be allocated twenty percent (20%) to the Reorganized Debtors and eighty percent (80%) to the Recovery Trust. Unsecured creditors will be placed in Class 4 ("General Unsecured Claims") under the Plan and will be issued a Class 4 Trust Interest in the Recovery Trust for every $1.00 of such holder's Allowed Class 4 Claim. Holders of General Unsecured Claims will receive a pro rata distribution based on the number of their Class 4 Interests in the Recovery Trust in accordance with the waterfall described in Section 8.5 of the Plan.

In addition, pursuant to the Rights Offering, holders of General Unsecured Claims deemed to be Eligible Creditors, as further defined in the Plan, will receive the right, but not the obligation, to subscribe for and purchase a portion of the New Common Stock in the Reorganized Parent as described in Section 6.3 of the Plan. In addition to cash on hand and an exit facility if one is needed, the Debtors will issue and sell shares of New Common Stock in the Reorganized Parent in a minimum amount of $15,000,000 and up to a maximum of $25,000,000.

Holders of General Unsecured Claims are treated as impaired under the Plan and are entitled to vote to accept or reject the Plan. It is the opinion of the Creditors' Committee that the Plan's treatment of Class 4 is fair, reasonable, and beneficial to unsecured creditors.

Under the current facts and circumstances, the Creditors' Committee believes that the Plan is in the best interests of the Debtors' unsecured creditors. The Creditors' Committee believes that the expected recoveries to unsecured creditors under the Plan represent a fair and equitable outcome and that the Plan deserves your support.

The Creditors' Committee also believes that other alternatives would involve significant risk, delay and uncertainty, as well as additional administrative or other costs. Specifically, the Creditors' Committee believes that the recovery pursuant to the Plan is more than the recovery such holders would realize upon liquidation of these assets under chapter 7 of the Bankruptcy Code.

Accordingly, the Creditors' Committee recommends that all unsecured creditors vote in favor of the Plan by indicating your acceptance of the Plan on the ballot you will receive from the Debtors, which must be received by March 21, 2011 by the Claims Agent Epiq Bankruptcy Solutions LLC.

Of course, before you cast your ballot, you should review the enclosed Plan, the Disclosure Statement and the exhibits to the Disclosure Statement in their entirety and you may want to consult your own legal and financial professionals.

Your vote to accept the Plan is crucial, no matter how large or small your claim may be.

If you have any questions regarding voting procedures or otherwise, please contact counsel to the Debtors, Laura Davis Jones at (302) 652-4100 or counsel to the Committee, Robert M. Hirsh at (212) 484-3900.

                Very truly yours,

                The Official Committee of Unsecured Creditors of
                Point Blank Solutions Inc., *et al.*

**Members of the Official Committee of Unsecured Creditors**

General Larry Ellis, SMX Services and Consulting Inc., and Bethel Industries Inc.

**YOU ARE URGED TO CAREFULLY READ THE DISCLOSURE STATEMENT, AND PLAN. THE DESCRIPTION OF THE PLAN IN THIS LETTER IS INTENDED TO BE A SUMMARY ONLY.**

**THIS COMMUNICATION DOES NOT CONSTITUTE, AND SHALL NOT BE CONSTRUED AS, A SOLICITATION BY ANY INDIVIDUAL MEMBER OF THE COMMITTEE.**