# EXHIBIT F

# Summary of Terms
# Rights Offering and Direct Subscription

The following is a summary of the revised terms of the Rights Offering and related direct subscription, which will be reflected in an amended Plan to be filed prior to the hearing on the Disclosure Statement. This is intended as a summary of the principal economic terms only, and remains subject to final documentation and incorporation into the amended Plan. Capitalized terms used but not defined herein have the meanings assigned to them in the Plan.

### Creditor Rights Offering

| | |
|---|---|
| Eligibility | Each holder of an Allowed Class 4 General Unsecured Claim that is an Eligible Creditor. To participate, an Eligible Creditor must qualify as an "accredited investor" within the meaning of Regulation D of the Securities Act and meet certain other criteria as described in the Plan. |
| Share Allocation | 40% of total shares of New Common Stock. <br><br> For a total equity offering of $15,000,000, the Creditor Rights Offering will be for $6,000,000. For a total equity offering of $25,000,000, the Creditor Rights Offering will be $10,000,000. |
| Slots Available | Limited to 300 subscribers (determined according to size of subscription). Up to 200 slots from Creditor Rights Offering may be reallocated to Equity Rights Offering if unused by Eligible Creditors. <br><br> Total *pro forma* equity holders of Reorganized Parent as of the Effective Date will be limited to 400 (exclusive of Lonestar, Privet and Prescott and their respective affiliates). |
| Subscription | Each such Eligible Creditor shall receive Creditor Rights that will grant such holder the right, but not the obligation, to subscribe for and purchase, at the Subscription Price, a portion of the New Common Stock, up to such Eligible Creditor's Creditor Rights Offering Pro Rata Share of New Common Stock; *provided*, that (A) an Eligible Creditor must subscribe for at least $35,000 of New Common Stock, and (B) if an Eligible Creditor's pro rata share of the total Rights Participation Amount for Allowed Class 4 General Unsecured Claims entitles such Eligible Creditor to less than $35,000 of New Common Stock, then such Eligible Creditor must exercise all its Creditor Rights in order to subscribe for and purchase New Common Stock. <br><br> Subscription amounts are calculated based on the maximum Creditor Rights Offering amount of $10,000,000, notwithstanding that the Creditor |

|                      | Rights Offering is assumed to be in the amount of $6,000,000, and will not be increased except with the consent of the Backstop Purchasers. If the Creditor Rights Offering is ultimately consummated in an amount less than the maximum, the different in purchase price will be refunded. |
|----------------------|---|
| Oversubscription     | n/a |
| Backstop             | In the event that the sum of all subscriptions does not equal or exceed the Creditor Rights Offering amount, Lonestar will purchase all unsubscribed shares in the Creditor Rights Offering. |

## Equity Rights Offering

| | |
|---|---|
| Eligibility | Each holder of Class 7 Old Equity Interests that is an Eligible Equity Holder; *provided*, that Privet and Prescott will not participate in the Equity Rights Offering. To participate, an Eligible Equity Holder must qualify as an "accredited investor" within the meaning of Regulation D of the Securities Act and meet certain other criteria as described in the Plan. |
| Share Allocation | 17.71% of total shares of New Common Stock.<br><br>For a total equity offering of $15,000,000, the Equity Rights Offering will be for $2,656,500. For a total equity offering of $25,000,000, the Equity Rights Offering will be for $4,427,500. |
| Slots Available | Limited to 100 subscribers (determined according to size of subscription). Up to 200 slots from Creditor Rights Offering may be reallocated to Equity Rights Offering if unused by Eligible Creditors.<br><br>Total *pro forma* equity holders of Reorganized Parent as of the Effective Date will be limited to 400 (exclusive of Lonestar, Privet and Prescott and their respective affiliates). |
| Initial Subscription | Each such holder shall receive Equity Rights that will grant such holder the right, but not the obligation, to subscribe for and purchase, at the Subscription Price, a portion of the New Common Stock that is not less than the minimum amount and not more than the maximum amount set forth below:<br><br>Minimum Amount: $35,000<br><br>Maximum Amount: An amount equal to the lesser of (i) 2.0 times such Eligible Holder's pro rata share of New Common Stock being issued in the Equity Rights Offering and (ii) 20% of the aggregate Equity Rights Offering. For purposes of this calculation, an Eligible Holder's pro rata share is calculated as follows: |

$$\frac{\text{Such Eligible Equity Holder's Old Equity Interests}}{\substack{\text{Total Old Equity Interests held by} \\ \text{all Eligible Equity Holders} \\ \text{(excluding Privet and Prescott)}}} \quad X \quad \$4{,}427{,}500$$

For illustrative purposes, the upper limit to the Maximum Amount in a $15,000,000 total equity offering would be $531,300. The upper limit to the Maximum Amount in a $25,000,000 total equity offering would be $885,500.

Subscription amounts are calculated based on the maximum Equity Rights Offering amount of $4,427,500, notwithstanding that the Equity Rights Offering is assumed to be in the amount of $2,656,500, and will not be increased except with the consent of the Backstop Purchasers. If the Equity Rights Offering is ultimately consummated in an amount less than the maximum, the difference in purchase price will be refunded.

Shares of affiliated entities will be aggregated for purposes of calculating the Minimum and Maximum Amounts.

If the Equity Rights Offering is oversubscribed, all initial subscriptions will be reduced on a pro rata basis.

| | |
|---|---|
| Oversubscription | Simultaneously with the initial subscription, Exercising Holders may elect to receive oversubscription rights (should the initial subscription not be fully subscribed) in an amount not less than $1.00 and not more than the amount of such holder's initial subscription. By way of example, an Exercising Holder that subscribes for $50,000 of New Common Stock in the Equity Rights Offering may elect to oversubscribe for an additional amount from $1.00 to $50,000. |

If the Equity Rights Offering is fully subscribed, no further action will be taken in connection with the oversubscription, and all amounts paid in connection therewith will be refunded.

If the Equity Rights Offering is undersubscribed as a result of the initial subscription, but oversubscribed as a result of the exercise of oversubscription rights, all initial subscriptions will be accepted for the full dollar amount subscribed, and all oversubscriptions will be reduced on a pro rata basis.

| | |
|---|---|
| Backstop | In the event that the sum of all initial subscriptions and oversubscription elections does not equal or exceed the Equity Rights Offering amount, Privet and Prescott (severally not jointly) will each purchase 50% of all unsubscribed shares in the Equity Rights Offering. |

## Direct Subscription

Eligibility  Privet and Prescott shall subscribe for the Subscription Shares.

Share Allocation  42.29% of total shares of New Common Stock: 21.79% to Privet and 20.50% to Prescott.

For a total equity offering of $15,000,000, the direct subscription will be for $6,343.500. For a total equity offering of $25,000,000, the direct subscription will be for $10,572,500.