# EXHIBIT G

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., *et al.*,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**INSTRUCTIONS TO SUBSCRIPTION FORM FOR <u>CREDITOR RIGHTS</u> OFFERING IN CONNECTION WITH THE JOINT CHAPTER 11 PLAN OF REORGANIZATION**

> **THIS SUBSCRIPTION FORM MUST BE COMPLETED AND <u>RECEIVED BY</u> THE SUBSCRIPTION AGENT ON OR PRIOR TO [•], 2011 AT 5:00 P.M. (PREVAILING EASTERN TIME) (THE "<u>SUBSCRIPTION EXPIRATION DATE</u>")**

To Eligible Creditors:

On January 11, 2011, Point Blank Solutions, Inc. ("<u>Parent</u>") and its wholly-owned subsidiaries (the "<u>Debtors</u>") filed (1) that certain *Joint Chapter 11 Plan of Reorganization* (together with the exhibits and Plan Supplements annexed thereto or referred to therein, and as such may be modified or amended from time to time, the "<u>Plan</u>"), and (2) a disclosure statement that accompanied the Plan (together with the exhibits and schedules annexed thereto or referred to therein, as such may be modified or amended from time to time, the "<u>Disclosure Statement</u>").

**Please consult the Plan and accompanying Disclosure Statement for additional information with respect to the Creditor Rights offering and this Subscription Form. Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.**

Pursuant to the Plan, holders of Allowed Class 4 General Unsecured Claims that are Eligible Creditors and who meet certain criteria discussed further below, shall receive a right (such rights, the "<u>Creditor Rights</u>") to subscribe for and purchase, at a purchase price of *$5.00 per share*, up to 2,000,000 shares of New Common Stock in the aggregate (for a total amount of $10,000,000), based on each such holder's Creditor Rights Offering Pro Rata Share of New Common Stock, subject to a reduction if the Rights Offering Amount is less than the Rights Offering Maximum. *See Section 6.3 of the Plan and Section VII of the Disclosure Statement* **for a further description of the Creditor Rights Offering. The Plan and Disclosure Statement, as supplemented by the procedures contained in this Subscription Form, contain a complete description of the Creditor Rights Offering and govern the terms under which you may participate in the Creditor Rights Offering.**

In accordance with applicable securities laws, only Eligible Creditors who are "accredited investors," as defined in Rule 501(a) of Regulation D under the Securities Act of 1933, as amended, may exercise the Creditor Rights. If you are an Eligible Creditor, **as of the Subscription Record Date ([•], 2011)** and you are an "accredited investor," and you would like to subscribe for and purchase shares of New Common Stock in the Creditor Rights Offering, please follow the instructions provided below to properly complete and return the Subscription Form to the

---

[1] The Debtors in these chapter 11 cases are: Point Blank Solutions, Inc., 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc., 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America, 179 Mine Lane, Jacksboro, TN 37757; and, PBSS, LLC, 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

Subscription Agent, Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, New York, New York, 10017, so that the properly completed Subscription Form, and your full subscription payment, are received by the Subscription Agent or or prior to the Subscription Expiration Date.

Payments made in accordance with the Rights Offering will be deposited and held by the Subscription Agent in a trust account, or similarly segregated account or accounts (the "Rights Offering Trust Account"), that will be separate and apart from the Subscription Agent's general operating funds and any other funds subject to any Lien or any cash collateral arrangements. The Subscription Agent shall maintain the Rights Offering Trust Account for the purpose of holding the money for administration of the Rights Offering until the Effective Date. No interest will be paid to Eligible Creditors exercising Creditor Rights on account of amounts paid in connection with the exercise of Creditor Rights or held in the Rights Offering Trust Account.

**The Plan provides that no more than 300 Eligible Creditors may subscribe for New Common Stock. In the event that more than 300 Eligible Creditors properly exercise their Creditor Rights, the Creditor Rights Offering shall be limited to the 300 Eligible Creditors that have elected to subscribe for the greatest amount of New Common Stock.**

Pursuant to Section 6.3 of the Plan, the aggregate amount of Rights Offering (the "Rights Offering Amount"), which includes the Creditor Rights Offering and the Equity Rights Offering, will equal $8,656,500. Under certain conditions, and subject to the discretion of the Backstop Purchasers, the Rights Offering Amount may be increased up to a maximum total amount of $14,427,500 (the "Rights Offering Maximum"). In any case, 69.31% of the Rights Offering Amount shall be allocated to the Creditor Rights Offering and 30.69% of the Rights Offering Amount will be allocated to the Equity Rights Offering.

**In the event the Backstop Purchasers, in their sole discretion, set the Rights Offering Amount at an amount that is less than the Rights Offering Maximum of $14,427,500 (comprised of $10,000,000 Creditor Rights Offering and $4,427,500 Equity Rights Offering), the total number of shares of New Common Stock to be purchased by each Eligible Creditor pursuant to the Creditor Rights Offering will be reduced in proportion to such Eligible Creditor's Creditor Rights Offering Pro Rata Share. Each such Eligible Creditor will be notified of the reduced Rights Offering Amount, if any, and the difference in payment will be refunded to such Eligible Creditor, without interest. IF THE PLAN IS NOT CONSUMMATED, ALL PAYMENTS IN RESPECT OF THE RIGHTS OFFERING WILL BE REFUNDED, WITHOUT INTEREST.**

Parent may, in consultation with the Backstop Purchasers, attempt (but shall not be required) to give notice to any holder of Creditor Rights regarding any defects or irregularity in connection with any purported exercise of Creditor Rights by such holder and permit such defect or irregularity to be cured within such time as Parent, in consultation with the Backstop Purchasers, determines in good faith to be appropriate; provided, however, that Parent, the Backstop Purchasers and the Subscription Agent will not (1) be obligated to give any notice of any such defect or irregularity or permit any cure of such defect or irregularity, or (2) incur any liability for failure to give such notice.

Questions. If you have any questions about this Subscription Form or the subscription procedures described herein, please contact the Subscription Agent, Epiq Bankruptcy Solutions, LLC, by phone at [(___) _____] or by mail: Attention: [_____], 757 Third Avenue, New York, New York 10017.

**If your Subscription Form and payment are not _received by_ the Subscription Agent on or before the Subscription Expiration Date, you will not be able to participate in the Creditor Rights Offering.**

**The Creditor Rights are not transferable. Any transfer or attempted transfer will be null and void and the Debtors will not treat any purported transferee as the holder of any Creditor Rights. Once an Eligible Creditor has properly exercised its Creditor Rights and submitted the subscription payment, such exercise cannot be revoked.**

200365308 v6

## INSTRUCTIONS

To exercise your Creditor Rights and subscribe for shares of New Common Stock pursuant to the Creditor Rights Offering:

1. **Review** the amounts and calculations set forth in Step 1 and Step 2(a), which set forth the total number of shares of New Common Stock allocated to your Creditor Rights.

