**Exhibit A**

**Financial Projections**

**Point Blank Solutions Inc.**
**Financial Projections**

The financial projections presented herein for the Reorganized Debtors (the "Financial Projections") are shown on a consolidated basis for the period of December 31, 2011 through December 31, 2015 (the "Projection Period"). Also provided herein are key assumptions and commentary for the Financial Projections (the "Notes"). The Financial Projections and the Notes should be read in conjunction with the *Joint Chapter 11 Plan of Reorganization* (the "Plan") and Disclosure Statement.[1] These Financial Projections have been prepared in order to (i) provide a basis on which to estimate the Reorganized Debtors' enterprise value and (ii) assist the Bankruptcy Court in determining whether the Plan meets the feasibility test of section 1129(a)(11) of the Bankruptcy Code.

The Debtors generally do not publish their business plans, market strategies, anticipated future financial position or results of operations in the level of detail and in the format set forth herein. Accordingly, the Plan Proponents do not anticipate that they will, and disclaim any obligation to, furnish updated business plans or projections to holders of Claims or Interests, or to include such information in documents required to be filed with the SEC or otherwise make public such information.

THE FINANCIAL PROJECTIONS HAVE BEEN PREPARED, IN CONJUNCTION WITH THE DEBTORS' FINANCIAL ADVISOR, CRG PARTNERS GROUP, LLC ("CRG"). CRG HAS REVIEWED THE FINANCIAL PROJECTIONS AND BELIEVES THAT THE ASSUMPTIONS USED IN THE PREPARATION THEREOF ARE REASONABLE AND REFLECT THE BEST INFORMATION AVAILABLE AT THIS TIME. THE FINANCIAL PROJECTIONS WERE NOT PREPARED TO COMPLY WITH THE GUIDELINES FOR PROSPECTIVE FINANCIAL STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS OR THE RULES AND REGULATIONS OF THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION, AND BY THEIR NATURE ARE NOT FINANCIAL STATEMENTS PREPARED IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPLES IN THE UNITED STATES OF AMERICA.

THE DEBTORS' INDEPENDENT ACCOUNTANTS HAVE NEITHER EXAMINED NOR COMPILED THE ACCOMPANYING FINANCIAL PROJECTIONS AND ACCORDINGLY DO NOT EXPRESS AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT TO THE FINANCIAL PROJECTIONS, ASSUME NO RESPONSIBILITY FOR THE FINANCIAL PROJECTIONS AND DISCLAIM ANY ASSOCIATION WITH THE FINANCIAL PROJECTIONS.

NO REPRESENTATIONS CONCERNING THE DEBTORS' FINANCIAL CONDITION OR ANY ASPECT OF THE PLAN ARE AUTHORIZED BY THE PLAN PROPONENTS. THE FINANCIAL INFORMATION CONTAINED HEREIN, UNLESS OTHERWISE INDICATED, IS UNAUDITED. MOREOVER, AS SET FORTH IN SECTION III.B OF THE DISCLOSURE STATEMENT, BECAUSE OF THE DEBTORS' FINANCIAL DIFFICULTIES, AS WELL AS THE COMPLEXITY OF THE DEBTORS' FINANCIAL MATTERS, THE BOOKS AND RECORDS OF THE DEBTORS, UPON WHICH THESE PROJECTIONS IN PART ARE BASED, MAY BE INCOMPLETE OR INACCURATE. REASONABLE EFFORT HAS BEEN MADE, HOWEVER, TO ENSURE THAT ALL SUCH INFORMATION IS FAIRLY PRESENTED.

