# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 28th day of January 2011, I caused

a copy of the following document to be served on the individuals on the attached service list(s) in

the manner indicated:

*NOTICE OF FILING EXHIBITS REGARDING DISCLOSURE STATEMENT
DESCRIBING JOINT CHAPTER 11 PLAN OF REORGANIZATION*

_____

Timothy P. Cairns (Bar No. 4228)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

Point Blank Solutions, Inc. **Core Email Service List**
Case No. 10-11255 (PJW)
Document No. 167322

**Email**
**Jane.M.Leamy@usdoj.gov**
(United States Trustee)
Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Email**
**rosner@teamrosner.com**
**arban@teamrosner.com**
(Counsel to the Unsecured
Creditors' Committee)
Frederick B. Rosner, Esquire
Brian Arban, Esquire
The Rosner Law Group LLC
824 Market Street
Suite 810
Wilmington, DE 19801

**Email**
**nglassman@bayardlaw.com**
**jalberto@bayardlaw.com**
(Counsel to Equity Committee)
Neil B. Glassman, Esquire
Justin R. Alberto, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**Email**
**kgwynne@reedsmith.com**
(Counsel to Privet Opportunity)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Email**
**strattond@pepperlaw.com**
**carignanj@pepperlaw.com**
(Counsel to Lonestar Capital)
David B. Stratton, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709

**Email**
**rpalacio@ashby-geddes.com**
**kskomorucha@ashby-geddes.com**
(Counsel to Prescott Group)
Ricardo Palacio, Esquire
Karen B. Skomorucha, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**Email**
**hirsh.robert@arentfox.com**
**vogel.heike@arentfox.com**
(Counsel to the Unsecured
Creditors' Committee)
Robert M. Hirsh, Esquire
Heike M. Vogel, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019

**Email**
**mdallago@morrisoncohen.com**
**jmoldovan@morrisoncohen.com**
(Counsel to Equity Committee)
Michael R. Dal Lago, Esquire
Joseph T. Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

**Email**
**dsimonds@akingump.com**
(Counsel to Lonestar Capital)
David P. Simonds, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Centruy Park East, Suite 2400
Los Angeles, CA  90067

**Email**
(Counsel to Lonestar Capital)
**mcooley@akingump.com**
Michael P. Cooley, Esquire
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Stuie 4100
Dallas, TX  75201-4675

**Email**
**eestrada@reedsmith.com**
(Counsel to Privet Opportunity)
Edward J. Estrada, Esquire
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY  10022