January 25, 2011

Honorable Judge Peter Walsh Joseph Mason
824 North Market Square 181 Edgewater Hones
6th Floor, Courtroom No 2 Rhinelander, Wis 54501
Wilmington, DE 19801
CASE NO: 10-11255 (PJW)

Dear Judge Walsh:

 I am a current shareholder of Point Blank Solutions and have some concerns regarding the Desclosure Statement for the hearing on February 14, 2011.
 As stated in the Desclosure Statement the debtors wish to issue new stock and the current shareholders shares will no longer exist.
 I am objecting to this because of the following:
 The current shareholders are the victims of former CEO David Brooks who in Sept of 2010 was convicted of insider trading, fraud and obstruction of justice.
 The current stock at one time was $22.00 a share and has gone down to 27¢ a share as of today.
 Mr Brooks used the shareholders hard earned money that he obtained through

insider trading and fradulent accounting practices to finance a horse racing business, lavish lifestyle that included corporate trips to exotic locations, luxury cars, armour plated vehicle, $100,000.00 belt buckle, cosmetic surgery, country club bills, and $40,000.00 leather bound invitations for his son.

Yes life was good for Mr Brooks while the shareholders watched their hard earned money evaporate away.

I have held the stock for approximately 5 yrs with the hope that the Company would be sold or the Co would come out of Chapter 11 and get on with its normal business.

The current shareholders are the victims of Mr Brooks and now the debtors wish to make them the victims of Chapter 11.

The proper thing to do is to reimburse the current shareholders for their losses or leave the current shareholders stock intact so that in the future they have a chance of recouping their losses with the prospect of the stock rising in value over time

(3)

Point Blank Solutions was also responsible for the payment of Mr Brooks legal fees for his defense in his trial, which was approximately $600,000.00 a month and the trial lasted six months.

Point Blank Solutions then filed for Chapter 11 because of the legal bills

I have no problem with losing my money with an investment through normal means, but to lose my hard earned money through fraud and discontinuance of the stock is in my opinion not justice for the shareholders who are the victims.

I request that you will take the above into consideration and help to protect the real victims, the current shareholders.

Sincerely,

Joseph Mason