IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket Nos. 1067 and 1068** |

## ORDER FIXING HEARING DATE AND SHORTENING TIME TO OBJECT OR RESPOND TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT; (B) SCHEDULING A HEARING TO CONFIRM THE JOINT CHAPTER 11 PLAN OF REORGANIZATION; (C) ESTABLISHING DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN; (D) APPROVING FORM OF BALLOTS, VOTING DEADLINE AND SOLICITATION PROCEDURES; (E) APPROVING SUBSCRIPTION FORM FOR PURPOSES OF THE RIGHTS OFFERING AND RELATED PROCEDURES IN CONNECTION THEREWITH; AND <u>(F) APPROVING FORM AND MANNER OF NOTICE</u>

Upon the motion (the "Motion to Shorten") of the Debtors for entry of an order fixing a hearing date and shortening the time to object or respond to the *Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Joint Chapter 11 Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; (E) Approving Subscription Form for Purposes of the Rights Offering and Related Procedures in Connection Therewith; and (F) Approving Form and Manner of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

70934-001\DOCS_DE:167243.2

*Notice* (the "Voting Procedures Motion")[2]; and it appearing that the relief sought in the Motion to Shorten is appropriate under the circumstances;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted;

2. The hearing on the Voting Procedures Motion is scheduled for February 14, 2011 at 2:00 p.m. (Eastern time).

3. Any objections or responses to the Voting Procedures Motion must be made no later than 4:00 p.m. (Eastern time) on February 9, 2011.

4. Immediately after the entry of this Order, counsel for the Debtors shall serve a copy of this Order and notice of the Voting Procedures Motion on parties originally served with the Motion to Shorten and the Voting Procedures Motion in the manner described in the Motion to Shorten.

Dated: ~~January~~ Feb. 1, 2011

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Motion.