IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket Nos. 1071 and 1072** |

## ORDER FIXING HEARING DATE AND SHORTENING TIME TO OBJECT OR RESPOND TO DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO (I) ENTER INTO SUBSCRIPTION AND BACKSTOP PURCHASE AGREEMENT AND (II) PAY RELATED FEES AND EXPENSES AND INDEMNIFY BACKSTOP PURCHASERS

Upon the motion (the "Motion to Shorten") of the Debtors for entry of an order fixing a hearing date and shortening the time to object or respond to the *Debtors' Motion for Order Authorizing Debtors to (I) Enter into Subscription and Backstop Purchase Agreement and (II) Pay Related Fees and Expenses and Indemnify Backstop Purchasers* (the "Backstop Approval Motion")[2]; and it appearing that the relief sought in the Motion to Shorten is appropriate under the circumstances;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted.

2. The hearing on the Backstop Approval Motion is scheduled for February 14, 2011 at 2:00 p.m. (Eastern time).

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Motion.

70934-001\DOCS_DE:167393.1

3. Any objections or responses to the Backstop Approval Motion must be made no later than 4:00 p.m. (Eastern time) on February 9, 2011.

4. Immediately after the entry of this Order, counsel for the Debtors shall serve a copy of this Order and notice of the Backstop Approval Motion on parties originally served with the Motion to Shorten and the Backstop Approval Motion in the manner described in the Motion to Shorten.

Dated: February __, 2011

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

2

70934-001\DOCS_DE:167393.1