George Tsai
509 Gair Street
Piermont, NY 10968

The Honorable Peter J. Walsh
United States Bankruptcy Court - District of Delaware
824 North Market Street
6th Floor Court 2
Wilmington, DE 19801

January 24, 2011

RE: in re Point Blank Solutions Inc. *at el*(the "Debtors"), Case No. 10-11255 (PJW)

Dear Judge Walsh:

I am a shareholder in Point Blank Solutions, Inc with [273,325] shares.

The Disclosure Statement currently under consideration provides for disparate treatment for certain Holders of Old Equity Interests within Class 7 who are not "Accredited Investors." It neither defines the term "Accredited Investors" nor provides meaningful guidance as to the meaning of the term or importance. The Disclosure Statement also does not provide any range or timing of potential distributions to Holders of Class 6 (Class Action Claims) and Class 7 Old Equity Interests who are not "Accredited Investors" under the proposed Plan of Reorganization.

Under Section 1123(a)(4), a plan shall: *provide the same treatment for each claim or interest of a particular class, unless the holder of a particular claim or interest agrees to a less favorable treatment of such particular claim or interest.*

All shareholders should be able to participate in the rights offering.

Sincerely,

George Tsai
(201) 579-0388
Gctsai8@gmail.com