# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., et al.[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 1071, 1072, and 1084 |

Objection Deadline: February 9, 2011 at 4:00 p.m. prevailing Eastern time
Hearing Date: February 14, 2011 at 2:00 p.m. prevailing Eastern time

## NOTICE OF DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO (I) ENTER INTO SUBSCRIPTION AND BACKSTOP PURCHASE AGREEMENT AND (II) PAY RELATED FEES AND EXPENSES AND INDEMNIFY BACKSTOP PURCHASERS

**PLEASE TAKE NOTICE** that on January 31, 2011, the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the *Debtors' Motion for Order Authorizing Debtors to (I) Enter Into Subscription and Backstop Purchase Agreement and (II) Pay Related Fees and Expenses and Indemnify Backstop Purchasers* [Docket No. 1071] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that on January 31, 2011, the Debtors filed with the Bankruptcy Court the *Motion to Fix hearing Date on and Shorten Time to Object or Respond to Debtors' Motion for Order Authorizing Debtors to (I) Enter Into Subscription and Backstop Purchase Agreement and (II) Pay Related Fees and Expenses and Indemnify Backstop*

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

*Purchasers* (the "Motion to Shorten Notice") [Docket No. 1072]. A copy of the Motion to Shorten Notice was previously served upon you. On February 1, 2011, the Bankruptcy Court entered an order approving the Motion to Shorten Notice [Docket No. 1084] (the "Order"). A copy of the Order is being served contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections or responses to the Motion, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, on or before **February 9, 2011, at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esquire, Fax: (302) 652-4400; (ii) counsel to the DIP Lenders (a) for Lonestar Capital – Akin Gump Strauss Hauer & Feld LLP, 2029 Century Park East, Suite 2400, Los Angeles, CA 90067, Attn: David P. Simonds, Esquire, Fax: 310-229-1001; and Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, P.O. Box 1709, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esquire, Fax: 302-656-8865; (b) for Privet Opportunity – Reed Smith LLP, 599 Lexington Avenue, 22nd Floor New York, NY 10022, Attn: Edward J. Estrada, Esquire, Fax: 212-521-5450, and Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801, Attn: Kurt F. Gwynne, Esquire, Fax: 302-778-7575; and (c) for Prescott Group Capital Management, – Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19899, Attn: Ricardo Palacio, Esquire, Fax: 302-654-2067; (iii) counsel to the Official

Committee of Unsecured Creditors appointed in these cases: Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Robert M. Hirsh, Esquire, Fax: (212) 484-3990; and The Rosner Law Group LLC, 824 Market Street, Suite 810, Wilmington, Delaware 19801, Attn: Frederick B. Rosner, Esquire, Email: rosner@teamrosner.com; (iv) counsel to the Official Committee of Equity Security Holders in these cases: The Bayard Firm, 222 Delaware Avenue, Suite 900, Wilmington, Delaware 19801, Attn: Neil Glassman, Esquire, Fax: (302) 658-6395; and Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022, Attn: Joseph T. Moldovan, Esquire, Fax: 212-735-8708; and (v) the U.S. Trustee: Jane Leamy, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of page intentionally left blank]*

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD BEFORE THE HONORABLE PETER J. WALSH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM 2, WILMINGTON, DELAWARE 19801 ON **FEBRUARY 14, 2011, AT 2:00 P.M. PREVAILING EASTERN TIME.**

Dated: February 2, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/ illegible

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
    dbertenthal@pszjlaw.com
    jfried@pszjlaw.com
    tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession