Honorable Judge Peter J. Walsh
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

FEB -7   PM 8: 42

RE: In the Matter Relating to Chapter 11, Point Blank Solutions, Inc., *et al.*
   Case No. 10-11255 (PJW)

Honorable Judge Peter J. Walsh:

As a small individual investor with less than 10,000 shares of Point Blank Solutions, Inc. (current holdings), it represents substantially what's left of my retirement investment funds.  I am 63 years old now.

I strongly object to the Bankruptcy Plan proposed in the above Chapter 11 Case filed.  As a shareholder I have become a victim of fraud and will be a victim of Chapter 11 if the above Plan is approved. Given the recent history of the company, shareholders should be reimbursed for their losses or the present stock should be left alone so that the present shareholders have a chance in the future to recoup their losses.

I believe it is not necessary to point out to you, Your Honor, the fraud and the ensuing indictments of the top (former) officers of the company. It also appears there has been mismanagement in the company in the past few years that has led to filing Chapter 11, including possible abuses by the defense lawyers for Mr. Brook (former CEO). (The $600,000.00 a month of legal fees that PBSO was responsible to defend Mr. Brooks for six months could have forced PBSO to file Chapter 11.) The small shareholders are victims as a result of this.

I can only plead to you to do what is right; please do not wipe out the current shares of the company from the Chapter 11 Plan.

Respectfully Yours,

*Subarna B. Malakar* .

Subarna B. Malakar
10217 SW 12th Place
Gainesville, FL 32607
Phone: (352)332-4538
Email: Malakar@gmail.com

CC: Pachulski Stang Ziehl & Jones LLP –Laura Davis Jones, Esquire
   The Bayard Firm –Neil Glassman, Esquire