140 East Drive
N.Massapequa NY 11758-1618
516-249-5039
No fax number
February 4, 2011

Office of the Clerk
US Bankruptcy Court for the District of Delaware
Marine Midland Plaza
824 N.Market Street
3rd Floor
Wilmington, Delaware 19801

To the Court:

We are claimants in the below cited case and are writing to oppose the objection noted below by debtor(s) in this case. We oppose this due to the fact that our equity claim is based upon specific legal and factual matters related to the case and documentation previously submitted.

Very truly yours,

Claiment information:

| | | | | | |
|---|---|---|---|---|---|
| BILAWSKY, BERNARD & HARRIETTE<br>140 EAST DR<br>N MASSAPEQUA, NY 11758-1618 | 176 | $582.00 | Unsecured | Proof of Interest | Claim filed by a shareholder based on ownership of stock. |

Case + Objection:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: March 3, 2011 at 4:00 p.m. prevailing Eastern Time
Hearing Date: March 10, 2011 at 3:00 p.m. prevailing Eastern Time

**NOTICE OF DEBTORS' SECOND (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO THE CLASSIFICATION OF FILED PROOFS OF CLAIM PURSUANT TO 11 U.S.C. § 502(b), FEDERAL RULES OF BANKRUPTCY PROCEDURE 3007 AND 9014, AND <u>LOCAL RULE OF BANKRUPTCY PROCEDURE 3007-1</u>**