Steven P. McNeil
17 Joanna Way
Summit, NJ 07901



The Honorable Peter J. Walsh
United States Bankruptcy Court—District of Delaware
824 North Market Street
6th Floor
Court 2
Wilmington, DE 19801

February 7, 2011

**Re: in re Point Blank Solutions, Inc., et al (the "Debtors"), Case No 10-11255 (PJW)**

Dear Judge Walsh:

I am a legacy shareholder of Point Blank Solutions, Inc., currently holding 97,900 shares (I use the term "legacy" to describe the fact that I owned the stock prior to bankruptcy).

Over the past several weeks, I have read the objections filed by similar shareholders (specifically: Rodney McFadden, George Tsai, Joseph Mason, and Carl Wegerer III). I would like to add my objection to both the Disclosure Statement and Rights Offering procedure.

The shareholders who have suffered through this bankruptcy proceeding should not be further punished by restrictions surrounding "Accredited Investor" eligibility. As several other shareholders have pointed out, there have been several other successful rights offerings in the past, **and I firmly believe that any rights offering in this case should be open to all shareholders equally.**

My hope is that you take my thoughts into consideration. Thank you for your time.

Best regards,

Steven P. McNeil
908-273-5471
semcneil@comcast.net