IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) Case No. 10-11255 (PJW) ) ) |
| Debtors. | ) Obj. Deadline: February 9, 2011 at 4:00 p.m. ) Hearing Date: February 14, 2011 at 2:00 p.m. ) Re: Docket Nos. 1007, 1067 & 1059 |

## RESERVATION OF RIGHTS OF WAYNE B. KOLBECK REGARDING DEBTORS' DISCLOSURE STATEMENT DESCRIBING JOINT CHAPTER 11 PLAN OF REORGANIZATION

Wayne B. Kolbeck ("Kolbeck"), by and through his undersigned counsel, hereby files this reservation of rights in regards to the above-captioned debtors' (collectively, the "Debtors") proposed Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (the "Disclosure Statement") [Docket No. 1007].

1. On or around August 13, 2010, Kolbeck filed proof of claim number 452, in the amount of $743,785.30 (the "Retaliatory Firing Claim").

2. On or around August 13, 2010, Kolbeck also filed proof of claim number 462, in the amount of $3 billion (the "Whistle Blower Claim").

3. On January 11, 2011, the Debtors filed a Joint Chapter 11 Plan of Reorganization (the "Plan") [Docket No. 1006], as well as the Disclosure Statement.

4. On January 25, 2011, the Debtors filed the Debtors' (I) Objection to the Claims Filed by Wayne Kolbeck for (A) $3 Billion on Account of the Debtors' Alleged Violations of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

False Claims Act, Common Law Fraud, Mistake, Unjust Enrichment and Breach of Contract [Claim No. 462]; and (B) $473,785.30 on Account of the Debtors' Wrongful Termination of Kolbeck in Pursuing Possible False Claims Act Violations, and (II) Request for Attorney Fees and Expenses to be Awarded Against Kolbeck Pursuant to Section 3730(d)(4) of the False Claims Act (the "Debtors' Claims Objection") [Docket No. 1059]. The hearing on the Debtors' Claims Objection is scheduled for March 10, 2011 at 3:00 p.m.

5. On January 28, 2011, the Debtors filed a Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to confirm the Joint Chapter 11 Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; (E) Approving Subscription Form for Purposes of the Rights Offering and Related Procedures in Connection Therewith; and (F) Approving Form and Manner of Notice (the "Disclosure Motion") [Docket No. 1067], as well as a Motion to Fix Hearing Date and Shorten Time to Object or Respond to Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to confirm the Joint Chapter 11 Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; (E) Approving Subscription Form for Purposes of the Rights Offering and Related Procedures in Connection Therewith; and (F) Approving Form and Manner of Notice (the "Motion to Shorten") [Docket No. 1068].

6. On February 1, 2011, the Court entered an Order regarding the Motion to Shorten, which set February 9, 2011 at 4:00 p.m. as the deadline to respond or object to the Disclosure

Statement and scheduled a hearing on the Disclosure Statement for February 14, 2011 at 2:00 p.m.

7. Bankruptcy counsel for Kolbeck reached out to Debtors' counsel in an attempt to possibly resolve the Debtors' Claim Objection, which in short seeks to disallow both the Retaliatory Firing Claim and the Whistle Blower Claim (collectively, the "Claims"), and also seeks attorney fees and expenses. Counsel for Kolbeck is waiting to hear back from Debtors' counsel regarding several related issues.

8. Because the hearing on the Debtors' Claims Objection is scheduled in early March, it is possible that Kolbeck will need to request that his Claims be liquidated for purposes of voting should the Claims remain unresolved prior to the Plan Voting Deadline. Therefore, Kolbeck reserves any and all rights he may possess in regards to the Debtors' Disclosure Statement and Plan until such time as the Debtors respond regarding the open issues related to his Claims.

Dated: February 9, 2011
       Wilmingotn, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4603)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to Wayne Kolbeck*