IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., *et al.* [1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No. 1007** |

**Hearing Date: March 3, 2011 at 2:00 p.m. (prevailing Eastern time)**

## NOTICE OF ADJOURNMENT OF DISCLOSURE STATEMENT HEARING

**PLEASE TAKE NOTICE** that on January 11, 2011, Point Blank Solutions, Inc., together with its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), together with Official Committee of Unsecured Creditors (the "Creditors' Committee"), the Official Committee of Equity Security Holders (the "Equity Committee"), Privet Fund Management LLC, as investment advisor to certain affiliates including Privet Opportunity Fund I, LLC, Prescott Group Capital Management, LLC and Lonestar Capital Management, LLC, as investment advisor to Lonestar Partners, LP and manager to PB Funding, LLC (collectively, with the Debtors, the Creditors' Committee and the Equity Committee, the "Plan Proponents"), filed the *Joint Chapter 11 Plan of Reorganization* (Docket No. 1006) (including all exhibits thereto and as it may be amended, modified or supplemented from time to time, the "Plan") and the *Disclosure Statement in Support of Joint Chapter 11 Plan of Reorganization* (Docket No. 1007) (including all exhibits thereto and as it may be amended, modified or supplemented from time to time, the "Disclosure Statement").[2]

**PLEASE TAKE FURTHER NOTICE** that, in response to certain objections and other informal responses to the Disclosure Statement, including comments received from the Staff of the Securities and Exchange Commission (the "SEC Staff") that the SEC Staff had concerns and objections that the Rights Offering would not meet the requirements of the Securities Act of 1933, the Plan Proponents are considering certain modifications to the Disclosure Statement and Plan. In particular, among other proposed changes, pursuant to the revisions to the Plan (the "Amended Plan") and revisions to the Disclosure Statement (the "Amended Disclosure Statement"), the Plan Proponents anticipate that the New Common Stock described in the Plan will be proposed to be sold through a direct subscription of shares to certain parties to be named

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms not defined herein shall have the same meaning as ascribed in the Disclosure Statement.

in the Amended Disclosure Statement and Amended Plan. Accordingly, the New Common Stock will not be sold through a Rights Offering to certain eligible holders of Allowed General Unsecured Claims and Allowed Old Equity Interests as described in the original Plan and Disclosure Statement. The Plan Proponents are in discussion concerning these matters and any and all modifications, amendments and/or changes will be described more fully in the Amended Plan and in the Amended Disclosure Statement.[3]

**PLEASE TAKE FURTHER NOTICE** that a hearing will commence on **March 3, 2011 at 2:00 p.m. (prevailing Eastern time)** before the Honorable Peter J. Walsh, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, DE 19801 to consider the entry of an order approving, among other things, (i) the Amended Disclosure Statement as containing "adequate information" under section 1125 of the Bankruptcy Code, (ii) the Subscription and Backstop Agreement, including the incurrence and payment of the Backstop Fee in accordance with the terms thereof, (iii) procedures for soliciting, receiving, and tabulating votes on the Amended Plan and for filing objections and other pleadings with respect to confirmation of the Amended Plan, and (iv) the voting record date for determining Holders of Claims and Interests that are eligible to vote on the Amended Plan. The hearing may be continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest. The Debtors will provide further notice of the date and time scheduled for the hearing to consider confirmation of the Amended Plan pursuant to section 1128 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that any objection or response of a party regarding the approval of the Amended Disclosure Statement must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 24, 2011 at 4:00 p.m. (prevailing Eastern time)** (the "Supplemental Objection Deadline") and simultaneously served upon (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esquire; (ii) counsel to the Official Committee of Unsecured Creditors in these cases: Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Robert M. Hirsh, Esquire; and The Rosner Law Group LLC, 1000 N. West Street, Suite 1200, Wilmington, DE 19801, Attn: Frederick B. Rosner, Esquire; (iii) counsel to the Official Committee of Equity Security Holders in these cases: The Bayard Firm, 222 Delaware Avenue, Suite 900, Wilmington, DE 19801, Attn: Neil Glassman, Esquire; and Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022, Attn: Joseph T. Moldovan, Esquire; (iv) Counsel to Privet Opportunity Fund I, LLC and Privet Fund Management LLC, Edward J. Estrada, Esquire, Reed Smith LLP, 599 Lexington Avenue, 22nd Floor, New York, NY 10022 and Kurt F. Gwynne, Esquire, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (v) Counsel to Prescott Group Capital Management, Ricardo Palacio,

