IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | **Related To Docket No. ___** |

## ORDER GRANTING DEBTORS' MOTION FOR: (I) APPROVAL OF A CONSENT AGREEMENT WITH THE SECURITIES AND EXCHANGE COMMISSION; (II) LIMITED RELIEF FROM THE AUTOMATIC STAY; AND (III) AUTHORITY TO DE-REGISTER AS A PUBLIC COMPANY

Upon consideration of the *Debtors' Motion for: (I) Approval of Consent Agreement With the Securities and Exchange Commission; (II) Limited Relief From the Automatic Stay; and (III) Authority to De-Register as a Public Company* (the "Motion")[2]; and due and proper notice of the Motion having been given; and it appearing that no other or further notice is required; and the Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested is in the best interest of the Debtors, their estates, and creditors; and after due deliberation, and for sufficient cause appearing therefore; it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Consent Agreement is APPROVED pursuant to Bankruptcy Rule 9019; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

DOCS_DE:166802.8

**ORDERED** that limited relief from the automatic stay for cause under section 362(d)(1) of the Bankruptcy Code is GRANTED in accordance with the Motion; and it is further

**ORDERED** that Debtor Point Blank may de-register as a public company as set forth in the Motion; and it is further

**ORDERED** that the Debtors and the SEC are authorized and directed to take all actions necessary to comply with and carry out the terms of the Consent Agreement without the need for further orders from this Court; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March __, 2011

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge
