IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket No. 1057** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE DEBTORS' FIRST (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO 11 U.S.C. § 502(B) FEDERAL RULES OF BANKRUPTCY PROCEDURE 3007 AND 9014, AND LOCAL RULE OF BANKRUPTCY PROCEDURE 3007-1**

TO: Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

PLEASE TAKE NOTICE that on January 25, 2011, the debtors and debtors in possession (collectively, the "Debtors"), in the above-captioned cases, filed the *Debtors' First (Non-Substantive) Omnibus Objection to Claims Pursuant to U.S.C. § 502(b), Federal Rules of Bankruptcy Procedure 3007 and 9014, and Local Rule of Bankruptcy Procedure 3007-1* (the "First Omnibus Objection") [Docket No. 1057] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A hearing on the First Omnibus Objection is scheduled for March 10, 2011, at 4:00 p.m. prevailing Eastern time.

PLEASE TAKE FURTHER NOTICE that the proofs of claim that are required to be delivered to the Bankruptcy Court pursuant to Del. Bankr. L.R. 3007-1(e)(iv) in connection with the First Omnibus Objection (the "Proofs of Claim") have been delivered to the Chambers

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

of the Honorable Peter J. Walsh (with all attachments) together with a copy of the First Omnibus Objection. Pursuant to Rule 3007-1(e)(iv)(C), this notice is being served without copies of the Proofs of claims attached hereteo. Copies of any of the Proofs of Claim may be requested from counsel for the Debtors.

Dated: February 24, 2011          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       jfried@pszjlaw.com
       tcairns@pszjlaw.com
       pkeane@pszjlaw.com

Counsel for the Debtors and Debtors in Possession