Honorable Judge Peter Walsh
US Bankruptcy Court          REVISED WITH CASE ID NO.
Clerks Office 3rd Fl.
824 Market St.
Wilmington DE 19801
RE: Point Blank Solutions, Inc.
Case No: 10-11255 (PWJ).DDC

Dear Judge,

I am a small stockholder of PBSO (600 shares) since 2006. I am opposed to the Modified Plan because it appears I will get no justice or compensation to cover over $8,000.00 in losses resulting from the "pump and dump" scheme fostered by the owners of the company now in jail. The new bunch of Debtor Band of Thieves now want to raid and rob the company by what ever legal and illegal means possible. I am a 78 year old 100% disabled Vet living on social security and a military disability pension. I bought stock because I believed the product would save lives and that the company would prosper. I was wrong because I didn't know David H Brooks and his cronies were crooks. Please do not let these people get away with stealing the $39 million set aside by Judge Seybert's final non-appealable judgment in the Class Action; especially letting the Bankruptcy Vultures get their horrendous legal expenses of $17 million which is out of all proportion to the income and assets. It is my hope you recognize that the real victims in this sordid story of greed and corruption are not getting their fair share and you will reject the Modified Plan in favor of a negotiated Fair and Reasonable settlement. Please have the Clerk of the Court post my objections on Pacer.

Daniel W. Silvers
3150 W Calhoun Parkway
Minneapolis MN 55416
612 743 8438

2/17/2011