FEB. 17, 2011

John H. Mason      phone: 715-966-2311
181 Edgewater Homes
Rhinelander, WI 54501

Honorable Peter J. Walsh
U.S. Bankruptcy Court
824 N. Market St. 6th Floor Court #2
Wilmington DE 19801

RE: Point Blank Solutions
    Chapter 11, Case No. 10-11255 (PJW)
    Related Docket No. 1007

Dear Honorable Peter J Walsh:

    Please be advised. I John H. Mason am currently in possession of equity. Two thousand six Hundred shares of Point Blank Solutions stock. My cost to acquire this holding was; thirty one thousand twenty two dollars and eighty five cents. This equity was purchased over five years ago when it was traded on the American Stock Exchange as a public company.

The price collapsed when it was discovered that David Brooks (CEO at that time), had lied about the companies earnings. I contacted an attorney at that time in an attempt to recoup through litigation my and my brothers (Joseph G. Mason) investment.

That attorney was less than helpful.

I retire this year, my age is sixty one and this equity was thirty percent of my retirement Portfolio. And would like to recoup my investment which was lost through no fault of my own.

Hereby I would object to any initiative of the current management of Point Blank Solutions and or any party or parties. To effect a disclosure that would nullify and or make void my equity holdings in Point Blank Solutions.

If there is anything that Your Honor could do to help me recoup my losses This will be greatly appreciated.

Respectfully
John H Mason [signature]

Attachments: portfolio statement and Court Document

01008998

JOHN H MASON
181 EDGEWATER HOMES
RHINELANDER WI 54501

Envelope 335996448

Automated Telephone
Customer Service

## JOHN H MASON - INDIVIDUAL TOD

### Account Summary

| | |
|---|---|
| Beginning value as of Dec 1 | $64,760.65 |
| Change in investment value | 61.58 |
| Ending value as of Dec 31 | $64,822.23 |
| Your commission schedule | Silver |
| Account eligible trades from Jan 2010 - Dec 2010 | 0 |

### Income Summary

| Taxable | This Period | Year to Date |
|---|---|---|
| Dividends | $0.03 | $5.58 |
| St cap gain | 0.04 | 0.04 |
| Interest | 1.84 | 7.49 |
| U.S. Gov't interest | 6.12 | 41.74 |
| **Total** | **$8.03** | **$54.85** |

### Holdings (Symbol) as of December 31, 2010

**Stocks** 2% of holdings

| | Performance December 31, 2010 | Quantity December 31, 2010 | Price per Unit December 31, 2010 | Total Cost Basis | Total Value December 1, 2010 | Total Value December 31, 2010 |
|---|---|---|---|---|---|---|
| INFOSPACE INC COM PAR $.0001 (INSP) | | 49.000 | $8.300 | $2,484.75 | $378.28 | $406.70 |
| POINT BLANK SOLUTIONS INC (PBSOQ) | | 2,600.000 | 0.230 | 31,022.85 | 572.00 | 598.00 |



0001

101231 0001 335996448    01 18 000

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., *et al.* [1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No. 1007** |

**Hearing Date: March 3, 2011 at 2:00 p.m. (prevailing Eastern time)**

## NOTICE OF ADJOURNMENT OF
## DISCLOSURE STATEMENT HEARING

**PLEASE TAKE NOTICE** that on January 11, 2011, Point Blank Solutions, Inc., together with its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), together with Official Committee of Unsecured Creditors (the "Creditors' Committee"), the Official Committee of Equity Security Holders (the "Equity Committee"), Privet Fund Management LLC, as investment advisor to certain affiliates including Privet Opportunity Fund I, LLC, Prescott Group Capital Management, LLC and Lonestar Capital Management, LLC, as investment advisor to Lonestar Partners, LP and manager to PB Funding, LLC (collectively, with the Debtors, the Creditors' Committee and the Equity Committee, the "Plan Proponents"), filed the *Joint Chapter 11 Plan of Reorganization* (Docket No. 1006) (including all exhibits thereto and as it may be amended, modified or supplemented from time to time, the "Plan") and the *Disclosure Statement in Support of Joint Chapter 11 Plan of Reorganization* (Docket No. 1007) (including all exhibits thereto and as it may be amended, modified or supplemented from time to time, the "Disclosure Statement").[2]

**PLEASE TAKE FURTHER NOTICE** that, in response to certain objections and other informal responses to the Disclosure Statement, including comments received from the Staff of the Securities and Exchange Commission (the "SEC Staff") that the SEC Staff had concerns and objections that the Rights Offering would not meet the requirements of the Securities Act of 1933, the Plan Proponents are considering certain modifications to the Disclosure Statement and Plan. In particular, among other proposed changes, pursuant to the revisions to the Plan (the "Amended Plan") and revisions to the Disclosure Statement (the "Amended Disclosure Statement"), the Plan Proponents anticipate that the New Common Stock described in the Plan will be proposed to be sold through a direct subscription of shares to certain parties to be named

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms not defined herein shall have the same meaning as ascribed in the Disclosure Statement.

70934-001\DOCS_DE:167666.6