IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., et al.[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 1110** |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' THIRD MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 1121(D) FURTHER EXTENDING THE TIME PERIODS DURING WHICH THE DEBTORS HAVE THE EXCLUSIVE RIGHT, CO-EXTENSIVE WITH THE COMMITTEES, TO FILE A PLAN AND SOLICIT ACCEPTANCES THEREOF**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Debtors' Third Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending the Time Periods During Which the Debtors Have the Exclusive Right, Co-Extensive with the Committees, to File a Plan and Solicit Acceptances Thereof* (the "Motion") [Docket No. 1110] filed on February 8, 2011.

Pursuant to the *Notice of Debtors' Third Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending the Time Periods During Which the Debtors Have the Exclusive Right, Co-Extensive with the Committees, to File a Plan and Solicit Acceptances Thereof* [Docket No. 1110] filed and served upon interested parties on February 8, 2011, objections to the Motion were to be filed and served no later than February 22, 2011, at 4:00 p.m. The undersigned further certifies that the Court's docket has been reviewed in this case and no

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

answer, objection or other responsive pleading to the Motion appears thereon.

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: February 24, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Timothy P. Cairns
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:ljones@pszjlaw.com
 dbertenthal@pszjlaw.com
 jfried@pszjlaw.com
 tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession