IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | RE: Docket No. 1140, 1141 |

## ORDER GRANTING MOTION TO: (1) SHORTEN TIME FOR HEARING UPON DEBTORS' MOTION FOR: (I) APPROVAL OF A CONSENT AGREEMENT WITH THE SECURITIES AND EXCHANGE COMMISSION; (II) LIMITED RELIEF FROM THE AUTOMATIC STAY; AND (III) AUTHORITY TO DE-REGISTER AS A PUBLIC COMPANY; AND (2) TO ESTABLISH OBJECTION DEADLINE

Upon the motion (the "Motion to Shorten") of the Debtors for entry of an order shortening the notice period and establishing the response deadline for the *Debtors' Motion for:*

*(I) Approval of a Consent Agreement With the Securities and Exchange Commission;*

*(II) Limited Relief From the Automatic Stay; and (III) Authority to De-Register as a Public*

*Company[Docket No. 1140]* (the "Settlement Motion");[2] and it appearing that relief sought in the Motion to Shorten is appropriate under the circumstances;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The hearing on the Settlement Motion (the "Hearing") is scheduled for March 10, 2011, at 4:00 p.m., prevailing Eastern Time.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth for such terms in the Motion to Shorten and/or the Settlement Motion.

3. Any party wishing to file a response to the Settlement Motion must do so in a writing filed with the Court by no later than 4:00 p.m. prevailing Eastern Time on March 7, 2011.

4. Counsel for the Debtors shall, within twenty-four (24) hours after the entry of this Order, serve a copy of this Order and notice of the hearing on the Settlement Motion on Notice Parties originally served with the Settlement Motion by facsimile, hand delivery, overnight mail and/or express mail.

Dated: Feb 25, 2011

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge