IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: March 7, 2011 at 4:00 p.m.**
**Hearing Date: March 10, 2011 at 4:00 p.m.**

## NOTICE OF DEBTORS' MOTION FOR: (I) APPROVAL OF A CONSENT AGREEMENT WITH THE SECURITIES AND EXCHANGE COMMISSION; (II) LIMITED RELIEF FROM THE AUTOMATIC STAY AND (III) AUTHORITY TO DE-REGISTER AS A PUBLIC COMPANY

**PLEASE TAKE NOTICE** that on February 24, 2011, the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases, filed the *Debtors' Motion for: (I) Approval of Consent Agreement With the Securities and Exchange Commission; (II) Limited Relief From the Automatic Stay; and (III) Authority to De-Register as a Public Company [Docket No. 1140]* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously served upon you. On February 25, 2011, the Bankruptcy Court entered an order shortening time [Docket No. 1149] (the "Order Shortening

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

Time") for the hearing on the Motion, and fixed the deadline by which objections (if any) to the Motion must be filed. A copy of the Order Shortening Time is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **March 7, 2011, at 4:00 p.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esquire, Fax: (302) 652-4400; (ii) the DIP Lenders, or their counsel: (a) for Lonestar Partners L.P – Akin Gump Strauss Hauer & Feld LLP, 2029 Century Park East, Suite 2400, Los Angeles, California 90067, Attn: David P. Simonds, Esquire, Fax: (310) 229-1001, and Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, P.O. Box 1709, Wilmington, Delaware 19899-1709, Attn: David B. Stratton, Esquire, Fax: (302) 656-8865; (b) for Privet Opportunity Fund I, LLC, and Privet Fund Management LLC – Reed Smith LLP, 599 Lexington Avenue, 22nd Floor New York, New York 10022, Attn: Edward J. Estrada, Esquire, Fax: (212) 521-5450, and Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801, Attn: Kurt F. Gwynne, Esquire, Fax: 302-778-7575; and (c) Prescott Group Capital Management, Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE 19899, Attn: Ricardo Palacio, Esquire, Fax: (302) 654-2067; (iii) counsel to the Official Committee of Unsecured Creditors in these cases: Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Robert M. Hirsh, Esquire, Fax: (212) 484-3990; and The Rosner

Law Group LLC, 1000 N. West Street, Suite 1200, Wilmington, DE 19801, Attn: Frederick B. Rosner, Esquire, Email: rosner@teamrosner.com; (iv) counsel to the Official Committee of Equity Security Holders in these cases: The Bayard Firm, 222 Delaware Avenue, Suite 900, Wilmington, DE 19801, Attn: Neil Glassman, Esquire, Fax: (302) 658-6395; and Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022, Attn: Joseph T. Moldovan, Esquire, Fax: 212-735-8708; and (v) counsel to the U.S. Trustee: Jane Leamy, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **MARCH 10, 2011, AT 4:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE PETER J. WALSH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM 2, WILMINGTON, DELAWARE 19801.

*[Remainder of Page Intentionally Left Blank]*

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 25, 2011

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Curtis A. Hehn*

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Curtis A. Hehn (Bar No. 4264)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., et al.[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | RE: Docket No. *1140, 1141* |

**ORDER GRANTING MOTION TO: (1) SHORTEN TIME FOR HEARING UPON DEBTORS' MOTION FOR: (I) APPROVAL OF A CONSENT AGREEMENT WITH THE SECURITIES AND EXCHANGE COMMISSION; (II) LIMITED RELIEF FROM THE AUTOMATIC STAY; AND (III) AUTHORITY TO DE-REGISTER AS A PUBLIC COMPANY; AND (2) TO ESTABLISH OBJECTION DEADLINE**

Upon the motion (the "Motion to Shorten") of the Debtors for entry of an order shortening the notice period and establishing the response deadline for the *Debtors' Motion for:*

*(I) Approval of a Consent Agreement With the Securities and Exchange Commission;*

*(II) Limited Relief From the Automatic Stay; and (III) Authority to De-Register as a Public*

*Company [Docket No. 1140]* (the "Settlement Motion");[2] and it appearing that relief sought in the Motion to Shorten is appropriate under the circumstances;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The hearing on the Settlement Motion (the "Hearing") is scheduled for March 10, 2011, at 4:00 p.m., prevailing Eastern Time.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth for such terms in the Motion to Shorten and/or the Settlement Motion.

70934-001\DOCS_DE:168062.1            1

DATE *2-25-11*

DOCKET # *1149*

3. Any party wishing to file a response to the Settlement Motion must do so in a writing filed with the Court by no later than 4:00 p.m. prevailing Eastern Time on March 7, 2011.

4. Counsel for the Debtors shall, within twenty-four (24) hours after the entry of this Order, serve a copy of this Order and notice of the hearing on the Settlement Motion on Notice Parties originally served with the Settlement Motion by facsimile, hand delivery, overnight mail and/or express mail.

Dated: Feb 25, 2011

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge