Mr. and Mrs. Donald Baine
18004 North 93rd Place
Scottsdale, AZ 85255

February 24, 2011

The Honorable Peter J. Walsh
United States Bankruptcy Court
824 Market Street, 6th Floor
Courtroom No. 2
Wilmington, DE 19801

Re: Point Blank Solutions, Inc., et al
Case No. 10-11255 (PJW)

Gentlemen:

Please accept this letter as our response to the Second Omnibus Claims Objection to which we disagree with the objection to reclassify our proof of claim filed in this case.

In addition, since we are located in Arizona, it will present a financial hardship for us to attend the hearing on March 10, 2011 in Wilmington, Delaware, and would also require that we miss time from our employment. However, if it is necessary for our attendance at the hearing in order to secure our claim on the funds we have lost, we will do so.

We have also sent a copy of this response to the law firm of Pachulski Stang Ziehl & Jones LLP at their offices in Delaware and California.

Sincerely,

*Donald Baine*
Donald Baine

*Carol Baine*
Carol Baine