In reference to case name: Point Blank Solutions, Inc.
Case number: 10-11255 (PWJ)



Honorable Judge Peter Walsh
Bankruptcy Court
824 North Market Square
6th Floor, Courtroom 2
Wilmington, DE 19801.

My name is Lee Beyer and I have held 300 shares of PBSO/DHB for nearly 5 years. I am asking the Court to post my Objection to the Modified Plan for Case Number 10-11255 (PWJ).

This entire ordeal has been surreal for us common shareholders ever since David Brooks's shenanigans began to immerge into the daylight. From his use of the company's coffers has his own piggy bank, to the creation of a separate Board to absolve him and the former board of their crimes, to the latest saga which essentially leaves us common stockholders with nothing. I cannot believe such a story can unfold in America today.

This is the last chance for any of us shareholders to see any justice. I object to the Modified Plan and hope and pray that the entire issue will be reinvestigated with common sense and sound justice predominating.

Thank you for your time.

Lee Beyer
882 Nanu St
Honolulu, HI 96818