5428 Dunmore RD
Wilmington, N C 28409
Feb, 19, 2011

Honorable Judge Peter Walsh
Bankruptcy Court
824 NO Market St
6th floor, Courtroom 2
Wilmington, DE 19801

I am a former shareholder of DHB/PBSO.

Were it not for the corporate thieves, this would be a viable company producing important body armor for the benefit of our troops and law enforcement authorities.

I do not want to see this Company killed for no reason at all. Please see to it that there is a Reorganization which allows the public owners to collect what's due from the criminals who previously mismanaged it and puts the Company back in business on the right side.

Thank you for any consideration you can give to my opinion.

Daryl Lowenstein

*[signed] Daryl Lowenstein*

The case name is: Point Blank Solutions, Inc.
The case number is: 10-11255 (PJW)
Thank you for your reply.
MRS. Daryl Lowenstein