IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., et al.[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 1121** |

# CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' SUPPLEMENTAL APPLICATION FOR THE EMPLOYMENT OF CARR & PALMER, LLP AS SPECIAL LITIGATION COUNSEL TO DEBTORS

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Debtors' Supplemental Application for the Employment of Carr & Palmer, LLP as Special Litigation Counsel to Debtors* (the "Motion") [Docket No. 1121] filed on February 10, 2011.

Pursuant to the *Notice of Debtors' Supplemental Application for the Employment of Carr & Palmer, LLP as Special Litigation Counsel to Debtors* [Docket No. 1121] filed and served upon interested parties on February 10, 2011, objections to the Motion were to be filed and served no later than February 24, 2011, at 4:00 p.m. (the "Objection Deadline"). The Official Committee of Unsecured Creditors requested and was given an extended Objection Deadline of March 3, 2011. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

appears thereon.

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: March 4, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/ illegible

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
  dbertenthal@pszjlaw.com
  jfried@pszjlaw.com
  tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession