IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE
HEARD ON MARCH 10, 2011, AT 4:00 P.M. BEFORE THE HONORABLE
PETER J. WALSH AT THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET,
6th FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801[2]**

**UNCONTESTED MATTERS WITH
CERTIFICATIONS OF NO OBJECTION:**

1.      Debtors' Third Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending the Time Periods During Which the Debtors Have the Exclusive Right, Co-Extensive with the Committees, to File a Plan and Solicit Acceptances Thereof (Filed 2/8/11) [Docket No. 1110].

Response Deadline:     February 22, 2011, at 4:00 p.m.

Response(s) Received:  None.

Related Document:

A.      Certification of No Objection Regarding Debtors' Third Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending the Time Periods During Which the Debtors Have the Exclusive Right, Co-Extensive with the Committees, to File a Plan and Solicit Acceptances Thereof (Filed 2/24/11) [Docket No. 1147].

Status: A Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

2.    Debtors' Supplemental Application for the Employment of Carr & Palmer, LLP as Special Litigation Counsel to Debtors (Filed 2/10/11) [Docket No. 1121].

Response Deadline:    February 24, 2011, at 4:00 p.m.  Extended to March 3, 2011 with respect to the Official Committee of Unsecured Creditors.

Response(s) Received:  None.

Related Document:

A.    Certification of No Objection Regarding Debtors' Supplemental Application for the Employment of Carr & Palmer, LLP as Special Litigation Counsel to Debtors (Filed 3/4/11) [Docket No. 1176].

Status:  A Certification of No Objection has been filed and submitted to chambers together with the proposed form of order.  This matter will not be going forward unless otherwise directed by the Court.

**CONTESTED MATTERS GOING
FORWARD AS STATUS CONFERENCES:**

3.    Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 1/11/11) [Docket No. 1007].

Objection Deadline:    February 24, 2011, at 4:00 p.m.  Extended to February 28, 2011 at 4:00 p.m., with respect to the United States Trustee.

Response(s) Received:

A.    Limited Objection of Rodney McFadden to the Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code (Filed 1/11/11) [Docket No. 1011].

B.    [Rodney D. McFadden] Shareholder Objection to the Debtors' Disclosure Statement (Filed 1/21/11) [Docket No. 1051].

C.    [Joseph Mason] Objection (Filed 1/31/11) [Docket No. 1081].

D.    [George Tsai] Response to Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 2/1/11) [Docket No. 1088].

E.    [Carl Wegerer, III] Objection and Joinder (Filed 2/4/11) [Docket No. 1099].

F.    [Subarna B. Malakar] Objection (Filed 2/7/11) [Docket No. 1100].

G.    [Steven P. McNeil] Objection to Disclosure Statement and Rights Offering Procedure (Filed 2/8/11) [Docket No. 1104].

H.     [D. David Cohen] Objection to Debtors' Joint Chapter 11 Plan of Reorganization (Filed 2/8/11) [Docket No. 1105].

I.     [D. David Cohen] Objection to Debtor's Disclosure Statement (Filed 2/8/11) [Docket No. 1106].

J.     Objection of David H. Brooks to Debtors' Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 2/8/11) [Docket No. 1109].

K.     Lead Plaintiffs' Objections to Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 2/9/11) [Docket No. 1115].

L.     Reservation of Rights of Wayne B. Kolbeck Regarding Debtors' Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 2/9/11) [Docket No. 1116].

M.     Objection of the U.S. Securities and Exchange Commission to the Adequacy of the Disclosure Statement, Confirmation of the Joint Chapter 11 Plan of Reorganization, and Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement and Related Relief (Filed 2/11/11) [Docket No. 1124].

N.     [Daniel W. Silvers] Objection (Filed 2/24/11) [Docket No. 1143].

O.     [John H. Mason] Objection (Filed 2/24/11) [Docket No. 1144].

P.     [D. David Cohen] Statement of Additional Objections and Request for Relief Under 11 U.S.C. 1129(a)(3) (Filed 2/24/11) [Docket No. 1146].

Q.     United States Trustee's Objection to Debtors' Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 2/25/11) [Docket No. 1150].

R.     [Rodney McFadden] Statement of Additional Objections to Confirmation of the Joint Chapter 11 Plan of Reorganization, and in Opposition to Debtors' Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement and Related Relief (filed 2/28/11) [Docket No. 1156].

