IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | *Related Docket No. 1121* |

## ORDER APPROVING DEBTORS' SUPPLEMENTAL APPLICATION FOR THE EMPLOYMENT OF CARR & PALMER, LLP AS SPECIAL LITIGATION COUNSEL TO DEBTORS

Upon consideration of the *Debtors' Application For Approval To Supplement The Employment of Carr & Palmer, LLP As Special Litigation Counsel To The Debtors, Nunc Pro Tunc To The Petition Date* (the "Supplemental Application");[2] and it appearing that the expanded retention of employment of Carr & Palmer, LLP as special counsel to the Debtors is necessary and in the best interests of the Debtors, their estates and all parties-in-interest; and it appearing that the Court has jurisdiction to consider the Motion; and it appearing that due notice of the Motion has been given and no further notice need be given; and after due deliberation and good and sufficient cause appearing; it is hereby

ORDERED that the Supplemental Application is GRANTED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Supplemental Application.

00001-001\DOCS_DE:166519.4

ORDERED that the supplemental retention of Carr & Palmer, LLP as special litigation counsel in these chapter 11 cases is APPROVED pursuant to 11 U.S.C. § 327(e); and it is further

ORDERED that compensation for services rendered by Carr & Palmer, LLP with respect to the DOJ False Claims Action on the terms and conditions set forth in the Motion is APPROVED pursuant to 11 U.S.C. § 328(a); and it is further

ORDERED that all terms of the Retention Order with respect to the Toyobo Litigation remain unaffected by this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: March 10, 2011

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge