# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Point Blank Solutions, Inc., et al. | | |
| **Case Number:** | 10-11255-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, MARCH 14, 2011 09:30 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

Debtor's Motion for (I) Approval of a Consent Agreement with the Securities and Exchange Commission; (II) Limited Relief from the Automatic Stay; and (III) Authority to De-Register as a Public Company - Continued from 3/10/11

**R / M #:**   1,140 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Motion approved for reasons stated on the record at the hearing on 3/10/11. Order will be held for 10 days to allow Mr. Cohen to file an application for stay. Hearing will be promptly scheduled once application is filed.