POINT BLANK SOLUTIONS, INC., *et al*

EMPLOYEE TIME SUMMARY

AND

DAILY TIME DETAILS BY INDIVIDUAL

UCC of Point Blank et al.
Professional Time Summary
February 1, 2011 through February 28, 2011

| Initial | Name | Title | | Rate | Time | | Amount |
|---------|------|-------|---|------|------|---|--------|
| JS | Jeff Sutton | Managing Director | $ | 675.00 | 5.5 | $ | 3,712.50 |
| CMB | Charles Berk | Managing Director | $ | 540.00 | 1.0 | | 540.00 |
| BR | Brian Ryniker | Director | $ | 500.00 | 34.8 | | 17,400.00 |
| AP | A J Patel | Senior Manager | $ | 385.00 | 8.1 | | 3,118.50 |
| GS | Gennady Spivak | Associate | $ | 285.00 | 31.4 | | 8,949.00 |
| RH | Robert Hung | Associate | $ | 210.00 | 3.2 | | 672.00 |
| | | | | | 84.0 | $ | 34,392.00 |

UCC of Point Blank et al.
Employee Time Detail Summary by Category & Individual
February 1, 2011 through February 28, 2011

| | Name | Time | Fees |
|---|---|---|---|
| **Business Analysis - DIP Operations** | Gennady Spivak | 21.2 | 6,042.00 |
| | Brian Ryniker | 4.4 | 2,200.00 |
| | A J Patel | 4.5 | 1,732.50 |
| | Robert Hung | 3.2 | 672.00 |
| Business Analysis - DIP Operations Total | | 33.3 | 10,646.50 |
| | | | |
| **Litigation Support - Analysis** | Gennady Spivak | 2.1 | 598.50 |
| | Brian Ryniker | 0.6 | 300.00 |
| Litigation Support - Analysis Total | | 2.7 | 898.50 |
| | | | |
| **Plan and Disclosure Statement** | Brian Ryniker | 9.1 | 4,550.00 |
| | Jeff Sutton | 3.4 | 2,295.00 |
| Plan and Disclosure Statement Total | | 12.5 | 6,845.00 |
| | | | |
| **Teleconferences/Meetings - Debtor/Counsel** | Brian Ryniker | 7.5 | 3,750.00 |
| | Jeff Sutton | 2.1 | 1,417.50 |
| Teleconferences/Meetings - Debtor/Counsel Total | | 9.6 | 5,167.50 |
| | | | |
| **Teleconferences/Meetings - UCC/Counsel** | Brian Ryniker | 12.6 | 6,300.00 |
| | A J Patel | 0.9 | 346.50 |
| Teleconferences/Meetings - UCC/Counsel Total | | 13.5 | 6,646.50 |
| | | | |
| **Fee Application Preparation** | Gennady Spivak | 8.1 | 2,308.50 |
| | Brian Ryniker | 0.6 | 300.00 |
| | A J Patel | 2.7 | 1,039.50 |
| | Charles Berk | 1.0 | 540.00 |
| Fee Application Preparation Total | | 12.4 | 4,188.00 |

**Grand Total**          84.0   $   34,392.00

UCC of Point Blank et al.
Employee Time Detail
February 1, 2011 through February 28, 2011

