# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Delaware

In re: Point Blank Solutions, Inc.

Case No. 10-11255, 10-11257, 10-11258, 10-11259

Reporting Period: February 2011

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | X |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | | | X |
| Cash disbursements journals | | | | X |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | X |
| Copies of tax returns filed during reporting period | | | | X |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  03/21/2011
Signature of Debtor          Date

_____  _____
Signature of Joint Debtor    Date

_____  _____
Signature of Authorized Individual*  Date

William Nanovsky             CFO
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)



March 21, 2011

Office of the United States Trustee

Subject: <u>Attestation Regard Bank Account Reconciliations</u>

The debtor, Point Blank Solutions, Inc. and its subsidiaries, hereby submits this attestation regarding bank account reconciliations in lieu of providing copies of bank statements and copies of all account reconciliations.

The debtor has, on a timely basis, performed all bank account reconciliation in the ordinary course of its business. Copies of bank account statements and reconciliations are available for inspection upon request by the United States Trustee's Office.

Name: William T. Nanovsky
Position: Chief Financial Officer

Sworn to and Subscribed
before me on this 21st
day of March, 2011.

_____
Notary Public

My Commission Expires: 9/8/2014

NOTARY PUBLIC-STATE OF FLORIDA
Maryan F. Gallagher
Commission # EE024128
Expires: SEP. 08, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

Nationwide  800-413-5155
Phone       954-630-0900
Fax         954-630-9225

2102 SW 2nd Street • Pompano Beach, FL 33069 • www.pointblanksolutionsinc.com



March 21, 2011

Office of the United States Trustee

Subject: <u>Attestation of Regard Post-Petition Taxes</u>

The debtor, Point Blank Solutions, Inc. and its subsidiaries, hereby submits this attestation regarding post-petition taxes.

All post-petition taxes for the debtor, which are not subject to dispute or reconciliation, are current. There are no material tax disputes or reconciliations.

Name: William T. Nanovsky
Position: Chief Financial Officer

Sworn to and Subscribed
before me on this _21st_
day of March, 2011.

Notary Public

My Commission Expires: _9/8/2014_

NOTARY PUBLIC-STATE OF FLORIDA
Maryan F. Gallagher
Commission # EE024128
Expires: SEP. 08, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

Nationwide 800-413-5155
Phone 954-630-0900
Fax 954-630-9225

2102 SW 2nd Street • Pompano Beach, FL 33069 • www.pointblanksolutionsinc.com

Point Blank Solutions, Inc.
Consolidated Cash Receipts and Disbursements
For the month ended February 28, 2011

### Cash Receipts

| | Consolidated Total |
|---|---:|
| Cash Sales | $ - |
| Accounts Receivable | 6,543,915 |
| Other Cash Collections | - |
| Interest Income | 1,895 |
| Transfers from DIP Account | - |
| **Total Receipts** | $ 6,545,810 |

