IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON MARCH 25, 2011 AT 9:30 A.M. BEFORE THE HONORABLE PETER J. WALSH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801[2]**

**UNCONTESTED MATTER:**

1. Debtors' Motion for Order Authorizing Payment of Expense Reimbursements to Potential Exit Facility Lenders Pursuant to 11 U.S.C. §§ 105(a) and 363(b) (Filed March 18, 2011) [Docket No. 1208].

    Response Deadline: March 24, 2011, at 4:00 p.m.

    Responses Received: None, as of the date of this agenda.

    Related Documents:

    A. Order Granting Motion to Fix a Hearing Date and Objection Deadline and Shorten Time On Debtors' Motion for Order Authorizing Payment of Expense Reimbursements to Proposed Exit Facility Lender (Entered 3/21/11) [Docket No. 1223].

    B. Notice of the Debtors' Motion for Order Authorizing Payment of Expense Reimbursements to Potential Exit Facility Lenders Pursuant to 11 U.S.C. §§ 105(a) and 363(b) (Filed 3/21/11) [Docket No. 1225].

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

Status: This matter will be going forward.

Dated: March 23, 2011

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
 dbertenthal@pszjlaw.com
 jfried@pszjlaw.com
 tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession