IN THE UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Related to Docket Nos. 1006, 1007, 1278, and 1279 |

## NOTICE OF FILING OF (1) BLACKLINE AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION; AND (2) BLACKLINE AMENDED DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that on January 11, 2011, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Joint Chapter 11 Plan of Reorganization* [Docket No. 1006] (the "Joint Plan"), and the *Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization* [Docket No. 1007] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have filed revised versions of the Joint Plan [Docket No. 1278] (the "Amended Joint Plan") and Disclosure Statement [Docket No. 1279] (the "Amended Disclosure Statement"). The Debtor intends to present the Amended Joint Plan and Amended Disclosure Statement at the hearing to determine the adequacy of the Disclosure Statement scheduled for April 21, 2010, at 9:30 a.m. prevailing Eastern Time.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>Exhibit 1</u> is a blackline copy of the Amended Joint Plan, and attached hereto as <u>Exhibit 2</u> is a blackline copy of the Amended Disclosure Statement, which reflect changes from the respective versions filed on January 11, 2011.

Dated: April 8, 2011

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
      dbertenthal@pszjlaw.com
      jfried@pszjlaw.com
      tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession