# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[5] | ) | Case No. 10-11255 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## ORDER GRANTING DEBTORS' MOTION AND APPROVING (A) SECOND PLAN SUPPORT AGREEMENT AND (B) AMENDMENT TO DEBTOR IN POSSESSION FINANCING AGREEMENT

Upon consideration of the Debtors' motion (the "Motion")[6] for entry of an order authorizing the Debtors to approving (A) that certain *Second Plan Support Agreement*, (the "Second Plan Support Agreement") by and between (i) the Debtors, (ii) the Official Committee of Unsecured Creditors (the "Creditors' Committee"), (iii) Lonestar Capital Management, LLC, as investment advisor to Lonestar Partners, LP, or one or more of its affiliates, designees or assignees ("Lonestar"), (iv) Privet Opportunity Fund I, LLC ("Privet"), (v) Privet Fund Management LLC ("Privet Fund Management") and (vi) Prescott Group Capital Management ("Prescott", and together with Lonestar, Privet and Privet Fund Management, the "Support Parties") substantially in the form annexed hereto as **Exhibit B**, and (B) that certain *Amendment No. 1 to Plan Support Agreement* (the "DIP Amendment") by and between the Debtors, as borrowers, and PB Funding, LLC, Privet and Prescott, as lenders (together, the "DIP Lenders"), substantially in the form annexed hereto as **Exhibit C**; and it appearing that notice is proper and

---

[5] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[6] Unless otherwise noted, capitalized terms used herein have the meanings ascribed in the Motion.

that no further notice of the relief requested in the Motion is required; and after due deliberation; and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Second Plan Support Agreement is approved. The Debtors, the Creditors' Committee and the Support Parties are authorized to execute, deliver and implement the Second Plan Support Agreement and any exhibits and attachments thereto, and to take any and all actions necessary and proper to implement the terms of the Second Plan Support Agreement; and it is further

ORDERED that in accordance with the terms of the Second Plan Support Agreement, the Break Up Fee and Transaction Expenses are approved and the Debtors are authorized to pay the Break Up Fee and Transaction Expenses under the terms and conditions set forth in the Second Plan Support Agreement, *provided however*, that upon the effectiveness of the Second Plan Support Agreement in accordance with Section 8(h) thereof, the Support Parties (i) waive any right to payment of the Break-Up Fee and Transaction Expenses pursuant to Section 9 of the First Plan Support Agreement arising out of the First Plan Support Agreement and (ii) waive any default under the DIP Loan Agreement arising out of, or predicated upon, the termination of the First Plan Support Agreement. In no event shall the Support Parties be entitled to collect a Breakup Fee and Transaction Expenses under both Section 9 of the First Plan Support Agreement and Section 9 of the Second Plan Support Agreement; and it is further

ORDERED that the DIP Amendment is approved and that the Debtors and DIP Lenders are authorized to execute, deliver and implement the terms of the DIP Amendment and any exhibit and attachments thereto and to take any and all actions necessary and proper to implement the terms of the DIP Amendment. Effective upon the occurrence of all of the

conditions to effectiveness identified in Section 7 to the DIP Amendment, and for purposes of determining whether a Termination Event (as defined under the First Plan Support Agreement) has occurred that constitutes (i) a DIP Order Event of Default (as defined in the Final DIP Order), or (ii) an Event of Default (as defined in the DIP Loan Agreement), the DIP Lenders shall be deemed to have waived the occurrence of any Termination Event occurring under the terms of the First Plan Support Agreement; and it is further

ORDERED that notwithstanding the possible applicability of Rules 6004(h), 7062, 9014, or other provisions in the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon entry; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

Dated: _____, 2011

                                                  Honorable Peter J. Walsh
                                                  United States Bankruptcy Judge