IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., et al.[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: April 18, 2011 at 12:00 p.m. noon (prevailing Eastern Time)
Hearing Date: April 21, 2011 at 9:30 a.m. (prevailing Eastern Time)

## NOTICE OF MOTION FOR ORDER AUTHORIZING DEBTORS TO (I) ENTER INTO SUBSCRIPTION AGREEMENT AND (II) PAY RELATED EXPENSES AND INDEMNIFY PURCHASERS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the *Motion for Order Authorizing Debtors to (I) Enter Into Subscription Agreement and (II) Pay Related Expenses and Indemnify Purchasers* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, on or before **April 18, 2011, at 12:00 p.m. noon prevailing Eastern time.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

70934-001\DOCS_DE:169140.1

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objections or responses, if any, upon the following: (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones, Esquire, Fax: (302) 652-4400; (ii) counsel to the Official Committee of Unsecured Creditors appointed in these cases: Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Robert M. Hirsh, Esquire, Fax: (212) 484-3990; and The Rosner Law Group LLC, 824 Market Street, Suite 810, Wilmington, DE 19801, Attn: Frederick B. Rosner, Esquire, Email: rosner@teamrosner.com; (iii) proposed counsel to the Official Committee of Equity Security Holders in these cases: Baker & McKenzie LLP, One Prudential Plaza, Suite 3500, 130 East Randolph Street, Chicago, IL 60601, Attn: Carmen H. Lonstein, Esquire, Fax: (312) 698-2345; and Bifferato LLC, 800 N. King St., Plaza Level, Wilmington, DE 19801, Attn: Ian Connor Bifferato Esquire, Fax: (302) 254-5383; and (iv) the U.S. Trustee: Jane Leamy, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD BEFORE THE HONORABLE PETER J. WALSH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET,

SIXTH FLOOR, COURTROOM 2, WILMINGTON, DELAWARE 19801 ON

**APRIL 21, 2011, AT 9:30 A.M. PREVAILING EASTERN TIME.**

Dated: April 8, 2011

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Curtis A. Hehn (Bar No. 4264)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
　　　　dbertenthal@pszjlaw.com
　　　　chehn@pszjlaw.com
　　　　jfried@pszjlaw.com
　　　　tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession