IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 1279** |

## NOTICE OF FILING OF EXHIBITS "A" AND "B" TO THE DISCLOSURE STATEMENT DESCRIBING AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that on April 8, 2011, the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the *Disclosure Statement Describing Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 1279] (the "Amended Disclosure Statement") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Amended Disclosure Statement was served on April 8, 2011, by either hand delivery, express mail, or overnight delivery upon those parties who timely requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

70934-001\DOCS_DE:169208.1

**PLEASE TAKE FURTHER NOTICE** that attached are: (1) **Exhibit A** – the Financial Projections, referenced as Exhibit A to the Amended Disclosure Statement; and (2) **Exhibit B** – the Liquidation Analysis, referenced as Exhibit B to the Amended Disclosure Statement.

Dated: April 12, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/ _____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Curtis A. Hehn (Bar No. 4264)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
chehn@pszjlaw.com
jfried@pszjlaw.com
tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession