IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 12th day of April 2011, I caused copies of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

*Notice Of Filing Of Exhibits "A" And "B" To The Disclosure Statement Describing Amended Joint Chapter 11 Plan Of Reorganization (including attached Exhibit A and Exhibit B).*

_____
Timothy P. Cairns (Bar No. 4228)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

70934-001\DOCS_DE:169208.1

**Point Blank Solutions, Inc. 2002**
**Email Service List**
Case No. 10-11255 (PJW)
Document No. 165593
47 – Via Electronic Delivery
01 - Express
05 - Overnight Delivery


Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Via Electronic Delivery (SF Office)**
dbertenthal@pszjlaw.com
Pachulski Stang Ziehl & Jones LLP
David M. Bertenthal, Esquire
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Via Electronic Delivery**
Jane.M.Leamy@usdoj.gov
(United States Trustee)
Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Via Electronic Delivery**
ellen.slights@usdoj.gov
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Via Electronic Delivery**
syoder@potteranderson.com
(Counsel to Steel Partners)
Steven M. Yoder, Esquire
Potter, Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19899

**Via Electronic Delivery**
heilmanl@ballardspahr.com.
(Counsel for DuPont)
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

**Via Electronic Delivery**
rosner@teamrosner.com
arban@teamrosner.com
(Counsel to Unsecured Creditors Committee)
Frederick B. Rosner, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, Delaware 19801

**Via Electronic Delivery**
(Proposed counsel to the Equity Committee)
cbifferato@bifferato.com
tdriscoll@bifferato.com
zhaupt@bifferato.com
Ian Connor Bifferato, Esquire
Thomas F. Driscoll III, Esquire
J. Zachary Haupt, Esquire
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

**Via Electronic Delivery**
ckunz@morrisjames.com
(Counsel to CIVF-FL2W01)
Carl N. Kunz, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**Via Electronic Delivery**
jcornell@foxrothschild.com
(Counsel to David H. Brooks)
L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

**Via Electronic Delivery**
strattond@pepperlaw.com
carignanj@pepperlaw.com
(Counsel to Lonestar Capital)
David B. Stratton, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709

**Via Electronic Delivery**
rpalacio@ashby-geddes.com
kskomorucha@ashby-geddes.com
(Counsel to Prescott Group)
Ricardo Palacio, Esquire
Karen B. Skomorucha, Esquire
Asby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**Via Electronic Delivery**
hirsh.robert@arentfox.com
angelich.george@arentfox.com
(Counsel to Unsecured Creditors Committee)
Robert M. Hirsh, Esquire
George P. Angelich, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019

**Via Electronic Delivery**
drothman@riemerlaw.com
(Counsel to Steel Partners)
Donald E. Rothman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108

**Via Electronic Delivery**
marriott@ballardspahr.com
(Counsel to Dupont)
Vincent J. Marriott, III
Ballard Spahr LLP
1735 Market Street, 51st Flr.
Philadelphia, PA 19103

**Via Electronic Delivery**
cahn@clm.com
sesser@clm.com
(Counsel for D. David Cohen)
Aaron R. Cahn, Esquire
Gary D. Sesser, Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005-2072

**Via Electronic Delivery**
jdoran@haslaw.com
(Counsel for Duro Textiles, LLC)
Jennifer V. Doran, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

**Via Electronic Delivery**
bbisignani@postschell.com
(Counsel to Aon Consulting)
Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

**Via Electronic Delivery**
Linda.boyle@twtelecom.com
(Counsel tw telecom inc.)
Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124

**Via Electronic Delivery**
ffm@bostonbusinesslaw.com
(Counsel to Iron Mountain Information)
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**Via Electronic Delivery**
rdsobel@abazlaw.com
(Counsel to G Squared Consulting)
R. David Sobel, Esquire/
Altfeld & Battaile P.C.
250 North Meyer Avenue
Tucson, AZ 85701

**Via Electronic Delivery**
(Proposed counsel to the Equity Committee)
Carmen.Lonstein@bakermckenzie.com
Lawrence.Vonckx@bakermckenzie.com
Carmen H. Lonstein, Esquire
Lawrence P. Vonckx, Esquire
Baker & McKenzie
One Prudential Plaza, Suite 3600
130 East Randolph Street
Chicago, IL 60601

**Via Electronic Delivery**
rweisz@hodgsonruss.com
(Counsel to Lincoln Fabrics Inc.)
Richard L. Weisz, Esquire)
Hodgson Russ LLP
677 Broadway, Suite 301
Albany, NY 12207

**Via Electronic Delivery**
jgotkin@mintz.com
(Counsel to David Brooks)
Jerome Gotkin, Esquire
Mintz Levin Cohn Ferris Glovsky and
Popeo, P.C.
666 Third Avenue
New York, NY 10017

**Via Electronic Delivery**
schristianson@buchalter.com
(Counsel to Oracle)
Shawn M. Christianson, Esquire
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

**Via Electronic Delivery**
mdtcbkc@miamidade.gov
(Creditor)
Fernando Casamayor, Tax Collector
Miami Dade Bankruptcy Unit
140 West Flagler Street
Suite 1403
Miami, FL 33130-1575

**Via Electronic Delivery**
agbankdelaware@ag.tn.gov
Laura L. McCloud
Tennessee Dept of Revenue
c/o TN Atty General Office
Bankruptcy Division
P. O. Box 20207
Nashville, TN 37202-0207

**Via Electronic Delivery**
metkin@lowenstein.com
nstefanelli@lowenstein.com
(Counsel to Plaintiffs RS Holdings)
Michael S. Edkin, Esquire
Jeffrey Kramer, Esquire
Nicole Stefanelli, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**Via Electronic Delivery**
csimon@crosslaw.com
(Counsel to Plaintiffs RS Holdings)
Christopher P. Simon, Esquire
Kevin S. Mann, Esquire
Cross & Simon LLC
P.O. Box 1380
913 North Market Street, 11th Floor
Wilmington, DE 19899-1380

**Via Electronic Delivery**
kgwynne@reedsmith.com
(Counsel to Privet Opportunity)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Via Electronic Delivery**
eestrada@reedsmith.com
(Counsel to Privet Opportunity)
Edward J. Estrada, Esquire
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022

**Via Electronic Delivery**
srudman@rgrdlaw.com
(Counsel to Plaintiffs RS Holdings)
Samuel H. Rudman, Esquire
Robbins Geller Rudman & Dowd LLP
58 south River Road, Suite 200
Melville, NY 11747

**Via Electronic Delivery**
ischochet@labaton.com
(Counsel to Plaintiffs RS Holdings)
Ira A. Schochet, Esquire
Nicole Zeiss, Esquire
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

**Via Electronic Delivery**
jshickich@riddellwilliams.com
hmohr@riddellwilliams.com
(Counsel to Microsoft Corporation)
Joseph E. Shickich, Jr.
Hillary Bramwell Mohr
Ridddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154

**Via Electronic Delivery**
dsimonds @akingump.com
(Counsel to Lonestar Capital)
David P. Simonds, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Centruy Park East, Suite 2400
Los Angeles, CA 90067

**Via Electronic Delivery**
mcooley@akingump.com
(Counsel to Lonestar Capital)
Michael P. Cooley, Esquire
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Stuie 4100
Dallas, TX 75201-4675

**Via Electronic Delivery**
mhorton@broward.org
(Counsel to Broward County)
Government Building
Matthew Horton, County Attorney
115 South Andrews Avenue
Fort Lauderdale, FL 33301

**Via Electronic Delivery**
mdulka@goodwinprocter.com
(Counsel to Former Directors of DHB)
Mary K. Dulka, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

**Via Electronic Delivery**
rdmcfadden@gmail.com
(Holder of Equity Interest)

Rodney D. McFadden
7833 Fairway Road
Woodway, TX  76712

**Via Electronic Delivery**
statetreasurer@state.de.us
Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

**Via Electronic Delivery**
agoodman@gsblaw.com
(Counsel to David H. Brooks)
Andrew J. Goodman, Esquire
Garvey Schubert Barer
100 Wall Street, 20th Floor
New York, NY  10005-3708

**Via Express Mail Delivery**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

**Via Overnight Delivery**
Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA  19104-5016

**Via Overnight Delivery**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC  20220

**Via Overnight Delivery**
(Counsel for US Dept of Justice)
Matthey J. Troy, Esquire
U.S. Dept of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC  20044-0875

**Via Overnight Delivery**
George S. Canellos
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY  10281-1022

**Via Overnight Delivery**
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC  20549

**Point Blank Solutions, Inc. 2002**
**Overnight Service**
Case No. 10-11255 (PJW)
Document No. 158981
01 – Inter office
12– Hand Delivery
03 - Express Mail
30 – Overnight Delivery


Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Interoffice Delivery (SF Office)**
Pachulski Stang Ziehl & Jones LLP
David M. Bertenthal, Esquire
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Hand Delivery**
(United States Trustee)
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Steel Partners)
Steven M. Yoder, Esquire
Potter, Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19899

**Hand Delivery**
(Counsel for DuPont)
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Unsecured Creditors Committee)
Frederick B. Rosner, Esquire
Brian L. Arban, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, Delaware 19801

**Hand Delivery**
(Counsel to Equity Committee)
Ian Connor Bifferato, Esquire
Thomas F. Driscoll III, Esquire
J. Zachary Haupt, Esquire
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

**Hand Delivery**
(Counsel to CIVF-FL2W01)
Carl N. Kunz, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to David H. Brooks)
L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

**Hand Delivery**
Christopher P. Simon, Esquire
Kevin S. Mann, Esquire
Cross & Simon LLC
P.O. Box 1380
913 North Market Street, 11th Floor
Wilmington, DE 19899-1380

**Hand Delivery**
(Counsel to Privet Opportunity)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Lonestar Capital)
David B. Stratton, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709

**Hand Delivery**
(Counsel to Prescott Group)
Ricardo Palacio, Esquire
Karen B. Skomorucha, Esquire
Asby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**Express Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**Express Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**Express Mail**
Laura L. McCloud
Tennessee Dept of Revenue
c/o TN Atty General Office
Bankruptcy Division
P. O. Box 20207
Nashville, TN 37202-0207

**Overnight Delivery**
Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

**Overnight Delivery**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**Overnight Delivery**
George S. Canellos
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**Overnight Delivery**
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**Overnight Delivery**
(Counsel to Unsecured Creditors
Committee)
Robert M. Hirsh, Esquire
George P. Angelich, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019

**Overnight Delivery**
(Counsel to Steel Partners)
Donald E. Rothman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108

**Overnight Delivery**
(Counsel to Dupont)
Vincent J. Marriott, III
Ballard Spahr LLP
1735 Market Street, 51st Flr.
Philadelphia, PA 19103

**Overnight Delivery**
(Counsel for D. David Cohen)
Aaron R. Cahn, Esquire
Gary D. Sesser, Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005-2072

**Overnight Delivery**
(Counsel for US Dept of Justice)
Matthey J. Troy, Esquire
U.S. Dept of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

**Overnight Delivery**
(Counsel for Duro Textiles, LLC)
Jennifer V. Doran, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

**Overnight Delivery**
(Counsel to Aon Consulting)
Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

**Overnight Delivery**
(Counsel tw telecom inc.)
Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124

**Overnight Delivery**
(Counsel to Iron Mountain Information)
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**Overnight Delivery**
(Counsel to G Squared Consulting)
R. David Sobel, Esquire/
Altfeld & Battaile P.C.
250 North Meyer Avenue
Tucson, AZ 85701

**Overnight Delivery**
(Counsel to Equity Committee)
Carmen H. Lonstein, Esquire
Lawrence P. Vonckx, Esquire
Baker & McKenzie
One Prudential Plaza, Suite 3600
130 East Randolph Street
Chicago, IL 60601

**Overnight Delivery**
(Counsel to Lincoln Fabrics Inc.)
Richard L. Weisz, Esquire)
Hodgson Russ LLP
677 Broadway, Suite 301
Albany, NY 12207

**Overnight Delivery**
(Counsel to David Brooks)
Jerome Gotkin, Esquire
Mintz Levin Cohn Ferris
Glovsky and Popeo, PC
666 Third Avenue
New York, NY 10017

**Overnight Delivery**
(Counsel to Oracle)
Shawn M. Christianson, Esquire
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

**Overnight Delivery**
(Creditor)
Fernando Casamayor, Tax Collector
Miami Dade Bankruptcy Unit
140 West Flagler Street
Suite 1403
Miami, FL 33130-1575

**Overnight Delivery**
(Counsel to Plaintiffs RS Holdings)
Michael S. Edkin, Esquire
Jeffrey Kramer, Esquire
Nicole Stefanelli, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**Overnight Delivery**
(Counsel to Plaintiffs RS Holdings)
Samuel H. Rudman, Esquire
Robbins Geller Rudman & Dowd LLP
58 south River Road, Suite 200
Melville, NY 11747

**Overnight Delivery**
(Counsel to Plaintiffs RS Holdings)
Ira A. Schochet, Esquire
Nicole Zeiss, Esquire
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

**Overnight Delivery**
(Counsel to Privet Opportunity)
Edward J. Estrada, Esquire
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022

**Overnight Delivery**
(Counsel to Microsoft Corporation)
Joseph E. Shickich, Jr.
Hillary Bramwell Mohr
Ridddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154

**Overnight Delivery**
(Counsel to Lonestar Capital)
David P. Simonds, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Centruy Park East, Suite 2400
Los Angeles, CA 90067

**Overnight Delivery**
(Counsel to Lonestar Capital)
Michael P. Cooley, Esquire
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Stuie 4100
Dallas, TX 75201-4675

**Overnight Delivery**
(Counsel to Broward County)
Government Building
Matthew Horton, County Attorney
115 South Andrews Avenue
Fort Lauderdale, FL 33301

**Overnight Delivery**
(Counsel to Former Directors of DHB)
Mary K. Dulka, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

**Overnight Delivery**
(Holder of Equity Interest)
Rodney D. McFadden
7833 Fairway Road
Woodway, TX 76712

**Overnight Delivery**
(Counsel to David H. Brooks)
Andrew J. Goodman, Esquire
Garvey Schubert Barer
100 Wall Street, 20th Floor
New York, NY 10005-3708