IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| POINT BLANK SOLUTIONS INC., | ) | Adv. Proc. No. 11-51759 (PJW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY R. BROOKS INDIVIDUAL RETIREMENT ACCOUNT; JEFFREY R. BROOKS, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON MAY 18, 2011 AT 1:30 P.M.[2] BEFORE THE HONORABLE PETER J. WALSH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801[3]**

**CONTINUED MATTERS:**

1. Motion of Jerome Krantz, Cary Chasin and Gary Nadelman to Allow a Late Filed Proof of Claim (Filed 3/14/11) [Docket No. 1210].

    Objection Deadline: April 14, 2011, at 4:00 p.m.

---

[1] Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number and their respective addresses, are: Point Blank Solutions Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] The date and time of the hearing was changed pursuant to the *Notice of Change of Omnibus Hearing Date and Time from May 17, 2011, at 2:00 p.m. to May 18, 2011, at 1:30 p.m.* [Docket No. 1441]

[3] Any party who wishes to attend a hearing telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

Response(s):

A. Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to Motion of Jerome Krantz, Cary Chasin and Gary Nadelman to Allow a Late Filed Proof of Claim (Filed 4/14/11) [Docket No. 1318].

B. Debtors' Objection to the Motion of Jerome Krantz, Cary Chasin and Gary Nadelman to Allow a Late Filed Proof of Claim (Filed 4/14/11) [Docket No. 1322].

Related Document(s):

A. Re-Notice of Motion (Filed 3/21/11) [Docket No. 1221].

Status: By agreement of the parties, this matter is continued to June 13, 2011, at 2:00 p.m.

2. Motion of Official Committee of Equity Security Holders Under FRCP 60(b) for Order (A) Vacating Interim and Final DIP Financing Orders [Docket No. 912, 968] and (B) Granting Related Relief (Filed 4/19/11) [Docket No. 1360].

   Objection Deadline: May 4, 2011, at 4:00 p.m. Extended to June 6, 2011, with respect to the Debtors and the Official Committee of Unsecured Creditors.

   Response(s): None.

   Related Document(s):

   A. Motion for an Order Authorizing the Official Committee of Equity Security Holders to File Under Seal Its Motion Under FRCP 60(b) for Order (A) Vacating Interim and Final DIP Financing Orders [Docket No. 912, 968] and (B) Granting Related Relief (Filed 4/19/11) [Docket No. 1361].

   B. Order Approving Stipulation Regarding Scheduling of Hearing on and Deadlines Related to the Motion of Official Committee of Equity Security Holders Under FRCP 60(b) for Order (A) Vacating Interim and Final DIP Financing Orders [Docket No. 912, 968] and (B) Granting Related Relief (Entered 5/11/11) [Docket No. 1440].

   Status: By agreement of the parties, this matter is continued to June 13, 2011, at 2:00 p.m.

3. Motion for an Order Authorizing the Official Committee of Equity Security Holders to File Under Seal Its Motion Under FRCP 60(b) for Order (A) Vacating Interim and Final DIP Financing Orders [Docket No. 912, 968] and (B) Granting Related Relief (Filed 4/19/11) [Docket No. 1361].

Objection Deadline: May 4, 2011, at 4:00 p.m. Extended to June 6, 2011, with respect to the Debtors and the Official Committee of Unsecured Creditors.

Response(s): None.

Related Document(s):

A. Motion of Official Committee of Equity Security Holders Under FRCP 60(b) for Order (A) Vacating Interim and Final DIP Financing Orders [Docket No. 912, 968] and (B) Granting Related Relief (Filed 4/19/11) [Docket No. 1360].

B. Order Approving Stipulation Regarding Scheduling of Hearing on and Deadlines Related to the Motion of Official Committee of Equity Security Holders Under FRCP 60(b) for Order (A) Vacating Interim and Final DIP Financing Orders [Docket No. 912, 968] and (B) Granting Related Relief (Entered 5/11/11) [Docket No. 1440].

Status: By agreement of the parties, this matter is continued to June 13, 2011, at 2:00 p.m.

**UNCONTESTED MATTER WITH**
**CERTIFICATION OF COUNSEL:**

4. Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Bifferato LLC as Delaware Counsel to the Official Committee of Equity Security Holders *Nunc Pro Tunc* to April 1, 2011 (Filed 4/20/11) [Docket No. 1381].

   Objection Deadline: May 6, 2011, at 4:00 p.m.

   Response(s): None.

   Related Document(s):

   A. Notice of Filing of Schedule A to the Declaration of Ian Connor Bifferato in Support of Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Bifferato LLC as Delaware Counsel to the Official Committee of Equity Security Holders *Nunc Pro Tunc* to April 1, 2011 (Filed 4/25/11) [Docket No. 1404].

   B. Certification of Counsel Regarding Order Pursuant to 11 U.S.C. § 1103 Authorizing and Approving the Employment and Retention of Bifferato LLC as Delaware Counsel to the Official Committee of Equity Security Holders *Nunc Pro Tunc* to April 1, 2011 (Filed 5/16/11) [Docket No. 1444].

   Status: A Certification of Counsel has been filed and submitted to chambers with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

**CONTESTED MATTERS:**

5.  Plaintiff's Motion for Preliminary Injunction (Filed 4/8/11) [Adv. Docket No. 3].

    Answer Deadline: May 2, 2011.

    Response(s):

    A.  Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for a Preliminary Injunction (Filed 5/2/11) [Adv. Docket No. 10].

    Reply:

    A.  Plaintiff's Reply in Support of Plaintiff's Motion for Preliminary Injunction (Filed 5/13/11) [Adv. Docket No. 15].

    Related Document(s):

    A.  Verified Complaint for (I) Preliminary and Permanent Injunctive Relief, (II) Declaratory Relief Extending the Automatic Stay and (III) Damages for Willful Violation of the Automatic Stay (Filed 4/8/11) [Adv. Docket No. 1].

    B.  Summons and Notice of Pretrial Conference in an Adversary Proceeding (Filed 4/8/11) [Adv. Docket No. 2].

    C.  Order Approving Scheduling Stipulation by the Parties (Entered 4/20/11) [Adv. Docket No. 7].

    D.  Plaintiff's List of Exhibits for the May 17, 2011 Hearing on Plaintiff's Motion for a Preliminary Injunction (Filed 5/10/11) [Adv. Docket No. 12].

    E.  Plaintiff's List of Witnesses for the May 17, 2011 Hearing on Plaintiff's Motion for a Preliminary Injunction (Filed 5/10/11) [Adv. Docket No. 13].

    Status: This matter will be going forward.

6.  [Pretrial conference re] Verified Complaint for (I) Preliminary and Permanent Injunctive Relief, (II) Declaratory Relief Extending the Automatic Stay and (III) Damages for Willful Violation of the Automatic Stay (Filed 4/8/11) [Adv. Docket No. 1].

    Answer Deadline: To be determined.

    Answer: None, as of the date of this agenda.

    Related Document(s):

    A.  Summons and Notice of Pretrial Conference in an Adversary Proceeding (Filed 4/8/11) [Adv. Docket No. 2].

B.  Order Approving Scheduling Stipulation by the Parties (Entered 4/20/11) [Adv. Docket No. 7].

Status: This matter will be going forward as a status conference. The Court has previously entered a Scheduling Order for this matter. (See item B) in Related Document(s) set forth above.)

7. Interim Fee Applications

Objection Deadline(s): Respective objections deadlines are reflected in the Fee Application Index.

Response(s): Responses are reflected in the Fee Application Index.

Related Document(s):

A.  Fee Application Index (Attached hereto as Exhibit A).

B.  Notice of Hearing to Consider Approval and Allowance of Interim Fee Applications (Filed 4/12/11) [Docket No. 1305].

Status: This matter will be going forward.

Dated: May 16, 2011

PACHULSKI STANG ZIEHL & JONES LLP

_/s/_

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        jfried@pszjlaw.com
        tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession