IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | **Re Docket No.: ___** |

## ORDER GRANTING DEBTORS' MOTION FOR APPROVAL OF A SETTLEMENT WITH TOYOBO AMERICA, INC. AND TOYOBO CO., LTD.

Upon consideration of the *Debtors' Motion for Approval of a Settlement Agreement With Toyobo America, Inc. and Toyobo Co., Ltd* (the "Motion")[2]; and due and proper notice of the Motion having been given; and it appearing that no other or further notice is required; and the Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested is in the best interest of the Debtors, their estates, and creditors; and after due deliberation, and for sufficient cause appearing therefore; it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Settlement Agreement (a copy of which is attached hereto as Exhibit A) is APPROVED pursuant to Bankruptcy Rule 9019; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

**ORDERED** that the Parties are authorized and directed to take all actions necessary to comply with and carry out the terms of the Settlement Agreement without the need for further orders from this Court; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July __, 2011

                                                                       The Honorable Peter J. Walsh
                                                                       United States Bankruptcy Judge