IN THE UNITED STATED BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Related To Docket Nos. 6, 109, 1540 and 1580**

**Objection Deadline: August 24, 2011 at 4:00 p .m. (prevailing Eastern time)**
**Hearing Date: August 31, 2011 at 2:00 p.m. (prevailing Eastern time)**

## NOTICE OF CARR & PALMER, LLP AND BERGER SINGERMAN, P.A. APPLICATION FOR FINAL APPROVAL OF COMPENSATION WITH RESPECT TO THE SETTLEMENT AGREEMENT WITH TOYOBO AMERICA, INC. AND TOYOBO CO., LTD.

On August 2, 2011, Carr & Palmer, LLP, and Berger Singerman, P.A., Special

Litigation Counsel to the debtors and debtors in possession (collectively, the "Debtors") in the

above-captioned chapter 11 cases, filed and served the *Carr & Palmer, LLP and Berger*

*Singerman, P.A. Application for Final Approval of Compensation with Respect to the Settlement*

*Agreement with Toyobo America, Inc. and Toyobo Co., Ltd.* (the "Fee Application"), seeking

compensation in the amount of $1,225,000.00, and reimbursement for actual and necessary

expenses incurred in the amount of $502,251.29 for services rendered and expenses incurred

during the period from April 14, 2010 through July 27, 2011.

Objections or responses to the Fee Application, if any, must be made in writing and

filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street,

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

Wilmington, Delaware 19801, on or before **August 24, 2011, at 4:00 p.m. Prevailing Eastern Time.**

The Fee Application is submitted pursuant to the *Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code* entered by this Court on May 12, 2010, [Docket No. 114] (the "Administrative Order").

At the same time, you must also serve a copy of the objections or responses, if any, upon the following: (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones, Esquire, Fax: (302) 652-4400; (ii) counsel to the Official Committee of Unsecured Creditors appointed in these cases: Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Robert M. Hirsh, Esquire, Fax: (212) 484-3990; and The Rosner Law Group LLC, 824 North Market Street, Suite 810, Wilmington, DE 19801, Attn: Frederick B. Rosner, Esquire, Email: rosner@teamrosner.com; (iii) counsel to the Official Committee of Equity Security Holders in these cases: Baker & McKenzie LLP, One Prudential Plaza, Suite 3500, 130 East Randolph Street, Chicago, IL 60601, Attn: Carmen H. Lonstein, Esquire, Fax: (312) 698-2345; and Bifferato LLC, 800 N. King St., Plaza Level, Wilmington, DE 19801, Attn: Ian Connor Bifferato Esquire, Fax: (302) 254-5383; and (iv) the U.S. Trustee: Jane Leamy, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE FEE APPLICATION WILL BE HELD BEFORE THE HONORABLE PETER J. WALSH, UNITED STATES BANKRUPTCY JUDGE, AT THE

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824

MARKET STREET, SIXTH FLOOR, COURTROOM 2, WILMINGTON, DELAWARE 19801

**ON AUGUST 31, 2011, AT 2:00 P.M.**

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED

AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN THE

RELIEF REQUESTED IN THE FEE APPLICATION MAY BE APPROVED WITHOUT

FURTHER NOTICE OR HEARING.

Dated: August 2, 2011           PACHULSKI STANG ZIEHL & JONES LLP

_____

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:ljones@pszjlaw.com
      dbertenthal@pszjlaw.com
      jfried@pszjlaw.com
      tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession