# EXHIBIT A

# EXHIBIT A

| Fee Application | Amount Requested | Date [Docket No.] | CNO Date [Docket No.] | Amount Paid |
|---|---|---|---|---|
| First Application For Reimbursement of Expenses of Carr & Palmer, LLP For the Period From April 14, 2010 Through June 30, 2010 | $13,076.06 | 8/10/2010 [Docket No. 450] | 9/2/2010 [Docket No. 548] | $13,076.06 |
| Second Application For Reimbursement of Expenses of Carr & Palmer, LLP For the Period From July 1, 2010 Through July30, 2010 | $18,656.36 | 8/10/2010 [Docket No. 451] | 9/2/2010 [Docket No. 549] | $18,656.36 |
| Third Application For Reimbursement of Expenses of Carr & Palmer, LLP For the Period From August 1, 2010 Through September 30, 2010 | $57,944.18 | 10/11/2010 [Docket No. 667] | 11/3/2010 [Docket No. 734] | $57,944.18 |
| Fourth Application For Reimbursement of Expenses of Carr & Palmer, LLP For the Period From October 1, 2010 Through November 30, 2010 | $41,991.15 | 12/23/2010 [Docket No. 965] | 1/20/11 [Docket No. 1049] | $41,991.15 |
| Fifth Application For Reimbursement of Expenses of Carr & Palmer, LLP For the Period From December 1, 2010 Through January 31, 2011 | $85,949.62 | 2/10/2011 [Docket No. 1120] | 3/7/20100 [Docket No. 1183] | $85,949.62 |
| Sixth Application For Reimbursement of Expenses of Carr & Palmer, LLP For the Period From February 1, 2011 Through March 31, 2011 | $76,067.16 | 4/12/2011 [Docket No. 1309] | 5/4/2011 [Docket No. 1425] | $76,067.16 |
| Seventh Application For Reimbursement of Expenses of Carr & Palmer, LLP For the Period From April 1, 2011 Through April 30, 2011 | $38,092.67 | 5/20/2011 [Docket No. 1456] | 6/13/2011 [Docket No. 1486] | $38,092.67 |
| Eighth Application For Reimbursement of Expenses of Carr & Palmer, LLP For the Period From May 1, 2011 Through May 31, 2011 | $44,376.54 | 6/28/2011 [Docket No. 1519] | 7/20/2011 [Docket No. 1566] | $0.00 |
| Ninth Application For Reimbursement of Expenses of Carr & Palmer, LLP For the Period From June 1, 2011 Through June 30, 2011 | $66,984.42 | 7/27/2011 [Docket No. 1581] | [TBD] | $0.00 |
| Tenth Application For Reimbursement of Expenses of Carr & Palmer, LLP For the Period From July 1, 2011 Through July 31, 2011 | $59,113.13 | 7/29/2011 [Docket No. 1590] | [TBD] | $0.00 |
| **TOTAL FEES** | | | | $502,251.29 |
| **TOTAL PAID** | | | | $331,777.20 |
| **REMAINING DUE** | | | | $170,474.09 |

DOCS_DE:172016.2 00001-001