# EXHIBIT B

In re:                                    )
                                          )
POINT BLANK SOLUTIONS INC., *et al*[1]    )
                                          )    Chapter 11
                                          )    Case No. 10-11255 (PJW)
        Debtors.                          )    Jointly Administered
                                          )

## FIRST APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP FOR THE PERIOD FROM APRIL 14, 2010 THROUGH JUNE 30, 2010

| | |
|---|---|
| Name of Applicant: | Carr & Palmer, LLP |
| Authorized to Provide Professional Services to: | Debtors and debtors in possession |
| Date of Retention: | *Nunc Pro Tunc* to April 14, 2010 by Order entered on May 12, 2010. |
| Period for Which Reimbursement of Expenses is Sought: | April 14, 2010 through June 30, 2010 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $13,076.06 |

This is a:        __x__ monthly                _____ interim                _____ final
application.

No time was billed for Fee Application.

No prior application has been filed.

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

DATE 8/10/10
DOCKET # 450

# EXPENSE SUMMARY

| Expense Category | Total Expense |
|---|---|
| Out of Town Travel Expense (Airfare, Taxis, Parking, Rental Cars, Etc.) | $4,258.20 |
| Lodging Expense | $ 880.88 |
| Meals | $ 457.19 |
| Delivery/Courier Services, Postage Expense | $ 160.29 |
| Copy Expense | $ 234.50 |
| Mediation and Mediator Expense | $5,000.00 |
| Document Database Management & Control, Japanese Translation Services, Certified Translations, Etc. Re Discovery | $1,935.00 |
| Court Reporter/Hrg. Transcript/Court Call Expense | $ 150.00 |
| Totals | $13,076.06 |

In re:                                    )
                                          )
POINT BLANK SOLUTIONS INC., *et al.*[2]  )
                                          )        Chapter 11
                                          )        Case No. 10-11255 (PJW)
            Debtors.                      )        Jointly Administered
                                          )

## FIRST APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD APRIL 14, 2010 THROUGH JUNE 30, 2010

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code" signed on or about May 12, 2010 [Docket No. 114] (the "Administrative Order"), Carr & Palmer, LLP ("C&P"), as Special Litigation Counsel to the debtors and debtors in possession ("Debtors"), hereby submits its First Application for Reimbursement of Expenses for the Period from April 14, 2010, through June 30, 2010 (the "Application").

By this Application C&P seeks an interim reimbursement of actual and necessary expenses in the amount of $13,076.06 (100% of the allowed expenses) for the period April 14, 2010, through June 30, 2010 (the "Interim Period"). In support of this Application, C&P respectfully represents as follows:

---

[2] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

## Background

1. On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued in possession of their properties and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Committee of Unsecured Creditors ("Committee") was appointed on or about April 23, 2010.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about May 12, 2010, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit expense applications. If no objections are made within twenty (20) days after service of the application, the Debtors are authorized to pay the Professional one hundred percent (100%) of the requested expenses. Beginning with the period ending June 30, 2010, at three-month intervals, each of the Professionals must file with the Court and serve an interim application for allowance of the amounts sought in its applications for that period. All expenses paid are on an interim basis until final allowance by the Court.

4. The retention of Carr & Palmer, LLP, as special litigation counsel to the Debtors, was approved effective as of the Petition Date, by this Court's "Order Granting Debtors' Application to Retain Carr & Palmer, LLP as Special Litigation Counsel *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014. [Docket No. 109] (the "Retention Order"). The Retention Order authorized C&P to be reimbursed for reasonably necessary costs incurred on behalf of Debtors.

## CARR & PALMER'S APPLICATION FOR
## COMPENSATION AND FOR EIMBURSEMENT OF EXPENSES

### Actual and Necessary Expenses

5.      Annexed hereto as Exhibit A are the total expenditures in un-reimbursed expenses

by Carr & Palmer for the Interim Period in connection with the prosecution of the litigation on

behalf of Debtors in *Point Blank Solutions Inc. et al. v. Toyobo America, Inc., et al.*, Civil Action

No. 09-61166 (S.D. Fla. 2009). The expenses incurred pertaining to the litigation are reflected on

Carr & Palmer's books and records. These books and records are prepared from expense vouchers

and check records and are an accurate recording of the expenses incurred.

6.      The underlying litigation involves detailed scientific issues relating to molecular

defects in Zylon fiber that necessitate engaging scientific experts, preparation of expert reports for

the court, expert depositions and expert testimony at trial. By way of brief example, the National

Institute of Justice's team of scientists spent nearly two years conducting scientific investigations

and testing before issuing NIJ Body Armor Standard Advisory Notice #01-2005 stating, "The

National Institute of Justice hereby advises that it has identified poly-phenylene benzobisoxazole

(commonly known as PBO or Zylon®) as a material that appears to create a risk of death or

serious injury as a result of degraded ballistic performance when used in body armor." In its

detailed report issued the same day, the NIJ went on to conclude, "It is likely that the ballistic

performance degradation in Zylon-containing armor is closely related to the chemical changes

found in what is known as the oxazole ring. Breakage of the oxazole ring correlates with

degradation of the mechanical properties of Zylon fibers."

7.      Over 150 depositions have been taken in the various Zylon related cases against the

Toyobo defendants around the country over the past several years, many of which were of Toyobo

scientists and experts. Use of experts is also needed in conjunction with review of prior scientific

and expert testimony, prior scientific and expert reports, etc.

8. Many of the depositions taken in the various Zylon cases were taken in Japan and involve Japanese documents. In Point Blank's case alone the parties have produced more than two million pages of documents, involving numerous database management and control matters. Additionally, thousands upon thousands of pages of documents produced by the defendants thus far have been in Japanese necessitating extensive use of translation services. Furthermore, defendants object to the introduction of translated documents without accompanying Certified Translations. While Plaintiffs' counsel anticipates being able to use many of the prior depositions and existing certified translations introduced in other cases, prosecution of this case will necessarily involve continued use of translation services.

9. C&P believes that such charges are in accordance with the Local Rules and the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

WHEREFORE, C&P respectfully requests that, for the period April 14, 2010 through June 30, 2010, an interim reimbursement of actual and necessary litigation expenses of $13,076.06 (100% of allowed expenses) be authorized to C&P and for such other and further relief as this Court may deem just and proper.

Dated: August 4, 2010.

CARR & PALMER, LLP

*David M. Cohen*

David M. Cohen
Georgia Bar No. 173503
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
dcohen@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

<u>VERIFICATION</u>

W. Pitts Carr, after being duly sworn according to law, deposes and says:

(a)     I am the founding partner of the applicant law firm Carr & Palmer, LLP

(b)     I am familiar with the work performed on behalf of the Debtors by the lawyers

and paraprofessionals of Carr & Palmer, LLP.

(c)     I have reviewed the foregoing Application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  I have also reviewed Del.

Bankr. LR 2016-2 and the Administrative Order signed on or about May 12, 2010, and submit

that the Application substantially complies with such Rule and Order.

W. Pitts Carr
Georgia Bar No. 112100
Carr & Palmer, LLP
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
pcarr@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

Sworn to and subscribed
before me this 4th day of
August, 2010.

Notary Public
My Commission Expires:

**ANNA BROWN
NOTARY PUBLIC
STATE OF GEORGIA
COBB COUNTY
MY COMM. EXP. 8-20-13**

EXHIBIT A

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

| | |
|---|---|
| Date | 6/30/2010 |
| Invoice # | 10833 |

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

## PROFESSIONAL SERVICES

| Date | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/18/2010 | | Meal charge (2)- Dinner | | 41.49 | 41.49 |
| 4/18/2010 | Plane/Airfare | Airline travel for DMC and WPC | | 1,634.80 | 1,634.80 |
| 4/18/2010 | Plane/Airfare | Additional airline schedule change charges for DMC and WPC from MI to Atlanta | | 340.00 | 340.00 |
| 4/19/2010 | | Lodging at Hilton Inn | | 124.14 | 124.14 |
| 4/19/2010 | | Parking fee | | 26.00 | 26.00 |
| 4/29/2010 | Overnight Del... | Overnight Delivery to Hon. Patricia Seitz | | 22.57 | 22.57 |
| 4/30/2010 | Postage | Postage | | 2.23 | 2.23 |
| 5/3/2010 | Mediation | Mediation retainer paid to Brian Spector for services | | 5,000.00 | 5,000.00 |
| 5/14/2010 | Lodging | Lodging charge for WPC and DMC | | 605.28 | 605.28 |
| 5/19/2010 | Plane/Airfare | Airline ticket for WPC | | 667.40 | 667.40 |
| 5/19/2010 | Plane/Airfare | Airline ticket for DMC | | 667.40 | 667.40 |
| 5/19/2010 | Plane/Airfare | Airline ticket charges (litigation baggage-extra charges) | | 100.00 | 100.00 |
| 5/19/2010 | | 2 taxi cab fares | | 49.20 | 49.20 |
| 5/19/2010 | Food | Meal Charge (2)- Dinner | | 62.71 | 62.71 |
| 5/20/2010 | Food | Meal Charge (3) - Dinner | | 117.60 | 117.60 |
| 5/20/2010 | Food | Counsel lunch with client to prep for mediation (4)-Lunch | | 138.37 | 138.37 |
| 5/21/2010 | | Court Call-court hearing conference call | | 30.00 | 30.00 |
| 5/21/2010 | Lodging | Lodging charge | | 151.46 | 151.46 |
| 5/21/2010 | | Meal charge (2)-Breakfast | | 47.52 | 47.52 |
| 5/21/2010 | | Meal charge (1)-Breakfast | | 2.31 | 2.31 |
| 5/21/2010 | Parking Fees | Parking Fees | | 28.00 | 28.00 |

**Total Due**                    **Invoice This Month**

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

**Date** 6/30/2010

**Invoice #** 10833

File Reference

6532 CTP-Point Blank III

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

| | | PROFESSIONAL SERVICES | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/21/2010 | Parking Fees | Parking Fees | | 2.00 | 2.00 |
| 5/21/2010 | Parking Fees | Parking Fees | | 26.00 | 26.00 |
| 5/24/2010 | | Meal charge (1)-Dinner | | 34.89 | 34.89 |
| 5/24/2010 | Plane/Airfare | Airline ticket for DMC | | 671.40 | 671.40 |
| 5/25/2010 | Car/Taxi | Taxi | | 30.00 | 30.00 |
| 5/25/2010 | | Food charge at Starbucks (1)-Breakfast | | 6.10 | 6.10 |
| 5/25/2010 | | Food charge at Au Bon (1)-Lunch | | 6.20 | 6.20 |
| 5/25/2010 | | Parking fee | | 16.00 | 16.00 |
| 5/26/2010 | Court Reporter | Hearing Transcript | | 120.00 | 120.00 |
| 5/27/2010 | Overnight Del... | Overnight Delivery to Brian Spector | | 25.60 | 25.60 |
| 5/30/2010 | Copies | 359 Copies @ $.10 | | 35.90 | 35.90 |
| 5/30/2010 | Copies | 205 Color Copies @ $.50 (mediation and court materials) | | 102.50 | 102.50 |
| 5/30/2010 | Postage | Postage | | 4.95 | 4.95 |
| 6/1/2010 | Overnight Del... | Overnight Delivery to J.M Court Reporting | | 27.85 | 27.85 |
| 6/1/2010 | Overnight Del... | Overnight Delivery to Hon. Patricia Seitz | | 22.88 | 22.88 |
| 6/15/2010 | | Overnight delivery to Jed Winer | | 27.12 | 27.12 |
| 6/15/2010 | Overnight Del... | Overnight Delivery to Keith Gibson | | 24.45 | 24.45 |
| 6/30/2010 | Copies | 961 Copies @ $.10 | | 96.10 | 96.10 |
| 6/30/2010 | Postage | Postage | | 2.64 | 2.64 |
| 6/30/2010 | | Document Database Management & Control, Japanese Translation Services, Certified Translations, Etc. Re Discovery (May 26 through June 30, 2010) | | 1,935.00 | 1,935.00 |
| | | Professional Reimbursable Expenses | | | 13,076.06 |

## Total Due

**Invoice This Month** $13,076.06

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

In re:                          )
                                )
POINT BLANK SOLUTIONS INC., *et al[1]*   )
                                )    Chapter 11
                                )    Case No. 10-11255 (PJW)
            Debtors.            )    Jointly Administered
                                )

## SECOND APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP FOR THE PERIOD FROM JULY 1, 2010 THROUGH JULY 30, 2010

| | |
|---|---|
| Name of Applicant: | Carr & Palmer, LLP |
| Authorized to Provide Professional Services to: | Debtors and debtors in possession |
| Date of Retention: | *Nunc Pro Tunc* to April 14, 2010 by Order entered on May 12, 2010. |
| Period for Which Reimbursement of Expenses is Sought: | July 1, 2010 through July 31, 2010 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $18,656.36 |

This is a:     __x__ monthly          ____ interim          ____ final application.

No time was billed for Fee Application.

One prior application has been filed.

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

DATE _____ 8/10/10

DOCKET # ____ 451

# EXPENSE SUMMARY

| Expense Category | Total Expense |
|---|---|
| Out of Town Travel Expense (Airfare, Taxis, Parking, Rental Cars, Etc.) | $1,416.80 |
| Lodging Expense | $ 588.20 |
| Meals | $ 21.87 |
| Delivery/Courier Services, Postage Expense | $ 236.95 |
| Copy Expense | $ 581.90 |
| Expert Retainer Expense | $7,500.00 |
| Document Database Management & Control, Japanese Translation Services, Certified Translations, Etc. Re Discovery | $7,190.29 |
| Document Production Supplies, Litigation Binders, External Hard Drives/Data Storage Devices for Document Production | $1,120.35 |
| Totals | $18,656.36 |

In re:                                    )
                                          )
POINT BLANK SOLUTIONS INC., *et al.*[2]    )
                                          )        Chapter 11
                                          )        Case No. 10-11255 (PJW)
          Debtors.                        )        Jointly Administered
                                          )

## SECOND APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD JULY 1, 2010 THROUGH JULY 31, 2010

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code" signed on or about May 12, 2010 [Docket No. 114] (the "Administrative Order"), Carr & Palmer, LLP ("C&P"), as Special Litigation Counsel to the debtors and debtors in possession ("Debtors"), hereby submits its Second Application for Reimbursement of Expenses for the Period from July 1, 2010, through July 31, 2010 (the "Application").

By this Application C&P seeks an interim reimbursement of actual and necessary expenses in the amount of $18,656.36 (100% of the allowed expenses) for the period July 1, 2010, through July 31, 2010 (the "Interim Period"). In support of this Application, C&P respectfully represents as follows:

---

[2] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

## Background

1. On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued in possession of their properties and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Committee of Unsecured Creditors ("Committee") was appointed on or about April 23, 2010.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about May 12, 2010, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit expense applications. If no objections are made within twenty (20) days after service of the application, the Debtors are authorized to pay the Professional one hundred percent (100%) of the requested expenses. Beginning with the period ending June 30, 2010, at three-month intervals, each of the Professionals must file with the Court and serve an interim application for allowance of the amounts sought in its applications for that period. All expenses paid are on an interim basis until final allowance by the Court.

4. The retention of Carr & Palmer, LLP, as special litigation counsel to the Debtors, was approved effective as of the Petition Date, by this Court's "Order Granting Debtors' Application to Retain Carr & Palmer, LLP as Special Litigation Counsel *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014. [Docket No. 109] (the "Retention Order"). The Retention Order authorized C&P to be reimbursed for reasonably necessary costs incurred on behalf of Debtors.

**Actual and Necessary Expenses**

5.      Annexed hereto as Exhibit A are the total expenditures in un-reimbursed expenses by Carr & Palmer for the Interim Period in connection with the prosecution of the litigation on behalf of Debtors in *Point Blank Solutions Inc. et al. v. Toyobo America, Inc., et al.*, Civil Action No. 09-61166 (S.D. Fla. 2009). The expenses incurred pertaining to the litigation are reflected on Carr & Palmer's books and records. These books and records are prepared from expense vouchers and check records and are an accurate recording of the expenses incurred.

6.      The underlying litigation involves detailed scientific issues relating to molecular defects in Zylon fiber that necessitate engaging scientific experts, preparation of expert reports for the court, expert depositions and expert testimony at trial. By way of brief example, the National Institute of Justice's team of scientists spent nearly two years conducting scientific investigations and testing before issuing NIJ Body Armor Standard Advisory Notice #01-2005 stating, "The National Institute of Justice hereby advises that it has identified poly-phenylene benzobisoxazole (commonly known as PBO or Zylon®) as a material that appears to create a risk of death or serious injury as a result of degraded ballistic performance when used in body armor." In its detailed report issued the same day, the NIJ went on to conclude, "It is likely that the ballistic performance degradation in Zylon-containing armor is closely related to the chemical changes found in what is known as the oxazole ring. Breakage of the oxazole ring correlates with degradation of the mechanical properties of Zylon fibers."

7.      Over 150 depositions have been taken in the various Zylon related cases against the Toyobo defendants around the country over the past several years, many of which were of Toyobo scientists and experts. Use of experts is also needed in conjunction with review of prior scientific

and expert testimony, prior scientific and expert reports, etc.

8.    Many of the depositions taken in the various Zylon cases were taken in Japan and involve Japanese documents. In Point Blank's case alone the parties have produced more than two million pages of documents, involving numerous database management and control matters. Additionally, thousands upon thousands of pages of documents produced by the defendants thus far have been in Japanese necessitating extensive use of translation services. Furthermore, defendants object to the introduction of translated documents without accompanying Certified Translations. While Plaintiffs' counsel anticipates being able to use many of the prior depositions and existing certified translations introduced in other cases, prosecution of this case will necessarily involve continued use of translation services.

9.    C&P believes that such charges are in accordance with the Local Rules and the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

WHEREFORE, C&P respectfully requests that, for the period July 1, 2010 through July 31, 2010, an interim reimbursement of actual and necessary litigation expenses of $18,656.36 (100% of allowed expenses) be authorized to C&P and for such other and further relief as this Court may deem just and proper.

Dated: August __9__, 2010.

<div style="margin-left:40%">

CARR & PALMER, LLP

*David M. Cohen*

David M. Cohen
Georgia Bar No. 173503
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
dcohen@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

</div>

## VERIFICATION

W. Pitts Carr, after being duly sworn according to law, deposes and says:

        (a)      I am the founding partner of the applicant law firm Carr & Palmer, LLP

        (b)      I am familiar with the work performed on behalf of the Debtors by the lawyers and paraprofessionals of Carr & Palmer, LLP.

        (c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have also reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about May 12, 2010, and submit that the Application substantially complies with such Rule and Order.

 

W. Pitts Carr
Georgia Bar No. 112100
Carr & Palmer, LLP
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
pcarr@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

Sworn to and subscribed
before me this 9th day of
August, 2010.

Notary Public
My Commission Expires:

ANNA BROWN
NOTARY PUBLIC
STATE OF GEORGIA
COBB COUNTY
MY COMM. EXP. 8-20-13

EXHIBIT A

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

**Date** 7/30/2010

**Invoice #** 10858

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

| | | PROFESSIONAL SERVICES | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/9/2010 | | Overnight delivery to Keith Gibson | | 36.53 | 36.53 |
| 7/9/2010 | Expert | Expert retainer fee | | 7,500.00 | 7,500.00 |
| 7/12/2010 | Travel Expen... | Airline ticket for DMC for court appearance | | 667.40 | 667.40 |
| 7/12/2010 | Travel Expen... | Airline ticket for WPC for court appearance | | 667.40 | 667.40 |
| 7/19/2010 | Lodging | Lodging for DMC and WPC | | 588.20 | 588.20 |
| 7/19/2010 | | Overnight delivery to Keith Gibson | | 24.01 | 24.01 |
| 7/19/2010 | | Overnight delivery to Hon. John O'Sullivan | | 43.78 | 43.78 |
| 7/19/2010 | | Overnight delivery to Mazen Saah | | 22.78 | 22.78 |
| 7/21/2010 | Car/Taxi | Taxi fare | | 38.00 | 38.00 |
| 7/22/2010 | Food | Meal-Lunch (1) | | 21.87 | 21.87 |
| 7/22/2010 | Car/Taxi | Taxi fare | | 23.00 | 23.00 |
| 7/22/2010 | Parking Fees | Parking Fees | | 21.00 | 21.00 |
| 7/27/2010 | | Document production supplies--74litigation size binders, disposable drives and data storage for document production | | 1,120.35 | 1,120.35 |
| 7/27/2010 | | Overnight delivery 06/25/10 | | 77.10 | 77.10 |
| 7/27/2010 | | Overnight delivery to Keith Gibson | | 24.01 | 24.01 |
| 7/30/2010 | Copies | 1,859 Copies @ $.10 | | 185.90 | 185.90 |
| 7/30/2010 | Copies | 792 Color Copies @ $.50-courtesy copy notebooks (materials for court) | | 396.00 | 396.00 |
| 7/30/2010 | Postage | Postage | | 8.74 | 8.74 |
| 7/30/2010 | Copies | Document Database Management & Control, Japanese Translation Services, Certified Translations, Etc. Re Discovery (July 1 through July 30, 2010) | | 7,190.29 | 7,190.29 |

**Total Due**

**Invoice This Month**

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

**Date** 7/30/2010

Invoice # 10858

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

| PROFESSIONAL SERVICES | Hours | Rate | Amount |
|---|---|---|---|
| Professional Reimbursable Expenses | | | 18,656.36 |

Total Due

Invoice This Month $18,656.36

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELA WARE

In re:                                )
                                      )
POINT BLANK SOLUTIONS INC., *et al*[1]  )
                                      )        Chapter 11
                                      )        Case No. 10-11255 (PJW)
        Debtors.                      )        Jointly Administered
                                      )

**THIRD APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & ALMER, LLP FOR THE PERIOD FROM AUGUST 1, 2010 THROUGH SEPTEMBER 30, 2010**

| | |
|---|---|
| Name of Applicant: | Carr & Palmer, LLP |
| Authorized to Provide Professional Services to: | Debtors and debtors in possession |
| Date of Retention: | *Nunc Pro Tunc* to April 14, 2010 by Order entered on May 12, 2010. |
| Period for Which Reimbursement of Expenses is Sought: | August 1, 2010 through September 30, 2010 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $57,944.18 |

This is a:     __x__ monthly        _____ interim        _____ final application.

No time was billed for Fee Application.

Two prior applications have been filed.

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

DATE _____ 667

DOCKET # ____ 10|11|10

# EXPENSE SUMMARY

| Expense Category | Total Expense |
|---|---|
| Out of Town Travel Expense for Court Hearings and Preparation of Witnesses for Depositions (Airfare, Taxis, Parking, Rental Cars, Etc.) | $3,341.04 |
| Lodging Expense | $2,057.63 |
| Meals | $  442.07 |
| Delivery/Courier Services, Postage Expense | $  388.70 |
| Copy Expense | $  768.90 |
| Facsimile Expense | $   30.00 |
| Hearing Transcripts | $   53.10 |
| Expert expenses – retainers and preparation of five expert reports | $29,500.00 |
| Document Database Management & Control | $ 7,712.50 |
| Japanese Translation Services, Review of Extensive Volumes of Japanese Discovery Docs, Certified Translations, Etc. | $13,650.24 |
| Totals | $57,944.18 |

In re:                                    )
                                          )
POINT BLANK SOLUTIONS INC., *et al.*[2]   )
                                          )    Chapter 11
                                          )    Case No. 10-11255 (PJW)
        Debtors.                          )    Jointly Administered
                                          )

**THIRD APPLICATION FOR REIMBURSEMENT OF EXPENSES OF
CARR & PALMER, LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS
IN POSSESSION, FOR THE PERIOD AUGUST 1, 2010 THROUGH SEPTEMBER 30, 2010**

· Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy

Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy

Rules"), and the Court's "Administrative Order Establishing Procedures for Interim Compensation

Pursuant to Section 331 of the Bankruptcy Code" signed on or about May 12,

2010 [Docket No. 114] (the "Administrative Order"), Carr & Palmer, LLP ("C&P"), as Special

Litigation Counsel to the debtors and debtors in possession ("Debtors"), hereby submits its Third

Application for Reimbursement of Expenses for the Period from August 1, 2010, through

September 30, 2010 (the "Application").

By this Application C&P seeks an interim reimbursement of actual and necessary expenses

in the amount of $57,944.18 (100% of the allowed expenses) for the period August 1, 2010,

through September 30, 2010 (the "Interim Period"). In support of this Application, C&P

respectfully represents as follows:

---

[2] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification
numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano
Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069;
Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203),
2102 S.W. 2" Street, Pompano Beach, FL 33069.

## Background

1. On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued in possession of their properties and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Committee of Unsecured Creditors ("Committee") was appointed on or about April 23, 2010.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about May 12, 2010, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit expense applications. If no objections are made within twenty (20) days after service of the application, the Debtors are authorized to pay the Professional one hundred percent (100%) of the requested expenses. Beginning with the period ending June 30, 2010, at three-month intervals, each of the Professionals must file with the Court and serve an interim application for allowance of the amounts sought in its applications for that period. All expenses paid are on an interim basis until final allowance by the Court.

4. The retention of Carr & Palmer, LLP, as special litigation counsel to the Debtors, was approved effective as of the Petition Date, by this Court's "Order Granting Debtors' Application to Retain Carr & Palmer, LLP as Special Litigation Counsel *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014. [Docket No. 109] (the "Retention Order"). The Retention Order authorized C&P to be reimbursed for reasonably necessary costs incurred on behalf of Debtors.

4

## CARR & PALMER'S APPLICATION
## FOR REIMBURSEMENT OF EXPENSES

### Actual and Necessary Expenses

5.      Annexed hereto as Exhibit A are the total expenditures in un-reimbursed expenses incurred for the Interim Period in connection with the prosecution of the litigation on behalf of Debtors in *Point Blank Solutions Inc. et al. v. Toyobo America, Inc., et al.*, Civil Action No. 09-61166 (S.D. Fla. 2009). The expenses incurred pertaining to the litigation are reflected on Carr & Palmer's books and records. These books and records are prepared from expense vouchers and check records and are an accurate recording of the expenses incurred.

6.      The underlying litigation seeks to recover damages incurred by Debtors of approximately $16,000,000.00, plus punitive damages, attorneys' fees and expenses. The litigation involves scientific issues relating to molecular defects in Zylon fiber that necessitated engaging scientific experts, ballistic experts, damages experts, preparation of numerous expert reports for the court, expert depositions and expert testimony at trial. By way of brief example, the National Institute of Justice's team of scientists spent nearly two years conducting scientific investigations and testing before issuing NIJ Body Armor Standard Advisory Notice #01-2005 stating, "The National Institute of Justice hereby advises that it has identified poly-phenylene benzobisoxazole (commonly known as PBO or Zylon®) as a material that appears to create a risk of death or serious injury as a result of degraded ballistic performance when used in body armor." In its detailed report issued the same day, the NIJ went on to conclude, "It is likely that the ballistic performance degradation in Zylon-containing armor is closely related to the chemical changes found in what is known as the oxazole ring. Breakage of the oxazole ring correlates with degradation of the mechanical properties of Zylon fibers."

7.      Over 150 depositions have been taken in the various Zylon related cases against the Toyobo defendants around the country over the past several years, many of which were of Toyobo scientists and experts. Use of experts is also needed in conjunction with review of prior scientific and expert testimony, prior scientific and expert reports, etc. Expert reports were due October 4, 2010 and rebuttal expert reports are due November 3, 2010.

8.      Many of the depositions taken in the various Zylon cases were taken in Japan and involve Japanese documents. In Point Blank's case alone the parties have produced *more than two million pages of documents*, involving numerous database management and control matters. Additionally, tens of thousands of pages of documents produced by the defendants thus far have been in Japanese necessitating extensive use of translators and translation services. Furthermore, defendants object to the introduction of translated documents without accompanying Certified Translations. While Plaintiffs' counsel anticipates being able to use many of the prior depositions and existing certified translations introduced in other cases, prosecution of this case will necessarily involve continued use of translators and translation services.

9.      C&P believes that such charges are in accordance with the Local Rules and the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

WHEREFORE, C&P respectfully requests that, for the period August 1, 2010 through September 30, 2010, an interim reimbursement of actual and necessary litigation expenses of $57,944.18 (100% of allowed expenses) be authorized to C&P and for such other and further relief as this Court may deem just and proper.

Dated: October 11, 2010.

CARR & PALMER, LLP

David M. Cohen
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
David M. Cohen

Georgia Bar No. 173503
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
dcohen@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

## VERIFICATION

W. Pitts Carr, after being duly sworn according to law, deposes and says:

      (a)     I am the founding partner of the applicant law firm Carr & Palmer, LLP

      (b)     I am familiar with the work performed on behalf of the Debtors by the lawyers and

paraprofessionals of Carr & Palmer, LLP.

      (c)     I have reviewed the foregoing Application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  I have also reviewed Del. Bankr.

LR 2016-2 and the Administrative Order signed on or about May 12, 2010, and submit that the

Application substantially complies with such Rule and Order.

W. Pitts Carr
Georgia Bar No. 112100
Carr & Palmer, LLP
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
pcarr@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

Sworn to and subscribed
before me this 11th day of
October, 2010.

ANNA BROWN
NOTARY PUBLIC
STATE OF GEORGIA
COBB COUNTY
MY COMM. EXP. 8-20-13

Notary Public
My Commission Expires:
          8-20-13



EXHIBIT A

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA  30327

404-442-9000

| | |
|---|---|
| **Date** | 8/31/2010 |
| **Invoice #** | **10888** |

**File Reference**

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL  33069

6532 CTP-Point Blank III

| | | **PROFESSIONAL SERVICES** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 8/31/2010 | Copies | 3,197 Copies @ $.10 | | 319.70 | 319.70 |
| 8/31/2010 | Postage | Postage | | 5.32 | 5.32 |
| 8/31/2010 | Expert | Expert retainers (5) and preparation of expert reports | | 23,500.00 | 23,500.00 |
| 8/31/2010 | Copies | Outside copying charges | | 165.20 | 165.20 |
| 8/31/2010 | Overnight Del... | Overnight charges | | 210.18 | 210.18 |
| 8/31/2010 | Copies | Document Database Management & Control | | 5,408.00 | 5,408.00 |
| 8/31/2010 | Copies | Japanese Translation Services, Review of Extensive Volumes of Japanese Discovery Documents and Certified Translations | | 13,650.24 | 13,650.24 |
| | | TOTAL REIMBURSABLE EXPENSES | | | 43,258.64 |

**Total Due**

**Invoice This Month** $43,258.64

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

**Date**  9/30/2010

Invoice #  **10887**

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

| | 6532 CTP-Point Blank III |

| **PROFESSIONAL SERVICES** | | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 9/2/2010 | | Overnight delivery to Keith Gibson | | 64.23 | 64.23 |
| 9/15/2010 | | Hearing transcript | | 53.10 | 53.10 |
| 9/20/2010 | Travel Expen... | Airline ticket for DMC to Ft. Lauderdale (depositions) | | 787.40 | 787.40 |
| 9/20/2010 | Car/Taxi | Rental Car | | 172.82 | 172.82 |
| 9/21/2010 | Travel Expen... | Airline ticket for WPC to Ft. Lauderdale (depositions) | | 787.40 | 787.40 |
| 9/21/2010 | Food | Meal charge | | 1.43 | 1.43 |
| 9/21/2010 | Food | Food (1 dinner) | | 46.80 | 46.80 |
| 9/22/2010 | Food | Food (2 dinners) | | 133.54 | 133.54 |
| 9/23/2010 | Food | Food (2 lunches) | | 64.12 | 64.12 |
| 9/23/2010 | Food | Food (1 breakfast) | | 27.26 | 27.26 |
| 9/24/2010 | Lodging | Lodging-WPC (2 days) | | 489.90 | 489.90 |
| 9/24/2010 | Lodging | Lodging-DMC (3 days) | | 657.87 | 657.87 |
| 9/24/2010 | Parking Fees | Parking Fees | | 48.00 | 48.00 |
| 9/25/2010 | Car/Taxi | Gas for Rental Car | | 34.75 | 34.75 |
| 9/25/2010 | Car/Taxi | Rental Car | | 54.87 | 54.87 |
| 9/25/2010 | Parking Fees | Parking Fees | | 80.00 | 80.00 |
| 9/25/2010 | Food | Meal charges | | 3.23 | 3.23 |
| 9/28/2010 | | Overnight delivery to Lauren Zopatti | | 47.33 | 47.33 |
| 9/30/2010 | Expert | Expert expense (Preparation of expert reports) | | 6,000.00 | 6,000.00 |
| 9/30/2010 | Copies | 2,234 Copies @ $.10 | | 223.40 | 223.40 |
| 9/30/2010 | Copies | 42 Color Copies @ $.50 | | 21.00 | 21.00 |
| 9/30/2010 | Fax Charges | 30 Faxes @ $1.00 | | 30.00 | 30.00 |

**Total Due**

**Invoice This Month**

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA  30327

404-442-9000

| | |
|---|---|
| **Date** | 9/30/2010 |
| **Invoice #** | 10887 |

**File Reference**

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL  33069

6532 CTP-Point Blank III

| | | **PROFESSIONAL SERVICES** | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/30/2010 | Postage | Postage | | 14.08 | 14.08 |
| 9/30/2010 | Copies | Outside copying charges | | 39.60 | 39.60 |
| 9/30/2010 | Overnight Del... | Overnight charges | | 47.56 | 47.56 |
| 9/30/2010 | Copies | Document Database Management & Control | | 2,304.50 | 2,304.50 |
| | | Professional  Reimbursable Expenses | | | 12,234.19 |

**Total Due**

**Invoice This Month** $12,234.19

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

**PointB-Toyobo**
**Travel to Atlanta to meet with Pitts Carr, David Cohen and Witnesses**

| Date | Description | Amount |
|---|---|---|
| 08/11/10 | Delta flight (Jim) | $585.40 |
| 08/11/10 | Delta flight (Ben) | 585.40 |
| 08/11/10 | Renaissance Hotel (Ben) | 436.09 |
| 08/11/10 | Renaissance Hotel (Jim) | 443.77 |
| 08/13/10 | Meal (Jim and Ben) | 39.64 |
| 08/11/10 | Taxi to DTW | 70.00 |
| 08/11/10 | Taxi from ATL to Pitts Office | 65.00 |
| 08/13/10 | Taxi from DTW | 70.00 |
| 08/11/10 | Meal (Jim) | 24.96 |
| 08/12/10 | Meal (Jim and Ben) | 16.23 |
| 08/12/10 | Meal (Jim and Ben) | 84.86 |
| 08/12/10 | Misc. Tips | 30.00 |
| | **TOTAL** | **$2,451.35** |

1941462.1


JAMES J PARKS
Closing Date 08/09/10

## New Charges

### Summary

| | Total |
|---|---|
| JAMES J PARKS 0-61006 | $1,893.60 |
| **Total New Charges** | **$1,893.60** |

## Detail

**JAMES J PARKS**
Card Ending 0-61006

Amount

| | | | | | Amount |
|---|---|---|---|---|---|
| 08/05/10 | DELTA AIR LINES   SALT LAKE CTYUT | | | | $585.40 |
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | DETROIT MI-WAYNE C | ATLANTA GA | DL | MA | |
| | | DETROIT MI-WAYNE C | DL | HR | |
| | Ticket Number: 0062180805 4814 | | Date of Departure: 08/11 | | |
| | Passenger Name: MCCRACKEN/BENJAMIN J | | | | |
| | Document Type: PASSENGER TICKET | | | | |
| 08/05/10 | DELTA AIR LINES   SALT LAKE CTYUT | | | | $585.40 |
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | DETROIT MI-WAYNE C | ATLANTA GA | DL | MA | |
| | | DETROIT MI-WAYNE C | DL | HR | |
| | Ticket Number: 0062180805 4803 | | Date of Departure: 08/11 | | |
| | Passenger Name: PARKS/JAMES J | | | | |
| | Document Type: PASSENGER TICKET | | | | |

## Fees

Amount

Continued on reverse

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | PAYMENT AND OTHER CREDITS | |
| 09/01 | Payment - Thank You | -9,934.66 |
| | | |
| 08/09 | CHOP HOUSE OF GRAND RAPID GRAND RAPIDS MI | 90.42 |
| 08/11 | MARRIOTT JW GRAND RAPIDS GRAND RAPIDS MI | 477.85 |
| 08/11 | MARRIOTT JW GRAND RAPIDS GRAND RAPIDS MI | 2,661.80 |
| 08/14 | RENAISSANCE HOTELS 9871L ATLANTA GA | 443.77 |
| 08/14 | RENAISSANCE HOTELS 9871L ATLANTA GA | 436.09 |
| 09/01 | MARRIOTT JW GRAND RAPIDS GRAND RAPIDS MI | 2,423.03 |
| 09/01 | MARRIOTT JW GRAND RAPIDS GRAND RAPIDS MI | 410.62 |

**This Statement is a Facsimile - Not an original**



**The Hilton HHonors® Card from American Express**

**HHONORS**
HILTON WORLDWIDE

p. 3/8

JAMES J PARKS
Closing Date 08/26/10

Account Ending 3-11002

| Detail | |
|---|---|

**JAMES J PARKS**
Card Ending 3-11002

| | | | |
|---|---|---|---|
| 08/12/10 | MAGGIANO'S #200  ATLANTA | $84.86 | ✓ |
| | 1-800-983-4637 | | |
| 08/12/10 | MAGGIANO'S #200  ATLANTA | $25.73 | ✓ |
| | 1-800-983-4637 | | |

Continued on reverse

```
    & & & 401 & & &
******* ATRIUM CAFE*******
34 ASHIQUE
------------------------------
TBL 30/1    2874      GST 2
     13AUG'10  8:25AM
------------------------------
  2 COMPLETE BRK BUF    34.00
     Sub-Total:         34.00
         Tax             2.04
8:25 TOTAL DUE: $36.04
6 people or more are subject to
18% gratuity. Thank you.

GRATUITY_____5.60

TOTAL_____3964

ROOM NUMBER_____1249

PRINT LAST NAME_____Paks

SIGNATURE_____
```

KONA LIMOUSINE &
TRANSPORTATION SERVICES
Welcome to Atlanta
We are at Your Service 24/7
*The Ultimate In First Class Ground Travel*

Receipt

DATE 08-11-10

CUSTOMER _____

☐ ROUND TRIP        ☐ ONE WAY

ARRIVAL/DEPARTURE TIME _____ AM/PM

AIRLINE _____ FLIGHT NO._____

SUBTOTAL _____

TIP _____

Cell: 404-287-8223
Office: 770-943-4386

TAX _____

TOTAL 65-00

DRIVER _____
        Charles Bengoh

*Thank you for your patronage. Please call again*

```
Sweetwater Draft
Hartsfield-Jackson International
   Airport - Concourse B
        Atlanta, GA

4031 Tudy W

Chk 1960      Aug11'10 11:43AM  Gst 1
------------------------------------
   Take Out
2 Bottle Water @ 1.79        3.58
1 Turkey&Swiss               9.85
2 M-GNGYOGPARF @ 4.95        9.90
  Cash                      40.00

  Subtotal                  23.33
  Tax                        1.63
  Payment                   24.96
  Change Due                15.04
--------4031 Check Closed---------
--------Aug11'10 11:44AM----------

Thank you for visiting us
 and please come again.
       Comments?
www.cintl.com  1-866-203-5480
```

**Maggiano's**
Little Italy
Perfect for Any Occasion
#070 JUSTINT099
08/12/10 18:55:00   #00200

# CHECK   #0120

*********************************

```
  2 GL RAVENSWOOD Z  15.00
  STELLA ART DRAFT  5.50      -5.50
  Subtotal          20.50
  Sales Tax          1.23
  TOTAL         21.73         -5.50
                              16.23
```

```
SALES            21.73
(-)CHARGES       21.73
               --------
SUBTOTAL          0.00
```

# AMOUNT
# DUE            0.00
-------------------------------
THANK YOU!!!
We welcome your comments.
***
www.maggianos.com
(800) 983-4637

---

MAGGIANOS-CUMBERLAND 200
MERCHANT ID
08/12/10   20:07:54 T210
OLU                CHK #126
                   CHARGE 1

AMEX
xxxxxxxxxxx1002
PARKS/JAMES J

AUTH #      581707

CHARGE AMOUNT      70.86

TIP AMOUNT

TOTAL

GUEST COPY
WE WELCOME YOUR COMMENTS!
PLEASE CALL US AT 1-800-983-4637
OR VISIT US AT WWW.MAGGIANOS.COM

*********************************

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELA WARE

In re: )
)
POINT BLANK SOLUTIONS INC., *et al*[1] )
)         Chapter 11
)         Case No. 10-11255 (PJW)
Debtors. )         Jointly Administered
)

**FOURTH APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & ALMER,
LLP FOR THE PERIOD FROM OCTOBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| | |
|---|---|
| Name of Applicant: | Carr & Palmer, LLP |
| Authorized to Provide Professional Services to: | Debtors and debtors in possession |
| Date of Retention: | *Nunc Pro Tunc* to April 14, 2010 by Order entered on May 12, 2010. |
| Period for Which Reimbursement of Expenses is Sought: | October 1, 2010 through November 30, 2010 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $41,991.15 |

This is a:    __x__ monthly         _____ interim         _____ final application.

No time was billed for Fee Application.

Three prior applications have been filed.

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

DATE ___12/23/10___

DOCKET # ___965___

# EXPENSE SUMMARY

| Expense Category | Total Expense |
|---|---|
| Out of Town Travel Expense for Court Hearings and Preparation Depositions (Airfare, Taxis, Parking, Rental Cars, Etc.) | $3,838.61 |
| Lodging Expense | $1,680.49 |
| Meals | $   561.28 |
| Delivery/Courier Services, Postage Expense | $   341.62 |
| Copy Expense | $   589.30 |
| Facsimile Expense | $     4.00 |
| Hearing Transcripts | $   360.10 |
| Expert expenses – retainers and preparation of expert reports, review of opposing party expert reports, preparation for expert depositions | $9,787.00 |
| Court Reporting and videographer expenses for multiple depositions | $7,101.23 |
| Document Database Management & Control | $7,375.52 |
| Japanese Translation Services, Review of Extensive Japanese Discovery Docs, Certified Translations, Etc. | $10,352.00 |
| Totals | $41,991.15 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                      )
                                            )
POINT BLANK SOLUTIONS INC., *et al.*[2] )
                                            )    Chapter 11
                                            )    Case No. 10-11255 (PJW)
            Debtors.                        )    Jointly Administered
                                            )

**THIRD APPLICATION FOR REIMBURSEMENT OF EXPENSES OF
CARR & PALMER, LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS
IN POSSESSION, FOR THE PERIOD AUGUST 1, 2010 THROUGH SEPTEMBER 30, 2010**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy

Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy

Rules"), and the Court's "Administrative Order Establishing Procedures for Interim Compensation

Pursuant to Section 331 of the Bankruptcy Code" signed on or about May 12,

2010 [Docket No. 114] (the "Administrative Order"), Carr & Palmer, LLP ("C&P"), as Special

Litigation Counsel to the debtors and debtors in possession ("Debtors"), hereby submits its Third

Application for Reimbursement of Expenses for the Period from August 1, 2010, through

September 30, 2010 (the "Application").

By this Application C&P seeks an interim reimbursement of actual and necessary expenses

in the amount of $41,991.15 (l00% of the allowed expenses) for the period October 1, 2010,

through November 30, 2010 (the "Interim Period"). In support of this Application, C&P

respectfully represents as follows:

---

[2] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification
numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano
Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069;
Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203),
2102 S.W. 2" Street, Pompano Beach, FL 33069.

<u>Background</u>

1. On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued in possession of their properties and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Committee of Unsecured Creditors ("Committee") was appointed on or about April 23, 2010.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about May 12, 2010, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit expense applications. If no objections are made within twenty (20) days after service of the application, the Debtors are authorized to pay the Professional one hundred percent (100%) of the requested expenses. Beginning with the period ending June 30, 2010, at three-month intervals, each of the Professionals must file with the Court and serve an interim application for allowance of the amounts sought in its applications for that period. All expenses paid are on an interim basis until final allowance by the Court.

4. The retention of Carr & Palmer, LLP, as special litigation counsel to the Debtors, was approved effective as of the Petition Date, by this Court's "Order Granting Debtors' Application to Retain Carr & Palmer, LLP as Special Litigation Counsel *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014. [Docket No. 109] (the "Retention Order"). The Retention Order authorized C&P to be reimbursed for reasonably necessary costs incurred on behalf of Debtors.

4

## Actual and Necessary Expenses

5.    Annexed hereto as Exhibit A are the total expenditures in un-reimbursed expenses incurred for the Interim Period in connection with the prosecution of the litigation on behalf of Debtors in *Point Blank Solutions Inc. et al. v. Toyobo America, Inc., et al.*, Civil Action No. 09-61166 (S.D. Fla. 2009). The expenses incurred pertaining to the litigation are reflected on Carr & Palmer's books and records. These books and records are prepared from expense vouchers and check records and are an accurate recording of the expenses incurred.

6.    The underlying litigation seeks to recover damages incurred by Debtors of approximately $19,232,000.00, plus punitive damages, attorneys' fees and expenses. The litigation involves scientific issues relating to molecular defects in Zylon fiber that necessitated engaging scientific experts, ballistic experts, damages experts, preparation of numerous expert reports for the court, expert depositions and expert testimony at trial. By way of brief example, the National Institute of Justice's team of scientists spent nearly two years conducting scientific investigations and testing before issuing NIJ Body Armor Standard Advisory Notice #01-2005 stating, "The National Institute of Justice hereby advises that it has identified poly-phenylene benzobisoxazole (commonly known as PBO or Zylon®) as a material that appears to create a risk of death or serious injury as a result of degraded ballistic performance when used in body armor." In its detailed report issued the same day, the NIJ went on to conclude, "It is likely that the ballistic performance degradation in Zylon-containing armor is closely related to the chemical changes found in what is known as the oxazole ring. Breakage of the oxazole ring correlates with degradation of the mechanical properties of Zylon fibers."

7.    Over 150 depositions have been taken in the various Zylon related cases against the Toyobo defendants around the country over the past several years, many of which were of Toyobo scientists and experts.  Use of experts is also needed in conjunction with review of prior scientific and expert testimony, prior scientific and expert reports, etc.  Expert reports were due October 4, 2010 and rebuttal expert reports are due November 3, 2010.

8.    Many of the depositions taken in the various Zylon cases were taken in Japan and involve Japanese documents.  In Point Blank's case alone the parties have produced *more than two million pages of documents*, involving numerous database management and control matters. Additionally, tens of thousands of pages of documents produced by the defendants thus far have been in Japanese necessitating extensive use of translators and translation services.  Furthermore, defendants object to the introduction of translated documents without accompanying Certified Translations.  While Plaintiffs' counsel anticipates being able to use many of the prior depositions and existing certified translations introduced in other cases, prosecution of this case will necessarily involve continued use of translators and translation services.

9.    C&P believes that such charges are in accordance with the Local Rules and the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

WHEREFORE, C&P respectfully requests that, for the period August 1, 2010 through September 30, 2010, an interim reimbursement of actual and necessary litigation expenses of $41,991.15 (100% of allowed expenses) be authorized to C&P and for such other and further relief as this Court may deem just and proper.

Dated: December 23, 2010.

CARR & PALMER, LLP

David M. Cohen

_____
David M. Cohen

Georgia Bar No. 173503
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
dcohen@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

## VERIFICATION

W. Pitts Carr, after being duly sworn according to law, deposes and says:

    (a)    I am the founding partner of the applicant law firm Carr & Palmer, LLP

    (b)    I am familiar with the work performed on behalf of the Debtors by the lawyers and

paraprofessionals of Carr & Palmer, LLP.

    (c)    I have reviewed the foregoing Application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief. I have also reviewed Del. Bankr.

LR 2016-2 and the Administrative Order signed on or about May 12, 2010, and submit that the

Application substantially complies with such Rule and Order.

 

                                   W. Pitts Carr
                                   Georgia Bar No. 112100
                                   Carr & Palmer, LLP
                                   10 North Parkway Square
                                   4200 Northside Parkway, NW
                                   Atlanta, Georgia 30327
                                   Ph: (404) 442-9000
                                   Fx: (404) 442-9700
                                   pcarr@carrpalmer.com
                                   Special Litigation Counsel to Debtors
                                   and Debtors in Possession

Sworn to and subscribed
before me this 23rd day of
December, 2010.

ANNA BROWN
NOTARY PUBLIC
STATE OF GEORGIA
COBB COUNTY
MY COMM. EXP. 8-20-13

Notary Public
My Commission Expires: 8/20/13

EXHIBIT A

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

**Date**    10/29/2010

Invoice #    **10925**

File Reference

6532 CTP-Point Blank III

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

| | PROFESSIONAL SERVICES | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/5/2010 | | Overnight delivery to George Kostolamaros | | 39.99 | 39.99 |
| 10/5/2010 | | Overnight delivery to Rhonda Graves | | 47.96 | 47.96 |
| 10/11/2010 | Travel Expen... | Airline ticket for DMC-New York | | 903.40 | 903.40 |
| 10/12/2010 | | Overnight delivery to Keith Gibson | | 52.34 | 52.34 |
| 10/12/2010 | | Overnight delivery to Jim Parks | | 47.84 | 47.84 |
| 10/12/2010 | | Overnight delivery to Jim Parks | | 22.78 | 22.78 |
| 10/13/2010 | Car/Taxi | Taxi | | 43.17 | 43.17 |
| 10/13/2010 | Food | Meal charges (Dinner for 4) | | 160.53 | 160.53 |
| 10/14/2010 | Travel Expen... | Airline charge for baggage-New York | | 50.00 | 50.00 |
| 10/14/2010 | Car/Taxi | Taxi | | 9.84 | 9.84 |
| 10/14/2010 | Car/Taxi | Taxi from New York to airport | | 60.00 | 60.00 |
| 10/14/2010 | Court Reporter | Court reporter for deposition of Toru Matsumoto | | 1,662.75 | 1,662.75 |
| 10/14/2010 | Court Reporter | Video deposition of Toru Matsumoto | | 2,970.00 | 2,970.00 |
| 10/15/2010 | Lodging | Lodging-New York | | 415.45 | 415.45 |
| 10/15/2010 | Parking Fees | Parking Fees | | 32.00 | 32.00 |
| 10/18/2010 | Travel Expen... | Airline ticket for DMC-Miami | | 707.40 | 707.40 |
| 10/18/2010 | Car/Taxi | Taxi | | 20.00 | 20.00 |
| 10/18/2010 | Food | Meal charges (Dinner for 1) | | 34.09 | 34.09 |
| 10/19/2010 | Car/Taxi | Taxi | | 35.00 | 35.00 |
| 10/19/2010 | Food | Meal charges (Dinner for 1) | | 32.09 | 32.09 |
| 10/19/2010 | Car/Taxi | Taxi | | 30.00 | 30.00 |
| 10/19/2010 | Parking Fees | Parking Fees | | 31.00 | 31.00 |
| 10/20/2010 | | Hearing transcript on 10/19/10 | | 360.00 | 360.00 |
| 10/20/2010 | Overnight Del... | Overnight delivery to J. M. Court Reporting | | 27.72 | 27.72 |

**Total Due**

**Invoice This Month**

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

Page 1

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

**Date** 10/29/2010

**Invoice #** 10925

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

| | PROFESSIONAL SERVICES | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/20/2010 | Travel Expen... | Airline ticket for DMC-Grand Rapids | | 809.40 | 809.40 |
| 10/20/2010 | Lodging | Lodging-Miami | | 291.02 | 291.02 |
| 10/21/2010 | Food | Meal charges (Breakfast for 1) | | 1.90 | 1.90 |
| 10/21/2010 | Food | Meal charges (Dinner for 3) | | 114.87 | 114.87 |
| 10/22/2010 | Parking Fees | Parking Fees | | 32.00 | 32.00 |
| 10/22/2010 | Food | Meal charges (Breakfast for 1) | | 4.23 | 4.23 |
| 10/23/2010 | Car/Taxi | Taxi | | 55.00 | 55.00 |
| 10/23/2010 | Lodging | Lodging-Grand Rapids | | 553.36 | 553.36 |
| 10/23/2010 | Car/Taxi | Taxi | | 55.00 | 55.00 |
| 10/27/2010 | | Japanese interpreter charges for depositions | | 2,468.48 | 2,468.48 |
| 10/29/2010 | | Expert fees | | 5,337.00 | 5,337.00 |
| 10/29/2010 | Overnight Del... | Overnight delivery to Keith Gibson | | 60.62 | 60.62 |
| 10/29/2010 | Copies | 3,014 Copies @ $.10 | | 301.40 | 301.40 |
| 10/29/2010 | Fax Charges | 4 Faxes @ $1.00 | | 4.00 | 4.00 |
| 10/29/2010 | Postage | Postage | | 7.65 | 7.65 |
| 10/29/2010 | Professional S... | Document Database Management and Control | | 4,404.52 | 4,404.52 |
| | | Professional Reimbursable Expenses | | | 22,295.80 |

**Total Due**

**Invoice This Month** $22,295.80

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

| | |
|---|---|
| **Date** | 11/30/2010 |
| **Invoice #** | 10928 |

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

| | PROFESSIONAL SERVICES | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/26/2010 | | Overnight delivery to J. M. Court Reporting | | 27.72 | 27.72 |
| 11/2/2010 | Travel Expen... | Airline ticket for DMC-Grand Rapids | | 809.40 | 809.40 |
| 11/3/2010 | Food | Meal charges (Dinner for 3) | | 145.88 | 145.88 |
| 11/4/2010 | | Taxi | | 55.00 | 55.00 |
| 11/5/2010 | | Taxi | | 55.00 | 55.00 |
| 11/5/2010 | | Lodging-Grand Rapids | | 420.66 | 420.66 |
| 11/5/2010 | | Parking fee | | 32.00 | 32.00 |
| 11/15/2010 | Food | Meal charges (Dinner for 1) | | 32.74 | 32.74 |
| 11/15/2010 | Parking Fees | Parking Fees | | 14.00 | 14.00 |
| 11/29/2010 | Food | Meal charges (Dinner for 1) | | 20.12 | 20.12 |
| 11/30/2010 | Food | Meal charges (Breakfast for 3) | | 14.83 | 14.83 |
| 11/30/2010 | Copies | 2,824 Copies @ $.10 | | 282.40 | 282.40 |
| 11/30/2010 | Copies | 11 Color Copies @ $.50 (Exhibits) | | 5.50 | 5.50 |
| 11/30/2010 | Postage | Postage | | 7.10 | 7.10 |
| 11/30/2010 | Expert | Expert fees | | 4,450.00 | 4,450.00 |
| 11/30/2010 | Professional S... | Document Database Management and Control | | 2,971.00 | 2,971.00 |
| 11/30/2010 | Professional S... | Japanese translation services; review extensive Japanese discovery documents, certified translations, etc. | | 10,352.00 | 10,352.00 |
| | | Professional Reimbursable Expenses | | | 19,695.35 |

**Total Due**

**Invoice This Month** $19,695.35

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    )
                                          )
POINT BLANK SOLUTIONS INC., *et al.*[2]   )
                                          )    Chapter 11
                                          )    Case No. 10-11255 (PJW)
          Debtors.                        )    Jointly Administered
                                          )

## FIFTH APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD DECEMBER 1, 2010 THROUGH JANUARY 31, 2011

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code" signed on or about May 12, 2010 [Docket No. 114] (the "Administrative Order"), Carr & Palmer, LLP ("C&P"), as Special Litigation Counsel to the debtors and debtors in possession ("Debtors"), hereby submits its Third Application for Reimbursement of Expenses for the Period from December 1, 2010, through January 31, 2011 (the "Application").

By this Application C&P seeks an interim reimbursement of actual and necessary expenses in the amount of $85,949.62 (100% of the allowed expenses) for the period December 1, 2010 through January 31, 2011 (the "Interim Period"). In support of this Application, C&P respectfully represents as follows:

---

[2] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

3

DATE _____ 2|10|11

DOCKET # _____ 1|20

# EXPENSE SUMMARY

| Expense Category | Total Expense |
|---|---|
| Out of Town Travel Expense for Court Hearings and Preparation Depositions (Airfare, Taxis, Parking, Rental Cars, Etc.) | $ 8,079.11 |
| Lodging Expense | $ 2,827.24 |
| Meals | $ 1,359.57 |
| Delivery/Courier Services, Postage Expense | $ 588.89 |
| Copy Expense | $ 1,844.90 |
| Filing Fees | $ 90.00 |
| Hearing Transcripts | $ 1,054.56 |
| Expert expenses –preparation for expert depositions and expert depositions) | $39,446.15 |
| Court Reporting and videographer expenses for numerous fact witness and expert depositions | $17,812.10 |
| Document Database Management & Control | $ 4,266.00 |
| Japanese Translation Services (translators for depositions, documents, court hearings, certified translations, etc). | $ 8,581.10 |
| Totals | $85,949.62 |

In re: )
)
POINT BLANK SOLUTIONS INC., *et al.*[2] )
) Chapter 11
) Case No. 10-11255 (PJW)
Debtors. ) Jointly Administered
)

## THIRD APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD DECEMBER 1, 2010 THROUGH JANUARY 31, 2011

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code" signed on or about May 12, 2010 [Docket No. 114] (the "Administrative Order"), Carr & Palmer, LLP ("C&P"), as Special Litigation Counsel to the debtors and debtors in possession ("Debtors"), hereby submits its Third Application for Reimbursement of Expenses for the Period from December 1, 2010, through January 31, 2011 (the "Application").

By this Application C&P seeks an interim reimbursement of actual and necessary expenses in the amount of $85,949.62 (100% of the allowed expenses) for the period December 1, 2010 through January 31, 2011 (the "Interim Period"). In support of this Application, C&P respectfully represents as follows:

---

[2] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

## Background

1. On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued in possession of their properties and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Committee of Unsecured Creditors ("Committee") was appointed on or about April 23, 2010.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about May 12, 2010, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit expense applications. If no objections are made within twenty (20) days after service of the application, the Debtors are authorized to pay the Professional one hundred percent (100%) of the requested expenses. Beginning with the period ending June 30, 2010, at three-month intervals, each of the Professionals must file with the Court and serve an interim application for allowance of the amounts sought in its applications for that period. All expenses paid are on an interim basis until final allowance by the Court.

4. The retention of Carr & Palmer, LLP, as special litigation counsel to the Debtors, was approved effective as of the Petition Date, by this Court's "Order Granting Debtors' Application to Retain Carr & Palmer, LLP as Special Litigation Counsel *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014. [Docket No. 109] (the "Retention Order"). The Retention Order authorized C&P to be reimbursed for reasonably necessary costs incurred on behalf of Debtors.

4

### Actual and Necessary Expenses

5.　Annexed hereto as Exhibit A are the total expenditures in un-reimbursed expenses incurred for the Interim Period in connection with the prosecution of the litigation on behalf of Debtors in *Point Blank Solutions Inc. et al. v. Toyobo America, Inc., et al.*, Civil Action No. 09-61166 (S.D. Fla. 2009). The expenses incurred pertaining to the litigation are reflected on Carr & Palmer's books and records. These books and records are prepared from expense vouchers and check records and are an accurate recording of the expenses incurred.

6.　The underlying litigation seeks to recover damages incurred by Debtors of approximately $19,232,000.00, plus punitive damages, attorneys' fees and expenses. The litigation involves scientific issues relating to molecular defects in Zylon fiber that necessitated engaging scientific experts, ballistic experts, damages experts, preparation of numerous expert reports for the court, expert depositions and expert testimony at trial. By way of brief example, the National Institute of Justice's team of scientists spent nearly two years conducting scientific investigations and testing before issuing NIJ Body Armor Standard Advisory Notice #01-2005 stating, "The National Institute of Justice hereby advises that it has identified poly-phenylene benzobisoxazole (commonly known as PBO or Zylon®) as a material that appears to create a risk of death or serious injury as a result of degraded ballistic performance when used in body armor." In its detailed report issued the same day, the NIJ went on to conclude, "It is likely that the ballistic performance degradation in Zylon-containing armor is closely related to the chemical changes found in what is known as the oxazole ring. Breakage of the oxazole ring correlates with degradation of the mechanical properties of Zylon fibers."

7.     Over 150 depositions have been taken in the various Zylon related cases against the Toyobo defendants around the country over the past several years, many of which were of Toyobo scientists and experts.  Use of experts is also needed in conjunction with review of prior scientific and expert testimony, prior scientific and expert reports, etc.  Fact discovery closed January, 3, 2011.  Expert depositions for both parties have been conducted in December, 2010 and January, 2011.

8.     Many of the depositions taken in the various Zylon cases were taken in Japan and involve Japanese documents.  In Point Blank's case alone the parties have produced *more than two million pages of documents*, involving numerous database management and control matters.  Additionally, tens of thousands of pages of documents produced by the defendants thus far have been in Japanese necessitating extensive use of translators and translation services.  Furthermore, defendants object to the introduction of translated documents without accompanying Certified Translations.  While Plaintiffs' counsel has been able to use many of the prior depositions and existing certified translations introduced in other cases, prosecution of this case will necessarily involve continued use of translators and translation services for depositions, documents and court hearings.

9.     C&P believes that such charges are in accordance with the Local Rules and the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

WHEREFORE, C&P respectfully requests that, for the period December 1, 2010 through January 31, 2011, an interim reimbursement of actual and necessary litigation expenses of $85,949.62 (100% of allowed expenses) be authorized to C&P and for such other and further relief as this Court may deem just and proper.

Dated: February 10, 2011.

CARR & PALMER, LLP

*David M. Cohen*

David M. Cohen
Georgia Bar No. 173503
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
dcohen@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

## VERIFICATION

W. Pitts Carr, after being duly sworn according to law, deposes and says:

     (a)     I am the founding partner of the applicant law firm Carr & Palmer, LLP

     (b)     I am familiar with the work performed on behalf of the Debtors by the lawyers and paraprofessionals of Carr & Palmer, LLP.

     (c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have also reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about May 12, 2010, and submit that the Application substantially complies with such Rule and Order.

 

W. Pitts Carr
Georgia Bar No. 112100
Carr & Palmer, LLP
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
pcarr@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

Sworn to and subscribed
before me this 10th day of
February, 2011.

Notary Public
My Commission Expires:

ANNA BROWN
NOTARY PUBLIC
STATE OF GEORGIA
COBB COUNTY
MY COMM. EXP. 8-20-13

8

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

| | |
|---|---|
| **Date** | 12/31/2010 |
| **Invoice #** | **10954** |

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

| | PROFESSIONAL SERVICES | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/30/2010 | Expert fees | | 1,702.50 | 1,702.50 |
| 11/30/2010 | Video of Sam White depo Inv. 18170553 | | 662.50 | 662.50 |
| 11/30/2010 | Depo of Sam White Inv. 18170616 | | 1,788.65 | 1,788.65 |
| 11/30/2010 | Depo of Gaeton Dragone Inv. 18170720 | | 1,614.65 | 1,614.65 |
| 11/30/2010 | Video of Gaeton Dragone depo Inv. 18170744 | | 582.50 | 582.50 |
| 11/30/2010 | Video of Matthew Bulls depo Inv. 18172569 | | 262.50 | 262.50 |
| 11/30/2010 | Depo of Matthew Bulls Inv. 18172413 | | 968.10 | 968.10 |
| 12/14/2010 | Overnight delivery to | | 40.54 | 40.54 |
| 12/14/2010 | Overnight delivery to Hon. Patricia Seitz | | 32.50 | 32.50 |
| 12/15/2010 | Expert fees | | 5,036.52 | 5,036.52 |
| 12/15/2010 | Expert fees | | 1,197.75 | 1,197.75 |
| 12/15/2010 | Depos of Y. Ohira and M. Saito | | 3,343.00 | 3,343.00 |
| 12/21/2010 | Overnight delivery | | 55.56 | 55.56 |
| 12/21/2010 | Overnight delivery | | 57.02 | 57.02 |
| 12/21/2010 | Overnight delivery | | 57.22 | 57.22 |
| 12/22/2010 | Court Reporter | Depo of Gen. Larry Ellis | 1,317.25 | 1,317.25 |
| 12/27/2010 | Taxi (12/09/10) | | 37.00 | 37.00 |
| 12/27/2010 | Meal charges(11/30/10)-(breakfast 3) | | 14.83 | 14.83 |
| 12/27/2010 | Meal charges (11/29/10)- (dinner 1) | | 20.12 | 20.12 |
| 12/27/2010 | Meal charges (11/15/10)- (dinner 1) | | 32.74 | 32.74 |
| 12/27/2010 | Meal charges (11/30/10) - (lunch 5) | | 66.95 | 66.95 |
| 12/27/2010 | Lodging at Doubletree Richmond Hotel (12/09/10) | | 135.32 | 135.32 |
| 12/27/2010 | Parking fee (12/09/10) | | 32.00 | 32.00 |

**Total Due**

**Invoice This Month**

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

| | |
|---|---|
| **Date** | 12/31/2010 |
| **Invoice #** | 10954 |

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

| | PROFESSIONAL SERVICES | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/27/2010 | Parking fee (11/15/10) | | 14.00 | 14.00 |
| 12/27/2010 | Airline ticket to Richmond, VA (12/08/10) | | 787.40 | 787.40 |
| 12/27/2010 | Airline ticket to Miami, FL (12/12/10) | | 707.40 | 707.40 |
| 12/27/2010 | Airline ticket to Washington, DC (12/20/10) | | 209.40 | 209.40 |
| 12/30/2010 | Expert fees | | 2,000.00 | 2,000.00 |
| 12/30/2010 | Expert fees | | 2,550.00 | 2,550.00 |
| 1/5/2011 | Taxi fare on 12/9/10 | | 20.00 | 20.00 |
| 1/5/2011 | Taxi fare on 12/13/10 | | 25.00 | 25.00 |
| 1/5/2011 | Taxi fare on 12/20/10 | | 28.00 | 28.00 |
| 1/11/2011 | Taxi (12/13/10) | | 28.75 | 28.75 |
| 1/11/2011 | Taxi (12/13/10) | | 28.75 | 28.75 |
| 1/11/2011 | Taxi (12/20/10) | | 19.00 | 19.00 |
| 1/11/2011 | Copy charges and PC usage charges (hotel business center) | | 13.00 | 13.00 |
| 1/11/2011 | Meal charge (12/13/10) - (breakfast 1) | | 8.28 | 8.28 |
| 1/11/2011 | Meal charge (12/13/10) - (lunch 1) | | 11.64 | 11.64 |
| 1/11/2011 | Meal charge (12/14/10) - (breakfast 1) | | 3.91 | 3.91 |
| 1/11/2011 | Meal charge (12/17/10) - (lunch 1) | | 21.53 | 21.53 |
| 1/11/2011 | Meal charge (12/17/10) - (breakfast 1) | | 7.73 | 7.73 |
| 1/11/2011 | Meal charge (12/20/10) - (dinner 1) | | 27.30 | 27.30 |
| 1/11/2011 | Meal charge (12/22/10) - (dinner 1) | | 38.82 | 38.82 |
| 1/11/2011 | Meal charge (12/14/10) - (lunch 2) | | 45.87 | 45.87 |
| 1/11/2011 | Lodging for DMC (12/12/10) | | 252.97 | 252.97 |
| 1/11/2011 | Parking fee (12/13/10) | | 16.00 | 16.00 |
| 1/11/2011 | Parking fee (12/20/10) | | 16.00 | 16.00 |
| 1/11/2011 | Parking fee (12/22/10) | | 47.00 | 47.00 |

**Total Due**

**Invoice This Month**

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

| | |
|---|---|
| **Date** | 12/31/2010 |
| **Invoice #** | 10954 |

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

| | | **PROFESSIONAL SERVICES** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 1/11/2011 | | Additional collection for baggage (12/27/10) | | 50.00 | 50.00 |
| 12/31/2010 | Copies | 4,625 Copies @ $.10 | | 462.50 | 462.50 |
| 12/31/2010 | Postage | Postage | | 38.25 | 38.25 |
| 12/31/2010 | Copies | Document database management and control | | 4,266.00 | 4,266.00 |
| 12/31/2010 | Professional F... | Japanese translation services (depositions and documents) | | 7,962.35 | 7,962.35 |
| 12/31/2010 | Filing Fees | Pro Hac filing fees | | 90.00 | 90.00 |
| | | Professional Reimbursable Expenses | | | 38,854.57 |

**Total Due**

**Invoice This Month** $38,854.57

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

| | |
|---|---|
| **Date** | 1/31/2011 |
| **Invoice #** | 10955 |

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

| | PROFESSIONAL SERVICES | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/4/2011 | | Overnight delivery | | 25.22 | 25.22 |
| 1/5/2011 | | Taxi fare | | 18.00 | 18.00 |
| 1/7/2011 | Car/Taxi | Taxi | | 20.90 | 20.90 |
| 1/7/2011 | Car/Taxi | Taxi | | 8.20 | 8.20 |
| 1/7/2011 | Car/Taxi | Taxi | | 10.80 | 10.80 |
| 1/8/2011 | Car/Taxi | Taxi | | 13.40 | 13.40 |
| 1/8/2011 | Car/Taxi | Taxi | | 10.00 | 10.00 |
| 1/8/2011 | Court Reporter | Depo of Alan Lesser | | 423.00 | 423.00 |
| 1/8/2011 | Court Reporter | Videotape of Alan Lesser depo | | 505.00 | 505.00 |
| 1/9/2011 | Car/Taxi | Taxi | | 17.00 | 17.00 |
| 1/11/2011 | | Meal charge (01/06/11) - (dinner 1) | | 13.77 | 13.77 |
| 1/11/2011 | | Meal charge (01/07/11) - (lunch 3) | | 26.46 | 26.46 |
| 1/11/2011 | | Meal charge (01/07/11) - (breakfast 1) | | 6.18 | 6.18 |
| 1/11/2011 | | Meal charge (01/07/11) - (dinner 4) | | 167.88 | 167.88 |
| 1/11/2011 | | Meal charge (01/08/11) - (lunch 4) | | 47.44 | 47.44 |
| 1/11/2011 | | Meal charge (01/08/11) - (dinner 2) | | 30.75 | 30.75 |
| 1/11/2011 | | Lodging for DMC (01/08/11) | | 600.71 | 600.71 |
| 1/11/2011 | | Airline ticket to Boston, MA (01/06/11)(depo) | | 922.40 | 922.40 |
| 1/11/2011 | | Airline ticket to Grand Rapids, MI (01/11/11)(depo) | | 809.40 | 809.40 |
| 1/11/2011 | | Airline ticket to Miami, FL (01/13/11)(court hearing) | | 707.40 | 707.40 |
| 1/13/2011 | Car/Taxi | Taxi | | 34.00 | 34.00 |
| 1/13/2011 | Parking Fees | Parking Fees | | 24.00 | 24.00 |

**Total Due**                                               **Invoice This Month**

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

**Date**     1/31/2011

**Invoice #**     10955

**File Reference**

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

| | PROFESSIONAL SERVICES | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/14/2011 | Lodging | Lodging for DMC (01/12-01/13/11) | | 426.96 | 426.96 |
| 1/14/2011 | Food | Meal charge | | 28.00 | 28.00 |
| 1/14/2011 | Food | Meal charge | | 35.24 | 35.24 |
| 1/15/2011 | Food | Meal charge | | 78.99 | 78.99 |
| 1/15/2011 | Travel Expen... | Airline travel charge | | 50.00 | 50.00 |
| 1/15/2011 | Travel Expen... | Airline ticket for DMC (depo) | | 890.40 | 890.40 |
| 1/15/2011 | Parking Fees | Parking Fees | | 32.00 | 32.00 |
| 1/16/2011 | Travel Expen... | Airline ticket for DMC (depo) | | 601.42 | 601.42 |
| 1/17/2011 | Lodging | Lodging (01/16 - 01/19) | | 750.41 | 750.41 |
| 1/17/2011 | Travel Expen... | Travel Detroit to Gand Rapids for depo | | 375.00 | 375.00 |
| 1/17/2011 | Car/Taxi | Taxi | | 52.00 | 52.00 |
| 1/17/2011 | Car/Taxi | Taxi | | 30.45 | 30.45 |
| 1/17/2011 | Food | Meal charge (breakfast 1) | | 8.60 | 8.60 |
| 1/17/2011 | Food | Meal charge (dinner 2) | | 112.99 | 112.99 |
| 1/17/2011 | Car/Taxi | Taxi | | 5.80 | 5.80 |
| 1/18/2011 | Food | Meal charge (breakfast 1) | | 2.78 | 2.78 |
| 1/18/2011 | Court Reporter | Videotape of Lauren Novatkowski depo | | 585.00 | 585.00 |
| 1/18/2011 | Car/Taxi | Taxi | | 6.96 | 6.96 |
| 1/18/2011 | Food | Meal charge (breakfast 1) | | 8.90 | 8.90 |
| 1/18/2011 | | Overnight delivery of binders for Judge | | 82.68 | 82.68 |
| 1/18/2011 | | Overnight delivery | | 32.25 | 32.25 |
| 1/19/2011 | Car/Taxi | Taxi | | 9.54 | 9.54 |
| 1/19/2011 | Car/Taxi | Taxi | | 10.44 | 10.44 |
| 1/19/2011 | Food | Meal charge (breakfast 2) | | 42.62 | 42.62 |
| 1/19/2011 | Food | Meal charge (dinner 2) | | 112.14 | 112.14 |
| 1/19/2011 | Parking Fees | Parking Fees | | 48.00 | 48.00 |

**Total Due**

**Invoice This Month**

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

**Date** 1/31/2011

**Invoice #** 10955

**File Reference**

| | |
|---|---|
| | 6532 CTP-Point Blank III |

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

| | PROFESSIONAL SERVICES | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/19/2011 | Car/Taxi | Taxi | | 8.20 | 8.20 |
| 1/19/2011 | | Overnight delivery to Judge Goodman | | 40.69 | 40.69 |
| 1/20/2011 | Lodging | Lodging | | 228.25 | 228.25 |
| 1/26/2011 | Court Reporter | Depo of Masakazu Saito | | 746.40 | 746.40 |
| 1/28/2011 | Lodging | Lodging | | 216.31 | 216.31 |
| 1/29/2011 | Travel Expen... | Airline ticket for DMC (depo) | | 745.40 | 745.40 |
| 1/29/2011 | Travel Expen... | Airline ticket for DMC (depo) | | 505.80 | 505.80 |
| 1/30/2011 | Lodging | Lodging | | 216.31 | 216.31 |
| 1/30/2011 | Food | Meal charge (dinner 3) | | 143.78 | 143.78 |
| 1/30/2011 | Car/Taxi | Taxi | | 46.50 | 46.50 |
| 1/31/2011 | | Overnight delivery to New York for DMC | | 92.11 | 92.11 |
| 1/31/2011 | Food | Meal charge (dinner 3) | | 138.16 | 138.16 |
| 1/31/2011 | Food | Meal charge (lunch 3) | | 55.18 | 55.18 |
| 1/31/2011 | Court Reporter | Depo of Robert Pantle | | 915.10 | 915.10 |
| 1/31/2011 | Court Reporter | Depo of Agent Steven Stone | | 593.50 | 593.50 |
| 1/31/2011 | Court Reporter | Depo of Darrell Peetz | | 2,394.65 | 2,394.65 |
| 1/31/2011 | Court Reporter | Depo of James Anderson | | 1,110.30 | 1,110.30 |
| 1/31/2011 | Expert | Expert fees | | 8,743.65 | 8,743.65 |
| 1/31/2011 | Expert | Expert fees | | 12,328.47 | 12,328.47 |
| 1/31/2011 | Expert | Expert fees | | 5,887.26 | 5,887.26 |
| 1/31/2011 | Copies | 4,059 Copies @ $.10 | | 405.90 | 405.90 |
| 1/31/2011 | Copies | Copy charges (hearing binders, appendices and exhibits) | | 963.50 | 963.50 |
| 1/31/2011 | Postage | Postage | | 34.84 | 34.84 |
| 1/31/2012 | Professional F... | Japanese translation services | | 618.75 | 618.75 |

**Total Due**                                      **Invoice This Month**

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA  30327

404-442-9000

| | |
|---|---|
| **Date** | 1/31/2011 |
| **Invoice #** | 10955 |

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL  33069

6532 CTP-Point Blank III

| | | **PROFESSIONAL SERVICES** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 1/31/2011 | Court Reporter | Hearing transcript -Judge Goodman's court reporter for 1/14/11 evidentiary hearing | | 1,054.56 | 1,054.56 |
| | | Professional  Reimbursable Expenses | | | 47,095.05 |

**Total Due**

**Invoice This Month** $47,095.05

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                        )
                                              )
POINT BLANK SOLUTIONS INC., *et al*[1]         )
                                              )        Chapter 11
                                              )        Case No. 10-11255 (PJW)
        Debtors.                              )        Jointly Administered
                                              )

### SIXTH APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP FOR THE PERIOD FROM FEBRUARY 1, 2011 THROUGH MARCH 31, 2011

| Name of Applicant: | Carr & Palmer, LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and debtors in possession |
| Date of Retention: | *Nunc Pro Tunc* to April 14, 2010 by Order entered on May 12, 2010. |
| Period for Which Reimbursement of Expenses is Sought: | February 1, 2011 through March 31, 2011 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $ 76,067.16 |

This is a:      __x__ monthly      _____ interim      _____ final application.

No time was billed for Fee Application.

Five prior applications have been filed.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

DATE   4/12/11
DOCKET #   1309

## EXPENSE SUMMARY

| Expense Category | Total Expense |
|---|---|
| Out of Town Travel Expense for Court Hearings and Preparation Depositions (Airfare, Taxis, Parking, Rental Cars, Etc.) | $ 968.99 |
| Lodging Expense | $ 1,646.10 |
| Meals | $ 302.37 |
| Delivery/Courier Services, Postage Expense | $ 478.92 |
| Copy Expense | $ 366.70 |
| Facsimile | $ 68.00 |
| Hearing Transcripts | $ 1,347.24 |
| Expert expenses –preparation for expert depositions and expert depositions, travel and lodging expenses for experts) | $30,918.95 |
| Court Reporting and videographer expenses for numerous fact witness and expert depositions | $10,054.89 |
| Document Database Management & Control | $ 8,799.00 |
| Japanese Translation Services (translators for depositions, documents, court hearings, certified translations, etc). | $ 21,116.00 |
| Totals | $76,067.16 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
)
POINT BLANK SOLUTIONS INC., *et al.*[2] )
) Chapter 11
) Case No. 10-11255 (PJW)
Debtors. ) Jointly Administered
)

## SIXTH APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FEBRUSRY 1, 2011 THROUGH MARCH 31, 2011

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code" signed on or about May 12, 2010 [Docket No. 114] (the "Administrative Order"), Carr & Palmer, LLP ("C&P"), as Special Litigation Counsel to the debtors and debtors in possession ("Debtors"), hereby submits its Sixth Application for Reimbursement of Expenses for the Period from February 1, 2011, through March 31, 2011 (the "Application").

By this Application C&P seeks an interim reimbursement of actual and necessary expenses in the amount of $76,067.16 (100% of the allowed expenses) for the period February 1, 2011 through March 31, 2011 (the "Interim Period"). In support of this Application, C&P respectfully represents as follows:

---

[2] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

## Background

1. On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued in possession of their properties and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Committee of Unsecured Creditors ("Committee") was appointed on or about April 23, 2010.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about May 12, 2010, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit expense applications. If no objections are made within twenty (20) days after service of the application, the Debtors are authorized to pay the Professional one hundred percent (100%) of the requested expenses. Beginning with the period ending June 30, 2010, at three-month intervals, each of the Professionals must file with the Court and serve an interim application for allowance of the amounts sought in its applications for that period. All expenses paid are on an interim basis until final allowance by the Court.

4. The retention of Carr & Palmer, LLP, as special litigation counsel to the Debtors, was approved effective as of the Petition Date, by this Court's "Order Granting Debtors' Application to Retain Carr & Palmer, LLP as Special Litigation Counsel *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014. [Docket No. 109] (the "Retention Order"). The Retention Order authorized C&P to be reimbursed for reasonably necessary costs incurred on behalf of Debtors.

# CARR & PALMER'S APPLICATION
## FOR REIMBURSEMENT OF EXPENSES

### Actual and Necessary Expenses

5.      Annexed hereto as Exhibit A are the total expenditures in un-reimbursed expenses incurred for the Interim Period in connection with the prosecution of the litigation on behalf of Debtors in *Point Blank Solutions Inc. et al. v. Toyobo America, Inc., et al.*, Civil Action No. 09-61166 (S.D. Fla. 2009). The expenses incurred pertaining to the litigation are reflected on Carr & Palmer's books and records. These books and records are prepared from expense vouchers and check records and are an accurate recording of the expenses incurred.

6.      The underlying litigation seeks to recover damages incurred by Debtors of approximately $19,232,000.00, plus punitive damages, attorneys' fees and expenses. The litigation involves scientific issues relating to molecular defects in Zylon fiber that necessitated engaging scientific experts, ballistic experts, damages experts, preparation of numerous expert reports for the court, expert depositions and expert testimony at trial. By way of brief example, the National Institute of Justice's team of scientists spent nearly two years conducting scientific investigations and testing before issuing NIJ Body Armor Standard Advisory Notice #01-2005 stating, "The National Institute of Justice hereby advises that it has identified poly-phenylene benzobisoxazole (commonly known as PBO or Zylon®) as a material that appears to create a risk of death or serious injury as a result of degraded ballistic performance when used in body armor." In its detailed report issued the same day, the NIJ went on to conclude, "It is likely that the ballistic performance degradation in Zylon-containing armor is closely related to the chemical changes found in what is known as the oxazole ring. Breakage of the oxazole ring correlates with degradation of the mechanical properties of Zylon fibers."

7.     Over 150 depositions have been taken in the various Zylon related cases against the Toyobo defendants around the country over the past several years, many of which were of Toyobo scientists and experts.  Use of experts is also needed in conjunction with review of prior scientific and expert testimony, prior scientific and expert reports, etc.   Fact discovery closed January, 3, 2011.  Expert depositions for both parties have been conducted through February 2011 and trial is currently scheduled for July, 2011.

8.     Many of the depositions taken in the various Zylon cases were taken in Japan and involve Japanese documents.  In Point Blank's case alone the parties have produced *more than two million pages of documents*, involving numerous database management and control matters.  Additionally, tens of thousands of pages of documents produced by the defendants thus far have been in Japanese necessitating extensive use of translators and translation services.  Furthermore, defendants object to the introduction of translated documents without accompanying Certified Translations.  While Plaintiffs' counsel has been able to use many of the prior depositions and existing certified translations introduced in other cases, prosecution of this case will necessarily involve continued use of translators and translation services for depositions, documents and court hearings.

9.     C&P believes that such charges are in accordance with the Local Rules and the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

WHEREFORE, C&P respectfully requests that, for the period February 1, 2011 through March 31, 2011, an interim reimbursement of actual and necessary litigation expenses of $76,067.16 (100% of allowed expenses) be authorized to C&P and for such other and further relief as this Court may deem just and proper.

Dated: April 12, 2011.

CARR & PALMER, LLP

*David M. Cohen*

David M. Cohen
Georgia Bar No. 173503
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
dcohen@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

7

## VERIFICATION

W. Pitts Carr, after being duly sworn according to law, deposes and says:

     (a)     I am the founding partner of the applicant law firm Carr & Palmer, LLP

     (b)     I am familiar with the work performed on behalf of the Debtors by the lawyers and paraprofessionals of Carr & Palmer, LLP.

     (c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have also reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about May 12, 2010, and submit that the Application substantially complies with such Rule and Order.

W. Pitts Carr
Georgia Bar No. 112100
Carr & Palmer, LLP
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
pcarr@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

Sworn to and subscribed
before me this 12th day of
April, 2011.

Notary Public
My Commission Expires:

ANNA BROWN
NOTARY PUBLIC
STATE OF GEORGIA
COBB COUNTY
MY COMM. EXP. 8-20-13

8

EXHIBIT A

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

| | |
|---|---|
| **Date** | 3/31/2011 |
| Invoice # | 10982 |

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

| | PROFESSIONAL SERVICES | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/1/2011 | Lodging | Lodging (2 nights) | | 344.94 | 344.94 |
| 2/1/2011 | Lodging | Lodging (expert) | | 176.95 | 176.95 |
| 2/1/2011 | Food | Meal charge (3-lunch) | | 48.31 | 48.31 |
| 2/1/2011 | Food | Meal charge (1-breakfast) | | 4.68 | 4.68 |
| 2/1/2011 | Parking Fees | Parking Fees | | 41.00 | 41.00 |
| 2/1/2011 | Court Reporter | Court Reporter-Depo of Tadao Kuroki | | 1,443.94 | 1,443.94 |
| 2/1/2011 | Court Reporter | Video Court Reporting-Depo of Saito | | 1,100.00 | 1,100.00 |
| 2/1/2011 | Court Reporter | Court Reporter-Depo of Lauren Novatkoski | | 1,929.50 | 1,929.50 |
| 2/1/2011 | Court Reporter | Court Reporter-Depo of Kazuyuki Yabuki | | 1,404.60 | 1,404.60 |
| 2/1/2011 | Court Reporter | Court Reporter-Depo of Donald McLemore | | 938.45 | 938.45 |
| 2/1/2011 | Court Reporter | Court Reporter-Depo of Steven Young | | 1,240.05 | 1,240.05 |
| 2/1/2011 | Court Reporter | Court Reporter-Depo of Carter Lord | | 1,495.85 | 1,495.85 |
| 2/1/2011 | Court Reporter | Video duplication of depo of Steven Young | | 502.50 | 502.50 |
| 2/2/2011 | Lodging | Conference room for deposition preparation | | 200.00 | 200.00 |
| 2/3/2011 | Food | Meal charge (1-breakfast) | | 19.14 | 19.14 |
| 2/9/2011 | Lodging | Lodging (2 nights) | | 426.96 | 426.96 |
| 2/10/2011 | | Evidentiary hearing transcript 09-61166-CV-SEITZ | | 1,054.56 | 1,054.56 |
| 2/17/2011 | | Hearing transcript | | 292.68 | 292.68 |
| 2/17/2011 | | Overnight delivery to GR | | 32.25 | 32.25 |
| 2/17/2011 | | Overnight delivery to MB | | 29.42 | 29.42 |
| 2/21/2011 | Food | Meal charge (2-dinner) | | 66.26 | 66.26 |
| 2/22/2011 | Expert | Expert fees | | 21,619.91 | 21,619.91 |
| 2/28/2011 | Copies | 956 Copies @ $.10 | | 95.60 | 95.60 |
| 2/28/2011 | Postage | Postage | | 3.96 | 3.96 |

**Total Due**                                      **Invoice This Month**

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected.
Fed ID #06-1801589

Page 1

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

**Date**   3/31/2011

**Invoice #**   10982

**File Reference**

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

| | | PROFESSIONAL SERVICES | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/28/2011 | Copies | Document database management and control | | 2,478.00 | 2,478.00 |
| 2/28/2011 | Copies | Japanese translation services (depositions and documents) | | 7,352.00 | 7,352.00 |
| | | Professional Reimbursable Expenses | | | 44,341.51 |

**Total Due**

**Invoice This Month** $44,341.51

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected.
Fed ID #06-1801589

Page 2

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

**Date**    4/29/2011

**Invoice #**    10988

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

| | PROFESSIONAL SERVICES | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/3/2011 | Overnight Del... | Overnight Delivery to SM | | 24.90 | 24.90 |
| 3/3/2011 | Overnight Del... | Overnight Delivery to SM | | 24.90 | 24.90 |
| 3/9/2011 | Travel Expen... | Airline ticket | | 881.40 | 881.40 |
| 3/9/2011 | Travel Expen... | Travel Expenses-Misc | | 16.59 | 16.59 |
| 3/9/2011 | Food | Meal charge | | 58.45 | 58.45 |
| 3/9/2011 | Food | Meal charge | | 105.53 | 105.53 |
| 3/10/2011 | Lodging | Lodging | | 241.60 | 241.60 |
| 3/11/2011 | Car/Taxi | Taxi | | 30.00 | 30.00 |
| 3/11/2011 | Lodging | Lodging | | 255.65 | 255.65 |
| 3/19/2011 | Overnight Del... | Overnight Delivery to Judge Goodman | | 98.06 | 98.06 |
| 3/21/2011 | Overnight Del... | Overnight Delivery to Judge Seitz | | 52.06 | 52.06 |
| 3/21/2011 | Overnight Del... | Overnight Delivery to Judge Seitz | | 52.06 | 52.06 |
| 3/22/2011 | Overnight Del... | Overnight Delivery to and from Judge Seitz | | 154.10 | 154.10 |
| 3/31/2011 | Expert | Expert and consulting fees | | 9,299.04 | 9,299.04 |
| 3/31/2011 | Copies | 2,711 Copies @ $.10 | | 271.10 | 271.10 |
| 3/31/2011 | Fax Charges | 68 Faxes @ $.18 | | 68.00 | 68.00 |
| 3/31/2011 | Postage | Postage | | 7.21 | 7.21 |
| 3/31/2011 | Copies | Document database management and control | | 6,321.00 | 6,321.00 |
| 3/31/2011 | Copies | Japanese translation services (court hearings and discovery documents) | | 13,764.00 | 13,764.00 |
| | | TOTAL FEES | | | 31,725.65 |

**Total Due**

**Invoice This Month** $31,725.65

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELA WARE

In re:          )
             )
POINT BLANK SOLUTIONS INC., *et al*[1]  )
             )   Chapter 11
             )   Case No. 10-11255 (PJW)
    Debtors.       )   Jointly Administered
             )

## SEVENTH APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP FOR THE PERIOD FROM APRIL 1, 2011 THROUGH APRIL 30, 2011

| | |
|---|---|
| Name of Applicant: | Carr & Palmer, LLP |
| Authorized to Provide Professional Services to: | Debtors and debtors in possession |
| Date of Retention: | *Nunc Pro Tunc* to April 14, 2010 by Order entered on May 12, 2010. |
| Period for Which Reimbursement of Expenses is Sought: | April 1, 2011 through April 30, 2011 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $ 38,092.67 |

This is a:   __x__ monthly    ____ interim     ____ final application.

No time was billed for Fee Application.

Six prior applications have been filed.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

DATE _____ 5/20/11

DOCKET # _____ 1456

# EXPENSE SUMMARY

| Expense Category | Total Expense |
|---|---|
| Out of Town Travel Expense for Court Hearings and Preparation Depositions (Airfare, Taxis, Parking, Rental Cars, Etc.) | $ 2,195.52 |
| Lodging Expense | $ 3,667.93 |
| Meals | $    354.37 |
| Delivery/Courier Services, Postage Expense | $    172.21 |
| Copy Expense | $    777.60 |
| Facsimile | $      16.00 |
| Expert expenses –(review, read and sign depos., misc. consulting and trial preparation) | $ 6,871.04 |
| Document Database Management & Control (trial prep) | $14,392.00 |
| Japanese Translation Services (trial preparation documents, certified translations etc). | $ 9,646.00 |
| Total | $38,092.67 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) |
| | ) |
| POINT BLANK SOLUTIONS INC., *et al.*[2] | ) |
| | ) Chapter 11 |
| | ) Case No. 10-11255 (PJW) |
| Debtors. | ) Jointly Administered |
| | ) |

### SEVENTH APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD APRIL 1, 2011 THROUGH APRIL 30, 2011

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code" signed on or about May 12, 2010 [Docket No. 114] (the "Administrative Order"), Carr & Palmer, LLP ("C&P"), as Special Litigation Counsel to the debtors and debtors in possession ("Debtors"), hereby submits its Seventh Application for Reimbursement of Expenses for the Period from April 1, 2011, through April 30, 2011 (the "Application").

By this Application C&P seeks an interim reimbursement of actual and necessary expenses in the amount of $76,067.16 (100% of the allowed expenses) for the period April 1, 2011 through April 30, 2011 (the "Interim Period"). In support of this Application, C&P respectfully represents as follows:

---

[2] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

<u>Background</u>

1. On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued in possession of their properties and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Committee of Unsecured Creditors ("Committee") was appointed on or about April 23, 2010.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about May 12, 2010, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit expense applications. If no objections are made within twenty (20) days after service of the application, the Debtors are authorized to pay the Professional one hundred percent (100%) of the requested expenses. Beginning with the period ending June 30, 2010, at three-month intervals, each of the Professionals must file with the Court and serve an interim application for allowance of the amounts sought in its applications for that period. All expenses paid are on an interim basis until final allowance by the Court.

4. The retention of Carr & Palmer, LLP, as special litigation counsel to the Debtors, was approved effective as of the Petition Date, by this Court's "Order Granting Debtors' Application to Retain Carr & Palmer, LLP as Special Litigation Counsel *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014. [Docket No. 109] (the "Retention Order"). The Retention Order authorized C&P to be reimbursed for reasonably necessary costs incurred on behalf of Debtors.

## CARR & PALMER'S APPLICATION
## FOR REIMBURSEMENT OF EXPENSES

### Actual and Necessary Expenses

5.     Annexed hereto as Exhibit A are the total expenditures in un-reimbursed expenses

incurred for the Interim Period in connection with the prosecution of the litigation on behalf of

Debtors in *Point Blank Solutions Inc. et al. v. Toyobo America, Inc., et al.*, Civil Action No. 09-

61166 (S.D. Fla. 2009).  The expenses incurred pertaining to the litigation are reflected on Carr &

Palmer's books and records.  These books and records are prepared from expense vouchers and

check records and are an accurate recording of the expenses incurred.

6.     The underlying litigation seeks to recover damages incurred by Debtors of in

excess of $20,000,000.00, plus punitive damages, attorneys' fees and expenses.  The litigation

involves scientific issues relating to molecular defects in Zylon fiber that necessitated engaging

scientific experts, ballistic experts, damages experts, preparation of numerous expert reports for

the court, expert depositions and expert testimony at trial.  By way of brief example, the National

Institute of Justice's team of scientists spent nearly two years conducting scientific investigations

and testing before issuing NIJ Body Armor Standard Advisory Notice #01-2005 stating, "The

National Institute of Justice hereby advises that it has identified poly-phenylene benzobisoxazole

(commonly known as PBO or Zylon®) as a material that appears to create a risk of death or

serious injury as a result of degraded ballistic performance when used in body armor."  In its

detailed report issued the same day, the NIJ went on to conclude, "It is likely that the ballistic

performance degradation in Zylon-containing armor is closely related to the chemical changes

found in what is known as the oxazole ring. Breakage of the oxazole ring correlates with

degradation of the mechanical properties of Zylon fibers."

7.     Over 150 depositions have been taken in the various Zylon related cases against the Toyobo defendants around the country over the past several years, many of which were of Toyobo scientists and experts. Use of experts is also needed in conjunction with review of prior scientific and expert testimony, prior scientific and expert reports, etc. Fact discovery closed January, 3, 2011. Expert depositions for both parties have been conducted through February 2011. The pretrial hearing is currently set for June 17, 2011 and trial for July 5, 2011. Extensive trial preparation is underway, including preparation of exhibits, video deposition editing, work with expert, etc.

8.     Many of the depositions taken in the various Zylon cases were taken in Japan and involve Japanese documents. In Point Blank's case alone the parties have produced *more than two million pages of documents*, involving numerous database management and control matters. Additionally, tens of thousands of pages of documents produced by the defendants thus far have been in Japanese necessitating extensive use of translators and translation services. Furthermore, defendants object to the introduction of translated documents without accompanying Certified Translations. While Plaintiffs' counsel has been able to use many of the prior depositions and existing certified translations introduced in other cases, prosecution of this case necessarily involves continued use of translators and translation services for depositions, documents, court hearings, trial preparation, and of course, at trial.

9.     C&P believes that such charges are in accordance with the Local Rules and the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

WHEREFORE, C&P respectfully requests that, for the period April 1, 2011 through April 30, 2011, an interim reimbursement of actual and necessary litigation expenses of $76,067.16

(100% of allowed expenses) be authorized to C&P and for such other and further relief as this

Court may deem just and proper.


Dated: May 19, 2011.                    CARR & PALMER, LLP

                                        *David M. Cohen*

                                        _____
                                        David M. Cohen
                                        Georgia Bar No. 173503
                                        10 North Parkway Square
                                        4200 Northside Parkway, NW
                                        Atlanta, Georgia 30327
                                        Ph: (404) 442-9000
                                        Fx: (404) 442-9700
                                        dcohen@carrpalmer.com
                                        Special Litigation Counsel to Debtors
                                        and Debtors in Possession

## VERIFICATION

W. Pitts Carr, after being duly sworn according to law, deposes and says:

(a)     I am the founding partner of the applicant law firm Carr & Palmer, LLP

(b)     I am familiar with the work performed on behalf of the Debtors by the lawyers and paraprofessionals of Carr & Palmer, LLP.

(c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have also reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about May 19, 2010, and submit that the Application substantially complies with such Rule and Order.

W. Pitts Carr
Georgia Bar No. 112100
Carr & Palmer, LLP
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
pcarr@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

Sworn to and subscribed
before me this 19th day of
May, 2011.

Notary Public
My Commission Expires:

ANNA BROWN
NOTARY PUBLIC
STATE OF GEORGIA
COBB COUNTY
MY COMM. EXP. 8-20-13

8



EXHIBIT A

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

| | |
|---|---|
| Date | 4/29/2011 |
| Invoice # | 11009 |

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

| | PROFESSIONAL SERVICES | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/1/2011 | Travel Expen... | Airline ticket | | 519.70 | 519.70 |
| 4/1/2011 | Travel Expen... | Airline ticket (Miami) | | 610.80 | 610.80 |
| 4/1/2011 | Car/Taxi | Taxi | | 45.00 | 45.00 |
| 4/1/2011 | Food | Food (dinner-2) | | 88.00 | 88.00 |
| 4/1/2011 | Car/Taxi | Taxi | | 40.00 | 40.00 |
| 4/1/2011 | Lodging | Lodging (Meeting space) | | 189.74 | 189.74 |
| 4/1/2011 | Car/Taxi | Taxi | | 55.00 | 55.00 |
| 4/1/2011 | Food | Food (lunch-2) | | 33.76 | 33.76 |
| 4/1/2011 | Car/Taxi | Taxi | | 35.00 | 35.00 |
| 4/2/2011 | Lodging | Lodging (2 days-Miami) | | 743.55 | 743.55 |
| 4/2/2011 | Lodging | Lodging (2 days-Miami) | | 720.74 | 720.74 |
| 4/2/2011 | Food | Food (dinner-2) | | 74.47 | 74.47 |
| 4/2/2011 | Car/Taxi | Taxi | | 24.75 | 24.75 |
| 4/16/2011 | Food | Food (breakfast-2) | | 7.99 | 7.99 |
| 4/16/2011 | Car/Taxi | Car/Taxi | | 62.00 | 62.00 |
| 4/16/2011 | Food | Food (lunch-2) | | 33.47 | 33.47 |
| 4/16/2011 | Food | Food (breakfast-2) | | 28.87 | 28.87 |
| 4/16/2011 | Car/Taxi | Car rental | | 103.47 | 103.47 |
| 4/16/2011 | Food | Food (lunch-2) | | 21.30 | 21.30 |
| 4/16/2011 | Food | Food (dinner-2) | | 66.51 | 66.51 |
| 4/16/2011 | Travel Expen... | Airline ticket | | 501.80 | 501.80 |
| 4/16/2011 | Lodging | Meeting room (2 days) | | 404.48 | 404.48 |
| 4/16/2011 | Lodging | Lodging (2 days for 3) | | 1,609.42 | 1,609.42 |
| 4/16/2011 | Travel Expen... | Travel Expenses-Misc (baggage charges) | | 25.00 | 25.00 |
| 4/16/2011 | Travel Expen... | Travel Expenses-Misc (flight changes) | | 150.00 | 150.00 |

Total Due

Invoice This Month

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

**Date** 4/29/2011

**Invoice #** 11009

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

| | | 6532 CTP-Point Blank III |
| --- | --- | --- |

| | | PROFESSIONAL SERVICES | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 4/16/2011 | Travel Expen... | Travel Expenses-Misc | | 23.00 | 23.00 |
| 4/20/2011 | | Overnight delivery to Judge Goodman | | 25.84 | 25.84 |
| 4/29/2011 | | Overnight delivery to Goodman | | 65.83 | 65.83 |
| 4/29/2011 | | Expert fees (invoices from experts to read, review and sign depositions; trial prep consulting) | | 5,258.54 | 5,258.54 |
| 4/29/2011 | | Overnight delivery to PJ | | 25.12 | 25.12 |
| 4/29/2011 | | Overnight delivery to PJ | | 38.70 | 38.70 |
| 4/29/2011 | Expert | Expert trial preparation | | 1,612.50 | 1,612.50 |
| 4/29/2011 | Copies | 7,776 Copies @ $.10 | | 777.60 | 777.60 |
| 4/29/2011 | Fax Charges | 16 Faxes @ $1.00 | | 16.00 | 16.00 |
| 4/29/2011 | Postage | Postage | | 16.72 | 16.72 |
| 4/29/2011 | Copies | Document database management and control (incl. trial preparation) | | 14,392.00 | 14,392.00 |
| 4/29/2011 | Copies | Japanese translation services (trial preparation) | | 9,646.00 | 9,646.00 |
| | | Professional Reimbursable Expenses | | | 38,092.67 |

**Total Due**

**Invoice This Month** $38,092.67

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELA WARE

In re: )
 )
POINT BLANK SOLUTIONS INC., *et al*[1] )
 ) Chapter 11
 ) Case No. 10-11255 (PJW)
Debtors. ) Jointly Administered
 )

**EIGHTH APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP FOR THE PERIOD FROM MAY 1, 2011 THROUGH MAY 31, 2011**

| | |
|---|---|
| Name of Applicant: | Carr & Palmer, LLP |
| Authorized to Provide Professional Services to: | Debtors and debtors in possession |
| Date of Retention: | *Nunc Pro Tunc* to April 14, 2010 by Order entered on May 12, 2010. |
| Period for Which Reimbursement of Expenses is Sought: | May 1, 2011 through May 31, 2011 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $ 44,376.54 |

This is a:      x    monthly            interim            final application.


No time was billed for Fee Application.

Seven prior applications have been filed.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

# EXPENSE SUMMARY

| Expense Category | Total Expense |
|---|---|
| Filing Fee | $ 15.00 |
| Delivery/Courier Services, Postage Expense | $ 106.94 |
| Copy Expense | $ 18.30 |
| Witness (including expert) trial preparation, travel expenses and advances for trial, etc. | $19,531.30 |
| Document Database Management & Control (incl extensive trial preparation, trial director preparation, etc.) | $14,265.00 |
| Japanese Translation Services (trial preparation, trial exhibits and cert trans re same) | $10,440.00 |
| Totals | $44,376.54 |

In re:                                    )
                                          )
POINT BLANK SOLUTIONS INC., *et al.*[2]   )
                                          )        Chapter 11
                                          )        Case No. 10-11255 (PJW)
        Debtors.                          )        Jointly Administered
                                          )

**EIGHTH APPLICATION FOR REIMBURSEMENT OF EXPENSES OF
CARR & PALMER, LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS
IN POSSESSION, FOR THE PERIOD MAY 1, 2011 THROUGH MAY 31, 2011**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy

Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy

Rules"), and the Court's "Administrative Order Establishing Procedures for Interim Compensation

Pursuant to Section 331 of the Bankruptcy Code" signed on or about May 12, 2010 [Docket No.

114] (the "Administrative Order"), Carr & Palmer, LLP ("C&P"), as Special Litigation Counsel to

the debtors and debtors in possession ("Debtors"), hereby submits its Seventh Application for

Reimbursement of Expenses for the Period from April 1, 2011, through April 30, 2011 (the

"Application").

By this Application C&P seeks an interim reimbursement of actual and necessary expenses

in the amount of $44,376.54 (100% of the allowed expenses) for the period May 1, 2011 through

May 31, 2011 (the "Interim Period"). In support of this Application, C&P respectfully represents

as follows:

---

[2] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification
numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano
Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069;
Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203),
2102 S.W. 2" Street, Pompano Beach, FL 33069.

3

DATE _____ 6/28/11

DOCKET # _____ 1519

### Background

1. On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued in possession of their properties and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Committee of Unsecured Creditors ("Committee") was appointed on or about April 23, 2010.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about May 12, 2010, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit expense applications. If no objections are made within twenty (20) days after service of the application, the Debtors are authorized to pay the Professional one hundred percent (100%) of the requested expenses. Beginning with the period ending June 30, 2010, at three-month intervals, each of the Professionals must file with the Court and serve an interim application for allowance of the amounts sought in its applications for that period. All expenses paid are on an interim basis until final allowance by the Court.

4. The retention of Carr & Palmer, LLP, as special litigation counsel to the Debtors, was approved effective as of the Petition Date, by this Court's "Order Granting Debtors' Application to Retain Carr & Palmer, LLP as Special Litigation Counsel *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014. [Docket No. 109] (the "Retention Order"). The Retention Order authorized C&P to be reimbursed for reasonably necessary costs incurred on behalf of Debtors.

## CARR & PALMER'S APPLICATION
## FOR REIMBURSEMENT OF EXPENSES

### Actual and Necessary Expenses

5.        Annexed hereto as Exhibit A are the total expenditures in un-reimbursed expenses

incurred for the Interim Period in connection with the prosecution of the litigation on behalf of

Debtors in *Point Blank Solutions Inc. et al. v. Toyobo America, Inc., et al.*, Civil Action No. 09-

61166 (S.D. Fla. 2009).  The expenses incurred pertaining to the litigation are reflected on Carr &

Palmer's books and records.  These books and records are prepared from expense vouchers and

check records and are an accurate recording of the expenses incurred.

6.        The underlying litigation seeks to recover damages incurred by Debtors of in

excess of $20,000,000.00, plus punitive damages, attorneys' fees and expenses.  The litigation

involves scientific issues relating to molecular defects in Zylon fiber that necessitated engaging

scientific experts, ballistic experts, damages experts, preparation of numerous expert reports for

the court, expert depositions and expert testimony at trial.  By way of brief example, the National

Institute of Justice's team of scientists spent nearly two years conducting scientific investigations

and testing before issuing NIJ Body Armor Standard Advisory Notice #01-2005 stating, "The

National Institute of Justice hereby advises that it has identified poly-phenylene benzobisoxazole

(commonly known as PBO or Zylon®) as a material that appears to create a risk of death or

serious injury as a result of degraded ballistic performance when used in body armor."  In its

detailed report issued the same day, the NIJ went on to conclude, "It is likely that the ballistic

performance degradation in Zylon-containing armor is closely related to the chemical changes

found in what is known as the oxazole ring. Breakage of the oxazole ring correlates with

degradation of the mechanical properties of Zylon fibers."

7.      Over 150 depositions have been taken in the various Zylon related cases against the Toyobo defendants around the country over the past several years, many of which were of Toyobo scientists and experts.  Use of experts is also needed in conjunction with review of prior scientific and expert testimony, prior scientific and expert reports, etc.

8.      Many of the depositions taken in the various Zylon cases were taken in Japan and involve Japanese documents.  In Point Blank's case alone the parties have produced *more than two million pages of documents*, involving numerous database management and control matters. Additionally, tens of thousands of pages of documents produced by the defendants thus far have been in Japanese necessitating extensive use of translators and translation services.  Furthermore, defendants object to the introduction of translated documents without accompanying Certified Translations.  While Plaintiffs' counsel has been able to use many of the prior depositions and existing certified translations introduced in other cases, prosecution of this case necessarily involves continued use of translators and translation services for depositions, documents, court hearings, trial preparation, and of course, at trial.

9.      Fact discovery closed January, 3, 2011.  Expert depositions for both parties have been conducted through February 2011.  The pretrial hearing is currently set for June 17, 2011 and trial for July 5, 2011.  The summary judgment phase has been completed, as well as motions in limine.  Extensive trial preparation has been underway, including preparation of exhibits, video deposition editing, work with expert, etc.  As of the date of this filing, two of three pretrial hearings have been completed and jury selection is set to commence on July 5, 2011.  Additional extensive preparation continues, working with witnesses, IT staff, translators, etc. to schedule their appearance, preparation and testimony at trial.

10.    C&P believes that such charges are in accordance with the Local Rules and the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

WHEREFORE, C&P respectfully requests that, for the period May 1, 2011 through May 31, 2011, an interim reimbursement of actual and necessary litigation expenses of $44,376.54 (100% of allowed expenses) be authorized to C&P and for such other and further relief as this Court may deem just and proper.

Dated: June 27, 2011.                    CARR & PALMER, LLP

*David M. Cohen*

David M. Cohen
Georgia Bar No. 173503
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
dcohen@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

<u>VERIFICATION</u>

W. Pitts Carr, after being duly sworn according to law, deposes and says:

      (a)     I am the founding partner of the applicant law firm Carr & Palmer, LLP

      (b)     I am familiar with the work performed on behalf of the Debtors by the lawyers and

paraprofessionals of Carr & Palmer, LLP.

      (c)     I have reviewed the foregoing Application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief. I have also reviewed Del. Bankr.

LR 2016-2 and the Administrative Order signed on or about May 19, 2010, and submit that the

Application substantially complies with such Rule and Order.

 

_____
W. Pitts Carr
Georgia Bar No. 112100
Carr & Palmer, LLP
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
pcarr@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

Sworn to and subscribed
before me this 27th day of
June, 2011.

_____
Notary Public
My Commission Expires:

**ANNA BROWN**
**NOTARY PUBLIC**
**STATE OF GEORGIA**
**COBB COUNTY**
**MY COMM. EXP. 8-20-13**

8

EXHIBIT A

Point Blank                                                   June 23, 2011
c/o Carr & Palmer

|  |  |
|---|---|
| File #: | 6532 |
| **Attention:** | Inv #: | 11037 |

**RE:**   Point Blank III- Toyobo

## DISBURSEMENTS

|  |  |  |
|---|---|---|
| | Filing Fee | 15.00 |
| | Postage | 6.80 |
| May-24-11 | Courier Expense -overnight to Judge in Miami | 41.73 |
| May-31-11 | 183 Copies @ .10 | 18.30 |
| | Document database management and control (incl. extensive trial preparation of, trial director preparation of, etc. | 14,265.00 |
| | Japanese translation services (trial preparation, incl. final trial exhibits and cert. trans re: same) | 10,440.00 |
| | Witness (incl. expert) trial preparation, travel expenses and advances for trial | 19,531.30 |
| | Courier Expense -overnight to AJ | 58.41 |
| | Totals | $44,376.54 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$44,376.54** |
| Previous Balance | 38,092.67 |
| Previous Payments | 38,092.67 |
| **Balance Now Due** | **$44,376.54** |

## PAYMENT DETAILS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                         )

POINT BLANK SOLUTIONS INC., *et al*[1] )

                         )    Chapter 11
                         )    Case No. 10-11255 (PJW)
      Debtors.           )    Jointly Administered
                         )

## NINTH APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP FOR THE PERIOD FROM JUNE 1, 2011 THROUGH JUNE 30, 2011

| | |
|---|---|
| Name of Applicant: | Carr & Palmer, LLP |
| Authorized to Provide Professional Services to: | Debtors and debtors in possession |
| Date of Retention: | *Nunc Pro Tunc* to April 14, 2010 by Order entered on May 12, 2010. |
| Period for Which Reimbursement of Expenses is Sought: | June 1, 2011 through June 30, 2011 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $ 66,984.42 |

This is a:    __x__ monthly        _____interim        _____final application.

No time was billed for Application.

Eight prior applications have been filed.

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

DATE   7/27/11

DOCKET #   1581

# EXPENSE SUMMARY

| Expense Category | Total Expense |
|---|---|
| Out of Town Travel Expense for Trial Preparation, Pretrial Court Hearings (Airfare, Taxis, Parking, Rental Cars, Etc.) | $10,108.51 |
| Lodging Expense | $ 4,223.55 |
| Meals | $ 620.24 |
| Filing Fees | $ 225.00 |
| Copy Charges | $ 1,725.50 |
| Delivery/Courier Services, Postage Expense | $ 394.27 |
| Office Expense – Berger Singerman Miami office after hours and weekend HVAC usage charges (for late evening/early a.m. trial prep in Miami – multiple days) | $ 1,260.00 |
| Pre Trial and Trial Production Materials (Sets of Pretrial Hearing Binders for Court and Court Staff, Opposing Counsel, Etc.) | $ 476.80 |
| Trial Exhibits – Trial Graphix - work on initial trial boards (for final pre-trial hearing /review with Court for acceptance per order. | $ 1,425.00 |
| Trial Exhibits – Berger Singerman in-house production of pretrial hearing binders – color copies per order for Court, Court staff and opposing counsel ) | $ 2,164.05 |
| Document Database Management & Control (incl. trial prep of voluminous materials from database for final exhibit list, plaintiffs' juror notebooks, etc; work invol. database materials for all final non-live witness depo designations for preparing trial director video clips, etc.) | $22,311.50 |
| Expert and witness consulting expenses (ballistic) – trial prep. | $ 4,800.00 |
| Japanese Translation Services (trial preparation incl. Japanese trial exhibits, certified translations re same, Japanese depo work, etc.). | $17,250.00 |
| Total | $66,984.42 |

In re:                                    )
                                          )
POINT BLANK SOLUTIONS INC., *et al.*[2]   )
                                          )          Chapter 11
                                          )          Case No. 10-11255 (PJW)
          Debtors.                        )          Jointly Administered
                                          )

## NINTH APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD JUNE 1, 2011 THROUGH JUNE 30, 2011

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code" signed on or about May 12, 2010 [Docket No. 114] (the "Administrative Order"), Carr & Palmer, LLP ("C&P"), as Special Litigation Counsel to the debtors and debtors in possession ("Debtors"), hereby submits its Ninth Application for Reimbursement of Expenses for the Period from June 1, 2011, through June 30, 2011 (the "Application").

By this Application C&P seeks an interim reimbursement of actual and necessary expenses in the amount of $ (100% of the allowed expenses) for the period June 1, 2011 through June 30, 2011 (the "Interim Period"). In support of this Application, C&P respectfully represents as follows:

---

[2] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

<u>Background</u>

1. On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued in possession of their properties and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Committee of Unsecured Creditors ("Committee") was appointed on or about April 23, 2010.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about May 12, 2010, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit expense applications. If no objections are made within twenty (20) days after service of the application, the Debtors are authorized to pay the Professional one hundred percent (100%) of the requested expenses. All expenses paid are on an interim basis until final allowance by the Court.

4. The retention of Carr & Palmer, LLP, as special litigation counsel to the Debtors, was approved effective as of the Petition Date, by this Court's "Order Granting Debtors' Application to Retain Carr & Palmer, LLP as Special Litigation Counsel *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014. [Docket No. 109] (the "Retention Order"). The Retention Order authorized C&P to be reimbursed for reasonably necessary costs incurred on behalf of Debtors.

## CARR & PALMER'S APPLICATION
## FOR REIMBURSEMENT OF EXPENSES

### Actual and Necessary Expenses

5.     Annexed hereto as Exhibit A are the total expenditures in un-reimbursed expenses incurred for the Interim Period in connection with the prosecution of the litigation on behalf of Debtors in *Point Blank Solutions Inc. et al. v. Toyobo America, Inc., et al.*, Civil Action No. 09-61166 (S.D. Fla. 2009)("Toyobo Litigation"). The expenses incurred pertaining to the litigation are reflected on Carr & Palmer's books and records. These books and records are prepared from expense vouchers and check records and are an accurate recording of the expenses incurred.

6.     On or about July 5, 2011, the date trial was to commence in the Toyobo Litigation, a proposed settlement (the "Settlement") was reached. Up to that time the parties had been engaged in litigation for two years and trial was scheduled to take five weeks.

7.     Because of the Settlement of the underlying litigation, this application is the next to last application for reimbursement of expenses. The remaining application for litigation expenses incurred for July, 2011 is expected to be submitted in the next several days.

8.     On July 8, 2011 the Debtors filed their: (i) Motion seeking approval of the Settlement ("Settlement Motion); (ii) a copy of the terms and conditions of the Settlement ("Settlement Agreement"); and (iii) a Motion to shorten the time for hearing on the Settlement Motion.

9.     By Order dated July 11, 2011 this Court granted Debtors' Motion to shorten the time for hearing on the Settlement Motion, established July 21, 2011 at 4:00 p.m. as the deadline for any objections to the Settlement, and set the hearing on the Settlement Motion for July 27, 2011 at 2:00 p.m. No objections were filed to the Settlement Motion by the Court's July 21, 2011 4:00 p.m. deadline.

10.     An Order approving the Settlement was entered by the Court on July 27, 2011.

11.     As set forth in detail in the Settlement Motion and the Settlement Agreement attached thereto, the Settlement, among other things: (i) provides for the gross payment of $6 million ("Settlement Recovery"); (ii) globally resolves Point Blank's prepetition claims against Toyobo; and (iii) includes mutual releases between Point Blank and Toyobo.

12.     The Settlement Motion also provides additional detailed background information about the Toyobo Litigation, including the risks and benefits thereof. In an effort to be concise and avoid repetition, those sections are not repeated herein.

13.     Because this case was literally settled on the eve of trial, significant expenses were incurred for all aspects pre-trial and trial preparation, *as well as being incurred complying with court orders, rulings and requests during numerous pre-trial hearings in the weeks leading up to trial.*

14.     As indicated in prior expense applications, over 150 depositions have been taken in the various Zylon related cases against the Toyobo defendants around the country over the past several years, many of which were of Toyobo scientists and experts. Use of experts was needed in conjunction with review of prior scientific and expert testimony, prior scientific and expert reports, etc.

15.     A large number of the depositions taken in the various Zylon cases were taken in Japan and involve volumes of Japanese documents. In Point Blank's case alone the parties have produced *more than two million pages of documents*, depositions transcripts and exhibits thereto involving continuous database management and control matters and expenses. Additionally, hundreds of thousands of pages of documents were ultimately produced by Defendants in Japanese necessitating extensive use of translators and translation services. Furthermore, Defendants objected to the introduction of translated documents without accompanying Certified

6

Translations. Prosecution of this case necessarily involved extensive use of translators and translation services for depositions, documents, court hearings, and trial preparation up through the date of trial.

16.     Extensive work was undertaken on a large number of exhibits, trial demonstratives, video deposition editing of more than a dozen Japanese witnesses per Court order for trial, work with Plaintiffs' polymer science experts, damages consultants, ballistic consultants, translators, trial IT staff, witnesses preparing for trial, etc. Plaintiffs' final trial exhibit list included 325 exhibits totaling over five thousand pages and their final witness list included 26 witnesses.

17.     The litigation expenses incurred were necessary to achieve the significant direct Settlement benefits recovered.

18.     C&P believes that such charges are in accordance with the Local Rules and the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

WHEREFORE, C&P respectfully requests that, for the period June 1, 2011 through June 30, 2011, an interim reimbursement of actual and necessary litigation expenses of $66,984.42 (100% of allowed expenses) be authorized to C&P and for such other and further relief as this Court may deem just and proper.

Dated: July 27, 2011.                              CARR & PALMER, LLP

                                                   _David M. Cohen_

                                                   _____
                                                   David M. Cohen
                                                   Georgia Bar No. 173503
                                                   10 North Parkway Square
                                                   4200 Northside Parkway, NW
                                                   Atlanta, Georgia 30327
                                                   Ph: (404) 442-9000; Fx: (404) 442-9700
                                                   dcohen@carrpalmer.com
                                                   Special Litigation Counsel to Debtors
                                                   and Debtors in Possession

## VERIFICATION

W. Pitts Carr, after being duly sworn according to law, deposes and says:

      (a)     I am the founding partner of the applicant law firm Carr & Palmer, LLP

      (b)     I am familiar with the work performed on behalf of the Debtors by the lawyers and paraprofessionals of Carr & Palmer, LLP.

      (c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have also reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about May 19, 2010, and submit that the Application substantially complies with such Rule and Order.

W. Pitts Carr
Georgia Bar No. 112100
Carr & Palmer, LLP
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
pcarr@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

Sworn to and subscribed
before me this 27th day of
July, 2011.

Notary Public
My Commission Expires:

ANNA BROWN
NOTARY PUBLIC
STATE OF GEORGIA
COBB COUNTY
MY COMM. EXP. 8-20-13

8

EXHIBIT A

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA  30327

404-442-9000

**Date**   6/30/2011

**Invoice #**   11027

**File Reference**

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL  33069

6532 CTP-Point Blank III

| | PROFESSIONAL SERVICES | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/1/2011 | | Overnight delivery to PJ | | 49.45 | 49.45 |
| 6/10/2011 | Travel Expen... | Airline ticket to Miami for hearing | | 337.40 | 337.40 |
| 6/13/2011 | Travel Expen... | Airline ticket to Miami | | 701.40 | 701.40 |
| 6/15/2011 | Courier Service | Overnight delivery to Judge Seitz | | 62.28 | 62.28 |
| 6/15/2011 | Travel Expen... | Travel from Michigan to Atlanta for trial preparation work session (2 passengers) | | 1,304.75 | 1,304.75 |
| 6/16/2011 | Food | Meal charges (lunch for 8)(conference room delivery) | | 164.37 | 164.37 |
| 6/16/2011 | Car/Taxi | Taxi from airport to hotel | | 34.00 | 34.00 |
| 6/17/2011 | Travel Expen... | Airline baggage charge | | 50.00 | 50.00 |
| 6/17/2011 | Parking Fees | Parking Fees (airport) | | 32.00 | 32.00 |
| 6/18/2011 | Food | Meal charge (breakfast for 2) | | 30.62 | 30.62 |
| 6/18/2011 | Lodging | Lodging (Miami) | | 345.22 | 345.22 |
| 6/18/2011 | Lodging | Lodging (Miami) | | 319.09 | 319.09 |
| 6/21/2011 | Travel Expen... | Airline ticket from Michigan to Miami | | 840.40 | 840.40 |
| 6/21/2011 | Professional ... | Bindertek-trial materials | | 167.38 | 167.38 |
| 6/23/2011 | Food | Meal charges (dinner for 6) | | 299.38 | 299.38 |
| 6/23/2011 | Other | Binders for trial notebooks | | 309.42 | 309.42 |
| 6/23/2011 | Lodging | Lodging (Miami)(3 days) | | 594.07 | 594.07 |
| 6/23/2011 | Lodging | Lodging (Miami)(3 days) | | 628.03 | 628.03 |
| 6/24/2011 | Food | Meal charges (lunch for 3) | | 33.14 | 33.14 |
| 6/24/2011 | Professional ... | Trial exhibits prepared by Trial Graphix | | 1,425.00 | 1,425.00 |
| 6/26/2011 | Travel Expen... | Airline ticket to Miami | | 719.10 | 719.10 |
| 6/26/2011 | Travel Expen... | Airline ticket to Miami | | 681.40 | 681.40 |
| 6/26/2011 | Travel Expen... | Airline ticket to Miami | | 681.40 | 681.40 |
| 6/26/2011 | Lodging | Lodging (3 days)(Miami) | | 640.71 | 640.71 |

**Total Due**

**Invoice This Month**

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

| | |
|---|---|
| **Date** | 6/30/2011 |
| **Invoice #** | 11027 |

**File Reference**

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

6532 CTP-Point Blank III

| | | PROFESSIONAL SERVICES | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/26/2011 | Car/Taxi | Taxi from airport to hotel | | 28.90 | 28.90 |
| 6/26/2011 | Lodging | Lodging (Miami)(3 days) | | 661.58 | 661.58 |
| 6/26/2011 | Lodging | Lodging (Miami)(3 days) | | 710.64 | 710.64 |
| 6/27/2011 | Food | Meal charges (dinner for 2) | | 77.73 | 77.73 |
| 6/28/2011 | Parking Fees | Parking Fees (airport) | | 32.00 | 32.00 |
| 6/28/2011 | Courier Service | Overnight delivery | | 57.26 | 57.26 |
| 6/29/2011 | Food | Meal charges (breakfast for 1) | | 15.00 | 15.00 |
| 6/29/2011 | Computer Res... | Airport Internet access | | 4.95 | 4.95 |
| 6/30/2011 | Travel Expen... | Airline ticket to Miami | | 759.10 | 759.10 |
| 6/30/2011 | Computer Res... | Inflight Internet access | | 4.95 | 4.95 |
| 6/30/2011 | Travel Expen... | Airline ticket to Miami | | 768.40 | 768.40 |
| 6/30/2011 | Travel Expen... | Change plane fees (2 passengers) | | 642.00 | 642.00 |
| 6/30/2011 | Lodging | Lodging | | 324.21 | 324.21 |
| 6/30/2011 | Travel Expen... | Airline tickets to Miami (2 passengers) | | 1,204.80 | 1,204.80 |
| 6/30/2011 | Copies | 14,720 Copies @ $.10 | | 1,472.00 | 1,472.00 |
| 6/30/2011 | Copies | 507 Color Copies @ $.50 | | 253.50 | 253.50 |
| 6/30/2011 | Courier Service | Courier expenses for pre-trial court hearings | | 225.28 | 225.28 |
| 6/30/2011 | Other | Berger & Singerman after hour and weekend HVAC usage charges for trial team preparation (multiple days) | | 1,260.00 | 1,260.00 |
| 6/30/2011 | Expert | Expert and witness consulting fees (ballistics) for trial preparation | | 4,800.00 | 4,800.00 |
| 6/30/2011 | Travel Expen... | Travel from Michigan to Miami for trial (2 passengers) | | 1,281.56 | 1,281.56 |
| 6/30/2011 | Filing Fees | Filing Fees | | 225.00 | 225.00 |

**Total Due**                                           **Invoice This Month**

> Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA 30327

404-442-9000

| | |
|---|---|
| **Date** | 6/30/2011 |
| **Invoice #** | 11027 |

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL 33069

| |
|---|
| 6532 CTP-Point Blank III |

| | | PROFESSIONAL SERVICES | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/30/2011 | Professional ... | Berger & Singerman reproduction of pre-trial hearing binders for counsel, court and court staff | | 2,164.05 | 2,164.05 |
| 6/30/2011 | Professional F... | Document database management and control ( incl. trial prep of voluminous materials from databases for final exhibit list, plaintiffs juror exhibit books, etc; extensive work invol. database materials for all final non-live witness depo designations for preparing trial director video clips, etc.) | | 22,311.50 | 22,311.50 |
| 6/30/2011 | Professional F... | Japanese translation services (pretrial work and final preparation of Japanese trial exhibits, expedited certified translations per Court ruling, language services, etc.) | | 17,250.00 | 17,250.00 |
| | | TOTAL REIMBURSABLE EXPENSES | | | 66,984.42 |

**Total Due**

**Invoice This Month** $66,984.42

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELA WARE

In re:                                    )
                                          )
POINT BLANK SOLUTIONS INC., *et al*[1]    )
                                          )      Chapter 11
                                          )      Case No. 10-11255 (PJW)
            Debtors.                      )      Jointly Administered
                                          )

## TENTH APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP FOR THE PERIOD FROM JULY 1, 2011 THROUGH JULY 31, 2011

| | |
|---|---|
| Name of Applicant: | Carr & Palmer, LLP |
| Authorized to Provide Professional Services to: | Debtors and debtors in possession |
| Date of Retention: | *Nunc Pro Tunc* to April 14, 2010 by Order entered on May 12, 2010. |
| Period for Which Reimbursement of Expenses is Sought: | July 1, 2011 through July 31, 2011 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $ 59,113.13 |

This is a:      __x__ monthly          _____ interim          ____final application.

No time was billed for Application.

Nine prior applications have been filed.

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

DATE ___7/29/11___

DOCKET # ___1590___

# EXPENSE SUMMARY

| Expense Category | Total Expense |
|---|---|
| Out of Town Travel Expense for Trial Preparation, Pretrial Court Hearings  (Airfare, Taxis, Parking, Rental Cars, Etc.) | $ 2,540.40 |
| Lodging Expense | $ 2,958.17 |
| Meals | $ 1,100.15 |
| Copy Charges | $    332.10 |
| Courtroom IT Vendor Invoice (travel, lodging, set up, trial preparation, etc.) | $ 8,617.28 |
| Expert and consulting fees for trial preparation (incl. trial travel, lodging, cancelled tickets, etc. for experts, consultants, numerous witnesses) | $23,805.73 |
| Japanese translations services (final work through trial date) | $ 2,245.00 |
| IKON charges for binder reproduction (56 five inch binders of final plaintiff trial exhibits for all jurors, alternates, court, court staff and defendants' counsel in compliance with court Order, along with a scanned copy of set). | $16,070.61 |
| One half of cost for jury – reimbursed to court per court Order | $ 1,443.69 |
| Totals | $59,113.13 |
| | |

In re:                                )
                                       )
POINT BLANK SOLUTIONS INC., *et al.*[2] )
                                       )     Chapter 11
                                       )     Case No. 10-11255 (PJW)
            Debtors.                   )     Jointly Administered
                                       )

### TENTH APPLICATION FOR REIMBURSEMENT OF EXPENSES OF CARR & PALMER, LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD JULY 1, 2011 THROUGH JULY 31, 2011

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code" signed on or about May 12, 2010 [Docket No. 114] (the "Administrative Order"), Carr & Palmer, LLP ("C&P"), as Special Litigation Counsel to the debtors and debtors in possession ("Debtors"), hereby submits its Tenth Application for Reimbursement of Expenses for the Period from July 1, 2011, through July 31, 2011 (the "Application").

By this Application C&P seeks an interim reimbursement of actual and necessary expenses in the amount of $ (l00% of the allowed expenses) for the period July 1, 2011 through July 31, 2011 (the "Interim Period"). In support of this Application, C&P respectfully represents as follows:

<u>Background</u>

---

[2] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions Inc (9361), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2"d Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2" Street, Pompano Beach, FL 33069.

1. On April 14, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued in possession of their properties and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A Committee of Unsecured Creditors ("Committee") was appointed on or about April 23, 2010.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about May 12, 2010, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit expense applications. If no objections are made within twenty (20) days after service of the application, the Debtors are authorized to pay the Professional one hundred percent (100%) of the requested expenses. All expenses paid are on an interim basis until final allowance by the Court.

4. The retention of Carr & Palmer, LLP, as special litigation counsel to the Debtors, was approved effective as of the Petition Date, by this Court's "Order Granting Debtors' Application to Retain Carr & Palmer, LLP as Special Litigation Counsel *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014. [Docket No. 109] (the "Retention Order"). The Retention Order authorized C&P to be reimbursed for reasonably necessary costs incurred on behalf of Debtors.

## CARR & PALMER'S APPLICATION
## FOR REIMBURSEMENT OF EXPENSES

### Actual and Necessary Expenses

5.     Annexed hereto as Exhibit A are the total expenditures in un-reimbursed expenses incurred for the Interim Period in connection with the prosecution of the litigation on behalf of Debtors in *Point Blank Solutions Inc. et al. v. Toyobo America, Inc., et al.*, Civil Action No. 09-61166 (S.D. Fla. 2009)("Toyobo Litigation"). The expenses incurred pertaining to the litigation are reflected on Carr & Palmer's books and records. These books and records are prepared from expense vouchers and check records and are an accurate recording of the expenses incurred.

6.     On or about July 5, 2011, the date trial was to commence in the Toyobo Litigation, a proposed settlement (the "Settlement") was reached. Up to that time the parties had been engaged in litigation for two years and trial was scheduled to take five weeks.

7.     Because of the Settlement of the underlying litigation, this application is the last application for reimbursement of expenses for the Toyobo Litigation.

8.     On July 8, 2011 the Debtors filed their: (i) Motion seeking approval of the Settlement ("Settlement Motion); (ii) a copy of the terms and conditions of the Settlement ("Settlement Agreement"); and (iii) a Motion to shorten the time for hearing on the Settlement Motion.

9.     By Order dated July 11, 2011 this Court granted Debtors' Motion to shorten the time for hearing on the Settlement Motion, established July 21, 2011 at 4:00 p.m. as the deadline for any objections to the Settlement, and set the hearing on the Settlement Motion for July 27, 2011 at 2:00 p.m. No objections were filed to the Settlement Motion by the Court's July 21, 2011 4:00 p.m. deadline.

10.     An Order approving the Settlement was entered by the Court on July 27, 2011.

11.    As set forth in detail in the Settlement Motion and the Settlement Agreement attached thereto, the Settlement, among other things: (i) provides for the gross payment of $6 million ("Settlement Recovery"); (ii) globally resolves Point Blank's prepetition claims against Toyobo; and (iii) includes mutual releases between Point Blank and Toyobo.

12.    The Settlement Motion also provides additional detailed background information about the Toyobo Litigation, including the risks and benefits thereof. In an effort to be concise and avoid repetition, those sections are not repeated herein.

13.    Because this case was literally settled on the eve of trial, significant expenses were incurred for all aspects pre-trial and trial preparation, *as well as incurred complying with court orders, rulings and requests during numerous pre-trial hearings in the weeks leading up to trial.*

14.    As indicated in prior expense applications, over 150 depositions have been taken in the various Zylon related cases against the Toyobo defendants around the country over the past several years, many of which were of Toyobo scientists and experts. Use of experts was needed in conjunction with review of prior scientific and expert testimony, prior scientific and expert reports, issues specific to the Toyobo Litigation, etc.

15.    A large number of the depositions taken in the various Zylon cases were taken in Japan and involve volumes of Japanese documents. In Point Blank's case alone the parties produced *more than two million pages of documents*, depositions transcripts and exhibits thereto involving continuous database management and control matters and expenses. Additionally, hundreds of thousands of pages of documents were ultimately produced by Defendants in Japanese necessitating extensive use of translators and translation services. Furthermore, Defendants objected to the introduction of translated documents without accompanying Certified Translations. Prosecution of this case necessarily involved extensive use of translators and

6

translation services for depositions, documents, court hearings, and trial preparation up through the date of trial.

16.　Extensive work was undertaken on a large number of exhibits, trial demonstratives, video deposition editing of more than a dozen Japanese witnesses per Court order for trial, work with Plaintiffs' polymer science experts, damages consultants, ballistic consultants, translators, trial IT staff, witnesses preparing for trial, etc. Plaintiffs' final trial exhibit list included 325 exhibits totaling over five thousand pages and their final witness list included 26 witnesses.

17.　Plaintiffs were required pursuant to court order to prepare sets of all final plaintiffs' exhibits that were not objected to for all jurors, alternates, the court, court staff and opposing counsel by the trial date, as well as electronic copies of all final exhibits for plaintiffs' courtroom IT personal. Those costs are reflected in this application.

18.　Post settlement, one of Plaintiffs' counsel was required to travel to Delaware to be present and answer any questions from the Court at the Settlement approval hearing scheduled for July 27, 2011. Ultimately, the *Statement and Reservation of Rights of the Official Committee of Unsecured Creditors* was resolved and a consent order submitted and entered by the Court approving the Settlement without a hearing. Those travel costs are also reflected in this application.

19.　The expenses incurred were necessary to achieve the significant direct Settlement benefits recovered.

20.　C&P believes that such charges are in accordance with the Local Rules and the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

WHEREFORE, C&P respectfully requests that, for the period July 1, 2011 through July 31, 2011, an interim reimbursement of actual and necessary litigation expenses of $59,113.13

(100% of allowed expenses) be authorized to C&P and for such other and further relief as this

Court may deem just and proper.

Dated: July 29, 2011.

CARR & PALMER, LLP

*David M. Cohen*

David M. Cohen
Georgia Bar No. 173503
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000; Fx: (404) 442-9700
dcohen@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

## VERIFICATION

W. Pitts Carr, after being duly sworn according to law, deposes and says:

(a)    I am the founding partner of the applicant law firm Carr & Palmer, LLP

(b)    I am familiar with the work performed on behalf of the Debtors by the lawyers and paraprofessionals of Carr & Palmer, LLP.

(c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have also reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about May 19, 2010, and submit that the Application substantially complies with such Rule and Order.

W. Pitts Carr
Georgia Bar No. 112100
Carr & Palmer, LLP
10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
Ph: (404) 442-9000
Fx: (404) 442-9700
pcarr@carrpalmer.com
Special Litigation Counsel to Debtors
and Debtors in Possession

Sworn to and subscribed
before me this 29th day of
July, 2011.

Notary Public
My Commission Expires:

ANNA BROWN
NOTARY PUBLIC
STATE OF GEORGIA
COBB COUNTY
MY COMM. EXP. 8-20-13

9

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA  30327

404-442-9000

| | |
|---|---|
| **Date** | 7/29/2011 |
| Invoice # | 11028 |

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL  33069

| |
|---|
| 6532 CTP-Point Blank III |

| | PROFESSIONAL SERVICES | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/1/2011 | Food | Meal charges (dinner for 4) | | 208.01 | 208.01 |
| 7/1/2011 | Car/Taxi | Taxi from airport to hotel | | 35.30 | 35.30 |
| 7/1/2011 | Food | Meal charges (lunch for 2) | | 27.17 | 27.17 |
| 7/2/2011 | Lodging | Lodging (2 days) | | 532.23 | 532.23 |
| 7/2/2011 | Lodging | Lodging (2 days) | | 532.23 | 532.23 |
| 7/2/2011 | Food | Meal charges (dinner for 3) | | 112.00 | 112.00 |
| 7/2/2011 | Lodging | Lodging | | 324.21 | 324.21 |
| 7/2/2011 | Parking Fees | Parking Fees (airport) | | 32.00 | 32.00 |
| 7/2/2011 | Food | Meal charges (breakfast for 2) | | 18.84 | 18.84 |
| 7/3/2011 | Lodging | Lodging for 2 | | 427.14 | 427.14 |
| 7/3/2011 | Travel Expen... | Airline ticket (Miami) | | 602.40 | 602.40 |
| 7/3/2011 | Travel Expen... | Airline ticket (Miami) | | 602.40 | 602.40 |
| 7/4/2011 | Travel Expen... | Airline ticket change fee | | 125.00 | 125.00 |
| 7/4/2011 | Food | Meal charges (lunch for 3) | | 67.42 | 67.42 |
| 7/4/2011 | Car/Taxi | Taxi from court to airport | | 32.50 | 32.50 |
| 7/5/2011 | Food | Meal charges (lunch for 3) | | 41.00 | 41.00 |
| 7/5/2011 | Lodging | Lodging | | 281.37 | 281.37 |
| 7/5/2011 | Food | Meal charges (dinner for 8-trial team) | | 467.97 | 467.97 |
| 7/6/2011 | Food | Meal charges (dinner for 2) | | 98.36 | 98.36 |
| 7/6/2011 | Car/Taxi | Taxi from hotel to airport | | 34.70 | 34.70 |
| 7/6/2011 | Parking Fees | Parking Fees (airport) | | 64.00 | 64.00 |
| 7/6/2011 | Food | Meal charges (lunch for 3) | | 78.22 | 78.22 |
| 7/7/2011 | Lodging | Lodging (2 days) | | 490.32 | 490.32 |

**Total Due**

**Invoice This Month**

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589

# Carr & Palmer, LLP

10 North Parkway Square
4200 Northside Parkway
Atlanta, GA  30327

404-442-9000

| | |
|---|---|
| **Date** | 7/29/2011 |
| **Invoice #** | 11028 |

File Reference

Mr. Jim Henderson
Point Blank
2102 SW 2nd Street
Pompano Beach, FL  33069

| |
|---|
| 6532 CTP-Point Blank III |

## PROFESSIONAL SERVICES

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/7/2011 | Professional ... | IKON charges for binder reproduction (56 five inch binders of final plaintiff trial exhibits for all jurors, alternates, court, court staff and defendants' counsel in compliance with Court Order along with a scanned copy of set) | | 16,070.61 | 16,070.61 |
| 7/13/2011 | Other | One half of jury costs to be reimbursed to court per Court Order | | 1,443.69 | 1,443.69 |
| 7/18/2011 | Court Reporter | Courtroom IT trial vendor invoice (travel, set up, trial preparation, lodging, etc.) | | 8,617.28 | 8,617.28 |
| 7/25/2011 | Travel Expen... | Airline ticket to Delaware for settlement approval hearing | | 798.04 | 798.04 |
| 7/26/2011 | Car/Taxi | Taxi from airport to hotel (Delaware) | | 60.22 | 60.22 |
| 7/27/2011 | Car/Taxi | Taxi from court to airport (Delaware) | | 75.00 | 75.00 |
| 7/27/2011 | Lodging | Lodging (Delaware) | | 370.67 | 370.67 |
| 7/27/2011 | Car/Taxi | Taxi from airport (Atlanta) | | 60.00 | 60.00 |
| 7/29/2011 | Expert | Expert and consulting fees for trial preparation (incl. trial travel, lodging, cancelled tickets, etc for experts, consultants, numerous witnesses.) | | 23,805.73 | 23,805.73 |
| 7/29/2011 | Copies | 2,981 Copies @ $.10 | | 298.10 | 298.10 |
| 7/29/2011 | Copies | 68 Color Copies @ $.50 | | 34.00 | 34.00 |
| 7/29/2011 | Professional F... | Japanese translation services (final work through trial date) | | 2,245.00 | 2,245.00 |

**Total Due**

**Invoice This Month** $59,113.13

Please return a copy of this statement with your remittance. Payments received after statement date are not reflected. Fed ID #06-1801589


IKON
**Document Efficiency
At Work.**
AN IKON COMPANY

# INVOICE

IKON Office Solutions, Inc. - Ft Lauderdale, FL
Phone: (954) 764-7003    Fax: (954) 764-2140
Federal ID: 230334400

| | |
|---|---|
| Invoice # | FTL11070052 |
| Invoice Date: | 07/07/2011 |
| Due Date: | 08/06/2011 |
| Terms: | Net 30 Days |
| Customer Code: | FTL-BER0 |
| Natl ID: | 61250 |

**BILL TO:**
BERGER SINGERMAN
350 EAST LAS OLAS BLVD
SUITE 1000
FORT LAUDERDALE, FL 33301

**SHIP TO:**
BERGER SINGERMAN
350 EAST LAS OLAS BLVD
SUITE 1000
FORT LAUDERDALE, FL 33301
Attn: LUIS TORRES

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 15440.0001 | Point Blank vs Toyobo | | Rochelle Burnett |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1107-0014 | 07/04/2011 | LUIS TORRES - BERGER SINGERMAN | | | |
| 721 | CD - Master(s) | | 1.00 | 35.0000 | 35.00 |
| 611 | Labeling: Document Numbering (applied) | | 751.00 | 0.0500 | 37.55 |
| 632 | Folders: Redwell Folders - LTR | | 10.00 | 4.0000 | 40.00 |
| 722 | CD - Duplication(s) | | 3.00 | 15.0000 | 45.00 |
| 609 | Labor: Hand Time/Labor (hr) | | 2.00 | 35.0000 | 70.00 |
| *895 | File Folder Capture | | 325.00 | 0.2500 | 81.25 |
| 629 | Folders: Manila Folders - LTR | | 325.00 | 0.3500 | 113.75 |
| 601 | Tabs (Inserted) | | 2,275.00 | 0.0500 | 113.75 |
| *717 | OCR | | 4,879.00 | 0.0300 | 146.37 |
| *713 | Image Capture D - Heavy | | 4,879.00 | 0.1300 | 634.27 |
| 637 | Tabs (Custom) | | 3,900.00 | 0.5000 | 1,950.00 |
| 624 | Binder - D Ring 5" | | 56.00 | 43.0000 | 2,408.00 |
| 728 | Prints w/ Assembly | | 95,348.00 | 0.1000 | 9,534.80 |

**Please Pay From This Invoice**
Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 14,347.85 |
| Sales Tax: | 860.87 |
| * Non-Taxable: | 861.89 |
| Postage: | 0.00 |
| Delivery: | 0.00 |

| **PAY THIS AMOUNT** $ | **16,070.61** |
|---|---|

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by _____    Date: _____

| Please pay from this copy. The party named on this bill is held responsible for payment. |
|---|

**Payment From:**
BERGER SINGERMAN
350 EAST LAS OLAS BLVD
SUITE 1000
FORT LAUDERDALE, FL 33301

| **Amount Enclosed** |
|---|
| $ |

Invoice: **FTL11070052**
Invoice Date: 07/07/2011
Due Date: 08/06/2011
Customer Code: FTL-BER0
Natl ID: 61250

**Please Remit To:**
IKON Office Solutions, Inc.
LDS Southeast District - FTL
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS
AMOUNT** $ 16,070.61



## BIENENSTOCK
### NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

**Job #:** 110705DRN2
**Job Date:** 07/05/2011
**Order Date:** 07/05/2011
**DB Ref #:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

**Invoice**

**Invoice #:** 481139
**Inv.Date:** 07/18/2011
**Balance:** $8,617.28

**Bill To:**
Mr. David M. Cohen
Carr & Palmer LLP
10 North Parkway Square
4200 Northside Pkwy., N.W.
Atlanta, GA 30327

**Action:** Point Blank Solutions, Inc., et al
vs
Toyobo America, Inc., et al
**Action #:** 09-61166
**Rep:** DRN
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | | Amount |
|---|---|---|---|---|---|---|
| 1 | Trial Preparation | Trial Preparation | Per hour | 5.00 | | $625.00 |
| 2 | Trial Preparation | Trial Preparation / weekend-holiday hour | Per hour | 27.00 | | $4,050.00 |
| 3 | Trial Presentation | Trial Presentation | Per hour | 2.50 | | $375.00 |
| 4 | | Video/Text Synchronization | Hour | 25.00 | | $2,125.00 |
| 5 | | Travel, Lodging & Meals | Total | 1.00 | | $1,442.28 |

**Comments:**

Offices in:  Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

| | |
|---|---|
| **Sub Total** | $8,617.28 |
| **Shipping** | $0.00 |
| **Tax** | N/A |
| **Total Invoice** | $8,617.28 |
| **Payment** | $0.00 |
| **Balance Due** | $8,617.28 |

**Federal Tax I.D.:** 38-3231100

**Terms:** Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*

*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. David M. Cohen
Carr & Palmer LLP
10 North Parkway Square
4200 Northside Pkwy., N.W.
Atlanta, GA 30327

**Deliver To:**
Mr. David M. Cohen
Carr & Palmer LLP
10 North Parkway Square
4200 Northside Pkwy., N.W.
Atlanta, GA 30327

**Invoice**

**Invoice #:** 481139
**Inv.Date:** 07/18/2011
**Balance:** $8,617.28
**Job #:** 110705DRN2
**Job Date:** 07/05/2011
**DB Ref #:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

## BIENENSTOCK
### NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com