IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., *et al.*[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | **Related To Docket No.** |

## ORDER GRANTING CARR & PALMER, LLP AND BERGER SINGERMAN, P.A. APPLICATION FOR FINAL APPROVAL OF COMPENSATION WITH RESPECT TO THE SETTMENT AGREEMENT WITH TOYOBO AMERICA, INC. AND TOYOBO CO., LTD.

Upon consideration of Carr & Palmer, LLP and Berger Singerman, P.A. (the "Applicants") Application For Final Approval of Compensation With Respect To The Settlement Agreement with Toyobo America, Inc. and Toyobo Co., Ltd. (the "Application"),[2] pursuant to sections 105(a) and 328(a), 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), and that certain *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant* to *Section 331 of the Bankruptcy Code* [Docket No. 114] (the "Administrative Order"); and it appearing that the Court has jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc. (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms not defined in this order shall have the meaning ascribed to them in the Application.

notice of the Application having been given; and it appearing that the relief requested in the Application is in the best interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Application is granted on a final basis in the amount of $1,225,000 for fees and $502,251.29 in expenses for a total amount of $1,727,251.29; and it is further

ORDERED that Carr & Palmer, LLP may immediately deduct $1,225,000 and any remaining unpaid expenses from the Settlement Recovery and remit all remaining settlement proceeds to the Debtors; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: August \_\_\_\_\_, 2011

———————————————
The Honorable Peter J. Walsh
United States Bankruptcy Court Judge