IN THE UNITED STATED BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 2nd day of August, 2011, I caused a copy of the following documents to be served on the individuals on the attached service list in the manner indicated:

*Notice Of Carr & Palmer, LLP And Berger Singerman, P.A. Application For Final Approval Of Compensation With Respect To The Settlement Agreement With Toyobo America, Inc. And Toyobo Co., Ltd.;* and

*Carr & Palmer, LLP And Berger Singerman, P.A. Application For Final Approval Of Compensation With Respect To The Settlement Agreement With Toyobo America, Inc. And Toyobo Co., Ltd. (including Exhibits A and B thereto);* and

*[Proposed] Order Granting Carr & Palmer And Berger Singerman, P.A. Application For Final Approval Of Compensation With Respect To The Settlement Agreement With Toyobo America, Inc. And Toyobo Co., Ltd.*

_____
Timothy P. Cairns (Bar No. 4228)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

**Point Blank Solutions, Inc. Fee Application Service List**
Case No. 10-11255 (PJW)
Document No. 162107
06 – Hand Delivery
05 – First Class Mail

**Hand Delivery**
(United States Trustee)
Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(Counsel to the Unsecured
Creditors' Committee)
Frederick B. Rosner, Esquire
Scott James Leonhardt, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, Delaware 19801

**Hand Delivery**
(Counsel to Privet Opportunity)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Lonestar Capital)
David B. Stratton, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709

**Hand Delivery**
(Counsel to Prescott Group)
Ricardo Palacio, Esquire
Karen B. Skomorucha, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**Hand Delivery**
(Counsel to Equity Committee)
Ian Connor Bifferato, Esquire
Thomas F. Driscoll III, Esquire
J. Zachary Haupt, Esquire
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

**First Class Mail**
(Counsel to the Unsecured
Creditors' Committee)
Robert M. Hirsh, Esquire
Heike M. Vogel, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019

**First Class Mail**
(Counsel to Lonestar Capital)
David P. Simonds, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Centruy Park East, Suite 2400
Los Angeles, CA 90067

**First Class Mail**
(Counsel to Lonestar Capital)
Michael P. Cooley, Esquire
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Stuie 4100
Dallas, TX 75201-4675

**First Class Mail**
(Counsel to Privet Opportunity)
Edward J. Estrada, Esquire
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022

**First Class Mail**
(Counsel to Equity Committee)
Carmen H. Lonstein, Esquire
Lawrence P. Vonckx, Esquire
Baker & McKenzie, Esquire
One Prudential Plaza, Suite 3600
130 East Randolph Street
Chicago, IL 60601