IN THE UNITED STATED BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 2nd day of August, 2011, I caused a copy of the following documents to be served on the individuals on the attached service list in the manner indicated:

*Notice Of Carr & Palmer, LLP And Berger Singerman, P.A. Application For Final Approval Of Compensation With Respect To The Settlement Agreement With Toyobo America, Inc. And Toyobo Co., Ltd.*

_____
Timothy P. Cairns (Bar No. 4228)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

**Point Blank Solutions, Inc. 2002**
**First Class Mail Service**
Case No. 10-11255 (PJW)
Document No. 158960
01 – Inter office
12 – Hand Delivery
35 – First Class Mail


Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Interoffice Delivery (SF Office)**
Pachulski Stang Ziehl & Jones LLP
David M. Bertenthal, Esquire
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Hand Delivery**
(United States Trustee)
Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Steel Partners)
Steven M. Yoder, Esquire
Potter, Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19899

**Hand Delivery**
(Counsel for DuPont)
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Unsecured Creditors Committee)
Frederick B. Rosner, Esquire
Scott James Leonhardt, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, Delaware 19801

**Hand Delivery**
(Counsel to CIVF-FL2W01)
Carl N. Kunz, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to David H. Brooks)
L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

**Hand Delivery**
(Counsel to Lead Plaintiffs and the Class)
Christopher P. Simon, Esquire
Kevin S. Mann, Esquire
Cross & Simon LLC
P.O. Box 1380
913 North Market Street, 11th Floor
Wilmington, DE 19899-1380

**Hand Delivery**
(Counsel to Privet Opportunity)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Lonestar Capital)
David B. Stratton, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709

**Hand Delivery**
(Counsel to Prescott Group)
Ricardo Palacio, Esquire
Karen B. Skomorucha, Esquire
Asby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**Hand Delivery**
(Official Committee to Equity Security Holders)
Ian Connor Bifferato, Esquire
Thomas F. Driscoll III, Esquire
J. Zachary Haupt, Esquire
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
George S. Canellos
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
(Counsel to Unsecured Creditors Committee)
Robert M. Hirsh, Esquire
Heike M. Vogel, Esquire
George P. Angelich, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019

**First Class Mail**
(Counsel to Steel Partners)
Donald E. Rothman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108

**First Class Mail**
(Counsel to Dupont)
Vincent J. Marriott, III
Ballard Spahr LLP
1735 Market Street, 51st Flr.
Philadelphia, PA 19103

**First Class Mail**
(Counsel for D. David Cohen)
Aaron R. Cahn, Esquire
Gary D. Sesser, Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005-2072

**First Class Mail**
(Counsel for US Dept of Justice)
Matthey J. Troy, Esquire
U.S. Dept of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

**First Class Mail**
(Counsel for Duro Textiles, LLC)
Jennifer V. Doran, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

**First Class Mail**
(Counsel to Aon Consulting)
Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

**First Class Mail**
(Counsel tw telecom inc.)
Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124

**First Class Mail**
(Counsel to Iron Mountain Information)
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**First Class Mail**
(Counsel to G Squared Consulting)
R. David Sobel, Esquire/
Altfeld & Battaile P.C.
250 North Meyer Avenue
Tucson, AZ 85701

**First Class Mail**
(Counsel to Lincoln Fabrics Inc.)
Richard L. Weisz, Esquire)
Hodgson Russ LLP
677 Broadway, Suite 301
Albany, NY 12207

**First Class Mail**
(Counsel to David H. Brooks)
Jerome Gotkin, Esquire
Mintz Levin Cohn Ferris Glovsky and
Popeo, P.C.
666 Third Avenue
New York, NY 10017

**First Class Mail**
(Counsel to Oracle)
Shawn M. Christianson, Esquire
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

**First Class Mail**
(Creditor)
Fernando Casamayor, Tax Collector
Miami Dade Bankruptcy Unit
140 West Flagler Street
Suite 1403
Miami, FL 33130-1575

**First Class Mail**
Laura L. McCloud
Tennessee Dept of Revenue
c/o TN Atty General Office
Bankruptcy Division
P. O. Box 20207
Nashville, TN 37202-0207

**First Class Mail**
(Counsel to Lead Plaintiffs RS Holdings)
Michael S. Etkin, Esquire
Jeffrey Kramer, Esquire
Nicole Stefanelli, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**First Class Mail**
(Counsel to Lead Plaintiffs RS Holdings)
Samuel H. Rudman, Esquire
Robbins Geller Rudman & Dowd LLP
58 south River Road, Suite 200
Melville, NY 11747

**First Class Mail**
(Counsel to Lead Plaintiffs RS Holdings)
Ira A. Schochet, Esquire
Nicole Zeiss, Esquire
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

**First Class Mail**
(Counsel to Privet Opportunity)
Edward J. Estrada, Esquire
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022

**First Class Mail**
(Counsel to Microsoft Corporation)
Joseph E. Shickich, Jr.
Hillary Bramwell Mohr
Ridddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154

**First Class Mail**
(Counsel to Lonestar Capital)
David P. Simonds, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Centruy Park East, Suite 2400
Los Angeles, CA 90067

**First Class Mail**
(Counsel to Lonestar Capital)
Michael P. Cooley, Esquire
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Stuie 4100
Dallas, TX 75201-4675

**First Class Mail**
(Counsel to Broward County)
Government Building
Matthew Horton, County Attorney
115 South Andrews Avenue
Fort Lauderdale, FL 33301

**First Class Mail**
(Counsel to Former Directors of DHB)
Mary K. Dulka, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

**First Class Mail**
(Holder of Equity Interest)
Rodney D. McFadden
7833 Fairway Road
Woodway, TX 76712

**First Class Mail**
(Counsel to David H. Brooks)
Andrew J. Goodman, Esquire
Garvey Schubert Barer
100 Wall Street, 20th Floor
New York, NY 10005-3708

**First Class Mail**
(Counsel to the Official Committee of Equity Security Holders)
Carmen H. Lonstein, Esquire
Lawrence P. Vonckx, Esquire
Baker & McKenzie, Esquire
One Prudential Plaza, Suite 3600
130 East Randolph Street
Chicago, IL 60601

**First Class Mail**
(Counsel to Toyota Motor Credit Corp.)
Scott D. Fink, Esquire
Weltman, Weinberg & Reis Co., L.P.A.
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH 44113-1099