IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS, INC., et al.,[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related to Docket No. 1634** |

**AMENDED**[2] NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON AUGUST 31, 2011 AT 2:00 P.M. BEFORE THE HONORABLE PETER J. WALSH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801

**HEARING CANCELLED**

CONTINUED MATTER :

1. Carr & Palmer, LLP and Berger Singerman, P.A. Application for Final Approval of Compensation with Respect to the Settlement Agreement with Toyobo America, Inc. and Toyobo Co., Ltd. (Filed 8/2/11) [Docket No. 1592]

   Objection Deadline: August 24, 2011, at 4:00 p.m.

   Response(s):

   A. Limited Objection and Request for Adjournment of the Official Committee of Unsecured Creditors to Carr and Palmer, LLP and Berger Singerman, P.A. Application for Final Approval of Compensation with Respect to the Settlement Agreement with Toyobo America, Inc. and Toyobo Co. Ltd. (Filed 8/24/11) [Docket No. 1622].

   Related Document(s): None.

   Status: This matter is continued to September 15, 2011, at 2:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] **Amended information is reflected in bold.**

UNCONTESTED MATTER WITH
CERTIFICATION OF NO OBJECTION FILED :

2. Debtors' Motion for an Order: (I) Approving Term Sheet for the Proposed Liquidation of Lifestone Materials, LLC and (II) Granting Related Relief (Filed 8/12/11) [Docket No. 1599].

Objection Deadline: August 25, 2011, at 4:00 p.m. Extended to August 29, 2011, at 10:00 a.m., with respect to the Official Committee of Unsecured Creditors.

Response(s): None.

Related Document(s):

A. Order Granting Motion to: (1) Shorten Time for Hearing on Debtors' Motion for An Order: (I) Approving Term Sheet for the Proposed Liquidation of Lifestone Materials, LLC, and (II) Granting Related Relief; and (2) To Establish Objection Deadline (Entered 8/16/11) [Docket No. 1603].

B. Notice of Debtors' Motion for an Order: (I) Approving Term Sheet for the Proposed Liquidation of Lifestone Materials, LLC and (II) Granting Related Relief (Filed 8/16/11) [Docket No. 1604].

C. Certification of No Objection (Filed 8/29/11) [Docket No. 1633].

**Status: Counsel has been advised by the Court that the omnibus order with respect to this matter will be entered, and the hearing is now cancelled.**

Dated: August 30, 2011

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Curtis A. Hehn (Bar No. 4264)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:ljones@pszjlaw.com
dbertenthal@pszjlaw.com
chehn@pszjlaw.com
tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession