IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POINT BLANK SOLUTIONS INC., et al.[1] | ) | Case No. 10-11255 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket Nos. 1705 and 1723** |

**Hearing Date: October 28, 2011 at 2:00 p.m. (prevailing Eastern Time)**

## NOTICE OF SUCCESSFUL BIDDER

PLEASE TAKE NOTICE that on September 27, 2011, the captioned Debtors (the "Debtors") filed the *Debtors' Amended Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (C) Authorizing the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Bankruptcy Code Sections 363 and 365; and (D) Granting Related Relief* (the "Sale Motion"),[2] and on October 5, 2011, the Court entered the *Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets Related to Operation of Their Bullet, Fragmentation and Stab Resistant Apparel Manufacturing Business; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain*

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Point Blank Solutions, Inc (9361), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Point Blank Body Armor, Inc. (4044), 2102 S.W. 2nd Street, Pompano Beach, FL 33069; Protective Apparel Corporation of America (9051), 179 Mine Lane, Jacksboro, TN 37757; and PBSS, LLC (8203), 2102 S.W. 2nd Street, Pompano Beach, FL 33069.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Sale Motion.

DOCS_DE:174582.1 70934-001

*Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Certain Expense Reimbursement Provisions and a Break-up Fee; and (E) Granting Related Relief* (the "Bid Procedures Order").

PLEASE TAKE FURTHER NOTICE that pursuant to the Bid Procedures Order, an Auction was held on October 27, 2011, commencing at 10:00 a.m. prevailing Eastern time to determine the highest and best bid with respect to the sale of substantially all of the Debtors' assets.

PLEASE TAKE FURTHER NOTICE that at the conclusion of the Auction, in accordance with the Bid Procedures, the Debtors identified Point Blank Enterprises, Inc. as the Successful Bidder, and its final bid at the conclusion of the Auction as the Successful Bid. The Debtors also identified Body Armor LLC as the Back-Up Bidder at the conclusion of the Auction.

Dated: October 28, 2011

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszylaw.com
       tcairns@pszjlaw.com

Counsel for the Debtors and Debtors in Possession