IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SS BODY ARMOR I, INC., *et al.*[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 10-11255 (PJW)<br><br>(Jointly Administered) |
| SS BODY ARMOR I, INC., SS BODY ARMOR II,<br>INC., and SS BODY ARMOR III, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v. | |

| | |
|---|---|
| Leading Technology Composites, Inc. | Adv. Proc. No. 12-50479 (PJW) |
| Teijin Aramid USA Inc. | Adv. Proc. No. 12-50480 (PJW) |
| Lincoln Fabrics, Inc. | Adv. Proc. No. 12-50481 (PJW) |
| Velcro USA Inc. | Adv. Proc. No. 12-50482 (PJW) |
| Duro Textiles, LLC | Adv. Proc. No. 12-50483 (PJW) |
| TVF, Inc.<br>dba Top Value Fabrics, fka Top Value Fabrics, Inc. | Adv. Proc. No. 12-50484 (PJW) |
| "D" Purchase and Sale, Inc. f/k/a Zip-It Sale Inc. | Adv. Proc. No. 12-50485 (PJW) |
| Pro Systems S.P.A. | Adv. Proc. No. 12-50486 (PJW) |
| Carr Textile Corp. | Adv. Proc. No. 12-50487 (PJW) |
| Custom Apparel, LLC | Adv. Proc. No. 12-50488 (PJW) |
| Federal Express Corporation | Adv. Proc. No. 12-50489 (PJW) |
| Milco Industries, Inc. | Adv. Proc. No. 12-50490 (PJW) |
| Polymer Technologies, Inc. | Adv. Proc. No. 12-50491 (PJW) |
| American Bag and Linen Company | Adv. Proc. No. 12-50492 (PJW) |
| Brand & Oppenheimer Co. | Adv. Proc. No. 12-50493 (PJW) |
| Lifestone Materials, LLC | Adv. Proc. No. 12-50494 (PJW) |
| Bearse Manufacturing Co. | Adv. Proc. No. 12-50495 (PJW) |
| Dallco Industries, Inc. | Adv. Proc. No. 12-50496 (PJW) |
| DCT Industrial Value Fund I, L.P. | Adv. Proc. No. 12-50497 (PJW) |
| Savannah Luggage Works, Inc. | Adv. Proc. No. 12-50498 (PJW) |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: SS Body Armor I, Inc. (9361) f/k/a Point Blank Solutions, Inc. , SS Body Armor II, Inc. (4044) f/k/a Point Blank Body Armor, Inc.; SS Body Armor III, Inc. (9051) f/k/a Protective Apparel Corporation of America; and PBSS LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc. et al., c/o CRG Partners, LLC, 477 Madison Ave., Suite 1220, New York, NY 10022, Attn: T. Scott Avila, Chief Restructuring Officer.

| | |
|---|---|
| Brother International Corporation | Adv. Proc. No. 12-50499 (PJW) |
| Sunnman, Inc. | Adv. Proc. No. 12-50500 (PJW) |
| G-Squared Consulting, L.L.C. | Adv. Proc. No. 12-50501 (PJW) |
| Rhode Island Textile Company | Adv. Proc. No. 12-50502 (PJW) |
| Staples, Inc. | Adv. Proc. No. 12-50503 (PJW) |
| First Trucking, Inc. | Adv. Proc. No. 12-50504 (PJW) |
| Service by Air, Inc. | Adv. Proc. No. 12-50505 (PJW) |
| United Parcel Service, Inc. | Adv. Proc. No. 12-50506 (PJW) |
| M.S.P. Electric, Inc. | Adv. Proc. No. 12-50507 (PJW) |
| Ray Tackett Enterprises, Inc. | |
| dba RTE Machine & Fabrication | Adv. Proc. No. 12-50508 (PJW) |
| Specialty Converting, LLC | Adv. Proc. No. 12-50509 (PJW) |
| Scotty's Fashions of Lehighton, Inc. | Adv. Proc. No. 12-50510 (PJW) |
| National Custom Printing, Inc. | Adv. Proc. No. 12-50511 (PJW) |
| JL Kaya, Inc. | Adv. Proc. No. 12-50512 (PJW) |
| Carter Enterprises LLC | Adv. Proc. No. 12-50513 (PJW) |
| Texcel, Inc. | Adv. Proc. No. 12-50514 (PJW) |
| Dependable Packaging and Solutions, Inc. | Adv. Proc. No. 12-50515 (PJW) |
| DSM Syneema LLC | Adv. Proc. No. 12-50516 (PJW) |
| GSJ Consulting LLC | Adv. Proc. No. 12-50517 (PJW) |
| Ceradyne, Inc. dba Max Pro-Police & Armor | Adv. Proc. No. 12-50518 (PJW) |
| Barrday Corp. | Adv. Proc. No. 12-50519 (PJW) |
| Brookwood Companies Incorporated | Adv. Proc. No. 12-50520 (PJW) |
| H.P. White Laboratory, Inc. | Adv. Proc. No. 12-50521 (PJW) |
| Cosgrove Enterprises, Inc. | Adv. Proc. No. 12-50522 (PJW) |
| Highcom Security, Inc | Adv. Proc. No. 12-50523 (PJW) |
| Honeywell International, Inc. | Adv. Proc. No. 12-50524 (PJW) |

Defendants.

**Objection Deadline: March 27, 2013 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: April 3, 2013 at 9:30 a.m. (prevailing Eastern time)**

## NOTICE OF PLAINTIFFS' THIRD MOTION FOR AN ORDER
## ENLARGING DEADLINE TO EFFECT SERVICE OF ORIGINAL PROCESS

**PLEASE TAKE NOTICE** that on March 13, 2013, the above-captioned

plaintiffs (the "Plaintiffs"), by and through their undersigned counsel and pursuant to Rules 7004

and 9006 of the Federal Rules of Bankruptcy Procedure filed the *Plaintiffs' Third Motion for an*

*Order Enlarging Deadline to Effect Service of Original Process* (the "Motion") with the United

States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that, any objection or response to the Motion, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, on or before **March 27, 2013, at 4:00 p.m. prevailing Eastern time.**

At the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones, Esquire, Fax: (302) 652-4400; (ii) counsel to the Official Committee of Unsecured Creditors appointed in these cases: Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Robert M. Hirsh, Esquire, Fax: (212) 484-3990; and The Rosner Law Group LLC, 824 Market Street, Suite 810, Wilmington, DE 19801, Attn: Frederick B. Rosner, Esquire, Email: rosner@teamrosner.com; (iii) counsel to the Official Committee of Equity Security Holders in these cases: Baker & McKenzie LLP, One Prudential Plaza, Suite 3500, 130 East Randolph Street, Chicago, IL 60601, Attn: Carmen H. Lonstein, Esquire, Fax: (312) 698-2345; and Bifferato LLC, 800 N. King St., Plaza Level, Wilmington, DE 19801, Attn: Ian Connor Bifferato Esquire, Fax: (302) 254-5383; and (iv) the U.S. Trustee: Jane Leamy, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF SOUGHT BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD BEFORE THE HONORABLE PETER J. WALSH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM 2, WILMINGTON, DELAWARE 19801 ON **APRIL 3, 2013 AT 9:30 A.M. PREVAILING EASTERN TIME**.

Dated: March 13, 2013

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com

Counsel for the Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SS BODY ARMOR I, INC., *et al.*[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 10-11255 (PJW)<br><br>(Jointly Administered) |

| | |
|---|---|
| SS BODY ARMOR I, INC., SS BODY ARMOR II, INC., and SS BODY ARMOR III, INC.,<br><br>                Plaintiffs,<br><br>      v. | |
| Leading Technology Composites, Inc. | Adv. Proc. No. 12-50479 (PJW) |
| Teijin Aramid USA Inc. | Adv. Proc. No. 12-50480 (PJW) |
| Lincoln Fabrics, Inc. | Adv. Proc. No. 12-50481 (PJW) |
| Velcro USA Inc. | Adv. Proc. No. 12-50482 (PJW) |
| Duro Textiles, LLC | Adv. Proc. No. 12-50483 (PJW) |
| TVF, Inc.<br>dba Top Value Fabrics, fka Top Value Fabrics, Inc. | Adv. Proc. No. 12-50484 (PJW) |
| "D" Purchase and Sale, Inc. f/k/a Zip-It Sale Inc. | Adv. Proc. No. 12-50485 (PJW) |
| Pro Systems S.P.A. | Adv. Proc. No. 12-50486 (PJW) |
| Carr Textile Corp. | Adv. Proc. No. 12-50487 (PJW) |
| Custom Apparel, LLC | Adv. Proc. No. 12-50488 (PJW) |
| Federal Express Corporation | Adv. Proc. No. 12-50489 (PJW) |
| Milco Industries, Inc. | Adv. Proc. No. 12-50490 (PJW) |
| Polymer Technologies, Inc. | Adv. Proc. No. 12-50491 (PJW) |
| American Bag and Linen Company | Adv. Proc. No. 12-50492 (PJW) |
| Brand & Oppenheimer Co. | Adv. Proc. No. 12-50493 (PJW) |
| Lifestone Materials, LLC | Adv. Proc. No. 12-50494 (PJW) |
| Bearse Manufacturing Co. | Adv. Proc. No. 12-50495 (PJW) |
| Dallco Industries, Inc. | Adv. Proc. No. 12-50496 (PJW) |
| DCT Industrial Value Fund I, L.P. | Adv. Proc. No. 12-50497 (PJW) |
| Savannah Luggage Works, Inc. | Adv. Proc. No. 12-50498 (PJW) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: SS Body Armor I, Inc. (9361) f/k/a Point Blank Solutions, Inc. , SS Body Armor II, Inc. (4044) f/k/a Point Blank Body Armor, Inc.; SS Body Armor III, Inc. (9051) f/k/a Protective Apparel Corporation of America; and PBSS LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc. et al., c/o CRG Partners, LLC, 477 Madison Ave., Suite 1220, New York, NY 10022, Attn: T. Scott Avila, Chief Restructuring Officer.

| | |
|---|---|
| Brother International Corporation | Adv. Proc. No. 12-50499 (PJW) |
| Sunnman, Inc. | Adv. Proc. No. 12-50500 (PJW) |
| G-Squared Consulting, L.L.C. | Adv. Proc. No. 12-50501 (PJW) |
| Rhode Island Textile Company | Adv. Proc. No. 12-50502 (PJW) |
| Staples, Inc. | Adv. Proc. No. 12-50503 (PJW) |
| First Trucking, Inc. | Adv. Proc. No. 12-50504 (PJW) |
| Service by Air, Inc. | Adv. Proc. No. 12-50505 (PJW) |
| United Parcel Service, Inc. | Adv. Proc. No. 12-50506 (PJW) |
| M.S.P. Electric, Inc. | Adv. Proc. No. 12-50507 (PJW) |
| Ray Tackett Enterprises, Inc. | |
| dba RTE Machine & Fabrication | Adv. Proc. No. 12-50508 (PJW) |
| Specialty Converting, LLC | Adv. Proc. No. 12-50509 (PJW) |
| Scotty's Fashions of Lehighton, Inc. | Adv. Proc. No. 12-50510 (PJW) |
| National Custom Printing, Inc. | Adv. Proc. No. 12-50511 (PJW) |
| JL Kaya, Inc. | Adv. Proc. No. 12-50512 (PJW) |
| Carter Enterprises LLC | Adv. Proc. No. 12-50513 (PJW) |
| Texcel, Inc. | Adv. Proc. No. 12-50514 (PJW) |
| Dependable Packaging and Solutions, Inc. | Adv. Proc. No. 12-50515 (PJW) |
| DSM Syneema LLC | Adv. Proc. No. 12-50516 (PJW) |
| GSJ Consulting LLC | Adv. Proc. No. 12-50517 (PJW) |
| Ceradyne, Inc. dba Max Pro-Police & Armor | Adv. Proc. No. 12-50518 (PJW) |
| Barrday Corp. | Adv. Proc. No. 12-50519 (PJW) |
| Brookwood Companies Incorporated | Adv. Proc. No. 12-50520 (PJW) |
| H.P. White Laboratory, Inc. | Adv. Proc. No. 12-50521 (PJW) |
| Cosgrove Enterprises, Inc. | Adv. Proc. No. 12-50522 (PJW) |
| Highcom Security, Inc | Adv. Proc. No. 12-50523 (PJW) |
| Honeywell International, Inc. | Adv. Proc. No. 12-50524 (PJW) |

Defendants.

**Objection Deadline: March 27, 2013 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: April 3, 2013 at 9:30 a.m. (prevailing Eastern time)**

## PLAINTIFFS' THIRD MOTION FOR AN ORDER ENLARGING
## DEADLINE TO EFFECT SERVICE OF ORIGINAL PROCESS

The above-captioned debtors, who are the plaintiffs (the "Plaintiffs") in the

adversary proceedings referenced above (the "Adversary Proceedings"), by and through their

undersigned counsel and pursuant to Rules 7004 and 9006 of the Federal Rules of Bankruptcy

Procedure, hereby move this Court (the "Motion") for an Order further extending the time during

which they may serve original process in each of the Adversary Proceedings by an additional one-hundred and twenty (120) days.  In support of this Motion, the Plaintiffs respectfully states as follows:

## Jurisdiction and Venue

1.      Jurisdiction is provided by 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## Background

2.      On April 14, 2010 (the "Petition Date"), the Plaintiffs filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  To preserve their rights to pursue certain avoidance actions under chapter 5 of the Bankruptcy Code before the expiration of the two-year statute of limitations, on April 13, 2012, the Plaintiffs filed forty-six preference actions, each of which is an Adversary Proceeding.  To date, and in reliance on Rule 7004(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the complaints in the Adversary Proceedings have not been served.  This state of affairs allows the Plaintiffs to preserve these potentially valuable assets without incurring the associated – and potentially unnecessary – costs of prosecution.

3.      Currently, original process in these Adversary Proceedings must be served by April 13, 2013 (the "Service Deadline").  *See Docket No. 2312*.  (Order Granting Plaintiffs' Second Motion to Enlarge the Deadline to Effect Service of Original Process in Each Adversary Proceeding Through and Including April 13, 2013).

4.      Subsequent to the Petition Date, litigation was commenced or threatened to be commenced (the "Pending Litigation") among the Debtors and certain other parties (collectively, the "Settlement Parties").  On December 22, 2011, the Settlement Parties executed a global settlement term sheet (the "Global Term Sheet") that contemplates, among other things, that the Settlement Parties will prepare final documentation of the settlement and will seek any necessary approvals of the settlement from the United States government, the Bankruptcy Court, and the United States District Court for the Eastern District of New York (the "New York District Court").

5.      The Settlement Parties are currently engaged in mediation overseen by the New York District Court to resolve issues related to the Global Term Sheet and in connection with the criminal proceedings against David Brooks (the "Criminal Action") before the New York District Court.  The Settlement Parties have not yet agreed to any final settlement, which will need to be approved by the New York District Court.  If approval of the proposed settlement is obtained, then the prosecution of the Adversary Proceedings may not be necessary.

## Relief Requested

6.      By way of this Motion, the Plaintiffs seek to further extend the Service Deadline by an additional one-hundred and twenty (120) days, through and including Tuesday, August 6, 2013 (the "Extended Service Deadline").

## Basis for Relief

7.      Rule 9006(b) permits the Court to grant additional time to effect service of process:

> [W]hen an act is required or allowed to be done at or within a
> specified period by these rules or by a notice given thereunder or
> by order of the court, the court for cause shown may at any time in
> its discretion…with or without motion or notice order the period
> enlarged if the request therefore is made before the expiration of
> the period originally prescribed of as extended by a previous order.

Fed. R. Bankr. P. 9006(b). As Collier notes, the Court should be liberal in granting extensions of

time sought before the period to act has elapsed, as long as the moving party has not been

negligent, dilatory, or acting in bad faith. 10 Collier on Bankruptcy, ¶ 9006.06[3], at 9006-14

(15th rev. ed. 2001).

      8.     The Third Circuit has recognized two bases for granting an extension of

time to serve an original process under Rule 4(m). The first mandates an extension upon

showing a good cause for the delayed service. Boley v. Kaymark, 123 F.3d 756, 758 (3d. Cir.

1997); Petrucelli v. Bohringer & Ratzinger, 46 F.3d 1298, 1305 (3d Cir. 1995). The second

permits such an extension, even in the absence of good cause shown, if the Court believes such a

result is merited. Id.

      9.     Good cause exists to grant the Motion. Since the Adversary Proceedings

may not need to be prosecuted in the event that the settlement of the Pending Litigation is

approved, it does not make sense for either the Plaintiffs, or the Defendants, to incur the costs

and expenses associated with the prosecution, and defense, of the Adversary Proceedings at this

time. Moreover, it does not make sense for the Court to spend its valuable time on matters that

may not need to go forward.

      10.     The Plaintiffs also submit that the requested relief will not prejudice any

parties. If the Adversary Proceedings are ultimately prosecuted, the defendants will still have

every opportunity to answer, move, or otherwise plead in response to the pending complaints at a later date.

11.     The Plaintiffs respectfully submit that the preservation of resources described herein, coupled with the absence of associated prejudice, justifies a finding of good cause, and the approval of the requested extension.

12.     Alternatively, even if the Court were to find that good cause, as a matter of law, does not exist, it may still grant the requested extension.  Such relief is a permissible exercise of this Court's broad power to control its schedule and docket.  Texaco, Inc. v. Borda, 383 F.2d 607, 608 (3d. Cir. 1967).  And, for the reasons stated herein, permitting the relief sought herein is an eminently reasonable exercise of that power.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Plaintiffs respectfully request entry of an Order permitting service of the original process at any time through and including August 6, 2013, without prejudice to the Plaintiffs' right to request additional extensions as appropriate, and granting such other and further relief as the Court deems just and proper.

Dated:  March 13, 2013

PACHULSKI STANG ZIEHL & JONES LLP

_____

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       tcairns@pszjlaw.com

Counsel for the Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SS BODY ARMOR I, INC., *et al.*[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 10-11255 (PJW)<br><br>(Jointly Administered) |

| | |
|---|---|
| SS BODY ARMOR I, INC., SS BODY ARMOR II, INC., and SS BODY ARMOR III, INC.,<br><br>            Plaintiffs,<br><br>    v. | |
| Leading Technology Composites, Inc.<br>Teijin Aramid USA Inc.<br>Lincoln Fabrics, Inc.<br>Velcro USA Inc.<br>Duro Textiles, LLC<br>TVF, Inc.<br>dba Top Value Fabrics, fka Top Value Fabrics, Inc.<br>"D" Purchase and Sale, Inc. f/k/a Zip-It Sale Inc.<br>Pro Systems S.P.A.<br>Carr Textile Corp.<br>Custom Apparel, LLC<br>Federal Express Corporation<br>Milco Industries, Inc.<br>Polymer Technologies, Inc.<br>American Bag and Linen Company<br>Brand & Oppenheimer Co.<br>Lifestone Materials, LLC<br>Bearse Manufacturing Co.<br>Dallco Industries, Inc.<br>DCT Industrial Value Fund I, L.P.<br>Savannah Luggage Works, Inc. | Adv. Proc. No. 12-50479 (PJW)<br>Adv. Proc. No. 12-50480 (PJW)<br>Adv. Proc. No. 12-50481 (PJW)<br>Adv. Proc. No. 12-50482 (PJW)<br>Adv. Proc. No. 12-50483 (PJW)<br><br>Adv. Proc. No. 12-50484 (PJW)<br>Adv. Proc. No. 12-50485 (PJW)<br>Adv. Proc. No. 12-50486 (PJW)<br>Adv. Proc. No. 12-50487 (PJW)<br>Adv. Proc. No. 12-50488 (PJW)<br>Adv. Proc. No. 12-50489 (PJW)<br>Adv. Proc. No. 12-50490 (PJW)<br>Adv. Proc. No. 12-50491 (PJW)<br>Adv. Proc. No. 12-50492 (PJW)<br>Adv. Proc. No. 12-50493 (PJW)<br>Adv. Proc. No. 12-50494 (PJW)<br>Adv. Proc. No. 12-50495 (PJW)<br>Adv. Proc. No. 12-50496 (PJW)<br>Adv. Proc. No. 12-50497 (PJW)<br>Adv. Proc. No. 12-50498 (PJW) |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: SS Body Armor I, Inc. (9361) f/k/a Point Blank Solutions, Inc. , SS Body Armor II, Inc. (4044) f/k/a Point Blank Body Armor, Inc.; SS Body Armor III, Inc. (9051) f/k/a Protective Apparel Corporation of America; and PBSS LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc. et al., c/o CRG Partners, LLC, 477 Madison Ave., Suite 1220, New York, NY 10022, Attn: T. Scott Avila, Chief Restructuring Officer.

| | |
|---|---|
| Brother International Corporation | Adv. Proc. No. 12-50499 (PJW) |
| Sunnman, Inc. | Adv. Proc. No. 12-50500 (PJW) |
| G-Squared Consulting, L.L.C. | Adv. Proc. No. 12-50501 (PJW) |
| Rhode Island Textile Company | Adv. Proc. No. 12-50502 (PJW) |
| Staples, Inc. | Adv. Proc. No. 12-50503 (PJW) |
| First Trucking, Inc. | Adv. Proc. No. 12-50504 (PJW) |
| Service by Air, Inc. | Adv. Proc. No. 12-50505 (PJW) |
| United Parcel Service, Inc. | Adv. Proc. No. 12-50506 (PJW) |
| M.S.P. Electric, Inc. | Adv. Proc. No. 12-50507 (PJW) |
| Ray Tackett Enterprises, Inc. | |
| dba RTE Machine & Fabrication | Adv. Proc. No. 12-50508 (PJW) |
| Specialty Converting, LLC | Adv. Proc. No. 12-50509 (PJW) |
| Scotty's Fashions of Lehighton, Inc. | Adv. Proc. No. 12-50510 (PJW) |
| National Custom Printing, Inc. | Adv. Proc. No. 12-50511 (PJW) |
| JL Kaya, Inc. | Adv. Proc. No. 12-50512 (PJW) |
| Carter Enterprises LLC | Adv. Proc. No. 12-50513 (PJW) |
| Texcel, Inc. | Adv. Proc. No. 12-50514 (PJW) |
| Dependable Packaging and Solutions, Inc. | Adv. Proc. No. 12-50515 (PJW) |
| DSM Syneema LLC | Adv. Proc. No. 12-50516 (PJW) |
| GSJ Consulting LLC | Adv. Proc. No. 12-50517 (PJW) |
| Ceradyne, Inc. dba Max Pro-Police & Armor | Adv. Proc. No. 12-50518 (PJW) |
| Barrday Corp. | Adv. Proc. No. 12-50519 (PJW) |
| Brookwood Companies Incorporated | Adv. Proc. No. 12-50520 (PJW) |
| H.P. White Laboratory, Inc. | Adv. Proc. No. 12-50521 (PJW) |
| Cosgrove Enterprises, Inc. | Adv. Proc. No. 12-50522 (PJW) |
| Highcom Security, Inc | Adv. Proc. No. 12-50523 (PJW) |
| Honeywell International, Inc. | Adv. Proc. No. 12-50524 (PJW) |

                    Defendants.

**Related to Docket No. ____, and
Adv. Proc. Docket Nos. _____**

## ORDER GRANTING PLAINTIFFS' THIRD MOTION TO ENLARGE THE DEADLINE TO EFFECT SERVICE OF ORIGINAL PROCESS IN EACH ADVERSARY PROCEEDING THROUGH AND INCLUDING AUGUST 6, 2013

UPON THE MOTION of the above captioned Plaintiffs for an order enlarging

deadlines to effect service of original process (the "Motion") in each of the above-referenced

adversary proceedings (the "Adversary Proceedings"), and having reviewed the Motion and any

responses filed thereto, and this Court having jurisdiction over the Motion, and venue lying

appropriately with this Court, and notice of the Motion having been adequate, and the relief requested by the Motion being warranted, IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The deadline by which the Plaintiffs have to effectuate the service of the original process in each of the Adversary Proceedings is hereby extended through and including August 6, 2013.

3.    Such service of original process shall constitute valid, timely service, with full force and effect.

4.    The Plaintiffs are hereby relieved from any provision of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and/or any previous orders of this or any other Court, to the extent that such provision(s) contravene the terms of this Order.

5.    This Order is without prejudice to Plaintiffs' ability to request additional enlargements of time for service of process or any other deadline(s) in the future.

6.    This Court shall retain jurisdiction over all matters related to or arising from this Order.

Dated:  April ___, 2013

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SS BODY ARMOR I, INC., *et al.*[1] | Case No. 10-11255 (PJW) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| SS BODY ARMOR I, INC., SS BODY ARMOR II, INC., and SS BODY ARMOR III, INC., | |
| Plaintiffs, | |
| v. | |
| Leading Technology Composites, Inc. | Adv. Proc. No. 12-50479 (PJW) |
| Teijin Aramid USA Inc. | Adv. Proc. No. 12-50480 (PJW) |
| Lincoln Fabrics, Inc. | Adv. Proc. No. 12-50481 (PJW) |
| Velcro USA Inc. | Adv. Proc. No. 12-50482 (PJW) |
| Duro Textiles, LLC | Adv. Proc. No. 12-50483 (PJW) |
| TVF, Inc. | |
| dba Top Value Fabrics, fka Top Value Fabrics, Inc. | Adv. Proc. No. 12-50484 (PJW) |
| "D" Purchase and Sale, Inc. f/k/a Zip-It Sale Inc. | Adv. Proc. No. 12-50485 (PJW) |
| Pro Systems S.P.A. | Adv. Proc. No. 12-50486 (PJW) |
| Carr Textile Corp. | Adv. Proc. No. 12-50487 (PJW) |
| Custom Apparel, LLC | Adv. Proc. No. 12-50488 (PJW) |
| Federal Express Corporation | Adv. Proc. No. 12-50489 (PJW) |
| Milco Industries, Inc. | Adv. Proc. No. 12-50490 (PJW) |
| Polymer Technologies, Inc. | Adv. Proc. No. 12-50491 (PJW) |
| American Bag and Linen Company | Adv. Proc. No. 12-50492 (PJW) |
| Brand & Oppenheimer Co. | Adv. Proc. No. 12-50493 (PJW) |
| Lifestone Materials, LLC | Adv. Proc. No. 12-50494 (PJW) |
| Bearse Manufacturing Co. | Adv. Proc. No. 12-50495 (PJW) |
| Dallco Industries, Inc. | Adv. Proc. No. 12-50496 (PJW) |
| DCT Industrial Value Fund I, L.P. | Adv. Proc. No. 12-50497 (PJW) |
| Savannah Luggage Works, Inc. | Adv. Proc. No. 12-50498 (PJW) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: SS Body Armor I, Inc. (9361) f/k/a Point Blank Solutions, Inc. , SS Body Armor II, Inc. (4044) f/k/a Point Blank Body Armor, Inc.; SS Body Armor III, Inc. (9051) f/k/a Protective Apparel Corporation of America; and PBSS LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc. et al., c/o CRG Partners, LLC, 477 Madison Ave., Suite 1220, New York, NY 10022, Attn: T. Scott Avila, Chief Restructuring Officer.

| | |
|---|---|
| Brother International Corporation | Adv. Proc. No. 12-50499 (PJW) |
| Sunnman, Inc. | Adv. Proc. No. 12-50500 (PJW) |
| G-Squared Consulting, L.L.C. | Adv. Proc. No. 12-50501 (PJW) |
| Rhode Island Textile Company | Adv. Proc. No. 12-50502 (PJW) |
| Staples, Inc. | Adv. Proc. No. 12-50503 (PJW) |
| First Trucking, Inc. | Adv. Proc. No. 12-50504 (PJW) |
| Service by Air, Inc. | Adv. Proc. No. 12-50505 (PJW) |
| United Parcel Service, Inc. | Adv. Proc. No. 12-50506 (PJW) |
| M.S.P. Electric, Inc. | Adv. Proc. No. 12-50507 (PJW) |
| Ray Tackett Enterprises, Inc. | |
| dba RTE Machine & Fabrication | Adv. Proc. No. 12-50508 (PJW) |
| Specialty Converting, LLC | Adv. Proc. No. 12-50509 (PJW) |
| Scotty's Fashions of Lehighton, Inc. | Adv. Proc. No. 12-50510 (PJW) |
| National Custom Printing, Inc. | Adv. Proc. No. 12-50511 (PJW) |
| JL Kaya, Inc. | Adv. Proc. No. 12-50512 (PJW) |
| Carter Enterprises LLC | Adv. Proc. No. 12-50513 (PJW) |
| Texcel, Inc. | Adv. Proc. No. 12-50514 (PJW) |
| Dependable Packaging and Solutions, Inc. | Adv. Proc. No. 12-50515 (PJW) |
| DSM Syneema LLC | Adv. Proc. No. 12-50516 (PJW) |
| GSJ Consulting LLC | Adv. Proc. No. 12-50517 (PJW) |
| Ceradyne, Inc. dba Max Pro-Police & Armor | Adv. Proc. No. 12-50518 (PJW) |
| Barrday Corp. | Adv. Proc. No. 12-50519 (PJW) |
| Brookwood Companies Incorporated | Adv. Proc. No. 12-50520 (PJW) |
| H.P. White Laboratory, Inc. | Adv. Proc. No. 12-50521 (PJW) |
| Cosgrove Enterprises, Inc. | Adv. Proc. No. 12-50522 (PJW) |
| Highcom Security, Inc | Adv. Proc. No. 12-50523 (PJW) |
| Honeywell International, Inc. | Adv. Proc. No. 12-50524 (PJW) |

Defendants.

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 13th day of March, 2013, I caused

a copy of the following document(s) to be served by upon the parties set forth on the attached

service list(s) in the manner indicated:

> *Notice Of Plaintiffs' Third Motion For An Order Enlarging Deadline To Effect Service Of Original Process;*

> *Plaintiffs' Third Motion For An Order Enlarging Deadline To Effect Service Of Original Process; and*

*[Proposed] Order Granting Plaintiffs' Third Motion To Enlarge The Deadline*
*To Effect Service Of Original Process In Each Adversary Proceeding Through*
*And Including August 6, 2013*

Timothy P. Cairns (Bar No. 4228)

**SS Body Armor I, Inc. Defendants in Adversary Proceedings Master Service List**
Case No. 10-11255 (PJW)
Document No. 181349
01 – Interoffice Mail (SF Office)
06 – Hand Delivery
87 – First Class Mail
06 – Foreign First Class Mail


Counsel for Debtors)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Interoffice Delivery (SF Office)**
(Counsel for Debtors)
Pachulski Stang Ziehl & Jones LLP
David M. Bertenthal, Esquire
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Hand Delivery**
(United States Trustee)
Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(Federal Express Corporation)
c/o The Corporation Trust Company
Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Hand Delivery**
(Honeywell International Inc.)
c/o The Corporation Trust Company
Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Hand Delivery**
(Polymer Technologies, Inc.)
Perry F. Goldlust, Esq., Registered Agent
702 King Street
One Customs House, Suite 600
Wilmington, DE 19801

**Hand Delivery**
(Counsel for DCT Industrial Value Fund I, L.P.)
Carl Norman Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Ceradyne, Inc. d/b/a Max Pro-Police & Armor and Lincoln Fabrics, Inc.)
Peter M. Sweeney, Esquire
Blakely Blakely LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

**First Class Mail**
(DCT Industrial Value Fund I, L.P.)
c/o Corporation Service Company
Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**First Class Mail**
(American Bag and Linen Company)
Judy Porter, Registered Agent
339 West Airport Road
P.O. Box 8
Cornelia, GA 30531

**First Class Mail**
(American Bag and Linen Company)
James H. Harris, CEO
P.O. Box 8
Cornelia, GA  30531

**First Class Mail**
(Barrday Corp. Legal)
Vince Almarez, Registered Agent
1450 West Point Drive, Suite C
Charlotte, NC  28214

**First Class Mail**
(Bearse Manufacturing Co.)
Joseph Auer, Agent
3815-3825 Cortland St.
Chicago, IL  60647

**First Class Mail**
(Bearse Manufacturing Co.)
Thomas F. Aver, President
17 Big Oak
Riverwoods, IL  60015

**First Class Mail**
(Bearse Manufacturing Co.)
Joseph Auer, Secretary
1034 Kings Lane
Glenview, IL  60025

**First Class Mail**
(Brand & Oppenheimer Co., Inc.)
The Prentice-Hall Corporation System, Inc.
Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE  19808

**First Class Mail**
Brand & Oppenheimer Co., Inc.
10 Mechanic Street #210
Red Bank, NJ  07701-1855

**First Class Mail**
(Brookwood Companies Incorporated)
c/o Corporation Service Company
Registered Agent
80 State Street
Albany, NY  12207-2543

**First Class Mail**
(Brookwood Companies Incorporated)
Amber M. Brookman
Chairman / Chief Executive Officer
25 West 45th Street, 11th Floor
New York, NY  10036

**First Class Mail**
(Brother International Corporation)
c/o Illinois Corporation Service C
Agent
801 Adlai Stevenson Drive
Springfield, IL  62703

**First Class Mail**
(Brother International Corporation)
Tadashi Ishiguro, President
100 Somerset Corporate Blvd.
Bridgewater, NJ  08807

**First Class Mail**
(Counsel for Brother International
Corporation)
Elizabeth B. Lawler, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

**First Class Mail**
(Carr Textile Corp., Carr Sales, Inc.
Donald Carr Sales Co., Inc.)
Donald E. Carr, Registered Agent
243 Wolfner Drive
Fenton, MO  63026

**First Class Mail**
Carr Textile Corp., Carr Sales, Inc.
Donald Carr Sales Co., Inc.
600 West Main Street
Jefferson City, MO  65101

**First Class Mail**
(Carter Enterprises LLC)
Chaim Wolf, Registered Agent
1154-47th Street
Brooklyn, NY  11219

**First Class Mail**
Ceradyne, Inc. d/b/a Max Pro Police
3169 Red Hill Avenue
Costa Mesa, CA  92626

**First Class Mail**
(Ceradyne, Inc. d/b/a Max Pro Police)
c/o C T Corporation System
Registered Agent
9 Capitol Street
Concord, NH  03301

**First Class Mail**
(Cosgrove Enterprises, Inc.)
R. Gregory Rogers
Registered Agent & President
14300 NW 77th Court
Palmetto Frontage Road
Miami Lakes, FL  33016

**First Class Mail**
Custom Apparel, LLC
620 Tweed Springs Road
Greeneville, TN  37743

**First Class Mail**
(Dallco Industries, Inc.)
Douglas A. Dallmeyer, President
Elm & Albemarle Streets
York, PA  17403-67

**First Class Mail**
(DCT Industrial Value Fund I, L.P.)
c/o Corporation Service Company
Registered Agent
1560 Broadway, Suite 2090
Denver, CO  80202

**First Class Mail**
(DCT Industrial Value Fund I, L.P.)
c/o Corporation Service Company
Philip Hawkins, CEO
518 17th Street, Suite 800
Denver, CO  80202

**First Class Mail**
(DCT Industrial Value Fund I, L.P.)
c/o Corporation Service Company
Registered Agent
40 Technology Parkway South, Suite 300
Norcross, GA  30092

**First Class Mail**
(Dependable Packaging and Solutions, Inc.)
Maxine Andrade, Registered Agent
1361 NW 155th Drive
Miami Gardens, FL  33169

**First Class Mail**
(Dependable Packaging and Solutions, Inc.)
Glenn Borer, President
3925 NE 168th Street
Aventura, FL  33160

**First Class Mail**
(Dependable Packaging and Solutions, Inc.)
Daniel Petrucci, VP
1425 Breakwater Terrace
Hollywood, FL  33019

**First Class Mail**
(Dependable Packaging and Solutions, Inc.)
Ross Borer, VP
2065 North Bay Road
Miami Beach, FL  33140

**First Class Mail**
(Dependable Packaging and Solutions, Inc.)
Sherrie Raiken Savett, Director
1622 Locust St.
Philadelphia, PA  19103

**First Class Mail**
(Dependable Packaging and Solutions, Inc.)
Maxine Andrade, Secretary
21215 Lago Circle, Apt. 9-B
Boca Raton, FL  33433

**First Class Mail**
(Dependable Packaging and Solutions, Inc.)
Barbara Borer, Treasurer
1000 Island Blvd., Apt. 1507
Aventura, FL  33160

**First Class Mail**
("D" Purchase and Sale, Inc.
f/ka Zip-It Sales, Inc.)
Maria G. Willman, Registered Agent
1600 SW 99th Ave.
Miami, FL  33165

**First Class Mail**
("D" Purchase and Sale, Inc.
f/ka Zip-It Sales, Inc.)
Maria G. Willman, President
P.O. Box 820485
S Florida, FL  33082-0485

**First Class Mail**
(DSM Dyneema LLC)
c/o CT Corporation System, Registered
Agent
150 Fayetteville St.
P.O. Box 1011
Raleigh, NC  27601

**First Class Mail**
DSM Dyneema LLC
P.O. Box 1887
Greenville, NC  27835

**First Class Mail**
(DSM Dyneema LLC)
D. Randy McGowan, Manager
Denise J. Alexander, Manager
5900 Martin Luther King Jr Hwy
Greenville, NC  27834

**First Class Mail**
Duro Textiles, LLC
110 Chace St.
Fall River, MA  02224

**First Class Mail**
(Duro Textiles, LLC)
c/o Paul F. O'Donnell, Esq., Resident Agent
Hinckley, Allen & Snyder LLP
28 State St.
Boston, MA  02019

**First Class Mail**
(First Trucking, Inc.)
Maribel Garcia, Registered Agent
7980 NW 82nd PL
Medley, FL  33166

**First Class Mail**
(GSJ Consulting LLC)
Guy Jones, President
8524 Eagles Loop Circle
Windermere, FL  34786

**First Class Mail**
(GSJ Consulting LLC)
c/o Business Filings Incorporated
Registered Agent
515 E. Park Avenue
Tallahassee, FL  32301

**First Class Mail**
G Squared Consulting, L.L.C.
3819 S. Evans Blvd. #306
Tucson, AZ  85714

DOCS_DE:181349.1 70934/001

**First Class Mail**
G Squared Consulting, L.L.C.
9327 E. Bent Creek Way
Tucson, AZ  85747

**First Class Mail**
(G Squared Consulting, L.L.C.)
c/o Leonard Felker, Agent
250 N. Meyer Ave.
Tucson, AZ  85701

**First Class Mail**
(G Squared Consulting, L.L.C.)
Greg Schultz, Manager
16721 W. Falcon Ln
Marana, AZ  85653

**First Class Mail**
(G Squared Consulting, L.L.C.)
Greg L. Williams, Manager
3819 S Evans Boulevard # 306
Tucson, AZ  85714-1696

**First Class Mail**
(G Squared Consulting, L.L.C.)
Peter Zenner, Member
15990 E. Union Ave.
Aurora, CO  80015

**First Class Mail**
Highcom Security, Inc.
2451 McMullen Booth Rd., Suite 242
Clearwater, FL  33759

**First Class Mail**
(Highcom Security, Inc.)
c/o Sundoc Filings, Agent
7700 College Town Drive, Suite 205
Sacramento, CA  95826

**First Class Mail**
(H. P. White Laboratory, Inc.)
Donald R. Dunn, Agent
Scarboro Road and Sandy Hook Road
Street, MD  21154

**First Class Mail**
(JL Kaya, Inc.)
Natalia Utrera, Esq
Spiegel & Utrera, P.A.
Registered Agent
1840 SW 22nd St., 4th Floor,
Miami, FL 33145

**First Class Mail**
(JL Kaya, Inc.)
Jose A. Lagardera, President
Lilian Lagardera
JL Kaya, Inc.
6701 NW 7th Street, Suite 190
Miami, FL  33126

**First Class Mail**
Leading Technology Composites, Inc.
2626 W. May
Wichita, KS  67213

**First Class Mail**
(Leading Technology Composites, Inc.)
Roger Sherwood, Agent
833 N. Waco
P.O. Box 830
Wichita, KS  67201

**First Class Mail**
(Lifestone Materials, LLC)
Julian S. Crawford, Registered Agent
350 East St. John Street
Spartanburg, SC  29302

**First Class Mail**
(Lincoln Fabrics Inc.)
c/o C T Corporation System
Registered Agent
2 North Jackson St., Suite 605
Montgomery, AL  36104

**First Class Mail**
(Milco Industries, Inc.)
Norman Belmonte, Registered Agent
550 East 5th Street
Bloomsburg, PA 17815

**First Class Mail**
(M.S. P. Electric, Inc.)
Debra B. Price, Registered Agent
1747 Banks Road
Margate, FL  33063

**First Class Mail**
(M.S. P. Electric, Inc.)
Martin S. Price, DP
Debra B. Price, DST
1747 Banks Road
Margate, FL  33063

**First Class Mail**
(M.S. P. Electric, Inc.)
Georgia Gionfriddo, VP
6198 NW 71 Terrace
Pompano Beach, FL  33067

**First Class Mail**
National Custom Printing, Inc.
P.O. Box 24242
Knoxville, TN  37933

**First Class Mail**
(National Custom Printing, Inc.)
Thomas L. Turner, Registered Agent
7344 Morton View Ln
Powell, TN  37849-4493

**First Class Mail**
Ray Tackett Enterprises, Inc.
P.O. Box 87
Norris, TN  37828-0087

**First Class Mail**
(Ray Tackett Enterprises, Inc.)
Pitney Larry Tackett, Registered Agent
135 Sawmill Road
Norris, TN  37828

**First Class Mail**
(Rhode Island Textile Company)
James J. Carria, Registered Agent
211 Columbus Avenue
Pawtucket, RI  02862

**First Class Mail**
Savannah Luggage Works, Inc.
P.O. Box 447
Vidalia, GA  30475

**First Class Mail**
(Savannah Luggage Works, Inc.)
Allen Rice, Registered Agent
3427 Highway 297 North
Vidalia, GA  30474

**First Class Mail**
(Scotty's Fashions of Lehighton, Inc.)
Neil A. Scott, President
Tighe Scott, VP
636 Pen Argyl St.
Pen Argyl, PA  18072

**First Class Mail**
(Service By Air, Inc.)
c/o C T Corporation System
Registered Agent
111 Eighth Avenue
New York, NY  10011

**First Class Mail**
(Service By Air, Inc.)
Joseph Poliseno
Chairman / Chief Executive Officer
222 Crossways Park Dr.
Woodbury, NY  11797

**First Class Mail**
(Specialty Converting, LLC)
Andrew Schulman, Registered Agent
2390 NW 149th Street
Opa Locka, FL  33054

**First Class Mail**
(Specialty Converting, LLC)
Harry Bussey,Jr., MGRM
Harry Bussey, III, MGRM
240 Boundary Road
Marlboro, NJ 07746

**First Class Mail**
(Staples, Inc.)
Michael Miles, President
Kristin Campbell, Secretary
500 Staples Drive
Framingham, MA 01702-4478

**First Class Mail**
(Staples, Inc.)
c/o C T Corporation System
Registered Agent
155 Federal Street, Suite 700
Boston, MA 02110

**First Class Mail**
(Sunnman, Inc.)
Enriqueta M. Saldarriaga
Registered Agent
2215 W. 9 Ave.
Hialeah, FL 33010

**First Class Mail**
(Teijin Aramid USA, Inc.)
Stuart Marc Flaxman, Registered Agent
801-F Blacklawn Road
Conyers, GA 30012

**First Class Mail**
(Texcel, Inc.)
John Pinkos, President
18 Meeting Street
Cumberland, RI 02864

**First Class Mail**
(Texcel, Inc.)
Michael R. Goldenberg, Esq.
Registered Agent
123 Dyer Street
Providence, RI 02903

**First Class Mail**
TVF Inc.
P.O. Box 2050
Carmel, IN 46082-2050

**First Class Mail**
(TVF Inc.)
Christopher D. Fredericks
Registered Agent
19 Lick Creek Drive
Markleville, IN 46056

**First Class Mail**
(TVF Inc.)
Tad E. Calahan, Secretary
14959 Mia Dr.
Carmel, IN 46033

**First Class Mail**
(Velcro USA Inc.)
American Velcro, Inc.
Peter A. Pelletier, Registered Agent
406 Brown Avenue
Manchester, NH 03108

**FOREIGN First Class Mail**
(Barrday Corp. Legal)
Michael Buckstein, President
59 Otter Cres
Toronto, ON
CANADA

**FOREIGN First Class Mail**
(Barrday Corp. Legal)
Andrew Galbraith, Secretary
75 Mooresfield Street
Cambridge, ON N1R 8G8
CANADA

**FOREIGN First Class Mail**
(Barrday Corp. Legal)
Anne Paling, Treasurer
117 Meadowpark Place
Petersburg Ontario NOB 2H0
CANADA

**FOREIGN First Class Mail**
Barrday Corp. Legal
Keith Butler
75 Moorefield Street
PO Box 790
Cambridge, Ontario N1T 1S2
Canada

**FOREIGN First Class Mail**
Barrday Corp. Legal
P. O. Box 790
Cambridge, Ontario N1T 1S2
Canada

**FOREIGN First Class Mail**
Lincoln Fabrics Inc.
St Catharines, ON
CANADA L2N 4P6, OC

**SS Body Armor I, Inc. 2002**
**First Class Mail Service**
Case No. 10-11255 (PJW)
Document No. 158960
01 – Inter office
11 – Hand Delivery
38 – First Class Mail

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Interoffice Delivery (SF Office)**
Pachulski Stang Ziehl & Jones LLP
David M. Bertenthal, Esquire
150 California Street, 15th Floor
San Francisco, CA  94111-4500

**Hand Delivery**
(United States Trustee)
Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Steel Partners)
Jeremy Ryan, Esquire
Potter, Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19899

**Hand Delivery**
(Counsel for DuPont)
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Unsecured Creditors
Committee)
Frederick B. Rosner, Esquire
Scott James Leonhardt, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, Delaware  19801

**Hand Delivery**
(Counsel to CIVF-FL2W01)
Carl N. Kunz, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

**Hand Delivery**
(Counsel to David H. Brooks)
L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19899-2323

**Hand Delivery**
(Counsel to Lead Plaintiffs and the Class)
Christopher P. Simon, Esquire
Kevin S. Mann, Esquire
Cross & Simon LLC
P.O. Box 1380
913 North Market Street, 11th Floor
Wilmington, DE  19899-1380

**Hand Delivery**
(Counsel to Privet Opportunity)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Lonestar Capital)
David B. Stratton, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709

**Hand Delivery**
(Official Committee of Equity Security
Holders)
Ian Connor Bifferato, Esquire
Thomas F. Driscoll III, Esquire
J. Zachary Haupt, Esquire
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

**First Class Mail**
Secretary of State
Department of State
Division of Corporations
P.O. Box 898
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
820 Silver Lake Boulevard
Suite 100
Dover, DE 19904

**First Class Mail**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
George S. Canellos
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
(Counsel to Unsecured Creditors
Committee)
Robert M. Hirsh, Esquire
Heike M. Vogel, Esquire
George P. Angelich, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019

**First Class Mail**
(Counsel to Steel Partners)
Donald E. Rothman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108

**First Class Mail**
(Counsel to Dupont)
Vincent J. Marriott, III
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

**First Class Mail**
(Counsel for D. David Cohen)
Aaron R. Cahn, Esquire
Gary D. Sesser, Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005-2072

**First Class Mail**
(Counsel for US Dept of Justice)
Matthey J. Troy, Esquire
U.S. Dept of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC  20044-0875

**First Class Mail**
(Counsel for Duro Textiles, LLC)
Jennifer V. Doran, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109

**First Class Mail**
(Counsel to Aon Consulting)
Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA  17101-1601

**First Class Mail**
(Counsel tw telecom inc.)
Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO  80124

**First Class Mail**
(Counsel to Iron Mountain Information)
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

**First Class Mail**
(Counsel to G Squared Consulting)
R. David Sobel, Esquire/
Altfeld & Battaile P.C.
250 North Meyer Avenue
Tucson, AZ  85701

**First Class Mail**
(Counsel to Lincoln Fabrics Inc.)
Richard L. Weisz, Esquire)
Hodgson Russ LLP
677 Broadway, Suite 301
Albany, NY  12207

**First Class Mail**
(Counsel to David H. Brooks)
Jerome Gotkin, Esquire
Mintz Levin Cohn Ferris Glovsky and
Popeo, P.C.
666 Third Avenue
New York, NY  10017

**First Class Mail**
(Counsel to Oracle)
Shawn M. Christianson, Esquire
Buchalter Nemer, P.C.
55 Second Street, 17th Floor
San Francisco, CA  94105-3493

**First Class Mail**
(Creditor)
Fernando Casamayor, Tax Collector
Miami Dade Bankruptcy Unit
140 West Flagler Street
Suite 1403
Miami, FL  33130-1575

**First Class Mail**
Laura L. McCloud
Tennessee Dept of Revenue
c/o TN Atty General Office
Bankruptcy Division
P. O. Box 20207
Nashville, TN  37202-0207

**First Class Mail**
(Counsel to Lead Plaintiffs RS Holdings)
John K. Sherwood, Esquire
Jeffrey Kramer, Esquire
Nicole Stefanelli, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

**First Class Mail**
(Counsel to Lead Plaintiffs RS Holdings)
Samuel H. Rudman, Esquire
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY  11747

**First Class Mail**
(Counsel to Lead Plaintiffs RS Holdings)
Ira A. Schochet, Esquire
Nicole Zeiss, Esquire
Labaton Sucharow, LLP
140 Broadway
New York, NY  10005

**First Class Mail**
(Counsel to Privet Opportunity)
Edward J. Estrada, Esquire
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY  10022

**First Class Mail**
(Counsel to Microsoft Corporation)
Joseph E. Shickich, Jr.
Hillary Bramwell Mohr
Ridddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA  98154

**First Class Mail**
(Counsel to Lonestar Capital)
David P. Simonds, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA  90067

**First Class Mail**
(Counsel to Lonestar Capital)
Michael P. Cooley, Esquire
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201-4675

**First Class Mail**
(Counsel to Broward County)
Government Building
Matthew Horton, County Attorney
115 South Andrews Avenue
Fort Lauderdale, FL  33301

**First Class Mail**
(Counsel to Former Directors of DHB)
Mary K. Dulka, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

**First Class Mail**
(Holder of Equity Interest)
Rodney D. McFadden
PO Box 1292
Franklin, TX  77856

**First Class Mail**
(Counsel to David H. Brooks)
Andrew J. Goodman, Esquire
Garvey Schubert Barer
100 Wall Street, 20th Floor
New York, NY  10005-3708

**First Class Mail**
(Counsel to the Official Committee of
Equity Security Holders)
Carmen H. Lonstein, Esquire
Lawrence P. Vonckx, Esquire
Baker & McKenzie, Esquire
One Prudential Plaza, Suite 3600
130 East Randolph Street
Chicago, IL  60601

**First Class Mail**
(Counsel to Toyota Motor Credit Corp.)
Scott D. Fink, Esquire
Weltman, Weinberg & Reis Co., L.P.A.
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH  44113-1099

**First ClassMail**
(Counsel to Barrier Acquisition, LLC)
Whitman L. Holt
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067

**First Class Mail**
(Counsel to Oracle America Inc.)
Amish R. Doshi, Esq.
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, NY  11743

**First Class Mail**
Marshall Winn, Esquire
Wyche, P.A.
44 East Camperdown Way
Greenville, SC  29602-0728

**First Class Mail**
Prescott Group Capital Management, LLC
1924 Utica Avenue, Suite 1120
Tulsa, OK  74104-6527