# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SS Body Armor I, Inc., et al.,[1] | ) Case No. 10-11255 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related Docket Nos. 2735, 2785** |

Objection Deadline: March 6, 2015 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: April 1, 2015 at 11:00 a.m. (prevailing Eastern time)

### NOTICE OF DEBTORS' AMENDED MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF SETTLEMENT AGREEMENT WITH CLASS PLAINTIFFS, PLAINTIFFS' COUNSEL AND DERIVATIVE COUNSEL

To:  (a) the Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel; (b) each of the defendants in the Turnover Adversary Proceeding; (c) each of the defendants in the Class and Derivative Actions; (d) the Office of the United States Trustee; (e) the Official Committee of Unsecured Creditors; (f) the Official Committee of Equity Security Holders; and (g) parties who have requested notice pursuant to Fed. R. Bankr. P. 2002.

PLEASE TAKE NOTICE that on February 6, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

2

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, on or before **March 6, 2015, at 4:00 p.m. (prevailing Eastern time).**

At the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones, Esquire, Fax: (302) 652-4400; (ii) counsel to the Official Committee of Unsecured Creditors appointed in these cases: Arent Fox LLP, 1675 Broadway, New York, NY 10019, Attn: Robert M. Hirsh, Esquire, Fax: (212) 484-3990; and The Rosner Law Group LLC, 824 Market Street, Suite 810, Wilmington, DE 19801, Attn: Frederick B. Rosner, Esquire, Email: rosner@teamrosner.com; (iii) counsel to the Official Committee of Equity Security Holders in these cases: Baker & McKenzie LLP, 2300 Trammell Crow Center, 2001 Ross Avenue, Dallas, TX 75201, Attn: John E. Mitchell, Esquire, Fax: (214) 965-5948; and Bifferato LLC, 800 N. King Street, Plaza Level, Wilmington, DE 19801, Attn: Ian Connor Bifferato Esquire, Fax: (302) 254-5383; and (iv) the U.S. Trustee: Jane Leamy, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF SOUGHT BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of page intentionally left blank]*

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **APRIL 1, 2015 AT 11:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801.

Dated: February 6, 2015                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
James E. O'Neill (Bar No. 4042)
Elissa A. Wagner (CA Bar No. 213589)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       akornfeld@pszjlaw.com
       joneill@pszjlaw.com
       ewagner@pszjlaw.com

Counsel for Debtors and Debtors in Possession