# Exhibit D

# SILVIA L. SERPE, LLC
ATTORNEY AT LAW

October 8, 2010

**COURTESY COPY BY FEDERAL EXPRESS – ORIGINAL FILED ON ECF**

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
United States District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, NY  11722

> Re:  *In re DHB Industries, Inc. Class Action Litigation*, 2:05 cv 4296 (JS)
>      *In re DHB Industries, Inc. Derivative Litigation*, 2:05 cv 4345 (JS)

Dear Judge Seybert:

I write respectfully to request that you So Order the attached Consent Orders Granting Substitution of Attorney in the two above-referenced actions.

Additionally, I write to inform the Court and all parties that pursuant to Section 7.2 of the Stipulation and Agreement of Settlement dated November 20, 2006 ("Settlement"), defendant Dawn Schlegel agrees to proceed with the Settlement without the indemnification and release provisions that the Second Circuit recently struck down.

Thank you for your consideration of the above request, and for your attention to this matter.

Respectfully,

*/s/ Silvia Serpe*
Silvia L. Serpe

cc: All counsel by ECF

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SS Body Armor I, Inc., et al.,[1] | ) | Case No. 10-11255 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No.** \_\_\_\_ |

### ORDER GRANTING DEBTORS' AMENDED MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF SETTLEMENT AGREEMENT WITH CLASS PLAINTIFFS, PLAINTIFFS' COUNSEL AND DERIVATIVE COUNSEL

Upon consideration of the *Debtors' Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel* (the "Motion") filed by the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested in the Motion is reasonable, fair and in the best interests of the Debtors, their estates and their stakeholders; and due and proper notice of the Motion having been given, and it appearing that no other or further notice is required; and, after due deliberation, good cause appearing for the relief sought in the Motion, it is hereby[2]

ORDERED that the Motion is GRANTED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

[2] Capitalized terms not defined herein have the meanings ascribed to such terms in the Motion.

DOCS_LA:283604.1 70934-001

-2-

ORDERED that the Agreement is APPROVED pursuant to Fed. R. Bankr. P. 9019; and it is further

ORDERED that the Parties are authorized and directed to take all actions necessary to effectuate and implement the terms of the Agreement without the need for further order by this Court; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____, 2015

                                                  The Honorable Christopher S. Sontchi
                                                  United States Bankruptcy Judge