# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SS Body Armor I, Inc., et al.,[1] | ) Case No. 10-11255 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related Docket Nos. 2865 & 3106** |

### ORDER GRANTING DEBTORS' AMENDED MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF SETTLEMENT AGREEMENT WITH CLASS PLAINTIFFS, PLAINTIFFS' COUNSEL AND DERIVATIVE COUNSEL

Upon consideration of the *Debtors' Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel* (the "Motion") filed by the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested in the Motion is reasonable, fair and in the best interests of the Debtors, their estates and their stakeholders; and due and proper notice of the Motion having been given, and it appearing that no other or further notice is required; and, after due deliberation, good cause appearing for the relief sought in the Motion, and for the reasons stated on the record at a hearing on the Motion on July 6, 2015, it is hereby[2]

ORDERED that the Motion is GRANTED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

[2] Capitalized terms not defined herein have the meanings ascribed to such terms in the Motion.

ORDERED that all objections to the Motion are overruled for the reasons stated at the July 6, 2015 hearing on the Motion; and it is further

ORDERED that the Amended Settlement Agreement dated May 4, 2015, including the Addendum to Amended Settlement Agreement dated June 10, 2015 (together defined in this Order as the "Agreement"), are APPROVED pursuant to Fed. R. Bankr. P. 9019; and it is further

ORDERED that the Parties are authorized and directed to take all actions necessary to effectuate and implement the terms of the Agreement without the need for further order by this Court; and it is further

ORDERED that this Court will consider any request for allowance or reimbursement of counsel fees by D. David Cohen or any attorneys for D. David Cohen ("Cohen Fee Application") on the date set for confirmation of the *Amended Joint Chapter 11 Plan of Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors* in these cases (the "Confirmation Hearing"), with such Cohen Fee Application to be filed no later than forty-five (45) days prior to the date set for the Confirmation Hearing in these cases, any objection to such Cohen Fee Application to be filed no later than twenty-one (21) days prior to the Confirmation Hearing, and any reply to such objection to be filed fourteen (14) days prior to the Confirmation Hearing; and it is further

ORDERED that this Court will consider any objection to the allowance of fees for Derivative Counsel filed by D. David Cohen ("Cohen Derivative Counsel Fee Objection") at the Confirmation Hearing,  with such Cohen Derivative Counsel Fee Objection to be filed no later than forty-five (45) days prior to the date set for the Confirmation Hearing and served by Mr.

Cohen on Derivative Counsel, any response to such Cohen Derivative Counsel Fee Objection to be filed no later than twenty-one (21) days prior to the Confirmation Hearing, and any reply to such response to be filed fourteen (14) days prior to the Confirmation Hearing; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____7/9_____, 2015

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge