IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SS Body Armor I, Inc., et al.,[1] | ) | Case No. 10-11255 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket Nos. 3300, 3367, 3368, 3370 & 3371** |

## ORDER WITH RESPECT TO
## FEES AND EXPENSES TO DERIVATIVE COUNSEL

The Court having considered the *Application of D. David Cohen and Carter Ledyard Millburn LLP for Fees and Expenses, and Memorandum in Opposition to the Payment of Fees and Expenses to Derivative Counsel* (the "Application")[2,3] [Docket No. 3300]; the *Debtor's Objection to Application of D. David Cohen and Carter Ledyard Milburn LLP for Fees and Expenses, and Memorandum in Opposition to the Payment of Fees and Expenses to Derivative Counsel [D.I. 3300]* [Docket No. 3367], and *Supplemental Appendix in Support of Debtor's Objection to Application of D. David Cohen and Carter Ledyard Milburn LLP for Fees and Expenses, and Memorandum in Opposition to the Payment of Fees and Expenses to Derivative Counsel* [Docket No. 3368]; the *Joinder of the Creditors' Committee to Debtor's Objection to Application of D. David Cohen and Carter Ledyard Milburn LLP for Fees and Expenses and Memorandum in Opposition to the Payment of Fees and Expenses to Derivative Counsel*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Application.

[3] The balance of the relief sought in the Application other than Derivative Counsel Fees is addressed in a separate Order.

DOCS_DE:203176.4 70934/001

[Docket No. 3370]; the *Joinder of The Official Committee of Equity Security Holders of Point Blank Solutions, Inc. to Debtors' Objection to Application and Administrative Claim Statement of D. David Cohen for Payment of Attorneys' Fees and Expenses Pursuant to 11 U.S.C. § 503(B) for Substantial Contribution to The Debtors' Bankruptcy Estate (Proof of Claim No. 568)* [Docket No. 3386]; the *Response of Derivative Counsel to the Application of D. David Cohen and Carter Ledyard Milburn LLP for Fees and Expenses and Memorandum in Opposition to the Payment of Fees and Expenses to Derivative Counsel* [Docket No. 3371];; the *Reply of D. David Cohen in Opposition to Derivative Counsel's Claim for Payment of Their Fees and Expenses* [Docket No. 3424] and the *Reply of D. David Cohen and Carter Ledyard and Milburn LLP to Debtor's Objection to Application for Fees and Expenses* [Docket No. 3425]; and the Court having found that the award of fees to Derivative Counsel is appropriate; and the Court having jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and, the Court having conducted a hearing on the Application on November 10, 2015 (the "Hearing") and considered the evidence submitted at the Hearing and the statements and arguments made by counsel and Cohen at the Hearing, and, after due deliberation, and for the reasons stated on the record at the Hearing, it is hereby

ORDERED that Cohen's and CLM's objections to Derivative Counsel fees are overruled and fees are approved for Derivative Counsel in the amount of $300,000 on a final basis and in accordance with the terms of the Amended Settlement Agreement dated May 4,

DOCS_DE:203176.4 70934/001

2015 and the Addendum to Amended Settlement Agreement dated June 10, 2015, with no further application to be filed in this Court[4]; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _December 3_, 2015

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[4] The amounts approved in this Order have already been paid and no further payment is required.