IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SS BODY ARMOR I, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11255 (CSS)<br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       )SS:
COUNTY OF NEW CASTLE   )

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Debtors in the above-captioned action, and that on the 23rd day of May, 2017, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

**Post-Confirmation Report for the Period from
January 1, 2017 through March 31, 2017 [Docket No. 3971]**

Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED
by me on this 23 day of May, 2017.

Notary Public
My Commission Expires: SEPT. 16, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: SS Body Armor I, Inc. (9361) f/k/a Point Blank Solutions, Inc. SS Body Armor II, Inc. (4044) f/k/a Point Blank Body Armor, Inc.; SS Body Armor III, Inc.; (9051) f/k/a Protective Apparel Corporation of America; and PBSS LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

DOCS_DE:208334.6 70934/001

SS Body Armor I, Inc., et al. 10-11255
US Trustee Service List
Document No. 200491
01—Hand Delivery

**Hand Delivery**
(United States Trustee)
Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801