IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>S.S. BODY ARMOR I, Inc. *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11255 (CSS)<br>(Jointly Administered)<br><br>Re: Docket No.: 4030<br><br>**Objection Deadline: January 31, 2018 at 4:00 p.m. (ET)**<br>**Hearing Date: February 15, 2018 at 11:00 a.m. (ET)** |

**RESERVATION OF RIGHTS AND STATEMENT OF D. DAVID COHEN IN RESPONSE TO THE OPPOSITION OF POST-CONFIRMATION DEBTOR SS BODY ARMOR I, INC. AND THE RECOVERY TRUSTEE TO MOTION OF CARTER LEDYARD & MILBURN LLP TO ESTABLISH A $25 MILLION RESERVE TO PAY A FEE AWARD TO D. DAVID COHEN AND CARTER LEDYARD & MILBURN LLP**

D. David Cohen ("***Mr. Cohen***"), by and through his undersigned counsel, hereby asserts his reservation of rights and files this statement (the "***Statement***") in response to the Opposition of Post-Confirmation Debtor SS Body Armor I, Inc. and the Recovery Trustee to the Motion of Carter Ledyard & Milburn LLP to Establish a $25 Million Reserve to Pay a Fee Award to D. David Cohen and Carter Ledyard & Milburn LLP (the "***Opposition***") [Docket No. 4030].

1. As pointed out in footnote 2 of the Opposition, the Motion of Carter Ledyard & Milburn LLP to Establish a $25 Million Reserve to Pay a Fee Award to D. David Cohen and Carter Ledyard & Milburn LLP (the "***Motion***") was filed <u>only</u> by Carter Ledyard & Milburn LLP ("CLM") and <u>not</u> by Mr. Cohen.

2. Mr. Cohen does not share the position of CLM as set forth the Motion. However, the Opposition repeatedly refers to both "Cohen and CLM" throughout and contains several mischaracterizations with respect to Mr. Cohen that he is compelled to address.

3. As such, Mr. Cohen files this Statement in order to preserve all rights to appear at the hearing on the Motion and Opposition and address the Motion, generally, and the mischaracterizations made about him on the record.

4. Mr. Cohen respectfully requests an evidentiary hearing with the opportunity for witnesses, sworn testimony and documentary evidence. Mr. Cohen further proffers to this Court that since this is essentially a quarrel between lawyers and about fees, oral argument alone is unlikely to narrow the issues while sworn testimony, with the right of cross-examination, is more likely to inform the Court and lead to the possibility of an appropriate resolution of the competing claims. Mr. Cohen is a party to this dispute, even if involuntarily.

Dated: February 1, 2018
Wilmington, DE

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Amy D. Brown (DE 4077)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Tel.: (302) 425-5800
Fax: (302) 425-5814
mbusenkell@gsbblaw.com
abrown@gsbblaw.com

*Counsel for D. David Cohen*