# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
SS Body Armor I, Inc
2101 S.W. 2nd Street
Pompano Beach, FL 33069
  **EIN:** 11–3129361
Point Blank Solutions Inc
DHB Industries, Inc.

**Chapter:** 11

*Case No*.: 10–11255–CSS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 2/16/18 was filed on 2/20/18 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 3/13/18 .

If a request for redaction is filed, the redacted transcript is due 3/23/18 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 5/21/18 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*Una O'Boyle*
_____
Una O'Boyle, Clerk of Court

Date: 2/20/18

(ntc)

In re:                                                        Case No. 10-11255-CSS
SS Body Armor I, Inc                                          Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1        User: LeslieM        Page 1 of 1        Date Rcvd: Feb 20, 2018
                           Form ID: ntcBK        Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db              SS Body Armor I, Inc,   2101 S.W. 2nd Street,   Pompano Beach, FL  33069
aty            +Alan J. Kornfeld,   Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Blvd, 11th Floor,
                Los Angeles, CA 90067-4003
aty            +David Bertenthal,   Pachulski Stang Ziehl & Jones LLP,   150 California Street, 15th Floor,
                San Francisco, CA  94111,   US 94111-4554
aty            +David M. Cohen,   Carr & Palmer , LLP,   10 North Parkway Square,   4200 Northside Parkway, NW,
                Atlanta, GA 30327-3081
aty            +Elissa A. Wagner,   Pachulski Stang Ziehl & Jones LLP,
                10100 Santa Monica Boulevard, 13th Floor,   Los Angeles, CA 90067-4003
aty            +George Kostolampros,   Dentons US LLP,   1900 K Street, NW,   Washington, DC 20006-1100
aty             James E. O'Neill,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Street, 17th Floor,
                PO Box 8705,   Wilmington, DE  19899-8705
aty            +Maxim B. Litvak,   Pachulski Stang Ziehl & Jones LLP,   150 California Street,   15th Floor,
                San Francisco, CA 94111-4554
aty            +Nancy R. Grunberg,   Dentons US LLP,   1900 K Street, NW,   Washington, DC 20006-1100
aty            +W. Pitts Carr,   Carr & Palmer, LLP,   10 North Parkway Square,   4200 Northside Parkway, NW,
                Atlanta, GA 30327-3007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
NONE.                                                                              TOTAL: 0