UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
In re:                                              : Chapter 11
                                                    :
SS BODY ARMOR I, INC., et al.                       : Case No. 10-11255 (CSS)
                                                    : Jointly Administered
Debtors.                                            :
                                                    : **Ref. Docket No. 4019**
---------------------------------------------------------- X

## ORDER ESTABLISHING RESERVE

Upon consideration of the Motion of Carter Ledyard & Milburn LLP ("CLM") to Establish Reserve to Pay Fee Award Pursuant to Order Dated December 3, 2015 (the "Motion"), **IT IS HEREBY**

ORDERED, that the Motion is GRANTED IN PART and DENIED IN PART as set forth herein; and it is further

ORDERED, that upon Post Confirmation Debtor's receipt of funds from Global Settlement (as defined in the opposition to the Motion filed by the Post-Confirmation Debtor and the Recovery Trust (Docket No. 4030)), the Post-Confirmation Debtor shall establish a reserve in the amount of $5 million to be held pending the determination of the amount of D. David Cohen's and CLM's fee award (the "Fee Request") and the payment of such award, if any, to D. David Cohen and CLM; and it is further

ORDERED, that the rights D. David Cohen and CLM to assert the Fee Request and the rights of Post Confirmation Debtor, the Recovery Trust and any other party to oppose the Fee Request are fully reserved; and it is further

ORDERED, that this Court retains jurisdiction with respect to the matters set forth in this Order.

Dated: ___February 23___, 2018
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　The Honorable Christopher S. Sontchi
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge