IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
                                                            : Chapter 11

In re S.S. BODY ARMOR I, Inc. *et al.,*     :

                                                             : Case No. 10-11255 (CSS)

                       Debtors.             : Jointly Administered

                                                             :

                                                             : Re: Docket No.: 4049
------------------------------------------------------------ X

## **<u>NOTICE OF APPEAL OF CARTER LEDYARD & MILBURN LLP</u>**

     Carter Ledyard & Milburn LLP ("CLM"), by and through the undersigned counsel, hereby appeals under 28 U.S.C. § 158(a) from (i) only that portion of the Order Establishing Reserve [Docket No. 4049] (the "Order") that denied CLM's request to establish a reserve in the amount of $25 million and instead limited the reserve to $5 million, which Order was entered in the above-captioned Chapter 11 proceedings on February 23, 2018, and a copy of which is attached hereto as Exhibit A, and (ii) all orders, interlocutory orders, determinations, findings of fact, conclusions of law and evidentiary rulings concerning or related to the Order, including (a) the Order with Respect to Application of D. David Cohen and Carter Ledyard & Milburn LLP for Fees and Expenses, dated December 3, 2015 [Docket No. 3624], and (b) the Order with Respect to Fees and Expenses to Derivative Counsel, dated December 3, 2015 [Docket No. 3623], each of which were entered in the above-captioned Chapter 11 proceedings on December 3, 2015 and are currently pending on appeal in this Court (Case No. 15-01154).

     The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are set forth on the attached Exhibit B.

8233527.1

| | |
|---|---|
| Dated: March 2, 2018 | GELLERT SCALI BUSENKELL & BROWN, LLC |

By: */s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, Delaware 19801
Tel.: (302) 425-5800
Fax: (302) 425-5814
mbusenkell@gsbblaw.com

AND

CARTER LEDYARD & MILBURN LLP
Gary D. Sesser
William F. Sondericker
Leonardo Trivigno
2 Wall Street
New York, New York 10005
Tel. (212) 732-3200
Fax. (212) 732-3232

*Attorneys for Carter Ledyard & Milburn LLP*