IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------X
:  Chapter 11
In re: :
:  Case No. 10-11255 (CSS)
S.S. BODY ARMOR I, Inc. *et al.,* :  Jointly Administered
:
Debtors. :  Re: Docket No. 4059
:
---------------------------------------------X

# CARTER LEDYARD & MILBURN'S MOTION TO SHORTEN NOTICE OF MOTION TO STAY DISTRIBUTIONS PENDING DETERMINATION OF APPEAL

Carter Ledyard & Milburn LLP ("***CLM***") hereby moves this Court for the entry of an order shortening the applicable notice period (the "***Motion to Shorten***") for the Motion to Stay Distributions Pending Determination of Appeal (the "***Stay Motion***") pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), Rules 4001-1(b), 9006-1(c) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***"), and Sections 102 and 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended and applicable herein, the "***Bankruptcy Code***"). In support of the Motion to Shorten, CLM respectfully states as follows:

1. Local Rule 9006-1(c) provides the notice requirements for motions. Under Local Rule 9006-1(e), however, such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice. *See* Del. Bankr. L.R. 9006-1(e). There is sufficient cause to justify shortening the notice period for the hearing on the Stay Motion.

2. CLM's request for shortened notice is to ensure that this Court can determine whether or not a stay is appropriate prior to the distribution of funds by the Post-Confirmation Debtor. Based on the status report filed by the Securities and Exchange Commission, it appears the parties are nearing execution of the anticipated settlement. *See* Stay Motion, Ex. A, p. 3. Absent shortened notice, the settlement may be executed and the Post-Confirmation Debtor may receive and distribute the settlement proceeds before the Stay Motion could be heard. Under the circumstances, CLM respectfully submits that good cause exists to approve the reduction in notice requested herein with respect to the Stay Motion.

3. CLM respectfully requests that the hearing to consider the Stay Motion be conducted at the next scheduled telephonic conference in this case, which will take place on April 3, 2018 at 2:00 p.m. Eastern Time. CLM proposes the deadline to object to the Stay Motion be set for April 2, 2018 at 4:00 p.m.

WHEREFORE, for the foregoing reasons, CLM respectfully requests that this Court enter an order (i) granting the relief requested herein and (ii) granting any other further relief as it deems just and proper.

8245151.1

Dated: Wilmington, Delaware
March 27, 2018

GELLERT SCALI BUSENKELL & BROWN, LLC

By: */s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Tel.: (302) 425-5812
Fax: (302) 425-5814
Email: mbusenkell@gsbblaw.com

And

CARTER LEDYARD & MILBURN LLP

Gary D. Sesser
William F. Sondericker
Leonardo Trivigno
2 Wall Street
New York, New York 10005
Tel. (212) 732-3200

*Attorneys for Movant Carter Ledyard & Milburn LLP*

3

8245151.1