# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SS Body Armor I, Inc., et al.,[1] | ) | Bankr. Case No. 10-11255 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | **Related to Bankr. D.I. 4057** |
| | ) | |
| | ) | |
| Carter Ledyard & Milburn LLP, | ) | |
| | ) | Civ. Action No. 18-00349 (GMS) |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SS Body Armor I, Inc., et al., | ) | |
| | ) | |
| Appellees. | ) | |

## APPELLEES' COUNTER-DESIGNATION OF ADDITIONAL ITEMS FOR INCLUSION IN THE RECORD ON APPEAL FILED BY <u>CARTER LEDYARD & MILBURN LLP</u>

Appellees SS Body Armor I, Inc., the post-confirmation debtor in the above-captioned chapter 11 case (the "Bankruptcy Case"), and the Recovery Trustee of the Recovery Trust established pursuant to the confirmed chapter 11 plan (collectively, the "Appellees") submit this counter-designation of additional items to be included in the record on the appeal filed by Carter Ledyard & Milburn LLP on March 2, 2018 [Bankr. D.I. 4051] from the *Order Establishing Reserve* [Bankr. D.I. 4049] entered on February 23, 2018 in the Bankruptcy Case. Appellees respectfully reserve the right to supplement and/or amend the record on appeal designated herein.

---

[1] The pre-confirmation debtors, and the last four digits of each debtor's federal tax identification number, were: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings for the post-confirmation debtor must be sent to SS Body Armor I, Inc., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones, Esq.

**I.      Items Counter-Designated from the Docket in the Bankruptcy Case**

Appellees counter-designate the following items from the docket in the Bankruptcy Case:

| Date | Docket No. | Description |
|---|---|---|
| 09/17/10 | 589 | Debtor Point Blank Solutions Inc.'s Motion for Order Under 11 U.S.C. § 365(a) Authorizing Rejection of Class and Derivative Action Settlement Agreement |
| 12/22/10 | 949 | Order Granting Debtor Point Blank Solutions, Inc.'s Motion for Order Under 11 U.S.C. § 365(a) Authorizing Rejection of Class and Derivative Action Settlement |
| 12/05/14 | 2784 | Statement and Reservation of Rights of D. David Cohen |
| 02/06/15 | 2865 | Debtors' Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel |
| 02/18/15 | 2885 | Joinder In Motion For Any And All Relief Necessary And Appropriate To Require An Annual Meeting Of Stockholders |
| 03/06/15 | 2921 | Reservation of Rights (Statement) of D. David Cohen in Response to Debtors Amended Motion to Approve Settlement Agreement |
| 03/06/15 | 2923 | Statement of D. David Cohen in Opposition to Debtor's Motion for an Order Approving Alleged Settlement |
| 03/23/15 | 2942 | Transcript of Hearing before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge on March 19, 2015 |
| 03/23/15 | 2945 | Objection to Debtor's Motion for Approval of Settlement Agreement |
| 03/23/15 | 2946 | Response of Barry Berkman, Gary Nadelman, Jerome Krantz and Cary Chasin to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Order Approving Settlement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel |
| 03/27/15 | 2954 | Debtors' Reply in Support of Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel |
| 03/27/15 | 2955 | Appendix of Exhibits to Debtors' Reply in Support of Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel |

| Date | Docket No. | Description |
|------|------------|-------------|
| 03/27/15 | 2956 | Omnibus Reply of the Creditors' Committee in Further Support of Debtors' Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel |
| 03/30/15 | 2958 | Notice to the Honorable Christopher S. Sontchi and Interested Parties re: Hearing on Debtors' Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel |
| 03/30/15 | 2960 | Statement of Lead Plaintiffs with Respect to Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel |
| 04/01/15 | 2969 | Opinion (Motion for Relief from the Automatic Stay) |
| 05/04/15 | 2995 | Notice to the Honorable Christopher S. Sontchi and Interested Parties re: Technical Amendments to Settlement Agreement Between Debtors, Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel |
| 05/30/15 | 3029 | Supplemental Objection to Motion for Approval of Settlement Agreement |
| 06/01/15 | 3033 | Debtors' Supplemental Reply in Further Support of Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel |
| 06/01/15 | 3036 | Lead Plaintiffs' Reply and Joinder to Debtors' Reply and Debtors' Supplemental Reply in Further Support of Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel |
| 06/01/15 | 3037 | Appendix of Exhibits to Lead Plaintiffs' Reply and Joinder to Debtors' Reply and Supplemental Reply in Support of Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Amended Settlement Agreement With Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel |
| 06/01/15 | 3039 | Creditors' Committee's Reply and Joinder to Debtors' Supplemental Reply in Further Support of Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel |

| Date | Docket No. | Description |
|---|---|---|
| 06/08/15 | 3047 | Transcript of Hearing before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge on June 4, 2015 re: Settlement Agreement |
| 06/11/15 | 3055 | Notice to The Honorable Christopher S. Sontchi and Interested Parties Re: Addendum to Amended Settlement Agreement Between Debtors, Class Plaintiffs, Plaintiffs'' Counsel and Derivative Counsel |
| 06/15/15 | 3065 | Transcript of Hearing before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge on June 12, 2015 re: Settlement Agreement |
| 06/19/15 | 3076 | Joint Exhibit List in Connection with (I) Debtors' Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel, and (II) Related Objections, Replies and Other Responses Thereto |
| 06/29/15 | 3089 | Reservation of Rights (Statement) of D. David Cohen in Response to Debtors' Amended Motion to Approve Settlement Agreement |
| 06/30/15 | 3090 | Debtors' Response to Supplemental Statement of D. David Cohen in Response to Debtors' Letter Concerning Court Approval in Derivative Action Filed by SS Body Armor I, Inc. |
| 07/08/15 | 3104 | Transcript of Hearing before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge on July 6, 2015 |
| 07/08/15 | 3107 | Motion for Entry of an Order (A) Approving the Adequacy of the Amended Disclosure Statement; (B) Scheduling a Hearing to Confirm the Amended Joint Chapter 11 Plan of Liquidation; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; and (E) Approving Forms and Manner of Notice |
| 07/09/15 | 3109 | Order Granting Debtors' Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel |
| 07/20/15 | 3157 | Debtors' Omnibus Reply to Objections Filed with Respect to the Amended Disclosure Statement for the Amended Joint Chapter 11 Plan of Liquidation |
| 07/22/15 | 3169 | Notice of Appeal |
| 07/23/15 | 3171 | Notice of Filing of Updated Chart of Objections and Responses to the Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors |

| Date | Docket No. | Description |
|---|---|---|
| 07/27/15 | 3204 | Transcript of Hearing before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge on July 23, 2015 re: Disclosure Statement |
| 08/11/15 | 3230 | Notice to the Honorable Christopher S. Sontchi and Interested Parties re: Proposed Inserts to Amended Disclosure Statement |
| 08/19/15 | 3243 | Notice to the Honorable Christopher S. Sontchi and Interested Parties re: EDNY District Court Orders Granting Motion to Approve Settlement Agreement in Class Action and Motion to Dismiss Derivative Action |
| 08/27/15 | 3259 | Order (A) Approving the Adequacy of the Amended Disclosure Statement; (B) Scheduling a Hearing to Confirm the Amended Joint Chapter 11 Plan of Liquidation; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; and (E) Approving Forms and Manner of Notice |
| 09/01/15 | 3261 | Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors |
| 09/01/15 | 3262 | Amended Disclosure Statement with Respect to Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors |
| 09/10/15 | 3275 | Supplemental Order (A) Approving the Adequacy of the Amended Disclosure Statement; (B) Scheduling a Hearing to Confirm the Amended Joint Chapter 11 Plan of Liquidation; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; and (E) Approving Forms and Manner of Notice |
| 09/25/15 | 3300 | Memorandum of Law re: Application of D. David Cohen and Carter Ledyard Milburn LLP for Fees and Expenses, and Memorandum in Opposition to the Payment of Fees and Expenses to Derivative Counsel [Including Exhibits] |
| 09/29/15 | 3312 | Appendix of Exhibits in Support of Debtors' Objections to Claim Nos. 428 and 541 filed by David H. Brooks, Claim No. 542 filed by Dawn M. Schlegel and Claim No. 414 filed by Terry Brooks |
| 09/29/15 | 3317 | Debtors' Objection to Claim [Claim Nos. 390 and 402] |
| 09/29/15 | 3318 | Debtors' Objection to Claim [Claim No. 434] |
| 09/29/15 | 3320 | Debtors' Objection to Claim [Claim No. 568] |
| 10/02/15 | 3347 | Notice of Filing of Plan Supplement with Respect to the Second Amended Joint Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors |

| Date | Docket No. | Description |
|---|---|---|
| 10/09/15 | 3351 | Revised Exhibit C-1 and C-3 to Plan Supplement |
| 10/13/15 | 3353 | Objection to Settlement and Plan of Liquidation filed by D. David Cohen |
| 10/19/15 | 3367 | Debtors Objection to Application of D. David Cohen and Carter Ledyard Milburn LLP for Fees and Expenses, and Memorandum in Opposition to the Payment of Fees and Expenses to Derivative Counsel |
| 10/19/15 | 3368 | Supplemental Appendix in Support of Debtors Objection to Application of D. David Cohen and Carter Ledyard Milburn LLP for Fees and Expenses, and Memorandum in Opposition to the Payment of Fees and Expenses to Derivative Counsel |
| 10/19/15 | 3370 | Joinder to Debtors Objection to Application of D. David Cohen and Carter Ledyard Milburn LLP for Fees and Expenses and Memorandum in Opposition to the Payment of Fees and Expenses to Derivative Counsel |
| 10/19/15 | 3371 | Response of Derivative Counsel to The Application of D. David Cohen and Carter Ledyard Milburn LLP for Fees and Expenses and Memorandum in Opposition to the Payment of Fees and Expenses to Derivative Counsel |
| 10/20/15 | 3379 | Response of D. David Cohen to Debtors' Objection to Proof of Claim Nos. 434 and 568 |
| 10/20/15 | 3381 | Joinder of The Official Committee of Equity Security Holders of Point Blank Solutions, Inc. to Debtors' Objection to Claim Nos. 390 and 402 Filed by D. David Cohen |
| 10/20/15 | 3384 | Joinder of The Official Committee of Equity Security Holders of Point Blank Solutions, Inc. to Debtors' Objection to Claim No. 434 of Carter Ledyard & Milburn LLP, Counsel to D. David Cohen |
| 10/20/15 | 3386 | Joinder of The Official Committee of Equity Security Holders of Point Blank Solutions, Inc. to Debtors' Objection to Application and Administrative Claim Statement of D. David Cohen for Payment of Attorneys' Fees and Expenses Pursuant to 11 U.S.C. § 503(B) for Substantial Contribution to The Debtors' Bankruptcy Estate (Proof of Claim No. 568) |
| 10/20/15 | 3390 | Joinder of The Official Committee of Equity Security Holders of Point Blank Solutions, Inc. to Debtors Objection to Application of D. David Cohen and Carter Ledyard Milburn LLP for Fees and Expenses, and Memorandum in Opposition to the Payment of Fees and Expenses to Derivative Counsel |

| Date | Docket No. | Description |
|---|---|---|
| 10/20/15 | 3394 | Memorandum In Support of Claims Of D. David Cohen In Response To Debtor's Objections to Claims |
| 10/26/15 | 3424 | Reply of D. David Cohen in Opposition to Derivative Counsel's Claim for Payment of Their Fees and Expenses |
| 10/26/15 | 3425 | Reply of D. David Cohen and Carter Ledyard and Milburn LLP to Debtors Objection to Application for Fees and Expenses |
| 11/04/15 | 3487 | Debtors' Memorandum of Law (I) in Support of Confirmation of Second Amended Joint Chapter 11 Plan of Liquidation With Technical Modifications and (II) In Response to Objections to Plan Confirmation |
| 11/04/15 | 3490 | Certification of Ballots |
| 11/04/15 | 3491 | Declaration of T. Scott Avila In Support of Confirmation of Second Amended Joint Chapter 11 Plan of Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors |
| 11/04/15 | 3492 | Declaration of George Kostolampros of Dentons U.S. LLP |
| 11/06/15 | 3512 | Statement in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Liquidation, filed by the Official Committee of Unsecured Creditors |
| 11/09/15 | 3519 | Notice of Filing of Amended Plan Supplement with Respect to the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors |
| 11/09/15 | 3520 | Notice of Filing of Blackline of Amended Plan Supplement with Respect to the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors |
| 11/10/15 | 3526 | Order Confirming the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors |
| 11/16/15 | 3560 | Transcript of Hearing before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge on November 9, 2015 |
| 11/16/15 | 3561 | Transcript of Hearing before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge on November 10, 2015 |
| 12/03/15 | 3623 | Order With Respect to Fees and Expenses to Derivative Counsel |
| 12/15/15 | 3672 | Notice of Appeal |
| 02/13/18 | 4036 | Notice of Service of Subpoena |
| 02/15/18 | 4039 | Notice of Service of Subpoena |

| Date | Docket No. | Description |
|---|---|---|
| 03/27/18 | 4059 | Motion to Stay Distributions Pending Determination of Appeal |
| 03/27/18 | 4060 | Carter Ledyard & Milburn's Motion to Shorten Notice of Motion to Stay Distributions Pending Determination of Appeal |

Appellees also counter-designate the following items from the official claims register in the Bankruptcy Case:

| Date | Claim No. | Description |
|---|---|---|
| 08/09/10 | 390 | Proof of Claim No. 390 filed by D. David Cohen |
| 08/10/10 | 402 | Proof of Claim No. 402 filed by D. David Cohen |
| 08/13/10 | 434 | Proof of Claim No. 434 filed by Carter Ledyard & Milburn LLP |
| 01/13/12 | 568 | Proof of Claim No. 568 filed by D. David Cohen |

Finally, Appellees counter-designate the following exhibits from the hearing that commenced on June 4, 2015, continued on June 12, 2015 and concluded on July 6, 2015 in the Bankruptcy Case, all of which were identified on the *Joint Exhibit List in Connection with (I) Debtors' Amended Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Class Plaintiffs, Plaintiffs' Counsel and Derivative Counsel, and (II) Related Objections, Replies and Other Responses Thereto* [Bankr. D.I. 3076] and appear on the docket in the Bankruptcy Case:

| Date | Docket No. | Exhibit No. & Description |
|---|---|---|
| 08/19/15 | 3247 | Brooks 4: Notice of Addendum |
| 08/05/15 | 3218-9 | Joint 1: D.I. 2865, Ex. A – 2/6/15 Settlement Agreement |
| 08/05/15 | 3218-10 | Joint 2: D.I. 2865, Ex. B – EDNY Stipulation |
| 08/05/15 | 3218-11 | Joint 3: D.I. 2865, Ex. C – D. Brooks Response to Status Report |
| 08/05/15 | 3218-12 | Joint 4: D.I. 2865, Ex. D – D. Schlegel Response to Status Report |
| 08/05/15 | 3218-13 | Joint 5: D.I. 2941, Ex. A – RISA |

| Date | Docket No. | Exhibit No. & Description |
|---|---|---|
| 08/05/15 | 3218-14 | Joint 6:  D.I. 2941, Ex. B – Agreement of Insureds |
| 08/05/15 | 3218-15 | Joint 7:  D.I. 2941, Ex. C – Escrow Agreement |
| 08/05/15 | 3218-16 | Joint 8:  D.I. 2941, Ex. D – Final Judgment in Class Action |
| 08/05/15 | 3218-17 | Joint 9:  D.I. 2941, Ex. E – Order Awarding Attorneys' Fees |
| 08/05/15 | 3218-19 | Joint 15:  D.I. 2941, Ex. L – Letter re: Settlement Agreement |
| 08/19/15 | 3246-5 | Joint 16:  D.I. 2941, Ex. M – D. Brooks Brief re: Restitution |
| 08/05/15 | 3218-20 | Joint 17:  D.I. 2941, Ex. N – Amended Forfeiture Order |
| 08/19/15 | 3246-6 | Joint 18:  D.I. 2941, Ex. O – Letter re: Supplemental Calculation |
| 08/05/15 | 3218-21 | Joint 20:  D.I. 2945, Ex. C – Judgment in a Criminal Case |
| 08/19/15 | 3246-7 | Joint 21:  D.I. 2945, Ex. D – Superseding Indictment |
| 08/19/15 | 3246-8&9 | Joint 22:  D.I. 2945, Ex. E – Consolidated Class Action Complaint |
| 08/19/15 | 3246-10 | Joint 23:  D.I. 2945, Ex. G – Letter re: Supplemental Calculation |
| 08/19/15 | 3246-11 | Joint 24:  D.I. 2945, Ex. J – 12/18/14 Memorandum and Order |
| 08/19/15 | 3246-12 | Joint 25:  D.I. 2945, Ex. K – DOJ 9/29/14 Letter re: Restitution |
| 08/19/15 | 3246-13 | Joint 26:  D.I. 2945, Ex. L – DOJ 11/25/13 Letter re: Restitution |
| 08/19/15 | 3246-14 | Joint 27:  D.I. 2945, Ex. M – DOJ 12/30/13 Letter re: Restitution |
| 08/19/15 | 3246-15 | Joint 28:  D.I. 2945, Ex. N – DOJ 8/15/14 Letter re: Restitution |
| 08/19/15 | 3246-16 | Joint 29:  D.I. 2945, Ex. O – DOJ 10/16/14 Letter re: Restitution |
| 08/19/15 | 3246-17 | Joint 30:  D.I. 2945, Ex. P – DOJ 1/18/15 Letter re: Restitution |
| 08/19/15 | 3246-18 | Joint 32:  D.I. 3029, Ex. S – Debtors' Petition for Remission |
| 08/19/15 | 3246-19 | Joint 33:  D.I. 3030, Ex. 1 – Debtors' Letter re: Restitution |
| 08/19/15 | 3246-20 | Joint 34:  D.I. 3030, Ex. 2 – DOJ 12/23/14 Letter re: Restitution |
| 08/19/15 | 3246-21 | Joint 36:  D.I. 3030, Ex. 7 – Preliminary Approval Order |
| 08/05/15 | 3218-24 | Joint 37:  D.I. 3030, Ex. 10 – Final Judgment in Derivative Action |
| 08/05/15 | 3218-25 | Joint 38:  D.I. 2955, Ex. B – Securities Purchase Agreement |
| 08/05/15 | 3218-26 | Joint 39:  D.I. 2955, Ex. C – Warrant Exercise Agreement |
| 08/19/15 | 3246-22 | Joint 40:  D.I. 2955, Ex. F – D. Brooks Brief re: Restitution |
| 08/19/15 | 3246-23 | Joint 41:  D.I. 2955, Ex. G – D. Brooks Brief re: Restitution |
| 08/19/15 | 3246-24 | Joint 42:  D.I. 2955, Ex. H – D. Brooks Letter re: Restitution |
| 08/19/15 | 3246-25 | Joint 43:  D.I. 2955, Ex. I – D. Brooks Letter re: Restitution |

| Date | Docket No. | Exhibit No. & Description |
|---|---|---|
| 08/19/15 | 3246-26 | Joint 44:  D.I. 2955, Ex. J – D. Brooks Letter re: Restitution |
| 08/19/15 | 3246-27 | Joint 45:  D.I. 2955, Ex. K – Excerpts from Hearing Transcript |
| 08/19/15 | 3246-28 | Joint 46:  D.I. 2955, Ex. L – Statement of Issues on Appeal |
| 08/19/15 | 3246-29 | Joint 47:  D.I. 2955, Ex. M – Statement of Issues on Appeal |
| 08/19/15 | 3246-30 | Joint 48:  D.I. 2955, Ex. N – Brief in Support of Motion to Dismiss |
| 08/19/15 | 3246-31 | Joint 49:  D.I. 2955, Ex. O – PACER Filer List (EDNY) |
| 08/19/15 | 3246-32 | Joint 50:  D.I. 2955, Ex. P – Brief in Support of Motion to Dismiss |
| 08/19/15 | 3246-33 | Joint 51:  D.I. 2955, Ex. Q – Excerpts from Hearing Transcript |
| 08/19/15 | 3246-34 | Joint 52:  D.I. 3033, Ex. A – Motion for Approval of Settlement |
| 08/19/15 | 3246-35 | Joint 53:  D.I. 3033, Ex. B – 5/28/15 Hearing Transcript |
| 08/19/15 | 3246-36 | Joint 54:  D.I. 3033, Ex. C – 5/28/15 Minute Order |
| 08/19/15 | 3246-37 | Joint 58:  D.I. 3037, Ex. A – Order re: Class Action Consolidation |
| 08/19/15 | 3246-38 | Joint 59:  D.I. 3037, Ex. B – Plaintiffs' Submission re: Restitution |
| 08/19/15 | 3246-39 | Joint 60:  D.I. 3037, Ex. C – DOJ Letter re: Bail Release Motion |
| 08/19/15 | 3246-40 | Joint 61:  D.I. 3037, Ex. F – Order Approving Plan of Allocation |
| 08/05/15 | 3218-29 | Joint 62:  D.I. 2958, Ex. A – 3/27/15 Restitution Order |
| 08/05/15 | 3218-30 | Joint 63:  D.I. 2958, Ex. B – Attachment to Restitution Order |
| 08/05/15 | 3218-31 | Joint 64:  D.I. 2995, Ex. A – Amended Settlement Agreement |

## II.    Items Counter-Designated from the Dockets in Related Adversary Proceedings

Appellees counter-designate the following items from the adversary proceeding captioned *Point Blank Solutions Inc. v. Robbins Geller Rudman & Dowd LLP, et al.*, Adv. No. 10-55361 (Bankr. D. Del.):

| Date | Docket No. | Description |
|---|---|---|
| 04/02/13 | 127 | Motion for Approval of Seventh Stipulation to Stay Litigation |
| 04/03/13 | 128 | Order Granting Motion for Approval of Seventh Stipulation to Stay Litigation |

Appellees also counter-designate the following items from the adversary proceeding captioned *SS Body Armor I, Inc. v. Jeffrey R. Brooks*, Adv. No. 15-50261 (Bankr. D. Del.):

| Date | Docket No. | Description |
| --- | --- | --- |
| 04/06/15 | 1 | Verified Complaint |
| 04/06/15 | 3 | Motion for Preliminary Injunction Filed by SS Body Armor I, Inc. |
| 04/06/15 | 4 | Appendix of Exhibits |

### III.  Items Counter-Designated from the Dockets in the Other Related Actions

Appellees counter-designate the following items from the docket in the consolidated derivative action captioned as *In re DHB Industries, Inc. Derivative Litigation*, Case No. 05-cv-04345 (E.D.N.Y.), all of which also appear on the docket in the Bankruptcy Case:

| Date | Docket No. | Description |
| --- | --- | --- |
| 07/10/15 | 3593-1 [EDNY 262] | Motion to Dismiss Derivative Action with Prejudice filed by SS Body Armor I, Inc. |
| 07/10/15 | 3593-2 [EDNY 263] | Declaration of Alan J. Kornfeld in Support of Motion to Dismiss |
| 07/10/15 | 3593-3 [EDNY 264] | Memorandum in Support of Motion to Dismiss |
| 07/24/15 | 3593-4 [EDNY 265] | Memorandum in Opposition to Motion to Dismiss filed by D. David Cohen |
| 08/03/15 | 3593-5 [EDNY 271] | Declaration of Elissa A. Wagner in Support of Reply Brief in Support of Motion to Dismiss |
| 08/03/15 | 3593-6 [EDNY 272] | Reply Brief in Support of Motion to Dismiss |
| 08/18/15 | 3593-7 | Transcript of Hearing before the Honorable Joanna Seybert, United States District Judge on August 18, 2015 |
| 08/18/15 | 3593-8 [EDNY 274] | Order Granting Motion by SS Body Armor I, Inc. to Dismiss Consolidated Derivative Action with Prejudice |
| 09/17/15 | 3593-9 [EDNY 275] | Notice of Appeal filed by D. David Cohen |

Appellees also counter-designate the following item from the docket in the Second Circuit appeal captioned as *David Cohen v. DHB Industries, Inc.*, Case No. 15-2940, a copy of which is submitted concurrently herewith:

| Date | Docket No. | Description |
| --- | --- | --- |
| 08/19/16 | 2d Cir. 71 | Certified Copy of Order Denying Cohen Appeal [Attached as **Exhibit 1**] |

Appellees also counter-designate the following items from the docket in the consolidated class action captioned as *In re DHB Industries, Inc. Class Action Litigation*, Case No. 05-cv-04296 (E.D.N.Y.), all of which also appear on the docket in the Bankruptcy Case:

| Date | Docket No. | Description |
| --- | --- | --- |
| 08/18/15 | 3593-10 [EDNY 457] | Order Approving Settlement Agreement in Class Action |
| 09/17/15 | 3593-11 [EDNY 459] | Notice of Appeal filed by D. David Cohen |

Appellees also counter-designate the following items from the docket in the Second Circuit appeal captioned *D. David Cohen v. NECA-IBEW Pension Fund*, Case No. 15-2935 (2d Cir.), which also appear on the docket in the Bankruptcy Case or are submitted concurrently herewith:

| Date | Docket No. | Description |
| --- | --- | --- |
| 10/12/15 | 3593-12 to 17 [2d Cir. 31] | Motion to Dismiss Cohen Appeal, filed by Class Plaintiffs |
| 10/26/15 | 3593-18 [2d Cir. 42] | Opposition to Motion to Dismiss Cohen Appeal |
| 11/05/15 | 3593-19 [2d Cir. 55] | Reply in Support of Motion to Dismiss Cohen Appeal, filed by Class Plaintiffs |
| 03/11/16 | 2d. Cir. 71 | Certified Copy of Order Dismissing Cohen Appeal [Attached as **Exhibit 2**] |

Appellees also counter-designate the following items from the docket in the criminal action captioned as *United States v. David H. Brooks*, Case No. 06-cr-00550 (E.D.N.Y.), copies of which are submitted concurrently herewith:

| Date | Docket No. | Description |
| --- | --- | --- |
| 11/25/13 | EDNY 1762 | USAO Letter to Court Regarding Restitution [Attached as **Exhibit 3**] |
| 05/26/15 | EDNY 1903 | Motion for Leave to Appeal Restitution Order [Attached as **Exhibit 4**] |
| 06/16/15 | EDNY 1906 | Order Denying Motion for Leave to Appeal [Attached as **Exhibit 5**] |

Appellees also counter-designate the following item from the docket in the civil forfeiture action captioned as *United States v. All Assets Listed on Schedule I*, Case No. 10-cv-04750 (E.D.N.Y.), a copy of which is submitted concurrently herewith:

| Date | Docket No. | Description |
| --- | --- | --- |
| 09/08/17 | EDNY 171 | Amended Verified Complaint In Rem [Attached as **Exhibit 6**] |

Finally, Appellees counter-designate the following items from the docket in the civil enforcement action captioned as *SEC v. Brooks*, Case No. 07-cv-61526 (S.D. Fla.), copies of which are submitted concurrently herewith:

| Date | Docket No. | Description |
| --- | --- | --- |
| 04/07/17 | S.D. Fla. 49 | Amended Complaint [Attached as **Exhibit 7**] |
| 03/06/18 | S.D. Fla. 137 | Motion to Intervene Filed by D. David Cohen [Attached as **Exhibit 8**] |
| 03/09/18 | S.D. Fla. 142 | Order Denying Motion to Appear Pro Hac Vice [Attached as **Exhibit 9**] |

| Date | Docket No. | Description |
|------|------------|-------------|
| 03/19/18 | S.D. Fla. 144 | Plaintiff's Status Report and Unopposed Motion to Stay All Deadlines for an Additional 60 Days to Allow Approvals of the Global Settlement in Related Proceedings<br>[Attached as **Exhibit 10**] |
| 03/20/18 | S.D. Fla. 147 | Plaintiff Securities And Exchange Commission's Response In Opposition To Motion To Intervene By D. David Cohen<br>[Attached as **Exhibit 11**] |

Dated:  March 30, 2018                                      PACHULSKI STANG ZIEHL & JONES LLP


                                                            */s/ Laura Davis Jones*
                                                            Laura Davis Jones (Bar No. 2436)
                                                            Alan J. Kornfeld (CA Bar No. 130063)
                                                            James E. O'Neill (Bar No. 4042)
                                                            Elissa A. Wagner (CA Bar No. 213589)
                                                            919 N. Market Street, 17th Floor
                                                            P.O. Box 8705
                                                            Wilmington, DE  19899-8705 (Courier 19801)
                                                            Telephone:  (302) 652-4100
                                                            Facsimile:   (302) 652-4400
                                                            Email:  ljones@pszjlaw.com
                                                                       akornfeld@pszjlaw.com
                                                                       joneill@pszjlaw.com
                                                                       ewagner@pszjlaw.com

                                                            Counsel for SS Body Armor I, Inc.

Dated: March 30, 2018                    THE ROSNER LAW GROUP LLC

*/s/ Scott J. Leonhardt*
Frederick B. Rosner (Bar No. 3995)
Scott J. Leonhardt (Bar No. 4885)
Jason A. Gibson (Bar No. 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com
        leonhardt@teamrosner.com
        gibson@teamrosner.com

-and-

Robert M. Hirsh
Beth M. Brownstein
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: robert.hirsh@arentfox.com
        beth.brownstein@arentfox.com

Counsel for the Recovery Trust