**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------------x
```
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SS Body Armor I, Inc., *et al.*, *f/k/a* Point Blank | : | |
| Solutions, Inc., *et al.* | : | Case No. 10-11255 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Hearing Date: 5/14/18 at 2:00 p.m. ET |
| | : | Response Date: 4/13/18 at 4:00 p.m. ET |

```
------------------------------------------------------------------x
```

**OBJECTION BY THE TENNESSEE DEPARTMENT OF REVENUE TO THE
RECOVERY TRUST'S FIRST OMNIBUS OBJECTION TO CLAIMS**

COMES NOW the Office of the Tennessee Attorney General, through undersigned counsel, on behalf of the Tennessee Department of Revenue ("Department"), to object to the Recovery Trust's First Omnibus Objection to Claims.

IN SUPPORT THEREOF, it will be shown as follows:

1.      The Department is a pre-petition and post-petition creditor.

2.      The Recovery Trust has objected to claims numbered 55, 56, 537, 550, 551, 562, and 579 filed by the Department as amended claims to be disallowed.  The Department objects to the disallowance of these claims as the Department is unable to reconcile the assertions in the objection to its books and records regarding the claims that that the Department has filed.

THEREFORE, the Department requests that the Court enter an Order overruling the Recovery Trust's Objection and allowing the Department's claims as filed.

This the 13th day of April, 2018.

Respectfully Submitted,

Tennessee Attorney General & Reporter
**HERBERT H. SLATERY III**

 /s/ Laura L. McCloud
LAURA L. MCCLOUD (TN BPR 16206)
Senior Counsel
P.O. Box 20207
Nashville, TN 37202
(615) 532-8933

Attorney for the Tennessee Department of Revenue

CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, a true and correct copy of the foregoing document was sent via facsimile and/or electronic means and/or placed in United States mail, first class postage prepaid, addressed to the following parties:

/s/ Laura L. McCloud
LAURA L. MCCLOUD (TN BPR 16206)
Senior Counsel