**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SS BODY ARMOR I, INC., et al.,[1] | ) | Case No. 10-11255 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket Nos. 4059 and 4083** |

**Objection Deadline: April 17, 2018 at 4:00 p.m.**
**Hearing Date: April 24, 2018 at 1:00 p.m.**

**APPENDIX OF EXHIBITS TO OPPOSITION OF POST-CONFIRMATION DEBTOR AND RECOVERY TRUST TO MOTION OF CARTER LEDYARD & MILBURN LLP TO STAY ALL DISTRIBUTIONS OF GLOBAL SETTLEMENT PROCEEDS**

SS Body Armor I, Inc. (the "Debtor"), the post-confirmation debtor in this chapter 11 case, and the Recovery Trustee ("Recovery Trustee") of the Recovery Trust established pursuant to the confirmed chapter 11 plan submit this appendix of exhibits to the *Opposition of Post-Confirmation Debtor and Recovery Trust to Motion of Carter Ledyard & Milburn LLP to Stay All Distributions of Global Settlement Proceeds*, filed concurrently herewith. The exhibits submitted by the Debtor and the Recovery Trustee are attached hereto as follows:

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | Motion to Intervene filed by D. David Cohen in SEC Action (With Exhibits) [S.D. Fla. D.I. 137] |
| 2 | Opposition to Motion to Intervene filed by SEC in SEC Action [S.D. Fla. D.I. 147] |
| 3 | Order Denying Pro Hac Vice Motion filed by D. David Cohen in SEC Action [S.D. Fla. D.I. 142] |
| 4 | Amended Complaint filed by the United States in the Civil Forfeiture Proceeding [EDNY D.I. 171] |
| 5 | Motion for Leave to Appeal Restitution Award filed by D. David Cohen [EDNY D.I. 1903] |

[1] The debtors and the last four digits of each debtor's federal tax identification number were: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings must be sent to SS Body Armor I, Inc., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

Dated: April 17, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
James E. O'Neill (Bar No. 4042)
Elissa A. Wagner (CA Bar No. 213589)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
akornfeld@pszjlaw.com
joneill@pszjlaw.com
ewagner@pszjlaw.com

Counsel for SS Body Armor I, Inc.

[additional signature page follows]

Dated: April 17, 2018

THE ROSNER LAW GROUP LLC

*/s/ Scott J. Leonhardt*

Frederick B. Rosner (Bar No. 3995)
Scott J. Leonhardt (Bar No. 4885)
Jason A. Gibson (Bar No. 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com
leonhardt@teamrosner.com
gibson@teamrosner.com

-and-

Robert M. Hirsh
Beth M. Brownstein
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: robert.hirsh@arentfox.com
beth.brownstein@arentfox.com

Counsel for the Recovery Trust