# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SS Body Armor I, Inc., *et al.*, *f/k/a* Point Blank Solutions, Inc., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11255 (CSS)<br><br>(Jointly Administered)<br><br>Hearing Date: May 14, 2018 at 2:00 p.m. (ET)<br><br>Re: D.I. 4068 |

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM RELATING TO THE RECOVERY TRUST'S FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1

**PLEASE TAKE NOTICE** that on April 30, 2018, purusant to L.R. 3007-1(e)(iv), Brian K. Ryniker, as Recovery Trustee of the Recovery Trust for SS Body Armor I, Inc., *et al.*, f/k/a Point Blank Solutions, Inc., *et al.* (the "Recovery Trust"), delivered to The Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, copies of the proofs of claim (collectively, the "Proofs of Claim") subject to the *Recovery Trust's First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1* [D.I. 4068; filed 3/30/18].

**PLEASE TAKE FURTHER NOTICE** that copies of the Proofs of Claim can be obtained by contacting the undersigned counsel to the Recovery Trust.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: SS Body Armor I, Inc. (9361) (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (4044) (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (9051) (f/k/a Protective Apparel Corporation of America); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

{00023019. }

Dated: April 30, 2018
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

/s/ *Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 Market Street, Suite 810
Wilmington, DE 19801
Tel: 302-777-1111
Email: rosner@teamrosner.com
       leonhardt@teamrosner.com
       gibson@teamrosner.com

       *-and-*

**ARENT FOX LLP**
Robert M. Hirsh (admitted *pro hac vice*)
Beth Brownstein (admitted *pro hac vice*)
1675 Broadway
New York, NY 10019
Tel: (212) 484-3900
Facsimile: (212) 484-3990
Email: robert.hirsh@arentfox.com
       beth.brownstein@arentfox.com

*Counsel to the Recovery Trust*