# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SS Body Armor I, Inc., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 10-11255 (CSS)<br><br>(Jointly Administered) |
| Brian K. Ryniker, Recovery Trustee of the Recovery Trust for SS Body Armor I, Inc., et al., f/k/a Point Blank Solutions, Inc., et al.,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JPS Composite, Inc.<br>E.I. DuPont De Nemours and Company,<br><br>　　　　　　　Defendants. | <br><br><br><br><br><br><br><br><br><br>Adv. Proc. No. 17-51820 (CSS)<br>Adv. Proc. No. 17-51821 (CSS) |

## CERTIFICATE OF NO OBJECTION REGARDING SECOND MOTION OF RECOVERY TRUSTEE FOR AN ORDER ENLARGING DEADLINE TO EFFECT SERVICE OF ORIGINAL PROCESS

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Second Motion of Recovery Trustee for an Order Enlarging Deadline to Effect Service of Original Process* (the "Motion") [D.I. 4085; filed 4/16/18]. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

Pursuant to the *Corrected Notice of Second Motion of Recovery Trustee for an Order Enlarging Deadline to Effect Service of Original Process [Corrected Hearing Time]* [D.I. 4093;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: SS Body Armor I, Inc. (9361) (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (4044) (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (9051) (f/k/a Protective Apparel Corporation of America); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

{00023099. }

filed 4/19/18], objections to the Motion were to be filed and served no later than April 30, 2018 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").  No extension of the Objection Deadline was sought or granted.

It is hereby respectfully requested that the Court enter the proposed order attached to the Motion without the need for further notice or hearing.

Date: May 4, 2018
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: */s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone:  302-777-1111
rosner@teamrosner.com
leonhardt@teamrosner.com
gibson@teamrosner.com

-and-

Robert M. Hirsh
Beth M. Browstein
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(212) 484-3900 (Tel.)
(212) 484-3990 (Fax)
robert.hirsh@arentfox.com
beth.brownstein@arentfox.com

*Counsel for the Recovery Trust*