# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SS Body Armor I, Inc., *et al.*,[1] | Case No. 10-11255 (CSS) |
| Debtors. | (Jointly Administered) |
| Brian K. Ryniker, Recovery Trustee of the Recovery Trust for SS Body Armor I, Inc., et al., f/k/a Point Blank Solutions, Inc., et al., | |
| Plaintiff, | |
| v. | |
| Leading Technology Composites, Inc. | Adv. Proc. No. 12-50479 (CSS) |
| Teijin Aramid USA Inc. | Adv. Proc. No. 12-50480 (CSS) |
| Lincoln Fabrics, Inc. | Adv. Proc. No. 12-50481 (CSS) |
| Velcro USA Inc. | Adv. Proc. No. 12-50482 (CSS) |
| Duro Textiles, LLC | Adv. Proc. No. 12-50483 (CSS) |
| TVF, Inc. dba Top Value Fabrics, fka Top Value Fabrics, Inc. | Adv. Proc. No. 12-50484 (CSS) |
| "D" Purchase and Sale, Inc. f/k/a Zip-It Sale Inc. | Adv. Proc. No. 12-50485 (CSS) |
| Pro Systems S.P.A. | Adv. Proc. No. 12-50486 (CSS) |
| Carr Textile Corp. | Adv. Proc. No. 12-50487 (CSS) |
| Custom Apparel, LLC | Adv. Proc. No. 12-50488 (CSS) |
| Federal Express Corporation | Adv. Proc. No. 12-50489 (CSS) |
| Milco Industries, Inc. | Adv. Proc. No. 12-50490 (CSS) |
| Polymer Technologies, Inc. | Adv. Proc. No. 12-50491 (CSS) |
| American Bag and Linen Company | Adv. Proc. No. 12-50492 (CSS) |
| Brand &Oppenheimer Co. | Adv. Proc. No. 12-50493 (CSS) |
| Lifestone Materials, LLC | Adv. Proc. No. 12-50494 (CSS) |
| Bearse Manufacturing Co. | Adv. Proc. No. 12-50495 (CSS) |
| Dallco Industries, Inc. | Adv. Proc. No. 12-50496 (CSS) |
| DCT Industrial Value Fund I, L.P. | Adv. Proc. No. 12-50497 (CSS) |
| Savannah Luggage Works, Inc. | Adv. Proc. No. 12-50498 (CSS) |
| Brother International Corporation | Adv. Proc. No. 12-50499 (CSS) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: SS Body Armor I, Inc. (9361) (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (4044) (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (9051) (f/k/a Protective Apparel Corporation of America); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

{00023143. } - 1 -

| | |
|---|---|
| Sunnman, Inc. | Adv. Proc. No. 12-50500 (CSS) |
| G-Squared Consulting, L.L.C. | Adv. Proc. No. 12-50501 (CSS) |
| Rhode Island Textile Company | Adv. Proc: No. 12-50502 (CSS) |
| Staples, Inc. | Adv. Proc. No. 12-50503 (CSS) |
| First Trucking, Inc. | Adv. Proc. No. 12-50504 (CSS) |
| Service by Air, Inc. | Adv. Proc. No. 12-50505 (CSS) |
| United Parcel Service, Inc. | Adv. Proc. No. 12-50506 (CSS) |
| M.S.P. Electric, Inc. | Adv. Proc. No. 12-50507 (CSS) |
| Ray Tackett Enterprises, Inc. dba RTE Machine & Fabrication | Adv. Proc. No. 12-50508 (CSS) |
| Specialty Converting, LLC | Adv. Proc. No. 12-50509 (CSS) |
| Scotty's Fashions of Lehighton, Inc. | Adv. Proc. No. 12-50510 (CSS) |
| National. Custom Printing, Inc. | Adv. Proc. No. 12-50511 (CSS) |
| JL Kaya, Inc. | Adv. Proc. No. 12-50512 (CSS) |
| Carter Enterprises LLC | Adv. Proc. No. 12-50513 (CSS) |
| Texcel, Inc. | Adv. Proc. No. 12-50514 (CSS) |
| Dependable Packaging and Solutions, Inc. | Adv. Proc. No. 12-50515 (CSS) |
| DSM Syneema LLC | Adv. Proc. No. 12-50516 (CSS) |
| GSJ Consulting LLC | Adv. Proc. No. 12-50517 (CSS) |
| Ceradyne, Inc. dba Max Pro-Police & Armor | Adv. Proc. No. 12-50518 (CSS) |
| Barrday Corp. | Adv. Proc. No. 12-50519 (CSS) |
| Brookwood Companies Incorporated | Adv. Proc. No. 12-50520 (CSS) |
| H.P. White Laboratory, Inc. | Adv. Proc. No. 12-50521 (CSS) |
| Cosgrove Enterprises, Inc. | Adv. Proc. No. 12-50522 (CSS) |
| Highcom Security, Inc. | Adv. Proc. No. 12-50523 (CSS) |
| Honeywell International, Inc. | Adv. Proc. No. 12-50524 (CSS) |
| Defendants. | **Re: D.I. 4065** |

## CERTIFICATE OF NO OBJECTION REGARDING THE MOTION OF RECOVERY TRUSTEE FOR AN ORDER ENLARGING DEADLINE TO EFFECT SERVICE OF ORIGINAL PROCESS

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of Recovery Trustee for an Order Enlarging Deadline to Effect Service of Original Process* (the "Motion") [D.I. 4065][2] filed on March 29, 2018. The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to

---

[2] The Motion also was filed in each of the above-captioned adversary proceedings.

the Notice filed with the Motion, objections to the Motion were to be filed and served no later than April 12, 2018 at 4:00 p.m. (the "Objection Deadline"). No extension of the Objection Deadline was sought or granted.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: May 9, 2018
     Wilmington, Delaware     **THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
gibson@teamrosner.com

-and-

Robert M. Hirsh
George P. Angelich
**ARENT FOX LLP**
1675 Broadway
New York, NY 10019
(212) 484-3900 (Tel.)
(212) 484-3990 (Fax)
robert.hirsh@arentfox.com
george.angelich@arentfox.com

*Counsel for the Recovery Trust*