IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re

SS Body Armor I, Inc., *et al.*, *f/k/a* Point Blank Solutions, Inc., *et al.*[1]

Debtors.

-----------------------------------------------------------x

Chapter 11

Case No. 10-11255 (CSS)

Jointly Administered

**Re: D.I. 4069**

## CERTIFICATE OF NO OBJECTION REGARDING RECOVERY TRUST'S SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Recovery Trust's Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1* (the "Objection") [D.I. 4069] filed on March 30, 2018. The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Notice filed with the Objection, responses to the Objection were to be filed and served no later than April 13, 2018 at 4:00 p.m. (the "Response Deadline"). No extension of the Response Deadline was sought or granted.

It is hereby respectfully requested that the Order attached to the Objection be entered at the earliest convenience of the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: SS Body Armor I, Inc. (9361) (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (4044) (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (9051) (f/k/a Protective Apparel Corporation of America); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

Dated: May 9, 2018
　　　　Wilmington, Delaware	**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
gibson@teamrosner.com

　　　　-and-

Robert M. Hirsh
George P. Angelich
**ARENT FOX LLP**
1675 Broadway
New York, NY 10019
(212) 484-3900 (Tel.)
(212) 484-3990 (Fax)
robert.hirsh@arentfox.com
george.angelich@arentfox.com

*Counsel for the Recovery Trust*