# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SS Body Armor I, Inc., *et al., f/k/a* Point Blank Solutions, Inc., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11255 (CSS)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING RECOVERY TRUST'S FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

I, Jason A. Gibson, of The Rosner Law Group LLC, counsel for Brian K. Ryniker, as Recovery Trustee of the Recovery Trust for SS Body Armor I, Inc., *et al.*, f/k/a Point Blank Solutions, Inc., *et al.* (the "Recovery Trust") in the above-captioned matter (the "Case"), hereby certify as follows:

1. On March 30, 2018, the Recovery Trust filed the *Recovery Trust's First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1* (the "Objection") [D.I. 4068].

2. Thereafter, the Recovery Trust received three (3) responses from claimants whose claims were subject to the Objection.

3. The Recovery Trust was notified by TRC Masterfund LLC ("TRC") that the proposed order attached to the Objection (the "Proposed Order") identified the incorrect surviving claim number related to TRC's proof of claim. The Recovery Trust has resolved

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: SS Body Armor I, Inc. (9361) (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (4044) (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (9051) (f/k/a Protective Apparel Corporation of America); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

the comments from TRC by amending the Proposed Order to reflect the correct surviving claim number.

4. On April 13, 2018, the Tennessee Department of Revenue ("TDOR") filed the *Objection by TDOR to the Recovery Trust's First Omnibus Objection to Claims* (the "TDOR Objection") [D.I. 4081]. The Recovery Trust and TDOR have reached an agreement whereby TDOR will accept amended treatment of its claim in exchange for withdrawal of the TDOR Objection.

5. Additionally, CarVal GCF Lux Master S.a.r.l. and Axar Master Fund, Ltd. ("CarVal") requested an extension of the deadline to respond to the Objection. CarVal alleges that they are no longer the holder of the claim filed in this Case identified as claim #284 (the "CarVal Claim"). The Recovery Trust granted CarVal an extension to respond to the Objection to May 8, 2018 in order to provide the name of the current claim holder. As of the date hereof, the Recovery Trust has received no further response from CarVal. The Recovery Trust has reviewed the docket in this case, no transfer of the CarVal Claim appears thereon.

6. Pursuant to the notice attached to the Objection, the deadline to respond to the Objection was April 13, 2018 at 4:00 p.m. (ET). The undersigned certifies that he has reviewed the docket, and no other objection or response appears thereon.

7. Attached hereto as **Exhibit A** is a revised proposed order (the "Revised Order") reflecting the resolutions outlined above with TRC and TDOR. A blackline of the Revised Order marked against the Proposed Order is attached hereto as **Exhibit B** (the "Blackline").

**WHEREFORE**, the Recovery Trust requests that the Court enter the Revised Order without further notice or hearing at the Court's convenience. A hard copy of this certification is being delivered to Chambers along with a copy of the Revised Order and Blackline.

Respectfully submitted,

Dated: May 9, 2018
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: leonhardt@teamrosner.com
gibson@teamrosner.com

*- and -*

Robert M. Hirsh (admitted *pro hac vice*)
Beth Brownstein (admitted *pro hac vice*)
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: robert.hirsh@arentfox.com
beth.brownstein@arentfox.com

*Counsel to the Recovery Trust*