# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

In re

SS Body Armor I, Inc., *et al.*, *f/k/a* Point Blank Solutions, Inc., *et al.*[1]

Debtors.

Chapter 11

Case No. 10-11255 (CSS)

Jointly Administered

---------------------------------------------------------------x

**ORDER SUSTAINING RECOVERY TRUST'S FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

**("AMENDED CLAIMS," "LATE-FILED CLAIMS," "DUPLICATE CLAIMS," "INSUFFICIENT SUPPORTING DOCUMENTATION/BOOKS AND RECORDS CLAIMS," AND "SUPERSEDED SCHEDULED CLAIMS")**

Upon consideration of the Recovery Trust's First Omnibus (Non-Substantive) Objection to Claims (the "Objection"), by which the Recovery Trustee[2] requests the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, reclassifying and/or reducing the Disputed Claims set forth on Exhibits A, B, C, D and E attached hereto; and upon consideration of the Ryniker Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: SS Body Armor I, Inc. (9361) (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (4044) (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (9051) (f/k/a Protective Apparel Corporation of America); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

ORDERED that the Amended Claims set forth on the attached Exhibit A are hereby disallowed and expunged, as set forth on Exhibit A; and it is further

ORDERED that the Late-Filed Claims set forth on the attached Exhibit B are hereby disallowed and expunged, as set forth in Exhibit B; and it is further

ORDERED that the Duplicate Claims set forth on the attached Exhibit C are hereby disallowed and expunged, as set forth in Exhibit C; and it is further

ORDERED that the Insufficient Supporting Documentation/Books and Records Claims set forth on the attached Exhibit D are hereby modified, as set forth in Exhibit D; and it is further

ORDERED that the Superseded Scheduled Claims set forth on the attached Exhibit E are hereby disallowed and expunged, as set forth in Exhibit E; and it is further

ORDERED that the Recovery Trustee and the Clerk of the Court are authorized, as applicable, to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the relief granted herein is without prejudice to the Recovery Trustee's rights to amend, modify, or supplement the Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that nothing set forth herein shall affect the parties' rights with respect to the surviving claims on the Exhibits attached hereto; and it is further

ORDERED, that this Order is deemed to be a separate order with respect to each claim covered hereby; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2018
       Wilmington, Delaware

                                                   THE HONORABLE CHRISTOPHER S. SONTCHI
                                                   UNITED STATES BANKRUPTCY JUDGE

| | Name of Claimant | Surviving Claim Number | Amended Claim to be Disallowed | Surviving Claim Classification and Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 1. | Baciu, George | 485 | 461 | General Unsecured: Contingent and Unliquidated | Surviving Claim amends and supersedes original claim |
| 2. | Bay Bridge Administrators LLC | 153 | 152 | General Unsecured: $2,936.52 | Surviving Claim amends and supersedes original claim |
| 3. | Berkman, Barry | 589 | 557 | Administrative: $23,916.00 (Unliquidated) | Surviving Claim amends and supersedes original claim |
| 4. | Burr Pilger Mayer, Inc. | 480 | 361 | General Unsecured: $45,840.00 | Surviving Claim amends and supersedes original claim |
| 5. | Chasin, Cary | 593 | 560 | Administrative: $28,162.00 (Unliquidated) | Surviving Claim amends and supersedes original claim |
| 6. | Department Of The Treasury – Internal Revenue Service | 31 | 11 | $0.00 | Surviving Claim amends and supersedes original claim |
| 7. | Department Of The Treasury – Internal Revenue Service | 29 | 12 | Priority: $6,661,177.00 | Surviving Claim amends and supersedes original claim |
| 8. | Department Of The Treasury – Internal Revenue Service | 30 | 13 | $0.00 | Surviving Claim amends and supersedes original claim |
| 9. | Department Of The Treasury – Internal Revenue Service | 543 | 29 | Priority: $290,525.00 | Surviving Claim amends and supersedes original claim |
| 10. | Department Of The Treasury – Internal Revenue Service | 545 | 543 | Priority: $315,765.19 | Surviving Claim amends and supersedes original claim |
| 11. | Department Of The Treasury – Internal Revenue Service | 552 | 545 | Priority: $318,326.12 | Surviving Claim amends and supersedes original claim |
| 12. | Department Of The Treasury – Internal Revenue Service | 555 | 552 | Priority: $317,721.16 | Surviving Claim amends and supersedes original claim |
| 13. | Ellis, Larry R. | 27 | 9 | Priority: $2,690,603.60 | Surviving Claim amends and supersedes original claim |
| 14. | Ellis, Larry R. | 592 | 561 | Administrative: $23,916.00 (Unliquidated) | Surviving Claim amends and supersedes original claim |
| 15. | Kobre & Kim LLP | 583 | 571 | General Unsecured: $602,243.39 | Surviving Claim amends and supersedes original claim |
| 16. | Kobre & Kim LLP | 583 | 501 | General Unsecured: $602,243.39 | Surviving Claim amends and supersedes original claim |

| | Name of Claimant | Surviving Claim Number | Amended Claim to be Disallowed | Surviving Claim Classification and Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 17. | Kobre & Kim LLP | 583 | 433 | General Unsecured: $602,243.39 | Surviving Claim amends and supersedes original claim |
| 18. | Krantz, Jerome | 590 | 558 | Administrative: $28,162.75 (Unliquidated) | Surviving Claim amends and supersedes original claim |
| 19. | Lead Plaintiffs, on behalf of themselves and all others similarly situated, in In Re DHB Industries, Inc. Class Action Litigation, No. 05-cv-4286(JS)(ETB) | 482 | 458 | General Unsecured: Contingent and Unliquidated | Surviving Claim amends and supersedes original claim |
| 20. | Lifestone Materials, LLC | 588 | 278 | General Unsecured: $9,598,942.95 | Surviving Claim amends and supersedes original claim |
| 21. | Nadelman, Gary | 591 | 559 | Administrative: $26,747.61 (Unliquidated) | Surviving Claim amends and supersedes original claim |
| 22. | NECA-IBEW Pension Fund | 484 | 460 | General Unsecured: Contingent and Unliquidated | Surviving Claim amends and supersedes original claim |
| 23. | Robino Sortini Holdings, LLC | 483 | 459 | General Unsecured: Contingent and Unliquidated | Surviving Claim amends and supersedes original claim |
| 24. | State Of Florida - Department Of Revenue | 575 | 488 | Priority: $550.91 | Surviving Claim amends and supersedes original claim |
| 25. | State Of Florida - Department Of Revenue | 573 | 489 | Administrative: $1,101.75 | Surviving Claim amends and supersedes original claim |
| 26. | Tennessee Department Of Revenue | 537 | 55 | Administrative: $249,882.82 | Surviving Claim amends and supersedes original claim |
| 27. | Tennessee Department Of Revenue | 551 | 56 | Priority: $99,031.84 General Unsecured: $45.00 | Surviving Claim amends and supersedes original claim |
| 28. | Tennessee Department Of Revenue | 550 | 537 | Administrative: $160,055.00 | Surviving Claim amends and supersedes original claim |
| 29. | Tennessee Department Of Revenue | 562 | 550 | Administrative: $348,325.48 | Surviving Claim amends and supersedes original claim |
| 30. | Tennessee Department Of Revenue | 563 | 551 | ~~Priority: $54.00~~ General Unsecured: $45.00 | Surviving Claim amends and supersedes original claim. |

| | Name of Claimant | Surviving Claim Number | Amended Claim to be Disallowed | Surviving Claim Classification and Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 31. | Tennessee Department Of Revenue | 579 | 562 | Administrative: $1,836.82 | Claimant consents to waiving the priority unsecured portion of the Surviving Claim. Surviving Claim amends and supersedes original claim |
| 32. | Tennessee Department Of Revenue | 586 | 579 | ~~Priority~~Administrative: $~~2,282.97~~446.15 | Surviving Claim amends and supersedes original claim. Claimant consents to a reduction of the Surviving Claim on the basis that such claim was paid in part by the Debtors or the Recovery Trust. Additionally, the Recovery Trustee has agreed to the Claimant's request to reclassify the Surviving Claim from a priority unsecured claim to an administrative claim, subject to the Recovery Trust reserving all rights to object to such reclassification. |
| 33. | Toyota Motor Credit Corporation | 554 | 59 | General Unsecured: $9,752.24 | Surviving Claim amends and supersedes original claim |
| 34. | Toyota Motor Credit Corporation | 553 | 60 | General Unsecured: $10,706.24 | Surviving Claim amends and supersedes original claim |
| 35. | Washington State, Department Of Revenue | 535 | 159 | Priority: $2,061.75 | Surviving Claim amends and supersedes original claim |

|   | Name of Claimant | Date Claim Filed | General Bar Date | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | Fast, Bruce O & Susan I JT Ten | 8/16/2010 | 8/13/10 | 479 | Priority: $34,900,000.00 & other non-cash amounts | Late-filed Claim |
| 2 | Henritude, Joseph | 3/21/2011 | 8/13/10 | 548 | General Unsecured: Unliquidated | Late-filed Claim |

AFDOCS/15914217.4

|    | Name of Claimant | Surviving Claim Number | Duplicate Claim to be Disallowed | Surviving Claim Amount | Reason for Disallowance |
|----|---|---|---|---|---|
| 1. | Cohen, D. David | 402 | 390 | General Unsecured: $1,886,850.00 | Duplicate Claim |
| 2. | Department of the Treasury – Internal Revenue Service | 11 | 4 | Priority: $16,943.54 | Duplicate Claim |
| 3. | Department of the Treasury – Internal Revenue Service | 12 | 5 | Priority: $6,662,177.00 | Duplicate Claim |
| 4. | Department of the Treasury – Internal Revenue Service | 13 | 6 | Priority: $80,020.73 | Duplicate Claim |
| 5. | Dependable Packaging Solutions | 367 | 366 | General Unsecured: $11,319.91 | Duplicate Claim[1] |
| 6. | Heller Ehrman LLP | 584 | 523 | General Unsecured: $37,116.65 | Duplicate Claim |
| 7. | International Textile Grp | 73 | 72 | General Unsecured: $82,401.20 | Duplicate Claim |
| 8. | JPS Composite Materials Corp. | 450 | 439 | General Unsecured: $4,209,204.40 (unliquidated) | Duplicate Claim[1] |
| 9. | JPS Composite Materials Corp. | 450 | 445 | General Unsecured: $4,209,204.40 (unliquidated) | Duplicate Claim[1] |
| 10 | JPS Composite Materials Corp. | 450 | 449 | General Unsecured: $4,209,204.40 (unliquidated) | Duplicate Claim[1] |

---

[1] Section 6.8 of the Plan provides for substantive consolidation. Accordingly, multiple claims by the Claimant against separate Debtor entities asserted on the same basis must be reduced to one surviving claim.

|  | Name of Claimant | Claim Number | Claim Amount | Proposed Surviving Amount | Reason for Modification |
|---|---|---|---|---|---|
| 1. | FSK Enterprises | 311 | $2,090.00 | $0 | Claimant fails to attach invoices or other supporting documentation to the Claim. The Debtors' Books and Records do not reflect any amount owed to Claimant. |
| 2. | Verizon Wireless | 341 | $6,985.15 | General Unsecured Claim: $114.42 | Claimant has attached account statements which fail to provide sufficient information with respect to the basis of the claims. No invoices or other supporting documentation sufficient to reconcile the Claim has been provided. The Debtors' Books and Records reflect $114.42 owed to "Verizon 2" as a general unsecured claim. |

AFDOCS/15914680.3

|  | Name of Claimant | Surviving Filed Claim Number | Scheduled Claim Number(s) to be Disallowed | Surviving Claim Classification and Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 1. | A & M Tape And Packaging | 86 | 255000010; 259000010 | Administrative: $389.81 | The Scheduled Claims were asserted against Point Blank Solutions, Inc. and Protective Apparel Corporation of America. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions, Inc. The Surviving Filed Claim supersedes the Scheduled Claims. |
| 2. | Accesspoint | 231 | 255000020 | General Unsecured: $145.24 | The Scheduled Claim was asserted against Point Blank Solutions Inc. Claimant's Surviving Filed Claim is asserted against Point Blank Body Armor, Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 3. | Allstate Containers Inc. | 62 | 257000190; 259000040 | Priority: $1,044.46 | The Scheduled Claims were asserted against Point Blank Body Armor Inc. and Protective Apparel Corporation of America. Claimant's Surviving Filed Claim is asserted against Point Blank Body Armor, Inc. The Surviving Filed Claim supersedes the Scheduled Claims. |
| 4. | American Infosource LP as Agent for T Mobile/T-Mobile USA Inc. | 43 | 255002230 | General Unsecured: $2,193.03 | The Scheduled Claim was asserted against Point Blank Solutions Inc. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 5. | Argo Partners | 521 | 255002370; 257007610 | General Unsecured: $5,563.74 | The Scheduled Claims were asserted against Point Blank Body Armor Inc. and Point Blank Solutions Inc. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claims. |
| 6. | Avery Dennison Retail Info. Serv. LLC | 487 | 257000660 | General Unsecured: $820.05 | The Scheduled Claim was asserted against Point Blank Body Armor, Inc. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 7. | Campbell County, Tennessee | 570 | 259000140 | Secured and Priority: $16,495.85 | The Scheduled Claim for "Campbell County" was asserted against Protective Apparel Corporation of America. Claimant's Surviving Filed Claim is asserted against Protective Apparel Corporation of America. The Surviving Filed Claim supersedes |

| | Name of Claimant | Surviving Filed Claim Number | Scheduled Claim Number(s) to be Disallowed | Surviving Claim Classification and Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| | | | | | the Scheduled Claim. |
| 8. | C.H. Robinson Worldwide, Inc. | 572 | 257000990 | General Unsecured: $1,700.00 | The Scheduled Claim was asserted against Point Blank Body Armor, Inc. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 9. | CDW | 37 | 255000390 | General Unsecured: $1,852.96 | The Scheduled Claim was asserted against Point Blank Solutions Inc. Claimant's Surviving Filed Claim is asserted against Point Blank Body Armor Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 10. | Cook's Pest Control Inc. | 8 | 259000200 | General Unsecured: $320.00 | The Scheduled Claim was asserted against Protective Apparel Corporation of America. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 11. | DSM Dyneema LLC | 228 | 257001830; 259000270 | General Unsecured: $147,312.00 | The Scheduled Claims were asserted against Point Blank Body Armor Inc. and Protective Apparel Corporation of America. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claims. |
| 12. | Eddington Thread Co. | 53 | 257001940; 259000300 | General Unsecured: $2,744.77 | The Scheduled Claims were asserted against Point Blank Body Armor Inc. and Protective Apparel Corporation of America. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claims. |
| 13. | Fair Harbor Capital, LLC | 16 | 257000030 | General Unsecured $21,275.00 | The Scheduled Claim was asserted against Point Blank Body Armor, Inc.. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 14. | Fair Harbor Capital, LLC | 40 | 257006310 | General Unsecured $17,133.72 | The Scheduled Claim was asserted against Point Blank Body Armor, Inc.. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 15. | Fair Harbor | 181 | 257002920 | General Unsecured | The Scheduled Claim was asserted against Point Blank Body |

| | Name of Claimant | Surviving Filed Claim Number | Scheduled Claim Number(s) to be Disallowed | Surviving Claim Classification and Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| | Capital, LLC | | | $9,161.50 | Armor, Inc.. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 16. | G Squared Consulting | 46 | 257002560 | General Unsecured $47,400.00 | The Scheduled Claim was asserted against Point Blank Body Armor, Inc.. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 17. | Gerber Service | 66 | 255000870; 257002640 | General Unsecured: $10,351.48 | The Scheduled Claims were asserted against Point Blank Solutions Inc. and Point Blank Body Armor, Inc. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claims. |
| 18. | Integrity Furniture | 22 | 259000400 | General Unsecured: $9,274.00 | The Scheduled Claim was asserted against Protective Apparel Corporation of America. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 19. | John E Fox (The Fox Company) | 236 | 259000460 | General Unsecured: $1,709.62 | The Scheduled Claim was asserted against Protective Apparel Corporation of America. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 20. | Lifestone Materials, LLC | 588 | 257004070 | General Unsecured: $9,598,942.95 | The Scheduled Claim was asserted against Point Blank Body Armor, Inc. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 21. | CarVal GCF Lux Master S.a.r.l. and Axar Master Fund, Ltd. | 284 | 257004100; 259000530 | General Unsecured: $8,512,858.34 | The Scheduled Claims were asserted against Point Blank Body Armor, Inc. and Protective Apparel Corporation of America. Claimants' Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claims. |
| 22. | MSC Industrial Supply | 36 | 257005630; 259000550 | General Unsecured: $1,347.85 | The Scheduled Claims were asserted against Point Blank Body Armor, Inc. and Protective Apparel Corporation of America. Claimants' Surviving Filed Claim is asserted against Point |

| | Name of Claimant | Surviving Filed Claim Number | Scheduled Claim Number(s) to be Disallowed | Surviving Claim Classification and Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| | | | | | Blank Body Armor, Inc. The Surviving Filed Claim supersedes the Scheduled Claims. |
| 23. | Scovill Fasteners | 401 | 257007050; 259000720 | General Unsecured: $102,959.80 | The Scheduled Claims were asserted against Point Blank Body Armor, Inc. Claimants' Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claims. |
| 24. | Sierra Liquidity Fund, LCC | 24 | 259000840 | 503(b)(9) Administrative: $1,284.84 | The Scheduled Claim was asserted against Protective Apparel Corporation of America. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 25. | Sonar Credit Partners III, LLC | 76 | 259000950 | General Unsecured: $629.52 | The Scheduled Claim was asserted against Protective Apparel Corporation of America. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 26. | Sonar Credit Partners III, LLC | 134 | 257008020 | General Unsecured: $20,405.36 | The Scheduled Claim was asserted against Point Blank Body Armor, Inc. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 27. | Staples, Inc. | 21 | 255002180; 257007350; 259000810 | General Unsecured: $3,495.88 | The Scheduled Claims were asserted against Point Blank Body Armor, Inc., Point Blank Solutions Inc., and Protective Apparel Corporation of America. Claimants' Surviving Filed Claim is asserted against Point Blank Body Armor, Inc. The Surviving Filed Claim supersedes the Scheduled Claims. |
| 28. | TRC Master Fund LLC | 14 | 257001570 | General Unsecured: $73,346.94 | The Scheduled Claim was asserted against Point Blank Body Armor, Inc. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 29. | TRC Master Fund LLC | 108 | 255002160 | General Unsecured: $17,287.77 | The Scheduled Claim was asserted against Point Blank Solutions Inc. Claimant's Surviving Filed Claim is asserted against Point Blank Body Armor, Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 30. | TRC Master | 122 | 257004170 | General | The Scheduled Claim was asserted against Point Blank Body |

|  | Name of Claimant | Surviving Filed Claim Number | Scheduled Claim Number(s) to be Disallowed | Surviving Claim Classification and Amount | Reason for Disallowance |
|---|---|---|---|---|---|
|  | Fund LLC |  |  | Unsecured: $92,400.21 | Armor, Inc. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 31. | TRC Master Fund LLC | 229 | 259000210 | General Unsecured: $23,075.81 | The Scheduled Claim was asserted against Protective Apparel Corporation of America. Claimant's Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 32. | TRC Master Fund LLC | ~~291~~391 | 257007520; 259000870 | General Unsecured: $37,066.96 | The Scheduled Claims were asserted against Point Blank Body Armor, Inc. and Protective Apparel Corporation of America. Claimants' Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claims. |
| 33. | Velcro USA Inc. | 49 | 257007650; 259000920 | General Unsecured: $31,135.00 | The Scheduled Claims were asserted against Point Blank Body Armor, Inc. and Protective Apparel Corporation of America. Claimants' Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claims. |
| 34. | Wells Fargo Trade Capital | 306 | 255002460 | General Unsecured: $10,904.48 | The Scheduled Claim was asserted by *Wells Fargo Financial Capital Finance* against Point Blank Solutions Inc. *Wells Fargo Trade Capital* asserted the Surviving Filed Claim against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claim. |
| 35. | YRC, Inc. | 185 | 255004400; 257008070 | General Unsecured: $3,091.24 | The Scheduled Claims were asserted against Point Blank Body Armor, Inc. and Point Blank Solutions Inc. Claimants' Surviving Filed Claim is asserted against Point Blank Solutions Inc. The Surviving Filed Claim supersedes the Scheduled Claims. |