# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SS BODY ARMOR I, INC., et al.,[1] | ) | Case No. 10-11255 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket No. 4164** |

### APPENDIX OF EXHIBITS IN SUPPORT OF OPPOSITION OF POST-CONFIRMATION DEBTOR AND RECOVERY TRUSTEE TO MOTION OF CARTER LEDYARD & MILBURN LLP TO STRIKE COUNTER-DESIGNATIONS OF RECORD ON APPEAL

SS Body Armor I, Inc. (the "Debtor"), the post-confirmation debtor in this chapter 11 case, and the Recovery Trustee ("Recovery Trustee") of the Recovery Trust established pursuant to the confirmed chapter 11 plan (collectively, the "Appellees") submit this appendix of exhibits in support of the Appellees' opposition to the motion to strike [D.I. 4164] filed by Carter Ledyard & Milburn LLP on June 22, 2018. The following exhibits are attached to this appendix:

| Exhibit No. | Description |
|---|---|
| A | Notice of Appeal [D.I. 4051] in Fee Reserve Appeal |
| B | Opinion and Order [D. Del. D.I. 15] Denying Second Stay Motion |
| C | June 5, 2018 Status Report Filed by SEC |
| D | Briefing Order [D. Del. D.I. 16] in Fee Reserve Appeal and Stay Appeal |
| E | D. Cohen's Motion for Leave to Appeal Restitution Order [EDNY D.I. 1903] |
| F | Order Denying Motion for Leave to Appeal Restitution Order [EDNY D.I. 1906] |
| G | November 2013 Letter from USAO-EDNY [EDNY D.I. 1762] |

---

[1] The debtors and the last four digits of each debtor's federal tax identification number were: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings must be sent to SS Body Armor I, Inc., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

DOCS_LA:315650.1 70934/001

| H | Amended Complaint in SEC Action [S.D. Fla. D.I. 49] |
|---|---|
| I | Amended Complaint in Civil Forfeiture Proceeding [EDNY D.I. 171] |
| J | Order Denying D. Cohen's Appeal in Derivative Action [2d Cir. D.I. 71] |
| K | Order Dismissing D. Cohen's Appeal in Class Action [2d Cir. D.I. 71] |
| L | Chart of Items Designated in Fee Appeal and 9019 Appeal |
| M | D. Cohen's Motion to Intervene in SEC Action [S.D. Fla. D.I. 137] |
| N | Order Denying D. Cohen's Pro Hac Vice Motion in SEC Action [S.D. Fla. 142] |
| O | Opposition to Motion to Intervene in SEC Action [S.D. Fla. D.I. 147] |
| P | CLM's Designations of Record for Stay Appeal [D. Del. D.I. 4] |
| Q | Appellees' Opposition to Second Stay Motion [D. Del. D.I. 11] |

Dated: July 10, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
James E. O'Neill (Bar No. 4042)
Elissa A. Wagner (CA Bar No. 213589)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
    akornfeld@pszjlaw.com
    joneill@pszjlaw.com
    ewagner@pszjlaw.com

Counsel for SS Body Armor I, Inc.

| | |
|---|---|
| Dated: July 10, 2018 | THE ROSNER LAW GROUP LLC |
| | */s/ Scott J. Leonhardt*<br>Frederick B. Rosner (Bar No. 3995)<br>Scott J. Leonhardt (Bar No. 4885)<br>Jason A. Gibson (Bar No. 6091)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 777-1111<br>Email: rosner@teamrosner.com<br>　　　　leonhardt@teamrosner.com<br>　　　　gibson@teamrosner.com<br><br>　-and-<br><br>Robert M. Hirsh<br>Beth M. Brownstein<br>ARENT FOX LLP<br>1675 Broadway<br>New York, NY 10019<br>Telephone: (212) 484-3900<br>Facsimile: (212) 484-3990<br>Email: robert.hirsh@arentfox.com<br>　　　　beth.brownstein@arentfox.com<br><br>Counsel for the Recovery Trust |