**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: SS Body Armor I, Inc.   Bank: Rabobank

Bankruptcy Number: 10-11255   Account Number: xxxxxx1566
Date of Confirmation: November 10, 2015   Account Type: Trustee Checking

Reporting Period (month/year): January 1, 2019 - March 31, 2019 (Q1)

| | | |
|---|---:|---:|
| Beginning Cash Balance: | | $ 360,028.23 |
| All receipts received by the debtor: | | |
| Cash Sales: | $ - | |
| Collection of Accounts Receivable: | $ - | |
| Proceeds from Litigation (settlement or otherwise): | $ - | |
| Sale of Debtor's Assets: | $ - | |
| Transfers In from other Debtor Accounts: | $ - | |
| Miscellaneous Income: | $ - | |
| Capital Infusion pursuant to the Plan: | $ - | |
| Total of cash received: | | $ - |
| Total of cash available: | | $ 360,028.23 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - | |
| Transfer Out to other Debtor Account: | $ - | |
| All other disbursements made in the ordinary course: | $ 15,450.00 | |
| Total Disbursements | | $ 15,450.00 |
| Ending Cash Balance | | $ 344,578.23 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

05/24/19   *[signature]*
Date        Name/Title