IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SS BODY ARMOR I, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-11255 (CSS)<br><br>**Related Docket No. 4257** |
| In re:<br><br>SS BODY ARMOR II, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-11257 (CSS) |
| In re:<br><br>PBSS, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-11258 (CSS) |
| In re:<br><br>SS BODY ARMOR III, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-11259 (CSS) |

**FINAL DECREE AND ORDER CLOSING CERTAIN CHAPTER 11 CASES**

Upon the Motion[1] of the Post-Confirmation Debtor under 11 U.S.C. §§ 105(a) and 350(a), Fed. R. Bankr. P. 3022, and Del. Bankr. LR 3022-1(a) for an Final Decree and Order, (i) closing the bankruptcy cases of Debtors SS Body Armor II, Inc. (f/k/a Point Blank Body Armor, Inc.), PBSS, LLC, and SS Body Armor III, Inc. (f/k/a Protective Apparel Corporation of America), whose estates have been consolidated under the Plan and as such are fully administered, (ii) designating the bankruptcy case of Debtor SS Body Armor I, Inc. (f/k/a Point Blank Solutions, Inc., f/k/a DHB Industries, Inc.) as the Surviving Case of the consolidated

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion or the Plan, as applicable.

DOCS_DE:223763.2 70934/001

Debtors as set forth on Exhibit A to the Motion, and (iii) waiving the requirement to file further post-confirmation reports in the Closed Cases; and this Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors and the Debtors' estates and creditors; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and the Court having jurisdiction of this matter; and upon the record herein; and after due deliberation; and good and sufficient cause appearing therefore; it is hereby,

ORDERED, DECREED, AND ADJUDGED THAT:

1. The Motion is granted.

2. The following bankruptcy cases of the Debtors (the "Closed Cases") shall be and hereby are closed:

| Company Name | Case No. |
|---|---|
| SS Body Armor II, Inc. (f/k/a Point Blank Body Armor, Inc.) | 10-11257 (CSS) |
| PBSS, LLC | 10-11258 (CSS) |
| SS Body Armor III, Inc. (f/k/a Protective Apparel Corporation of America) | 10-11259 (CSS) |

3. Case No. 10-11255 (CSS) of Debtor SS Body Armor I, Inc. shall be the Surviving Case of the Debtors, and all of the assets and liabilities of the Debtors shall remain pooled as and to the extent set forth in the Plan and be administered in the Surviving Case. Nothing herein shall impair, limit, or otherwise affect any parties' rights under the substantive consolidation provisions of the Plan.

4. The requirement of the Debtors in the Closed Cases to file further post-confirmation reports, including a final report, shall be and hereby is waived. All further

reporting concerning the administration of the assets and liabilities of those Debtors shall occur on a consolidated basis in the Surviving Case.

5. To the extent not already paid, the fees required to be paid to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6) shall be paid as soon as reasonably practicable after the date of entry of this Order.

6. The Clerk of the Court shall enter this Final Decree and Order individually on each of the dockets of the Closed Cases, and thereafter those dockets shall be marked as "Closed."

7. Notwithstanding any stay that might be applicable to this Order, this Order shall be effective and enforceable immediately upon entry hereof.

8. The Court shall retain jurisdiction to construe and enforce the terms of the Motion and this Final Decree and Order.

**Dated: June 25th, 2019**
**Wilmington, Delaware**

-3-

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**