## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SS BODY ARMOR I, INC., *et al.*,[1] | ) | Case No. 10-11255 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JULY 15, 2019 AT 10:00 A.M.[2]
**Hearing being held before the Honorable Christopher S. Sontchi**
**at the U.S. Bankruptcy Court for the District of Delaware,**
**824 N. Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801**

## UNCONTESTED MATTER UNDER CNO:

1.      Recovery Trust's Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 [Filed 6/14/19] (Docket No. 4265)

        Response Deadline: June 28, 2019 at 4:00 p.m.

        Responses Received: None.

        Related Documents:

        A.     Notice of Submission of Proofs of Claim Relating to the Recovery Trust's Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 [Filed 7/1/19] (Docket No. 4283)

        B.     Certificate of No Objection Regarding Recovery Trust's Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 [Filed 7/1/19] (Docket No. 4284)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: SS Body Armor I, Inc. (9361) f/k/a Point Blank Solutions, Inc.  SS Body Armor II, Inc. (4044) f/k/a Point Blank Body Armor, Inc.; SS Body Armor III, Inc.; (9051) f/k/a Protective Apparel Corporation of America; and PBSS LLC (8203).  All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

Status: A certificate of no objection has been filed and counsel respectfully requests entry of the proposed form of order at the convenience of the Court.

## CONTESTED MATTER GOING FORWARD:

2.      Motion to Enforce the Second Amended Joint Chapter 11 Plan Of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors Regarding Allocation of Remission Proceeds Among the Debtors and Class Plaintiffs Filed by Mohawk Capital, LLC, Jeff Dardarian, Rodney McFadden, John E. Malone, Daniel Khaykis, Chong Sin, Jon E. Jacks [Filed 7/2/19] (Docket No. 4285)

Response Deadline: July 9, 2019 at 4:00 p.m.

Responses Received:

A.   Opposition of Post-Confirmation Debtor to Motion Regarding Allocation of Remission Proceeds Among the Debtors and Class Plaintiffs [Filed 7/9/19] (Docket No. 4293)

B.   Recovery Trust's Statement in Support of Opposition of Post-Confirmation Debtor to Motion Regarding Allocation of Remission Proceeds Among the Debtor and Class Plaintiffs [Filed 7/9/19] (Docket No. 4294)

C.   Statement and Reservation of Rights of Lead Plaintiffs With Respect to Motion to Enforce the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors Regarding Allocation of Remission Proceeds Among the Debtors and Class Plaintiffs [Filed 7/9/19] (Docket No. 4297)

Reply:

A.   Reply in Support of Motion to Enforce the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors Regarding Allocation of Remission Proceeds Among the Debtors and Class Plaintiffs [Filed 7/10/19] (Docket No. 4298)

Related Documents (Including Joinders):

A.   Exhibits A through L to Motion to Enforce the Second Amended Joint Chapter 11 Plan Of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors Regarding Allocation of Remission Proceeds Among the Debtors and Class Plaintiffs [Filed 7/2/19] (Docket No. 4285)

2

B.  [Signed] Order Granting Motion for Entry of an Order Scheduling an Expedited Hearing and Shortening Notice with Respect to Motion to Enforce the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors Regarding Allocation of Remission Proceeds Among the Debtors and Class Plaintiffs [Filed 7/3/19] (Docket No. 4289)

C.  Joinder of Mahnaz Nourmand to Motion to Enforce the Second Amended Joint Chapter 11 Plan Of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors Regarding Allocation of Remission Proceeds Among the Debtors and Class Plaintiffs [Filed 7/9/19] (Docket No. 4291)

D.  Joinder of Ely Sakhai to Motion to Enforce the Second Amended Joint Chapter 11 Plan Of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors Regarding Allocation of Remission Proceeds Among the Debtors and Class Plaintiffs [Filed 7/9/19] (Docket No. 4292)

Status: This matter will be going forward.

Dated:  July 11, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

                                        /s/ James E. O'Neill
                                        Laura Davis Jones (DE Bar No. 2436)
                                        David M. Bertenthal (CA Bar No. 167624)
                                        James E. O'Neill (DE Bar No. 4042)
                                        919 N. Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, DE  19899-8705 (Courier 19801)
                                        Telephone:  (302) 652-4100
                                        Facsimile:  (302) 652-4400
                                        Email:      ljones@pszjlaw.com
                                                    dbertenthal@pszjlaw.com
                                                    joneill@pszjlaw.com

                                        Counsel to the Post Confirmation Debtor