**AMENDED SERVICE LIST**

| | | |
|---|---|---|
| **First Class Mail & Electronic Delivery**<br>Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>   Wilmington, DE 19899-8705 | **Via First Class Mail**<br>(Claimant)<br>Jerome Gotkin, Esq.<br>Mintz Levine Cohn Ferris Glovsky and Popeo, P.C.<br>One Financial Center<br>   Boston, MA 02111 | **Via Electronic Mail**<br>   sserpe@serperyan.com<br>(Counsel to D. Schlegel)<br>Silvia L. Serpe, Esq.<br>Serpe Ryan LLP<br>16 Madison Square West<br>New York NY 10010 |
| **First Class Mail**<br>Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>   Dover, DE 19903 | **Electronic Delivery**<br>**NYROBankruptcy@sec.gov**<br>Andrew Calamari<br>Regional Director<br>Securities & Exchange Commission<br>New York Regional Office<br>3 World Financial Center, Suite 400<br>   New York, NY 10281-1022 | **Electronic Delivery**<br>**mbusenkell@gsbblaw.com**<br>*(Counsel for D. David Cohen)*<br>Michael Busenkell, Esquire<br>Gellert Scali Busenkell & Brown LLC<br>1201 N. Orange Street, Suite 300<br>   Wilmington, DE 19801 |
| **First Class Mail**<br>Internal Revenue Service<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>   Philadelphia, PA 19104-5016 | **Electronic Delivery**<br>**svaughn@mcguirewoods.com**<br>*(Counsel to LifeStone Materials, LLC)*<br>Scott P. Vaughn, Esquire<br>   McGuire Woods LLP<br>201 N. Tryon Street, Suite 3000<br>   Charlotte, NC 28202 | **Electronic Delivery (SF Office)**<br>**dbertenthal@pszjlaw.com**<br>Pachulski Stang Ziehl & Jones LLP<br>David M. Bertenthal, Esquire<br>150 California Street, 15th Floor<br>   San Francisco, CA 94111-4500 |
| **First Class Mail**<br>Secretary of Treasury<br>15th & Pennsylvania Avenue, N.W.<br>   Washington, DC 20220 | **Electronic Delivery**<br>**ckunz@morrisjames.com**<br>(Counsel to CIVF-FL2W01)<br>Carl N. Kunz, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>   Wilmington, DE 19801 | **Electronic Delivery**<br>**loizides@loizides.com**<br>(Counsel for Jeffrey R. Brooks)<br>Christopher D. Loizides, Esquire<br>Loizides, P.A.<br>1225 King Street, Suite 800<br>   Wilmington, DE 19801 |
| **First Class Mail**<br>(Counsel for US Dept of Justice)<br>Matthew J. Troy, Esquire<br>U.S. Dept of Justice<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | **Electronic Delivery**<br>**Jane.M.Leamy@usdoj.gov**<br>(United States Trustee)<br>Jane Leamy, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>   Wilmington, DE 19801 | **Electronic Delivery**<br>**usade.ecfbankruptcy@usdoj.gov**<br>*(United States Attorney)*<br>David C. Weiss, Esquire<br>United States Attorney's Office<br>District of Delaware<br>Nemours Building, Suite 700<br>1007 N. Orange Street<br>   Wilmington, DE 19801 |
| **First Class Mail**<br>Securities & Exchange Commission<br>Office of General Counsel-Bankruptcy<br>100 F Street, N.E.<br>   Washington, DC 20549 | **Email rosner@teamrosner.com**<br>**leonhardt@teamrosner.com**<br>(Counsel to Unsecured Creditors Committee)<br>Frederick B. Rosner, Esquire<br>Scott James Leonhardt, Esquire<br>The Rosner Law Group LLC<br>824 Market Street, Suite 810<br>   Wilmington, Delaware 19801 | **Electronic Delivery**<br>**strattond@pepperlaw.com**<br>(Counsel to Lonestar Capital)<br>David B. Stratton, Esquire<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street, P.O. Box 1709<br>Wilmington, DE 19899-1709 |

| | | |
|---|---|---|
| **First Class Mail**<br>Prescott Group Capital Management, LLC<br>1924 Utica Avenue, Suite 1120<br>   Tulsa, OK 74104-6527 | **First Class Mail**<br>(Counsel to Lonestar Capital)<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue, Stuie 4100<br>   Dallas, TX 75201-4675 | **Electronic Delivery**<br>**bankruptcylegal@level3.com**<br>(Counsel tw telecom inc.)<br>Linda Boyle<br>10475 Park Meadows Drive, #400<br>   Littleton, CO 80124 |
| **First Class Mail**<br>US Debt Recovery, IIA, LLC<br>   5575 Kietzke Lane,<br>   RENO, NV 89511 | **First Class Mail**<br>(Counsel to Broward County)<br>Govern't Building Attn: Cty Attorney<br>115 South Andrews Avenue<br>   Fort Lauderdale, FL 33301 | **Electronic Delivery**<br>**heilmanl@ballardspahr.com.**<br>(Counsel for DuPont)<br>Leslie C. Heilman, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>   Wilmington, DE 19801 |
| **Electronic Delivery**<br>**hirsh.robert@arentfox.com**<br>**angelich.george@arentfox.com**<br>(Counsel to Unsecured Creditors Committee)<br>Robert M. Hirsh, Esquire<br>George P. Angelich, Esquire<br>Arent Fox LLP<br>1301 Avenue of the Americas, Fl. 42<br>   New York, NY 10019 | **Electronic Delivery**<br>**strattond@pepperlaw.com**<br>(Counsel to Lonestar Capital)<br>David B. Stratton, Esquire<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street, P.O. Box 1709<br>   Wilmington, DE 19899-1709 | **Electronic Delivery**<br>**drothman@riemerlaw.com;**<br>**psamson@riemerlaw.com**<br>(Counsel to Steel Partners)<br>Donald E. Rothman<br>Paul S. Samson<br>Riemer & Braunstein LLP<br>Three Center Plaza, 6th Floor<br>   Boston, Massachusetts 02108 |
| **Electronic Delivery**<br>**marriott@ballardspahr.com**<br>(Counsel to Dupont)<br>Vincent J. Marriott, III<br>Ballard Spahr LLP<br>1735 Market Street, 51st Flr.<br>   Philadelphia, PA 19103 | **Electronic Delivery**<br>**bbisignani@postschell.com**<br>(Counsel to Aon Consulting)<br>Brian W. Bisignani, Esquire<br>Post & Schell, P.C.<br>17 North 2nd Street, 12th Floor<br>   Harrisburg, PA 17101-1601 | **Electronic Delivery**<br>**ffm@bostonbusinesslaw.com**<br>(Counsel to Iron Mountain Information)<br>Frank F. McGinn<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>   Boston, MA 02110 |
| **Electronic Delivery**<br>**cahn@clm.com**<br>**sesser@clm.com**<br>**trivigno@clm.com**<br>(Counsel for D. David Cohen)<br>Aaron R. Cahn, Esquire<br>Gary D. Sesser, Esquire<br>Leonardo Trivigno, Esquire<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>   New York, NY 10005-2072 | **Electronic Delivery**<br>**nkakalia@mintz.com**<br>(Counsel to David Brooks)<br>Narges Kakalia, Esquire<br>Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.<br>666 Third Avenue<br>   New York, NY 10017 | **Electronic Delivery**<br>**ddcbusfm@gmail.com**<br>D. David Cohen<br>Law Offices of D. David Cohen<br>500 No. Broadway, Suite 200<br>   Jericho, NY 11753 |

| | | |
|---|---|---|
| **Electronic Delivery**<br>yedi@L1star.com<br>Lonestar Capital Management, LLC<br>2420 Sand Hill Road, Suite 202<br>Menlo Park, CA 94025 | **Electronic Delivery**<br>statetreasurer@state.de.us<br>Secretary of Treasury<br>P.O. Box 898<br>Dover, DE 19903 | |
| **Electronic Delivery**<br>jdoran@haslaw.com<br>(Counsel for Duro Textiles, LLC)<br>Jennifer V. Doran, Esquire<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109 | **Electronic Delivery**<br>chipman@chipmanbrown.com;<br>cicero@chipmanbrown.com<br>(Counsel to Appellant David H. Brooks)<br>Chipman Brown Cicero & Cole, LLP<br>William E. Chipman, Jr., Esquire<br>Joseph B. Cicero, Esquire<br>Hercules Plaza, Suite 5400<br>1313 N. Market Street<br>Wilmington, DE 19801 | **Electronic Delivery**<br>Dcampbell@campbelllawfirm.net<br>(Counsel to Appellant David H. Brooks)<br>Dennis M. Campbell<br>Campbell Law Firm PLLC<br>201 Alhambra Circle, Suite 602<br>Coral Gables, FL 33134 |
| **Electronic Delivery**<br>csimon@crosslaw.com<br>kmann@crosslaw.com<br>(Counsel to Plaintiffs RS Holdings)<br>Christopher P. Simon, Esquire<br>Kevin S. Mann, Esquire<br>Cross & Simon LLC<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801 | **Electronic Delivery**<br>schristianson@buchalter.com<br>(Counsel to Oracle)<br>Shawn M. Christianson, Esquire<br>Buchalter Nemer, P.C.<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126 | **Electronic Delivery**<br>kgwynne@reedsmith.com<br>(Counsel to Privet Opportunity)<br>Kurt F. Gwynne, Esquire<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 |
| **Electronic Delivery**<br>jmp@miamidade.gov<br>(Creditor)<br>Marcus Saiz de la Mora, Tax Collector<br>Miami Dade Bankruptcy Unit<br>200 NW 2nd Avenue<br>Miami, FL 33128 | **Electronic Delivery**<br>eestrada@reedsmith.com<br>(Counsel to Privet Opportunity)<br>Edward J. Estrada, Esquire<br>Reed Smith LLP<br>599 Lexington Avenue, 22nd Floor<br>New York, NY 10022 | **Electronic Delivery**<br>agbankdelaware@ag.tn.gov<br>Laura L. McCloud<br>Tennessee Dept of Revenue<br>c/o TN Atty General Office<br>Bankruptcy Division<br>P. O. Box 20207<br>Nashville, TN 37202-0207 |
| **Electronic Delivery**<br>agbankdelaware@ag.tn.gov<br>Laura L. McCloud<br>Tennessee Dept of Revenue<br>c/o TN Atty General Office<br>Bankruptcy Division<br>P. O. Box 20207<br>Nashville, TN 37202-0207 | **Electronic Delivery**<br>metkin@lowenstein.com<br>nstefanelli@lowenstein.com<br>(Counsel to Plaintiffs RS Holdings)<br>Michael S. Etkin, Esquire<br>Nicole Stefanelli, Esquire<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | **Electronic Delivery**<br>ischochet@labaton.com<br>nzeiss@labaton.com<br>(Counsel to Plaintiffs RS Holdings)<br>Ira A. Schochet, Esquire<br>Nicole Zeiss, Esquire<br>Labaton Sucharow, LLP<br>140 Broadway<br>New York, NY 10005 |

| | | |
|---|---|---|
| **Electronic Delivery**<br>**yedi@L1star.com**<br>Lonestar Capital Management, LLC<br>2420 Sand Hill Road, Suite 202<br>Menlo Park, CA 94025 | **Electronic Delivery**<br>**rdmcfadden@gmail.com**<br>(Holder of Equity Interest)<br>Rodney D. McFadden<br>PO Box 1292<br>Franklin, TX 77856 | **Electronic Delivery**<br>**mholland@goodwinlaw.com**<br>(Counsel to Former Directors of DHB)<br>Mark Holland, Esquire<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 |
| **Electronic Delivery**<br>**megan.e.hoffman-logsdon@usdoj.gov**<br>(Counsel to the Internal Revenue Service)<br>Megan E. Hoffman-Logsdon, Esquire<br>U.S. Department of Justice<br>Tax Division<br>PO Box 227<br>Washington, DC 20044 | **Electronic Delivery**<br>**ecfndoh@weltman.com**<br>(Counsel to Toyota Motor Credit Corp.)<br>Scott D. Fink, Esquire<br>Weltman, Weinberg & Reis Co., L.P.A.<br>Lakeside Place, Suite 200<br>323 W. Lakeside Avenue<br>Cleveland, OH 44113-1099 | **Electronic Delivery**<br>**mwinn@wyche.com**<br>(Counsel to JPS Composite Materials Corp.)<br>Marshall Winn, Esquire<br>Wyche, P.A.<br>44 East Camperdown Way<br>Greenville, SC 29602-0728 |