**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SS BODY ARMOR I, INC., *et al.*,[1] | ) | Case No. 10-11255 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
SEPTEMBER 17, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

*PLEASE TAKE NOTICE, AS THIS MATTER IS NOT GOING FORWARD, THE COURT HAS CANCELED THIS HEARING.*

**ADJOURNED MATTER:**

1. Marcum LLP, f/k/a Marcum Rachlin, a Division of Marcum LLP's Motion to Reconsider and Vacate the Court's Order Sustaining the Recovery Trust's Objection to Movant's Claim [Filed 8/14/19] (Docket No. 4317)

    Response Deadline: September 4, 2019 at 4:00 p.m.

    Responses Received:

    Related Documents:

    A. Recovery Trust's Objection to Claim No. 372 Filed by Marcum Rachlin, A Division of Marcum, LLP [Filed 7/12/19] (Docket No. 4302)

    B. [Signed] Order Sustaining Recovery Trust's Objection To Claim No. 372 Filed By Marcum Rachlin, a Division of Marcum, LLP [Filed 7/31/19] (Docket No. 4314)

    Status: This matter has been resolved, subject to documentation, and is being adjourned to October 18, 2019 at 12:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: SS Body Armor I, Inc. (9361) f/k/a Point Blank Solutions, Inc. SS Body Armor II, Inc. (4044) f/k/a Point Blank Body Armor, Inc.; SS Body Armor III, Inc.; (9051) f/k/a Protective Apparel Corporation of America; and PBSS LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

| | |
|---|---|
| Dated: September 11, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | James E. O'Neill (DE Bar No. 4042) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email:      ljones@pszjlaw.com |
| |           dbertenthal@pszjlaw.com |
| |           joneill@pszjlaw.com |
| | |
| | Counsel to the Post Confirmation Debtor |