## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 11th day of September, 2019, I caused a copy of the following to be served on the individuals on the attached service list in the manner indicated:

**Notice of Agenda of Matters Scheduled for Hearing on
September 17, 2019 at 10:00 a.m. [HEARING CANCELED]**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

Point Blank Supplemental Service List
Doc 225341
02-Electronic Mail

VIA ELECTRONIC MAIL
Bielli & Klauder LLC
David M. Klauder, Esq.
1204 N King St
Wilmington DE 19801
Email: dklauder@bk-legal.com

VIA ELECTRONIC MAIL
Bielli & Klauder LLC
Kathleen J. Seligman, Esq.
1500 Walnut Street, Ste 900
Philadelphia PA 19102
Email: kseligman@bk-legal.com

**Point Blank Solutions, Inc. 2002**
**Expedited Service List**
Case No. 10-11255 (CSS)
Document No. 224487
04 – Facsimile
04 – Overnight Delivery
50 - Electronic Delivery


Laura Davis Jones, Esquire
James E. O'Neill, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Facsimile 404-842-5755**
Susan Sherill, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC  20549

**Facsimile 954-357-7641**
(Counsel to Broward County)
Government Building
Attn:  County Attorney
115 South Andrews Avenue
Fort Lauderdale, FL  33301

**Facsimile 202-307-0494**
(Counsel for US Dept of Justice)
Matthew J. Troy, Esquire
U.S. Dept of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC  20044-0875

**Facsimile 214-969-4343**
(Counsel to Lonestar Capital)
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Stuite 4100
Dallas, TX  75201-4675

**Overnight Delivery**
Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA  19104-5016

**Overnight Delivery**
Secretary of Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC  20220

**Overnight Delivery**
Prescott Group Capital Management, LLC
1924 Utica Avenue, Suite 1120
Tulsa, OK  74104-6527

**Overnight Delivery**
United States Debt Recovery, IIA, LLC
5575 Kietzke Lane, Suite A
Reno, NV  89511

**Electronic Delivery (SF Office)**
**dbertenthal@pszjlaw.com**
Pachulski Stang Ziehl & Jones LLP
David M. Bertenthal, Esquire
150 California Street, 15th Floor
San Francisco, CA  94111-4500

**Electronic Delivery**
**Jane.M.Leamy@usdoj.gov**
(United States Trustee)
Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

**Electronic Delivery**
**StateTreasurer@state.de.us**
Secretary of Treasury
P.O. Box 898
Dover, DE  19903

**Electronic Delivery**
**NYROBankruptcy@sec.gov**
Andrew Calamari
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY  10281-1022

**Electronic Delivery**
**mbusenkell@gsbblaw.com**
*(Counsel for D. David Cohen)*
Michael Busenkell, Esquire
Gellert Scali Busenkell & Brown LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801

**Electronic Delivery**
**svaughn@mcguirewoods.com**
*(Counsel to LifeStone Materials, LLC)*
Scott P. Vaughn, Esquire
McGuire Woods LLP
201 N. Tryon Street, Suite 3000
Charlotte, NC  28202

**Electronic Delivery**
**usade.ecfbankruptcy@usdoj.gov**
*(United States Attorney)*
David C. Weiss, Esquire
United States Attorney's Office
District of Delaware
Nemours Building, Suite 700
1007 N. Orange Street
Wilmington, DE  19801

**Electronic Delivery**
**heilmanl@ballardspahr.com.**
(Counsel for DuPont)
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801

**Email rosner@teamrosner.com**
**leonhardt@teamrosner.com**
(Counsel to Unsecured Creditors
Committee)
Frederick B. Rosner, Esquire
Scott James Leonhardt, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, Delaware  19801

**Electronic Delivery**
**ckunz@morrisjames.com**
(Counsel to CIVF-FL2W01)
Carl N. Kunz, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

**Electronic Delivery**
**loizides@loizides.com**
(Counsel for Jeffrey R. Brooks)
Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

**Electronic Delivery**
**strattond@pepperlaw.com**
(Counsel to Lonestar Capital)
David B. Stratton, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE  19899-1709

**Electronic Delivery**
**hirsh.robert@arentfox.com**
**angelich.george@arentfox.com**
(Counsel to Unsecured Creditors
Committee)
Robert M. Hirsh, Esquire
George P. Angelich, Esquire
Arent Fox LLP
1301 Avenue of the Americas, Floor 42
New York, NY  10019

**Electronic Delivery**
**drothman@riemerlaw.com;**
**psamson@riemerlaw.com**
(Counsel to Steel Partners)
Donald E. Rothman
Paul S. Samson
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts  02108

**Electronic Delivery**
**marriott@ballardspahr.com**
(Counsel to Dupont)
Vincent J. Marriott, III
Ballard Spahr LLP
1735 Market Street, 51st Flr.
Philadelphia, PA  19103

**Electronic Delivery**
**cahn@clm.com**
**sesser@clm.com**
**trivigno@clm.com**
(Counsel for D. David Cohen)
Aaron R. Cahn, Esquire
Gary D. Sesser, Esquire
Leonardo Trivigno, Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005-2072

**Electronic Delivery**
**ddcbusfm@gmail.com**
D. David Cohen
Law Offices of D. David Cohen
500 No. Broadway, Suite 200
Jericho, NY  11753

**Electronic Delivery**
**jdoran@haslaw.com**
(Counsel for Duro Textiles, LLC)
Jennifer V. Doran, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109

**Electronic Delivery**
**bbisignani@postschell.com**
(Counsel to Aon Consulting)
Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA  17101-1601

**Electronic Delivery**
**bankruptcylegal@level3.com**
(Counsel tw telecom inc.)
Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO  80124

**Electronic Delivery**
**ffm@bostonbusinesslaw.com**
(Counsel to Iron Mountain Information)
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

**Electronic Delivery**
**nkakalia@mintz.com**
(Counsel to David Brooks)
Narges Kakalia, Esquire
Mintz Levin Cohn Ferris Glovsky and
Popeo, P.C.
666 Third Avenue
New York, NY  10017

**Electronic Delivery**
**chipman@chipmanbrown.com;**
**cicero@chipmanbrown.com**
(Counsel to Appellant David H. Brooks)
Chipman Brown Cicero & Cole, LLP
William E. Chipman, Jr., Esquire
Joseph B. Cicero, Esquire
Hercules Plaza, Suite 5400
1313 N. Market Street
Wilmington, DE  19801

**Electronic Delivery**
**Dcampbell@campbelllawfirm.net**
(Counsel to Appellant David H. Brooks)
Dennis M. Campbell
Campbell Law Firm PLLC
201 Alhambra Circle, Suite 602
Coral Gables, FL  33134

**Electronic Delivery**
**schristianson@buchalter.com**
(Counsel to Oracle)
Shawn M. Christianson, Esquire
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco, CA  94105-2126

**Electronic Delivery**
**jmp@miamidade.gov**
(Creditor)
Marcus Saiz de la Mora, Tax Collector
Miami Dade Bankruptcy Unit
200 NW 2nd Avenue
Miami, FL  33128

**Electronic Delivery**
**agbankdelaware@ag.tn.gov**
Laura L. McCloud
Tennessee Dept of Revenue
c/o TN Atty General Office
Bankruptcy Division
P. O. Box 20207
Nashville, TN  37202-0207

**Electronic Delivery**
**metkin@lowenstein.com**
**nstefanelli@lowenstein.com**
(Counsel to Plaintiffs RS Holdings)
Michael S. Etkin, Esquire
Nicole Stefanelli, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

**Electronic Delivery**
**csimon@crosslaw.com**
**kmann@crosslaw.com**
(Counsel to Plaintiffs RS Holdings)
Christopher P. Simon, Esquire
Kevin S. Mann, Esquire
Cross & Simon LLC
1105 North Market Street, Suite 901
Wilmington, DE  19801

**Electronic Delivery**
**kgwynne@reedsmith.com**
(Counsel to Privet Opportunity)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

**Electronic Delivery**
**eestrada@reedsmith.com**
(Counsel to Privet Opportunity)
Edward J. Estrada, Esquire
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY  10022

**Electronic Delivery**
**srudman@rgrdlaw.com**
(Counsel to Plaintiffs RS Holdings)
Samuel H. Rudman, Esquire
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY  11747

**Electronic Delivery**
**ischochet@labaton.com**
**nzeiss@labaton.com**
(Counsel to Plaintiffs RS Holdings)
Ira A. Schochet, Esquire
Nicole Zeiss, Esquire
Labaton Sucharow, LLP
140 Broadway
New York, NY  10005

**Electronic Delivery**
**yedi@L1star.com**
Lonestar Capital Management, LLC
2420 Sand Hill Road, Suite 202
Menlo Park, CA  94025

**Electronic Delivery**
**mholland@goodwinlaw.com**
(Counsel to Former Directors of DHB)
Mark Holland, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

**Electronic Delivery**
**rdmcfadden@gmail.com**
(Holder of Equity Interest)
Rodney D. McFadden
PO Box 1292
Franklin, TX  77856

**Electronic Delivery**
**statetreasurer@state.de.us**
Secretary of Treasury
P.O. Box 898
Dover, DE  19903

**Electronic Delivery**
**ecfndoh@weltman.com**
(Counsel to Toyota Motor Credit Corp.)
Scott D. Fink, Esquire
Weltman, Weinberg & Reis Co., L.P.A.
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH  44113-1099

**Electronic Delivery**
**mwinn@wyche.com**
(Counsel to JPS Composite Materials Corp.)
Marshall Winn, Esquire
Wyche, P.A.
44 East Camperdown Way
Greenville, SC  29602-0728

**Electronic Delivery**
**megan.e.hoffman-logsdon@usdoj.gov**
(Counsel to the Internal Revenue Service)
Megan E. Hoffman-Logsdon, Esquire
U.S. Department of Justice
Tax Division
PO Box 227
Washington, DC  20044