# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SS BODY ARMOR I, INC., *et al.*,[1] | ) | Case No. 10-11255 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 18, 2019 AT 12:00 P.M. (PREVAILING EASTERN TIME)

*PLEASE TAKE NOTICE: AS THERE ARE NO MATTERS GOING FORWARD, THIS HEARING HAS BEEN CANCELED.*

**RESOLVED/ADJOURNED MATTERS:**

1. Marcum LLP, f/k/a Marcum Rachlin, a Division of Marcum LLP's Motion to Reconsider and Vacate the Court's Order Sustaining the Recovery Trust's Objection to Movant's Claim [Filed 8/14/19] (Docket No. 4317)

    Response Deadline: September 4, 2019 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Recovery Trust's Objection to Claim No. 372 Filed by Marcum Rachlin, A Division of Marcum, LLP [Filed 7/12/19] (Docket No. 4302)

    B. [Signed] Order Sustaining Recovery Trust's Objection To Claim No. 372 Filed By Marcum Rachlin, a Division of Marcum, LLP [Filed 7/31/19] (Docket No. 4314)

    Status: This matter has been resolved and no hearing is needed.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: SS Body Armor I, Inc. (9361) f/k/a Point Blank Solutions, Inc.  SS Body Armor II, Inc. (4044) f/k/a Point Blank Body Armor, Inc.; SS Body Armor III, Inc.; (9051) f/k/a Protective Apparel Corporation of America; and PBSS LLC (8203).  All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

2. Recovery Trust's Motion for an Order (I) Approving the Final Notice and Establishing a Final Deadline for Claimants to Submit Tax Forms, (II) Deeming Distributions on Account of Forfeited Claims as Unclaimed Distributions Under the Plan, and (III) Granting Related Relief [Filed 8/27/19] (Docket No. 4323)

    Response Deadline: September 10, 2019 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Certificate of No Objection Regarding the Recovery Trust's Motion for an Order (I) Approving the Final Notice and Establishing a Final Deadline for Claimants to Submit Tax Forms, (II) Deeming Distributions on Account of Forfeited Claims as Unclaimed Distributions Under the Plan, and (III) Granting Related Relief [Filed 9/12/19] (Docket No. 4328)

    B. [Signed] Order (I) Approving the Final Notice and Establishing a Final Deadline for Claimants to Submit Tax Forms, (II) Deeming Distributions on Account of Forfeited Claims as Unclaimed Distributions Under the Plan, and (III) Granting Related Relief [Filed 9/13/19] (Docket No. 4329)

    Status: An order has been entered on this matter and it is now resolved.

3. Recovery Trust's Motion for an Order Approving Equity Distribution Procedures and Granting Related Relief [Filed 9/13/19] (Docket No. 4330)

    Response Deadline: September 27, 2019 at 4:00 p.m.

    Responses Received: None at this time.

    Related Documents: None at this time.

    Status: This matter is being adjourned to the next scheduled omnibus hearing.

4. Recovery Trust's Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving a Settlement of Claim Number 57 Asserted by Cedar Glade LP [Filed 9/13/19] (Docket No. 4331)

    Response Deadline: September 27, 2019 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Certificate of No Objection Regarding Recovery Trust's Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving a Settlement of Claim Number 57 Asserted by Cedar Glade LP [Filed 9/30/19] (Docket No. 4336)

2

    B.  [Signed] Order Granting Recovery Trust's Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving a Settlement of Claim Number 57 Asserted by Cedar Glade LP [Filed 10/1/19] (Docket No. 4338)

<u>Status</u>: An order has been entered on this matter and it is now resolved.

| | |
|---|---|
| Dated: October 16, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | James E. O'Neill (DE Bar No. 4042) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email:    ljones@pszjlaw.com |
| |           dbertenthal@pszjlaw.com |
| |           joneill@pszjlaw.com |
| | |
| | Counsel to the Post Confirmation Debtor |