**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: SS Body Armor I, Inc.          Bank: Regions Bank, N.A.

Bankruptcy Number: 10-11255          Account Number: multiple, see attached schedule

Date of Confirmation: November 10, 2015          Account Type: Operating

**Reporting Period (month/year): Oct 1, 2019 - Dec 31, 2019 (Q4'19)**

| | | |
|---|---|---|
| Beginning Cash Balance: | | **$7,480,291.44** |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $0.00 |
| Collection of Accounts Receivable: | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $0.00 |

Total of cash available:          $7,480,291.44

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $371,010.23 |
| All other disbursements made in the ordinary course: | $16,177.94 |
| Total Disbursements | $387,188.17 |

Ending Cash Balance          $7,093,103.27

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

____1/14/20_____          _____
Date                                              Scott Avila, Debtor Representative

Debtor:  SS Body Armor I, Inc.

Case Number:  10-11255

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: SS Body Armor I, Inc.                           Bank: Regions Bank, N.A.

Bankruptcy Number: 10-11255                                     Account Number: see below

Date of Confirmation: November 10, 2015                         Account Type: Operating

**Reporting Period (month/year): Oct 1, 2019 - Dec 31, 2019 (Q4'19)**

| Account | | Beginning | Receipts | Disbursements | Ending |
|---|---|---:|---:|---:|---:|
| xxxx7352 | Operating Account | 186,795.48 | 748.36 | -16,177.94 | 171,365.90 |
| xxxx7536 | Disbursement Account[1] | 0.00 | 0.00 | 0.00 | 0.00 |
| xxxx2035 | Debtor Reserve Acct | 748.36 | 0.00 | -748.36 | 0.00 |
| PSZJ-Trust | Pachulski Trust Account[4] | 7,292,747.60 | 0.00 | -371,010.23 | 6,921,737.37 |
| Inter-Acct Elim (2035 to 7352)[2] | | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total**[3] | | **7,480,291.44** | **748.36** | **-387,936.53** | **7,093,103.27** |

(1) Note that this is a "ZBA" account. That is, all checks written from this account are funded by the Acct 7352, and at all times, acct 7536 has a $0 balance. For the sake of simplicity, we show all of the disbursments coming from acct 7352
(2) Reimbursement for checks written from acct 7536 that should have come from acct 2035
(3) Acount balances are presented on a "book basis", meaning all outstanding check clear
(4) Of the $2,742,550 disbursed in Q3'19, $2,500,000 represents a transfer from SS Body Armor to the attorney of the recovery trustee of the trust which is the signal shareholder of SS Body Armor.

**SS Body Armor I, Inc.**  Case #: 10-11255

| ASSETS | 22-Nov-15 | 31-Dec-15 | 31-Dec-16 | 31-Dec-17 | 31-Dec-18 | 31-Mar-19 | 30-Jun-19 | 30-Sep-19 | 31-Dec-19 |
|---|---|---|---|---|---|---|---|---|---|
| Cash (Unrestricted) | 92,298 | 7,693,804 | 3,652,273 | 3,553,599 | 3,545,335 | 1,268,588 | 10,201,672 | 7,480,291 | 7,093,103 |
| Cash (Restricted) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts Receivable (Net) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Notes Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses[1] | 347,185 | 342,547 | 342,547 | 342,547 | 342,547 | 342,547 | 342,547 | 342,547 | 342,547 |
| Other (Attach List)[2] | 2,950,000 | 2,950,000 | 2,950,000 | 2,950,000 | 2,950,000 | 2,950,000 | 2,950,000 | 2,950,000 | 2,950,000 |
| Total Current Assets | 3,389,483 | 10,986,351 | 6,944,820 | 6,846,146 | 6,837,882 | 4,561,135 | 13,494,219 | 10,772,838 | 10,385,650 |
| **Property, Plant & Equipment** | | | | | | | | | |
| Real Property & Improvements | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Furniture, fixtures & Office Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Leasehold Improvements | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less: Accumulated Depreciation/Depletion | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Due from Affiliates & Insiders | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other (Attach List) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Assets | 3,389,483 | 10,986,351 | 6,944,820 | 6,846,146 | 6,837,882 | 4,561,135 | 13,494,219 | 10,772,838 | 10,385,650 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | | | | | | | | |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable[3] | -18,264,226 | -18,264,226 | -18,264,226 | -18,264,226 | -18,264,226 | -18,264,226 | -18,264,226 | -18,264,226 | -18,264,226 |
| Notes Payable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees[4] | 18,108,500 | 8,210,007 | 6,118,535 | 6,118,535 | 6,118,535 | 3,842,376 | 0 | 0 | 0 |
| Secured Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Due to Affiliates & Insiders | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other (Attach List)[5] | 0 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 0 | 0 | 0 |
| Total Postpetition Liabilities | -155,726 | 9,945,780 | 7,854,309 | 7,854,309 | 7,854,309 | 5,578,150 | -18,264,226 | -18,264,226 | -18,264,226 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)[6]** | | | | | | | | | |
| Secured Debt - Per Plan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Priority Debt - Per Plan | 2,016,375 | 2,016,375 | 1,999,673 | 1,999,673 | 1,999,673 | 1,999,673 | 1,999,673 | 1,999,673 | 1,999,673 |
| Unsecured Debt - Per Plan | 48,482,141 | 48,482,141 | 48,482,141 | 48,482,141 | 48,482,141 | 48,482,141 | 48,482,141 | 48,482,141 | 48,482,141 |
| Other (Attach List) - Per Plan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Pre-petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Liabilities | 50,342,789 | 60,444,296 | 58,336,123 | 58,336,123 | 58,336,123 | 56,059,964 | 32,217,588 | 32,217,588 | 32,217,588 |
| **Equity** | | | | | | | | | |
| Total Owners' Equity | -46,953,306 | -49,457,944 | -51,391,303 | -51,489,977 | -51,498,241 | -51,498,829 | -18,723,369 | -21,444,749 | -21,831,938 |
| Total Liabilities & Owners' Equity | 3,389,483 | 10,986,351 | 6,944,820 | 6,846,146 | 6,837,882 | 4,561,135 | 13,494,219 | 10,772,838 | 10,385,650 |
| Check | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

NOTES:
(1) Dec 31'15 balance includes an adjustment for a remaining prepaid expense that should have been expensed in the Q4'15 report
(2) Book value of investment in related party, Lifestone. No estimate as to value has been determined.
(3) The company has not investigated the value of the tax asset, including, but not limited to, any value attributable to net operating loss carryforwards ("NOLs"), if any. Note that a number of factors can impact the value and validity of NOLs.
(4) Amount as of Nov. 22 matches current estimated professional fees as filed by all professionals plus amount for ordinary course professionals through November
(5) Loan per Settlement with Class
(6) The company has made an initial review of claims and has identified a number of claims that are likely to be eliminated; for example, claims that appear to be duplicate. The company has updated this balance sheet to match this revised claims estimate. This amount is subject to further review. The claim value here may not match what the company believes the ultimate value of claims will be and that cannot be completely determined until all claims have been deemed allowed or have been otherwise adjudicated. Claims that were listed against multiple debtors or an unidentified debtor have been included in PBSI for convenience and may not reflect the actual debtor for which the claim relates.