# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) ) **Chapter 11** ) ) **Case No. 10-11255 (CSS)** ) **SS BODY ARMOR I , INC. (F/K/A POINT BLANKS SOLUTIONS, INC.), et al.,** ) ) **Jointly Administered** ) Debtors. ) ) |

## NOTICE OF CHANGE OF FIRM, ADDRESS AND CONTACT INFORMATION

PLEASE TAKE NOTICE of the new firm name, address and contact information for the undersigned attorneys for Oracle America, Inc.:

| **OLD INFORMATION**: | **NEW INFORMATION:** |
|---|---|
| Amish R. Doshi, Esq.<br>**MAGNOZZI & KYE, LLP**<br>23 Green Street, Suite 302<br>Huntington, NY 11742<br>Tel: (631) 923-2858<br>Fax: (631) 923-2860<br>E-Mail: adoshi@magnozzikye.com | Amish R. Doshi, Esq.<br>**DOSHI LEGAL GROUP, P.C.**<br>1979 Marcus Avenue, Suite 210E<br>Lake Success, NY 11042<br>Tel: (516) 622-2335<br>Fax: (866) 222-0162<br>E-Mail: amish@doshilegal.com |

Dated: September 8, 2020
      Lake Success, New York

Respectfully Submitted,

By:       /s/ Amish R. Doshi
      Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel: (516) 622-2335
Fax: (866) 222-0162

**Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) | **Chapter 11** |
|  | ) | **Case No. 10-11255 (CSS)** |
| **SS BODY ARMOR I , INC. (F/K/A POINT BLANKS SOLUTIONS, INC.), et al.,** | ) ) ) | **Jointly Administered** |
| Debtors. | ) ) ) |  |

**CERTIFICATE OF SERVICE**

I, Amish R. Doshi, hereby certify that on September 8, 2020, I served a copy of **Notice of Change of Firm, Address and Contact Information** on the below party via regular mail.

SS BODY ARMOR I, INC.
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

          _/s/ Amish R. Doshi_____
          Amish R. Doshi