# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| SS Body Armor I, Inc., *et al.*, | § Case No. 10-11255 (CSS) |
| | § Jointly Administered |
| | § |
| Debtors.[1] | § Re: D.I. 4492 |
| | § |
| | § Hearing Date: November 2, 2020 at 11:00 a.m. |
| | § Objection Deadline: October 8, 2020 at 4:00 p.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 22, 2020, Jon Jacks ("Jacks") filed the *Motion For An Order Re-Establishing A Recovery Trust, Removing Certain Estate Fiduciaries For Cause, Requiring Disgorgement Of Fees And Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be made in writing, filed with the Court, 824 North Market Street, Wilmington, DE 19801, and served upon, so as to actually be received by Jacks, on or before **October 8, 2020 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed in accordance with the above procedures, the Court may enter an order approving the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedure, a hearing on the Motion will be held before the Honorable

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones, LLP, 9191 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

Christopher S. Sontchi on **November 2, 2020 at 11:00 a.m. (Prevailing Eastern Time)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.  Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at such hearing.

Dated:  September 24, 2020

Respectfully submitted,

_____
Jon Jacks, Pro Se
1479 Ashford Ave. #912
San Juan, PR 00907
903-738-6202
jon@stockhub.com

## CERTIFICATE OF SERVICE

I, Jon Jacks, hereby certify that I am not less than 18 years of age and that on this 24nd day of September 2020, I caused a true and correct copy of the foregoing *Notice of Motion* pertaining to the *Motion for an Order Re-Establishing a Recovery Trust, Removing Certain Estate Fiduciaries for Cause, Requiring Disgorgement of Fees and Related Relief* [D.I. 4492][1] to be served upon the parties listed below via electronic mail.

Jon Jacks

Arent Fox LLP
George P. Angelich
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Email: george.angelich@arentfox.com

Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Email: jane.m.leamy@usdoj.gov

Brian Ryniker
Email: brian@rynikerllc.com

Scott Avila
Email: savila@paladinmgmt.com

Sanjay Nayar
Email: sanjay@bharatcapfunds.com

Rick Rosenbloom
Email: rick@fuelbreakcapital.com

Frederick B. Rosner
Scott James Leonhardt
Jason A. Gibson
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, Delaware 19801
Email: rosner@teamrosner.com

Alan Kornfeld
Pachulski Stang Ziehl & Jones, LLP, 9191
North Market St., 17th Floor
Wilmington, DE 19801
Email: akornfeld@pszjlaw.com

Jack Thurman
Email: jack@nardis.us.com

David Cohen
Email: ddcbusfm@gmail.com

Carter Ledyard Milburn
Gary Sesser
Email: Sesser@clm.com

Larry Ellis
Email: ellislarry@earthlink.net

---

[1] The Motion was served on these parties September 22, 2020.