# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| S.S. BODY ARMOR I, INC. *et al.*,[1] | Case No. 10-11255 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 4492, 4495, 4498 & 4509 |

## ORDER GRANTING MOTION TO SHORTEN NOTICE

Upon the motion ("Motion to Shorten")[2] of the Estate Fiduciaries for entry of an order pursuant to Local Rule 9006-1(e), shortening notice to consider the Motion for Status Conference; and the Court having considered the Motion to Shorten; and the Court finding that the notice proposed by the Motion to Shorten is due, sufficient and adequate under the circumstances; and no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED to the extent set forth herein; and

2. Objections to the Motion for Status Conference shall be due on or before Monday, October 26, 2020.

3. A hearing on the Motion for Status Conference shall be held on Wednesday, October 28, 2020, at 10:00 a.m.

---

[1] The pre-confirmation debtors and the last four digits of each debtor's federal tax identification number were: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings must be sent to SS Body Armor I, Inc., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

[2] Unless defined herein, capitalized terms shall have the meanings ascribed to them in the Motion to Shorten and Motion for Status Conference, as applicable.

{00029328. }

4.  Counsel to the Estate Fiduciaries shall provide Notice of the Hearing to the Notice Parties in the same manner as the Motion to Shorten no later than 10-23-20.

Dated: 10-22-20

*[Signature]*