**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> SS BODY ARMOR I, INC., *et al.*[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 10-11255 (CSS) <br> (Jointly Administered) <br><br> **Objection Deadline: January 12, 2021 at 4:00 p.m. (ET)** <br> **Hearing Date: February 2, 2021 at 10:00 a.m. (ET)** <br> **Ref. Docket No. 4525** |

**NOTICE OF RESCHEDULED HEARING ON POST-CONFIRMATION DEBTOR'S MOTION FOR ORDER FURTHER EXTENDING THE PERIOD WITHIN WHICH THE POST-CONFIRMATION DEBTOR MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FED. R. BANKR. P. 9027**

**PLEASE TAKE NOTICE** that on November 19, 2020, the debtor in the above-captioned case (the "Post-Confirmation Debtor") filed the *Post-Confirmation Debtor's Motion for Order Further Extending the Period Within Which the Post-Confirmation Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027* [Docket No. 4525] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 ("Bankruptcy Court" or "Court"). You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion scheduled for January 15, 2021 at 2:00 p.m. (ET) has been adjourned with the permission of the Court to **February 2, 2021 at 10:00 a.m. (ET)**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: SS Body Armor I, Inc. (9361) f/k/a Point Blank Solutions, Inc. SS Body Armor II, Inc. (4044) f/k/a Point Blank Body Armor, Inc.; SS Body Armor III, Inc.; (9051) f/k/a Protective Apparel Corporation of America; and PBSS LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on, or before, **January 12, 2021 at 4:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the following:  (i) counsel to the Post-Confirmation Debtor:  Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esquire; and (ii) counsel to the U.S. Trustee:  Jane Leamy, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  December 10, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
James E. O'Neill (Bar No. 4042)
Elissa A. Wagner (CA Bar No. 213589)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  ljones@pszjlaw.com
          akornfeld@pszjlaw.com
          joneill@pszjlaw.com
          ewagner@pszjlaw.com

*Counsel for the Post-Confirmation Debtor*