## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SS Body Armor I, Inc., *et al.*,[1] | Case No. 10-11255 (CSS) |
| Debtors. | (Jointly Administered) |

## VERIFIED FINAL REPORT

I, Brian K. Ryniker, declare:

1. I am the Recovery Trustee (the "Recovery Trustee") of the Recovery Trust established under the *Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors* [D.I. 3261] (the "Plan").

2. On November 10, 2015, the Bankruptcy Court entered an *Order* [D.I. 3526] ("Confirmation Order"), confirming the Plan. The Plan's effective date occurred on November 23, 2015 (the "Effective Date").

3. As of the "Effective Date, the Plan [was] deemed to be substantially consummated under sections 1101 and 1127(b) of the Bankruptcy Code." Confirmation Order, ¶ 40.

4. To the best of my knowledge, information, and belief, attached hereto as **Exhibit A** is a breakdown of the fees and expenses incurred to administer the chapter 11 cases (the "Chapter 11 Cases") of S.S. Body Armor I, Inc. and its debtor affiliates (the "Debtors"), which were paid for the period running from April 14, 2010 (the "Petition Date"), through the Effective Date.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: SS Body Armor I, Inc. (9361) (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (4044) (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (9051) (f/k/a Protective Apparel Corporation of America); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

5. To the best of my knowledge, information, and belief, attached hereto as **Exhibit B** is a breakdown of the fees and expenses incurred to administer the Chapter 11 Cases, which have been paid for the period running after the Effective Date through March 10, 2021, as well as a breakdown of remaining retainers and indemnities reserved to fulfill any remaining obligations of the Recovery Trust and Post-Confirmation Debtor.[2]

6. All other expenses arising from the administration of the bankruptcy estates, the Recovery Trust, and the Chapter 11 Cases have been paid or will be paid as and when such expenses come due, including, without limitation, any further Section 1930 Fees.

7. To the best of my knowledge, information, and belief, all Distributions to be made under the Plan on account of Claims and Interests filed or scheduled in this case have been made or will be made, as described below:

| CLASS | TYPE OF CLAIM OR INTEREST | TREATMENT UNDER THE PLAN | DISTRIBUTION PERCENTAGE |
|---|---|---|---|
|  | Administrative Claims | Payment in full in cash | 100% |
| 1 | Other Priority Claims | Payment in full in cash | 100% |
| 2 | Secured Claims | Payment in full in cash or return of collateral | 100% |
| 3 | General Unsecured Claims | Pro rata share of distributable cash | 100% |
| 4 | Subordinated Unsecured Claims | Pro rata share of distributable cash | N/A (no members) |

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

| CLASS | TYPE OF CLAIM OR INTEREST | TREATMENT UNDER THE PLAN | DISTRIBUTION PERCENTAGE |
|---|---|---|---|
| 5 | Class Action Claims | Withdrawal of Claims and treatment in accordance with Amended Settlement Agreement | N/A (paid in accordance with Amended Settlement Agreement) |
| 6 | Old Common Stock Interests | Pro rata share of distributable cash | 25 - 34 cents per share[3] |
| 7 | Subordinated Common Stock Interests | No Recovery | 0% |
| 8 | Other Old Equity Interests | No Recovery | 0% |
| 9 | Other Subordinated Claims | No Recovery | 0% |

8.  All motions, applications, contested matters, adversary proceedings, and other proceedings that were before this Court with respect to the Chapter 11 Cases have been resolved or are scheduled to be resolved at the hearing before this Court on March 24, 2021.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.**

Dated: March 10, 2021

/s/Brian K. Ryniker
Brian K. Ryniker, in his capacity as Trustee of the Recovery Trust for SS Body Armor I, Inc. *et. al.*

---

[3] The projected distribution range of 25-34 cents per share is comprised of: (i) first interim distribution of 15 cents; (ii) second interim distribution of 3.5 cents; and (iii) final distribution of approximately (x) 7 cents without entry of a final Bar Order or (y) 16 cents with entry of a final Bar Order.

**EXHIBIT A**

**Table of Pre-Emergence Fees & Expenses**
**From the Petition Date (April 14, 2010) through the Effective Date (November 23, 2015)**

| | RECIPIENT OF FEES AND/OR EXPENSES | NATURE OF FEES AND/OR EXPENSES | AMOUNT OF FEES AND/OR EXPENSES |
|---|---|---|---|
| 1 | Pachulski Stang Ziehl & Jones LLP | Counsel to Debtors | $ 15,450,026 |
| 2 | Olshan Frome Wolosky LLP | Counsel to Debtors | $ 898,124 |
| 3 | Dentons US LLP (f/k/a McKenna, Long & Aldridge, LLP) | Counsel to Debtors | $ 1,041,115 |
| 4 | Venable LLP | Counsel to Debtors | $ 2,295,190 |
| 5 | Deloitte Financial Advisory Services LLP | Other Professionals for Debtors | $ 6,807,678 |
| 6 | Epiq Corp. | Other Professionals for Debtors | $ 216,530 |
| 7 | Burr | Other Professionals for Debtors | $ 10,380 |
| 8 | Arent Fox LLP | Counsel to Official Committee of Unsecured Creditors | $ 3,935,713 |
| 9 | The Rosner Law Group LLC (f/k/a Messana Rosner & Stern LLP) | Counsel to Official Committee of Unsecured Creditors | $ 310,137 |

| | RECIPIENT OF FEES AND/OR EXPENSES | NATURE OF FEES AND/OR EXPENSES | AMOUNT OF FEES AND/OR EXPENSES |
|---|---|---|---|
| 10 | CBIZ Accounting, Tax & Advisory of New York, LLC and CBIZ, Inc. | Other Professionals for Official Committee of Unsecured Creditors | $ 1,812,688 |
| 11 | Baker & McKenzie LLP | Counsel to Official Committee of Equity Security Holders | $ 2,216,590 |
| 12 | Bayard, P.A. | Counsel to Official Committee of Equity Security Holders | $ 1,414,815 |
| 13 | Bifferato LLC | Counsel to Official Committee of Equity Security Holders | $ 306,970 |
| 14 | Morrison Cohen LLP | Counsel to Official Committee of Equity Security Holders | $ 842,752 |
| 15 | Goldin Associates, LLC | Other Professionals for Official Committee of Equity Security Holders | $ 1,876,221 |
| 16 | Pillsbury Winthrop Shaw Pittman LLP | Counsel to Special Committee of the Board of Directors | $ 119,878 |
| 17 | Office of the United States Trustee[1] | Statutory Fees | $ 137,431 |

---

[1] Fees owed to the Office of the United States Trustee represent statutory fees incurred under 28 U.S.C. § 1930.

**EXHIBIT B**

**Table of Post-Emergence Fees & Expenses**
**From November 24, 2015 through March 10, 2021**

| | RECIPIENT OF FEES AND/OR EXPENSES | NATURE OF FEES AND/OR EXPENSES | AMOUNT OF FEES AND/OR EXPENSES | RETAINER* | INDEMNITY* |
|---|---|---|---|---|---|
| 1 | Pachulski Stang Ziehl & Jones LLP | Post-Confirmation Debtor Representative | $ 4,241,040 | $ 1,004,632 | $ 500,000 |
| 2 | Dentons US LLP (f/k/a McKenna, Long & Aldridge, LLP) | Post-Confirmation Debtor Representative | $ 49,556 | | |
| 3 | Venable LLP | Post-Confirmation Debtor Representative | $ 126,097 | | |
| 4 | T.Scott Avila / Armory / Paladin | Post-Confirmation Debtor Representative | $ 469,173 | $ 175,000 | $ 250,000 |
| 5 | Epiq Corp | Post-Confirmation Debtor Representative | $ 326,462 | $ 84,856 | |
| 6 | Burr | Post-Confirmation Debtor Representative | $ 146,856 | $ 96,000 | |
| 7 | Michael Juniper | Other Professionals for Debtors | $ 23,130 | $ 30,000 | |
| 8 | Deloitte Financial Advisory Services LLP | Other Professionals for Debtors | $ 37,628 | | |
| 9 | Arent Fox LLP | Counsel to Recovery Trust | $ 4,248,148 | $ 1,764,659 | $ 1,800,000 |
| 10 | The Rosner Law Group LLC | Counsel to Recovery Trust | $ 208,456 | $ 170,753 | $ 50,000 |

| | RECIPIENT OF FEES AND/OR EXPENSES | NATURE OF FEES AND/OR EXPENSES | AMOUNT OF FEES AND/OR EXPENSES | RETAINER* | INDEMNITY* |
|---|---|---|---|---|---|
| 11 | Gibson Dunn & Crutcher LLP | Special Counsel | $ 167,931 | | |
| 12 | Gunster Yoakley & Stewart Trust Acct | Counsel to Recovery Trust | $ 20,000 | | |
| 13 | Brian K. Ryniker / Ryniker Consultants LLC | Recovery Trustee | $ 491,957 | $ 249,200 | |
| 14 | CBIZ Accounting, Tax & Advisory of New York, LLC and CBIZ, Inc. | Other Professionals for Recovery Trust | $ 1,076,623 | | |
| 15 | KMPG | Other Professionals for Recovery Trust | $ 136,926 | $ 23,075 | |
| 16 | Raiche Ende Malter & Co | Other Professionals for Recovery Trust | $ 121,606 | $ 175,000 | |
| 17 | Kurtzman Carlson Consultants, LLC | Other Professionals for Recovery Trust | $ 139,346 | $ 37,957 | |
| 18 | Richards, Layton & Finger | Mediator | $ 29,327 | | |
| 19 | Potter Anderson & Corroon | Counsel to Revised Equity Group | $ 40,000 | | |
| 20 | Jack Thurmon | Debtor Oversight Member | $ 150,000 | | *See* Row 24 |
| 21 | Rick Rosenbloom | Debtor Oversight Member | $ 150,000 | | *See* Row 24 |
| | | Trust Oversight Member | $ 149,042 | | |

| RECIPIENT OF FEES AND/OR EXPENSES | | NATURE OF FEES AND/OR EXPENSES | AMOUNT OF FEES AND/OR EXPENSES | RETAINER* | INDEMNITY* |
|---|---|---|---|---|---|
| 22 | General Larry R. Ellis, USA, Ret. | Trust Oversight Member | $ 149,586 | | *See* Row 24 |
| 23 | Sanjay Nayar | Trust Oversight Member | $ 148,949 | | *See* Row 24 |
| 24 | Oversight Committee Members | | -- | | $ 1,050,000[1] |
| 25 | Office of the United States Trustee[2] | Statutory Fees | $ 714,326 | | |

**\*Entry of the Bar Order sought in the *Motion of Recovery Trust for Orders (I) Approving Settlements with Class Plaintiffs and Carter Ledyard & Milburn LLP; (II) Authorizing Dissolution Protocol; (III) Entering Final Decree; and (IV) Granting Related Relief* [D.I. 4547] could result in a reduction of retainers and indemnity reserves held by certain professionals in the amount of $2,980,000 and facilitate a corresponding increase in Final Distributions to holders of Allowed Class 6 Trust Interests by approximately 9 cents per share.**

---

[1] Indemnity for the Oversight Committee Members is currently held by Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtor and Oversight Committee Members.

[2] Fees owed to the Office of the United States Trustee represent statutory fees incurred under 28 U.S.C. § 1930.