# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter: 11 |
| SS Body Armor I, Inc., *et al.*,[1] | Case No. 10-11255 (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF VIDEO STATUS CONFERENCE

**PLEASE TAKE NOTICE** that, at the direction of the Court, a status conference will be held in the above-referenced bankruptcy cases on **March 19, 2021 at 10:00 a.m. (ET)** before the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE THAT THIS STATUS CONFERENCE WILL BE HELD BY VIDEO VIA ZOOM. BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM. ALL PARTICIPANTS WHO WISH TO APPEAR MUST REGISTER AT THE PROVIDED LINK BELOW NO LATER THAN MARCH 18, 2021 AT 4:00 P.M.**

Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJItf-mrrTkvH041V0UGL0UqzzJSSw6Ztn8

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

Dated: March 18, 2021
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email:  rosner@teamrosner.com
　　　　leonhardt@teamrosner.com
　　　　gibson@teamrosner.com

-and-

**ARENT FOX LLP**
George P. Angelich (admitted *pro hac vice*)
Beth M. Brownstein (admitted *pro hac vice*)
1301 Avenue of the Americas, Floor 42
New York, New York 10019
Telephone: (212) 484-3900
Facsimile:  (212) 484-3990
Email:  george.angelich@arentfox.com
　　　　beth.brownstein@arentfox.com

Jackson D. Toof (admitted *pro hac vice*)
1717 K Street, N.W.
Washington, DC  20006
Telephone: (202) 857-6000
Facsimile:  (202) 857-6395
Email:  jackson.toof@arentfox.com

Justin A. Kesselman (admitted *pro hac vice*)
800 Boylston Street
Boston, MA  02199
Telephone: (617) 973-6102
Email:  justin.kesselman@arentfox.com

*Counsel to the Recovery Trust*