| First Name | Last Name | Email | Party Representing | Firm Name |
|---|---|---|---|---|
| Jackson | Toof | jackson.toof@arentfox.com | Recovery Trust | Arent Fox LLP |
| Christian | McBurney | christian.mcburney@arentfox.com | Recovery Trust | Arent Fox LLP |
| Justin | Kesselman | justin.kesselman@arentfox.com | Recovery Trust | Arent Fox LLP |
| David | Cohen | ddcbusfm@gmail.com | Self | |
| Jose | dos Santos | Jose.dosSantos@arentfox.com | Recovery Trust | Arent Fox LLP |
| Sean | Beach | sbeach@ycst.com | Messrs. Ryniker, Ellis, | Young Conaway Stargatt & Taylor, LLP |
| James | O'Neill | joneill@pszjlaw.com | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Brad | Christensen | ulcanvay@hotmail.com | interested party | N/A |
| Jason | Gibson | gibson@teamrosner.com | Recovery Trust | The Rosner Law Group LLC |
| Brian | Ryniker | brian@rynikerllc.com | Recovery Trust | Ryniker Consultants LLC |
| Kevin | Mann | kmann@crosslaw.com | Class Plaintiffs | Cross & Simon, LLC |
| Alan | Kornfeld | akornfeld@pszjlaw.com | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Michael | Etkin | metkin@lowenstein.com | Lead Plaintiffs and the | Lowenstein Sandler LLP |
| Jane | Leamy | jane.m.leamy@usdoj.gov | U.S. Trustee | Office of U.S. Trustee |
| George | Angelich | george.angelich@arentfox.com | Recovery Trust | Arent Fox LLP |

| Beth | Brownstein | beth.brownstein@arentfox.com | | Recovery Trust | Arent Fox LLP |
|---|---|---|---|---|---|
| Gary | Sesser | sesser@clm.com | | Carter Ledyard & Milburn | Carter Ledyard & Milburn LLP |
| Scott | Avila | savila@paladinmgmt.com | | Debtors | |
| Elissa | Wagner | ewagner@pszjlaw.com | | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Michael | Busenkell | mbusenkell@gsbblaw.com | | Carter Ledyard & Milburn | Gellert Scali Busenkell & Brown, LLC |
| Leonardo | Trivigno | trivigno@clm.com | | Carter Ledyard & Milburn | Carter Ledyard & Milburn LLP |
| Alex | Keoleian | akeoleian@gmail.com | | self | |