UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SS Body Armor I, Inc., *et al.*,[1] | Case No. 10-11255 (CSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 4550 |

**ORDER DENYING MOTION FOR ORDER
REMOVING ESTATE FIDUCIARIES FOR CAUSE,
REQUIRING DISGORGEMENT OF FEES AND RELATED RELIEF**

Upon consideration of *Jon Jacks' Motion for Order Removing Estate Fiduciaries for Cause, Requiring Disgorgement of Fees and Related Relief* (the "Removal Motion") [D.I. 4550][2] and any opposition thereto; and upon consideration of statements made on the record at the hearing conducted before this Court on March 24, 2021, April 12, 2021, and April 15, 2021 (collectively, the "Hearing") and the relief requested therein; and jurisdiction and venue appearing proper pursuant to 28 U.S.C. §§ 1334, 1408 and 1409; and the parties having consented to the entry of a final order by this Court pursuant to Local Bankruptcy Rule 9013(f); and this being a core proceeding pursuant to 28 U.S.C. § 157; and it appearing that due and adequate notice of the Removal Motion has been given, and that no other or further notice need be given; it is hereby:

**ORDERED** that the Removal Motion is denied as moot; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: SS Body Armor I, Inc. (9361) (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (4044) (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (9051) (f/k/a Protective Apparel Corporation of America); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Removal Motion.

1

**ORDERED** that this Court shall retain jurisdiction with respect to any matters arising from or related to the interpretation and implementation of this Order.

**Dated:** June 10th, 2021
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE