# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § Chapter 11 <br> § <br> § Case No. 10-11255 (CSS) <br> § Jointly Administered <br> § <br> § <br> § Re: D.I. 4610 |
| SS Body Armor I, Inc., *et al.*, | |
| Debtors.[1] | |

## NOTICE OF APPEAL

Jon Jacks, pro se, hereby appeals to the United States District Court for the District of Delaware pursuant to U.S.C. § 158(a)(1) and Rules 8001, 8002, and 8003 of the Federal Rules of Bankruptcy Procedure from the following order entered by the United States Bankruptcy Court for the District of Delaware:

A. The *Order Denying Motion for Order Removing Estate Fiduciaries For Cause, Requiring Disgorgement of Fees and Related Relief* dated June 10, 2021 [D.I. 4610] (the "Order") regarding *Jon Jacks' Motion for Order Removing Estate Fiduciaries for Cause, Requiring Disgorgement of Fees and Related Relief* [D.I. 4550]. A copy of the Order is attached hereto as Exhibit A.

The names, parties and respective counsel to this appeal are as follows:

**Appellant:** Jon Jacks

Jon Jacks, Pro Se
1479 Ashford Ave. #912
San Juan, PR 00907
903-738-6202
jon@stockhub.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones, LLP, 9191 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

**Appellees:** The Recovery Trust for SS Body Armor I, Inc., et al.

| | |
|---|---|
| **Arent Fox LLP** | **The Rosner Law Group LLC** |
| George P. Angelich | Jason A. Gibson |
| 1301 Avenue of the Americas, 42nd Floor | 824 Market Street, Suite 810 |
| New York, New York 10019 | Wilmington, Delaware 19801 |
| Email: george.angelich@arentfox.com | Email: rosner@teamrosner.com |
| beth.brownstein@arentfox.com | gibson@teamrosner.com |

**Appellees:** SS Body Armor I, Inc.

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones, Esq. James E. O'Neill, Esquire
919 North Market Street, 17th Floor P.O. Box 8705
Wilmington, DE 19899-8705 Email:
ljones@pszjlaw.com joneill@pszjlaw.com

**PACHULSKI STANG ZIEHL & JONES LLP**
Alan Kornfeld
150 California Street, 15th Floor
San Francisco, CA 94111-4500 Email:
akornfeld@pszjlaw.com

Dated: June 22, 2021        Respectfully submitted,

Jon Jacks, Pro Se
1479 Ashford Ave. #912
San Juan, PR 00907
903-738-6202
jon@stockhub.com

2

# CERTIFICATE OF SERVICE

I, Jon Jacks, hereby certify that I am not less than 18 years of age and that on this 22nd day of June 2021, I caused a true and correct copy of the foregoing *Notice of Appeal* to be served upon the parties listed below via electronic mail.

Arent Fox LLP
George P. Angelich
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Email: george.angelich@arentfox.com
beth.brownstein@arentfox.com

The Rosner Law Group LLC
Jason A. Gibson
824 Market Street, Suite 810
Wilmington, Delaware 19801
Email: rosner@teamrosner.com
gibson@teamrosner.com

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones, Esq. James E. O'Neill, Esquire
919 North Market Street, 17th Floor P.O. Box 8705
Wilmington, DE 19899-8705 Email:
ljones@pszjlaw.com joneill@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
Alan Kornfeld
150 California Street, 15th Floor
San Francisco, CA 94111-4500 Email:
akornfeld@pszjlaw.com

Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Email: jane.m.leamy@usdoj.gov

# Exhibit A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SS Body Armor I, Inc., *et al.*,[1] | Case No. 10-11255 (CSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 4550 |

## ORDER DENYING MOTION FOR ORDER REMOVING ESTATE FIDUCIARIES FOR CAUSE, REQUIRING DISGORGEMENT OF FEES AND RELATED RELIEF

Upon consideration of *Jon Jacks' Motion for Order Removing Estate Fiduciaries for Cause, Requiring Disgorgement of Fees and Related Relief* (the "Removal Motion") [D.I. 4550][2] and any opposition thereto; and upon consideration of statements made on the record at the hearing conducted before this Court on March 24, 2021, April 12, 2021, and April 15, 2021 (collectively, the "Hearing") and the relief requested therein; and jurisdiction and venue appearing proper pursuant to 28 U.S.C. §§ 1334, 1408 and 1409; and the parties having consented to the entry of a final order by this Court pursuant to Local Bankruptcy Rule 9013(f); and this being a core proceeding pursuant to 28 U.S.C. § 157; and it appearing that due and adequate notice of the Removal Motion has been given, and that no other or further notice need be given; it is hereby:

**ORDERED** that the Removal Motion is denied as moot; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: SS Body Armor I, Inc. (9361) (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (4044) (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (9051) (f/k/a Protective Apparel Corporation of America); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Removal Motion.

1

**ORDERED** that this Court shall retain jurisdiction with respect to any matters arising from or related to the interpretation and implementation of this Order.

Dated: June 10th, 2021
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2