# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SS Body Armor I, Inc., *et al.*, | § | Case No. 10-11255 (CSS) |
| | § | Jointly Administered |
| | § | |
| Debtors.[1] | § | Re: D.I. 4609 |

## NOTICE OF APPEAL

Jon Jacks, pro se, hereby appeals to the United States District Court for the District of Delaware pursuant to U.S.C. § 158(a)(1) and Rules 8001, 8002, and 8003 of the Federal Rules of Bankruptcy Procedure from the following order entered by the United States Bankruptcy Court for the District of Delaware:

A. The *Order Granting Motion to Extend Term of Recovery Trust* dated June 10, 2021 [D.I. 4609] (the "Order") regarding the *Motion to Extend Term of Recovery Trust* [D.I. 4527]. A copy of the Order is attached hereto as Exhibit A.

The names, parties and respective counsel to this appeal are as follows:

**Appellant:** Jon Jacks

Jon Jacks, Pro Se
1479 Ashford Ave. #912
San Juan, PR 00907
903-738-6202
jon@stockhub.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones, LLP, 9191 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

**Appellee:** The Recovery Trust for SS Body Armor I, Inc., et al.

| | |
|---|---|
| **Arent Fox LLP** | **The Rosner Law Group LLC** |
| George P. Angelich | Jason A. Gibson |
| 1301 Avenue of the Americas, 42nd Floor | 824 Market Street, Suite 810 |
| New York, New York 10019 | Wilmington, Delaware 19801 |
| Email: george.angelich@arentfox.com | Email: rosner@teamrosner.com |
|        beth.brownstein@arentfox.com |        gibson@teamrosner.com |

Dated: June 22, 2021

Respectfully submitted,

_____
Jon Jacks, Pro Se
1479 Ashford Ave. #912
San Juan, PR 00907
903-738-6202
jon@stockhub.com

2

# CERTIFICATE OF SERVICE

I, Jon Jacks, hereby certify that I am not less than 18 years of age and that on this 22nd day of June 2021, I caused a true and correct copy of the foregoing *Notice of Appeal* to be served upon the parties listed below via electronic mail.

Arent Fox LLP
George P. Angelich
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Email: george.angelich@arentfox.com
beth.brownstein@arentfox.com

Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Email: jane.m.leamy@usdoj.gov

Frederick B. Rosner
Scott James Leonhardt
Jason A. Gibson
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, Delaware 19801
Email: rosner@teamrosner.com
        leonhardt@teamrosner.com
        gibson@teamrosner.com

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>S.S. BODY ARMOR I, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11255 (CSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 4527** |

## ORDER GRANTING MOTION TO
## EXTEND TERM OF RECOVERY TRUST

Upon consideration of the *Motion to Extend Term of the Recovery Trust* [D.I. 4527] (the "Extension Motion")[2] for entry of an order extending the term of the Recovery Trust through November 20, 2022, effective as of November 20, 2018; any opposition thereto; and upon consideration of evidence admitted into the record or statements made on the record at the hearings conducted before this Court on March 24, 2021, April 12, 2021, and April 15, 2021 (collectively, the "Hearing") and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this proceeding being a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and the parties having consented to the entry of a final order by this Court pursuant to Local Bankruptcy Rule 9013(f); and it appearing that (i) due and adequate notice of the Extension Motion has been given, and that no other or further notice need be given, (ii) the legal and factual bases set forth in the Extension Motion and on the record at the Hearing establish just cause for the relief granted herein, and (iii) the requested relief is reasonable, proper, and in the best interest of the Recovery Trust, the

---

[1] The pre-confirmation debtors and the last four digits of each debtor's federal tax identification number were: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings must be sent to SS Body Armor I, Inc., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

[2] Unless defined herein, capitalized terms shall have the meanings ascribed to them in the Extension Motion.

bankruptcy estate, and the beneficiaries; and being fully informed; and after due deliberation and sufficient cause appearing, it is hereby:

**ORDERED** that the Extension Motion is granted; and it is further

**ORDERED** that, effective as of November 20, 2018, the term of the Recovery Trust, set forth in Section 11.1 of the Recovery Trust Agreement, is extended through November 20, 2022; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to any matters arising from or related to the interpretation and implementation of this Order.

**IT IS SO ORDERED.**

Dated: June 10th, 2021
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

DOCS_DE:234826.1 70934/001