# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
:
**In re**  :  Chapter 11
:
**SS BODY ARMOR I, INC.,** *et al.*,[1]  :  Case No. 10-11255 (CSS)
:
    Debtors.  :  (Jointly Administered)
:
      :  Re: D.I.  4602 & 4622
----------------------------------------------------------------x

## ORDER EXTENDING THE DEADLINE TO OBJECT TO ADMINISTRATIVE CLAIMS AND DISPUTED CLAIMS AND TO ESTIMATE CLAIMS

Upon the motion (the "Motion")[2] of the Post-Confirmation Debtor and Recovery Trust in the above-captioned cases seeking entry of an order extending the deadlines to object to or seek estimation of disputed claims, all as more fully set forth in the Motion; and the Court having jurisdiction over the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Parties as set forth in the Motion; and it appearing no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Post-Confirmation Debtor and Recovery Trust and all beneficiaries and parties in interest; and the Court having determined that the legal and factual bases

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: SS Body Armor I, Inc. (9361) (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (4044) (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (9051) (f/k/a Protective Apparel Corporation of America); and PBSS, LLC (8203).  All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that, the Motion is granted; and it is further

**ORDERED** that, the Objection Deadlines shall be and hereby are extended through and including November 29, 2021; and it is further

**ORDERED** that, entry of this Order is without prejudice to the rights of the Post-Confirmation Debtor and Recovery Trust to seek further extensions of the Objection Deadlines; and it is further

**ORDERED** that, this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: June 23rd, 2021
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**