IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SS Body Armor I, Inc., *et al*., f/k/a Point Blank Solutions, Inc., *et al*., <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 10-11255 (CSS) <br><br> (Jointly Administered) |
| JON JACKS, <br><br> Appellant, <br><br> v. <br><br> THE RECOVERY TRUST FOR SS BODY ARMOR I, INC., *et al*., f/k/a POINT BLANK SOLUTIONS, INC., *et al*. and SS BODY ARMOR I, INC. *et al.*, <br><br> Appellees. | USDC Civ. Action No. 21-895 (MN) <br><br> USDC Civ. Action No. 21-896 (MN) <br><br> USDC Civ. Action No. 21-897 (MN) <br><br> USDC Civ. Action No. 21-898 (MN) |

**JOINDER IN RECOVERY TRUST AND
POST-CONFIRMATION DEBTOR'S DESIGNATION OF
ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a) and Del. Bankr. L.R. 8009-1, (i) Brian K. Ryniker, solely in his capacities as Recovery Trustee of the Recovery Trust established pursuant to the *Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors* [Bankr. D.I. 3261] (the "Plan")[2] and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: SS Body Armor I, Inc. (9361) (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (4044) (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (9051) (f/k/a Protective Apparel Corporation of America); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

28384754.1

D.I. 16
7/20/21

member of the Post-Confirmation Debtor Oversight Committee, (ii) Larry R. Ellis, solely in his capacity as member of the Recovery Trust Committee, (iii) Sanjay Nayar, solely in his capacity as member of the Recovery Trust Committee, (iv) Rick Rosenbloom, solely in his capacities as member of the Post-Confirmation Debtor Oversight Committee and member of the Recovery Trust Committee, and (v) Jack Thurmon, solely in his capacity as a member of the Post-Confirmation Debtor Oversight Committee (collectively, the "Parties In Interest"), hereby join in and incorporate by reference the *Recovery Trust and Post-Confirmation Debtor's Designation of Additional Items to Be Included in the Record on Appeal* [D.I. 15] filed in the above-captioned proceedings on July 20, 2021.

| | |
|---|---|
| Dated: July 20, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ashley E. Jacobs*<br>Sean M. Beach (No. 4070)<br>Michael S. Neiburg (No. 5275)<br>Ashley E. Jacobs (No. 5635)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1256<br>Email:  sbeach@ycst.com<br>          mneiburg@ycst.com<br>          ajacobs@ycst.com<br><br>*Counsel for the Parties In Interest* |

28384754.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SS Body Armor I, Inc., *et al.*, | Case No. 10-11255 (CSS) |
| Debtors. | (Jointly Administered) |
| Jon Jacks, | |
| Appellant. | Civ. Action No. 21-895-MN |
| v. | Civ. Action No. 21-896-MN |
| SS Body Armor I, Inc., *et al.*, The Recovery Trust for SS Body Armor I, Inc., *et al*. | Civ. Action No. 21-897-MN |
| | Civ. Action No. 21-898-MN |
| Appellees. | |

**CERTIFICATE OF SERVICE**

I, Ashley E. Jacobs, hereby certify that on July 20, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants. I further certify that on July 20, 2021, I caused the foregoing document to be served by electronic mail on the following:

Jon Jacks
1479 Ashford Avenue #912
San Juan PR 00907
Email: jon@stockhub.com

2

| | |
|---|---|
| Dated: July 20, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ashley E. Jacobs*<br>Sean M. Beach (No. 4070)<br>Michael S. Neiburg (No. 5275)<br>Ashley E. Jacobs (No. 5635)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1256<br>Email: sbeach@ycst.com<br>          mneiburg@ycst.com<br>          ajacobs@ycst.com |