2. **Complete** Step 2(b) and Step 2(c) regarding the number of shares of New Common Stock you would like to elect to purchase, through the exercise of your Creditor Rights, and the aggregate purchase price for such shares.

3. **Make Payment of your aggregate Subscription Price** in accordance with the terms of Step 3 of the Subscription Form.

4. **Complete** Step 4 to provide your wire transfer or account payment information in case it is necessary to return some or all of the purchase price for shares of New Common Stock that you have submitted.

5. **Indicate the "accredited investor" category applicable to you in Step 5** of the Subscription Form.

6. **Read and Complete the certification in Step 6** of the Subscription Form.

7. **Return the Subscription Form** so that it is received by the Subscription Agent on or before the Subscription Expiration Date. *Do not fax the Subscription Form.*

**Eligible Creditors who have returned duly completed Subscription Forms that are received by the Subscription Agent on or before the Subscription Expiration Date must also tender the Subscription Price to the Subscription Agent in the Rights Offering Trust Account by wire transfer of immediately available funds so it is actually received by the Subscription Agent on or before the Subscription Expiration Date. Wire transfer instructions for payment of the Subscription Price are provided below.**

200365308 v6

**Step 1.**

**Rights Participation Amount for Allowed Class 4 General Unsecured Claims.** I certify that, as of the Subscription Record Date of [•], 2011, I held a Rights Participation Amount on account of my Class 4 General Unsecured Claims as set forth in the box below (or that I am the authorized signatory of such holder).

NOTE: For purposes of this Subscription Form, no interest accruing on such Claim on or after April 14, 2010 may be part of the Rights Participation Amount and has not been included below.

"*Rights Participation Amount*" means

(i) if you have not timely filed a Proof of Claim (or have not filed a Proof of Claim), the amount (if any) of your Claim listed in the Debtors' Schedules that is not listed as contingent, unliquidated or disputed;

(ii) if you have timely filed a Proof of Claim and no objection to it has been filed, the liquidated amount, if any, of your claim listed on the Proof of Claim or such amount that is reflected in a Final Order of the Bankruptcy Court prior to the Subscription Record Date as (1) estimated pursuant to § 502(c) or Bankruptcy Rule 3018, as applicable, or (2) Allowed; and

(iii) if you have timely filed a Proof of Claim and an objection to it has been filed, the greatest of (a) the amount of such Claim (if any) listed on the Debtors' Schedules that is not listed as contingent, unliquidated or disputed, (b) the amount of such Claim that the objecting party has explicitly admitted in its objection should be Allowed; and (c) the amount that is reflected in a Final Order of the Bankruptcy Court prior to the Subscription Record Date as either (1) estimated pursuant to § 502(c) or Bankruptcy Rule 3018, as applicable, or (2) Allowed.

Notwithstanding the foregoing, any Eligible Creditor asserting an Allowed Claim against more than one Debtor shall be treated as holding a single Allowed Claim for purposes of calculating the Rights Participation Amount and participating in the Creditor Rights Offering. For the avoidance of doubt, any Eligible Creditor that has filed a Claim in an unliquidated or undetermined amount shall hold a Rights Participation Amount of $0.00 in the absence of a Final Order of the Bankruptcy Court as provided in (ii) above.

$\boxed{\text{\$ [\textit{Amount to be pre-populated by the Subscription Agent}]}}$

**Rights Participation Amount**

4

**Step 2.**

    (a) **Calculate the shares of New Common Stock you may purchase.** [2]

        (i)      Determine your pro rata share of all Rights Participation Amounts below.

| $_____ | ÷ | $[•]³ | = | _____% |
|---|---|---|---|---|
| Your Rights Participation Amount as determined in Step 1. | | Divided by this number | | Yields your pro rata share of all Rights Participation Amounts. |

        (ii)     Determine the total shares of New Common Stock allocated to your Creditor Rights.

| $_____ | x | 2,000,000 | = | _____ |
|---|---|---|---|---|
| Your pro rata share as determined in Step 2(a)(i). | | Multipy by this number | | Yields the total shares of New Common Stock allocated to your Creditor Rights (round down to nearest whole number) |

        (iii)    Determine the total purchase price for your allocated shares of New Common Stock.

| _____ | x | $5.00 | = | $_____ |
|---|---|---|---|---|
| Your total allocated shares of New Common Stock determined in Step 2(a)(ii). | | Subscription Price | | Yields the total purchase price for your allocation of shares of New Common Stock |

    (b) **Elect to purchase shares of New Common Stock.** The Plan provides that (A) any Eligible Creditor who wishes to participate in the Creditor Rights Offering and whose Creditor Rights entitle such Eligible Creditor to less than $35,000 of New Common Stock, must exercise _all_ its Creditor Rights in order to subscribe for and purchase shares of New Common Stock and (B) any Eligible Creditor who wishes to participate in the Creditor Rights Offering and whose Creditor Rights entitle such Eligible Creditor to $35,000 or more of New Common Stock, must exercise its Creditor Rights to subscribe for and purchase at least $35,000 of New Common Stock. Thus:

        **If the resulting product in Step 2(a)(iii) is less than $35,000**, you may exercise your Creditor Rights _only_ if you agree to exercise the full amount of your Creditor Rights. Therefore, if you wish to participate in the Creditor Rights Offering, you must elect in the box below the total number of shares of New Common Stock calculated in Step 2(a)(ii) above.

        **If the resulting product in Step 2(a)(iii) is equal to or greater than $35,000**, you may exercise your Creditor Rights _only_ if you agree to subscribe to purchase at least $35,000 of New Common Stock. Therefore, if you wish to participate in the Creditor Rights Offering, you must elect in the box below no less than [5,000] shares of New Common Stock, but in any case not more than the total number of shares of New Common Stock to which you are entitled pursuant to your Creditor Rights (as calculated in Step 2(a)(ii) above).

---

[2]    The Subscription Agent will pre-populate the Amounts in Section 2(a).

[3]    Aggregate of all Rights Participation Amounts to be inserted after the hearing on the Disclosure Statement.

|   |
|---|
| I elect to purchase _____ shares of New Common Stock.[4] |

Please note that the Plan provides that no more than 300 Eligible Creditors may subscribe for New Common Stock. In the event that more than 300 Eligible Creditors properly exercise their Creditor Rights, the Creditor Rights Offering shall be limited to the 300 Eligible Creditors that have elected to subscribe for the greatest amount of New Common Stock.

(c) **Subscription Amount.** By filling in the following blanks, you are agreeing to subscribe for and purchase the number of shares of New Common Stock specified in Step 2(b) above at a price of $5.00 per share of New Common Stock, on the terms of and subject to the conditions set forth in the Plan.

_____ x $5.00 = $_____

Insert number of shares elected    Subscription       Your total purchase price
for purchase in Step 2(b) above.    Price

**Step 3. Payment for Subscription and Return of Subscription Form.** In order to exercise the Creditor Rights, each Eligible Creditor must return this duly completed Subscription Form and remit the full subscription payment, to the Subscription Agent at 757 Third Avenue, New York, New York, 10017, so that such form is actually received by the Subscription Agent on or before the Subscription Expiration Date. **Such Eligible Creditor also must pay the total purchase price to the Subscription Agent for deposit into the Rights Offering Trust Account on or before the Subscription Expiration Date in accordance with the following wire instructions:**

> For credit to: [•]
> Bank Address: [•]
> ABA Routing Transit Number: [•]
> Beneficiary Account Number: [•]
> Beneficiary Account Name: [•]
> Special Instructions: Include this number in your wire memo: [*Epiq to insert unique ID number*]

If the Subscription Agent does not, for any reason, receive your properly completed Subscription Form, together with your full subscription payment, on or before the Subscription Expiration Date, you will be deemed to have relinquished and waived your right to participate in the Creditor Rights Offering. The payments made in accordance with the Creditor Rights Offering will be deposited and held by the Subscription Agent in the Rights Offering Trust Account. Pursuant to Section 6.3 of the Plan, the Rights Offering Amount, which includes the Creditor Rights Offering and the Equity Rights Offering, will equal $8,656,500. Under certain conditions, and subject to the discretion of the Backstop Purchasers, the Rights Offering Amount may be increased up to the Rights Offering Maximum of $14,427,500. In any case, 69.31% of the Rights Offering Amount shall be allocated to the Creditor Rights Offering and 30.69% of the Rights Offering Amount will be allocated to the Equity Rights Offering. **In the event the Backstop Purchasers, in their sole discretion, set the Rights Offering Amount at an amount that is less than the Rights Offering Maximum of $14,427,500, the shares of New Common Stock to be purchased by each Eligible Creditor pursuant to the Creditor Rights Offering will be reduced in proportion to such Eligible Creditor's Creditor Rights Offering Pro Rata Share. Each such Eligible Creditor will be notified of the reduced Rights Offering**

---

[4]   Please note that, in the event that the Rights Offering Amount is set at an amount that is less than the Rights Offering Maximum, the number of shares of New Common Stock you have elected will be proportionately reduced.

**Amount, if any, and the difference in payment will be refunded to such Eligible Creditor without interest. IF THE PLAN IS NOT CONSUMMATED, ALL PAYMENTS IN RESPECT OF THE RIGHTS OFFERING WILL BE REFUNDED, WITHOUT INTEREST.**

**Step 4. Return of Funds.** If it is necessary to return some or all of the purchase price for the shares of New Common Stock that you have submitted, the Subscription Agent will return such payments, if necessary, as soon as reasonably practicable after such determination is made. Accordingly, please provide wire transfer or account payment information for any return of funds:

Beneficiary Account Name:_____

(Print or Type)

Beneficiary Account Number:_____

Bank Name:_____

Bank Mailing Address (street/city/state/zip):_____

_____

ABA Routing Number:_____

FFC Account Name (if applicable):_____

FFC Account Number (if applicable):_____

First/Last Name of Contact Person at Bank:

Your Reference (if any):_____

**Payment in full for the shares of New Common Stock that you have elected to purchase through the exercise of the Creditor Rights must be delivered to the Subscription Agent so that it is <u>received by</u> the Subscription Agent on or before the Subscription Expiration Date. Any failure to timely pay for the exercise of your Creditor Rights will result in a revocation and relinquishment of such Creditor Rights.**

**Step 5. Indication of Accredited Investor Category.** Only Eligible Creditors who are also "accredited investors," as defined in Rule 501(a) of Regulation D under the Securities Act, may exercise Creditor Rights. According to such definition, any person who comes within any of the categories set forth below shall be considered an "accredited investor. You must indicate below the "accredited investor" Category that is applicable to the Eligible Creditor exercising Creditor Rights pursuant to this Subscription Form by checking the box next to the applicable Category:

| Category I | ☐ | The Eligible Creditor is an individual (not a partnership, company, etc.) whose individual net worth, or joint net worth with the Eligible Creditor's spouse, presently exceeds $1,000,000. |
|---|---|---|

<u>Explanation</u>. In calculation of net worth the Eligible Creditor may include equity in personal property and real estate (excluding the Eligible Creditor's principal residence), cash, short-term investments, stocks and securities. Debt secured by the Eligible Creditor's primary residence may be excluded so long as such value does not exceed the fair market value of the property.

7

| Category II | ☐ | The Eligible Creditor is an individual (not a partnership, company, etc.) who had an individual net income in excess of $200,000 in each of the last two years, or joint income with his/her spouse in excess of $300,000 in each of the last two years, and has a reasonable expectation of reaching the same income level in the current year. |
| --- | --- | --- |
| Category III | ☐ | The Eligible Creditor is an executive officer or director of Parent. |
| Category IV | ☐ | The Eligible Creditor is a bank; savings and loan; insurance company; registered broker or dealer; registered investment company; registered business development company; licensed small business investment company ("SBIC"); or employee benefit plan within the meaning of Title I of ERISA whose plan fiduciary is either a bank, savings and loan, insurance company or registered investment advisor or whose total assets exceed $5,000,000; or a self-directed employee benefit plan with investment decisions made solely by persons that are accredited investors. |
| Category V | ☐ | The Eligible Creditor is a private business development company as defined in Section 202(a)(22) of the Investment Advisers Act of 1940. |
| Category VI | ☐ | The Eligible Creditor is an entity with total assets in excess of $5,000,000 which was not formed for the purpose of investing in the Securities and which is a company; a partnership; a business trust; or a tax-exempt organization described in Section 501(c)(3) of the Internal Revenue Code of 1986, as amended. |
| Category VII | ☐ | The Eligible Creditor is a trustee for a trust that is revocable by the grantor at any time (including an IRA) and the grantor qualifies under either Category I or Category II above. A copy of the declaration of trust or trust agreement and a representation as to the net worth or income of the grantor is enclosed. |
| Category VIII | ☐ | The Eligible Creditor is an entity all the equity owners of which are "accredited investors" within one or more of the above categories, other than Category IV or Category V. |
| Category IX | ☐ | The Eligible Creditor is a trust with total assets in excess of $5,000,000, not formed for the specific purpose of acquiring the Securities, whose purchase is directed by a person who has such knowledge and experience in financial and business matters that he is capable of evaluating the merits and risks of the prospective investment. |

**Step 6.  Subscription Certifications.**  I certify that (a) I am an Eligible Creditor or the authorized signatory of the Eligible Creditor indicated below, (b) I am, or such Eligible Creditor is, an "accredited investor" as defined in Rule 501(a) of Regulation D under the Securities Act, (c) such Eligible Creditor has such knowledge and experience in financial and other business matters as are necessary in order to evaluate the merits and risks of the purchase of the New Common Stock and is able to bear the risk of such investment for an indefinite period and to afford a complete loss thereof, (d) I have, and such Eligible Creditor has, received a copy of the Plan and the Disclosure Statement and I understand, and such Eligible Creditor understands, that the exercise of Creditor Rights is subject to all the terms and conditions set forth in the Plan and the Disclosure Statement, (e) such Eligible Creditor will be acquiring the New Common Stock for its own account and not with a view to distribution in violation of the United States securities laws or the securities laws of any state, (f) neither such Eligible Creditor nor any person acting on its behalf has made or will make offers or sales of the New Common Stock in the United States by means of any form of general solicitation

200365308 v6

or general advertising (within the meaning of Regulation D under the Securities Act) and (g) the information set forth on the signature page hereto is accurate.

I understand, and such Eligible Creditor understands, that the New Common Stock issued pursuant to the exercise of Creditor Rights are being issued in a private placement that is exempt from registration under the Securities Act and will be "restricted securities" within the meaning of Rule 144 under the Securities Act, a registration statement will not be required to be filed with respect to such issuance of New Common Stock and any share certificates issued in respect of such shares of New Common Stock will include a legend in the substantially the following form:

> "THIS SECURITY HAS NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), OR THE SECURITIES LAWS OF ANY STATE OR OTHER JURISDICTION. NEITHER THIS SECURITY NOR ANY INTEREST OR PARTICIPATION HEREIN MAY BE REOFFERED, SOLD, ASSIGNED, TRANSFERRED, PLEDGED, ENCUMBERED OR OTHERWISE DISPOSED OF IN THE ABSENCE OF SUCH REGISTRATION OR AN EXEMPTION THEREFROM PURSUANT TO APPLICABLE LAW. ANY OFFER, SALE, ASSIGNMENT, TRANSFER OR OTHER DISPOSITION OF THIS SECURITY IN A TRANSACTION THAT IS NOT REGISTERED UNDER THE SECURITIES ACT IS SUBJECT TO THE CORPORATION'S RIGHT TO REQUIRE DELIVERY OF AN OPINION OF COUNSEL, CERTIFICATION AND/OR OTHER INFORMATION SATISFACTORY TO THE CORPORATION. IN ADDITION, THE CORPORATION'S AMENDED AND RESTATED CERTIFICATE OF INCORPORATION RESTRICTS TRANSFERS THAT WOULD RESULT IN THE NUMBER OF RECORD HOLDERS OF ANY CLASS OF CAPITAL STOCK OF THE CORPORATION EXCEEDING 450 HOLDERS."

I understand, and such Eligible Creditor understands, further that (a) this subscription to the Creditor Rights Offering cannot be revoked by me or by such Eligible Creditor, (b) neither the Creditor Rights nor this Subscription Form may be sold, assigned or otherwise transferred to any other person or entity and (c) Parent reserves the right, in its sole discretion, to require completion or correction of any Subscription Agreement but none of Parent, the Backstop Purchasers or the Subscription Agent is obligated to notify me or such Eligible Creditor of any defect in this Subscription Form.

Date: _____        Name of Holder:_____

                              (Print or Type)

                              Social Security or Federal Tax I.D. No.:_____

                              (Optional)

                              Signature:_____

                              Name of Person Signing:_____

                              (If other than holder)

                              Title (if corporation, partnership or LLC):_____

                              Street Address:_____

                              City, State, Zip Code:_____

                              Telephone Number:_____

                              Email Address:_____

**PLEASE NOTE: NO SUBSCRIPTION OF RIGHTS WILL BE VALID UNLESS A PROPERLY COMPLETED AND SIGNED SUBSCRIPTION FORM, AND YOUR FULL SUBSCRIPTION PAYMENT, ARE <u>RECEIVED BY</u> THE SUBSCRIPTION AGENT ON OR PRIOR TO [•], 2011 AT 5:00 P.M. (PREVAILING EASTERN TIME).**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., *et al.*,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**INSTRUCTIONS TO SUBSCRIPTION FORM FOR <u>EQUITY RIGHTS</u> OFFERING IN
CONNECTION WITH THE JOINT CHAPTER 11 PLAN OF REORGANIZATION**

> **THIS SUBSCRIPTION FORM MUST BE
> COMPLETED AND <u>RECEIVED BY</u> THE
> SUBSCRIPTION AGENT ON OR PRIOR TO [•], 2011
> AT 5:00 P.M. (PREVAILING EASTERN TIME) (THE
> "<u>SUBSCRIPTION EXPIRATION DATE</u>")**

To Eligible Equity Holders:

On January 11, 2011, Point Blank Solutions, Inc. ("<u>Parent</u>") and its wholly-owned subsidiaries (the "<u>Debtors</u>") filed (1) that certain *Joint Chapter 11 Plan of Reorganization* (together with the exhibits and Plan Supplements annexed thereto or referred to therein, and as such may be modified or amended from time to time, the "<u>Plan</u>"), and (2) a disclosure statement that accompanied the Plan (together with the exhibits and schedules annexed thereto or referred to therein, as such may be modified or amended from time to time, the "<u>Disclosure Statement</u>").

**Please consult the Plan and accompanying Disclosure Statement for additional information with respect to the Equity Rights Offering and this Subscription Form. Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.**

Pursuant to the Plan, (1) holders of Allowed Class 7 Old Equity Interests that are Eligible Equity Holders[2] and who meet certain criteria discussed further below shall receive a right (such rights, the "<u>Equity Rights</u>") to subscribe for and purchase, at a purchase price of *$5.00 per share*, up to 885,500 shares of New Common Stock in the aggregate (for a total amount of $4,427,500), subject to certain minimum and maximum investment requirements as set forth in the Plan and this Subscription Form, and subject to a reduction in the total number of shares of New Common Stock to be issued if the Rights Offering Amount is less than the Rights Offering Maximum, as discussed below, and (2) certain holders of Allowed Class 4 General Unsecured Claims that are Eligible Creditors shall receive Creditor Rights to subscribe for and purchase shares of New Common Stock pursuant to the Creditor Rights Offering. *See Section 6.3 of* the Plan and *Section VII* of the Disclosure Statement for a further description of the Equity Rights Offering and the Creditor Rights Offering. **The Plan and Disclosure Statement, as supplemented by the procedures contained in this Subscription Form, contain a complete description of the Equity Rights Offering and govern the terms under which you may participate in the Equity Rights Offering.**

---

[1] The Debtors in these chapter 11 cases are: Point Blank Solutions, Inc., 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc., 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America, 179 Mine Lane, Jacksboro, TN 37757; and, PBSS, LLC, 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] <u>Note to draft</u>: Plan to be amended to carve-out Privet and Prescott from the definition of "Eligible Equity Holders".

In accordance with applicable securities laws, only Eligible Equity Holders who are "accredited investors," as defined in Rule 501(a) of Regulation D under the Securities Act of 1933, as amended, may exercise the Equity Rights. If you are an Eligible Equity Holder, **as of the Subscription Record Date ([•], 2011)** and you are an "accredited investor," and you would like to subscribe for and purchase shares of New Common Stock in the Equity Rights Offering, please follow the instructions provided below to properly complete and return the Subscription Form to the Subscription Agent, Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, New York, New York, 10017, so that the properly completed Subscription Form, and your full subscription payment, are received by the Subscription Agent on or prior to the Subscription Expiration Date.

Payments made in accordance with the Rights Offering will be deposited and held by the Subscription Agent in a trust account or similarly segregated account or accounts (the "Rights Offering Trust Account"), that will be separate and apart from the Subscription Agent's general operating funds and any other funds subject to any Lien or any cash collateral arrangements. The Subscription Agent shall maintain the Rights Offering Trust Account for the purpose of holding the money for administration of the Rights Offering until the Effective Date. No interest will be paid to Eligible Equity Holders exercising Equity Rights on account of amounts paid in connection with the exercise of Equity Rights or held in the Rights Offering Trust Account.

### *Initial Subscription Privileges and Over-Subscription Privileges*

The Plan provides that each Equity Right will have an Initial Subscription Privilege (as defined below) and an Over-Subscription Privilege (as defined below), and the Eligible Equity Holder's right to exercise their Equity Rights will be subject to a requirement that the aggregate number of Eligible Equity Holders that may subscribe for New Common Stock cannot exceed a number equal to the Maximum Eligible Equity Holders (as defined below).

#### *The Initial Subscription Privilege*

Any Eligible Equity Holder who wishes to participate in the Equity Rights Offering, (1) must subscribe for at least $35,000 of New Common Stock (the "Minimum Initial Subscription Amount"), and (2) may subscribe for more than the Minimum Initial Subscription Amount, but in no event shall such amount exceed the greater of (a) 20% of the amount of the Equity Rights Offering and (b) 200% of such Eligible Equity Holder's Equity Rights Offering Pro Rata Share[3] (the "Maximum Initial Subscription Amount" and together with the Minimum Initial Subscription Amount, the "Initial Subscription Privilege"). In determining the amount of New Common Stock that an Eligible Equity Holder may subscribe for pursuant to clause (a) of the definition of Maximum Initial Subscription Amount, an Eligible Equity Holder must take into consideration the amount of New Common Stock subscribed by all "affiliates" (as defined in Rule 501(a) of Regulation D under the Securities Act and set forth below) of such Eligible Equity Holder. Under Rule 501(a) of Regulation D under the Securities Act, an "affiliate" of, or person "affiliated" with, a specified person shall mean a person that directly, or indirectly through one or more intermediaries, controls or is controlled by, or is under common control with, the person specified.

If requests to exercise Initial Subscription Privileges exceed the amount of New Common Stock available pursuant to the Equity Rights Offering, Parent will allocate the amount of shares of New Common Stock based on each Eligible Equity Holder's Initial Subscription Privilege Pro Rata Share.[4]

---

[3] **Note to draft**: The Plan will be amended to modify the existing definition of "Equity Rights Offering Pro Rata Share." The definition will be modified by replacing "49.367%" at the end of the definition with "30.69%".

[4] **Note to draft**: The Plan will be amended to include the defined term "Initial Subscription Privilege Pro Rata Share," which shall mean, with respect to each Eligible Equity Holder, an amount equal to (i) the quotient of (a) the amount of New Common Stock that such Eligible Equity Holder has subscribed to purchase pursuant to its Initial Subscription Privilege divided by (b) the aggregate amount of New Common Stock that all Eligible Equity Holders subscribed to purchase pursuant to their Initial Subscription Privileges, multiplied by (ii) the amount of the Equity Rights Offering.

2

*The Over-Subscription Privilege*

In the event that an Eligible Equity Holder validly subscribes to purchase all the New Common Stock available for purchase under such Eligible Equity Holder's Initial Subscription Privilege and all of the New Common Stock available in the Equity Rights Offering is not purchased by other Eligible Equity Holders pursuant to their Initial Subscription Privileges, then such Eligible Equity Holder may subscribe for additional shares of New Common Stock (the "Over-Subscription Privilege"). Each Eligible Equity Holder that exercises an Over-Subscription Privilege may subscribe to purchase an amount of New Common Stock *up to* the amount of New Common Stock that such Eligible Equity Holders subscribed to purchase under the Initial Subscription Privilege.

If sufficient shares of New Common Stock are available, Parent will honor requests to exercise Over-Subscription Privileges in full. If, however, requests to exercise Over-Subscription Privileges cause the amount of validly subscribed New Common Stock to exceed the amount available for issuance under the Equity Rights Offering, all requests to exercise Initial Subscription Privileges will be honored in full and all requests to exercise Over-Subscription Privileges will be reduced based on each Eligible Equity Holder's Over-Subscription Privilege Pro Rata Share.[5]

### Maximum Eligible Equity Holder Limitation

The Plan further provides that the number of Eligible Equity Holders that may subscribe for New Common Stock shall be determined as follows:

(1) if fewer than 300 Eligible Creditors validly subscribe for New Common Stock, then the number of Eligible Equity Holders that will be permitted to subscribe for and purchase New Common Stock shall equal the difference between 400 and the number of Eligible Creditors that validly subscribed for New Common Stock, but in no event shall the number of Eligible Equity Holders permitted to subscribe for and purchase New Common Stock exceed 300; and

(2) if 300 or more Eligible Creditors validly subscribe for New Common Stock, then the number of Eligible Equity Holders that will be permitted to subscribe for and purchase Equity Rights shall equal 100.

In the event that the number of Eligible Equity Holders that properly exercise their Equity Rights is greater than the number set forth in clause (1) or (2) above, as applicable (the "Maximum Eligible Equity Holders"), the Equity Rights Offering shall be limited to a number of Eligible Equity Holders equal to the Maximum Eligible Equity Holders (the "Qualified Equity Holders"), and the Eligible Equity Holders that will be selected as Qualified Equity Holders will be those Eligible Equity Holders that have elected to subscribe for the greatest amount of New Common Stock.

### Rights Offering Amount

Pursuant to *Section 6.3* of the Plan, the aggregate amount of the Rights Offering (the "Rights Offering Amount"), which includes the Creditor Rights Offering and the Equity Rights Offering, will initially equal $8,656,500. Under certain conditions, and subject to the discretion of the Backstop Purchasers, the Rights Offering Amount may be increased up to a maximum total amount of $14,427,500 (the "Rights Offering Maximum"). In any case, 69.31% of the Rights Offering Amount shall be allocated to the Creditor Rights Offering and 30.69% of the Rights Offering Amount will be allocated to the Equity Rights Offering. **Even if the Backstop Purchasers, in their sole discretion, set the Rights Offering Amount at an amount that is greater than $8,656,500, the Minimum Initial Subscription**

---

[5] Note to draft: The Plan will be amended to include the defined term "Over-Subscription Privilege Pro Rata Share," which shall mean, with respect to each Eligible Equity Holder, an amount equal to (i) the quotient of (a) the amount of New Common Stock that such Eligible Equity Holder has subscribed to purchase pursuant to its Over-Subscription Privilege divided by (b) the aggregate amount of New Common Stock that all Eligible Equity Holders subscribed to purchase pursuant to their Over-Subscription Privileges, multiplied by (ii) difference between (a) the amount of the Equity Rights Offering and (b) the aggregate amount of New Common Stock that all Eligible Equity Holders subscribed to purchase pursuant to their Initial Subscription Privileges.

**Amount and Maximum Initial Subscription Amount applicable to the exercise of the Equity Rights will not change.**

*Other Terms*

Parent may, in consultation with the Backstop Purchasers, attempt (but shall not be required) to give notice to any holder of Equity Rights regarding any defects or irregularity in connection with any purported exercise of Equity Rights by such holder and permit such defect or irregularity to be cured within such time as Parent, in consultation with the Backstop Purchasers, determines in good faith to be appropriate; provided, however, that Parent, the Backstop Purchasers and the Subscription Agent will not (1) be obligated to give any notice of any such defect or irregularity or permit any cure of such defect or irregularity, or (2) incur any liability for failure to give such notice.

**Questions.** If you have any questions about this Subscription Form or the subscription procedures described herein, please contact the Subscription Agent, Epiq Bankruptcy Solutions, LLC, by phone at [(___) _____] or by mail: Attention: [_____], 757 Third Avenue, New York, New York 10017.

**If your Subscription Form and payment are not received by the Subscription Agent on or before the Subscription Expiration Date, you will not be able to participate in the Equity Rights Offering.**

**The Equity Rights are not transferable. Any transfer or attempted transfer will be null and void and the Debtors will not treat any purported transferee as the holder of any Equity Rights. Once an Eligible Equity Holder has properly exercised its Equity Rights and submitted the subscription payment, such exercise cannot be revoked.**

---

**<u>INSTRUCTIONS</u>**

To exercise your Equity Rights and subscribe for New Common Stock pursuant to the Equity Rights Offering:

1. **<u>Complete</u>** Step 1 of the Subscription Form to certify your number of Class 7 Old Equity Interests.

2. **<u>Complete</u>** Step 2 to elect the amount of New Common Stock that you wish to purchase through the exercise of your Initial Subscription Privilege.

3. **<u>Complete</u>** Step 3 ***only if*** you wish to exercise your Over-Subscription Privilege by (a) checking the box in Step 3 to certify that you satisfy the terms and conditions for exercise of your Over-Subscription Privilege and (b) elect the amount of New Common Stock that you wish to purchase through the exercise of your Over-Subscription Privilege.

4. **<u>Make payment of your subscription price</u>** in accordance with the terms of Step 4 of the Subscription Form.

5. **<u>Complete</u>** Step 5 to provide your wire transfer or account payment information in case it is necessary to return some or all of the purchase price for shares of New Common Stock that you have submitted.

6. **<u>Indicate the "accredited investor" category applicable to you in Step 6</u>** of the Subscription Form.

7. **<u>Read and complete the certification in Step 7</u>** of the Subscription Form.

---

4

| 8. | **Your Nominee, if any, must complete the Nominee Certification** in Step 8 of the Subscription Form. |
| 9. | **Return the Subscription Form** so that it is received by the Subscription Agent on or before the Subscription Expiration Date. ***Do not fax the Subscription Form.*** |

**Eligible Equity Holders who have returned duly completed Subscription Forms that are received by the Subscription Agent on or before the Subscription Expiration Date must also tender the Subscription Price to the Subscription Agent in the Rights Offering Trust Account by wire transfer of immediately available funds so it is actually received by the Subscription Agent on or before the Subscription Expiration Date. Wire transfer instructions for payment of the Subscription Price are provided below.**

**IF THE PLAN IS NOT CONSUMMATED, ALL PAYMENTS IN RESPECT OF THE RIGHTS OFFERING WILL BE REFUNDED BY THE SUBSCRIPTION AGENT, WITHOUT INTEREST.**

5

**Step 1. Rights Participation Amount for Allowed Class 7 Old Equity Interests.** I certify that, as of the Subscription Record Date of [•], 2011, I held the number of Class 7 Old Equity Interests set forth in the box below (or that I am the authorized signatory of such holder). This amount must match the amount in Step 5 that has been certified by your Nominee as the amount held by your account as of the Subscription Record Date (the "Certified Class 7 Amount"). NOTE: For purposes of this Subscription Form, do not adjust the Certified Number of Allowed Class 7 Old Equity Interests for any accrued but unpaid dividends.

<br>

Certified Number of Class 7 Old Equity Interests

<br>

**Step 2. Elect the amount of New Common Stock you wish to purchase pursuant to your _Initial Subscription Privilege_.**

The Plan provides the following:

(i)    Any Eligible Equity Holder who wishes to participate in the Equity Rights Offering must subscribe for at least $35,000 of New Common Stock.

(ii)    An Eligible Equity Holder may subscribe for more than $35,000 of New Common Stock, but in no event shall such amount exceed the Maximum Initial Subscription Amount, which is an amount that equals the greater of (a) 20% of the amount of the Equity Rights Offering and (b) 200% of such Eligible Equity Holder's Equity Rights Offering Pro Rata Share.

> In order to determine your Equity Rights Offering Pro Rata Share, complete items (a) – (c) below.
>
> (a)    Enter the Certified Number of Class 7 Old Equity Interests from Step 1     _____
>
> (b)    Divide the number you entered in item (a) above by [31,640,000]     _____
>
> (c)    Multiply the resulting number in item (b) above by $4,427,500     _____

Please note that in determining the amount of New Common Stock that an Eligible Equity Holder may subscribe for pursuant to clause (a) above, an Eligible Equity Holder must take into consideration the amount of New Common Stock subscribed by all "affiliates" (as defined in Rule 501(a) of Regulation D under the Securities Act and set forth below) of such Eligible Equity Holder.

(iii)    If requests to exercise Initial Subscription Privileges exceed the amount of New Common Stock available pursuant to the Equity Rights Offering, Parent will allocate the amount of New Common Stock based on each Eligible Equity Holder's Initial Subscription Privilege Pro Rata Share.

> I understand the foregoing restrictions relating to the _Initial Subscription Privilege_ and I elect to purchase:
>
> $[_____] of New Common Stock.

6

Please note that in the event that number of Eligible Equity Holders that elect to subscribe for New Common Stock exceeds the number of Maximum Eligible Equity Holders only the Qualified Equity Holders will be permitted to elect to subscribe for and purchase New Common Stock.

**Step 3.   Elect the amount of New Common Stock you wish to purchase pursuant to your _Over-Subscription Privilege_.**

The Plan provides the following:

(i)   In the event that an Eligible Equity Holder validly subscribes to purchase all the New Common Stock available for purchase under such Eligible Equity Holder's Initial Subscription Privilege and all of the New Common Stock available in the Equity Rights Offering is not purchased by other Eligible Equity Holders pursuant to their Initial Subscription Privileges, then such Eligible Equity Holder may exercise an Over-Subscription Privilege to purchase an amount of New Common Stock _up to_ the amount of New Common Stock that such Eligible Equity Holders subscribed to purchase under the Initial Subscription Privilege.

(ii)   If requests to exercise Over-Subscription Privileges cause the amount of validly subscribed New Common Stock to exceed the amount available for issuance under the Equity Rights Offering, all requests to exercise Initial Subscription Privileges will be honored in full and all requests to exercise Over-Subscription Privileges will be reduced based on each Eligible Equity Holder's Over-Subscription Privilege Pro Rata Share.

☐   By checking this box you certify that you have read the terms and conditions set forth in the Plan and in clause (i) above with respect to the exercise of your Over-Subscription Privilege, and you are in compliance with such terms and conditions.

---

I understand the foregoing restrictions relating to the **_Over-Subscription Privilege_** and I elect to purchase:

$[_____] of New Common Stock.

---

**_Please note that the amount you enter above cannot exceed the amount you entered in Step 2._**

Also, please note that in the event the number of Eligible Equity Holders that elect to subscribe for New Common Stock exceeds the number of Maximum Eligible Equity Holders only the Qualified Holders will be permitted to elect to subscribe for and purchase New Common Stock.

200365306 v5

**Step 4. Payment for Subscription and Return of Subscription Form.** In order to exercise the Equity Rights, each Eligible Equity Holder must return this duly completed Subscription Form and remit the full subscription payment (the sum of the amounts in Step 2 and Step 3), to the Subscription Agent at 757 Third Avenue, New York, New York, 10017, so that such form is actually received by the Subscription Agent on or before the Subscription Expiration Date.

In order to determine the amount of the full subscription payment that you must remit to the Subscription Agent, complete items (a)-(c) below.

(a)     Enter the amount of New Common Stock that you elected to purchase pursuant to your Initial Subscription Privilege in Step 2     $_____

(b)     Enter the amount of New Common Stock that you elected to purchase pursuant to your Over-Subscription Privilege in Step 3     $_____

(c)     Add the amounts in items (a) and (b) above.     $_____
    This is the amount you should remit to the Subscription Agent

**Such Eligible Equity Holder also must pay the total purchase price to the Subscription Agent for deposit into the Rights Offering Trust Account on or before the Subscription Expiration Date in accordance with the following wire instructions:**

For credit to: [•]
Bank Address: [•]
ABA Routing Transit Number: [•]
Beneficiary Account Number: [•]
Beneficiary Account Name: [•]
Eligible Equity Holder Name: _____

If the Subscription Agent does not, for any reason, receive your properly completed Subscription Form, together with your full subscription payment, on or before the Subscription Expiration Date, you will be deemed to have relinquished and waived your right to participate in the Equity Rights Offering. The payments made in accordance with the Equity Rights Offering will be deposited and held by the Subscription Agent in the Rights Offering Trust Account. Pursuant to *Section 6.3* of the Plan, the Rights Offering Amount, which includes the Creditor Rights Offering and the Equity Rights Offering, will equal $8,656,500. Under certain conditions, and subject to the discretion of the Backstop Purchasers, the Rights Offering Amount may be increased up to the Rights Offering Maximum of $14,427,500. In any case, 69.31% of the Rights Offering Amount shall be allocated to the Creditor Rights Offering and 30.69% of the Rights Offering Amount will be allocated to the Equity Rights Offering. **Even if the Backstop Purchasers, in their sole discretion, set the Rights Offering Amount at an amount that is greater than $8,656,500, the Minimum Subscription Amount and Maximum Subscription Amount applicable to the exercise of the Equity Rights will not change.**

**IF THE PLAN IS NOT CONSUMMATED, ALL PAYMENTS IN RESPECT OF THE RIGHTS OFFERING WILL BE REFUNDED, WITHOUT INTEREST.**

**Step 5. Return of Funds.** If it is necessary to return some or all of the purchase price for the New Common Stock that you have submitted, the Subscription Agent will return such payments, if necessary, as soon as reasonably

practicable after such determination is made. Accordingly, please provide wire transfer or account payment information for any return of funds:

Beneficiary Account Name:_____

(Print or Type)

Beneficiary Account Number:_____

Bank Name:_____

Bank Mailing Address (street/city/state/zip):_____

_____

ABA Routing Number:_____

FFC Account Name (if applicable):_____

FFC Account Number (if applicable):_____

First/Last Name of Contact Person at Bank:

Your Reference (if any):_____

**Payment in full for the amount of New Common Stock that you have elected to purchase through the exercise of the Equity Rights must be delivered to the Subscription Agent so that it is <u>received by</u> the Subscription Agent on or before the Subscription Expiration Date. Any failure to timely pay for the exercise of your Equity Rights will result in a revocation and relinquishment of such Equity Rights.**

**Step 6. Indication of Accredited Investor Category.** Only Eligible Equity Holders who are also "accredited investors," as defined in Rule 501(a) of Regulation D under the Securities Act, may exercise Equity Rights. According to such definition, any person who comes within any of the categories set forth below shall be considered an "accredited investor. You must indicate below the "accredited investor" Category that is applicable to the Eligible Equity Holder exercising Equity Rights pursuant to this Subscription Form by checking the box next to the applicable Category:

Category I      ☐      The Eligible Equity Holder is an individual (not a partnership, company, etc.) whose individual net worth, or joint net worth with the Eligible Equity Holder's spouse, presently exceeds $1,000,000.

<u>Explanation</u>. In calculation of net worth the Eligible Equity Holder may include equity in personal property and real estate (excluding the Eligible Equity Holder's principal residence), cash, short-term investments, stocks and securities. Debt secured by the Eligible Equity Holder's primary residence may be excluded so long as such value does not exceed the fair market value of the property.

| Category II | ☐ | The Eligible Equity Holder is an individual (not a partnership, company, etc.) who had an individual net income in excess of $200,000 in each of the last two years, or joint income with his/her spouse in excess of $300,000 in each of the last two years, and has a reasonable expectation of reaching the same income level in the current year. |
| --- | --- | --- |
| Category III | ☐ | The Eligible Equity Holder is an executive officer or director of Parent. |
| Category IV | ☐ | The Eligible Equity Holder is a bank; savings and loan; insurance company; registered broker or dealer; registered investment company; registered business development company; licensed small business investment company ("SBIC"); or employee benefit plan within the meaning of Title I of ERISA whose plan fiduciary is either a bank, savings and loan, insurance company or registered investment advisor or whose total assets exceed $5,000,000; or a self-directed employee benefit plan with investment decisions made solely by persons that are accredited investors. |
| Category V | ☐ | The Eligible Equity Holder is a private business development company as defined in Section 202(a)(22) of the Investment Advisers Act of 1940. |
| Category VI | ☐ | The Eligible Equity Holder is an entity with total assets in excess of $5,000,000 which was not formed for the purpose of investing in the Securities and which is a company; a partnership; a business trust; or a tax-exempt organization described in Section 501(c)(3) of the Internal Revenue Code of 1986, as amended. |
| Category VII | ☐ | The Eligible Equity Holder is a trustee for a trust that is revocable by the grantor at any time (including an IRA) and the grantor qualifies under either Category I or Category II above. A copy of the declaration of trust or trust agreement and a representation as to the net worth or income of the grantor is enclosed. |
| Category VIII | ☐ | The Eligible Equity Holder is an entity all the equity owners of which are "accredited investors" within one or more of the above categories, other than Category IV or Category V. |
| Category IX | ☐ | The Eligible Equity Holder is a trust with total assets in excess of $5,000,000, not formed for the specific purpose of acquiring the Securities, whose purchase is directed by a person who has such knowledge and experience in financial and business matters that he is capable of evaluating the merits and risks of the prospective investment. |

**Step 7. Subscription Certifications.** By executing this subscription form below, I certify that (a) I am an Eligible Equity Holder or the authorized signatory of the Eligible Equity Holder indicated below, (b) I am, or such Eligible Equity Holder is, an "accredited investor" as defined in Rule 501(a) of Regulation D under the Securities Act, (c) such Eligible Equity Holder has such knowledge and experience in financial and other business matters as are necessary in order to evaluate the merits and risks of the purchase of the New Common Stock and is able to bear the risk of such investment for an indefinite period and to afford a complete loss thereof, (d) I have, and such Eligible Equity Holder has, received a copy of the Plan and the Disclosure Statement and I understand, and such Eligible Equity Holder understands, that the exercise of Equity Rights is subject to all the terms and conditions set forth in the Plan and the

Disclosure Statement, including that such Eligible Equity Holder is entitled to participate in the Equity Rights Offering only subject to compliance with the Minimum Subscription Amount and the Maximum Subscription Amount described in the Plan and in this Subscription Form, (e) such Eligible Equity Holder will be acquiring the New Common Stock for its own account and not with a view to distribution in violation of the United States securities laws or the securities laws of any state, (f) neither such Eligible Equity Holder nor any person acting on its behalf has made or will make offers or sales of the New Common Stock in the United States by means of any form of general solicitation or general advertising (within the meaning of Regulation D under the Securities Act), (g) together with my "affiliates" (as such term is defined in Rule 501(a) of Regulation D under the Securities Act), I am not subscribing to purchase an amount of New Common Stock pursuant to my Initial Subscription Privilege and Over-Subscription Privilege that exceeds 20% of the amount of the Equity Rights Offering and (h) the information set forth on the signature page hereto is accurate.

I understand, and such Eligible Equity Holder understands, that the New Common Stock issued pursuant to the exercise of Equity Rights are being issued in a private placement that is exempt from registration under the Securities Act and will be "restricted securities" within the meaning of Rule 144 under the Securities Act, a registration statement will not be required to be filed with respect to such issuance of New Common Stock and any share certificates issued in respect of such shares of New Common Stock will include a legend in the substantially the following form:

"THIS SECURITY HAS NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), OR THE SECURITIES LAWS OF ANY STATE OR OTHER JURISDICTION. NEITHER THIS SECURITY NOR ANY INTEREST OR PARTICIPATION HEREIN MAY BE REOFFERED, SOLD, ASSIGNED, TRANSFERRED, PLEDGED, ENCUMBERED OR OTHERWISE DISPOSED OF IN THE ABSENCE OF SUCH REGISTRATION OR AN EXEMPTION THEREFROM PURSUANT TO APPLICABLE LAW. ANY OFFER, SALE, ASSIGNMENT, TRANSFER OR OTHER DISPOSITION OF THIS SECURITY IN A TRANSACTION THAT IS NOT REGISTERED UNDER THE SECURITIES ACT IS SUBJECT TO THE CORPORATION'S RIGHT TO REQUIRE DELIVERY OF AN OPINION OF COUNSEL, CERTIFICATION AND/OR OTHER INFORMATION SATISFACTORY TO THE CORPORATION. IN ADDITION, THE CORPORATION'S AMENDED AND RESTATED CERTIFICATE OF INCORPORATION RESTRICTS TRANSFERS THAT WOULD RESULT IN THE NUMBER OF RECORD HOLDERS OF ANY CLASS OF CAPITAL STOCK OF THE CORPORATION EXCEEDING 450 HOLDERS."

I understand, and such Eligible Equity Holder understands, that (a) this subscription to the Equity Rights Offering cannot be revoked by me or by such Eligible Equity Holder, (b) neither the Equity Rights nor this Subscription Form may be sold, assigned or otherwise transferred to any other person or entity and (c) Parent reserves the right, in its sole discretion, to require completion or correction of any Subscription Agreement but none of Parent, the Backstop Purchasers or the Subscription Agent is obligated to notify me or such Eligible Equity Holder of any defect in this Subscription Form.

Date: _____    Name of Holder: _____
                                          (Print or Type)

                          Social Security or Federal Tax I.D. No.: _____
                                                          (Optional)

                          Signature: _____

                          Name of Person Signing: _____
                                                  (If other than holder)

                          Title (if corporation, partnership or LLC): _____

                          Street Address: _____

200365306 v5

City, State, Zip Code:_____

Telephone Number:_____

Email Address:_____

**Step 8. Nominee Certification.** <u>Your ownership of a Allowed Class 7 Old Equity Interest must be confirmed by your Nominee.</u> The Nominee holding your Allowed Class 7 Old Equity Interest as of the Subscription Record Date, [•], 2011, must complete the box below on your behalf.

<table>
<tr><td colspan="2" align="center"><b><u>For Use Only by the Nominee</u></b></td></tr>
<tr>
<td>DTC Participant Name: _____<br>DTC Participant Number: _____<br><br>Aggregate Amount of Allowed Class 7 Old Equity Interest held by Nominee for this account as of the Subscription Record Date, [•], 2011:<br>$_____ (the "<u>Certified Class 7 Amount</u>")<br><br><br>_____<br>Nominee Contact name<br>(_____)_____<br>Nominee Contact telephone number</td>
<td>Nominee's Medallion Guarantee:</td>
</tr>
</table>

**PLEASE NOTE: NO SUBSCRIPTION OF RIGHTS WILL BE VALID UNLESS A PROPERLY COMPLETED AND SIGNED SUBSCRIPTION FORM, AND YOUR FULL SUBSCRIPTION PAYMENT, ARE <u>RECEIVED BY</u> THE SUBSCRIPTION AGENT ON OR PRIOR TO [•], 2011 AT 5:00 P.M. (PREVAILING EASTERN TIME).**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS SUBSCRIPTION FORM OR THE SUBSCRIPTION PROCEDURES DESCRIBED HEREIN, PLEASE CONTACT THE SUBSCRIPTION AGENT, EPIQ BANKRUPTCY SOLUTIONS, LLC, BY PHONE AT [(___) _____] OR BY MAIL AT 757 THIRD AVENUE, NEW YORK, NEW YORK 10017, ATTENTION: [_____].**