THE PLAN PROPONENTS, AS WELL AS THEIR COUNSEL AND ADVISORS, INCLUDING THE DEBTORS' COUNSEL AND ADVISORS, HAVE RELIED UPON

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

INFORMATION PROVIDED BY THE DEBTORS IN CONNECTION WITH THESE PROJECTIONS AND HAVE NOT INDEPENDENTLY VERIFIED THE INFORMATION CONTAINED HEREIN. THE CONTENTS OF THESE PROJECTIONS SHOULD NOT BE CONSTRUED AS LEGAL, BUSINESS, OR TAX ADVICE. EACH CREDITOR OR INTEREST HOLDER SHOULD CONSULT HIS, HER OR ITS OWN LEGAL COUNSEL AND ACCOUNTANT AS TO LEGAL, TAX, AND OTHER MATTERS CONCERNING ITS CLAIM AND/OR INTEREST.

THE FINANCIAL PROJECTIONS CONTAIN CERTAIN STATEMENTS THAT ARE FORWARD-LOOKING STATEMENTS WITHIN THE MEANING OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995. THESE STATEMENTS ARE SUBJECT TO A NUMBER OF ASSUMPTIONS, RISKS AND UNCERTAINTIES, MANY OF WHICH ARE BEYOND THE CONTROL OF THE DEBTORS AND THE REORGANIZED DEBTORS, INCLUDING THE CONFIRMATION OF THE PLAN ON THE PRESUMED EFFECTIVE DATE, THE CONTINUING AVAILABILITY OF SUFFICIENT BORROWING CAPACITY OR OTHER FINANCING TO FUND OPERATIONS, COVENANTS IN ANY NEW CREDIT FACILITIES, MAINTAINING GOOD EMPLOYEE RELATIONS, EXISTING AND FUTURE GOVERNMENTAL REGULATIONS AND ACTIONS OF GOVERNMENTAL BODIES, AND OTHER MARKET AND COMPETITIVE CONDITIONS. HOLDERS OF CLAIMS AND INTERESTS ARE CAUTIONED THAT THE FORWARD-LOOKING STATEMENTS SPEAK AS OF THE DATE MADE AND ARE NOT GUARANTEES OF FUTURE PERFORMANCE. ACTUAL RESULTS OR DEVELOPMENTS MAY DIFFER MATERIALLY FROM THE EXPECTATIONS EXPRESSED OR IMPLIED IN THE FORWARD-LOOKING STATEMENTS, AND THE DEBTORS UNDERTAKE NO OBLIGATION TO UPDATE ANY SUCH STATEMENTS.

THE FINANCIAL PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH MAY NOT BE REALIZED AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, COMPETITIVE, INDUSTRY, REGULATORY, MARKET AND FINANCIAL UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE CONTROL OF THE DEBTORS AND THE REORGANIZED DEBTORS. THE PLAN PROPONENTS CAUTION THAT NO REPRESENTATIONS CAN BE MADE OR ARE MADE AS TO THE REORGANIZED DEBTORS' ABILITY TO ACHIEVE THE PROJECTED RESULTS. SOME ASSUMPTIONS INEVITABLY WILL BE INCORRECT. MOREOVER, EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THESE FINANCIAL PROJECTIONS WERE PREPARED MAY BE DIFFERENT FROM THOSE ASSUMED, OR, ALTERNATIVELY, MAY HAVE BEEN UNANTICIPATED, AND THUS THE OCCURRENCE OF THESE EVENTS MAY AFFECT FINANCIAL RESULTS IN A MATERIALLY ADVERSE OR MATERIALLY BENEFICIAL MANNER. THE PLAN PROPONENTS DO NOT INTEND AND DO NOT UNDERTAKE ANY OBLIGATION TO UPDATE OR OTHERWISE REVISE THE FINANCIAL PROJECTIONS TO REFLECT EVENTS OR CIRCUMSTANCES EXISTING OR ARISING AFTER THE DATE THESE FINANCIAL PROJECTIONS ARE INITIALLY FILED OR TO REFLECT THE OCCURRENCE OF UNANTICIPATED EVENTS. THEREFORE, THE FINANCIAL PROJECTIONS MAY NOT BE RELIED UPON AS A GUARANTEE OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR. IN DECIDING WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN, HOLDERS OF CLAIMS OR INTERESTS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE FINANCIAL PROJECTIONS.

THESE FINANCIAL PROJECTIONS WERE DEVELOPED SOLELY FOR PURPOSES OF THE FORMULATION AND NEGOTIATION OF THE PLAN AND TO ENABLE THE HOLDERS

OF CLAIMS AND INTERESTS ENTITLED TO VOTE UNDER THE PLAN TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN AND SHOULD NOT BE USED OR RELIED UPON FOR ANY OTHER PURPOSE, INCLUDING THE PURCHASE OR SALE OF SECURITIES OF, OR CLAIMS OR INTERESTS IN, THE DEBTORS OR ANY OF THEIR AFFILIATES.

AS SET FORTH HEREIN, THE REORGANIZED DEBTORS INTEND TO OBTAIN EXIT FINANCING TO FUND WORKING CAPITAL NEEDS AND POST-EFFECTIVE DATE OPERATIONS. THE BORROWING BASE UNDER THE EXIT FINANCING MAY BE LIMITED BASED ON, AMONG OTHER THINGS, ELIGIBLE RECEIVABLES AND INVENTORIES. THE CONTINUED AVAILABILITY OF FINANCING UNDER THE PROPOSED EXIT FINANCING MAY ALSO DEPEND ON THE REORGANIZED DEBTORS' SATISFACTION OF CERTAIN CONDITIONS IMPOSED UNDER THE TERMS OF THEREOF, INCLUDING MEETING VARIOUS FINANCIAL COVENANTS ON A PERIODIC BASIS.

THE REORGANIZED DEBTORS MAY BE UNABLE TO OBTAIN EXIT FINANCING ON ACCEPTABLE TERMS, OR AT ALL, WHICH MAY ADVERSELY AFFECT OPERATIONS. RECENTLY, THE CAPITAL AND CREDIT MARKETS HAVE BECOME INCREASINGLY TIGHT AS A RESULT OF ADVERSE ECONOMIC CONDITIONS. IF SUCH CONDITIONS PERSIST AND FUNDS ARE NOT READILY AVAILABLE, IT IS LIKELY THAT THE REORGANIZED DEBTORS' ABILITY TO ACCESS CAPITAL AND CREDIT MARKETS WILL REMAIN LIMITED. IN ADDITION, IF CURRENT GLOBAL ECONOMIC CONDITIONS PERSIST FOR AN EXTENDED PERIOD OF TIME OR WORSEN SUBSTANTIALLY, THE REORGANIZED DEBTORS' BUSINESS MAY SUFFER IN A MANNER THAT COULD CAUSE THEM TO FAIL TO SATISFY THE FINANCIAL AND OTHER RESTRICTIVE COVENANTS TO WHICH THEY MAY BE SUBJECT UNDER ANY EXIT FACILITY.

RECENT ECONOMIC CONDITIONS MAY ADVERSELY AFFECT THE REORGANIZED DEBTORS' BUSINESS, THEIR CUSTOMERS, THEIR FINANCING AND OTHER CONTRACTUAL ARRANGEMENTS. IN ADDITION, CONDITIONS MAY REMAIN DEPRESSED IN THE FUTURE OR MAY BE SUBJECT TO FURTHER DETERIORATION. RECENT OR FUTURE DEVELOPMENTS IN THE U.S. AND GLOBAL ECONOMIES MAY LEAD TO A REDUCTION IN SPENDING ON THE PRODUCTS THE REORGANIZED DEBTORS PROVIDE, WHICH COULD HAVE AN ADVERSE IMPACT ON SALES OF THE REORGANIZED DEBTORS' PRODUCTS. TIGHTENING OF THE CREDIT MARKETS AND RECENT OR FUTURE TURMOIL IN THE FINANCIAL MARKETS COULD ALSO MAKE IT MORE DIFFICULT FOR THE REORGANIZED DEBTORS TO ENTER INTO AGREEMENTS FOR EXIT FINANCING AND TO OBTAIN THE FUNDING REQUIRED TO OPERATE THE REORGANIZED DEBTORS' BUSINESS. WORSENING ECONOMIC CONDITIONS COULD ALSO RESULT IN DIFFICULTIES FOR FINANCIAL INSTITUTIONS AND OTHER PARTIES THE REORGANIZED DEBTORS MAY DO BUSINESS WITH, WHICH COULD POTENTIALLY IMPAIR THEIR ABILITY TO ACCESS FINANCING UNDER EXISTING ARRANGEMENTS OR TO OTHERWISE RECOVER AMOUNTS AS THEY BECOME DUE UNDER THE REORGANIZED DEBTORS' OTHER CONTRACTUAL ARRANGEMENTS.

### *General Assumptions in the Financial Projections and the Notes*

The Financial Projections have been prepared based on the assumption that the Plan Effective Date is April 15, 2011. The Financial Projections are based on, and assume, among other things, the Debtors' successful reorganization. Although the Plan Proponents presently intend to cause the Effective Date to occur as soon as practicable following Confirmation of the Plan, there can be no assurance as to when the Effective Date will actually occur. If the Effective Date is delayed, the Debtors will continue to incur reorganization costs, which may be significant.

*Methodology.* The Financial Projections were separately prepared for each of the business units, including Point Blank Body Armor, Inc., Protective Apparel Corporation of America, Point Blank Solutions, Inc. and Life Stone Materials, LLC (a non-debtor) and have been aggregated to show the Projections on an enterprise basis.

*Plan Consummation Date.* The Projections assume the Plan will be consummated on April 15, 2011.

70934-001\DOCS_SF:75563.3

## *Point Blank Consolidated Income Statement*

Below is management's projection of the income statement for the fiscal years ending 2011 through 2015.

| CONSOLIDATED INCOME STATEMENT[A][B] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | PRE-EMERGENCE | | | POST-EMERGENCE | | | | |
| ($ in 000's) | Actual 2009 | 2010[C] | Jan - Apr 2011[D] | May - Dec 2011 | Projected 2012 | Projected 2013 | Projected 2014 | Projected 2015 |
| Net Sales | $153,365 | $136,224 | $45,937 | $79,991 | $132,225 | $138,836 | $145,778 | $153,067 |
| *% Annual Growth* | *NA* | *-11%* | *NA* | *NA* | *5%* | *5%* | *5%* | *5%* |
| **Operating Income / (Loss)** | (16,010) | (7,398) | 4,253 | 1,713 | 7,224 | 8,004 | 10,264 | 11,163 |
| **Other Income / (Expenses)** | | | | | | | | |
| Interest Expense | (1,613) | (1,861) | (1,337) | (492) | (188) | (188) | (188) | (188) |
| Interest Income | 2,473 | 166 | 1 | 2 | 4 | 4 | 4 | 4 |
| Other Income / (Expenses) | (9,151) | (15,362) | (9,394) | (385) | 3 | 3 | 3 | 3 |
| **Total Other Income / (Expenses)** | (8,291) | (17,057) | (10,730) | (874) | (181) | (181) | (181) | (181) |
| Income / (Loss) before Taxes | (24,301) | (24,455) | (6,477) | 839 | 7,043 | 7,822 | 10,083 | 10,982 |
| Income Tax Expense / (Benefit)[E] | 13,865 | (8,077) | (2,461) | 319 | 2,676 | 2,973 | 3,832 | 4,173 |
| **Net Income / (Loss)** | ($38,165) | ($16,378) | ($4,016) | $520 | $4,367 | $4,850 | $6,252 | $6,809 |
| *Memo: Adjusted EBITDAR* | *($9,700)* | *$370* | *$5,195* | *$3,100* | *$9,381* | *$10,203* | *$12,508* | *$13,451* |

Notes:

(A) The Projections do not take into account fresh start accounting or the tax impacts from the Plan.

(B) The Debtors year end is December 31st.

(C) FY 2010 financial results include 11 months of actual performance and one month of projected performance.

(D) January through April 2011 reflect projected pre-emergence financial results.

(E) The Projections do not include amounts of any Net Operating Losses ("NOL's"), to the extent that such NOL's may be available to the Reorganized Debtors.

## *Point Blank Consolidated Balance Sheet*

Below is management's projection of the balance sheet at December 31, 2011 through December 31, 2015.

| | CONSOLIDATED BALANCE SHEET[(A)(B)] | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | PRE-EMERGENCE | | | POST-EMERGENCE | | | | |
| ($ in 000's) | Actual 2009 | 2010[(C)] | Apr 2011[(D)] | Projected 2011 | Projected 2012 | Projected 2013 | Projected 2014 | Projected 2015 |
| **ASSETS** | | | | | | | | |
| **Current Assets** | | | | | | | | |
| Cash & Cash Equivalents | $1,527 | $20,954 | $5,577 | $8,638 | $11,465 | $17,689 | $25,540 | $31,480 |
| Accounts Receivable (Net) | 14,462 | 8,429 | 20,734 | 9,053 | 12,510 | 13,122 | 13,764 | 14,439 |
| Inventory (Net) | 33,178 | 16,072 | 26,979 | 14,273 | 17,137 | 18,023 | 18,718 | 19,692 |
| Prepaid Assets & Other Current Assets | 8,171 | 2,716 | 2,716 | 2,716 | 2,716 | 2,716 | 2,716 | 2,716 |
| **Total Current Assets** | 57,338 | 48,172 | 56,006 | 34,680 | 43,829 | 51,550 | 60,739 | 68,327 |
| Property, Plant & Equipment (Net) | 10,347 | 9,475 | 9,738 | 9,417 | 9,493 | 9,571 | 9,651 | 9,732 |
| Deferred Financing Costs | 217 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deposits & Other Assets | 95 | 252 | 252 | 252 | 252 | 252 | 252 | 252 |
| **Total Assets** | **$67,996** | **$57,899** | **$65,996** | **$44,349** | **$53,574** | **$61,373** | **$70,642** | **$78,311** |
| | | | | | | | | |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | | | | | | | |
| **Current Liabilities** | | | | | | | | |
| Accounts Payable | $21,655 | $5,494 | $12,547 | $3,033 | $5,712 | $6,008 | $7,799 | $8,205 |
| Accrued Expenses | 14,959 | 5,886 | 11,071 | 2,676 | 4,856 | 7,510 | 8,735 | 9,190 |
| Revolving Line of Credit[(E)] | 21,703 | 25,000 | 25,000 | 0 | 0 | 0 | 0 | 0 |
| Other Current Liabilities[(F)] | 13,046 | (3,989) | (3,989) | 39 | 39 | 39 | 39 | 39 |
| **Total Current Liabilities** | 71,362 | 32,392 | 44,630 | 5,749 | 10,607 | 13,557 | 16,574 | 17,434 |
| Liabilities Subject to Compromise | 0 | 45,445 | 45,445 | 0 | 0 | 0 | 0 | 0 |
| Long-Term Liabilities[(E)] | 378 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Commitments & Contingencies** | | | | | | | | |
| Minority Interest in Subsidiaries | 1,028 | 801 | 675 | 0 | 0 | 0 | 0 | 0 |
| Contingently Redeemable Common Stock | 19,326 | 19,326 | 19,326 | 0 | 0 | 0 | 0 | 0 |
| **Total Stockholders' Equity** | **(24,097)** | **(40,064)** | **(44,080)** | **38,600** | **42,967** | **47,817** | **54,069** | **60,877** |
| **Total Liabilities & Stockholders' Equity** | **$67,996** | **$57,899** | **$65,996** | **$44,349** | **$53,574** | **$61,373** | **$70,642** | **$78,311** |

**Notes:**

(A) The Projections do not take into account fresh start accounting or the tax impacts from the Plan.

(B) The Debtors year end is December 31st.

(C) FY 2010 financial results include 11 months of actual performance and one month of projected performance.

(D) The projected balance as of April 2011 are prior to the effective date.

(E) Although no debt balance is projected above, the Company will draw and pay-down the Revolver throughout each year during periods of ramp-up in working capital cycles in order to finance working capital needs.

(F) Other Current Liabilities is negative due to an Income Tax Receivable reported in the Current Liabilities of the Balance Sheet.

## *Point Blank Consolidated Statement of Cash Flows*

Below is management's projection of cash flow for the fiscal years ending 2011 through 2015.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CONSOLIDATED STATEMENT OF CASH FLOWS[A][B]** | | | | | | | | |
| | **PRE-EMERGENCE** | | | **POST-EMERGENCE** | | | | |
| (*$ in 000's*) | Actual 2009 | 2010[C] | Jan - Apr 2011[D] | May - Dec 2011 | Projected 2012 | Projected 2013 | Projected 2014 | Projected 2015 |
| **Cash Flow from Operating Activities:** | | | | | | | | |
| Net Income / (Loss) | ($38,874) | ($15,869) | ($4,016) | $520 | $4,367 | $4,850 | $6,252 | $6,809 |
| Adjustments: | | | | | | | | |
| Depreciation & Amortization | 2,125 | 2,335 | 694 | 1,141 | 1,772 | 1,807 | 1,843 | 1,880 |
| Amortization of Deferred Financing Costs | (70) | 577 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred Income Tax / (Benefit) | 19,011 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest | 0 | (740) | (125) | 0 | 0 | 0 | 0 | 0 |
| Equity-Based Compensation | 847 | 411 | 0 | 0 | 0 | 0 | 0 | 0 |
| Changes in Assets & Liabilities: | | | | | | | | |
| Accounts Receivable | 19,158 | 6,033 | (12,305) | 11,681 | (3,458) | (612) | (642) | (674) |
| Inventory | 5,522 | 17,106 | (10,906) | 12,705 | (2,864) | (886) | (695) | (974) |
| Income Tax Receivable | 4,956 | 810 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses & Other Current Assets | 693 | (774) | 0 | 0 | 0 | 0 | 0 | 0 |
| Deposits & Other Assets | 18 | (157) | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts Payable | (1,656) | 6,772 | 7,053 | (9,514) | 2,679 | 295 | 1,792 | 406 |
| Accrued Expenses & Other Current Liabilities | 10,175 | 3,336 | 5,185 | (8,395) | 2,179 | 2,654 | 1,226 | 455 |
| Vest Replacement Program Obligation | (8) | (6) | 0 | 0 | 0 | 0 | 0 | 0 |
| Income Tax Payable | (285) | (1,503) | 0 | 0 | 0 | 0 | 0 | 0 |
| Employment Tax Withholding Obligation | (2,534) | (56) | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Liabilities | (40) | (319) | 0 | (3,031) | 0 | 0 | 0 | 0 |
| **Net Cash Provided / (Used) by Operating Activities** | **19,038** | **17,957** | **(14,420)** | **5,107** | **4,676** | **8,109** | **9,775** | **7,901** |
| **Cash Flow from Investing Activities** | | | | | | | | |
| Proceeds from Sale of Property & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Purchases of Property & Equipment | (1,714) | (1,462) | (957) | (820) | (1,848) | (1,885) | (1,923) | (1,961) |
| **Net Cash Provided / (Used) by Investing Activities** | **(1,714)** | **(1,462)** | **(957)** | **(820)** | **(1,848)** | **(1,885)** | **(1,923)** | **(1,961)** |
| **Cash From from Financing Activities** | | | | | | | | |
| Net Repayment of Revolving Line of Credit | (17,504) | (22,063) | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Proceeds from Note Payable | 0 | 24,996 | 0 | (25,000) | 0 | 0 | 0 | 0 |
| Net Proceeds from Rights Offering | 0 | 0 | 0 | 23,773 | 0 | 0 | 0 | 0 |
| **Net Cash Provided / (Used) by Financing Activities** | **(17,504)** | **2,933** | **0** | **(1,228)** | **0** | **0** | **0** | **0** |
| Net Change in Cash & Cash Equivalents | (180) | 19,427 | (15,377) | 3,060 | 2,827 | 6,224 | 7,852 | 5,939 |
| Cash & Cash Equivalents at Beginning of Period | 1,707 | 1,527 | 20,954 | 5,577 | 8,638 | 11,465 | 17,689 | 25,540 |
| **Cash & Cash Equivalents at End of Period** | **$1,527** | **$20,954** | **$5,577** | **$8,638** | **$11,465** | **$17,689** | **$25,540** | **$31,480** |

**Notes:**

(A) The Projections do not take into account fresh start accounting or the tax impacts from the Plan.

(B) The Debtors year end is December 31st.

(C) FY 2010 financial results include 11 months of actual performance and one month of projected performance.

(D) January through April 2011 reflect projected pre-emergence financial results.

## Notes and Assumptions to the Financial Projections

### Net Sales

The Debtors classify revenue into three categories, which are described in further detail below:

*Military & Federal.* Includes all sales to the U.S. government, including the military and federal agencies, such as the DEA, CIA and FBI. Estimated military sales are primarily based upon a Request for Proposal ("RFP") process; however, the projected federal business is primarily based upon historical sales and the current marketing initiatives being undertaken by the Debtors.

*Domestic & Distributors.* The domestic and distributor segment includes sales to law enforcement agencies, security personnel and distributors that supply protective gear to municipalities and private security companies.

*International.* International revenue includes all sales directly to foreign governments, such as Iraq and Afghanistan as well as indirectly through third-parties, which then sells product to foreign governments.

The Financial Projections assume that revenue is recognized once a product is shipped. Revenue is calculated based upon historical experience for non-contracted business (i.e., federal, international, domestic and distributors) or the number of units shipped multiplied by the average selling price for contracted business (i.e., military).

The Debtors produce and sell products through two entities, Point Blank Body Armor, Inc. ("PBBA") and Protective Apparel Corporation of America ("PACA"). PACA typically produces product for the domestic and distributor segment while PBBA produces all other products, including the domestic and distributor business. However, PACA does manufacture products for the other business lines if capacity is available.

Point Blank Solutions, Inc. ("PBSI") through PBSS, LLC currently holds a 50.0% ownership interest in LifeStone Materials, LLC ("LifeStone"), which produces ballistic fabric exclusively for both PBBA and PACA. Under the supply agreement, the Debtors purchase yarn from DuPont, which is sent to LifeStone for production of fabric. The Debtors pay LifeStone for its labor and overhead costs, which is accounted for as revenue on LifeStone's income statement. For accounting purposes, LifeStone's financial statements are consolidated onto the financial statements of the combined Company. However, in order to avoid double counting certain line items, LifeStone's revenue and labor conversion costs are eliminated in the consolidation process as well as 50% of the net income to account for PBSI's 50% ownership interest.

70934-001\DOCS_SF:75563.3

*Expenses*

   *Cost of Sales.* Cost of sales includes manufacturing and warehousing expenses. Cost of sales may be affected by variations of product mix, price changes in response to competitive factors and fluctuations in raw material costs and vendor programs. In addition, inventory adjustments caused by excess and obsolete inventory can also affect cost of sales.

   *Operating Costs.* Operating Costs are comprised of: (i) selling and marketing expenses, including commissions and marketing programs; (ii) general and administrative expenses, including administrative salaries, professional fees and other office expenses; (iii) research and development expenses; and (iv) other expenses associated with the Debtors' operations.

*Working Capital*

   *Accounts Receivable.* Trade terms with customers, including its largest customers are typically net 30 with only a few commercial customers at net 45 days or net 60 days. This is evidenced in the Debtors' Days Sales Outstanding ("DSO") ratio, which has averaged around 40 days during the prior 11 months. Going forward, the Projections assume a 35 - 45 day DSO is applied to the rolling two month average sales to smooth out any large fluctuations.

   *Inventory.* Inventory consists of raw material, work in process and finish goods. The Financial Projections are based upon the historical relationship between net inventory and cost of goods sold to determine a days' COGS in net inventory ratio. Over the prior 11 months, this ratio has averaged around 80 days, which is applied to future months. Days' inventory is high due to the lead time required to ship product for the military business. Typically, the Debtors begin purchasing material 2 weeks prior to production, the manufacturing process typically takes 2 additional weeks, the inspection process can last around 2 to 6 weeks until the product is shipped and transferred to accounts receivable (total cycle of 6 to 10 weeks from material purchase to booking revenue).

   *Accounts Payable.* The Projections assume minimal trade credit immediately after the emergence date of 4 days, building to 17 days by the end of 2011 and 20 days thereafter.

   *Accrued Expenses.* Accrued expenses days' payable outstanding is assumed to build after the emergence date from 3 days to 15 days by the end of 2011 with 17-28 days from 2012 to 2015.

   *Exit Financing.* As set forth in Section IV.B of the Disclosure Statement, Prepetition, the Debtors borrowed funds under both a revolving loan commitment and a term loan commitment. The Debtors presently expect to obtain a senior secured exit facility in order to fund operations for the Reorganized Debtors post-Effective Date. The current amount and terms of the proposed Exit Facility are not known, but will be disclosed prior to the hearing to consider confirmation of the Plan.

## Adjusted EBITDAR Calculation

The table below provides the calculation of Adjusted EBITDAR from fiscal years 2009 through 2015 as provide in the consolidated income statement.

| CONSOLIDATED ADJUSTED EBITDAR CALCULATION[A][B] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | PRE-EMERGENCE | | | POST-EMERGENCE | | | | |
| ($ in 000's) | Actual 2009 | 2010[C] | Jan - Apr 2011[D] | May - Dec 2011 | Projected 2012 | Projected 2013 | Projected 2014 | Projected 2015 |
| Net Income | ($38,165) | ($16,378) | ($4,016) | $520 | $4,367 | $4,850 | $6,252 | $6,809 |
| (+) Depreciation & Amortization | 2,052 | 2,253 | 694 | 1,141 | 1,772 | 1,807 | 1,843 | 1,880 |
| (+) Taxes | 13,865 | (8,077) | (2,461) | 319 | 2,676 | 2,973 | 3,832 | 4,173 |
| (+) Restructuring Charges | 0 | 1,780 | 9,327 | 0 | 0 | 0 | 0 | 0 |
| (+) Stock-Based Compensation | 846 | 410 | 0 | 0 | 0 | 0 | 0 | 0 |
| (+) Interest (Income) / Expense | (860) | 1,695 | 1,336 | 489 | 184 | 184 | 184 | 184 |
| (+) DIP & Bank Fees | 945 | 2,483 | 122 | 245 | 382 | 390 | 397 | 405 |
| (+) Non-Recurring Expenses | 8,259 | 14,331 | 193 | 387 | 0 | 0 | 0 | 0 |
| EBITDAR | (13,059) | (1,503) | 5,195 | 3,100 | 9,381 | 10,203 | 12,508 | 13,451 |
| | | | | | | | | |
| EBITDAR Adjustments | | | | | | | | |
| (+) Lease Expense for Rejected Contracts | 2,030 | 373 | 0 | 0 | 0 | 0 | 0 | 0 |
| (+) KEIP Accruals | 0 | 346 | 0 | 0 | 0 | 0 | 0 | 0 |
| (+) Public Company Costs | 1,329 | 1,154 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total EBITDAR Adjustments | 3,359 | 1,873 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| Adjusted EBITDAR | ($9,700) | $370 | $5,195 | $3,100 | $9,381 | $10,203 | $12,508 | $13,451 |

Notes:

(A) The Projections do not take into account fresh start accounting or the tax impacts from the Plan.

(B) The Debtors year end is December 31st.

(C) FY 2010 financial results include 11 months of actual performance and one month of projected performance.

(D) January through April 2011 reflect projected pre-emergence financial results.

70934-001\DOCS_SF:75563.3