---

[3] For the avoidance of doubt, as noted in the *Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Joint Chapter 11 Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; (E) Approving Subscription Form for Purposes of the Rights Offering and Related Procedures in Connection Therewith; and (F) Approving Form and Manner of Notice* (the "Voting Procedures Motion") [Docket No. 1067], at the time of filing the documents with the Court, the Official Committee of Equity Security Holders had not approved the proposed Rights Offering Procedures and Subscription Form submitted with the Voting Procedures Motion.

Esquire, Ashby & Geddes, 500 Delaware Avenue, P.O. Box 1150, Wilmington, DE 19899; (vi) Counsel to Lonestar Capital Management, LLC, David B. Stratton, Esquire, Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE 19899-1709, David P. Simonds, Esquire, Akin Gump Strauss Hauer & Feld LLP, 2029 Century Park East, Suite 2400, Los Angeles, CA 90067, and Michael P. Cooley, Esquire, Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201-4675; and (vii) counsel to the U.S. Trustee: Jane Leamy, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 so as to be **received** on or before the Supplemental Objection Deadline. Parties who have already timely filed and served an objection or response to the Disclosure Statement pursuant to the *Notice of Hearing on Disclosure Statement and Objection Deadline* dated January 11, 2011 do not need to re-file the objection.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to obtain copies of the Amended Disclosure Statement and/or the Amended Plan (when filed) may do so by (i) calling the Notice and Balloting Agent, at (646) 282-2400 or (ii) viewing such documents by accessing the Notice and Balloting Agent's website: http://chapter11.epiqsystems.com/PBS or the Court's website: www.deb.uscourts.gov. Please note that a PACER password and login are needed to access documents on the Court's website.

Dated: February 10, 2011                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         jfried@pszjlaw.com
         tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession

and

Counsel to the Non-Debtor Plan Proponents (listed on the following page)

| | |
|---|---|
| MESSANA ROSNER & STEM LLP<br>Brian L. Arban, Esq.<br>Fred Rosner, Esq.<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br><br>-and-<br><br>ARENT FOX LLP<br><br>/s/ Robert M. Hirsh, Esq.<br>Robert M. Hirsh, Esq.<br>George P. Angelich, Esq.<br>1675 Broadway<br>New York, NY 10019<br><br>Counsel for the Official Committee of Unsecured Creditors<br><br>REED SMITH LLP<br>Edward J. Estrada, Esq.<br>599 Lexington Avenue, 22nd Floor<br>New York, NY 10022<br><br>-and-<br><br>REED SMITH LLP<br><br>/s/ Kurt F. Gwynne, Esq.<br>Kurt F. Gwynne, Esq.<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br><br>Counsel to Privet Opportunity Fund I, LLC and Privet Fund Management LLC<br><br><br><br>ASHBY & GEDDES<br><br>/s/ Ricardo Palacio, Esq.<br>Ricardo Palacio, Esq.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br><br>Counsel to Prescott Group Capital Management | MORRISON COHEN LLP<br><br>/s/ Joseph T. Moldovan, Esq.<br>Joseph T. Moldovan, Esq.<br>909 Third Avenue<br>New York, NY 10022-4731<br><br>-and-<br><br>BAYARD, P.A.<br>Neil B. Glassman, Esq.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br><br>Counsel for the Official Committee of Equity Security Holders<br><br><br><br>PEPPER HAMILTON LLP<br>David B. Stratton, Esq.<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>David P. Simonds, Esq.<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>/s/ Michael P. Cooley, Esq.<br>Michael P. Cooley, Esq.<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201-4675<br><br>Counsel to Lonestar Capital Management, LLC as investment advisor to Lonestar Partners, LP and manager to PB Funding, LLC |