S.     [Lee Beyer] Objection (Filed 3/1/11) [Docket No. 1159].

T.     [Daryl Lowenstein] Objection (Filed 3/3/11) [Docket No. 1170].

U.     Objection by Jon E. Jacks to the Debtors' Disclosure Statement Describing the Joint Chapter 11 Plan of Reorganization and Debtors' Joint Chapter 11 Plan of Reorganization (Filed 3/3/11) [Docket No. 1171].

Related Document(s):

A.     Joint Chapter 11 Plan of Reorganization (Filed 1/11/11) [Docket No. 1006].

B.     Notice of Hearing on Disclosure Statement and Objection Deadline (Filed 1/11/11) [Docket No. 1008].

C.   Notice of Filing Exhibits Regarding Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 1/31/11) [Docket No. 1069].

D.   Notice of Adjournment of Disclosure Statement Hearing (Filed 2/10/11) [Docket No. 1122].

Status: This matter will be going forward as a status conference.

4.   Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Joint Chapter 11 Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; (E) Approving Subscription Form for Purposes of the Rights Offering and Related Procedures in Connection Therewith; and (F) Approving Form and Manner of Notice (Filed 1/28/11) [Docket No. 1067].

Objection Deadline:   February 9, 2011, at 4:00 p.m.

Response(s) Received:

A.   Limited Objection of Rodney McFadden to the Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Joint Chapter 11 Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; (E) Approving Subscription Form for Purposes of the Rights Offering and Related Procedures in Connection Therewith; and (F) Approving Form and Manner of Notice (Filed 2/9/11) [Docket No. 1111].

B.   Reservation of Rights of Wayne B. Kolbeck Regarding Debtors' Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization (Filed 2/9/11) [Docket No. 1116].

C.   Objection of the U.S. Securities and Exchange Commission to the Adequacy of the Disclosure Statement, Confirmation of the Joint Chapter 11 Plan of Reorganization, and Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement and Related Relief (Filed 2/11/11) [Docket No. 1124].

Related Document(s):

A.   Order Fixing Hearing Date and Shortening Time to Object or Respond to Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Joint Chapter 11 Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; (E) Approving Subscription Form for Purposes of the Rights Offering and Related Procedures in Connection Therewith; and (F) Approving Form and Manner of Notice (Entered 2/1/11) [Docket No. 1083].

4

B.      Notice of Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Joint Chapter 11 Plan of Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; (E) Approving Subscription Form for Purposes of the Rights Offering and Related Procedures in Connection Therewith; and (F) Approving Form and Manner of Notice (Filed 2/2/11) [Docket No. 1092].

C.      Notice of Adjournment of Disclosure Statement Hearing (Filed 2/10/11) [Docket No. 1122].

Status:  This matter will be going forward as a status conference.

5.      Motion for Order Authorizing Debtors to (I) Enter Into Subscription and Backstop Purchase Agreement and (II) Pay Related Fees and Expenses and Indemnify Backstop Purchasers (Filed 1/31/11) [Docket No. 1071].

Objection Deadline:  February 9, 2011, at 4:00 p.m.

Response(s) Received:

A.      [Steven P. McNeil] Objection to Disclosure Statement and Rights Offering Procedure (Filed 2/8/11) [Docket No. 1104].

B.      Objection of the U.S. Securities and Exchange Commission to the Adequacy of the Disclosure Statement, Confirmation of the Joint Chapter 11 Plan of Reorganization, and Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement and Related Relief (Filed 2/11/11) [Docket No. 1124].

Related Document(s):

A.      Order Fixing Hearing Date and Shortening Time to Object or Respond to Debtors' Motion for Order Authorizing Debtors to (I) Enter Into Subscription and Backstop Purchase Agreement and (II) Pay Related Fees and Expenses and Indemnify Backstop Purchasers (Entered 2/1/11) [Docket No. 1084].

B.      Notice of Motion for Order Authorizing Debtors to (I) Enter Into Subscription and Backstop Purchase Agreement and (II) Pay Related Fees and Expenses and Indemnify Backstop Purchasers (Filed 2/2/11) [Docket No. 1093].

C.      Notice of Adjournment of Disclosure Statement Hearing (Filed 2/10/11) [Docket No. 1122].

Status:  This matter will be going forward as a status conference.

5

6.	Debtors' (I) Objection to the Claims Filed by Wayne Kolbeck for (A) $3 Billion on Account of the Debtors' Alleged Violations of the False Claims Act, Common Law Fraud, Mistake, Unjust Enrichment and Breach of Contract [Claim No. 462]; And (B) $743,785.30 on Account of the Debtors' Wrongful Termination of Kolbeck in Pursuing Possible False Claims Act Violations, And (II) Request for Attorneys Fees and Expenses to be Awarded Against Kolbeck Pursuant to Section 3730(D)(4) of the False Claims Act (Filed 1/25/11) [Docket No. 1059].

Response Deadline:	March 3, 2011, at 4:00 p.m., and extended to a date to be determined for Wayne Kolbeck.

Response(s) Received:	None, as of the date of this agenda.

Related Documents:

A.	Notice of Debtors' (I) Objection to the Claims Filed by Wayne Kolbeck for (A) $3 Billion on Account of the Debtors' Alleged Violations of the False Claims Act, Common Law Fraud, Mistake, Unjust Enrichment and Breach of Contract [Claim No. 462]; And (B) $743,785.30 on Account of the Debtors' Wrongful Termination of Kolbeck in Pursuing Possible False Claims Act Violations, And (II) Request for Attorneys Fees and Expenses to be Awarded Against Kolbeck Pursuant to Section 3730(D)(4) of the False Claims Act (Filed 1/25/11) [Docket No. 1059].

Status:	This matter will be going forward as a status conference only. The parties are in the process of preparing a consensual proposed scheduling order for submission to the Court.

**CONTESTED MATTERS GOING FORWARD:**

7.	Debtors' Motion for: (I) Approval of Consent Agreement with the Securities and Exchange Commission; (II) Limited Relief From the Automatic Stay; and (III) Authority to De-Register as a Public Company (Filed 2/24/11) [Docket No. 1140].

Response Deadline:	March 7, 2011, at 4:00 p.m. Extended to March 8, 2011, at 12:00 p.m. with respect to the Official Committee of Equity Security Holders (by agreement of the Debtors, and approved by the Court).

Response(s) Received:

A.	[D. David Cohen] Objection to Debtors' Motion for Authority to De-Register as a Public Company (Filed 3/2/11) [Docket No. 1167].

B.	Limited Objection of David H. Brooks to Debtors' Motion for: (I) Approval of a Consent Agreement with the Securities and Exchange Commission; (II) Limited Relief from the Automatic Stay; and (III) Authority to De-Register as a Public Company (Filed 3/7/11) [Docket No. 1178].

C.     Joinder of Rodney McFadden to D. David Cohen's Objection to Debtor's Motion for Authority to De-Register as a Public Company (Filed 3/7/11) [Docket No. 1179].

D.     Response and Request for Adjournment of the Official Committee of Equity Security Holders to Debtor Point Blank Solution Inc.'s Motion for (I) Approval of a Consent Agreement with the Securities and Exchange Commission; (II) Limited Relief from the Automatic Stay; and (III) Authority to De-Register as a Public Company (Filed 3/8/11) [Docket No. 1188].

Related Documents:

A.     Order Granting Motion to: Shorten Time for Hearing Upon Debtors' Motion for: (I) Approval of a Consent Agreement with the Securities and Exchange Commission; (II) Limited Relief from the Automatic Stay; and (III) Authority to De-Register as a Public Company; and (2) to Establish Objection Deadline (Entered 2/25/11) [Docket No. 1149].

B.     Notice of Debtors' Motion for: (I) Approval of Consent Agreement with the Securities and Exchange Commission; (II) Limited Relief From the Automatic Stay; and (III) Authority to De-Register as a Public Company (Filed 2/25/11) [Docket No. 1151].

Status:  This matter will be going forward.

8.     First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b), Federal Rules of Bankruptcy Procedure 3007 and 9014, and Local Rule of Bankruptcy Procedure 3007-1 (Filed 1/25/11) [Docket No. 1057].

Response Deadline:     March 3, 2011, at 4:00 p.m.

Response(s) Received:

A.     [Joseph Henritude] Response (Filed 2/24/11) [Docket No. 1145].

Reply:

A.     Omnibus Reply to Responses to Debtors' (I) First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b), Federal Rules of Bankruptcy Procedure 3007 and 9014, and Local Rule of Bankruptcy Procedure 3007-1, and (II) Second (Non-Substantive) Omnibus Objection to the Classification of Filed Proofs of Claim Pursuant to 11 U.S.C. Section 502(b), Federal Rules of Bankruptcy Procedure 3007 and 9014, and Local Rule of Bankruptcy Procedure 3007-1 (Filed 3/7/11) [Docket No. 1181].

Related Documents:

A.   Notice of Debtors' First (Non-Substantive) Omnibus Objection to Claims
     Pursuant to 11 U.S.C. § 502(b), Federal Rules of Bankruptcy Procedure 3007 and
     9014, and Local Rule of Bankruptcy Procedure 3007-1 (Filed 1/25/11) [Docket
     No. 1057].

B.   Notice of Submission of Proofs of Claim in Connection with the Debtors' First
     (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b),
     Federal Rules of Bankruptcy Procedure 3007 and 9014, and Local Rule of
     Bankruptcy Procedure 3007-1 (Filed 2/24/11) [Docket No. 1142].

C.   [Proposed] Order Granting and Sustaining Debtors' First (Non-Substantive)
     Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b), Federal Rules of
     Bankruptcy Procedure 3007 and 9014, and Local Rule of Bankruptcy Procedure
     3007-1.

Status:  This matter will be going forward.

9.   Debtors' Second (Non-Substantive) Omnibus Objection to the Classification of Filed
     Proofs of Claim Pursuant to 11 U.S.C. § 502(b), Federal Rules of Bankruptcy Procedure
     3007 and 9014, and Local Rule of Bankruptcy Procedure 3007-1 (Filed 1/25/11) [Docket
     No. 1058].

Response Deadline:    March 3, 2011, at 4:00 p.m.

Response(s) Received:

A.   [Bernard and Harriette Bilawsky] Response (Filed 2/7/11) [Docket No. 1102].

B.   [Donald and Carol Baine] Response (Filed 3/1/11) [Docket No. 1158].

Reply:

A.   Omnibus Reply to Responses to Debtors' (I) First (Non-Substantive) Omnibus
     Objection to Claims Pursuant to 11 U.S.C. Section 502(b), Federal Rules of
     Bankruptcy Procedure 3007 and 9014, and Local Rule of Bankruptcy Procedure
     3007-1, and (II) Second (Non-Substantive) Omnibus Objection to the
     Classification of Filed Proofs of Claim Pursuant to 11 U.S.C. Section 502(b),
     Federal Rules of Bankruptcy Procedure 3007 and 9014, and Local Rule of
     Bankruptcy Procedure 3007-1 (Filed 3/7/11) [Docket No. 1181].

Related Documents:

A.   Notice of Debtors' Second (Non-Substantive) Omnibus Objection to the
     Classification of Filed Proofs of Claim Pursuant to 11 U.S.C. § 502(b), Federal
     Rules of Bankruptcy Procedure 3007 and 9014, and Local Rule of Bankruptcy
     Procedure 3007-1 (Filed 1/25/11) [Docket No. 1058].

B.    [Proposed] Order Granting and Sustaining Debtors' Second (Non-Substantive) Omnibus Objection to the Classification of Filed Proofs of Claim Pursuant to 11 U.S.C. § 502(b), Federal Rules of Bankruptcy Procedure 3007 and 9014, and Local Rule of Bankruptcy Procedure 3007-1.

Status:  This matter will be going forward.

Dated: March 8, 2011                    PACHULSKI STANG ZIEHL & JONES LLP

                                        _____
                                        Laura Davis Jones (Bar No. 2436)
                                        David M. Bertenthal (CA Bar No. 167624)
                                        Joshua M. Fried (CA Bar No. 181541)
                                        Timothy P. Cairns (Bar No. 4228)
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, DE 19899-8705 (Courier 19801)
                                        Telephone:  (302) 652-4100
                                        Facsimile:  (302) 652-4400
                                        E-mail:ljones@pszjlaw.com
                                                dbertenthal@pszjlaw.com
                                                jfried@pszjlaw.com
                                                tcairns@pszjlaw.com

                                        Counsel to Debtors and Debtors in Possession