| Date | Initial | Project Category | Explanation of Work Performed | Rate | Time | Fees |
|------|---------|------------------|-------------------------------|------|------|------|
| 2/1/2011 | BR | Plan and Disclosure Statement | Review and revise update to the Unsecured Creditors' Committee re: liquidation analysis | $ 500.00 | 1.8 | 900.00 |
| | | | Update brief summary of projections and liquidation analysis for the Unsecured Creditors' Committee | $ 500.00 | 1.3 | 650.00 |
| | AP | Business Analysis - DIP Operations | Supervise staff on updating and completing the summary of estate professional fees. Compare to accrual amount and note variances. Review and revise workproduct accordingly. | $ 385.00 | 1.3 | 500.50 |
| | | Fee Application Preparation | Review, revise and finalize the December 2010 fee application for filing purposes. | $ 385.00 | 1.1 | 423.50 |
| | | | Review, revise and finalize the prorata calculation for the release of holdback amount for UCC professionals. | $ 385.00 | 0.4 | 154.00 |
| | RH | Business Analysis - DIP Operations | Update MOR analysis with October - December 2010 information | $ 210.00 | 2.3 | 483.00 |
| 2/2/2011 | GS | Fee Application Preparation | Prelim review of aggregate billings for Jan. prepare summary of billing by category | $ 285.00 | 0.5 | 142.50 |
| | BR | Business Analysis - DIP Operations | Request information from CRG re: questions on salaries and shot show | $ 500.00 | 0.3 | 150.00 |
| | | Teleconferences/Meetings - UCC/Counsel | Discussion with counsel re: estate concern on expenses and cash flow | $ 500.00 | 0.9 | 450.00 |
| | AP | Business Analysis - DIP Operations | Review weekly status report. Note significant developments and open issues. Prepare comments and questions for discussion on call with Debtor's financial advisors. | $ 385.00 | 1.3 | 500.50 |
| | | Fee Application Preparation | Review, revise and finalize the prorata calculation for the release of holdback amount for UCC professionals. Draft and send to Debtor's financial advisors. | $ 385.00 | 0.2 | 77.00 |
| 2/3/2011 | GS | Business Analysis - DIP Operations | Prepare updates to the consolidated and comparative MOR analysis for newly filed December MOR. Review of certain discrepancies and large differences in Debtor activities. | $ 285.00 | 1.3 | 370.50 |
| | | | Review the CRG weekly report and verify financial roll accuracy | $ 285.00 | 0.9 | 256.50 |
| | | | Prepare an updated weekly memo to the UCC per review of the CRG report. Prepare comments on various workproducts and status of various litigations. | $ 285.00 | 1.5 | 427.50 |
| | BR | Teleconferences/Meetings - Debtor/Counsel | Preparation for and discussion with professionals re: cash status on litigations and cash flow. | $ 500.00 | 0.6 | 300.00 |
| | AP | Business Analysis - DIP Operations | Finalize and circulate to Committee members the weekly status e-mail. | $ 385.00 | 0.7 | 269.50 |
| | | Teleconferences/Meetings - UCC/Counsel | Preparation for and attendance on call with Committee members and counsel. Reviewed weekly status items, POR status, and other confirmability issues. | $ 385.00 | 0.6 | 231.00 |
| | RH | Business Analysis - DIP Operations | Update professionals compensation analysis with filed fee applications | $ 210.00 | 0.4 | 84.00 |
| 2/4/2011 | GS | Business Analysis - DIP Operations | Review of recently received payment and prepare reconciliation of filed fee apps to payment received | $ 285.00 | 0.8 | 228.00 |
| | | Fee Application Preparation | Prepare summary chart for BR re: monthly WIP, invoice and W/O amounts for the months April 2010 through January 2011 | $ 285.00 | 0.6 | 171.00 |
| | BR | Business Analysis - DIP Operations | Preparation of list of operating issues throughout the dip and concerns with cash flow on the additional unicor production bid | $ 500.00 | 1.3 | 650.00 |
| | | Plan and Disclosure Statement | Review, revise and forward professional fee schedules to counsel | $ 500.00 | 0.9 | 450.00 |
| | | Teleconferences/Meetings - UCC/Counsel | Discussion with counsel re: open sources and uses issues | $ 500.00 | 0.4 | 200.00 |
| | AP | Teleconferences/Meetings - UCC/Counsel | Identify and forward requested file related to the liquidation of the Debtor's estate, etc. | $ 385.00 | 0.3 | 115.50 |
| 2/7/2011 | BR | Teleconferences/Meetings - UCC/Counsel | Discussion with DOJ re: claim status and potential negotiation | $ 500.00 | 1.3 | 650.00 |
| | | | Discussion with counsel re: brooks litigations | $ 500.00 | 0.3 | 150.00 |
| | | | Preparation for call with DOJ re: claim status and potential negotiation | $ 500.00 | 0.9 | 450.00 |
| | RH | Business Analysis - DIP Operations | Update Professionals Compensation Chart with Arent Fox Dec. fee application | $ 210.00 | 0.5 | 105.00 |
| 2/8/2011 | BR | Teleconferences/Meetings - Debtor/Counsel | Follow-up with counsel on zylon and plan issues. Updated plan sources and uses | $ 500.00 | 1.8 | 900.00 |
| 2/9/2011 | GS | Business Analysis - DIP Operations | Review of weekly CRG report. Prepare financial statement roll. | $ 285.00 | 0.8 | 228.00 |
| | | | Prepare the weekly memo to the UCC per review of the CRG report | $ 285.00 | 1.4 | 399.00 |
| | | | Follow-up revisions to the professional fee schedule with newly filed fee apps. review and reconcile quarterly fee apps filed per request from Counsel. | $ 285.00 | 0.8 | 228.00 |
| | | | Forward revised and updated UCC memo and professional fee schedule to BR and AP for review and comments | $ 285.00 | 0.7 | 199.50 |
| | AP | Business Analysis - DIP Operations | Review weekly status report. Note significant developments and open issues. | $ 385.00 | 0.7 | 269.50 |
| 2/10/2011 | GS | Business Analysis - DIP Operations | Revisions to the weekly memo per comments from BR, including updates to the professional fee schedule and payment allocation schedule | $ 285.00 | 1.4 | 399.00 |
| | BR | Business Analysis - DIP Operations | Review and revise the weekly financial update and schedule of professional fees | $ 500.00 | 1.1 | 550.00 |
| | | Teleconferences/Meetings - UCC/Counsel | Preparation for and attendance on Unsecured Creditors' Committee call re: status of case and disclosure hearing | $ 500.00 | 1.4 | 700.00 |

UCC of Point Blank et al.
Employee Time Detail
February 1, 2011 through February 28, 2011

| Date | Initial | Project Category | Explanation of Work Performed | Rate | Time | Fees |
|---|---|---|---|---|---|---|
| 2/10/2011 | AP | Business Analysis - DIP Operations | Finalize and circulate to Committee members the weekly status e-mail. Include related attachment for summary of professional fees to date. | $ 385.00 | 0.5 | 192.50 |
| 2/11/2011 | GS | Fee Application Preparation | Work on fee app for Jan 11, including project categories and descriptions as well as supporting exhibits | $ 285.00 | 1.7 | 484.50 |
| 2/14/2011 | GS | Fee Application Preparation | Continue review and preparation of the Jan app with appropriate supporting schedules | $ 285.00 | 1.3 | 370.50 |
| | | | Begin preparation of the 3rd quarterly fee app | $ 285.00 | 1.4 | 399.00 |
| | BR | Litigation Support - Analysis | Provide counsel a list of services to be performed re: fraudulent conveyance and forfeiture | $ 500.00 | 0.6 | 300.00 |
| | | Teleconferences/Meetings - Debtor/Counsel | Preparation for call with plan funder and debtor professionals re: admin claims | $ 500.00 | 0.7 | 350.00 |
| | JS | Teleconferences/Meetings - Debtor/Counsel | Prepare for and participate in threatening conf call by funders re fees | $ 675.00 | 2.1 | 1,417.50 |
| | AP | Fee Application Preparation | Follow up e-mail to Debtor's FA regarding outstanding payment. | $ 385.00 | 0.3 | 115.50 |
| 2/15/2011 | GS | Business Analysis - DIP Operations | Review recently received payment and attempt to reconcile to anticipated receipts. Prepare reconciliation of payments received to bills sent out. | $ 285.00 | 0.6 | 171.00 |
| | | Fee Application Preparation | Prepare and finalize the 3rd quarterly fee app | $ 285.00 | 1.3 | 370.50 |
| | | | Revisions to the Jan 11 fee app per comments from BR and AP | $ 285.00 | 0.8 | 228.00 |
| | BR | Fee Application Preparation | Review and revise the third interim fee application | $ 500.00 | 0.6 | 300.00 |
| | | Teleconferences/Meetings - UCC/Counsel | Respond to counsels questions re: admin claims | $ 500.00 | 0.4 | 200.00 |
| | JS | Plan and Disclosure Statement | Review case status and recent deliverables re: plan sources and use | $ 675.00 | 0.9 | 607.50 |
| | CMB | Fee Application Preparation | Final review of the 3rd quarterly fee application | $ 540.00 | 0.4 | 216.00 |
| 2/16/2011 | GS | Business Analysis - DIP Operations | Prepare updated professional receipts schedule for anticipated UCC payment | $ 285.00 | 0.6 | 171.00 |
| | | | Review of the weekly CRG report and prepare financial roll | $ 285.00 | 0.8 | 228.00 |
| | | | Prepare updated weekly memo to the UCC for review of the CRG report | $ 285.00 | 1.4 | 399.00 |
| | BR | Plan and Disclosure Statement | Assist in response to plan funder | $ 500.00 | 0.8 | 400.00 |
| | JS | Plan and Disclosure Statement | Review issues related to fees and plan implications | $ 675.00 | 1.1 | 742.50 |
| | AP | Fee Application Preparation | Review and revise the most recent draft fee application. | $ 385.00 | 0.7 | 269.50 |
| 2/17/2011 | GS | Fee Application Preparation | Final revisions to the Jan fee application per comments from AP and BR | $ 285.00 | 0.5 | 142.50 |
| | BR | Plan and Disclosure Statement | Review recent settlement offer | $ 500.00 | 0.9 | 450.00 |
| | JS | Plan and Disclosure Statement | Review letter re settlement offer | $ 675.00 | 0.9 | 607.50 |
| 2/18/2011 | BR | Teleconferences/Meetings - Debtor/Counsel | Discussion with Debtor and DOJ re: potential settlement of claims | $ 500.00 | 1.1 | 550.00 |
| | | Teleconferences/Meetings - UCC/Counsel | Attendance on Unsecured Creditors' Committee call re: update on status of claims and plan funder issues | $ 500.00 | 1.4 | 700.00 |
| | | | Preparation for call re: cash flow, recent settlement, and plan issues | $ 500.00 | 1.7 | 850.00 |
| | CMB | Fee Application Preparation | Review and sign fee application | $ 540.00 | 0.6 | 324.00 |
| 2/21/2011 | BR | Teleconferences/Meetings - UCC/Counsel | Correspondence with counsel re: plan funder issues | $ 500.00 | 0.2 | 100.00 |
| 2/22/2011 | BR | Plan and Disclosure Statement | Revisions to sources and uses as well as estimated settlement costs | $ 500.00 | 1.1 | 550.00 |
| | | Teleconferences/Meetings - Debtor/Counsel | Preparation for and attendance on call with debtor professionals re: do settlement | $ 500.00 | 0.5 | 250.00 |
| | | Teleconferences/Meetings - UCC/Counsel | Discussion and correspondence with counsel re: DOJ settlement | $ 500.00 | 0.7 | 350.00 |
| 2/23/2011 | GS | Business Analysis - DIP Operations | Review of the weekly CRG report and prepare financial roll | $ 285.00 | 0.8 | 228.00 |
| | | | Prepare updated weekly memo to the UCC per review of the CRG report | $ 285.00 | 1.5 | 427.50 |
| | | | Update the professional fee schedule to include in the weekly UCC memo with newly filed fee apps and bills | $ 285.00 | 0.6 | 171.00 |
| | BR | Business Analysis - DIP Operations | Request additional information from CRG re: professional fees and exit financing | $ 500.00 | 0.2 | 100.00 |
| | | | Review and comment on the weekly financial information provided y CRG | $ 500.00 | 0.8 | 400.00 |
| | | Plan and Disclosure Statement | Revisions to sources and uses as well as estimated settlement costs | $ 500.00 | 2.3 | 1,150.00 |
| | | Teleconferences/Meetings - Debtor/Counsel | Preparation for and attendance on conference call with DOJ and debtor | $ 500.00 | 1.2 | 600.00 |
| 2/24/2011 | GS | Business Analysis - DIP Operations | Revisions to the weekly memo to the UCC per comments from BR | $ 285.00 | 0.5 | 142.50 |
| | | | Update and finalized the current professional fee schedule to forward to UCC | $ 285.00 | 0.6 | 171.00 |
| | BR | Business Analysis - DIP Operations | Review, revise and forward the weekly update to the Unsecured Creditors' Committee | $ 500.00 | 0.7 | 350.00 |
| | | Teleconferences/Meetings - Debtor/Counsel | Preparation of DOJ notes and prepare a counter proposal | $ 500.00 | 1.6 | 800.00 |
| 2/25/2011 | GS | Business Analysis - DIP Operations | Preliminary review of the January financials obtained from the online data storage. Prepare OCR'd financial statements to be imported into excel for additional analysis. | $ 285.00 | 2.4 | 684.00 |
| | BR | Teleconferences/Meetings - UCC/Counsel | Discussions with counsel re: DOJ settlement proposal | $ 500.00 | 0.8 | 400.00 |
| 2/28/2011 | GS | Business Analysis - DIP Operations | Review and schedule financial statements provided by the Debtor for the month of January 2011, including the balance sheet, income statement, and cash flow statement. | $ 285.00 | 1.8 | 513.00 |

UCC of Point Blank et al.
Employee Time Detail
February 1, 2011 through February 28, 2011

| Date | Initial | Project Category | Explanation of Work Performed | Rate | Time | Fees |
|------|---------|------------------|-------------------------------|------|------|------|
| 2/28/2011 | GS | Litigation Support - Analysis | Follow-up work re: forfeiture analysis and letter to the government | $ 285.00 | 2.1 | 598.50 |
| | BR | Teleconferences/Meetings - UCC/Counsel | Correspondence with counsel re: DOJ counter offer | $ 500.00 | 0.3 | 150.00 |
| | | | Discussion with Counsel re: DOJ counter offer | $ 500.00 | 1.1 | 550.00 |
| | | | Discussion with Debtor and Counsel re: DOJ counter offer | $ 500.00 | 0.8 | 400.00 |
| | JS | Plan and Disclosure Statement | Review status of plan negotiations and DOJ issues | $ 675.00 | 0.5 | 337.50 |
| **Grand Total** | | | | | **84.0** | **$ 34,392.00** |