| Case Number | | 10-11255 | 10-11257 | 10-11259 |
|---|---:|---:|---:|---:|
| **Operating Disbursements** | **Consolidated Total** | **PBSI** | **PBBA** | **PACA** |
| Materials | $ 4,965,838 | $ 14,206 | $ 4,406,081 | $ 545,552 |
| Subcontractors | 347,741 | - | 254,131 | 93,610 |
| Payroll (1) | 2,048,968 | 811,912 | 963,473 | 273,583 |
| Insurance | 281,556 | 279,764 | 1,254 | 538 |
| Rent & Lease Payments | 608,753 | 152,247 | 456,507 | - |
| Supplies | 135,705 | 28,184 | 80,808 | 26,712 |
| Utilities | 47,975 | 17,999 | 16,452 | 13,525 |
| Freight | 52,402 | 986 | 38,422 | 12,994 |
| Repair & Maintenance | 49,498 | 596 | 45,569 | 3,333 |
| Testing Fees | 91,586 | 54,830 | 36,756 | - |
| Professional Fees- Ordinary Course | 166,598 | 158,361 | 8,238 | - |
| Other (See detail - Schedule of Other) | 271,130 | 208,405 | 62,110 | 615 |
| **Subtotal** | 9,067,751 | 1,727,489 | 6,369,801 | 970,460 |
| **Non-Operating Disbursements** | | | | |
| DIP Interest & Fees | 911,832 | 599,679 | 312,153 | - |
| Cash Sweep to DIP financing | - | - | - | - |
| Other Disbursements | 16,757 | 16,757 | - | - |
| Board Fees & Expenses | - | - | - | - |
| CapEx | 43,173 | - | 43,173 | - |
| **Subtotal** | 971,762 | 616,436 | 355,326 | - |
| **Bankruptcy-Related Items** | | | | |
| Debtor Professional Fees | 1,572,760 | 1,572,760 | - | - |
| Critical Vendor Payments | - | - | - | - |
| EC Professional Fees | 32,000 | 32,000 | - | - |
| UCC Professional Fees | 216,002 | 216,002 | - | - |
| US Trustee | - | - | - | - |
| Utility Deposits | - | - | - | - |
| **Subtotal** | 1,820,763 | 1,820,763 | - | - |
| **Total Disbursements** | $ 11,860,276 | $ 4,164,688 | $ 6,725,127 | $ 970,460 |

Net Cash Flow for the Month of February 2011    $ (5,314,466)

| | |
|---|---:|
| Beginning Cash Balance as of 1-31-11 Balance Sheet | $ 12,849,684 |
| Change in cash during February 2011 | $ (5,314,466) |
| Ending Cash Balance as of 2-28-11 Balance Sheet | $ 7,535,218 |
| Mor 1a | $ 7,535,218 |

Notes:
(1) Payroll includes the actual weekly payroll payments and payments recorded in Accounts Payable

**Point Blank Solutions, Inc.**
**Consolidated Cash Receipts and Disbursements - Schedule of Other in the MTD Tab**
**For the month ended February 28, 2011**

| Case Number | Payment Amount | 10-11255 PBSI | 10-11257 PBBA | 10-11259 PACA |
|---|---|---|---|---|
| **Category** | | | | |
| Other - Annual Licensing Fee | $ 52,667 | $ 3,808 | $ 48,860 | $ - |
| Other - Associations (trade shows) | 25,965 | 25,965 | - | - |
| Other - AST stock listing | 1,224 | 1,224 | - | - |
| Other - Bank analysis fees | - | - | - | - |
| Other - Commissions | 105,947 | 100,947 | 5,000 | - |
| Other - Conference | - | - | - | - |
| Other - Credit inquires | 8,957 | 8,957 | - | - |
| Other - Document Shredding | 100 | - | 100 | - |
| Other - Document Storage | 1,376 | 1,376 | - | - |
| Other - Employee parking | 1,500 | 1,500 | - | - |
| Other - Employee shuttle service | 1,928 | 474 | 1,454 | - |
| Other - Engineering Services | - | - | - | - |
| Other - GSA Fees | - | - | - | - |
| Other - Marketing and Advertising | 33,094 | 31,834 | 1,260 | - |
| Other - Pest Control | 133 | - | 133 | - |
| Other - Petty Cash | 219 | - | - | 219 |
| Other - Public Relations | 26,813 | 26,813 | - | - |
| Other - Recruiting | 1,400 | 1,400 | - | - |
| Other - Taxes | 2,950 | 2,451 | 104 | 396 |
| Other - Templates | 4,806 | - | 4,806 | - |
| Other - Teleconferencing services | 155 | 155 | - | - |
| Other - Testing witness | - | - | - | - |
| Other - Training | 1,500 | 1,500 | - | - |
| Other - Travel & Entertainment | - | - | - | - |
| Other - Waste Disposal | - | - | - | - |
| Other - Water | 394 | - | 394 | - |
| | $ 271,130 | $ 208,405 | $ 62,110 | $ 615 |

**Point Blank Solutions, Inc.**
**Schedule of Bank Accounts and Balances**
**For the month ended February 28, 2011**

**Note: All bank accounts have been reconciled for the period presented.**

| Company | Case Number | Name of Bank | Account Name | Bank Account # | Book Balance |
|---|---|---|---|---|---|
| PACA | 10-11259 | Regions | Operating Account | xxxxxx1876 | $ 11,900 |
| PBSI | 10-11255 | | Cash Securities | | 89 |
| PBBA | 10-11257 | | Petty Cash | | 2,244 |
| PACA | 10-11259 | | Petty Cash | | 500 |
| PBBA | | Regions Bank | Commercial Money Market | xxxxxx2208 | 5,001,151 |
| PBBA | | Regions Bank | Commercial Money Market | xxxxxx2216 | 1,500,744 |
| PBBA | 10-11257 | Regions Bank | Lock Box | xxxxxx7360 | - |
| PACA | 10-11259 | Regions Bank | Lock Box | xxxxxx7379 | (5,137) |
| PBSI | 10-11255 | Regions Bank | Collection Account | xxxxxx7344 | - |
| PBSI | 10-11255 | Regions Bank | Operating Account | xxxxxx7352 | 2,050,518 |
| PBSI | 10-11255 | Regions Bank | Disbursement Account | xxxxxx7536 | (979,168) |
| PBSI | 10-11555 | Regions Bank | Payroll Account | xxxxxx7544 | (47,623) |
| | | | | **Total** | **$ 7,535,218** |

**Point Blank Solutions, Inc.**
**Schedule of Professional Fees paid**
**For the month ended February 28, 2011**
**Mor - 1b**

| Payee | Period | Amount Approved |
|---|---|---:|
| CRG PARTNERS GROUP LLC | February | $ 237,635 |
| EPIQ SYSTEMS | February | 20,125 |
| PACHULSKI STANG ZIEHL & JOES LLP | February | 1,315,000 |
| **Total Debtor Professional Fees** | | $ 1,572,760 |

| Payee | Period | Amount Approved |
|---|---|---:|
| BAYARD PA | February | $ 25,237 |
| MORRISON COHEN LLP | February | 6,763 |
| **Total EC Professional Fees** | | $ 32,000 |

| Payee | Period | Amount Approved |
|---|---|---:|
| ARENT FOX LLP | February | $ 121,756 |
| CBIZ ACCOUNTING TAX & ADVISORY OF N | February | 81,182 |
| ERIC J. ROSENBLOOM | February | 8,500 |
| THE ROSNER LAW GROUP, LLC | February | 4,565 |
| **Total UCC Professional Fees** | | $ 216,002 |

# CONSOLIDATING STATEMENT OF OPERATIONS

POINT BLANK SOLUTIONS, INC
For the Month Ended February 28, 2011

|  | PBSI Case # 10-11255 PBSS Case # 10-11258 | PBBA Case # 10-11257 | PACA- Case #10-11259 | ELIMINATION | TOTAL |
|---|---|---|---|---|---|
| **Gross Sales** | | | | | |
| Outside Sales | $ - | $ 6,321,803 | $ 1,226,537 | $ - | $ 7,548,340 |
| Less: Discounts, Returns, and Allowances | - | (2,134) | (2,269) | - | (4,403) |
| Net Sales | - | 6,319,669 | 1,224,268 | - | 7,543,937 |
| Cost of Goods Sold | | 5,619,374 | 1,038,694 | - | 6,658,068 |
| Gross Profit | - | 700,295 | 185,574 | - | 885,869 |
| Selling and Marketing | 478,533 | 693 | 12,003 | - | 491,229 |
| Research and Development | 270,709 | - | 6,539 | - | 277,248 |
| General and Administrative | 768,916 | 235,186 | (31,075) | - | 973,027 |
| Total Operating Expenses | 1,518,158 | 235,879 | (12,533) | - | 1,741,504 |
| Operating Income Before Non-Recurring Expenses | (1,518,158) | 464,416 | 198,107 | - | (855,635) |
| **Non-Recurring Expenses** | | | | | |
| Reorganization Expenses | 2,788,070 | - | - | - | 2,788,070 |
| Non-Recurring Professional Fees | - | - | - | - | - |
| Legal Settlements and Investigations | 94,220 | - | - | - | 94,220 |
| Total Non-Recurring Expenses | 2,882,290 | - | - | - | 2,882,290 |
| Operating Income After Non-Recurring Expenses | (4,400,448) | 464,416 | 198,107 | - | (3,737,925) |
| **Other Income and (Expense)** | | | | | |
| Interest ( Expense ) | - | (100,694) | - | - | (100,694) |
| Interest and Other Income | 14,922 | 449 | (43) | - | 15,328 |
| Minority Interest | - | (1,468) | - | - | (1,468) |
| Total Other Income ( Expense ) | 14,922 | (101,713) | (43) | - | (86,834) |
| Pre-Tax Income ( Loss ) | (4,385,526) | 362,703 | 198,064 | - | (3,824,759) |
| Net Income ( Loss ) | $ (2,880,313) | $ 362,703 | $ 198,064 | $ - | $ (2,319,546) |

# CONSOLIDATING BALANCE SHEET

POINT BLANK SOLUTIONS, INC
For the Month Ended February 28, 2011

| | PBSI Case # 10-11255<br>PBSS Case # 10-11258 | PBBA Case # 10-11257 | PACA- Case #10-11259 | ELIMINATION | TOTAL |
|---|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash | $ 89 | $ 7,527,866 | $ 7,263 | $ - | $ 7,535,218 |
| Accounts Receivable - Trade | 101,882 | 9,083,576 | 1,691,501 | | 10,876,959 |
| Allowance for Doubtful Accounts - Trade | (30,352) | (241,623) | (10,853) | - | (282,828) |
| Accounts Receivable, Net | 71,530 | 8,841,953 | 1,680,648 | - | 10,594,131 |
| Other Receivables | 2,957,935 | 510,544 | - | | 3,468,479 |
| Other Receivables, Net | 2,957,935 | 510,544 | - | - | 3,468,479 |
| Inventories | 9,639,619 | 14,935,571 | 2,738,727 | - | 27,313,917 |
| Inventory Reserves | (9,610,153) | (1,982,501) | (4,610) | - | (11,597,264) |
| Inventories, Net | 29,466 | 12,953,070 | 2,734,117 | - | 15,716,653 |
| Prepaid Expenses and Other Current Assets | 1,285,009 | 2,684,024 | 356,383 | - | 4,325,416 |
| Investments in Subs | 7,904,681 | - | - | (7,904,681) | - |
| Due To /From Subsidiaries | (144,277,373) | 122,732,294 | 21,545,079 | | - |
| Deferred Tax Asset - Current | 11,171,096 | - | - | - | 11,171,096 |
| Deferred Tax Current Valuation | (11,171,096) | - | - | - | (11,171,096) |
| Deferred Tax Asset Current, Net | - | - | - | - | - |
| Total Current Assets | (132,028,663) | 155,249,751 | 26,323,490 | (7,904,681) | 41,639,897 |
| Plant, Property, and Equipment, net | 2,770,054 | 1,708,928 | 170,132 | - | 4,649,114 |
| **Other Assets** | | | | | |
| Deferred Financing Costs | - | - | - | - | - |
| Deferred Tax Asset - Non Current | 9,586,614 | - | - | - | 9,586,614 |
| Deferred Tax Non Current Valuation | (9,586,614) | - | - | - | (9,586,614) |
| Deferred Tax Non Current, Net | - | - | - | - | - |
| Deposits and Other Assets | 4,920 | 279,999 | 12,153 | - | 297,072 |
| Total Other Assets | 4,920 | 279,999 | 12,153 | - | 297,072 |
| **TOTAL ASSETS** | $ (129,253,689) | $ 157,238,678 | $ 26,505,775 | $ (7,904,681) | $ 46,586,083 |

# CONSOLIDATING BALANCE SHEET

POINT BLANK SOLUTIONS, INC
For the Month Ended February 28, 2011

| | PBSI Case # 10-11255 PBSS Case # 10-11258 | PBBA Case # 10-11257 | PACA- Case #10-11259 | ELIMINATION | TOTAL |
|---|---:|---:|---:|---:|---:|
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | |
| Liablities Not Subject to Compromise | | | | | |
| Accounts Payable | $ 6,109,152 | $ 586,504 | $ 229,187 | $ - | $ 6,924,843 |
| Accrued Expenses | 5,790,668 | 2,047,730 | 158,126 | - | 7,996,524 |
| DIP Financing Loan | - | 25,000,000 | - | - | 25,000,000 |
| Notes Payable | - | - | - | - | - |
| Deferred Revenue | - | 49,507 | - | - | 49,507 |
| Income Taxes Payable | (14,549,487) | - | - | - | (14,549,487) |
| Total Liabilities Not Subject to Compromise | (2,649,667) | 27,683,741 | 387,313 | - | 25,421,387 |
| | | | | | |
| Liabilities Subject to Compromise | | | | | |
| Accounts Payable | 7,864,800 | 17,320,460 | 895,984 | | 26,081,244 |
| Accrued Expenses | 8,205,708 | 3,623,708 | 228,164 | - | 12,057,580 |
| Capital Leases | 109,901 | - | - | - | 109,901 |
| Vest Replacement Obligation | 396,117 | (528) | - | - | 395,589 |
| Reserve Class Action | 4,171,974 | - | - | - | 4,171,974 |
| Employment Tax Withholding Obligation | 5,579,838 | (15,457) | - | - | 5,564,381 |
| Total Liabilities Subject to Compromise | 26,328,338 | 20,928,183 | 1,124,148 | - | 48,380,669 |
| | | | | | |
| **TOTAL LIABILITIES** | 23,678,671 | 48,611,924 | 1,511,461 | - | 73,802,056 |
| | | | | | |
| Commitments and Contingencies | | | | | |
| Minority and Non-Controlling Interests in Subsidiaries | | 426,972 | - | - | 426,972 |
| Contingently Redeemable Common Stock | 19,325,998 | - | - | - | 19,325,998 |
| Stockholders' Equity: | | | | | |
| Common Stock | 48,782 | 55 | 1,227 | (1,332) | 48,732 |
| Additional Paid In Capital | 95,208,961 | 6,568,445 | 631,082 | (7,199,477) | 95,209,011 |
| Accumulated Deficit | (267,516,101) | 101,631,282 | 24,362,005 | (703,872) | (142,226,686) |
| Total Stockholders Equity | (172,258,358) | 108,199,782 | 24,994,314 | (7,904,681) | (46,968,943) |
| | | | | | |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ (129,253,689) | $ 157,238,678 | $ 26,505,775 | $ (7,904,681) | $ 46,586,083 |

**Point Blank Solutions, Inc.**
**Summary of Post-petition Taxes**
**For the month ended February 28, 2011**
**Mor 4**

Representation: The Company to the best of its knowledge has paid its taxes due as of 02-28-11 for the bankruptcy reporting period due 3-20-11.

Point Blank Solutions, Inc.
Summary of Unpaid Post-Petition Debts - Consolidated
For the month ended February 28, 2011
Mor 4

## Unpaid Post-Petition Debts

Consolidated

| | Current | 0-31 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|---|---|
| **Operating** | | | | | | |
| Materials | $ 149,913 | $ 200,545 | $ (78,365) | $ 837 | $ (68) | $ 272,862 |
| Subcontractors | 35,975 | 22,647 | 844 | - | - | 59,466 |
| Payroll | 35,580 | - | - | - | - | 35,580 |
| Insurance | - | 36,630 | - | - | - | 36,630 |
| Rent & Lease Payments | 3,139 | 2,496 | - | - | 1,244 | 6,879 |
| Supplies | 40,838 | 5,999 | 1,497 | - | 423 | 48,757 |
| Utilities | 4,949 | 2,326 | - | 309 | - | 7,584 |
| Freight | 36,073 | 1,454 | (35) | 2,091 | - | 39,582 |
| Repair & Maintenance | 16,220 | 810 | - | 0 | - | 17,030 |
| Testing Fees | 66,795 | 37,500 | - | - | - | 104,295 |
| Pre-Petition Litigation | - | - | - | - | - | - |
| Professional Fees- Ordinary Course | 176,315 | 57,637 | 37,186 | 35,033 | 240,908 | 547,080 |
| Other | 20,175 | 16,790 | - | 1,779 | 1,420 | 40,164 |
| **Subtotal** | 585,970 | 384,835 | (38,874) | 40,049 | 243,928 | 1,215,908 |
| **Non-Operating** | | | | | | |
| DIP Interest & Fees | - | 281,944 | - | - | - | 281,944 |
| Board Fees | - | - | - | - | - | - |
| CapEx | - | - | 267 | - | - | 267 |
| **Subtotal** | - | 281,944 | 267 | - | - | 282,211 |
| **Bankruptcy-Related Items** | | | | | | |
| Debtor Professional Fees | 63,545 | - | - | 699,863 | 1,326,254 | 2,089,663 |
| EC Professional Fees | - | - | 328,178 | 234,057 | 1,062,285 | 1,624,520 |
| Critical Vendor Payments | - | - | - | - | - | - |
| UCC Professional Fees | - | 135,967 | 352,142 | 100,739 | 1,123,694 | 1,712,541 |
| US Trustee | - | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - | - |
| **Subtotal** | 63,545 | 135,967 | 680,320 | 1,034,659 | 3,512,233 | 5,426,724 |
| **Toal Post-Petition Debts** | $ 649,516 | $ 802,746 | $ 641,712 | $ 1,074,708 | $ 3,756,161 | $ 6,924,843 |

Point Blank Solutions, Inc.
Accounts Receivable Reconciliation and Aging & Debtors Questionnaire
For the month ended February 28, 2011
Mor 5

| Case Number | 10-11255 | 10-11257 | 10-11259 |
|---|---|---|---|
| | PBSI | Point Blank Body Armor | Protective Apparel Corporation of America |
| **Accounts Receivable Reconciliation** | | | |
| Total Accounts Receivables at the beginning of the period: | $ 332,492 (a) | $ 8,351,172 (a) | $ 1,522,358 |
| +Amounts billed during the period | 20,850 | 6,750,583 | 1,232,936 |
| - Amounts collected or adjusted during the period | 251,460 | 5,557,142 | 1,063,793 |
| Total Accounts Receivable at the end of the reporting period | $ 101,882 (a) | $ 9,544,613 (a) | $ 1,691,501 (a) |
| | | | |
| Account Receivable Aging: | | | |
| 0-30 Days | $ 1,230 | $ 6,458,541 | $ 1,226,778 |
| 31-60 days old | 488 | 2,195,465 | 394,477 |
| 61-90 days old | 5,129 | 289,513 | 54,619 |
| 91+ days old | 95,035 | 601,093 | 15,627 |
| Total Accounts Receivable | 101,882 | 9,544,613 | 1,691,501 |
| Amounts considered uncollectible (Bad debt) | 30,352 | 241,623 | 10,853 |
| Accounts Receivable, net | $ 71,530 | $ 9,302,990 | $ 1,680,648 |
| | | | |
| (a): Per Balance Sheet | PBSI | Point Blank Body Armor | Protective Apparel Corporation of America |
| Accounts Receivable Trade | $ 101,882 | $ 9,083,576 | $ 1,691,501 |
| Other Receivables | | 510,544 | - |
| Deferred Revenue | - | (49,507) | - |
| Total Accounts Receivable | $ 101,882 (a) | $ 9,544,613 (a) | $ 1,691,501 (a) |

**Debtor Questionnaire**

| | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all post petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? In no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |